UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | ) | |
|---|---|---|
| *Caleb Barnett, et al.* | ) | |
| v. | ) | Case Number: 3:23-00209 |
| | ) | |
| *Kwame Raoul, Attorney General of Illinois, et al.* | ) | |

# ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiffs Caleb Barnett, Brian Norman, Hood's Guns & More, Pro Gun and Indoor Range, and National Shooting Sports Foundation, Inc.

DATED: January 24, 2023

s/ *Gary C. Pinter*
GARY C. PINTER #6293560
SWANSON, MARTIN & BELL, LLP
103 W. Vandalia Street
Suite 215
Edwardsville, IL 62025
(618) 655-3131
gpinter@smbtrials.com
