UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SPORTS SHOOTING FOUNDATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, <br><br> *Defendants*. | No. 3:23-cv-00209 |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and in accordance with the Court's form Disclosure Statement, Plaintiff, National Shooting Sports Foundation, Inc., makes the following disclosure:

1. National Shooting Sports Foundation, Inc. is a corporation. It has no parent corporation and no publically held corporation owns 10% or more of its stock.

2. Jurisdiction in this action is not based on diversity under 28 U.S.C. § 1332(a).

Dated: January 25, 2023.

Respectfully submitted,

s/ *Gary C. Pinter*
GARY C. PINTER #6293560
SWANSON, MARTIN & BELL, LLP
103 W. Vandalia Street
Suite 215
Edwardsville, IL 62025
(618) 655-3131
gpinter@smbtrials.com

Attorney for Plaintiff, National Shooting Sports Foundation, Inc.