UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SPORTS SHOOTING FOUNDATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, <br><br> *Defendants*. | No. 3:23-cv-00209 |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and in accordance with the Court's form Disclosure Statement, Plaintiff, Hood's Guns & More, makes the following disclosure:

1. Hood's Guns & More is not a corporation. It has no parent corporation and no publically held corporation owns 10% or more of its stock.

2. Jurisdiction in this action is not based on diversity under 28 U.S.C. § 1332(a).

Dated: January 25, 2023.

Respectfully submitted,

s/ *Gary C. Pinter*
GARY C. PINTER #6293560
SWANSON, MARTIN & BELL, LLP
103 W. Vandalia Street
Suite 215
Edwardsville, IL 62025
(618) 655-3131
gpinter@smbtrials.com

Attorney for Plaintiff, Hood's Guns & More