UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SPORTS SHOOTING FOUNDATION, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police,<br><br>*Defendants*. | No. 3:23-cv-00209 |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and in accordance with the Court's form Disclosure Statement, Plaintiff Pro Gun and Indoor Range makes the following disclosure:

1. Pro Gun and Indoor Range is a corporation. It has no parent corporation and no publically held corporation owns 10% or more of its stock.

2. Jurisdiction in this action is not based on diversity under 28 U.S.C. § 1332(a).

Dated: January 25, 2023.

Respectfully submitted,

s/ *Gary C. Pinter*
GARY C. PINTER #6293560
SWANSON, MARTIN & BELL, LLP
103 W. Vandalia Street
Suite 215
Edwardsville, IL 62025
(618) 655-3131
gpinter@smbtrials.com

Attorney for Plaintiff Pro Gun and Indoor Range