## Declaration of Caleb Barnett

I, Caleb Barnett, hereby declare as follows.

1. I am over the age of 18 years, and am current resident of Sparta, Illinois.

2. I am a law-abiding, adult, citizen of the United States who is not prohibited from owning firearms under the laws of the United States or the State of Illinois. I have never been found by any law enforcement agency, any court, or any other government agency to be irresponsible, unsafe, or negligent with firearms.

3. I currently own several semiautomatic rifles with a pistol grip and the capacity to accept a detachable magazine, including ARs and AK-47s.

4. I currently own many magazines for these long guns that are capable of holding more than 10 rounds of ammunition.

5. But for HB 5471, I would like to purchase at least one more AR platform rifle and at least one more magazine with a capacity of greater than 10 rounds of ammunition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24 day of January, 2023.

By: _____
Caleb Barnett