## Declaration of Brian Norman

I, Brian Norman, hereby declare as follows.

1. I am over the age of 18 years, and am a current resident of Marion, Illinois.

2. I am a law-abiding citizen of the United States who is not prohibited from owning firearms under the laws of the United States or the State of Illinois. I have never been found by any law enforcement agency, any court, or any other government agency to be irresponsible, unsafe, or negligent with firearms.

3. From approximately 1985 until 1995, I competed in a number of high-level shooting competitions throughout the United States. I still compete in various competitions, including smallbore rifle.

4. I occasionally volunteer as a range officer at Pro Gun and Indoor Range.

5. I currently own more than 50 firearms. At least 4 of the firearms I own are semiautomatic rifles on the AR platform. Another 7 are semiautomatic pistols capable of accepting magazines with greater than 15 rounds of ammunition.

6. In addition to these firearms, I currently possess approximately 20 AR magazines capable of accepting 30 rounds of ammunition.

7. But for HB 5471, I would like to purchase more firearms on the AR platforms and more magazines with capacity greater than 10 rounds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24 day of January, 2023.

By: _____
Brian Norman