**Declaration of James Hood on behalf of Hood's Guns & More**

I, James Hood, hereby declare as follows.

1. I am over the age of 18 years, and I am qualified to submit this declaration on behalf of Hood's Guns & More.

2. I am the sole owner of Hood's Guns & More, a retail firearms business located in Benton, Illinois. I opened the store approximately 8 years ago and have owned and operated it ever since.

3. I have personal knowledge of the facts set forth in this declaration through direct involvement and by personally reviewing Hood's Guns & More records and information.

4. Hood's Guns & More is authorized by law to sell firearms as a Federal Firearms Licensee (FFL 01) licensed by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

5. Over the past two years (2021 and 2022), Hood's Guns & More purchased from firearms distributors and manufacturers approximately $428,000 worth of firearms, magazines, and related merchandise. Of that amount, approximately $209,000, or 48%, was attributable to firearms that HB 5471 deems "assault weapons," accessories for the same, and standard-capacity magazines (what HB 5471 calls "large capacity ammunition feeding devices").

6. Over the past two years (2021 and 2022), approximately one-fourth of Hood's Guns & More's gross revenue was attributable to firearms that HB 5471 deems "assault weapons," accessories for the same, and standard-capacity magazines (what HB 5471 calls "large capacity ammunition feeding devices").

7. I have no reason to believe that 2023 would have been materially different in terms of Hood's Guns & More's sales, but for HB 5471.

8. Hood's Guns & More currently has in its inventory tens of thousands of dollars' worth of firearms and magazines that, under the new Illinois law (HB 5471), are now unlawful to sell in Illinois, including a number of firearms on the AR platform and many AR accessories.

9. But now, under HB 5471, Hood's Guns & More cannot lawfully sell any of these products to anyone in Illinois.

10. Absent an injunction preventing Illinois HB 5471 from being applied against Hood's Guns & More, Hood's Guns & More will suffer irreparable harm in terms of lost business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of January, 2023.

By: _____
James Hood