## Declaration of Paul Smith on behalf of Pro Gun and Indoor Range

I, Paul Smith, hereby declare as follows.

1. I am over the age of 18 years, and I am qualified to submit this declaration on behalf of Pro Gun and Indoor Range ("Pro Gun").

2. I am the co-owner of Pro Gun, located in Marion, Illinois. I have co-owned and operated Pro Gun since approximately 2016.

3. I have personal knowledge of the facts set forth in this declaration through direct involvement and by personally reviewing Pro Gun's records and information.

4. Pro Gun is authorized by law to sell firearms as a Federal Firearms Licensee (FFL 01) licensed by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

5. For the past approximately seven years, Pro Gun has sold and transferred thousands of firearms, including many based on the AR-15 platform, that are now deemed "assault weapons" and are unlawful to sell in Illinois under the new Illinois law (HB 5471).

6. In addition to selling firearms and other products, Pro Gun also has long sold magazines capable of holding more than 10 rounds of ammunition for long guns as well as magazines capable of holding more than 15 rounds for handguns.

7. In recent years, well more than half of Pro Gun's revenue from sales has been attributable to sales of semiautomatic rifles and pistols that HB 5471 outlaws, component parts for such firearms (including uppers and lowers), and magazines for such arms capable of accepting more than 15 rounds.

8. I have no reason to believe that 2023 would have been materially different in terms of Pro Gun's sales, but for HB 5471.

9. Pro Gun currently has in its inventory tens of thousands of dollars' worth of firearms and magazines that, under the new Illinois law, are now unlawful to sell in Illinois.

10. Absent an injunction barring Illinois HB 5471 from being applied against Pro Gun, Pro Gun will suffer irreparable harm in terms of lost business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24 day of January, 2023.

By: _____
Paul Smith