# UNITED STATES DISTRICT COURT
### for the
#### Southern District of Illinois

| | |
|---|---|
| Caleb Barnett, et al. ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:23-cv-00209 |
| Kwame Raoul and Brendan F. Kelly ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Caleb Barnett, Brian Norman, Hood Guns & More, Pro Gun and Indoor Range, and National Shooting Sports Foundation, Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Virginia and District of Columbia. The state and federal bar numbers issued to me are: 73254 and 995953.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Jan 27, 2023
Date

Signature of Movant

706 Duke Street
Street Address

Erin E. Murphy
Printed Name

Alexandria, VA 22314
City, State, Zip