IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SPORTS SHOOTING FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, <br><br> Defendants. | Case No. 23-209 |

## NOTICE OF APPEARANCE

NOW COMES Christopher G. Wells, Chief of the Public Interest Division, and hereby enters his appearance as counsel on behalf of Defendants, KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in the above referenced cause.

Dated: February 1, 2023

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

By:   /s/ Christopher G. Wells
Christopher G. Wells
*Chief, Public Interest Division*
Office of the Illinois Attorney General
100 W. Randolph St., 12th Floor
312-814-3000
Christopher.Wells@ilag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SPORTS SHOOTING FOUNDATION, INC.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police,<br><br>　　　Defendants. | Case No. 23-209 |

**CERTIFICATE OF SERVICE**

　　　I certify that on February 1, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

　　　　　　　　　　　　　　　　　　　　*/s/ Christopher G. Wells*
　　　　　　　　　　　　　　　　　　　　Christopher G. Wells
　　　　　　　　　　　　　　　　　　　　Chief, Public Interest Division