UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, <br><br> *Defendants*. | No. 3:23-cv-00209 |

**DECLARATION FILED IN SUPPLEMENT TO**
**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, Caleb Barnett, Brian Norman, Hood's Guns & More, Pro Gun and Indoor Range, and National Shooting Sports Foundation, Inc., file the Declaration of Sarah Larson on behalf of Rock River Arms, Inc. (the "Rock River Arms Declaration") in Supplement to Plaintiffs' Motion for Preliminary Injunction [Dkt. 10]. The Rock River Arms Declaration is attached as <u>Exhibit A</u>.

Dated: February 3, 2023

|  |  |
|---|---|
|  | Respectfully submitted, |
| s/ *Gary C. Pinter* <br> GARY C. PINTER #6293560 <br> SWANSON, MARTIN & BELL, LLP <br> 103 W. Vandalia Street <br> Suite 215 <br> Edwardsville, IL 62025 <br> (618) 655-3131 <br> gpinter@smbtrials.com | PAUL D. CLEMENT* <br> ERIN E. MURPHY* <br> MATTHEW D. ROWEN* <br> NICHOLAS M. GALLAGHER* <br> CLEMENT & MURPHY, PLLC <br> 706 Duke Street <br> Alexandria, VA 22314 <br><br> * *pro hac vice* <br><br> Counsel for Plaintiffs |