IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SPORTS SHOOTING FOUNDATION, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police,<br><br>    Defendants. | Case No. 23-209 |

## NOTICE OF APPEARANCE

NOW COMES Laura K. Bautista, Assistant Chief Deputy Attorney General, and hereby enters her appearance as counsel on behalf of Defendants, KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in the above referenced cause.

Dated: February 17, 2023

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

By:    */s/ Laura K. Bautista*
Laura K. Bautista, #6289023
*Assistant Chief Deputy Attorney General*
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62701
(217) 782-5819
Laura.Bautista@ilag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SPORTS SHOOTING FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, <br><br> Defendants. | Case No. 23-209 |

## CERTIFICATE OF SERVICE

I certify that on February 17, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Laura K. Bautista
Laura K. Bautista
Assistant Chief Deputy Attorney General