IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>    Plaintiffs,<br><br>vs.<br><br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br><br>vs.<br><br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>    Plaintiffs,<br><br>vs.<br><br>BRENDAN KELLY, *et al.*,<br>    Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS<br>LICENSEES OF ILLINOIS, *et al.*,<br>    Plaintiffs,<br><br>vs.<br><br>JAY ROBERT "J.B." PRITZKER, *et al.*,<br>    Defendants. | Case No.  3:23-cv-215-SPM |

# ORDER

**McGlynn, District Judge:**

On February 17, 2023, the parties filed an "Agreed Motion for Order to Enter Coordinated Preliminary Injunction Briefing" in each of the above-captioned cases and also submitted a proposed Order for consideration. The Court commends the parties for conferring and working together to streamline the briefing process in these cases to minimize redundancy and promote judicial economy while giving all parties an adequate opportunity to fully brief the issues they wish to present to the Court in this case of significant public interest.

On February 24, 2023, the parties participated in a zoom hearing at which time the parties discussed the proposed briefing parameters and future handling of these cases, including oral argument and consolidation. In accordance with the foregoing, the Court issues the following Order:

1. All plaintiffs in the above-captioned actions have pending before this Court their respective Complaints wherein they raise various challenges to the implementation and/or enforcement of Illinois' Public Act 102-1116, a/k/a Protect Illinois Communities Act, 720 ILCS 24-1.9, et seq.

2. All defendants have up to and including Thursday, March 16, 2023 to answer or otherwise plead to the applicable Complaint(s) in the above-captioned actions.

3. All plaintiffs in the above-captioned actions have pending before this Court their respective Motions for Preliminary Injunction ("MPI") wherein they seek to enjoin the implementation and/or enforcement of Illinois' Public Act 102-1116, a/k/a Protect Illinois Communities Act, 720 ILCS 24-1.9, et seq.[1]

---

[1] While other rights may have been raised in a Motion for Preliminary Injunction, this Order is limited to briefing the common claims and allegations of all plaintiffs that Illinois' Public Act 102-1116 a/k/a Protect Illinois Communities Act, 720 ILCS 24-1.9, *et seq*, violates the Second Amendment to the United

4. Defendants Pritzker, Raoul, and Kelly (hereinafter collectively referred to as "State Defendants") will file one combined Opposition/Response to the aforementioned MPIs on or before Thursday, March 2, 2023. Said response shall not exceed eighty (80) pages in length, in addition to any declarations or exhibits they intend to file in support thereof.

5. Defendants Gomric, Watson, Walker[2], Peters, Kenneally, Tadelman, and Shaner (hereinafter collectively referred to as "County Defendants") may file a response to the respective MPI on or before Thursday, March 2, 2023. Said response shall NOT exceed twenty (20) pages in length, in addition to any declarations or exhibits they intend to file in support thereof.

6. Reply briefs are disfavored absent exceptional circumstances (SDIL-LR 7.1(g)). Notwithstanding the foregoing, plaintiffs shall have up to and including Thursday, March 23, 2023 to file any such reply brief. Said reply shall NOT exceed fifteen (15) pages in length, in addition to any declarations or exhibits they intend to file in support thereof. No plaintiff can grant "unused" pages to any other plaintiff.

7. Pursuant to local rule, "Under no circumstances will sur-reply briefs be accepted." (SDIL-LR 7.1(g)).

8. The above-referenced cases are consolidated for the purposes of discovery and injunctive relief, with *Barnett, et al. v. Raoul, et al, 23-cv-209* designated as the lead case.

---

States Constitution, as applied to the States by the Fourteenth Amendment to the United States Constitution. Any other rights raised are not waived; they are stayed and may be litigated at a later date.
[2] During the Zoom hearing, the Court was advised that plaintiff seeks to substitute defendant Jeremy Walker for James ~~Kelley~~, the current State's Attorney for Randolph County.

9. Oral argument on the MPIs is scheduled for April 12, 2023 at 1:30 p.m. in the East St. Louis Courthouse with each side limited to one hour. The parties may designate how their respective hour will be apportioned but are advised to not repeat argument.[3]

**IT IS SO ORDERED.**

**DATED: February 24, 2023**

/s/ Stephen P. McGlynn
**STEPHEN P. McGLYNN**
**U.S. District Judge**

---

[3] The Courtroom will be available after 9:00 a.m. The parties are advised to consult the website for the Southern District of Illinois, www.ilsd.uscourts.gov, as well as Judge McGlynn's Case Management Procedures, which discuss "Courtroom Technology Features and Usage Guidelines".