IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, ) <br> HOOD'S GUNS & MORE, PRO GUN AND ) <br> INDOOR RANGE, and NATIONAL ) <br> SPORTS FOUNDATION, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KWAME RAOUL, Attorney General of ) <br> Illinois, and BRENDAN F. KELLY, Director ) <br> of the Illinois State Police, ) <br> ) <br> Defendants. ) | No. 3:23-cv-00209 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

    I hereby enter my appearance as counsel for Amicus, Illinois Sheriffs' Association.

Dated: February 27, 2023

                                            By: */s/ Michael L. Rice*

                                            Michael L. Rice
                                            HARRISON LAW LLC
                                            141 W. Jackson Blvd.
                                            Suite 2055
                                            Chicago, IL 60604
                                            (t) (312) 638-8776
                                            (f) (312) 638-8793
                                            mikerice@hlawllc.com

                                            ATTORNEYS FOR AMICUS
                                            ILLINOIS SHERIFFS' ASSOCIATION

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that on February 27, 2023, the foregoing Entry of Appearance was electronically filed with the Clerk of the U.S. District Court prior to midnight Central time, using the CM/ECF system, which will provide notice to all counsel of record.

                                       */s/ Michael L. Rice*
                                       Michael L. Rice
                                       Attorney for Amicus