IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SPORTS FOUNDATION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, <br><br>Defendants. | No. 3:23-cv-00209 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Amicus, Illinois Sheriffs' Association.

Dated:  February 27, 2023

By: */s/ Katie J. Colopy*

Katie J. Colopy
HARRISON LAW LLC
141 W. Jackson Blvd.
Suite 2055
Chicago, IL 60604
(t) (312) 638-8778
(f) (312) 638-8793
katiecolopy@hlawllc.com

ATTORNEYS FOR AMICUS
ILLINOIS SHERIFFS' ASSOCIATION

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on February 27, 2023, the foregoing Entry of Appearance was electronically filed with the Clerk of the U.S. District Court prior to midnight Central time, using the CM/ECF system, which will provide notice to all counsel of record.

                        */s/ Katie J. Colopy*
                        Katie J. Colopy
                        Attorney for Amicus