IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police,<br><br>Defendants. | No. 3:23-cv-00209 |

## OPPOSED MOTION OF THE ILLINOIS SHERIFFS' ASSOCIATION FOR LEAVE TO FILE AMICUS BRIEF

The Illinois Sheriffs' Association ("ISA") moves for leave to submit the Amicus Brief attached hereto as Exhibit A in support of Plaintiffs' Motion for Preliminary Injunction directed at HB 5471, 720 ILSC 5/24-1.9(b).  In support of this Motion, the ISA would show the Court as follows:

1. Plaintiffs' Motion for Preliminary Injunction addresses the constitutionality of HB 5471 and its prohibition on certain firearms and ammunition magazines.

2. The ISA is an organization that represents the Sheriffs in the State of Illinois, including with respect to issues regarding proposed and enacted State legislation that affects the interests of those Sheriffs.

3. The ISA moves for leave to submit the attached amicus brief to address briefly the importance of the issues regarding HB 5471 to the Sheriffs of the State.

4.      Counsel for the Defendants indicated that they would not consent to the motion based on the timing of its filing, and reserved their right to move to strike the amicus brief or seek leave to respond after its current deadline for briefing.

## CONCLUSION

For these reasons, the ISA respectfully requests that the Court grant ISA leave to file the attached amicus brief in support of Plaintiffs' Motion for Preliminary Injunction.

Dated:  February 27, 2023

By: */s/ Michael L. Rice*

Michael L. Rice
Katie Colopy
HARRISON LAW LLC
141 W. Jackson Blvd.
Suite 2055
Chicago, IL 60604
(t) (312) 638-8776
(f) (312) 638-8793
mikerice@hlawllc.com
katiecolopy@hlawllc.com

ATTORNEYS FOR AMICUS
ILLINOIS SHERIFFS' ASSOCIATION

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on February 27, 2023, the foregoing Motion of Illinois Sheriffs' Association for Leave to File Amicus Brief was electronically filed with the Clerk of the U.S. District Court prior to midnight Central time, using the CM/ECF system, which will provide notice to all counsel of record.

                                                    */s/ Michael L. Rice*
                                                   Michael L. Rice
                                                   Attorney for Amicus