IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>     Plaintiffs,<br>          vs.<br>KWAME RAOUL, *et al.*,<br>     Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>     Plaintiffs,<br>          vs.<br>KWAME RAOUL, *et al.*,<br>     Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>     Plaintiffs,<br>          vs.<br>BRENDAN KELLY, *et al.*,<br>     Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al.*,<br>     Plaintiffs,<br>          vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>     Defendants. | Case No.  3:23-cv-215-SPM |

## NOTICE OF APPEARANCE

NOW COMES Kathryn Hunt Muse, Deputy Chief of the Public Interest Division in the Office of the Illinois Attorney General, and hereby enters her appearance as counsel in the above-referenced actions on behalf of:

- Defendants KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in *Barnett v. Raoul*, No. 23-cv-209;

- Defendants KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in *Harrel v. Raoul*, No. 23-cv-141;

- Defendant BRENDAN F. KELLY, Director of the Illinois State Police, in *Langley v. Kelly*, No. 23-cv-192; and

- Defendants JAY ROBERT "JB" PRITZKER, Governor of the State of Illinois, KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in *Federal Firearms Licensees of Illinois v. Pritzker*, No. 23-cv-215.

Dated: March 1, 2023

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

By: */s/ Kathryn Hunt Muse*
Kathryn Hunt Muse, No. 6302614
*Deputy Chief, Public Interest Division*
Office of the Illinois Attorney General
100 W. Randolph St., 12th Floor
Chicago, Illinois 60601
312-814-3000
Kathryn.Muse@ilag.gov