# Exhibit 1

**Exhibit 1 – Cited Newspaper Articles**

A. "Surrounding Suburbs Cancel 4th of July Events in Wake of Highland Park Parade Shooting," NBC CHICAGO (July 4, 2022), *available at* www.nbcchicago.com/news/local/surrounding-suburbs-cancel-4th-of-july-events-in-wake-of-highland-park-parade-shooting/2872806.

B. Elvia Malagón, et al., "Fourth of July Parades, Festivities in Other Suburbs Canceled After Highland Park Mass Shooting," CHICAGO SUN-TIMES (July 5, 2022), *available at* https://chicago.suntimes.com/2022/7/4/23194456/north-shore-fourth-july-independence-day-events-canceled-highland-park.

C. Dave Oberhelman, "Which Suburban Fourth of July Events Were Postponed After Highland Park Shooting," DAILY HERALD (July 5, 2022), *available at* https://www.dailyherald.com/news/20220704/which-suburban-fourth-of-july-events-were-postponed-after-highland-park-shooting.

D. Frank Main, "After Highland Park Fourth of July Parade Shootings, Hundreds, of Cops from Other Agencies Rushed to Help," CHICAGO SUN-TIMES (Oct. 7, 2022), *available at* https://chicago.suntimes.com/2022/10/7/23387764/highland-park-july-fourth-parade-northern-illinois-police-alarm-system-jogmen-weitzel-mutual-aid.

E. Lisa Schencker, "Highland Park Hospital Doesn't See Many Victims of Gun Violence. Then July Fourth Happened. Here's How That Day Unfolded," CHICAGO TRIBUNE (Aug. 14, 2022), *available at* www.chicagotribune.com/business/ct-biz-highland-park-hospital-july-4-shooting-20220814-3pclhoiv3zcp7itrd2riy6g6wq-story.html.

F. Dan Simmons, et al., "Here is What We Know About the Victims of the Highland Park Shooting," N.Y. TIMES (July 5, 2022, updated July 6, 2022), *available at* https://www.nytimes.com/2022/07/05/us/victims-highland-park-shooting.html.

G. ABC7Chicago Digital Team, "Highland Park Shooting: Orphaned Toddler Doesn't Know Parents Are Dead," ABC7 (July 8, 2022), https://abc7chicago.com/highland-park-shooting-aiden-mccarthy-kevin-irina/12033000.

H. Brett Chase, "Highland Park Parade Shooting Has Left 8-year-old Cooper Roberts with Severed Spinal Cord," CHICAGO SUN-TIMES (July 8, 2022), *available at* https://chicago.suntimes.com/2022/7/7/23198901/highland-park-parade-mass-shooting-cooper-roberts-keely-fourth-july.

I. David Struett, "6 Months after Highland Park Massacre, Cooper Roberts, 8, Continues Recovery," CHICAGO SUN-TIMES (Jan. 5, 2023), *available at* https://chicago.suntimes.com/2023/1/5/23540793/highland-park-july-4-shooting-cooper-roberts.

J. Ellen Durston, et al., "Before Shooting, Highland Park Was Considered Chicago's 'Mayberry'," N.Y. TIMES (July 5, 2022), *available at* https://www.nytimes.com/2022/07/05/us/highland-park-chicago-shooting.html.

K. Tara Molina, "Doctors Describe 'Surreal' Experience Treating Highland Park Mass Shooting Victims," CBS CHICAGO (July 5, 2022), *available at* https://www.cbsnews.com/chicago/news/doctors-describe-surreal-experience-treating-highland-park-mass-shooting-victims/.

L. Tina Sfondeles, et al., "State Legislators Urged to Outlaw Assault Weapons: 'If We Don't Do Something About This, Shame on Us,'" CHICAGO SUN-TIMES (Dec. 12, 2022), *available at* https://chicago.suntimes.com/2022/12/12/23505898/assault-weapons-ban-highland-park-state-legislators-judiciary-large-capacity-magazines.

M. Tina Sfondeles, et al., "Illinois Assault Weapons Ban Advances After Democratic Deal, Echoes of a Child's Screams," CHICAGO SUN-TIMES (Jan. 9, 2023, updated Jan. 10, 2023), *available at* https://chicago.suntimes.com/2023/1/9/23547414/assault-weapons-ban-illinois-state-senate-harmon-highland-park-harmon-pritzker-welch.

# Exhibit 1-A

# Surrounding Suburbs Cancel 4th of July Events in Wake of Highland Park Parade Shooting

 nbcchicago.com/news/local/surrounding-suburbs-cancel-4th-of-july-events-in-wake-of-highland-park-parade-shooting/2872806

Multiple northern Chicago suburbs canceled Fourth of July events following a mass shooting along the Highland Park Independence Day Parade route Monday that left more than two dozen people shot, six of them killed.

Glencoe officials said the village was canceling its Fourth of July parade as the city urged residents to "remain home" with the "threat still at large."

"There have been no incidents or direct threats to Glencoe. Public Safety are monitoring the situation and recommend avoiding public and crowded areas at this time," the village tweeted.

Ad: 0:12
Share
Expand
*NBCUniversal Media, LLC*
At least 38 people were shot and at least seven killed Monday morning in a shooting at Highland Park's Independence Day parade. A person of interest has been apprehended.

> Due to local events, the Village has decided to cancel today's Fourth of July parade out of an abundance of caution. There have been no incidents or direct threats to Glencoe. Public Safety are monitoring the situation and recommend avoiding public and crowded areas at this time.
>
> — Village of Glencoe, Illinois (@VGlencoe) July 4, 2022

> UPDATE - The threat is still at large. We encourage everyone to remain home. Further information will be provided when available.
>
> — Village of Glencoe, Illinois (@VGlencoe) July 4, 2022

Glenview police announced around 11 a.m. that the town's Fourth of July Parade was canceled "out of an abundance of caution."

"There have been no incidents or direct threats to Glenview," the department tweeted, adding that police were clearing the parade area, but the town's fireworks display is still expected to take place Monday evening.

> Due to local events and out of an abundance of caution, the Glenview Fourth of July Parade has been canceled. There have been no incidents or direct threats to Glenview. Glenview Police are now working to clear the parade area. The fireworks show is still going on this evening.
>
> — GlenviewILPD (@GlenviewILPD) July 4, 2022

Nearby Deerfield announced its Family Days activities at Jewett Park were cleared and the parade in the town was canceled.

> Due to a shooting in Highland Park, Family Days activities at Jewett Park have been cleared and the parade is canceled. Please share that the parade activities are canceled with your family and friends.
>
> — Village of Deerfield (@Deerfield_IL) July 4, 2022

Evanston police said its holiday celebrations were canceled "effective immediately" due to the "tragic mass shooting."

"While there is no known threat to Evanston residents, the shooter is still at large; therefore, cancelations are taking place in an abundance of caution," the suburb stated in an alert. "Our thoughts and prayers are with our neighbors to the north."

---

Northbrook announced its holiday activities, including the bike parade, mile-long parade and fireworks show were all canceled.

"Our thoughts are with our Highland Park neighbors," the suburb said in an alert to residents.

Morton Grove and Skokie also announced their parades were canceled Monday and Lake Forest said its festival and fireworks display would not be happening. The Village of Mount Prospect canceled its 4th of July parade, the remainder of the Lions Club Festival at Melas Park and the fireworks display for Monday evening and Buffalo Grove said all 4th of July events, including the Symphonic Band concert and fireworks display, have been canceled.

Arlington Heights, Elgin, Waukegan, Woodridge, Downers Grove, Wilmette, Lombard, Oak Park, Elk Grove, Itasca, Rolling Meadows and Long Grove all reported canceled events in wake of the shooting.

The Chicago White Sox announced that while their game against Minnesota will continue as scheduled Monday night, the post-game fireworks display will not take place and a moment of silence will instead be held prior to the game.

Six Flags Great America amusement park also canceled its fireworks and announced plans to close at 8 p.m. "out of an abundance of caution."

The public is being asked to avoid downtown Highland Park Monday as police respond to a shooting "in the area of the Independence Day parade route," the Lake County Sheriff posted on Twitter.

"STAY OUT OF THE AREA - allow law-enforcement and first responders to do their work," the sheriff posted.

Illinois State Police said the shooting situation is "active."

"The Illinois State Police is currently assisting Highland Park PD with an active shoot situation that occurred at the Highland Park Parade," police tweeted. "The public is advised to avoid the area of Central Ave and 2nd St. in Highland Park."

According to multiple reports on Twitter, gunshots were heard at Highland Park's Fourth of July parade. Further details were not immediately confirmed by police.

The city of Highland Park also urged people to avoid the area.

"Fourth Fest has been canceled. Please avoid downtown Highland Park. More information will be shared as it becomes available," the north suburban Chicago town posted.

*This is a breaking news story. Check back as details emerge.*

# Exhibit 1-B

# Fourth of July parades, festivities in other suburbs canceled after Highland Park mass shooting

★ **chicago.suntimes.com**/2022/7/4/23194456/north-shore-fourth-july-independence-day-events-canceled-highland-park

July 5, 2022



Fireworks are set off near Navy Pier as Chicago held an early Fourth of July celebration Saturday.

Tyler Pasciak LaRiviere / Sun-Times

Suburban municipalities canceled Independence Day celebrations in the wake of a <u>mass shooting</u> Monday morning at the Highland Park Fourth of July parade.

In nearby Deerfield, officials canceled Family Day activities that had been planned at Jewett Park.

The Morton Grove police department tweeted that the village was canceling its parade "out of an abundance of caution."

In Evanston, the Fourth of July parade and celebrations were also canceled because of the shooting in Highland Park. Evanston also closed its beaches Monday because of safety concerns.

"While there is no known threat to Evanston residents, the shooter is still at large; therefore, cancellations are taking place in an abundance of caution," the city said in a news release.

In Glencoe, village officials encouraged people to stay home shortly after it canceled its Fourth of July Parade.

In Skokie, officials canceled the Fourth of July parade.

Winnetka canceled its fireworks show.

About noon, Northbrook canceled the remaining Fourth of July activities, including a firework show.

Waukegan canceled its fireworks show Monday afternoon, according to a tweet sent by the city's official account. "We stand in solidarity with our neighbors in Highland Park."

Glenview canceled both its parade and fireworks show "out of an abundance of caution," assuring residents that there was "no direct threat."

Lake Forest not only canceled its fireworks show and the Annual Lake Forest Festival, but it also closed Forest Park Beach for the remainder of the day, the city website said.

Lincolnshire's July 4 Red, White, & BOOM! Fireworks, Parade, and Cardboard Boat Regatta were also canceled with no plans to be rescheduled, the village's website said.

The village of Vernon Hills canceled the concert and fireworks at Century Park.

In Northfield, the city issued an emergency alert on its website, announcing it had canceled the remaining holiday events and that "officers will be maintaining an increased presence throughout the Village."

The White Sox canceled a fireworks show that was to follow their game Monday vs. the Minnesota Twins at Guaranteed Rate Field.

*Elvia Malagón's reporting on social justice and income inequality is made possible by a grant from The Chicago Community Trust.*

# Exhibit 1-C

# Which suburban Fourth of July events were postponed after Highland Park shooting

dailyherald.com/news/20220704/which-suburban-fourth-of-july-events-were-postponed-after-highland-park-shooting

July 4, 2022



Frontier Days in Arlington Heights was one of many festivals, parades and fireworks displayed canceled because of the mass shooting in Highland Park. Courtesy of John Lampinen

Show photos

Dave Oberhelman



Updated 7/5/2022 12:10 AM

Scores of communities canceled Fourth of July activities after the shooting at the Highland Park Fourth of July parade Monday morning, while others postponed them for later this week or this summer.

The village of Mundelein tweeted Monday afternoon that it hoped to reschedule its fireworks "at a more appropriate time."

Rolling Meadows posted on its website that no decision had been made on rescheduling fireworks.

Itasca canceled its fireworks celebration, and police recommended people avoid "public and crowded areas" despite no specific threat in Itasca.

Aurora, however, intended to stage its fireworks show as planned Monday night, weather permitting. The fireworks were to take place "under heightened alert," with enhanced security details in response to the Highland Park shooting, according to a social media post Monday afternoon.

Antioch also planned to launch its fireworks as scheduled, with "a moment of silence to honor those impacted by the events in Highland Park."

Bartlett closed its festival for two hours Monday afternoon due to storms but reopened about 5:30 p.m. Fireworks were still scheduled to start at 9:30 p.m., weather permitting, according to a village Facebook post.

by signing up you agree to our terms of service
Glen Ellyn's fireworks were to proceed as well. "Our entire community's hearts go out to all those who were involved in the shooting, and their families. It is important, during these events, not to let terrorists win and come together as a strong community," the village said on its website.

The fourth day of the Naperville Salute on Rotary Hill started as scheduled Monday before the festival was closed due to incoming storms.

The Frontier Days parade in Arlington Heights stepped off as scheduled Monday morning, but all the later festival events, including an evening concert, were canceled.

Libertyville officials said on Facebook that the village was postponing its fireworks show "until a date later this summer."

Elk Grove Village, which tabled a concert by KC and the Sunshine Band, said fireworks from its canceled show on Monday will be added to the July 23 show at Elk Grove Rotaryfest.

St. Charles officials canceled Monday night's fireworks "out of an abundance of caution for everyone's safety." The city said on its website that the park district was in talks with the fireworks vendor to reschedule.

In Long Grove, the Biergarten Symphony performance featuring the Lake County Symphony Orchestra at Buffalo Creek Brewing had been rescheduled to 6 p.m. July 10.

Citing recommendations by the DuPage Public Safety Committee and the DuPage sheriff's office, Lombard officials canceled the Fourth of July fireworks display at Madison Meadow Park. The village's website said the fireworks will be rescheduled.

Elgin held its Fourth of July parade but canceled Monday's concert and fireworks in response to a unfavorable weather forecast, according to a social media post that also acknowledged the shooting. The post said the celebration will be rescheduled for a day later this summer.

Huntley also postponed its fireworks show. A makeup date has not been released.

Streamwood canceled its fireworks "in light of the tragic events today in Highland Park, and with the uncertain weather conditions," the village said on its website. No decision has been made on rescheduling.

Glenview canceled its parade. After initially considering holding its fireworks show, the village subsequently canceled that as well. All Glenview Park District programs were canceled through Tuesday.

Lincolnshire called off its fireworks, parade and cardboard boat regatta "out of an abundance of caution." The village noted on its website that the events will not be rescheduled.

Downers Grove and Woodridge called off their joint fireworks display. "While there is no known threat to Downers Grove or Woodridge, our communities made the decision to cancel tonight's fireworks show out of an abundance of caution and with the safety of attendees in mind," the towns said in a news release.

Buffalo Grove, Deerfield, Evanston, Glencoe, Glenview Morton Grove, Niles, Northbrook, Northfield, Palatine, Skokie, Vernon Hills and Winnetka also canceled events.

Article Topics

Highland Park, Fourth of July, Glen Ellyn, Arlington heights, Glenview Park district, DuPage Public Safety Committee, Madison Meadow park, Sunshine Band, Lake county, Buffalo creek

- Article Categories
- News
- Festivals/Fairs
- Deerfield
- Glenview
- Highland Park
- Northbrook
- Important Information

# Exhibit 1-D

# After Highland Park Fourth of July parade shootings, hundreds of cops from other agencies rushed to help

★ **chicago.suntimes.com**/2022/10/7/23387764/highland-park-july-fourth-parade-northern-illinois-police-alarm-system-jogmen-weitzel-mutual-aid

October 7, 2022



On the Fourth of July, Vernon Hills police Chief Patrick Kreis was riding in a golf cart, handing out toy badges during the north suburb's Independence Day parade when he got the news about what had happened in Highland Park.

"There was a radio call about a shooting in the Highland Park parade," Kreis says. "The first thing you think about is: Someone's got firecrackers."

Twenty-two of his 45 officers were working at the Vernon Hills celebration. When he confirmed that a Highland Park shooter was still on the loose, Kreis ordered 15 of them to get their equipment and hurry to the suburb 11 miles away.

It was the start of a massive mobilization of cops to Highland Park that sent officers from other Chicago-area police departments, troopers from the Illinois State Police and federal agents to the scene of the parade shooting that left seven people dead and dozens wounded.

Kreis also is president of the Northern Illinois Police Alarm System, one of the biggest mutual aid organizations that sent officers to Highland Park. There are 104 law enforcement agencies that belong to NIPAS, created in 1983. SWAT and crowd-control officers from those

1/4

agencies respond to emergencies in Lake, Cook, DuPage, McHenry and Kane counties. They fall under the command of the police chief who asks for help.

Unlike the May 4 school shooting in Uvalde, Texas, where 19 children and two adults perished as, authorities since have said, law enforcement officers delayed in acting, it's likely that the carnage in Highland Park was limited by the orchestrated police response, says Tom Weitzel, former Riverside police chief.

"In Uvalde, they think every single police officer was basically a coward who didn't do their job and should be fired," Weitzel says. "And, in Highland Park, parents were bringing their kids to the police station to thank the officers and writing with chalk in front of the station: Thank you. That was a really contrasting moment."

Highland Park police Chief Lou Jogmen says other public safety organizations including NIPAS sent about 1,300 people to the mass shooting in his suburb. Despite the initial chaos, they worked effectively because they knew each other through mutual aid organizations, Jogmen says.

"You certainly don't want to be meeting these people or having these conversations for the first time on the day of the incident," he says.

Jogmen's Highland Park cops had conducted active-shooter exercises in schools.

"I used the training I received to apply a tourniquet," the chief says. "I looked around and saw officers working shoulder to shoulder with firefighters and citizens rendering first aid. And that is because of the training we've done."

Jogmen won't discuss details of the operation or make officers available to talk, saying he doesn't want to chance jeopardizing the case against shooting suspect Robert "Bobby" Crimo III.

Kreis, who was one of the first police chiefs from other towns to arrive, says he got the approval from Highland Park to mobilize NIPAS. A staging area was created at a water park west of the downtown area where the shooting happened. About half an hour into the crisis, a "unified command post" was set up farther west, at a fire station.

"The police officers on scene that were responding — some of my officers, some of the other mutual aid jurisdiction officers — had the same mission to find the threat, stop the threat and treat any victims," he says.

About 80 SWAT officers who belong to NIPAS scrambled to Highland Park.

Kreis says those officers, on the Emergency Services Team, train at least twice a month. They've used abandoned hotels, an empty office building and an FBI facility in North Chicago. The first time the team was activated was in 1988, when Laurie Dann went on a shooting rampage at Hubbard Woods Elementary School in Winnetka, killing 8-year-old Nicholas Corwin.

In the Highland Park shooting, a group called the Incident Management Assistance Team coordinated the officers from other agencies who rushed there, with Jogmen having the ultimate decision-making power.

"Some of those decisions were as simple as: What intersection do I have to shut down?" Kreis says. "And how do I direct these cars out of the area? How do I direct people that are running from the scene? Hundreds of decisions."

Meantime, the Lake County Major Crime Task Force, a separate mutual aid group of detectives, worked with federal authorities in an effort to figure out who the shooter was.

"It wasn't a finely tuned operation at the 60-minute mark, but, over the course of the next hours, it got really smooth," says Kreis, a former SWAT officer.

As more SWAT members arrived, some, armed with rifles, were assigned to do "long-range protective overwatch" on roofs. Teams of officers were reassigned to look for people sheltering in place or secure the crime scene, Kreis says.

"That was a large four-square-block area — lots of buildings, lots of places to hide — and it would take a long time to really make sure no one was hidden in it," he says.

Crimo was identified by investigators who traced the ownership of a rifle that had been left at the shooting scene. More than eight hours after the massacre, North Chicago officers, responding to a tip, stopped Crimo's Honda Fit on U.S. 41 in Lake Forest. He gave up without a struggle, according to police, who said a rifle was recovered from the vehicle.

After Crimo's capture, NIPAS brought in its Mobile Field Force, created in 1994 to provide crowd control for soccer's World Cup in Chicago and later stationed in some Chicago suburbs in 2020 during protests about the police-involved killing of George Floyd in Minneapolis.

The Mobile Field Force relieved NIPAS' SWAT officers.

"There's no question the mutual aid we received is what carried the day for us to be successful as we could be in the immediate response and the subsequent investigation," Jogmen says. "There's no question that it could have gone a different way."

Kreis says NIPAS has provided a model for other places to follow. He says Korean national police officials came to Illinois in 2019 to learn how a mutual aid SWAT team works.

Weitzel, a past president of NIPAS, says the agencies in the group are required to contribute tens of thousands of dollars a year, an expense some city managers question when their budgets are tight. But he says the NIPAS response to Highland Park shows that the "insurance" is worth it.

"When I was in Riverside, there was no way we could handle the situation which unfolded in Highland Park on our own," Weitzel says. "We couldn't even handle a subject who barricaded himself in his house with an AR-15 and was holding his wife and kids. Our patrol officers aren't trained to handle that — that's not their function. So you have to be part of an organization that comes with the right personnel, the right equipment, the right training."

# Exhibit 1-E

# Highland Park Hospital doesn't see many victims of gun violence. Then July Fourth happened. Here's how the day unfolded.

chicagotribune.com/business/ct-biz-highland-park-hospital-july-4-shooting-20220814-3pclhoiv3zcp7itrd2riy6g6wq-story.html

Business

By Lisa Schencker

1 of 123



Pictures of the seven people killed during the Fourth of July parade shooting are displayed at a memorial in Port Clinton Square on July 11, 2022, in Highland Park. (Brian Cassella / Chicago Tribune)

It was relatively quiet the morning of July Fourth at Highland Park Hospital.

About half a dozen patients were in the emergency department of the more than 100-year-old hospital, which sits in a leafy neighborhood of the normally peaceful suburb. The 21-bed ER was staffed the same way as it would have been on any other day: five nurses, two patient care technicians and one doctor.

That all changed within a few hours, after a gunman fired into the town's Fourth of July parade, <u>killing seven</u> and injuring dozens.

By late morning, nearly 30 nurses and 20 doctors were bustling through the ER. By mid-day, six surgeons were operating on 8-year-old <u>Cooper Roberts</u>, trying to keep him alive. At one point, doctors and nurses were treating patients with minor injuries in the waiting room, trying to keep space available elsewhere in the ER for people with more severe injuries.

Twenty-six people wounded at the parade would be treated at Highland Park Hospital that day, with others sent to NorthShore's Glenbrook and Evanston hospitals and Northwestern Medicine Lake Forest Hospital.

NorthShore University HealthSystem's Highland Park Hospital, which does not usually see many victims of gun violence, had become the epicenter of people wounded at the parade and their worried families.

Even as patients were sent home, admitted to other areas of the hospital or transferred elsewhere, dozens of medical workers manned the ER until late in the day, when the alleged gunman was caught. The hospital wanted to be readyin case he shot more people.

"As terrible as all these events were, I think it highlights the good in people," said Dr. Ana Velez-Rosborough, who was the on-call surgeon at the hospital that day. "All the people that stepped up, from the first responders to the bystanders that were there, to all the medical professionals, it takes a lot of good to combat someone doing something so terrible."

## 'They just keep coming'

Around 10:30 a.m., the cellphones of doctors, nurses and other hospital staff pinged with alerts that multiple casualties were headed to the facility. Many received the alerts before they even knew there had been a shooting.

James Thompson, the hospital's ED clinical nurse manager, had been about to go into a restaurant with his family when his phone beeped with the alert. He called the ER registrar to see what happened and if he was needed.

"She said, 'They just keep coming. They just keep coming,' and she hung up," he said.

Immediately, he knew he needed to go.

When he arrived, patients' family members were standing outside the ER and people were being triaged in the waiting room, he said.

"When I walk in, it's just organized chaos, all the doctors, all the nurses who have come down from different floors to help us out," Thompson said.

Meanwhile, Velez-Rosborough was already in surgery with Cooper.

Velez-Rosborough was rounding on other patients at the hospital July Fourth when the alert went out that there had been a multiple casualty event. She immediately made her way to the ER, where patients were just starting to arrive. In the beginning, they mostly came by ambulance, and as the minutes progressed, more began arriving by car.



Dr. Ana Velez-Rosborough, a trauma surgeon, on Aug. 10, 2022, at Highland Park Hospital. Velez-Rosborough was one of the many hospital staffers who treated mass shooting victims after the July Fourth parade. (Brian Cassella / Chicago Tribune)

When an ambulance brought Cooper to the hospital, it was clear that he would need surgery immediately.

Often, people with gunshot wounds go to hospitals that are designated as Level I trauma centers, meaning they have a certain number of services immediately available 24 hours a day. But Cooper's injuries were so severe that he was taken to nearby Highland Park Hospital, which is a Level II trauma center, rather than spend extra time in an ambulance going to NorthShore's Evanston Hospital, which would have been the nearest Level I trauma center.

Cooper had been shot through the upper part of his abdomen while watching the parade with his parents and twin brother. He suffered injuries to his liver, esophagus and aorta. Doctors would later discover a spinal cord injury as well.

"The goal in someone who is that critically injured, it's called damage control — go in, stop the bleeding and stabilize the patient," said Velez-Rosborough, who is a trauma and acute care surgeon. Before joining NorthShore about a year ago, Velez-Rosborough trained at busy trauma centers in Miami and New York. She had expected the job at NorthShore to be quieter than her last one in Miami.

At first, Velez-Rosborough was the lone surgeon operating on Cooper. As the minutes passed, more surgeons joined her.

In all, she spent three to four hours operating on Cooper and was able to stabilize him. Right after the surgery, Cooper was flown by helicopter to University of Chicago Medicine Comer Children's Hospital on the city's South Side — a hospital that's accustomed to treating children with complex needs and is part of a pediatric partnership with NorthShore.

Cooper has since undergone additional surgeries. He's paralyzed from the waist down, and is now at the Shirley Ryan AbilityLab in Chicago, undergoing rehabilitation.

Cooper's mother, Keely Roberts, has said the staff at Highland Park Hospital saved her son's life.

"They fixed what could not be fixed in that little boy. It was nothing short of a miracle," Keely Roberts said in a video statement. "They refused to give up on Cooper. They were not going to let that little boy die. How do you say thank you for that? What words as a mother, as a family, what words do you possibly have for people that would not give up on your son?"

## Training pays off

Velez-Rosborough credited her training for allowing her to stay calm and focused.

"Emotionally and personally, it's very difficult having to do that operation on a child," Velez-Rosborough said. "I have a child myself. I have a 20-month-old little boy, so it's hard to kind of not see him in Cooper, but in the moment, you just kind of focus on doing what we need to do to keep him alive."

The Miami hospital where she worked offered mass casualty trainings each month, she said. Highland Park Hospital does two disaster drills each year, one on its own and one as part of a larger regional drill, said Dr. Brigham Temple, NorthShore's medical director of emergency preparedness. The federal Centers for Medicare & Medicaid Services requires hospitals to have emergency preparedness plans and hold exercises to test those plans twice a year.

While Velez-Rosborough operated on Cooper, the dozens of other medical workers in the ER that day also fell back on their training to carry them through the morning and afternoon.

"I can't say enough how well the ER team really managed that," Velez-Rosborough said. "While I was taking care of one patient, they were taking care of 25 other patients."

At first, as patients poured into the ER, there was "a little bit of a feeling of being overwhelmed, but that quickly turned to calm and focused care," Temple said.

Temple, who lives in Highland Park, arrived at the ER about 20 minutes after the shooting. Temple was at the parade with his wife, three teenage sons and parents when he saw members of the high school marching band running for their lives. He and his family were able to dash to their car about a block away.



Dr. Brigham Temple, the medical director of emergency preparedness, on Aug. 10, 2022, at Highland Park Hospital. Temple was among the hospital staff who treated mass shooting victims after the July Fourth parade. (Brian Cassella / Chicago Tribune)

He saw the alert on his phone that a code triage had been called at the hospital. He dropped off his family and headed to the hospital, where his job was to help run the emergency department and assist with patients.

"Of course I never wanted to see an event like this happen anywhere in this country or anywhere else, and especially not in our own backyard, but there was no hesitation on my part or any other individual who showed up to respond," Temple said. "I knew something needed to be done, and that was what I'd been training for."

Highland Park Hospital had just conducted a drill weeks earlier on how to respond to a surge of burn patients. In past years, drills have focused on mass casualty events, such as shootings, Temple said.

"You can train all day, but when you actually do get to that time you just hope the training is going to kick in and for the group that was here, that training definitely kicked in," said Thompson, the ED clinical nurse manager, who left a career in finance 15 years ago to work in medicine, in hopes of helping people in a more hands-on way.

"I think it was well oiled because we had practiced so many times."

## 'It does leave a scar'

The doctors, nurses and other medical staff remained in that focused state-of-mind for much of July Fourth as the hospital was put on lockdown amid a manhunt for the suspected shooter, Thompson said.

About eight hours after the shooting, Robert E. "Bobby" Crimo III, was arrested. Crimo, 21, entered a not guilty plea at his arraignment in Lake County Circuit Court on Aug. 3 after a grand jury indicted him on 117 felony counts.

"Once he got apprehended we all took kind of a big deep breath and could say, 'OK, we can all go home to our families,' " Thompson said.

Still, even after the medical workers doffed their scrubs, the ordeal was not yet over for many of them. One person, 88-year-old Stephen Straus, of Highland Park died in the Highland Park ER that day.

"We're so focused on taking care of the patients and making sure we're there doing what we need to do, you just don't think about the fact that everything is happening," Velez-Rosborough said. "It really wasn't until a couple of days later that it really hit me what had happened."

It didn't fully hit Thompson until he was driving home from the hospital that evening.

"I just had me and my thoughts to myself, and it was in that moment, in my car driving myself home, that I really got to reflect on, 'Wow, what have you just been through?' " he said.



James Thompson, a registered nurse and clinical manager in the emergency department, on Aug. 10, 2022, at Highland Park Hospital. Thompson was one of many hospital staffers who helped treat victims after the parade shooting. (Brian Cassella / Chicago Tribune)

In the days and weeks following the shooting, the hospital had crisis counselors on-site, and held three debriefings for those who were in the ER that day aimed at their emotional well-being. Thompson attended all three gatherings.

"It does get to you, and it does leave a scar and being in (emergency medical services) and emergency medicine, you have to deal with those scars because, at some point, if you don't deal with them, bad things can happen with you mentally," Thompson said.

It's a comfort to him that his team worked so well together on the Fourth of July. He said he's "extremely proud" of them and their dedication.

"They did exemplary work that day," he said. "If you could say you wish there was a miracle every day, that would have been the miracle you would have wished for."

*lschencker@chicagotribune.com*

# Exhibit 1-F

# Here is what we know about the victims of the Highland Park shooting.

nytimes.com/2022/07/05/us/victims-highland-park-shooting.html

July 5, 2022

Seven people have died and more than 30 were wounded.



A makeshift memorial emerged at the end of street where the shooting took place.Credit...Jamie Kelter Davis for The New York Times

By Dan Simmons, Shawn Hubler, Noam Scheiber and Ellen Almer Durston

Published July 5, 2022Updated July 6, 2022

HIGHLAND PARK, Ill. — In the chaotic aftermath of the attack at a Fourth of July parade on Monday, Lauren Silva stumbled upon a bloodstained toddler lying beneath a dying man. As her boyfriend and son frantically attempted first aid, she cradled the little boy, who kept asking about his parents. As hours passed, word spread of the tiny child found at the scene of a massacre.

On Tuesday, authorities identified the parents: Kevin McCarthy, 37, and his wife, Irina McCarthy, 35, two lives among seven claimed in another deadly mass shooting in America. More than 30 people were also wounded, including four members of a single family.

Police said the victims, attacked by a gunman firing from a roof, ranged from octogenarians to children as young as age 8. All seven of those who died were adults.

Adrienne Rosenblatt, 71, said she immediately feared the worst when she saw a photo online on Monday of the then-unidentified toddler who had been found by Ms. Silva. He was Ms. Rosenblatt's neighbor, the child she had coached to overcome his fears of her small white dog, Lovie.

She alerted the boy's grandparents, who brought him home from the police station. Irina Colon of Northbrook, Ill., a relative of the child's mother, said in a fund-raising appeal that she posted on GoFundMe that the boy was "left in the unthinkable position; to grow up without his parents."

By midafternoon Wednesday, the appeal had raised more than $2.5 million from more than 46,000 donors, including one for $18,000 from the billionaire investor and founder of Pershing Square Capital Management, Bill Ackman. The vast majority, however, were in modest denominations.

"It's just a sad reflection," Ms. Rosenblatt said at her home in Highland Park. "Such a sad reflection of what's going on."

The Lake County coroner, Jennifer Banek, released the names of four other victims on Tuesday. "It is with a heavy heart," she said, "that I bring to you the names of the victims of that tragedy."

Image



Irina and Kevin McCarthyCredit...

The Cook County Medical Examiner's Office released yet another name on Wednesday, announcing that Eduardo Uvaldo, 69, had died Wednesday morning at Evanston Hospital.

Most of those identified were residents of Highland Park, the bucolic suburb north of Chicago where the celebration was a community tradition. They could have come from any Independence Day crowd in any town in the nation:

A grandfather who had been sitting in a choice spot his family had selected for him. A 63-year-old woman who was the go-to person for special events in her synagogue congregation. A beloved uncle who still went to work every day, even in his late 80s. A mother and wife who, only recently, had mused about where she would want her ashes scattered.

And a suburban couple who had taken their toddler to a parade.

Here, based on interviews, is what else we know about those who died.

## Eduardo Uvaldo, 69

Eduardo Uvaldo, a father of four and grandfather of 17, watched telenovelas every morning with his wife, Maria. He also made sure to catch Team Mexico soccer matches and Chicago Cubs baseball games. On Sundays, he would take his family out to breakfast.

And every Fourth of July, he went with them to the Highland Park parade.



Image

Eduardo UvaldoCredit...

Mr. Uvaldo died on Wednesday morning at Evanston Hospital after being shot during his family's holiday tradition on Monday. He and his wife had been married for 50 years and lived for more than four decades in their house in Waukegan, Ill., about 20 miles north of Highland Park.

At the house, Brian Hogan, 13, described his grandfather as doting and "goofy," a happy man with a penchant for funny faces. Brian still had a hospital band on his wrist, having been shot during the parade, and said he still had shrapnel in his arm.

Shot in the arm and then in the head, according to a GoFundMe post by his granddaughter Nivia Guzman, Mr. Uvaldo survived for nearly two days after being caught in the barrage of gunfire. Authorities who announced a seventh death initially misstated that he had died on Tuesday.

Mr. Uvaldo came to the United States from Mexico when he was 15, his family said, working janitorial and maintenance jobs until his retirement. It was a point of pride that in 30 years, he never missed a workday. He and his wife, they said, had planned a September vacation to Puerto Rico; he had already bought new clothes for the occasion. Relatives are planning to come from Texas and Mexico for his funeral.

His family said Mr. Uvaldo's burial will be July 8. He would have turned 70 that day.

## Katherine Goldstein, 64

A mother of two daughters in their early 20s, Katherine Goldstein was described by her husband, Craig Goldstein, as a perennial good sport who was willing to explore a succession of exotic locales without batting an eye. "She didn't complain, 'There are bugs.' She was always along for the ride," Dr. Goldstein, a hospital physician, said in an interview.

Dr. Goldstein said that his wife did not work outside their home after they were married in the late 1990s and that she devoted herself to being a mother. She took her elder daughter, Cassie, to the Highland



Image

Katherine Goldstein, right, who died in the shooting, with her daughter, Alana.Credit...

Park parade on the Fourth so that Cassie could reunite with friends from high school. Ms. Goldstein was fond of playing games with her children, like the word game Bananagrams, her younger daughter, Alana, recalled.

Dr. Goldstein said that his wife and her siblings recently lost their mother, and that they had been discussing what kind of arrangements they would like for themselves upon their own death. He recalled that Katherine, an avid bird watcher, said she wanted to be cremated and to have her remains scattered in the Montrose Beach area of Chicago, where there is a bird sanctuary.

But the reflection on her own mortality was out of character, he said. "The amazing thing about Katie is that she never thought about her own death," Dr. Goldstein said. "For me it's almost a preoccupation. She never thought about it."

## Nicolas Toledo-Zaragoza, 78

Nicolas Toledo-Zaragoza didn't want to attend the Highland Park Fourth of July parade, but his disabilities required that he be around someone full-time. And the family wasn't going to skip the parade — even going so far as positioning chairs for a choice viewing spot at midnight the night before.

Mr. Toledo-Zaragoza was sitting in his wheelchair along the parade route, between his son and a nephew, when the bullets started flying. "We realized our grandfather was hit," Xochil Toledo, his granddaughter, said. "We saw blood and everything splattered onto us."

Mr. Toledo-Zaragoza suffered three gunshot wounds, killing him. He had moved back to Highland Park a few months ago from Mexico at the urging of family members. He had been struck by a car while walking in Highland Park a few years ago in a prior stint living with family, and had a range of medical issues resulting from that accident.



Image

Nicolas Toledo-ZaragozaCredit...

"We brought him over here so he could have a better life," Ms. Toledo said. "His sons wanted to take care of him and be more in his life, and then this tragedy happened."

## Jacquelyn Sundheim, 63

A smile and a hug. Those were the guarantees every time Jacquelyn Sundheim — known as "Jacki" — walked into Marlena Jayatilake's spice shop in downtown Highland Park, Ill.

"She was such a beautiful human being, a beautiful ray of light," Ms. Jayatilake said. "So it's definitely a dark day."

Ms. Sundheim, a member of the North Shore Congregation Israel in Glencoe, Ill., was among the people killed in Highland Park, according to the synagogue, where friends said she coordinated events and did a bit of everything else.



Image

Jacquelyn SundheimCredit...

Janet Grable, a friend, said she went far beyond her expectations in planning the bar mitzvahs for both her children and arranging special seating for her mother when she joined services while in town.

## Stephen Straus, 88

A father of two, grandfather of four and a financial adviser who, at 88, still took the train every day from his Highland Park home to his office at a brokerage firm in Chicago, Stephen Straus "should not have had to die this way," his niece, Cynthia Straus, said in a phone interview.


Image

Stephen StrausCredit...

"He was an honorable man who worked his whole life and looked out for his family and gave everyone the best he had," Ms. Straus said. "He was kind and gentle and had huge intelligence and humor and wit."

Two of Mr. Straus's grandsons, Tobias Straus, 20, and Maxwell Straus, 18, said in an interview that they and their parents typically gathered with Mr. Straus and his wife for dinner each Sunday evening, including the evening before the shooting. Tobias, who fondly recalled his grandfather's sense of humor, said Mr. Straus was in vintage form.

"He ordered 'spaghetti with two meatballs, hold one meatball,'" Tobias Straus said. After he complimented his grandfather's watch, he added, his grandfather gave it to him "out of nowhere."

"It was literally the night before."

Cynthia Straus said her uncle and his community should have been better protected: "There's kind of a mentality that this stuff doesn't touch us," she said.

"And no one can think that way right now — we are in an internal war in this country. This country is turning on itself. And innocent people are dying."

Reporting was contributed by Luke Vander Ploeg, Amanda Holpuch, Michael Levenson, Eduardo Medina and John Yoon. Susan Campbell Beachy provided research.

# Exhibit 1-G

# Highland Park Parade Shooting

 **abc7chicago.com**/highland-park-shooting-aiden-mccarthy-kevin-irina/12033000

July 8, 2022

## Highland Park shooting: Orphaned toddler doesn't know parents are dead, ABC News reports

ByABC7 Chicago Digital Team 

Friday, July 8, 2022



HIGHLAND PARK, Ill. (WLS) -- A 2-year-old boy whose parents were both killed in the Highland Park parade shooting Monday does not yet know his parents are dead, ABC News reports.

Aiden McCarthy was at the parade with his parents Irina and Kevin McCarthy when Robert Crimo III allegedly opened fire, killing seven people and wounding more than 30 more.

"Kevin died a hero and Irina was a loving mother," said Tony Colon, cousin.

Both of his parents were killed. He was found by other parade attendees, who ferried him to safety and helped reunite him with his grandparents. He has remained in their care since.

"They're devastated, shattered. Not doing well," said Irina Colon, cousin.

ABC News reports that he believes his parents are on a trip. According to a family member who spoke to ABC News, every time a car pulls up to the driveway he says "Mommy and daddy are home."

The family is working with mental health professionals to determine the best time and way to tell Aiden his parents are gone, according to ABC News.

Lauren Silva was also attending the parade with her teenage son, and said they were on their way back to the parking garage to get a wallet when the shooting happened.

"When we heard the gunshots stop, then we went back upstairs to see the bodies," Silva said. "We saw about five bodies on the ground in Highland Park square. It was desolate. It was like an apocalypse. It was eerie and quiet."

People had already run away from the circle where the victims had fallen and said she saw the young boy's parents face down.

She recalled that Aiden had to be pulled out from underneath his father. His grandfather said he survived because his father shielded him with his body.

"When I came up from the landing of the stairs, my boyfriend had Aiden in his hands, where he had just got him from under his father who had fallen on him after he was shot," she said.

She handed him off to the Ring family, who helped get him to safety.

"Every time I tried to ask him what his name was, the response he gave to me was, 'Mama, Dada come get me soon. Mommy's car come to get me soon,'" Dana Ring recalled in an interview that aired Wednesday on "Good Morning America."

Report a correction or typo
Copyright © 2023 WLS-TV. All Rights Reserved.

Related Topics

Copyright © 2023 ABC, Inc., WLS-TV Chicago. All Rights Reserved.

# Exhibit 1-H

# Highland Park parade shooting has left 8-year-old Cooper Roberts with severed spinal cord

★ **chicago.suntimes.com**/2022/7/7/23198901/highland-park-parade-mass-shooting-cooper-roberts-keely-fourth-july

July 8, 2022



Cooper Roberts, 8, is in serioius condition at the University of Chicago's Comer Children's Hospital after his spine was severed by a bullet that entered his chest Monday in Monday's mass shooting at the Highland Park Fourth of July parade.

An 8-year-old boy remains hospitalized in serious condition after a bullet from the mass shooting at Highland Park's Fourth of July parade severed his spine.

Shot in the chest at the parade, Cooper Roberts was airlifted Monday to the University of Chicago's Comer Children's Hospital.

After being described for days as being in critical condition, his condition was upgraded Friday to serious, according to the hospital.

Cooper was at the parade with his family, including his mother Keely Roberts, who also was shot and is recovering, according to the family.

His twin brother Luke was treated for shrapnel wounds to a leg.

Cooper's situation is more serious. He's believed to be paralyzed from the waist down, according to his family.

"After several surgeries, the little guy is fighting as hard as he can," according to a GoFundMe set up with a goal of raising $500,000 to help the family cover medical costs. "His medical bills will be significant as will the therapy that will follow."

Seven people were killed and dozens wounded when a gunman with a high-powered rifle fired dozens of bullets from a rooftop onto the crowd in downtown Highland Park celebrating the Fourth of July. Robert Crimo III, 21, has been charged with murder in the mass shooting and, according to prosecutors, has confessed.

Cooper, who was an active child and loves sports, is sedated and on a ventilator to help him breathe, Roberts family spokesman Anthony Loizzi said Thursday.

"It's going to be a new normal for him going forward," Loizzi said, relaying statements from Cooper's family. "They're not sure because of the severed spinal cord whether or not he will be able to walk again in the future."

Cooper's latest surgery was Wednesday night, according to Loizzi.

Cooper, his brother, mother and father Jason went to the Fourth of July parade as they have in the past.

Keely Roberts was shot in a foot and leg and had two operations before being released from the hospital Wednesday, said Loizzi, who is also an attorney for the Zion elementary school district.

"After she had her second surgery and then she received news that Cooper's spinal cord had been severed, she told her doctors and nurses that they should discharge her, or she would walk out on her own because she needed to be with her son," Loizzi said.

Luke Roberts had shrapnel removed from his lower body, though some pieces were left because "removal would cause more damage," Loizzi said.

Cooper and Luke "are more than twins — they are best friends, partners in crime," their sister Payton, 26, said in a written statement.

Payton Roberts, who didn't attend the parade, described Cooper as an athletic boy who loves soccer, baseball and football.

The boy, who hasn't been able to speak to his family since being shot, "is the funniest, most engaging storyteller you'll ever meet," his sister said.

*Brett Chase's reporting on the environment and public health is made possible by a grant from The Chicago Community Trust.*

# Exhibit 1-I

# 6 months after Highland Park massacre, Cooper Roberts, 8, continues recovery

⭐ **chicago.suntimes.com**/2023/1/5/23540793/highland-park-july-4-shooting-cooper-roberts

January 5, 2023



Cooper Roberts uses a wheelchair after he was shot in his spine and paralyzed during the Fourth of July shooting in Highland Park.

The mother of 8-year-old Cooper Roberts has shared new details about his recovery after he was wounded six months ago in the July 4 parade massacre in Highland Park.

Cooper was struck in his spine and left paralyzed below his waist in the shooting, in which seven people were killed and nearly 50 wounded.

"I have been feeling very, very emotional about this anniversary. Six months. Six months since a monster shattered our lives, changed them irrevocably, forever," Keely Roberts wrote in a written statement Wednesday.

Cooper is continuing to recover but still struggles with digestion, physical pain and "is learning to live with the loss of favorite activities that have been ripped away from him," his mother said.

Cooper, who loves sports and recently returned to school with his twin brother, misses his teammates and the camaraderie, she wrote. "He still loves physical education class and recess best, but he is rope climbing or watching — not playing the team sports that he adores," she wrote.

To keep their living space accessible to Cooper, the family moved into another home and has been raising money to find a permanent one.

Since the shooting, the family hasn't lived in their old home, which now looks "like a time capsule," Keely Roberts said. The family needs to move from their temporary home in a couple of months, she said.

Keely Roberts will undergo a procedure soon for her own injury from the shooting, a gunshot wound to her leg, she said.

Cooper's four sisters, who were not at the parade, feel survivor's guilt, their mother said.

"It's a long, long road with a lot of sadness. But as always, we are overwhelmed with the good in the world. Truly. I cannot begin to share how much each and every kindness has meant to our family — and there have been tens of thousands of them," she wrote.

Robert Crimo III has been charged in the mass shooting. Crimo is accused of firing a high-powered rifle into the crowd from a rooftop.

Crimo's father was charged in December with reckless conduct for helping his then-underage son apply for a gun permit in 2019 even though the teen previously threatened to kill himself and his family.

In addition to criminal charges, civil lawsuits related to the shootings have been filed, including one by lawyers for the Roberts family, against Crimo, his father, two gun stores and gunmaker Smith & Wesson.

Friends of the family have raised more than $2 million through GoFundMe for Cooper's recovery. The family has started a separate fundraiser to buy or build a new accessible home.

# Exhibit 1-J

# Before Shooting, Highland Park Was Considered Chicago's 'Mayberry'

nytimes.com/2022/07/05/us/highland-park-chicago-shooting.html

July 6, 2022

Intended from the start as an oasis, the suburb is struggling to comprehend its new identity as the latest site of a mass shooting



Highland Park, Ill., long seen as a haven, became a scene of breathtaking violence on Monday.Credit...Jamie Kelter Davis for The New York Times

By Ellen Almer Durston, Campbell Robertson and Dan Simmons

July 5, 2022

HIGHLAND PARK, Ill. — It was intended, from its very origins, to be an oasis.

Landscape architects carefully laid out Highland Park, Ill., over a century ago as a leafy retreat, drawing generations of Chicago residents seeking safety and quiet. Jewish families, unwelcome in other suburbs up and down the North Shore, made this suburb their home, opening synagogues, kosher butcher shops and a golf club. It was always affluent, and still is,

but leaders have made efforts to promote the building of affordable housing. When consumers started driving westward for giant shopping centers by the expressway, Highland Park focused on revitalizing its downtown.

And it worked. The town is small at about 30,000 people, but in many ways felt even smaller. Neighbors became friends in downtown shops and congregations. Chicago, just 25 miles away, struggled with a spiking murder rate and the nation endured mass shooting after mass shooting. Yet in Highland Park, there was not a single murder from 2000 to 2020, according to crime statistics from the F.B.I., and the rate of all violent crime was less than a quarter of the rate statewide.

But then, on Monday, the city that had carefully planned for over a century to be a haven in an often chaotic world, became a scene of breathtaking violence like so many other places around the country.

"We said it could happen anywhere," said Rabbi Adam Chalom, who moved to Highland Park 18 years ago and fell in love with the old-growth trees and friendly neighbors. "But we didn't realize anywhere could include here."

The morning before, Rabbi Chalom was standing in a festive crowd by the commuter station, waiting with the other marchers for the Fourth of July parade to begin. It was to be the first parade after two years of pandemic-related cancellations. The parade is as emblematic as any occasion of the kind of town that Highland Park has long planned to be. It is a procession of Cub Scouts, musicians, local politicians, day campers and emissaries from every other kind of group that makes a community feel close-knit and secure.



There was not a single murder in Highland Park from 2000 to 2020, according to crime statistics from the F.B.I.Credit...Jamie Kelter Davis for The New York Times

Rabbi Chalom was with his wife's local community group, while one of his sons was somewhere with his swim club.

Howard Prager, a tuba player for a klezmer band, chatted with a dentist, who was accompanied by someone dressed as a giant tooth.

"I think this time, people were just excited to be able to be in it again, to see that we are back as a country," said Mr. Prager, who had played in this parade for 30 years or so.

The busy downtown itself is something that Highland Park had cultivated for decades, even when other towns were letting their business districts slowly wither, said Ann Keating, a history professor and a co-editor of the Encyclopedia of Chicago.

"It's one of the very first old suburbs that emerged around the railroads, that actually reinvigorates their downtown in the postwar period," she said. "It is tied to that planning tradition, and it does set it apart from its near neighbors and from other communities."

The town is still overwhelmingly white, and the median household income is more than double the national average.

There is a reason that Michael Jordan has a home here and that the director John Hughes repeatedly used Highland Park as a backdrop for his tales of upper-class adolescence like "Ferris Bueller's Day Off" and "Sixteen Candles."

Though Highland Park has made more attempts than some other suburban towns to be inclusive, it contains homes that were bought and sold decades ago under racist covenants, and the Police Department entered into a federal consent decree in 2000 following allegations of racial profiling.

The parade route that passed through Central Avenue wound past the gelato shop, the Kabbalah bookstore and salons, and close to Marlena Jayatilake's spice and tea shop.

"I come from Englewood, on the South Side of Chicago, so it's a little rough," said Ms. Jayatilake, the owner of Love That Spice, a 10-year-old store that sits a block off the parade route. "And when I would drive through here, the first thing I said is, 'One day I'm going to live here.' Because it was beautiful. It reminded me of Mayberry."



The busy downtown is something Highland Park had cultivated for decades.Credit...Jamie Kelter Davis for The New York Times

One of the victims, Jacquelyn Sundheim, was a regular at her store. It angered Ms. Jayatilake that a single person could so abruptly change how people saw their town. "Highland Park is always thought of as a safe, beautiful town on North Shore where you can leave your purse on the sidewalk and come back for it," she said. "For someone to come and snatch that away from these people, that is just unacceptable."

The Mayberry comparison is not a new one. There was even an ice cream shop in town called Mayberry's.

"It was the place where everyone had their birthday parties," Lisabeth Gansberg, 54, said. "You could get the giant jawbreaker, the one the size of a tennis ball, and you'd have it for a year."

Everyone worked at one of the two hot dog stands — either Stash's or Michael's — or Sunset Foods, the local grocery store. There was also Bob's Deli. "It was like the 7-11, the family shop. We all went there for food or whatever," Ms. Gansberg said.

The deli was run by a onetime mayoral candidate, Bob Crimo. His son Robert E. Crimo III was charged with seven counts of first-degree murder on Tuesday in connection with the shooting.

It was that intimate setting — the very thing that made the town feel special — that the gunman exploited, the police said. Authorities said he set up on a rooftop overlooking the parade route and fired more than 70 bullets into families below. He wore women's clothing during his getaway, the police said, to blend in with the crowd.

On Tuesday, the death toll increased from six to seven. More than 30 people were wounded in the attack. Even those who saw the violence firsthand struggled to comprehend what had happened.

"It's so weird," said Xochil Toledo, 23, who had been standing at the parade next to her 78-year-old grandfather, Nicolas Toledo-Zaragoza, when he was shot to death. She had grown up in Highland Park and found it so safe that she had thought nothing of leaving chairs along the parade route late Sunday night, sure that no one would move them.

"It's a safe town," she said. "We never expected anything like this to happen. And at the beginning, we were all in shock. We thought it was just part of the parade — the shooting. And then we realized that our grandfather was dead."

The morning of the parade, John Whitehead, 55, a teacher of eighth-grade American history, was standing in front of the Walker Bros. pancake house. This is the place where his father eats about once a week, sharing an apple pancake with his daughter-in-law. Then he heard what he thought were fireworks.

"If I'd been 10 feet to my left, I would've been part of it," he said. He was adamant that this shooting not redefine his hometown.

"I got up this morning, I said I've got to run my same route," Mr. Whitehead said. His usual path matches the parade route, following it eastward to Lake Michigan. On Tuesday, Mr. Whitehead found that the route was now an active crime scene, blocked by police barriers.

# Exhibit 1-K

# Doctors describe 'surreal' experience treating Highland Park mass shooting victims

cbsnews.com/chicago/news/doctors-describe-surreal-experience-treating-highland-park-mass-shooting-victims

**HIGHLAND PARK, Ill. (CBS**) -- Physicians at Highland Park Hospital described their efforts to treat more than two dozen victims of Monday's mass shooting at a July 4th parade.

NorthShore University Health System officials said 38 total victims with injuries were taken to hospitals via ambulance or other vehicles.

"There's been a lot of different events that have happened in the United States, and this obviously now has hit very close to home. It is a little surreal to have to take care of an event such as this, but all of us have gone through extensive training," said Dr. Brigham Temple, the medial director of emergency preparedness at NorthShore University Health System. "We go through a number of different programs, training. We practice for these events even though we hope they never happen. So I think our team very admirably handled the situation today."

Officials added that 25 of those taken to the hospital with injuries sustained gunshot wounds and 19 were treated and discharged as of Monday evening, Temple said. Two of the patients were still in the hospital Monday night, and others were transported to area hospitals in Evanston, Glenbrook and Lake Forest.

Temple added the patients with injuries at Highland Park Hospital ranged in age from 8 to 85 years old. He said "four or five" of the those hospitalized were children.

Highland Park Hospital was placed on alert immediately after the shooting, quickly moving into a lockdown.

Within 30 minutes, 20 additional doctors and a number of nurses and support staff were brought in to help treat patients, 25 of them who had suffered gunshot wounds.

Doctors said 15 of those victims managed to get themselves to the hospital.

"There was a child who was shot and injured here that was too unstable to transfer. So the trauma surgeons and the anesthesiologists and the nurses – all of whom did an extraordinary job, really nothing short of heroic -- they stabilized that patient, repaired the injuries that needed to be repaired, and that child is now en route to University of Chicago by helicopter to [Comer] Children's Hospital," said Dr. Mark Talamonti, chairman of the Department of Surgery at Highland Park Hospital.

# Exhibit 1-L

# State legislators urged to outlaw assault weapons: 'If we don't do something about this, shame on us'

★ chicago.suntimes.com/2022/12/12/23505898/assault-weapons-ban-highland-park-state-legislators-judiciary-large-capacity-magazines

December 12, 2022



Conttina Patterson, who survived a Halloween mass shooting on the West Side, testifies Monday in Chicago before the Illinois House Judiciary Committee.

Anthony Vazquez/Sun-Times

Lauren Bennett spoke of the persistent fear that she would die from wounds she suffered in the Highland Park Fourth of July parade mass shooting — and the physical scars that remain on her bullet-ridden body.

Conttina Patterson sat with crutches nearby — having lived through an East Garfield Park mass shooting on Halloween that left her with a bullet hole so large it broke a bone.

And activist Jaquie Algee brought a photograph of her son and told of the daily pain of decades of grief over Kenneth, who did not survive a 1995 shooting.

The three women were among those who testified before the Illinois House Judiciary Committee in Chicago on Monday, as legislators gear up to once again try to pass an assault weapons ban.

House Democrats on Dec. 1 introduced legislation that would ban the sale of assault weapons immediately, prevent sales of ammunition magazines holding more than 10 rounds and raise eligibility for a state firearm owner identification card for most Illinois residents to 21.

Sponsors need just 60 votes come Jan. 1, and they plan to take up the measure during the lame duck session early next month.

But the law is just a first step, Algee said.

"We can pass laws, but change will not happen unless we enforce change. And change has to be for everyone — from Highland Park to Roseland, from Englewood to Austin. Change has to happen for everyone," she said. "And our legislators, all of you who are here and those that are not — from a city, from a state, from a federal perspective — have to be on the same page.

"Skip the aisle, don't worry about the aisle. Because the aisle doesn't exist when it comes to human loss, hurt and pain," Algee said.

"If we don't do something about this, shame on us," said Algee, an official with SEIU Healthcare of Illinois, Indiana, Missouri and Kansas.

Patterson, one of 14 people wounded in East Garfield Park on Oct. 31, agreed that even more needs to be done.

"We need to be doing something about the guns," she said. "Not only the AK-47, all guns. What will it take? So many have lost their lives. Not only being shot, but victims just not here anymore to speak.

"So I don't know. What do we have to do? What can we do? What needs to be done? Stopping an AK-47 or an AR-15 type, that's still not going to solve the problem. It's still guns out here. A .22 can kill you. A nine millimeter can kill you. Something needs to be done with all guns," Patterson said.

After the Highland Park shooting, legislators began meeting in a working group to try to come up with legislative solutions to prevent another mass shooting tragedy. Police say shooting suspect Robert Crimo III used a Smith & Wesson M&P15, an AR-15-style semi-automatic rifle whose initials, M&P, stand for "military and police" to kill seven people and injure 48 others.

Gov. J.B. Pritzker has said he would support passage of an assault weapons ban. Gun control groups have also formed a new nonprofit group called "Protect Illinois Communities," which is helping to drum up support via television ads and mailers.

In 2015 in Illinois, the 7th U.S. Circuit Court of Appeals upheld an assault weapons ban in Highland Park, which could serve as a precedent for a statewide ban.

Bennett has been among the most vocal survivors of the Highland Park tragedy. She was shot twice in her hip and back as she attended the parade with her husband, children and in-laws. She's also among a group of survivors who have filed suit against gunmaker Smith & Wesson, two gun stores and Crimo III and his father, accusing them in part of violating Illinois consumer laws in the lead-up to the attack.

"For those who have never felt a bullet rip through your skin, let me explain how it feels," Bennett said. "Imagine a hot metal, dartlike projectile tearing through your body at a supersonic speed, faster than the speed of sound.

"You'll feel it burn through your skin, and likely you will quickly grab whatever part of your body was hit (because you know something is not right), only to feel that excessive amounts of blood draining out of you and soaking everything.

"At this point, you most likely feel as if you are dying, maybe wondering if this is how it all ends. I can assure you that is what I was thinking."

Highland Park Mayor Nancy Rotering told legislators a statewide assault weapons ban would represent a common sense step that would be worth it just to save one life.

"Just like we don't allow people to handle nuclear materials or own missile launchers and so on, these weapons are too dangerous for public access," Rotering said. "Please help us reclaim our freedom and defend our human right to live. It's time to turn prayers into action."

State Rep. Maurice West, D-Rockford, implored legislators to be open to ongoing discussions about gun control legislation — noting that a ban on assault weapons won't fix everything.

"It just takes one bullet to take a life," West said. "I ask that, if we can't measure twice and cut once on this piece of legislation, that we keep the lines of communication open, proactively, proactively not reactively like we had to do in this vein. Proactively, so that those who spoke to us today will know what we plan to do."

No opponents of the measure spoke on Monday, but they're expected to participate in another hearing on Thursday. The Illinois State Rifle Association has said it plans to fight any assault weapons ban on constitutional grounds.

# Exhibit 1-M

## Illinois assault weapons ban advances after Democratic deal, echoes of a child's screams

★ chicago.suntimes.com/2023/1/9/23547414/assault-weapons-ban-illinois-state-senate-harmon-highland-park-harmon-pritzker-welch

January 10, 2023



Flowers sit on a curb near a child's bicycle one day after a gunman killed seven people and wounded dozens at Highland Park's Fourth of July parade in 2022.

Ashlee Rezin/Sun-Times file

SPRINGFIELD — Illinois moved one step closer to banning the sale of assault weapons in the state — as the Illinois Senate on Monday approved legislation that would also halt the sale of large-capacity magazines.

1/3

Senators made several changes to the measure that cleared the Illinois House Friday, and it must now go back to the Illinois House for concurrence.

With the Illinois General Assembly holding its inaugurations Wednesday, Tuesday is the last day of the lame-duck session.

And that second-to-last day was a busy one, including the governor and top Democratic leaders working through their differences and a mother urging action by playing the recorded screams of a child reacting to the horrors of the Highland Park Fourth of July parade massacre.

"This is what it sounds like when a child runs from an assault weapon," Ashbey Beasley told senators after the screams filled a Senate hearing room. "This is what happens when a child goes to a parade in our country."

Hours later, the Illinois Senate voted 34-20 to approve the package of gun restrictions.

"There are many laws on the books, but in the end, what we believe is the proliferation and ready access to high-powered weapons that have original basis in military and combat have no place in common commerce and on our streets," Senate President Don Harmon, D-Oak Park, and the bill's sponsor, said during the debate.

"This is an effort that will not solve the problem. We don't pretend that it will. But it is an additional tool to curb the flow of firearms into our communities, firearms that absolutely destroy and eviscerate human beings and for which there are much more satisfactory substitutes for hunting."

To those claiming the legislation will be deemed unconstitutional, Harmon ended the debate with, "We'll see you in court."

Harmon said there were several changes made since senators held a subject matter hearing on the bill Monday morning, including asking the Illinois State Police by administrative rule to provide further guidance to make sure hunters are not impeded. Private security contractors would also be offered exemptions regarding their firearms and magazines.

Language on high-capacity magazines was also changed, with 10 rounds allowed for long guns and 15 for handguns. The list of assault weapons was also updated.

Other changes including allowing the Illinois State Police to add guns to the list of banned assault weapons.

The passage came a day after Gov. J.B. Pritzker and Illinois House Speaker Emanuel "Chris" Welch criticized earlier Senate revisions. But on Monday, Pritzker and Welch joined Harmon in a joint statement in support of the measure.

"After continued negotiations between the leaders, stakeholders and advocates, we have reached a deal on one of the strongest assault weapons bans in the country," the statement said. "Gun violence is an epidemic that is plaguing every corner of this state, and the people of Illinois are demanding substantive action. With this legislation we are delivering on the promises Democrats have made, and together, we are making Illinois' gun laws a model for the nation."

During debate, Republican senators argued the legislation is unconstitutional and punishes law-abiding gun owners in the state.

"All of you that are thinking about voting for this today, you should resign," state Sen. Neil Anderson, R-Moline said. "This is a blatant disregard for the United States Constitution."

Sen. Chapin Rose, R-Mahomet, said the state should focus on enforcing the laws that already exist, instead of creating new ones.

"We're going to make felons out of taxpayers. Why don't we go after the bad guys, put hem being bars and actually keep them there?" Rose said. "Put the bad guys behind the bars, not the taxpayers, not the citizens."

Earlier, during a Senate Executive Committee meeting, lawmakers heard audio that began with a high-pitched cry from a child with not enough air to take a breath.

"What is happening?" the child screams in exasperation and in fear. "What is happening?"

Beasley played the chilling audio as she testified in support of the Senate measure. Beasley escaped harm at the Highland Park shooting alongside her 6-year-old son, whom she told lawmakers is undergoing trauma counseling.

"My son hasn't been the same since the parade," Beasley said. "A couple of days later, he grabbed his head and said it was too full of thoughts, and he vomited all over the place. He began to wear his clothes inside out, backward, wet the bed for months and had to see a trauma specialist. All because I took him to a parade."

She said someone sent her the audio of the child who was at the parade. She said understanding that it had also affected other children, just as it did her son, "broke" her.

Harmon implored senators to remember that audio clip, saying his own words weren't as powerful as the child "screaming, 'What's happening?'

"Let's remember that when we go to the floor and take this up," said Harmon.