# Exhibit 3

## DECLARATION OF WILLIAM E. DEMUTH II

I, William E. Demuth II, declare as follows:

1.     I am currently the Laboratory Director for the Illinois State Police, Division of Forensic Services/Forensic Science Command's Training and Applications Laboratory.  I have held this position for three and a half years.  Prior to this, I held the position of Firearms/Toolmarks Training Coordinator for ten and a half years and Forensic Scientist specializing in Firearms/Toolmarks examination for nine and a half years prior to that.

2.     I am a veteran of the United States Army and Illinois Army National Guard, where I received training and experience working with the military versions of several of the firearms explicitly regulated by the Protect Illinois Communities Act.

3.     As a Firearms Examiner and Training Coordinator for the Illinois State Police, I have in excess of twenty years of training and experience in the examination and identification of all types of firearms.  I am also a Distinguished Member and the current President of the Association of Firearm and Tool Mark Examiners (AFTE), a professional organization for forensic professionals that provides guidance and training in this discipline.

4.     I submit this declaration in support of the Office of the Attorney General of Illinois response to litigation challenging various aspects of Illinois Public Act 102-1116, also known as the Protect Illinois Communities Act.  Illinois State Police is a named Defendant in multiple cases involving the Protect Illinois Communities Act, including: *Harrel v. Raoul*, Case No. 23-cv-141-SPM (S.D. Ill.); *Langley v. Kelly*, Case No. 23-cv-192-NJR (S.D. Ill.); *Barnett v. Raoul*, 23-cv-209-RJD (S.D. Ill.); *Federal Firearms Licensees of Illinois v. Pritzker*, 23-cv-215-NJR (S.D. Ill.); *Barnett v. Raoul*, 23-cv-209-RJD (S.D. Ill.); and *Herrera v. Raoul*, 23-cv-532 (N.D. Ill.).

5.     I have reviewed the provisions of Public Act 102-1116 being challenged in this case.

1

6.      Exhibit A is a compilation of images of firearms explicitly regulated by the Protect Illinois Communities Act.  The source of these images is a general internet image search, confirmed by my training and experience as a Firearms Examiner.

7.      Exhibit B is a compilation of representative images of large capacity magazines explicitly regulated by the Protect Illinois Communities Act.  The source of these images is a general internet image search, confirmed by my training and experience as a Firearms Examiner.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____ at _____.
                        February 24, 2023              2060 Hill Meadows Drive, Ste.1, Springfield, IL 62702

William E.
Demuth II

Digitally signed by
William E. Demuth II
Date: 2023.02.24
12:55:33 -06'00'

/s/

William E. Demuth II

# EXHIBIT A

| Regulated Assault Weapons[1] | | |
|---|---|---|
| **Regulated Semiautomatic Rifles (by feature)[2]** | | |
| **Statutory Provision** | **Regulated Feature** | **Image** |
| (A)(i) | A pistol grip |  |
| (A)(i) | A thumbhole stock |  |

(section continues on next page)

---

[1] Exhibit A contains pictures of assault weapons regulated in the Protect Illinois Communities Act, 720 ILCS 5/24-1.9, sourced thorough a search of publicly available internet sources.

[2] 720 ILCS 5/24-1.9 (a)(1)(A) defines assault weapon as any semi-automatic rifles that has the capacity to accept a detachable magazine or that may be readily modified to accept a detachable magazine, if the firearm has one or more of the specified features.

720 ILCS 5/24-1.9 (a)(1)(B) defines assault weapon as any semi-automatic rifle that has a fixed magazine with the capacity to accept more than 10 rounds, except for an attached tubular device designed to accept, and capable of operating only with, .22 caliber rimfire ammunition.

| | | |
|---|---|---|
| (A)(ii) | Protruding grip |  |
| (A)(iii) | Folding stock | |

(section continues on next page)

| (A)(iii) | Telescoping stock |  |
|---|---|---|
| (A)(iii) | Thumbhole stock | |
| (A)(iii) | Detachable stock | |

Pictured: US M1 Carbine with folding "paratrooper" stock (folded in lower image)

(section continues on next page)

| | | |
|---|---|---|
| (A)(iv) | Flash suppressor |  |
| (A)(v) | Grenade launcher |  |
| (A)(vi) | Shroud |  |
| (B) | Fixed magazine, capacity of more than 10 rounds | <br>Pictured: SKS with fixed, 20 round capacity magazine. |

4

| Regulated Semiautomatic Pistols (by feature)[3] | | |
|---|---|---|
| **Statutory Provision** | **Regulated Feature** | **Image** |
| (C)(i) | Threaded barrel |  |
| (C)(ii) | Second pistol grip (or other protruding grip) | |

(section continues on next page)

---

[3] 720 ILCS 5/24-1.9 (a)(1)(C) defines assault weapon as any semi-automatic pistol that has the capacity to accept a detachable magazine or that may be readily modified to accept a detachable magazine, if the firearm has one or more of the specified features.

720 ILCS 5/24-1.9 (a)(1)(D) defines assault weapon as any semiautomatic pistol that has a fixed magazine with the capacity to accept more than 15 rounds.

| (C)(iii) | Shroud | |
|---|---|---|
| (C)(iv) | Flash suppressor | |



(section continues on next page)

| (C)(v) | Capacity to accept a detachable magazine at some location outside of the pistol grip | |
|---|---|---|
| (C)(vi) | Buffer tube | |
| (C)(vi) | Arm brace | |



(section continues on next page)

| (C)(vi) | Other part that protrudes horizontally behind pistol grip |  |
| (D) | Fixed magazine with capacity to accept more than 15 rounds | <br><br>Pictured:  Mauser, C96 "Broomhandle" (w/ fixed 20 round magazine) |

| Regulated Shotgun[4] | | |
|---|---|---|
| **Statutory Provision** | **Regulated Feature** | **Image** |
| (E) | A revolving cylinder |   Pictured: Cobray/SWD Street Sweeper |

---

[4] 720 ILCS 5/24-1.9(a)(1)(E) defines assault weapon as any shotgun with a revolving cylinder.

| Regulated Semiautomatic Shotguns (by feature)[5] | | |
|---|---|---|
| **Statutory Provision** | **Regulated Feature** | **Image** |
| (F)(i) | Thumbhole stock |  |
| (F)(ii) | Feature capable of functioning as protruding grip | |
| (F)(iii) | Folding stock | |
| (F)(iii) | Thumbhole stock | |

(section continues on next page)

[5] 720 ILCS 5/24-1.9(a)(1)(F) defines assault weapon as any semiautomatic shotgun with one or more of the specified features.

| | | |
|---|---|---|
| (F)(iv) | Grenade launcher | Pictured: Saiga 12 gauge semiautomatic shotgun with 37 mm flare/grenade launcher attached under the barrel |
| (F)(v) | Fixed magazine with capacity of more than 5 rounds | Pictured: Tavor TS12 – three fixed magazine tubes, each holding up to five  2 ¾" 12 gauge shells |
| (F)(vi) | Capacity to accept a detachable magazine |  |

## Other Regulated Firearms

| Statutory Provision | Regulated Firearm | Image |
|---|---|---|
| (G) | Any semiautomatic firearm that has capacity to accept a belt ammunition feeding device | <br>Pictured: Belt-fed, semiautomatic, RPD rifle |
| (H) | Any firearm that has been modified to be operable as an assault weapon [as defined by 720 ILCS 5/24-1.9 (a)(1)] | Unmodified Ruger, model 10/22 (not restricted)<br><br>Ruger, model 10/22, with aftermarket collapsible stock, pistol grip, and large capacity magazine (restricted) |

(section continues on next page)

12

| (I) | Combination of parts designed or intended to convert a firearm into an assault weapon. [6] |  Semiautomatic SKS Rifle with fixed, ten-round capacity magazine (not restricted on its own)<br><br>Combination of parts:  Semiautomatic SKS rifle, plus pistol grip collapsible stock, plus detachable magazine, plus flash suppressor (combination of parts is restricted)<br><br>Semiautomatic SKS with above listed parts installed (restricted) |

---

[6] Per 720 ILCS 5/24-1.9 (a)(1)(I), an assault weapon includes "[a]ny part or combination of parts designed or intended to convert a firearm into an assault weapon, including any combination of parts from which an assault weapon may be readily assembled if those parts are in the possession or under the control of the same person."

| Regulated Semiautomatic Rifles (specific models)[7] | | |
|---|---|---|
| **Statutory Provision** | **Regulated Firearm** | **Image** |
| **(J)(i)** | **All AK Types, including:** | **(intentionally blank)** |
| (J)(i)(I) | AK |  "AK" is a general term for a class of rifles based on the original Kalashnikov-designed AK-47, an example of which is pictured here. |
| (J)(i)(I) | AK47 |  |
| (J)(i)(I) | AK47S |  "S" variants of the AK series of rifle have a downward folding stock. Pictured is an AKS-47 rifle. |

[7] Per 720 ILCS 5/24-1.9 (a)(1)(J), all of the listed rifles, copies, duplicates, variants, or altered facsimiles with the capability of any such weapon are assault weapons.

| (J)(i)(I) | AK-74 | |
|---|---|---|
| (J)(i)(I) | AKM | |
| (J)(i)(I) | AKS | |
| (J)(i)(I) | (Maadi) ARM | |



| (J)(i)(I) | MAK90 |  |
| (J)(i)(I) | (Maadi) MISR |  |
| (J)(i)(I) | NHM90 (with thumbhole stock) |  |
| (J)(i)(I) | Norinco NHM91 |  |
| (J)(i)(I) | FEG SA85 |  |

| | | |
|---|---|---|
| (J)(i)(I) | Arsenal (Bulgaria) SA93 |  |
| (J)(i)(I) | Vector Arms AK-47 (AKS) | |
| (J)(i)(I) | VEPR (FM-AK47-11) | |
| (J)(i)(I) | WASR-10 with flash suppressor | |

(section continues on next page)

| | | |
|---|---|---|
| (J)(i)(I) | WUM (Romanian WUM1) |  |
| (J)(i)(II) | IZHMASH Saiga AK |  |
| (J)(i)(III) | Maadi AK-47 with side folding stock |  |
| (J)(i)(III) | Maadi ARM |  |
| (J)(i)(IV) | Norinco 56S |  |

| | | |
|---|---|---|
| (J)(i)(IV) | Norinco 56S2 | |
| (J)(i)(IV) | Norinco 84S | |
| (J)(i)(IV) | Norinco 86S | |
| (J)(i)(V) | Poly Technologies AK 47 | |



(continues on next page)

19

| | | |
|---|---|---|
| (J)(i)(V) | Poly Technologies AKS |  |
| (J)(i)(VI) | SKS with detachable magazine and bayonet |  |
| **(J)(ii)** | **All AR Types, including the following:** | **(intentionally blank)** |
| (J)(ii)(I) | AR-10 | <br>Pictured: DPMS LR-243 AR-10 |
| (J)(ii)(II) | AR-15 | <br>Pictured: Colt LE6920 Series AR-15, 16" barrel, with collapsible stock, vertical fore grip, and flash suppressor |
| (J)(ii)(III) | Alexander Arms Overmatch Plus 16 |  |

| (J)(ii)(IV) | Armalite M-15 22LR Carbine |  |
| (J)(ii)(V) | Armalite M15-T |  |
| (J)(ii)(VI) | Barrett REC7 |  |
| (J)(ii) (VII) | Beretta AR70 with flash suppressor |  |

| (J)(ii) (VIII) | Black Rain Ordnance Recon Scout |  |
|---|---|---|
| (J)(ii)(IX) | Bushmaster ACR | |
| (J)(ii)(X) | Bushmaster Carbon 15 | |
| (J)(ii)(XI) | Bushmaster MOE series | |

(section continues on next page)

| (J)(ii) (XII) | Bushmaster XM15 |  |
| --- | --- | --- |
| | | Pictured: Bushmaster XM15-E2S, 16" barrel, with collapsible stock and flash suppressor |
| (J)(ii) (XIII) | Chiappa Firearms MFour rifles | |
| (J)(ii)(XIV) | Colt Match Target rifles | |
| (J)(ii)(XV) | CORE Rifle Systems CORE15 rifles | |

(section continues on next page)

| | | |
|---|---|---|
| (J)(ii)(XVI) | Daniel Defense M4A1 |  Pictured: Daniel Defense M4A1 with collapsible stock and flash suppressor |
| (J)(ii)(XVII) | Devil Dog Arms 15 series rifle |  |
| (J)(ii)(XVIII) | Diamondback DB15 rifles |  |
| (J)(ii)(XIX) | DoubleStar AR rifles |  |
| (J)(ii)(XX) | DPMS Tactical Rifles |  |

| (J)(ii)(XXI) | DSA Inc. ZM-4 Carbine | |
|---|---|---|
| (J)(ii) (XXII) | Heckler & Koch MR556 | |
| (J)(ii) (XXIII) | High Standard HSA-15 rifles | |
| (J)(ii) (XXIV) | Jesse James Nomad AR-15 rifle | |



(section continues on next page)

| (J)(ii) (XXV) | Knight's Armament SR-15 | |
|---|---|---|
| (J)(ii) (XXVI) | Lancer L15 rifles | |
| (J)(ii) (XXVII) | MGI Hydra Series rifle | |
| (J)(ii) (XXVIII) | Mossberg MMR Tactical rifles | |
| (J)(ii) (XXIX) | Noreen Firearms BN 36 rifle | |



(section continues on next page)

| | | |
|---|---|---|
| (J)(ii) (XXX) | Olympic Arms AR-15 | 

Pictured: Olympic Arms AR-15 with collapsible stock and flash suppressor |
| (J)(ii) (XXXI) | POF USA P415 |  |
| (J)(ii) (XXXII) | Precision Firearms AR rifles |  |
| (J)(ii) (XXXIII) | Remington R-15 rifles |  |
| (J)(ii) (XXXIV) | Rhino Arms AR rifles |  |

| (J)(ii) (XXXV) | Rock River Arms LAR-15 | |
|---|---|---|
| | | Pictured: Rock River Arms LAR-15 with collapsible stock and flash suppressor |
| (J)(ii) (XXXV) | Rock River Arms LAR-47 | |
| (J)(ii) (XXXVI) | Sig Sauer SIG516 rifles | |
| (J)(ii) (XXXVI) | Sig Sauer MCX rifles | |



(section continues on next page)

| | | |
|---|---|---|
| (J)(ii) (XXXVII) | Smith & Wesson M&P AR15 | <br>Pictured: Smith & Wesson M&P Sport 2 AR15 with collapsible stock, vertical foregrip, and flash suppressor |
| (J)(ii) (XXXVIII) | Stag Arms rifles | |
| (J)(ii) (XXXIX) | Sturm, Ruger & Co. SR556 rifles | |
| (J)(ii) (XXXIX) | Sturm, Ruger & Co. AR-556 rifles | |

(section continues on next page)

| | | |
|---|---|---|
| (J)(ii)(XL) | Uselton Arms Air-Lite M-4 rifles |   Note:  Uselton Arms went out of business in 2012 without ever producing rifles. The owner, Rick Uselton, went on to found Polar Barrels and Ultimate Arms. Pictured is an Ultimate Arms, model M4-AR Air Lite Black Widow rifle. |
| (J)(ii)(XLI) | Windham Weaponry AR rifles |  |
| (J)(ii) (XLII) | WMD Guns Big Beast |  |
| (J)(ii) (XLIII) | Yankee Hill Machine Company, Inc. YHM-15 rifles |  |
| (J)(iii) | Barrett M107A1 |   Pictured: Barrett M107A1, 50 BMG caliber |

| | | |
|---|---|---|
| (J)(iv) | Barrett M82A1 | 
Pictured: Barrett M82A1, 50 BMG caliber |
| (J)(v) | Beretta CX4 Storm |  |
| (J)(vi) | Calico Liberty Series | 
Pictured: Calico Liberty Series 50 Carbine with 50 round magazine |
| (J)(vii) | CETME Sporter | 
Pictured: Century Arms CETME Sporter |
| (J)(viii) | Daewoo K-1 |  |
| (J)(viii) | Daewoo K-2 |  |

| (J)(viii) | Daewoo Max 1 |  |
| (J)(viii) | Daewoo Max 2 |  |
| (J)(viii) | Daewoo AR 100 |  |
| (J)(viii) | Daewoo AR 110C |  |
| (J)(ix) | Fabrique Nationale FAL |  |

| (J)(ix) | Fabrique Nationale LAR | |
|---------|------------------------|---|
| (J)(ix) | Fabrique Nationale 22 FNC | |
| (J)(ix) | Fabrique Nationale 308 Match | |
| (J)(ix) | Century Arms Fabrique Nationale FAL L1A1 Sporter | |
| (J)(ix) | Fabrique Nationale PS90 | |



(section continues on next page)

| (J)(ix) | FN SCAR |  |
|---|---|---|
| (J)(ix) | Fabrique Nationale FS2000 | |
| (J)(x) | Feather Industries AT-9 | |
| (J)(xi) | Galil Model AR | |
| (J)(xi) | Galil Model ARM | |

(section continues on next page)

| | | |
|---|---|---|
| (J)(xii) | Hi-Point Carbine | \n\nPictured: Hi-Point Carbine with vertical foregrip |
| (J)(xiii) | Heckler & Koch HK91 | |
| (J)(xiii) | Heckler & Koch HK93 | |
| (J)(xiii) | Heckler & Koch HK94 | |

(section continues on next page)

| (J)(xiii) | Heckler & Koch-PSG-1 | |
|---|---|---|
| (J)(xiii) | Heckler & Koch USC | |
| (J)(xiv) | IWI TAVOR, Galil ACE rifle | |
| (J)(xv) | Kel-Tec Sub-2000 | |
| | | Pictured fully extended and folded for storage |



(section continues on next page)

| (J)(xv) | Kel-Tec SU-16 |  |
|---------|---------------|----------------------|
| | | Pictured with bipo fully extended and folded for storage |
| (J)(xv) | Kel-Tec RFB | |
| (J)(xvi) | SIG AMT | |
| (J)(xvi) | SIG PE-57 | |

(section continues on next page)

| | | |
|---|---|---|
| (J)(xvi) | SIG SG 550 |  |
| (J)(xvi) | SIG SG 551 | |
| (J)(xvi) | SIG MCX | |
| (J)(xvii) | Springfield Armory SAR-48 | |

(section continues on next page)

| | | |
|---|---|---|
| (J)(xviii) | Steyr AUG |  |
| (J)(xix) | Sturm, Ruger & Co. Mini-14 Tactical/20 CF |  |
| **(J)(xx)** | **All Thompson Rifles, including the following:** | **(intentionally blank)** |
| (J)(xx)(I) | Thompson M1SB |  |
| (J)(xx)(II) | Thompson T1100D |  |
| (J)(xx) (III) | Thompson T150D |  |

| (J)(xx) (IV) | Thompson T1B |  |
| (J)(xx) (V) | Thompson T1B100D |  |
| (J)(xx) (VI) | Thompson T1B50D |  |
| (J)(xx) (VII) | Thompson T1BSB |  |
| (J)(xx) (VIII) | Thompson T1-C |  |
| (J)(xx) (IX) | Thompson T1D |  |

| (J)(xx)(X) | Thompson T1SB |  |
| (J)(xx)(XI) | Thompson T5 |  |
| (J)(xx)(XII) | Thompson T5100D |  |
| (J)(xx)(XIII) | Thompson TM1 |  |
| (J)(xx)(XIV) | Thompson TM1C |  |

| (J)(xxi) | UMAREX UZI Rifle |  |
| (J)(xxii) | UZI Mini Carbine |  |
| (J)(xxii) | UZI Model A Carbine |  |
| (J)(xxii) | UZI Model B Carbine |  |
| (J)(xxiii) | Valmet M62S |  |

| | | |
|---|---|---|
| (J)(xxiii) | Valmet M71S |  |
| (J)(xxiii) | Valmet M78 | |
| (J)(xxiv) | Vector Arms UZI type | |
| (J)(xxv) | Weaver Arms Nighthawk | |

(section continues on next page)

| (J)(xxvi) | Wilkinson Arms Linda Carbine |  |

| Regulated Semiautomatic Pistols (specific models)[8] | | |
|---|---|---|
| Statutory Provision | Regulated Firearm | Image |
| **(K)(i)** | **All AK types, including the following:** | **(intentionally blank)** |
| (K)(i)(I) | Centurion 39 AK pistol |  |
| (K)(i)(II) | CZ Scorpion pistol | |

(section continues on next page)

---

[8] Per 720 ILCS 5/24-1.9 (a)(1)(K), all of the listed pistols, copies, duplicates, variants, or altered facsimiles with the capability of any such weapon are assault weapons.

| (K)(i)(III) | Draco AK-47 pistol |  |
| (K)(i)(IV) | HCR AK-47 pistol | No Image Available[9] |
| (K)(i)(V) | IO Inc. Hellpup AK-47 pistol | |
| (K)(i)(VI) | Krinkov pistol | Pictured: Arsenal SLR106 Krinkov pistol |

(section continues on next page)

---

[9] I have not been able to find evidence of production of this firearm.

| | | |
|---|---|---|
| (K)(i) (VII) | Mini Draco AK-47 pistol |  |
| (K)(i) (VIII) | PAP M92 pistol | <br>Pictured: Zastava PAP M92 pistol |
| (K)(i) (IX) | Yugo Krebs Custom Krink pistol |  |
| **(K)(ii)** | **All AR types, including the following:** | **(intentionally blank)** |

| (K)(ii)(I) | American Spirit AR-15 pistol | |
|---|---|---|
| (K)(ii)(II) | Bushmaster Carbon 15 | Pictured: Bushmaster Carbon 15 pistol with padded buffer tube |
| (K)(ii)(III) | Chiappa Firearms M4 Gen II | |



(section continues on next page)

| (K)(ii) (IV) | CORE Rifle Systems CORE15 Roscoe pistol | |
|---|---|---|
| | | (10.5" barrel) with pistol brace |
| (K)(ii) (V) | Daniel Defense Mk18 pistol | |
| | | (10.3" barrel) with pistol brace |
| (K)(ii) (VI) | Double-Star Corporation AR pistol | |
| | | ARP7 pistol with pistol brace |
| (K)(ii) (VII) | DPMS AR-15 pistol | |



(section continues on next page)

49

| | | |
|---|---|---|
| (K)(ii) (VIII) | Jesse James Nomad AR-15 pistol | AR-style pistol built using a Jesse James Firearms Unlimited, model Nomad receiver |
| (K)(ii) (IX) | Olympic Arms (OA-93) AR-15 pistol | |
| (K)(ii) (X) | Osprey Armament MK-18 pistol | Pictured: Daniel Defense, Mk-18, AR-style pistol |

(section continues on next page)

| | | |
|---|---|---|
| (K)(ii) (XI) | POF USA AR pistols |  |
| (K)(ii) (XII) | Rock River Arms LAR 15 pistol |  |
| (K)(ii) (XIII) | Uselton Arms Air-Lite M-4 pistol | No Image Avaliable[10] |
| (K)(iii) | Calico pistols | <br>Pictured: Calico M950 |
| (K)(iv) | DSA SA58 PKP FAL |  |

---

[10] I have not been able to find evidence of production of this firearm.

| (K)(v) | Encom MP-9 | |
|---|---|---|
| (K)(v) | Encom MP-45 | |
| (K)(vi) | Heckler & Koch SP-89 pistol | |



| | | |
|---|---|---|
| (K)(vii) | Intratec AB-10 |  |
| (K)(vii) | Intratec Tec-22 | |

(section continues on next page)

| (K)(vii) | Intratec Scorpion |  |
|---|---|---|
| (K)(vii) | Intratec TEC-9 | |
| (K)(vii) | Intratec TEC-DC9 | |

| | | |
|---|---|---|
| (K)(viii) | IWI Galil ACE pistol |  |
| (K)(viii) | IWI UZI PRO pistol |  |
| (K)(ix) | Kel-Tec PLR 16 pistol |  |
| **(K)(x)** | **All MAC types, including the following:** | **(intentionally blank)** |

| (K)(x)(I) | MAC-10 |  |
|---|---|---|
| | | (Cobray M-10 pictured) |
| (K)(x)(II) | MAC-11 | (Cobray M-11/Nine pictured) |

(section continues on next page)

| (K)(x)(III) | Masterpiece Arms MPA930 Mini Pistol |  |
|---|---|---|
| (K)(x)(III) | Masterpiece Arms MPA460 Pistol | |

(section continues on next page)

| | | |
|---|---|---|
| (K)(x) (III) | Masterpiece Arms MPA Tactical Pistol |  |
| (K)(x) (III) | Masterpiece Arms MPA Mini Tactical Pistol |  |
| (K)(x) (IV) | Military Armament Corp. Ingram M-11 |  |

| | | |
|---|---|---|
| (K)(x) (V) | Velocity Arms VMAC9 |  |
| (K)(xi) | Sig Sauer P556 pistol | |
| (K)(xii) | Sites Spectre HC | |

| (K)(xiii) | All Thompson types, including the following: | (intentionally blank) |
|---|---|---|
| (K)(xiii) (I) | Thompson TA510D |  Pictured with 10 round drum magazine |
| (K)(xiii) (II) | Thompson TA5 |  Pictured with 50 round drum magazine |
| (K)(xiv) | All UZI types, including Micro-UZI |  |

| Regulated Semiautomatic Shotguns[11] | | |
|---|---|---|
| Statutory Provision | Regulated Firearm | Image |
| (L)(i) | DERYA Anakon MC-1980 | <br>Pictured: Derya Arms, Anakon semiautomatic shotgun, model number unknown |
| (L)(i) | DERYA Anakon SD-12 | No Image Available[12] |
| (L)(ii) | Doruk Lethal shotgun | <br>Pictured: Lethal-1 |
| (L)(iii) | Franchi LAW-12 |  |
| (L)(iii) | Franchi SPAS 12 |  |
| (L)(iv)(I) | All IZHMASH Saiga 12 types: Saiga 12 |  |

---

[11] Per 720 ILCS 5/24-1.9 (a)(1)(L), all of the listed shotguns, copies, duplicates, variants, or altered facsimiles with the capability of any such weapon are assault weapons.

[12] I have not been able to find evidence of production of this firearm.

| (L)(iv)(II) | All IZHMASH Saiga 12 types: Saiga 12S |  |
|---|---|---|
| (L)(iv)(III) | All IZHMASH Saiga 12 types: Saiga 12S EXP-01 |  |
| (L)(iv)(IV) | All IZHMASH Saiga 12 types: Saiga 12K |  |
| (L)(iv)(V) | All IZHMASH Saiga 12 types: Saiga 12K-030 |  |
| (L)(iv)(VI) | All IZHMASH Saiga 12 types: Saiga 12K 040 Takita |  |

| (L)(v) | (Cobray) Streetsweeper |  |
|--------|------------------------|---------------------|
| (L)(vi) | (Penn Arms) Striker 12 |  |

# EXHIBIT B

| Regulated Large Capacity Magazine[13] | | |
|---|---|---|
| **Statutory Provision** | **Regulated Accessory** | **Image** |
| (1) | Magazine, restored or converted to accept more than 10 rounds of ammunition for a long gun | <br>Pictured:  commonly available examples of 30 round magazines for AR-style rifles |
| (1) | Magazine, restored or converted to accept more than 10 rounds of ammunition for a long gun | <br>Pictured: commonly available examples of 30 round magazines for AK-style rifles |

(section continues on next page)

---

[13] The Protect Illinois Communities Act defines "large capacity ammunition feeding device" as

(1) a magazine, belt, drum, feed strip, or similar device that has a capacity of, or that can be readily restored or converted to accept, more than 10 rounds of ammunition for long guns and more than 15 rounds of ammunition for handguns; or

(2) any combination of parts from which a device described in paragraph (1) can be assembled.

In this exhibit, "large capacity magazines" is used to refer to magazines that fall within the definition of "large capacity ammunition feeding devices" under the Act. *See* 720 ILCS 5/24-10(a)(new).

| (1) | Magazine, restored or converted to accept more than 10 rounds of ammunition for a long gun |  |
|---|---|---|
| | | Pictured: SureFire, AR-15 magazine, capacity 60 rounds of 5.56mm NATO/223 Remington ammunition |
| (1) | Belt, restored or converted to accept more than 10 rounds of ammunition for a long gun | |
| | | Pictured: ammunition belt for DSA RPD, semiautomatic rifle |

(section continues on next page)

| (1) | Drum, restored or converted to accept more than 10 rounds of ammunition for a long gun |  Pictured:  KCI AR-15, 100 round drum magazine |
| --- | --- | --- |
| (1) | Drum, restored or converted to accept more than 10 rounds of ammunition for a long gun |  Pictured: Romanian surplus, 75 round magazine for AK-style rifles |
| (1) | Feed strip, restored or converted to accept more than 10 rounds of ammunition for a long gun | No Image Available[14] |

[14] I am not aware of a commercially available rifle that uses a "feed strip."  Feed strips were used to feed ammunition into the chambers of machineguns prior to the development of the feed belt.

| (1) | Magazine, restored or converted to accept more than 15 rounds of ammunition for a handgun |  |
|---|---|---|
| | | Pictured: Glock 21 (45 auto) with 30 round magazine |
| (1) | Magazine, restored or converted to accept more than 15 rounds of ammunition for a handgun | |
| | | Pictured: Intratec TEC-9 with 33 round magazine |

(section continues on next page)

| (1) | Magazine, restored or converted to accept more than 15 rounds of ammunition for a handgun |  |
| --- | --- | --- |
| | | Pictured:   commonly available examples of 30 round magazines for AR-style pistols |
| (1) | Magazine, restored or converted to accept more than 15 rounds of ammunition for a handgun | Pictured: commonly available examples of 30 round magazines for AK-style rifles |
| (1) | Belt, restored or converted to accept more than 15 rounds of ammunition for a handgun | Pictured: Freedom Ordnance FM-9, belt fed upper receiver on AR-style pistol |

(section continues on next page)

| (1) | Drum, restored or converted to accept more than 15 rounds of ammunition for a handgun |  |
|---|---|---|
| | | Pictured: Glock pistols with SGM Tactical 50 round drum magazines |
| (1) | Feed strip, restored or converted to accept more than 15 rounds of ammunition for a handgun | No Image Available[15] |
| (2) | Any combinations of parts from which a device from (1) can be assembled |  |
| | | Pictured: magazine tube/body, floorplate, and internal components of a 30 round AR-style magazine.  Combined, these parts constitute a large capacity magazine. |

---

[15] I am not aware of commercially available pistol that uses a "feed strip."  Feed strips were used to feed ammunition into the chambers of machineguns prior to the development of the feed belt.