# EXHIBIT  B



**NSSF® REPORT** 2021 EDITION

# FIREARMS RETAILER

SURVEY REPORT



Conducted for the
National Shooting Sports Foundation®
by: Southwick Associates



©2021 National Shooting Sports Foundation, Inc. All Rights Reserved. No part of this publica-
tion may be republished, reproduced or redistributed in any form or by any means, electronic or
mechanical, except in the case of brief quotations in articles. NSSF members in good standing
may share this publication with their employees, including making it available for internal viewing
or download via their company intranet sites, provided 1.) the publication is offered in its entirety,
including this paragraph, and 2.) is accompanied by the following notice: "This publication is
made available to employees for job reference purposes only, not for redistribution outside the
company." A reward is provided to persons who provide conclusive evidence of illegal
republication, reproduction, redistribution or other violation of NSSF's rights in this publication.

**TABLE OF CONTENTS**

Overview ........................................................................................................................... 1
Products Sold ................................................................................................................... 1
Sales Trends ................................................................................................................... 11
Sales Margins and Net Profit ....................................................................................... 15
Inventory ........................................................................................................................ 16
Selected Operating Measures ..................................................................................... 18
Markets and Customers ............................................................................................... 19
Website and Online Marketing ................................................................................... 21
Social Media and Current Issues ................................................................................. 24
Shooting Ranges and Other Offerings ........................................................................ 26
Background Checks and Operating Systems ............................................................... 27

## OVERVIEW

This report is the result of an in-depth analysis of the U.S. firearms retail industry sponsored by the National Shooting Sports Foundation.  The information for the report was collected through an online survey of retailers that was conducted from February through March 2020.  The survey respondents included 313 retail establishments located in 50 states. They range in size from single proprietors to large outdoor specialty retailers.

This report shows results for 2018 and 2020. Due to significant changes in survey design during 2020, several questions only show results for the most recent year. Results for 2019 are not available since the retailer survey was not conducted that year.

## PRODUCTS SOLD

From which business activity does your business earn a majority of its annual revenues?



Total number of responses in 2020: n = 423

*Of those that selected "Retail" as earning the majority of annual revenues:*

Please check the category that best describes your retail business:



| | 2018 | 2020 | Responses (2020) |
|---|---|---|---|
| Local / Independent Shop | 82.9% | 76.9% | 246 |
| Online Retailer | 5.9% | 5.3% | 17 |
| Gun Show / Outdoor Expo | 2.7% | 2.8% | 9 |
| Outdoor Specialty Store | 1.4% | 2.8% | 9 |
| General Sporting Goods | 0.9% | 1.3% | 4 |
| Pawn | 0.5% | 4.1% | 13 |
| Mass Merchant | 0.5% | 0.0% | 0 |
| Cataloguer | 0.0% | 0.0% | 0 |
| Other | 5.4% | 6.9% | 22 |
| **Total** | **100%** | **100%** | **320** |

2

*Of those that selected "Wholesale", "Manufacturing" or "Other" as earning the majority of annual revenues:*

Do you earn any revenues from retail sales (sales directly to customers)?



|  | 2020 | Responses (2020) |
|---|---|---|
| Yes | 60.2% | 62 |
| No | 39.8% | 41 |
| Total | 100% | 103 |

3

Which categories of NEW products do you currently sell retail?



| | 2020 | Responses (2020) |
|---|---|---|
| Handguns | 86.9% | 272 |
| Shotguns | 83.4% | 261 |
| AR-style / modern sporting rifles | 82.1% | 257 |
| Traditional rifles | 79.9% | 250 |
| Muzzleloaders | 23.6% | 74 |
| None of these | 9.6% | 30 |

Total number of responses for 2020: n = 313

4

Please check the top three calibers sold for NEW modern sporting rifles:



| | 2020 | Responses (2020) |
|---|---|---|
| 223/556 cal | 87% | 221 |
| 22 LR | 43% | 109 |
| 300 Blackout | 41% | 103 |
| 9 mm | 39% | 98 |
| 308 Winchester | 30% | 75 |
| 5.56 mm | 26% | 66 |
| 6.5 Creedmoor | 10% | 25 |
| 45 ACP | 2% | 5 |
| Other | 2% | 5 |
| 350 Legend | 1% | 3 |
| 40 cal | 1% | 3 |
| 450 Bushmaster | 1% | 2 |
| 6.5 PRC | 1% | 2 |
| Not sure | 1% | 2 |
| 280 Ackley Improved | 0% | 1 |
| 458 Socom | 0% | 1 |
| 6 mm | 0% | 0 |

Total number of responses in 2020: n = 253

Which categories of USED products do you currently sell retail?



Number of responses selling at least one of these firearm types USED in 2020: n = 310

| | 2020 | Responses (2020) |
|---|---|---|
| Handguns | 75.5% | 234 |
| Shotguns | 67.4% | 209 |
| Traditional rifles | 66.8% | 207 |
| AR-style / modern sporting rifles | 63.2% | 196 |
| None of these | 22.3% | 69 |
| Muzzleloaders | 20.0% | 62 |

6

Of your annual AR-style/modern sporting rifle sales in 2020, please report the percentages you think were sold primarily for hunting purposes, target-shooting purposes and personal-protection purposes.



| AR-style/modern sporting rifles | 2018 | 2020 |
|---|---|---|
| Hunting purposes | 29.6% | 20.5% |
| Personal-protection purposes | 36.1% | 41.4% |
| Target/informal shooting | 34.3% | 38.2% |

Total number of responses in 2020: n = 244

Approximately what percentage of the firearms you sold in 2020 were:



| Firearms sold | 2018 | 2020 |
|---|---|---|
| New | 82.0% | 79.4% |
| Used | 18.0% | 20.6% |

Total number of responses in 2020: n = 250

Approximately what percentage of the firearms you sold in 2020 were:



| | 2018 | 2020 |
|---|---|---|
| Semi-auto pistol | 43.5% | 44.2% |
| AR/ modern sporting rifle | 17.7% | 20.3% |
| Traditional rifle | 12.7% | 11.3% |
| Shotgun | 13.7% | 12.4% |
| Revolver | 8.8% | 7.2% |
| Muzzleloader | 2.0% | 1.6% |
| Other | 1.5% | 1.5% |

Total number of responses in 2020: n = 241

9

Which of these product categories do you currently sell?



| | 2020 | Responses (2020) |
|---|---|---|
| Ammunition | 91.9% | 239 |
| Optics | 87.3% | 227 |
| Firearm accessories such as grips, slings, bipods, etc. | 86.9% | 226 |
| Gun-cleaning equipment and supplies | 85.8% | 223 |
| Safety equipment | 82.7% | 215 |
| Gunsmithing | 56.9% | 148 |
| Hunting- or shooting-related gifts and home items | 45.0% | 117 |
| Apparel | 42.3% | 110 |
| Reloading equipment and supplies | 40.8% | 106 |
| Hunting accessories | 31.2% | 81 |
| Products not related to hunting/shooting | 26.2% | 68 |
| Archery and bowhunting equipment | 15.8% | 41 |

Total number of responses in 2020: n = 260

10

**SALES TRENDS**

What percent of your gross annual sales were from the following categories?





- ■ New firearms
- ■ Hard goods
- ■ Products not related to hunting and shooting
- ■ Archery and bowhunting

- ■ Ammunition
- ■ Used firearms
- ■ Soft goods

|  | 2018 | 2020 |
|---|---|---|
| New firearms | 51.5% | 43.4% |
| Ammunition | 13.2% | 20.5% |
| Hard goods | 11.2% | 10.8% |
| Used firearms | 11.9% | 11.4% |
| Products not related to hunting and shooting | 4.3% | 6.7% |
| Soft goods | 4.1% | 2.9% |
| Archery and bowhunting | 2.5% | 1.4% |

Total number of responses in 2020: n = 288

11

Total sales compared to the previous year:



■ This year's sales were UP compared to last year's
■ This year's sales were FLAT compared to last year's
■ This year's sales were DOWN compared to last year's

|  | 2018 | 2020 | Responses (2020) |
|---|---|---|---|
| Up | 40.5% | 85.6% | 172 |
| Flat | 25.2% | 7.0% | 14 |
| Down | 34.4% | 7.5% | 15 |

What was the average change of total sales compared to the previous year?

|  | 2018 | 2020 | Responses (2020) |
|---|---|---|---|
| Avg. Increase | 22.9% | 80.8% | 170 |
| Avg. Decrease | 18.2% | 42.5% | 15 |

12

Please compare your sales this year to your sales last year in the following categories listed below.  For each category please say whether sales were UP or DOWN.



*Total responses (year over year sales) in 2020: Optics (163); Ammunition (179); Muzzleloaders (122); Handguns (180); Shotguns (181); AR-Style rifles (180); Traditional rifles (180).*

In 2020, what were your total sales of shooting and hunting-related items only, including firearms, ammo, accessories, apparel, etc.?

| Year | Average Total Sales |
|---|---|
| 2018 | $1,252,011 |
| 2020 | $2,666,719 |
| # of 2020 Responses | 170 |

Of all your FIREARM sales last year, please estimate the percentage of sales dollars attributable to each type of firearm:



Total responses in 2020: n = 194

**SALES MARGINS and NET PROFIT**

What is your average margin on the sale of NEW firearms?

|  | 2018 | 2020 |
|---|---|---|
| **NEW Firearms** | 15.8% | 18.6% |
| Handguns | 16.3% | 20.2% |
| Rifles | 16.8% | 20.1% |
| Shotguns | 16.4% | 20.0% |
| Muzzleloaders | 5.7% | 12.6% |

Total responses in 2020: n = 155

|  | 2018 | 2020 |
|---|---|---|
| Centerfire | 24.1% | 34.0% |
| Rimfire | 21.4% | 30.7% |

Total responses in 2020: n = 156

Did your net profit increase, decrease or stay the same compared to the previous year?



Total number of responses in 2020: n = 159

Estimated changes in net profit (for those who reported an increase or decrease).

|  | 2018 | 2020 | Responses (2020) |
|---|---|---|---|
| Average Increase | 15.2% | 70.2% | 118 |
| Average Decrease | 38.9% | 37.1% | 12 |

15

**INVENTORY**

How did your spending on inventory change in 2020 versus 2019 for:

**Firearms**



**Ammunition**



| Product | Change in Spending on Inventory | 2020 |
|---|---|---|
| Firearms | Increased | 74.1% |
| | Decreased | 10.8% |
| | Stayed the Same | 10.8% |
| | Unknown | 4.4% |
| Ammunition | Increased | 71.3% |
| | Decreased | 15.9% |
| | Stayed the Same | 8.9% |
| | Unknown | 3.8% |

Total number of respondents for FIREARMS (2020):  n = 94
Total number of respondents for AMMUNITION (2020): n = 94

For 2020, what was the percentage change in your spending on inventory for each of the following items?

| | | 2020 | Responses (2020) |
|---|---|---|---|
| Firearms | Average Increase | 93.3% | 74 |
| | Average Decrease | 44.5% | 7 |
| Ammunition | Average Increase | 121.3% | 73 |
| | Average Decrease | 50.4% | 8 |

17

## SELECTED OPERATING MEASURES

*NOTE: The following tables are based on a subset of respondents who provided complete information for sales, inventory, square footage, and cost of goods sold. Results are broken out into two categories: retailers with $1 million or more in total annual sales of shooting and hunting-related items only, and those with less than $1 million in sales.*

What was the average value (replacement value, not retail value) of the total inventory you had on hand in 2020 for shooting- and hunting-related merchandise only, including firearms, ammo, accessories, apparel, etc.)? DO NOT include inventory for other activities such as fishing, hardware, camping, etc.

|  | 2020 | Responses (2020) |
|---|---|---|
| Retailers less than $1 million | $112,673.78 | 67 |
| Retailers $1 million or more | $3,352,872.20 | 46 |

*Does not include inventory for other activities such as fishing, hardware, camping, etc.

To the best of your ability, please estimate the number of inventory turns you achieved in 2020:

|  | 2020 | Responses (2020) |
|---|---|---|
| Retailers less than $1 million | 7.34 | 23 |
| Retailers $1 million or more | 7.56 | 33 |

*78 retailers were not able to answer this question.

What was the total square footage of retail space dedicated to shooting- and hunting-related items only, as of December 31?

|  | 2018 | 2020 | Responses (2020) |
|---|---|---|---|
| Retailers less than $1 million | 1,116 | 2,087 | 71 |
| Retailers $1 million or more | 4,788 | 9,299 | 47 |

Please tell us how many full-time employees your store had in 2018 for hunting and shooting related merchandise including firearms, ammunition, etc.

|  | 2018 | 2020 | Responses (2020) |
|---|---|---|---|
| Retailers less than $1 million |  |  |  |
| Full Time Employees | 2.4 | 1.8 | 77 |
| Part Time Employees | 2.0 | 1.2 | 47 |
| Retailers $1 million or more |  |  |  |
| Full Time Employees | 5.6 | 10.1 | 77 |
| Part Time Employees | 4.6 | 9.9 | 48 |

## MARKETS and CUSTOMERS

What percentage of your shooting- and hunting-related sales revenue do you attribute to female customers?

|                    | 2018  | 2020  |
|--------------------|-------|-------|
| % of sales revenue | 20.3% | 28.0% |

Total number of responses in 2020: n = 143

What type of firearm did female buyers purchase most often? (ranked from 1 (most likely) to 6 (least likely)

|                       | 2018 | 2020 | Responses (2020) |
|-----------------------|------|------|------------------|
| Semi-automatic handgun | 1.2  | 1.2  | 126              |
| Revolver              | 2.4  | 2.4  | 110              |
| AR platform (MSR) rifle | 3.5 | 3.2  | 105              |
| Shotgun               | 3.8  | 3.4  | 104              |
| Traditional rifle     | 3.9  | 4.3  | 89               |
| Muzzleloader          | 5.8  | 6.0  | 60               |

*These results show how firearms retailers rank the observed preferences of female firearm buyers for given types of firearm on a scale of 1 (very likely) to 6 (not likely at all). For instance, the average respondent suggested that female hunters/shooters who purchased firearms from their business in 2020 most likely purchased a semi-automatic handgun (average rank of 1.2 out of 6) and was least likely to purchase a muzzleloader (average rank of 6 out of 6).*

In your opinion, what percent of your customers were first-time gun buyers?

|                                               | 2018  | 2020  |
|-----------------------------------------------|-------|-------|
| % of all customers who were first time gun buyers | 24.0% | 34.0% |

Total number of responses in 2020: n = 162

What type of firearm did first-time buyers purchase most often?

|                        | 2018 | 2020 | Responses (2020) |
|------------------------|------|------|------------------|
| Semi-automatic handgun | 1.3  | 1.2  | 142              |
| AR platform (MSR) rifle | 2.9 | 2.5  | 128              |
| Revolver               | 3.1  | 3.2  | 125              |
| Shotgun                | 3.6  | 3.3  | 112              |
| Traditional rifle      | 3.9  | 4.5  | 130              |
| Muzzleloader           | 5.9  | 6.0  | 75               |

*These results show how firearms retailers rank the observed preferences of first-time firearm buyers for given types of firearm on a scale of 1 (very likely) to 6 (not likely at all). For instance, the average respondent suggested that first time gun buyer who purchased firearms from their business in 2020 was more likely to purchase a revolver (average rank of 3.2 out of 6), than a traditional rifle (average rank of 4.5 out of 6).*

19

To the best of your knowledge, what was your total customer demographic in 2020?

|  | 2018 | 2020 |
|---|---|---|
| Male | 78.5% | 73.8% |
| Female | 21.5% | 26.2% |
|  |  |  |
| White | 74.4% | 68.9% |
| Black | 9.3% | 12.9% |
| Hispanic | 12.1% | 10.6% |
| Asian | 4.1% | 3.9% |
|  |  |  |
| White Male | 59.5% | 51.6% |
| White Female | 15.0% | 17.4% |
| Black Male | 7.0% | 9.0% |
| Black Female | 2.4% | 3.9% |
| Hispanic Male | 9.0% | 7.9% |
| Hispanic Female | 3.1% | 2.7% |
| Asian Male | 3.1% | 2.6% |
| Asian Female | 1.0% | 1.2% |
| Other | NA | 3.7% |

Total number of responses in 2020: n = 140

Do you have a system you use to collect demographic information (age, gender, race/ethnicity) on your customers?

|  | 2018 | 2020 |
|---|---|---|
| Yes | 3.8% | 8.6% |
| No | 96.2% | 91.4% |

Total number of responses in 2020: n = 139

**WEBSITE and ONLINE MARKETING**

Does your business currently have a website?



| | 2020 |
|---|---|
| Yes | 82.5% |
| No | 17.5% |

Total number of responses in 2020: n = 143

21

Do you sell any hunting and shooting-related products via the Internet?



|      | 2018  | 2020  |
|------|-------|-------|
| Yes  | 41.3% | 58.0% |
| No   | 58.8% | 42.0% |

Total number of responses in 2020: n = 143

This year, did your online sales increase or decrease?

|                | 2018  | 2020  |
|----------------|-------|-------|
| Increase       | 30.3% | 69.9% |
| Stay the same  | 51.5% | 18.1% |
| Decrease       | 18.2% | 12.0% |

Total number of responses in 2020: n = 83

Please estimate as best as possible the percentage of annual shooting and hunting-related sales revenues that were generated online:

|                                       | 2018  | 2020  |
|---------------------------------------|-------|-------|
| % sales revenue generated online      | 26.0% | 28.1% |

Total number of responses in 2020: n = 78

22

If you are not currently selling hunting and shooting products online, do your future business plans include selling online?



Total number of responses in 2020: n = 59

23

**SOCIAL MEDIA AND CURRENT ISSUES**

In 2020, were you denied the ability to advertise on any platforms?



|             | 2020  |
|-------------|-------|
| Yes         | 48.3% |
| No          | 41.3% |
| I don't know | 10.5% |

Total number of responses in 2020: n = 139

24

Which social media platforms does your store use to communicate with customers?



| Social Media Platform | 2020 |
|---|---|
| Facebook | 87.5% |
| Instagram | 59.2% |
| Twitter | 28.3% |
| YouTube | 26.7% |
| LinkedIn | 20.8% |
| Yelp | 13.3% |
| Other | 10.0% |
| MeWe | 7.5% |
| Parlor | 3.3% |
| Snapchat | 2.5% |
| Pinterest | 1.7% |
| Reddit | 1.7% |
| TikTok | 0.8% |
| Rumble | 0.8% |

Total number of responses in 2020: n = 120

25

**SHOOTING RANGES AND OTHER OFFERINGS**

Do you have an active shooting range on-site?



Total number of responses in 2020: n = 260

Do you offer any of the following general firearm instruction classes at your store? (select all that apply)

| Class | 2018 | 2020 |
|---|---|---|
| Basic Pistol | 36.6% | 54.6% |
| Concealed Carry | 39.8% | 50.6% |
| Basic Rifle | 23.6% | 33.9% |
| Advanced Pistol Shooting | 19.3% | 33.5% |
| Women Only | 20.5% | 33.1% |
| Self-Defense | 24.2% | 31.5% |
| Basic Shotgun | 21.1% | 25.9% |
| Youth Classes | 16.1% | 25.9% |
| Tactical | 14.3% | 23.9% |
| Advanced Rifle Shooting | 13.7% | 20.3% |
| Hunter Education | 11.8% | 14.7% |
| Gunsmithing | 9.9% | 14.3% |
| Advanced Shotgun Shooting | 8.7% | 14.3% |
| Close Quarters Combat | 3.7% | 13.6% |
| Other | 3.7% | 7.6% |
| Reloading | 5.0% | 5.6% |
| We do not offer any firearm-related classes | 49.1% | 33.5% |

Total number of responses in 2020: n = 251

**BACKGROUND CHECKS AND OPERATING SYSTEMS**

What percent of firearms sales (if any) in your store(s) use the approved alternate permits (such as concealed carry license) when completing a firearm sale? In other words, out of 100 firearms sold, what percent do not utilize the NICS system?

|  | 2018 | 2020 | Responses (2020) |
|---|---|---|---|
| Average response | 38.4% | 40.0% | 117 |

*Question shown only to respondents located in the following states: Alaska, Arizona, Arkansas, Georgia, Hawaii, Idaho, Iowa, Kansas, Kentucky, Louisiana, Michigan, Mississippi, Montana, Nebraska, Nevada, North Carolina, North Dakota, Ohio, South Carolina, South Dakota, Texas, Utah, Washington, West Virginia and Wyoming.*

You are in a state that requires background checks on Private Party Transfers. Approximately what percent of total NICS background checks conducted by your store are for such Private Party Transfers?

|  | 2020 | Responses (2020) |
|---|---|---|
| Average response | 11.2% | 65 |

*Question shown only to respondents located in the following states: California, Colorado Connecticut, Delaware, Illinois, Iowa, Maryland, Massachusetts, Michigan, Nebraska, New Jersey, New York, North Carolina, Pennsylvania, Rhode Island, Washington and Washington D.C.*

To the best of your recollection, on average how many firearms are sold per completed Form 4473?

|  | 2018 | 2020 | # 2020 Responses |
|---|---|---|---|
| Average number of firearms sold per completed form 4473 | 1.1 | 1.3 | 91 |

*For example, in 2020 there were about 10 Form 4473s completed for every 13 firearms sold.*

27



11 Mile Hill Road
Newtown, CT 06470-2359
T: 203.426.1320
F: 203.426.1087
nssf.org

©2021 National Shooting Sports Foundation, Inc. All Rights Reserved