# EXHIBIT F

*NSSF® Report*

# MODERN SPORTING RIFLE

## COMPREHENSIVE CONSUMER REPORT

Ownership, Usage and Attitudes Toward
AR- and AK-Platform Modern Sporting Rifles



**Copyright:** ©2022 National Shooting Sports Foundation
For all client unique research, copyright is assigned to said client. All report findings contained within are the property of the client (N
to use this information as desired. However, it is recommended that the client contact *Sports Marketing Surveys*, prior to reproductic
for clarification of findings, analysis, or recommendations.


**Disclaimer:**
While proper due care and diligence has been taken in the preparation of this document, *Sports Marketing Surveys* cannot guarantee
the information contained and does not  accept any liability for any loss or damage caused as a result of using information or recomm
contained within this document.

Sports Marketi

6650 West Indiantown F

Flo

www.sportsmarket

+

c

# Table of Contents

Executive Summary........................................................................................... 3

Methodology.................................................................................................... 9

1. Experience with MSRs................................................................................ 10

2. Most Recently Acquired MSR..................................................................... 18

3. MSR Usage and Activities.......................................................................... 39

4. MSR User Profiles...................................................................................... 51

5. Clusters/Segmentation............................................................................... 61

6. Sample Profile........................................................................................... 71

# Executive Summary

## EXPERIENCE WITH MSRs

- <u>Ownership & Platform</u>: The median MSR user owns nearly 4 MSRs, with 97% of owners saying they own an AR-platform MSR. MSR platform and 27% own an AK platform MSR.

- <u>When MSR was first owned</u>: Over 40% obtained their first MSR since 2009, with 11% obtaining their first MSR within the last 2 y MSR owners obtained their first MSR prior to 1999.

- <u>Other Firearms Owned First</u>: 99% of MSR owners used or obtained another firearm before an MSR; the most popular firearm which 88% of MSR owners held before obtaining a MSR.

- <u>Introduction to MSRs</u>: One-third of MSR owners became interested through their own personal accord. About 21% first gained military or their job, and another 20% through family & friends.

- <u>Range membership</u>: 52% of MSR owners are current members of a shooting range. 28% have never been a member, with the former members.

- <u>Reasons for ownership</u>: Recreational target shooting was rated as the most important reasons for owning an MSR.  Big game professional/job-related use were rated as least important.

## MOST RECENTLY ACQUIRED MSR

- <u>When Acquired</u>: 48% of MSR owners said they obtained their most recently acquired MSR within the last two years (2021 or 20 they obtained a MSR in 2021.

- <u>Platform</u>: Nearly 9 out of 10 MSR owners said the most recent MSR they acquired was an AR platform.

# Executive Summary

## MOST RECENTLY ACQUIRED MSR (cont.)

- <u>New/Used MSR</u>: 83% of MSR owners said they bought their most recent MSR by purchasing it new.

- <u>Place of purchase</u>: 30% of owners bought their most recent MSR from a independent (mom & pop) retail store. 22% assembled purchases of different parts, and 19% used the internet/website.  The most popular retailers & online sites used were Palmetto Gunbroker.com, Cabela's, and Sportsman's Warehouse.

- <u>Price</u>: The average price for a new MSR paid by owners was $1,071; half of MSR owners paid between $500 and $1000 for their MSR.

- <u>Brand:</u> Survey data indicates the MSR market is highly fragmented.  11% of MSR owners said Palmetto was the brand of their most MSR.

- <u>Caliber</u> – 60% of respondents said the caliber of their most recently acquired MSR is .223 / 5.56 mm.

- <u>Reasons for buying</u>– MSR owners said reliability, accuracy, and fun were the most important reasons for purchasing their most MSR. The least important reasons were recommendations from a retailer and MSRs owned by family/friends.

- <u>Accessories:</u> 86% of MSR owners have their most recently acquired MSR customized to some extent, with 70% having 1–3 accessories with accessories added them to their MSR within 12 months after purchase. The average spent for accessories by owners on acquired MSR is $618.

- <u>Optics used:</u> 61% of MSR owners have a scope equipped as a primary optics, while 55% utilize a red dot.

# Executive Summary

## MOST RECENTLY ACQUIRED MSR (cont.)

- <u>Scope:</u> the most common scopes used by MSR owners are the 3-9x power scope and the 1-4x power scope.

- <u>Magazine capacity</u>: Over half (52%) of MSR owners stated the magazine capacity of their MSR is 30 rounds. When asked why t respective capacity, most frequent responses were related to popularity/standard and being readily available.

- <u>Stock</u>: Approximately two-thirds of MSR owners have a collapsible/folding stock on their MSR.

- <u>Receiver</u>: 81% of owners have a flat top upper receiver.

- <u>Handguard</u>: The most common type of handguard is a free floating with rails handguard, used by 43% of respondents on their MSR.

- <u>Finish color</u>: 3 out of 4 owners have a black finish color on their MSR.

- <u>Barrel</u>: 67% have a threaded barrel on their MSR.

- <u>Barrel accessories</u>: Most used barrel accessories are flash hider (39% of MSR owners) and muzzle brake/compensator (37%)

- <u>Barrel length</u>: 75% have a MSR with a barrel length of 16" to 20".

- <u>Operating system</u>: The most recently acquired MSR for 59% of owners operates by direct gas impingement.

# Executive Summary

## MOST RECENTLY ACQUIRED MSR (cont.)

- <u>Storage</u>: 67% store their MSR unloaded and secured in a safe, lock box, or with a trigger lock. An additional 19% store their MS a safe, lock box, or with a trigger lock.

- <u>Likelihood to buy</u>: On a scale from 1 to 10, where 1 is "not at all likely" and 10 is "very likely", the average likelihood rating given they'll buy a MSR in the next 12 months is 6.2, slightly more to the 'likely' end of the scale.

- <u>Accessories owned</u>: The most common accessories currently owned by MSR owners are gun cleaning kits, extra magazines, carrying case. The accessory MSR owners most frequently said they planned to buy in the next 12 months is a suppressor/sile owners do not own and do not plan on buying a laser designator or night vision/thermal scope in the next 12 months.

## USAGE AND ACTIVITIES

- <u>Use:</u> 88% of MSR owners used/shot their MSR(s) in the last 12 months. The average number of times used was 14, just over on the 12 months before that, 41% said their MSR use was "about the same" while 38% said it was less.

- <u>Desired usage</u>: 75% of MSR owners said they did not use their MSR as much as they would like over the past 12 months. The m preventing owners from using their MSR more are related to ammunition: lack of availability and cost.

- <u>Activities</u>: The most popular activity by MSR owners is target shooting — 54% said they did target shooting at a private range, target shooting at a public range.

- <u>Ammo used</u>: Roughly 70% of MSR owners used budget factory and premium factory loads in the last 12 months. The ammo bre MSR user is made up of 42% budget factory loads, 32% premium factory loads, 17% handloads/reloads, and 9% import ammo. T rounds used by MSR owners in the last 12 months is 907 rounds. In the next 12 months, MSR owners project they'll fire 984 ro

# Executive Summary

## USAGE AND ACTIVITIES (cont.)

- <u>Ammo purchases</u>: The average number of ammo rounds typically purchased by MSR owners is 637.

- <u>Ammo on hand</u>: Nearly half (45%) of MSR owners own/keep more than 1,000 rounds on hand.

- <u>Ammo reloads</u>: 6 out of 10 MSR owners do not reload their own ammunition. Of the 40% who do, the average percentage of am

- <u>Activities – Distance</u>: The most frequent distance that MSR owners hunt/target shoot is at 100–300 yards.

- <u>Target shooting alone vs with others</u>: 43% of MSR owners who go target shooting typically go with 1 other person. 27% go alon

- <u>Favorite part about owning MSR</u>: MSR owners said their favorite part about owning a MSR was: fun/enjoyment of shooting, ex ease of use, and reliability.

## RESPONDENT PROFILE

- Organizations: 61% of MSR owners are members of or recently donated to the NRA, the most frequently chosen organization. members of or recently donated to any firearm organizations. 12% are members or recently donated to the NSSF.

- Military/Law-Enforcement: 38% of MSR owners are active/retired member of law enforcement or the military.

- Age/Gender/Race: 96% of MSR owners are Male. The average age of MSR owners is 55 years old. 88% are White/Caucasian.

- Marital status: 74% of MSR owners are married. Of these MSR owners, over half say their spouse accompanies them for targe spouse has no interest in target shooting or firearms.

# Executive Summary

## RESPONDENT PROFILE (cont.)

- Education: 45% of MSR owners have attained at least a bachelors degree. One-quarter have attended some college, but did no

- Income: The average yearly household income for MSR owners is $110,934. More than half are in households with an annual ir $85,000.

- <u>Children in Household</u>: 62% of MSR owners do not have any children living with them.

- State: The states with the most respondents were Texas (9%), California (5%), and Florida (5%).

# Methodology

In 2020, the National Shooting Sports Foundation (NSSF) contracted Sports Marketing Surveys fo
consumer survey on modern sporting rifles (MSRs) that was last carried out in 2013. Due to the C
and personnel changes at NSSF, this survey was not able to be administered until December 202
provide the NSSF and manufacturers insights on current consumer needs and uses of MSRs as v
those influencing public policy in the effort to preserve our constitutional rights.

The online survey covered various aspects of MSR ownership, behavior, and attitudes. The NSSF
survey via a partner email distribution list.  A random drawing to win one of four $250 Mastercar
cards was included to incentivize participation. The term "Modern Sporting Rifle" was clearly defi
AK-platform rifles such as AR-15, AR-10, AK-47, AK-74 and did not include non-rifle firearms suc
pistols, etc. Photographs of both AR- and AK-platform MSRs were shown on the survey landing p
responses from those under 18 years old or said they did not own at least 1 MSR were removed fr
analysis.

The survey was live from December 9, 2021 to January 2, 2022.
- **Completed Surveys: 2,421**
- **Usable responses for analysis: 2,185**

# Section 1: Experience with Modern Sporting Rifles

7/14/22

NSSF MSR Consumer Study – Report of Findings

# Modern Sporting Rifle Ownership: Platforms



**MSR Platforms Owned**

% of users owning platform

- AR platform — 97%
- Other platform — 38%
- AK platform — 27%

| Platform | Average Number of MSRs owned (must own at least one of specified platform) |
|---|---|
| AR platform | 2.7 |
| Other platform | 2.3 |
| AK platform | 1.5 |

**Average number of MSRs owned:**
- AR – 2.6
- Other – 0.8
- AK – 0.4

Median of all MSRs owned: 3

(may own zero of one or more platform, but must at le

**Number of MSRs owned**



- 1 — 24.0%
- 2 — 20.5%
- 3 — 14.3%

**Trend – Average Number of MSRs**
2010: 2.6
2013: 3.1
2021: 3.8

# Modern Sporting Rifle Ownership: Experience

**When did you obtain your FIRST MSR?**

| Year | Percentage |
|------|-----------|
| 2021 | 5% |
| 2020 | 6% |
| 2019 | 6% |
| 2018 | 5% |
| 2017 | 5% |
| 2016 | 6% |
| 2015 | 6% |
| 2014 | 5% |
| 2013 | 4% |
| 2012 | 5% |
| 2011 | 3% |
| 2010 | 5% |
| 2005 – 2009 | 14% |
| 2000 – 2004 | 7% |
| Prior to 1999 | 20% |

**By Number of MSRs**

| | 1 MSR | 2 | 3 |
|------|-------|-----|-----|
| 2021 | 14% | 3% | 3% |
| 2020 | 13% | 7% | 3% |
| 2019 | 9% | 7% | 5% |
| 2018 | 9% | 7% | 5% |
| 2017 | 8% | 5% | 5% |
| 2016 | 7% | 8% | 8% |
| 2015 | 7% | 8% | 6% |
| 2014 | 5% | 7% | 3% |
| 2013 | 3% | 5% | 6% |
| 2012 | 4% | 4% | 4% |
| 2011 | 2% | 4% | 4% |
| 2010 | 2% | 4% | 7% |
| 2005 – 2009 | 8% | 13% | 15% |
| 2000 – 2004 | 3% | 4% | 7% |
| Prior to 1999 | 7% | 13% | 20% |

- 20% of MSR owners obtained their firs[t]
  1999.  Over 40% have owned theirs sin[ce]

- 11% obtained their first MSR within the

- 26% of those who own 1 MSR obtained

# Modern Sporting Rifle Ownership: Experience



**Firearms Used/Owned BEFORE obtaining a MSR**

| Firearm | % |
|---|---|
| Handgun | 88% |
| Traditional Rifle (bolt action, lever action, semi-auto... Not AR/AK platform) | 82% |
| Shotgun | 81% |
| BB / Airgun | 63% |
| Muzzleloader | 30% |
| Paintball gun | 18% |
| None of the above | 1% |

- Handguns are the most popular firearm used an MSR, with 88% of MSR owners selecting.

- Traditional rifles were also first used/owned

- Younger MSR owners show less ownership o before a MSR compared to other age groups.



**Firearms Used Before MSR - by Ag**

Under 45 ■ 45 to 54 ■ 55+

# Modern Sporting Rifle Ownership: Experience



**Introduction to MSRs: where did you first gain interest?**

| | |
|---|---|
| My own personal interest | 34% |
| Military | 18% |
| Friend | 11% |
| Family member | 9% |
| Shooting Range | 9% |
| Books/Magazines | 5% |
| Other | 5% |
| Job | 3% |
| Internet | 2% |
| Movies/TV | 2% |
| Video games | 2% |
| Influencer on social media | 1% |



**Introduction to MSRs (Grouped)**

My own personal interest, 34%    Military/job, 21%    Family/friends, 20%

- One-third of MSR owners became through their own personal accor

- About 21% first gained interest thr military or their job, and another 2 family/friends.

# Modern Sporting Rifle Ownership: Experience

**Introduction to MSRs: where did you first gain interest?**



| | |
|---|---|
| My own personal interest | 34% |
| Military | 18% |
| Friend | 11% |
| Family member | 9% |
| Shooting Range | 9% |
| Books/Magazines | 5% |
| Other | 5% |
| Job | 3% |
| Internet | 2% |
| Movies/TV | 2% |
| Video games | 2% |
| Influencer on social media | 1% |

**Introduction to MSRs (Grouped)**



My own personal interest, 34%  Military/job, 21%  Family/friends, 20%

- One-third of MSR owners became through their own personal accor

- About 21% first gained interest thr military or their job, and another 2 family/friends.

# Modern Sporting Rifle Ownership: Shooting Ranges

**Do you currently have a membership at a shooting range?**



No, but I was previously a member
20%

No, I have never been a member
28%

Yes, I am a current member
52%

- About half of MSR owners are curr[...]
  a shooting range.

- 28% have never been a member of [...]
  range.

# Modern Sporting Rifle Ownership: Reasons for Ownership

Respondents were asked to rate how important each of the following reasons are to owning an MSR. They rated reason on a scale from 1 to 10, where 1 is "not at all important" and 10 is "very important."

**Rating: How important are these reasons to owning an MSR?**



- Recreational target shooting was rated as reason for owning an MSR.

- Big game hunting and professional/job-rel the lowest importance ratings.

*Scale:*
*1=Not at all important,   10= very important*

| | MSR Owned | | | | | Age | | |
| | | | | | | Under 45 | 45 to 54 | 55+ |
| | 1 | 2 | 3 | 4 | 5+ | | | |
| Recreational target shooting | 8.4 | 8.7 | 8.8 | 8.6 | 9 | 8.4 | 8.8 | 8 |
| Home/self-defense | 7.9 | 8.2 | 8.2 | 8.3 | 8.7 | 8.4 | 8.3 | 8 |
| Collecting | 5.2 | 5.8 | 6.6 | 6.7 | 7.1 | 6.9 | 6.5 | 5 |
| Varmint Hunting | 5.2 | 5.5 | 5.8 | 5.9 | 6.3 | 5.7 | 5.8 | 5 |
| Competition shooting (i.e. 3. Gun) | 4.6 | 5.3 | 5.6 | 6 | 6.4 | 6 | 5.8 | 5 |
| Big Game Hunting | 4.3 | 4.4 | 4.9 | 5.4 | 5.5 | 5.2 | 4.9 | 4 |
| Professional use / Job-related | 2.8 | 3 | 3.7 | 3.5 | 3.9 | 4 | 3.4 | 3 |

7/14/22

# Section 2: Most Recently Acquired Modern Sporting Rifle

# Most Recently Acquired MSR: Platform, When Acquired

**Platform - Most Recent MSR Obtained**



**Year of Most Recently Acquir**





- Nearly 9 out of 10 MSR owners said the most recent MSR they acquired was an AR platform.

- Nearly one-third of MSR owners said they acquired their most recent one in 2021, nearly 50% within the last two years (2021 or 2020).

# Most Recently Acquired MSR: How? Where?



**How did you obtain your most recently acquired MSR?**

- I purchased it NEW — 83%
- I purchased it USED — 11%
- I received it NEW as a gift — 3%
- I received it USED as a gift — 2%
- I inherited it — 1%



**Place of Purchase**

- Independent (Mom & Pop) Retail Store
- Purchases of different parts
- Internet/Website
- Other — 10%
- Chain or Big Box Retail Store — 9%
- Purchased as a kit — 6%
- Gun Show — 4%

- • 83% of MSR owners acquired their most recent MSR by purchasing it new.

- • For those purchasing a new or used MSR, place of purchase was an independent ret

- • Popular retailers & online sites used: Palm Gunbroker.com, Cabela's, Sportsman's W

# Most Recently Acquired MSR: Place of Purchase

| | Total | Number of MSRs Owned | | | | | Age | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5+ | Under 45 | 45 to 54 | 5 |
| Independent (Mom & Pop) Retail Store | 30.3% | 31.9% | 30.5% | 31.1% | 29.8% | 28.9% | 26.6% | 35.1% | 30. |
| Purchases of different parts | 22.2% | 12.0% | 18.8% | 24.8% | 29.3% | 28.6% | 25.4% | 25.8% | 19. |
| Internet/Website | 19.3% | 18.6% | 21.1% | 16.2% | 19.1% | 20.2% | 24.3% | 14.1% | 19. |
| Other | 9.5% | 11.4% | 11.2% | 9.6% | 8.0% | 7.3% | 6.1% | 7.8% | 11. |
| Chain or Big Box Retail Store | 9.2% | 16.2% | 10.1% | 7.6% | 5.3% | 5.2% | 7.9% | 8.8% | 9. |
| Purchased as a kit | 5.8% | 5.6% | 4.6% | 6.3% | 5.8% | 6.4% | 7.0% | 4.6% | 5. |
| Gun Show | 3.7% | 4.2% | 3.7% | 4.3% | 2.7% | 3.5% | 2.7% | 3.8% | 4. |

# Most Recently Acquired MSR: Price

**Price of most recently acquired NEW MSR**

**Price of most recently**



- Half of MSR owners paid between $500 and $1000 for their most recently purchased MSR, both those who bought a new MSR and those who bought a used MSR.

- Average price for last MSR: $1,071.

| | 2010 | 2013 | 2021 |
|---|---|---|---|
| **Overall average** | **$1,083** | **$1,058** | **$1,071** |
| AR–platform (new) | | $1,112 | $1,057 |
| AR platform (used) | | | $992 |
| AK platform (new) | | $711 | $1,086 |
| AK platform (used) | | | $1,218 |

7/14/22

**NSSF MSR Consumer Study – Report of Findings**

# Most Recently Acquired MSR: Brand

### Brand of Most Recently Acquired AR



| Brand | Percent |
|---|---|
| Palmetto | 11% |
| Other | 8% |
| Aero Precision | 8% |
| Anderson | 7% |
| Smith & Wesson | 7% |
| Sturm, Ruger & Co., Inc. | 5% |
| Custom Built/Mixed | 4% |
| DPMS | 4% |
| Colt | 4% |
| Bushmaster | 3% |
| Springfield (Armory) Inc | 3% |
| Sig Sauer Inc/SIGARMS | 3% |
| Daniel Defense | 2% |
| Rock River Arms | 2% |
| Stag Arms | 2% |
| Armalite | 2% |
| Windham Armory | 1% |
| Arsenal - USA | 1% |
| Bravo Company Mfg Inc | 1% |
| Century Arms | 1% |
| CMMG | 1% |

- Survey data indicates the MSR m...
  fragmented.  11% of MSR owners ...
  the brand of their most recently a...
  the highest among the options av...

Commonly mentioned brands included in "Other":
- ATI
- Battle Arms Development
- MBX
- Sharp Bros
- Tavor
- WBP

*50+ other brands were selected by less than 1% of respondents; full list available upon request*

# Most Recently Acquired MSR: Caliber



**Caliber of Most Recently Acquired MSR**

| Caliber | Percent |
|---|---|
| .223 / 5.56mm | 60% |
| .308 Winchester (7.62 x 51) | 9% |
| 7.62x39mm | 6% |
| .300 Blackout | 6% |
| Other | 5% |
| 9mm Luger | 4% |
| .22 Long Rifle | 2% |
| 6.5 Creedmoor | 2% |
| .350 Legend | 1% |
| 5.7 x 28mm | 1% |
| 6mm ARC | 1% |
| 6.8 SPC | 1% |
| 5.45 x 39mm | 1% |

*7 other calibers were selected by less than 1% of respondents*

- 60% of respondents said the cal
  most recently acquired MSR is

- Of the 5% selecting "other," the
  frequently mentioned calibers in
  - 6.5 Grendel
  - .458 SOCOM
  - .224 Valkyrie

Case 3:23-cv-00209-SPM   Document 60-6   Filed 03/02/23   Page 27 of 82   Page ID #1933

# Most Recently Acquired MSR: Reasons for Buying

For the 94% of respondents that purchased their MSR new or used, they were asked to rate how important each
following reasons are for selecting their most recently acquired MSR on a scale from 1 to 10, where 1 is "not at all
and 10 is "very important."

**Rating: Most Important Reasons for Buying Most Recently Purchased MSR**



- MSR owners rated r
  and fun as the most
  for purchasing their
  acquired MSR.

- The least important
  MSR owners include
  from a retailer and N
  family/friends.

*Scale:*
*1=Not at all important,   10= very important*

# Most Recently Acquired MSR: Accessories

**MSR - Use of Accessories**



Heavily accessorized (4+ accessories), 16%

Have a few accessories (1 – 3 accessories) , 70%

Out of the box (no accessories), 14%

- 86% of have their most rece[nt]
  MSR customized to some ex[tent]
  having 1–3 accessories.

- For those with accessories [on their]
  most recently acquired MSR[...]
  accessories within 12 month[s of]
  purchase. Nearly a quarter [added]
  accessories at the time of p[urchase.]

**When have you added accessories to your MSR?**



|  | Within 12 months after purchase | At time of purchase | 12+ months after purchase |
|---|---|---|---|
|  | 75% | 24% | 14% |

# Most Recently Acquired MSR: Accessories - Spend

**Spend on After-Market Customization to Most Recently Acquired MSR**





| | 2010 | |
|---|---|---|
| **Average spent** | **$436** | |

- Of the MSR owners who have add
  accessories to their most recentl
  acquired MSR, nearly half, or 48%
  spent between $201 and $600 on
  market customization.

- The average spent for accessorie
  owners on their most recently ac
  MSR by owners is $618.

# Most Recently Acquired MSR: Optics



**Optics Used on Most Recently Acquired MSR**

- 61% of MSR owners have
  equipped as a primary o
  most recently acquired

- Iron sights are the most
  secondary aiming device
  two-thirds of responder

# Most Recently Acquired MSR: Scope



**Type of Scope on MSR**

| Type of Scope | Percentage |
|---|---|
| 3 – 9x power scope | 21% |
| 1 – 4x power scope | 20% |
| 1 – 6x Variable power scope | 16% |
| 4 – 14x power scope | 15% |
| 6 – 20x+ power scope | 12% |
| Other | 10% |
| 2 – 7x power scope | 7% |

- The most common scop[e]
  owners are the 3-9x pow[er]
  and the 1-4x power scop[e]

- Of the 10% who selected [Other]
  most frequently mention[ed]
  - 1-8x variable powe[r]
  - 1-10x variable powe[r]

Case 3:23-cv-00209-SPM   Document 39-6   Filed 03/02/23   Page 32 of 82   Page ID #1938

# Most Recently Acquired MSR: Magazine Capacity



**Magazine Capacity on MSR**

- Half (52%) of MSR owners stated
  magazine capacity of their most
  acquired MSR is 30 rounds.

- When asked why they chose thei
  respective magazine capacity, th
  frequent responses were:
  - Common/standard
  - Readily available

7/14/22

# Most Recently Acquired MSR: Type of Stock



**Type of Stock on MSR**

| Type | Percentage |
|------|-----------|
| Collapsible / Folding | 65% |
| Fixed | 22% |
| Precision | 6% |
| Arm brace | 5% |
| Other | 2% |
| I don't know | 1% |

- 65%, or approximately two-thirds owners have a collapsible/folding their most recently purchased MS

7/14/22

# Most Recently Acquired MSR: Type of Upper Receiver



**Type of Upper Receiver on MSR**

- 81% have a flat top upper receive most recently acquired MSR.

# Most Recently Acquired MSR: Type of Handguard



**Type of Handguard on MSR**

| | |
|---|---|
| Free floating with rails/M-LOK/KeyMod | 43% |
| Standard with rails/M-LOK/KeyMod | 23% |
| Standard without rails/M-LOK/KeyMod | 13% |
| Free floating without rails/M-LOK/KeyMod | 10% |
| I don't know | 5% |
| Other | 4% |
| Monolithic | 2% |

- The most common type of handgu[ard]
  a free floating with rails handgua[rd]
  used by 43% of respondents on th[e]
  most recently acquired MSR.

# Most Recently Acquired MSR: Finish Color



**Finish Color on MSR**

- 3 out of 4 MSR owners have a bla[ck] finish color.

Case 3:23-cv-00209-SPM   Document 39-6   Filed 03/02/23   Page 37 of 82   Page ID #1943

# Most Recently Acquired MSR: Barrels – Type, Accessories, Length

### Type of Barrel on MSR



### Barrel Accessories on MS



### Barrel Length on MSR



- Two-thirds of MSR owners have a
- Most common accessories: flash h muzzle brake/compensator (37%)
- 75% have a barrel length of 16–20%

# Most Recently Acquired MSR: Operating System, Storage



**Operating System on MSR**

| | |
|---|---|
| Direct gas impingement | 59% |
| Gas piston | 21% |
| Recoil / Blow-back operated | 11% |
| I don't know | 6% |
| Delayed toggle bolt recoil | 1% |
| Other | 1% |

- **59% of MSR owners indicated their m...**
  **acquired MSR is operated by direct g...**
  **impingement.**

- **67%, or two-thirds, of MSR owners s...**
  **secured and unloaded.**

**MSR Storage**

| | |
|---|---|
| 67% | Secured (e.g., in a safe, lock box, |
| 19% | Secured (e.g., in a safe, lock box, |
| 8% | Unsecured – unloaded |
| 5% | Unsecured - loaded |

# Most Recently Acquired MSR: Likelihood to Buy a MSR in Next 12 Mont



Likelihood to Buy a MSR in Next 12 Months

Avg: **6.2**

Scale: 1= Very Unlikely 10=Very Likely

- Average likelihood to buy an MSR in the next 12 months is a 6.2 out of 10, slightly more to the end of the scale.

- 25%, or one-fourth of respondents, said they are "very likely" to buy an MSR in the next 12 m

Case 3:23-cv-00209-SPM    Document 33-6    Filed 03/02/23    Page 40 of 82    Page ID #1340

# Most Recently Acquired MSR: Accessories Owned

| | Owned | Plan to buy in next 12 months | Don't own, don't plan to buy |
|---|---|---|---|
| Gun Cleaning Kit | 94% | 9% | 3% |
| Extra Magazines | 87% | 23% | 6% |
| Targets | 84% | 26% | 5% |
| Soft Carrying Case | 84% | 9% | 12% |
| Rifle Sling | 81% | 21% | 8% |
| Gun Safe | 78% | 14% | 13% |
| Rifle Scope | 76% | 23% | 14% |
| Hard Carrying Case | 69% | 12% | 25% |
| Gun Lock | 64% | 4% | 32% |
| Backup sights | 55% | 20% | 31% |
| Bipod | 55% | 21% | 34% |
| Railed Handguard | 54% | 13% | 36% |
| Spotting Scope | 52% | 19% | 31% |
| Mounted Flashlight | 46% | 27% | 36% |
| Trigger Upgrade | 45% | 26% | 39% |
| Range Finder | 43% | 25% | 37% |
| Vertical Fore-grip | 41% | 14% | 49% |
| Stock Upgrade | 37% | 17% | 49% |
| Suppressor/silencer | 19% | 37% | 53% |
| Laser Designator | 17% | 12% | 72% |
| Night Vision/Thermal | 13% | 26% | 67% |
| Other | 6% | 4% | 43% |

- The most common a owned by MSR owne kits, extra magazine carrying case.

- The accessory that N frequently said they next 12 months is a s

- Roughly 70% of MSR and do not plan to bu or night vision/therm 12 months.

# Section 3: Modern Sporting Rifle Usage & Activities

# MSR Usage and Activities

### Used Your MSR(s) in the last 12 months?



### MSR Use in Last 12 Months Comp[...] Previous 12 Months



### MSR Usage: Number of Times in Last 12 Months



- 88% of MSR owners used/shot their M[...] months. Compared to the 12 months b[...] their MSR use was "about the same." [...]

- Of those who used their MSR, the ave[...] respondents used it in the last 12 mon[...]

# MSR Usage and Activities: Factors Preventing Usage



**Used MSR As Much As You Would Like in Last 12 Months?**

Yes 25%

No 75%



Rating: How important are the following in preventing you MSR as much as you'd like?

| | |
|---|---|
| Lack of ammunition availability | |
| Cost of ammunition | |
| Not enough free time | |
| Distance I must travel for a suitable place to shoot | 4.5 |
| Cost of range fees | 3.4 |
| No one to go with | 3.2 |
| Other | 3.0 |

*Scale:*
*1=Not at all importan*

- 3 out of 4 MSR owners said they did not use their MSR as much as they would like over the past 12 months.

- The most important factors preventing owners from using their MSR more are related to ammunition: lack of availability and cost.

# MSR Usage and Activities



**MSR Activities in Last 12 Months**

| Activity | Percentage |
|---|---|
| Target shoot at a private range | 54% |
| Target shoot at a public range | 49% |
| Target shoot on my/family land | 32% |
| Target shoot on friends land | 25% |
| While hunting on private land | 24% |
| Competition Shooting (i.e. 3 Gun) | 15% |
| While hunting on public land | 11% |
| At paid course/training academy | 10% |
| While at work (i.e. Law Enforcement, Private Security) | 5% |
| Other | 4% |

- The most popular activity by is target shooting; 54% said private range, while 49% sa public range.

# MSR Usage and Activities: Ammunition Used - Type

**Ammo Used (% of MSR Owners Using)**



| | |
|---|---|
| Budget factory loads | 72% |
| Premium factory loads | 70% |
| Handloads/reloads | 35% |
| Import ammo | 32% |

- Across all MSR owners, roughly 70% of used budget factory loads and premium factory loads in the last 12 months.

**Ammo Profile - Average % Breakdo**



"Budget" Factory Loads/Bulk packs , 42%          Premium factory 31%

- The ammo breakdown per MS that 42% of ammo they used i months are factory loads/bull

7/14/22

# MSR Usage and Activities: Ammunition Used - Amount

**Rounds of Ammo Fired Through MSR In Last 12 Months**



**Rounds of Ammo Fired (C**



- The average number of rounds
  owners in the last 12 months is

- Approximately half of MSR own
  between 1 and 400 shots in the
  the other half shooting more th

# MSR Usage and Activities: Ammunition Used – Projected Amount

**Projected Rounds of Ammo Fired Through MSR In Next 12 Months**



**Projected Rounds of Ammo Fire**



- The average number of rounds that MS project they will fire in the next 12 mor

- Over one-third of MSR owners anticip than 800 rounds of ammunition in the

7/14/22

# MSR Usage and Activities: Ammunition Quantity Purchased, Kept On Ha

### Quantity of MSR Ammo Typically Purchased



### Number of MSR Rounds Owned/I



- When purchasing ammunition, the average number of ammo rounds typically purchased by MSR owners is 637.

- 36% of MSR owners typically purchase between 500-1,999 rounds.

- Nearly half of MSR owners own/keep more than 1,000 rounds on hand.

# MSR Usage and Activities: Ammunition Reloads

**Do you reload your own ammunition?**



**Percentage of Ammo Reloaded**



- 6 out of 10 MSR owners do not reload their own ammunition.

- Of the 40% who do, the average percentage of their ammunition they reload is 53%.

# MSR Usage and Activities: Firearms Used



**Firearms Used - Activities**

> • **95% of respondents used their MSR to rifle target shoot.**

# MSR Usage and Activities: Target Shooting/Hunting

**Typical Distance When Using MSR for Hunting/Target Shooting**



| | |
|---|---|
| Under 100 yards | 30% |
| 100 - 300 yards | 59% |
| 301 - 500 yards | 7% |
| 501 - 1,000 yards | 3% |
| More than 1,000 yards | 0% |
| I don't know | 1% |

**Target Shooting - Do you generally ... with others?**



| With 1 other person | Alone | With 2 - 4 people |
|---|---|---|
| 43% | 27% | 26% |

- The most frequent distance that MSR owners hunt/target shoot at is 100–300 yar...

- 43% generally go target shooting with one other person. 27% go alone.

7/14/22

# Respondent Profile: Favorite Part About Owning MSR

Respondents were asked in an open-ended question to explain their favorite part of owning an MSR. Common th
answers include:

---

**FUN/ENJOYMENT OF SHOOTING**
- General enjoyment of shooting; relaxing
- Challenge of target shooting, hunting; improving
- Camaraderie with others, quality time with loved ones
- Ability to customize/building from parts

**EXERCISING FREEDOM/2A RIGHTS**
- Represents freedom and America
- Tradition and history

**EASE OF USE**
- Lightweight
- Low-recoil
- Accurate, versatile
- Instills confidence

**RELIABLE**
- Craftsmanship and engineering
- Peace of mind — excellent for home defense

---

# Section 4: MSR Owner Profiles

7/14/22

Case 3:23-cv-00209-SPM   Document 39-6   Filed 03/02/23   Page 54 of 82   Page ID #1960

# Profile: Single MSR Owners vs Multi-MSR Owners



Multiple-MSR owners are relati...

- Ages 55+

- Non-range members

- Those who used MSR 11 or ... months

- Not from a military/law enf...

- Those with an income unde... even distribution across ra...

- Users of MSR for target sh...

- Those with no kids at home

- Owners of a MSR(s) for ho...

- Those who plan to buy MSR... months

# Profile: Range vs Non-Range Member



MSR owners who are shooting
more likely to be:

- Owners of multiple MSR

- Ages 55+

- Occasional users of MSR
  12 months

- Not from a military/law

- Those with an income ov

- Users of MSR for target

- Those with no kids at ho

- Owners of a MSR(s) for I
  competition shooting

- Those who plan to buy M
  months

# Profile: Infrequent vs Avid MSR Users



Avid MSR owners are relativ...

- Owners of multiple MSR...

- Ages 55+

- A member of a shooting ...

- Not from a military/law ...

- Those with an income ov...

- Users of MSR for target ...

- Those with no kids at ho...

- Owners of a MSR(s) for h...
  competition shooting

- Those who recently boug...
  buy accessories or a new...

# Profile: Target Shooters vs Hunters



Target shooters and hunters [...] are slightly more likely to be:

- Owners of multiple MSR[...]

- Under 45 years old

- A frequent or avid user o[...]

- Those without a bachelor[...]

- Users of MSR for target [...]

- Those with kids at home

- Owners of a MSR(s) for [...] competition shooting

- Those who are likely to b[...] months

# Profile: Owners Who Haven't Used MSR In Last 12 Months



Non-MSR users are relativel...

- Owners of multiple MSR...

- Ages 55 & older

- Not a member of a shoot...

- Those with a household i...

- Those with no kids at ho...

- Owners of a MSR(s) for h...

- Those who plan to buy ac...
  next 12 months

Case 3:23-cv-00209-SPM   Document 39-6   Filed 03/02/23   Page 59 of 82   Page ID #1965

# Profile: Premium Buyers (>$1500 spent on MSR) vs Non-Premium Buyer



Premium MSR buyers are relativ

- Owners of multiple MSRs

- Ages 55 & older

- A member of a shooting ran

- Regular users of MSRs, usin

- Those with a household inco

- With a bachelors degree or

- Using MSR for target shooti
  hunting.

- Owners of a MSR(s) for hom
  shooting, hunting

- Recent buyers (purchased M
  spenders on accessories ($6
  new MSR in the next 12 mon

# Profile: Heavily Accessorized (4+ accessories) MSR Owners



Owners of heavily accessorized MSRs are more likely to be:

- Owners of multiple MSRs

- Under 45 years old

- A member of a shooting range

- Frequent/avid users of MSRs

- Those with a household income

- With a bachelors degree or more

- Using MSR for target shooting, hunting.

- Owners of a MSR(s) for home defense, shooting, hunting

- Premium MSR buyers (>$1500), high spenders on accessories ($600+), plan to buy new MSR in the next 12 months

NSSF MSR Consumer Study – Report of Findings

# Profile: Likely MSR buyers



Likely MSR buyers are relatively

- Owners of multiple MSRs

- Under 45 years old

- Frequent/avid users of MSR

- Those with a household inco

- With a bachelors degree or

- Using MSR for target shootir
  hunting.

- Owners of a MSR(s) for hom
  shooting, hunting

- Premium MSR buyers (>$150(
  spenders on accessories ($6
  new MSR in the next 12 mont

Case 3:23-cv-00209-SPM   Document 33-6   Filed 03/02/23   Page 62 of 82   Page ID #1908

# Profile: Military/Law Enforcement vs Non-Military/Law Enforcement



MSR owners with a military/law-
relatively more likely to be:

- Owners of multiple MSRs

- 55 years old or older

- Frequent/avid users of MSR

- Those with a household inco

- Those without a bachelors d

- Using MSR for competition s

- Owners of a MSR(s) for hom
  professional/job-related pur

7/14/22

# Section 5: Clusters/Segmentation

# Clusters Analysis/Market Segmentation Explained

A Cluster Analysis is method used in market segmentation to help marketers identify specific cons
based on a specific set and sub-set of demographic and specific product usage patterns. Market se
dividing the market into distinct groups of individual segments or clusters with similar wants or ne

A market segment or cluster is a sub-set of a people, in this case, MSR owners with one or more c
cause them to demand similar product and/or services based on qualities of those products — such
and demographics. A true market segment meets all of the following criteria: it is distinct from oth
(different segments have different needs), it is homogeneous within the segment (exhibits common
responds similarly to market stimulus and media.

In the MSR Study, we used the following variables to establish clusters:
- Age
- Reasons for owning an MSR
- Annual Household Income
- Number of MSRs Owned
- Military/Law-Enforcement Affiliation

# MSR Clusters Summary

| | 1. Law Enforcement & Competition | 2. Casual Hunter | 3. Affluent Gun Enthusiast | 4. Low-Use Home D |
|---|---|---|---|---|
| % of owners | 18% | 17% | 23% | |
| % of MSRs | 24% | 13% | 27% | |
| Number of MSRs Owned | 3+ | 1 | 3+ | |
| Age | Under 45 | Under 45 | 45 to 54 | |
| Reasons for Owning a MSR | Professional use/job-related, competition | Hunting | Competition shooting | Hom |
| Annual Household Income | $65 to $110k | <$65k | >$110k | |
| Military/Law-Enforcement Affiliation | Military/L.E. | Non-Military/L.E. | Non-Military/L.E. | Slightly more Mi |
| MSR usage frequency (last 12 months) | More than 24 times | 3 times or less | 12 to 23 times | 3 time |
| Range Member | Slightly more likely to be a range member | Non-member | Range Member | Non |
| Education | Slightly more likely to not have a bachelors | No bachelors | Bachelors+ | Both bachelors+/no b |
| Introduction to MSRs | Military/job, Other | Family/friends, personal interest | Shooting Range | Media/internet, m |
| MSR Activities In Last Year | Use MSR for work, competition shooting | Hunting, long-range shooting | Competition shooting | Not U |
| MSR Purchase Behavior | Very likely to buy MSR in next year, premium MSR buyer (>$1500 for MSR), High-spend accessories, heavily accessorized, recent buyer | Very likely to buy MSR in next 12 months, plans on buying accessories | Premium MSR buyer (>$1500), heavily accessorized MSR, high-spend on accessories, recent buyer | Slightly less likely to pl accessories in |
| Place of Purchase | Mom & Pop Retail Store | Gun Show | Gun show, custom built | Chain/Big-B |

7/14/22

# MSR Clusters Summary

## Clusters: Makeup of MSR Owners & Total MSRs Owned



|  | % of owners | % of MSRs |
|---|---|---|
| Law Enforcement & Competition | 18% | 24% |
| Younger Casual Hunter | 17% | 13% |
| Affluent Gun Enthusiast | 23% | 27% |
| Low-Use | 21% | 11% |
| Hunting Aficionado | 21% | 25% |

# How to Read Cluster Graphs

In the cluster graphs, the overall MSR sample profile is represented by a value of 0. The index is ca
dividing the profile of the cluster (percentage of that cluster for a category) by the profile of the tot
An index of 20 means the cluster is 20% more likely to exhibit that behavior or be a part of that grou
MSR owners in Cluster 1 (Law Enforcement & Competition) have an index of 37 for ages under 45 –
owner in this cluster is 37% relatively more likely to be under 45 years old compared to the overall
population.

We describe this as a relative measure since it does not account for the percentage of the MSR ow
Using our previous example, MSR owners in Cluster 1 (Law Enforcement & Competition) have an in
under 45; this does not mean MSR owners under 45 form the majority of Cluster 1, only that they're
compared to the overall MSR owner population.

7/14/22

# Cluster 1: Law Enforcement & Competition

*Index (All MSR Owners = 0)*



The **Law Enforcement & Competition** Cluster acc...
They tend to be:

- Owners of 3+ MSRs

- Under 45 years old

- Avid users of MSR

- From a military/law enforcement backgroun...

- Those with income of $65k to $110k

- Users of MSR for work/law, competition sho...

- Those with kids at home

- Very likely to buy new MSR in next 12 month...
  (spending more than $1500 most recently ac...
  on accessories

# Cluster 2: Casual Hunter

*Index (All MSR Owners = 0)*



The **Casual Hunter** Cluster accounts for 17% of M

- Owners of 1 MSR

- Under 45 years old

- Not members of a shooting range

- Casual users, using their MSR 3 times or le

- Not from a military or law enforcement bac

- Those with income less than $65k

- Those without a bachelors degree

- Users of MSRs for hunting and long–range s

- Those without kids at home

- Very likely to buy new MSR in next 12 month accessories.

- Owners of MSRs for hunting and self–defens

# Cluster 3: Affluent Gun Enthusiast

*Index (All MSR Owners = 0)*



The **Affluent Gun Enthusiast** Cluster accounts for tend to be:

- Owners of 3+ MSR

- 45 to 54 years old

- Members of a shooting range

- Frequent users, using their MSR 12 to 23 tim

- Not from a military or law enforcement back

- Those with income greater than $110k

- Those with a bachelors degree

- Users of MSRs for competition shooting

- Premium MSR Buyers (>$1500 on most rece accessorized and high spender on accessor

- Owners of MSRs for competition shooting

# Cluster 4: Low-Use Self Defense

*Index (All MSR Owners = 0)*



The **Low-Use Self Defense** Cluster accounts for tend to be:

- Owners of 1 MSR

- 55 years old or older

- Not members of a shooting range

- Infrequent users, using their MSR 3 times or

- Slightly more likely to be from a military or l

- Those with income less than $65k

- Those who did not use their MSR in the last

- Those with no kids at home

- Less likely to buy new MSR or be a premium

- Owners of MSRs for home defense

# Cluster 5: Hunting Aficionado

*Index (All MSR Owners = 0)*



The **Hunting Aficionado** Cluster accounts for 21% be:

- Owners of 3+ MSRs

- 55 years old or older

- Not members of a shooting range

- Occasional MSR users, using their MSR 4 to months

- Slightly more likely to not be from a military background

- Those with income of greater than $110k

- Those with a bachelors degree

- Those used their MSR for hunting in the last

- Recent buyers of a MSR (in 2020 or 2021)

- Less likely to buy new MSR or be a premium

- Owners of MSRs for hunting

Case 3:23-cv-00209-SPM Document 39-6 Filed 03/02/23 Page 73 of 82 Page ID #1379



Section 6: Sample Profile

7/14/22

# Respondent Profile: Organizations

**Current Membership or Recent Donation to Organizations**



| Organization | % |
|---|---|
| National Rifle Association (NRA) | 61% |
| Gun Owners of America (GOA) | 25% |
| None of the above | 21% |
| Other | 19% |
| USCCA/Delta Defense (U.S. Concealed Carry Association) | 17% |
| The National Shooting Sports Foundation (NSSF) | 12% |
| Ducks Unlimited | 10% |
| International Defensive Pistol Association (IDPA) | 9% |
| United States Practical Shooting Association (USPSA) | 9% |
| Rocky Mountain Elk Foundation | 7% |
| National Wild Turkey Federation | 6% |
| North American Hunting Club | 6% |
| Pheasants Forever | 5% |
| International Practical Shooting Confederation (IPSC) | 3% |
| Whitetails Unlimited | 3% |
| Buckmasters | 3% |
| Safari Club | 2% |

- When asked what organizations they ⸻ recently donated to, the most-selecte⸻ the NRA (61%), chosen more than twic⸻ other organization.

- 21% of MSR owners are not members⸻ donated to any organizations listed.

- 12% are members or recently donated⸻

- Of the 19% who selected "Other" organ⸻ common mentions were:
  - Firearms Policy Coalition
  - Liberal Gun Club/Liberal Gun Ov⸻
  - Second Amendment Foundation
  - National Skeet Shooting Founda⸻
  - National Sporting Clays Associa⸻

7/14/22

Case 3:23-cv-00209-SPM   Document 34-8   Filed 03/02/23   Page 75 of 82   Page ID #1981

# Respondent Profile: Military/Law-Enforcement



**Active or Veteran/Retired Member of Law Enforcement/Military**

No 62%

Yes 38%

**Military/Law Enforcement Affiliat**

| 40% | 35% | 30% | 25% | 20% | 15% | 10% | 5% | 0% | |
|---|---|---|---|---|---|---|---|---|---|
| | 34% | | | | | | | | Army |
| | | | | 19% | | | | | Air Fc |
| | | | | 17% | | | | | Local |
| | | | | 17% | | | | | Navy |
| | | | | | 13% | | | | Marin |
| | | | | | 11% | | | | Natio |
| | | | | | | 9% | | | Rese |
| | | | | | | 7% | | | Local |
| | | | | | | 6% | | | Other |
| | | | | | | 6% | | | State |
| | | | | | | 5% | | | Feder |
| | | | | | | 5% | | | Army |
| | | | | | | | 3% | | State |
| | | | | | | | 3% | | Feder |
| | | | | | | | 3% | | Natio |
| | | | | | | | 2% | | Other |
| | | | | | | | 2% | | Air Fc |
| | | | | | | | 2% | | Coas |
| | | | | | | | 2% | | Rese |
| | | | | | | | 2% | | Navy |
| | | | | | | | 2% | | Marin |
| | | | | | | | 2% | | Coas |
| | | | | | | | 2% | | Spac |
| | | | | | | | 1% | | Spac |

| Military/law-enforcement (grouped) | % of those |
|---|---|
| Veteran military | 82% |
| Veteran law enforcement | 26% |
| Active law enforcement | 11% |
| Active military | 9% |

# Respondent Profile: Age, Gender

### Gender



### Age



Avg: **55 years**

### Race/Ethnicity



- **96% of respondents are Male.**

- **The average age of respondents is 55 years old. Only 27% are under the age of 45.**

- **88% of respondents are White/Caucasian.**



7/14/22

# Respondent Profile: Martial Status, Shooting Activities with Spouse



- **74% of respondents are married.**

- **Of these MSR owners, over half (57%) say their spouse accompanies them for target shooting. Nearly a quarter, 24%, say their spouse has no interest in target shooting or firearms.**

# Respondent Profile: Education

**Highest Level of Education Completed**



|  | 0% | 5% | 10% | 15% | 20% | 25% | 30% | 35% |
|---|---|---|---|---|---|---|---|---|
| Bachelors degree | | | | | | | 29% | |
| Some college but did not graduate | | | | | | 26% | | |
| Post-graduate degree | | | 16% | | | | | |
| Associate degree | | | 14% | | | | | |
| High school graduate or GED equivalent | | 10% | | | | | | |
| Other professional degree | 4% | | | | | | | |
| Some high school or less | 1% | | | | | | | |

- **45% of respondents have attained at** **bachelors degree (29% have bachelo** **graduate).**

- **One-quarter of MSR owners have att** **college but did not graduate.**

# Respondent Profile: Income

**Estimated Yearly Household Income**



Avg: **$110,934**

$85k or less: 37%
More than $85k: 52%

- The average yearly household incom[...]
  respondents is **$110,934.**

- More than half of MSR owners are i[...]
  households with an annual income [...]
  greater than **$85,000.**

# Respondent Profile: State, Household Children

**Do you have any children living with you?**



**State**



- Nearly two-thirds of respondents do not have any children living with them.

- The states with the most respondents are Texas (9%), California (5%), and Florida (5%).

# Respondent Profile: State, Household Children





© 2022 National Shooting Sports Foundation, Inc. All Rights Reserved