# EXHIBIT J

Case 3:23-cv-00209-SPM Document 39-10 Filed 03/02/23 Page 2 of 2 Page ID #2170

An official website of the United States government. Here's how you know

Home • Crime in the U.S • 2019 • Crime in the U.S. 2019 • Tables • Expanded Homicide Data Table 8

**2019 CRIME in the UNITED STATES**
U.S. DEPARTMENT OF JUSTICE • FEDERAL BUREAU OF INVESTIGATION • CRIMINAL JUSTICE INFORMATION SERVICES DIVISION

Criminal Justice Information Services Division | Feedback | Contact Us | Data Quality Guidelines | UCR Home

Home | Offenses Known to Law Enforcement | Violent Crime | Property Crime | Clearances | Persons Arrested | Police Employee Data

## Expanded Homicide Data Table 8

**Murder Victims**
by Weapon, 2015–2019

Download Excel

| Weapons | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|
| Total | 13,847 | 15,355 | 15,206 | 14,446 | 13,927 |
| Total firearms | 9,143 | 10,398 | 11,014 | 10,445 | 10,258 |
|     Handguns | 6,194 | 6,778 | 7,052 | 6,683 | 6,368 |
|     Rifles | 215 | 300 | 389 | 305 | 364 |
|     Shotguns | 248 | 247 | 263 | 237 | 200 |
|     Other guns | 152 | 172 | 178 | 164 | 45 |
|     Firearms, type not stated | 2,334 | 2,901 | 3,132 | 3,056 | 3,281 |
| Knives or cutting instruments | 1,533 | 1,562 | 1,608 | 1,542 | 1,476 |
| Blunt objects (clubs, hammers, etc.) | 438 | 466 | 474 | 455 | 397 |
| Personal weapons (hands, fists, feet, etc.)[1] | 651 | 668 | 715 | 712 | 600 |
| Poison | 8 | 12 | 15 | 6 | 16 |
| Explosives | 1 | 1 | 0 | 4 | 3 |
| Fire | 63 | 78 | 93 | 76 | 81 |
| Narcotics | 70 | 119 | 112 | 102 | 93 |
| Drowning | 12 | 9 | 8 | 9 | 7 |
| Strangulation | 96 | 97 | 90 | 75 | 64 |
| Asphyxiation | 105 | 93 | 112 | 92 | 92 |
| Other weapons or weapons not stated | 1,727 | 1,852 | 965 | 928 | 840 |

- [1] Pushed is included in personal weapons
- NOTE: The Uniform Crime Reporting Technical Refresh enables updating of prior years' crime data, therefore, data presented in this table may not match previously published data.

**Most Wanted**
Ten Most Wanted
Fugitives
Terrorism
Kidnappings / Missing Persons
Seeking Information
Bank Robbers
ECAP
ViCAP

**About**
Mission & Priorities
Leadership & Structure
Partnerships
Community Outreach
FAQs

**News**
Stories
Videos
Press Release
Speeches
Testimony
Podcasts and Radio
Photos
Español
Apps

**Resources**
Law Enforcement
Businesses
Victim Assistance
Reports & Publications

**What We Investigate**
Terrorism
Counterintelligence
Cyber Crime
Public Corruption
Civil Rights
Organized Crime
White-Collar Crime
Violent Crime
WMD

**Contact Us**
Field Offices
FBI Headquarters
Overseas Offices

**Services**
CJIS
CIRG
Laboratory Services
Training Academy
Operational Technology
Information Management

**FBI Jobs**
Submit a Tip

Crime Statistics
History
FOIPA
Scams & Safety
FBI Kids
FBI Tour

**Additional Resources**
Accessibility
eRulemaking
Freedom of Information / Privacy Act
Legal Notices
Legal Policies & Disclaimers
Privacy Policy
USA.gov
White House
No FEAR Act
Equal Opportunity


FEDERAL BUREAU OF INVESTIGATION


FBI.gov Contact Center
Email updates