IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>    Plaintiffs,<br>        vs.<br>BRENDAN KELLY, *et al.*,<br>    Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al.*,<br>    Plaintiffs,<br>        vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>    Defendants. | Case No.  3:23-cv-215-SPM |

## NOTICE OF APPEARANCE

NOW COMES Hal Dworkin, Assistant Attorney General in the Office of the Illinois Attorney General, and hereby enters his appearance as counsel in the above-referenced actions on behalf of:

- Defendants KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in *Barnett v. Raoul*, No. 23-cv-209;

- Defendants KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in *Harrel v. Raoul*, No. 23-cv-141;

- Defendant BRENDAN F. KELLY, Director of the Illinois State Police, in *Langley v. Kelly*, No. 23-cv-192; and

- Defendants JAY ROBERT "JB" PRITZKER, Governor of the State of Illinois, KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in *Federal Firearms Licensees of Illinois v. Pritzker*, No. 23-cv-215.

Dated: March 3, 2023

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

By:  */s/ Hal Dworkin*
Hal Dworkin, No. 6318213
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601
312-814-5159
Hal.Dworkin@ilag.gov