**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CALEB BARNETT, et al., | ) Case No. 3:23-cv-209-SPM |
|          Plaintiffs, | ) **designated Lead Case |
| | ) |
|    v. | ) |
| | ) |
| KWAME RAOUL, et al., | ) |
|          Defendants, | ) |
| | ) |
| DANE HARREL, et al., | ) Case No. 3:23-cv-141-SPM |
|          Plaintiffs, | ) |
| | ) |
|    v. | ) |
| | ) |
| KWAME RAOUL, et al., | ) |
|          Defendants, | ) |
| | ) |
| JEREMY W. LANGLEY, et al., | ) Case No. 3:23-cv-192-SPM |
|          Plaintiffs, | ) |
| | ) |
|    v. | ) |
| | ) |
| BRENDAN KELLY, et al., | ) |
|          Defendants, | ) |
| | ) |
| FEDERAL FIREARMS LICENSEES OF | ) Case No. 3:23-CV-215-SPM |
| ILLINOIS, et al., | ) |
|          Plaintiffs, | ) |
| | ) |
|    v. | ) |
| | ) |
| JAY ROBERT "J.B." PRITZKER, et al., | ) |
|          Defendants. | ) |

**NOTICE OF NON-OPPOSITION TO MOTION OF AMICUS ILLINOIS SHERIFFS'**
**ASSOCIATION FOR LEAVE TO FILE AMICUS BRIEF**

Plaintiffs Federal Firearms Licensees of Illinois, Guns Save Life, Gun Owners of

America, Gun Owners Foundation, Piasa Armory, Debra Clark, Jasmine Young, and Chris Moore

1

do not oppose the Motion of Amicus Illinois Sheriffs' Association for Leave to File Amicus

Brief, filed February 27, 2023, docket number 35.

Dated: March 7, 2023                                        Respectfully submitted,

                                                            s/ C.D. Michel
Mark L. Shaw                                                C.D. Michel (pro hac vice)
Jennifer Craigmile Neubauer                                 Sean A. Brady (pro hac vice)
Michael A. Danforth                                         Konstadinos T. Moros (pro hac vice)
SHAW LAW LTD.                                               MICHEL & ASSOCIATES, P.C.
33 North County Street, Suite 300                           180 East Ocean Blvd., Suite 200
Waukegan, Illinois 60085                                    Long Beach, CA 90802
(T): (847) 244-4696                                         (T): (562) 216-4444
(F): (847) 244-4673                                         (F): (562) 216-4445
(E-1): mlshaw@shawlawltd.com                                (E-1): cmichel@michellawyers.com
(E-2): jcneubauer@shawlawltd.com                            (E-2): sbrady@michellawyers.com
(E-3): michael@danforthlawgroup.com                         (E-3): kmoros@michellawyers.com

                                                            *Attorneys for Plaintiffs Federal Firearms*
                                                            *Licensees of Illinois, Guns Save Life, Gun*
                                                            *Owners of America, Gun Owners*
                                                            *Foundation, Piasa Armory, Debra Clark,*
                                                            *Jasmine Young, and Chris Moore*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, an electronic PDF of NOTICE OF NON-OPPOSITION TO MOTION OF AMICUS ILLINOIS SHERIFFS' ASSOCIATION FOR LEAVE TO FILE AMICUS BRIEF was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

Dated: March 7, 2023

Respectfully submitted,

*s/ C.D. Michel*
C.D. Michel