# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Caleb Barnett, et al. ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number:  3:23-cv-00209 |
| Kwame Raoul and Brendan F. Kelly ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  SEE ATTACHED                                        .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  Illinois                                . The state and federal bar numbers issued to me are:  6297061                                .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Mar 14, 2023                             _____
           Date                                          Signature of Movant

330 North Wabash Avenue, Suite 3300                    Andrew A. Lothson
           Street Address                                 Printed Name

Chicago, IL 60611
           City, State, Zip

Andrew A. Lothson seeks to appear on behalf of the following plaintiffs:

1. Caleb Barnett
2. Brian Norman
3. Hood Guns & More
4. Pro Gun and Indoor Range
5. National Shooting Sports Foundation, Inc.