# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Caleb Barnett, et al., | ) |
| *Plaintiff(s)* | ) |
| v. | )   Case Number:   3:23-cv-209-SPM |
| Kwame Raoul, et al., | ) |
| *Defendant(s)* | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  Second Amendment Law Center (proposed amicus brief) .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  Virginia, Texas, see attachment. . The state and federal bar numbers issued to me are:  29768, 15830700, see attachment .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Mar 14, 2023
Date

*[signature]*
Signature of Movant

3925 Chain Bridge Road, Suite 403
Street Address

Dan Peterson
Printed Name

Fairfax, Virginia 22030
City, State, Zip

**Dan Peterson Bar Admissions**

| COURT OF ADMISSION | DATE ADMITTED/BAR NO.* |
|---|---|
| Iowa (inactive) | January 13, 1978 (N/A) |
| Texas | May 28, 1979 (Bar No. 15830700) |
| Virginia | April 19, 1989 (Bar No. 29768) |
| District of Columbia | May 8, 1989 (Bar No. 418360) |
| Supreme Court of the United States | January 14, 1985 |
| First Circuit | August 23, 2018 (Bar No. 1185218) |
| Second Circuit | June 19, 2015 |
| Fourth Circuit | August 10, 1989 |
| Fifth Circuit | February 18, 1983 |
| Eighth Circuit | January 17, 2006 |
| Ninth Circuit | February 13, 2013 |
| Tenth Circuit | December 14, 1982 |
| DC Circuit | September 28, 2001 |
| US District Court for the District of Columbia | June 5, 1989 |
| Eastern District of Virginia | November 9, 1989 |
| Court of Federal Claims | July 9, 1992 |

*Many federal courts do not assign bar numbers.