# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

Caleb Barnett, et al.,
*Plaintiff(s)*
v.
Kwame Raoul, et al.,
*Defendant(s)*

) 
) 
) Case Number: 3:23-cv-209-SPM
) 
) 

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for    Second Amendment Law Center

DATED: March 17, 2023

_____
Signature

Dan M. Peterson
Name

3925 Chain Bridge Rd, Suite 403, Fairfax, VA 22030
Address

703-352-7276
Phone Number

703-359-0938
Fax Number

dan@danpetersonlaw.com
E-Mail Address

Rev. 2/11