

WIKIPEDIA
The Free Encyclopedia

Ex C

# Remington Model 8

The **Remington Model 8** is a semi-automatic rifle designed by John Browning and produced by Remington Arms,[4] introduced as the *Remington Autoloading Rifle* in 1905, though the name was changed to the *Remington Model 8* in 1911.[5]

## History

On October 16, 1900, John Browning was granted U.S. Patent 659,786 (https://patents.go ogle.com/patent/US659786) for the rifle, which he then sold to Remington.[6] Outside the U.S., this rifle was made by Fabrique Nationale of Liege, Belgium, and marketed as the FN Browning 1900.[6]

Under an agreement between Remington and FN, the Model 8 would be sold in the US while the FN 1900 would be sold elsewhere. Despite having a larger market, the FN 1900 was sold predominantly to hunters in Western Europe and Canada.[6] Because of the new and yet unproven nature of the autoloading rifle, the FN model never experienced the same level of sales as the Model 8. Cameron Woodall of *The Great Model 8*, a website dedicated to the rifle, postulates that this was likely due to the difficulty convincing European hunters to spend money on an expensive rifle that few people had ever seen before.[6] Due to lackluster sales, only 4,913 Model 1900s were ever produced compared to the over 80,000 Model 8s produced.[6]

## Design and features

The Remington Model 8 rifle was the first commercially successful semiautomatic rifle offered for civilian sale in the United States.[7]

It is long recoil-operated and uses a rotating bolt head. After firing, the barrel and bolt, still locked together, move rearward inside the receiver and compress two recoil springs. Then the bolt is held back while the barrel is returned forward by one of the springs permitting extraction and ejection. Once the barrel is returned, the bolt is returned



**Remington Model 8**

Remington Model 8 semi-automatic rifle.

| | |
|---|---|
| Type | Semi-automatic rifle |
| Place of origin | United States |
| **Service history** | |
| Used by | Federal Bureau of Investigation |
| | Texas Rangers - same model .35 killing Bonnie and Clyde |
| **Production history** | |
| Designer | John Browning |
| | C.C. Loomis [1] |
| Manufacturer | Remington Arms |
| Produced | 1905–1911 (Remington Autoloading Rifle) |
| | 1910–1929 (FN Model 1900) |
| | 1911–1936 (Model 8) [1] |
| | 1936–1950 (Model 81) [2] |

forward by the second spring; in so doing it picks up a fresh cartridge from the magazine and chambers it. The Remington Model 8 has a fixed 5-shot magazine and bolt hold-open device which engages after the magazine is empty. It is a take-down design, meaning that the barrel and receiver are easily separated with no tools, allowing for a smaller package for transport.[8]

Remington created four new calibers for the Model 8 rifle: .25 Remington, .30 Remington, .32 Remington and .35 Remington.[4] These cartridges were rimless designs to allow reliable feeding from box magazines. The Model 8 was offered in five grades of finish (Standard, Special, Peerless, Expert and Premier) [9] and was the first truly reliable high power semiautomatic rifle ever commercialized (1906).[5]

| | |
|---|---|
| No. built | 26,000 (Remington Autoloading Rifle) |
| | 4,913 (FN Model 1900) |
| | 80,600 (Model 8) [1] |
| | 55,581 (Model 81) [2] |
| **Specifications** | |
| Mass | 8 lb (3.6 kg) [3] |
| Length | 41.1 in (104 cm) |
| Barrel length | 22 in (56 cm) |
| Cartridge | .25 Remington |
| | .30 Remington |
| | .32 Remington |
| | .35 Remington |
| | .300 Savage[1] |
| Action | recoil-operated |
| Feed system | Fixed 5 round box magazine, (5-,10-,15-round box magazine) |

## Use

The primary market for the Model 8 was sport hunting. The Model 8 was used as a police gun, modified to use detachable extended capacity magazines, among other changes. While seeing limited use in World War I, it was used by the French Aéronautique Militaire[10] in very small numbers. It is noted as the rifle of choice by famed Texas Ranger Frank Hamer.[4] Hamer's rifle was a customized .35 Remington Model 8 with a special-order 15-round magazine from Petmeckey's Sporting Goods store in Austin, Texas. He was shipped serial number 10045, and this was just one of at least two Model 8s used in the ambush of Clyde Barrow and Bonnie Parker.[4] The rifle was modified to accept a "police only" 20-round magazine obtained through the Peace Officers Equipment Company in St. Joseph, Missouri.[11]

## Variants

**Model 81 *Woodsmaster***

In 1936, Remington dropped the Model 8 and introduced the **Model 81 *Woodsmaster*** with improvements by C.C. Loomis.[4] The Model 81 was offered in .300 Savage and the .25 Remington chambering was dropped after a limited number of 81s were chambered in this round. It was additionally offered in Standard (81A), Special (81B), Peerless (81D), Expert (81E) and Premier (81F) grades.[9] The Federal Bureau of Investigation acquired some Model 81 rifles chambered for .30 Remington and .35 Remington in response to the 1933 Kansas City Massacre.[12] Production of the Model 81 ceased in 1950.[7]

# References

1. "Model 8 Autoloading Centerfire Rifle" (https://web.archive.org/web/20130520070354/http://remington.com/products/archived/centerfire/autoloading/model-8.aspx). Remington Arms. Archived from the original (http://www.remington.com/products/archived/centerfire/autoloading/model-8.aspx) on 20 May 2013. Retrieved 26 December 2012.
2. "Model 81 Woodsmaster Autoloading Centerfire Rifle" (https://web.archive.org/web/20130104121332/http://www.remington.com/products/archived/centerfire/autoloading/model-81-woodsmaster.aspx). Remington Arms. Archived from the original (http://www.remington.com/products/archived/centerfire/autoloading/model-81-woodsmaster.aspx) on 4 January 2013. Retrieved 26 December 2012.
3. Miller, David. *The History of Browning Firearms*. p. 75.
4. Herring, Hal (2008). *Famous Firearms of the Old West: From Wild Bill Hickok's Colt Revolvers to Geronimo's Winchester, Twelve Guns That Shaped Our History*. TwoDot. p. 224. ISBN 978-0-7627-4508-1.
5. Gilbert, Glenn. "A Century of Remington Autoloading Rifles" (http://www.americanrifleman.org/ArticlePage.aspx?id=1696&cid=4). American Rifleman. Retrieved 29 December 2012.
6. Woodall, Cameron. "F.N. 1900" (http://thegreatmodel8.remingtonsociety.com/?page_id=1562). The Great Model 8 & 81. Retrieved 30 December 2012.
7. Shideler, Dan (14 March 2008). *Standard Catalog Of Remington Firearms* (https://books.google.com/books?id=eW6K-z8d2IMC&pg=PA112). Iola, Wisconsin: Krause Publications. p. 112. ISBN 978-1-4402-2699-1.
8. Wood, J B (1 December 2003). *The Gun Digest Book of Firearms Assembly/Disassembly Part IV - Centerfire Rifles* (https://books.google.com/books?id=ceqOB8ynN9wC&pg=PA276). Iola, Wisconsin: Krause Publications. pp. 276–277. ISBN 1-4402-2648-2.
9. Guns and Ammo (http://archives.gunsandammo.com/content/remington-model-81), July 2007
10. "The Great Model 8 & 81 » F.N. 1900" (http://thegreatmodel8.remingtonsociety.com/?page_id=1562).
11. "The Guns of Frank Hamer" (http://www.sightm1911.com/lib/history/hamer_guns.htm). 28 July 2011.
12. Vanderpool, Bill "Bring Enough Gun" *American Rifleman* October 2013 pp.80-85&115-116

# External links

- History of Model 8 & Model 81 (http://www.thegreatmodel8.remingtonsociety.com/)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Remington_Model_8&oldid=1143242711"