An official website of the United States government. Here's how you know

Home • Crime in the U.S. • 2018 • Crime in the U.S. 2018 • Tables • Expanded Homicide Data Table 8



Criminal Justice Information Services Division    Feedback | Contact Us | Data Quality Guidelines | UCR Home

Home   Offenses Known to Law Enforcement   Violent Crime   Property Crime   Clearances   Persons Arrested   Police Employee Data

### Expanded Homicide Data Table 8

**Murder Victims**
by Weapon, 2014–2018

Download Excel

| Weapons | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Total | 12,278 | 13,780 | 15,318 | 15,195 | 14,123 |
| Total firearms: | 7,803 | 9,103 | 10,372 | 11,006 | 10,265 |
| Handguns | 5,342 | 6,176 | 6,762 | 7,051 | 6,603 |
| Rifles | 235 | 215 | 300 | 390 | 297 |
| Shotguns | 238 | 247 | 247 | 264 | 235 |
| Other guns | 88 | 151 | 172 | 180 | 167 |
| Firearms, type not stated | 1,900 | 2,314 | 2,891 | 3,121 | 2,963 |
| Knives or cutting instruments | 1,545 | 1,525 | 1,558 | 1,609 | 1,515 |
| Blunt objects (clubs, hammers, etc.) | 431 | 436 | 464 | 472 | 443 |
| Personal weapons (hands, fists, feet, etc.)[1] | 668 | 647 | 664 | 710 | 672 |
| Poison | 9 | 8 | 12 | 15 | 5 |
| Explosives | 6 | 1 | 1 | 0 | 4 |
| Fire | 55 | 63 | 78 | 96 | 72 |
| Narcotics | 70 | 69 | 118 | 110 | 78 |
| Drowning | 12 | 12 | 9 | 8 | 9 |
| Strangulation | 84 | 96 | 97 | 89 | 70 |
| Asphyxiation | 93 | 105 | 92 | 111 | 90 |
| Other weapons or weapons not stated | 1,502 | 1,715 | 1,853 | 969 | 900 |

- [1] Pushed is included in personal weapons.
- NOTE: The Uniform Crime Reporting Technical Refresh enables updating of prior years' crime data; therefore, data presented in this table may not match previously published data.

Most Wanted | News | What We Investigate | Services | Additional Resources

Most Wanted: Ten Most Wanted, Fugitives, Terrorism, Kidnappings / Missing Persons, Seeking Information, Bank Robbers, ECAP, ViCAP

About: Mission & Priorities, Leadership & Structure, Partnerships, Community Outreach, FAQs

News: Stories, Videos, Press Release, Speeches, Testimony, Podcasts and Radio, Photos, Español, Apps

Resources: Law Enforcement, Businesses, Victim Assistance, Reports & Publications

What We Investigate: Terrorism, Counterintelligence, Cyber Crime, Public Corruption, Civil Rights, Organized Crime, White-Collar Crime, Violent Crime, WMD

Contact Us: Field Offices, FBI Headquarters, Overseas Offices

Services: CJIS, CIRG, Laboratory Services, Training Academy, Operational Technology, Information Management, FBI Jobs, Submit a Tip, Crime Statistics, History, FOIPA, Scams & Safety, FBI Kids, FBI Tour

Additional Resources: Accessibility, eRulemaking, Freedom of Information / Privacy Act, Legal Notices, Legal Policies & Disclaimers, Privacy Policy, USA.gov, White House, No FEAR Act, Equal Opportunity


FBI FEDERAL BUREAU OF INVESTIGATION


FBI.gov Contact Center
Email updates