IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANE HARREL, an individual and resident of St. Clair County, Illinois, C4 GUN STORE, LLC, an Illinois Limited Liability Company, MARENGO GUNS, INC., an Illinois Corporation, ILLINOIS STATE RIFLE ASSOCIATION, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>KWAME RAOUL, in his official capacity As Attorney General of Illinois, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, JAMES GOMRIC, in his official capacity as State's Attorney of Randolph County, Illinois, PATRICK D. KENNEALLY, In his official capacity as State's Attorney of McHenry County, Illinois, RICHARD WATSON, in his official capacity as Sheriff of St. Clair County, Illinois, JARROD PETERS, in his official capacity as Sheriff of Randolph County, Illinois, ROBB TADELMAN, in his official capacity as Sheriff of McHenry County, Illinois. | No.   23 CV 00141<br>        23-CV-00209-SPM<br>Honorable Steven P. McGlyn |

**<u>DEFENDANTS' PATRICK D. KENNEALLY, STATE'S ATTORNEY OF MCHENRY COUNTY, AND ROBB TADELMAN, SHERIFF OF MCHENRY COUNTY, RESPONSE TO THE COURT'S MINUTE ORDER DATED APRIL 5, 2023</u>**

Defendants**,** Patrick Kenneally, State's Attorney of McHenry County, on behalf of

the People of McHenry County, and ROBB TADELMAN, in his official capacity as Sheriff

of McHenry County, Illinois (Defendants Kenneally and Tadelman are collectively hereinafter referred to as the "McHenry County Defendants"), and pursuant to their Response to the Court's Minute Order Dated April 5, 2023 state as follows:

1. **Named Parties and Attorneys to be Present for April 12, 2023 on Behalf of McHenry County Defendants.**
Assistant State's Attorney Troy C. Owens will be present on April 12, 2023 for the hearing on Plaintiff's Motion for Preliminary Injunction. No other parties or attorneys will appear on behalf of the McHenry County Defendants.

2. **Need for Audio-Visual Technology.**
The McHenry County Defendants do not need any audio-visual technology.

Respectfully Submitted by:

/s/ Troy C. Owens
One of Plaintiff's Attorneys

Patrick D. Kenneally
McHenry County State's Attorney
Troy C. Owens
Assistant State's Attorney
McHenry County Government Center
2200 North Seminary Avenue
Woodstock, IL 60098
815-334-4159 (phone)
TCOwens@mchenrycountyil.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2023, I electronically filed the McHenry County Defendants' Response to the Court's Minute Order dated April 5, 2023 with the Clerk of the U.S. District Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          /s/ Troy C. Owens
                                          Troy C. Owens