IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) No. 23-cv-209-SPM ) |
| KWAME RAOUL, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' JEREMY WALKER, STATE'S ATTORNEY OF RANDOLPH COUNTY, AND JARROD PETERS, SHERIFF OF RANDOLPH COUNTY RESPONSE TO THE COURT'S MINUTE ORDER DATED APRIL 5, 2023**

COMES NOW Defendants, Jeremy Walker, in his official capacity as State's Attorney for Randolph County, Illinois, and Jarrod Peters, in his official capacity as Sheriff of Randolph County, Illinois, by and through their attorneys and for their Response to the Court's Minute Order dated April 5, 2023, state as follows:

1. Named Parties and Attorneys to be Present for April 12, 2023, on behalf of Randolph County Defendants:

Sean P. Dolan will be present on April 12, 2023 for the hearing on Plaintiff's Motion for Preliminary Injunction. No other parties or attorneys will appear on behalf of Randolph County Defendants.

2. Need for Audio-Visual Technology:

The Randolph County Defendants do not need any audio-visual technology.

EVANS & DIXON, L.L.C.

James E. Godfrey, Jr., #6191771
Kerry B. Banahan #6325519
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102
Telephone: (314) 621-7755
Facsimile: (314) 621-3136
jgodfrey@evans-dixon.com
kbanahan@evans-dixon.com

*Attorneys for Randolph County Defendants*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of April, 2023, I caused the above and foregoing Memorandum to be filed with the Clerk of the Court, which will generate an electronic notice constituting service to all parties.

                                                James E. Godfrey, Jr., #6191771