# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| CALEB BARNETT, et al.,<br><br>*Plaintiff(s)*<br>v.<br>KWAME RAOUL, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case Number: 23-cv-209-SPM<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

    I hereby enter my appearance as counsel for Jeremy Walker, in his official capacity as State's Attorney for Randolph County, Illinois, and Jarrod Peters, in his official capacity as Sheriff of Randolph County, Illinois.

    DATED: April 7, 2023

_____
Signature

Sean P. Dolan
_____
Name

211 N. Broadway, St. Louis, MO 63102
_____
Address

(314) 621-7755
_____
Phone Number

(314) 621-3136
_____
Fax Number

sdolan@evans-dixon.com
_____
E-Mail Address

Rev. 2/11