UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, <br><br> *Defendants*. | No. 3:23-cv-00209-SPM |

**RESPONSE FROM PLAINTIFFS CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, AND NATIONAL SHOOTING SPORTS FOUNDATION, INC. TO THE COURT'S MINUTE ORDER OF APRIL 5, 2023**

Plaintiffs, Caleb Barnett, Brian Norman, Hood's Guns & More, Pro Gun and Indoor Range, and National Shooting Sports Foundation, Inc. (collectively, "Plaintiffs"), through undersigned counsel, respond to the Court's Minute Order of April 5, 2023, as follows:

1. These Plaintiffs will have two attorneys and no named parties present at the hearing on April 12, 2023.

2. These Plaintiffs will have no audio-visual needs at the hearing.

Dated: April 7, 2023

Respectfully submitted,

| | |
|---|---|
| PAUL D. CLEMENT* | /s/ *Gary C. Pinter* |
| ERIN E. MURPHY* | GARY C. PINTER |
| MATTHEW D. ROWEN* | SWANSON, MARTIN & BELL, LLP |
| NICHOLAS M. GALLAGHER* | 103 W. Vandalia Street |
| CLEMENT & MURPHY, PLLC | Suite 215 |
| 706 Duke Street | Edwardsville, IL 62025 |
| Alexandria, VA 22314 | (618) 655-3131 |
| (202) 742-8900 | gpinter@smbtrials.com |

ANDREW A. LOTHSON*
SWANSON, MARTIN & BELL, LLP
330 N. Wabash
Suite 3300
Chicago, IL 60611
(312) 321-9100

**pro hac vice*

**COUNSEL FOR PLAINTIFFS CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, AND NATIONAL SHOOTING SPORTS FOUNDATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2023, I e-filed the foregoing Response using the Court's ECF/CM system, which will generate an electronic notice to all counsel of record.

/s/ *Gary C. Pinter*
Gary C. Pinter