10452-229

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CALEB BARNETT, et al., | ) | Case No.:   3:23-cv-209-SPM |
| | ) | ** DESIGNATED Lead Case |
| Plaintiffs, | ) | |
| v. | ) | |
| KWAME RAOUL, et al., | ) | |
| Defendants. | ) | |
| DANE HARREL, et al., | ) | Case No.:   3:23-cv-141-SPM |
| Plaintiffs, | ) | |
| v. | ) | |
| KWAME RAOUL, et al., | ) | |
| Defendants. | ) | |
| JEREMY W. LANGLEY, et al., | ) | Case No.:   3:23-cv-192-SPM |
| Plaintiffs, | ) | |
| v. | ) | |
| KWAME RAOUL, et al., | ) | |
| Defendants. | ) | |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al., | ) | Case No.:   3:23-cv-215-SPM |
| Plaintiffs, | ) | |
| v. | ) | |
| JAY ROBERT "JB" PRITZKER, et al., | ) | |
| Defendants. | ) | |

10452-229

**DEFENDANT COLE SHANER'S, STATE'S ATTORNEY OF CRAWFORD COUNTY, ILLINOIS, RESPONSE TO COURT'S NOTICE AND ORDER DATED APRIL 5, 2023**

NOW COMES Defendant COLE SHANER, in his official capacity as State's Attorney of Crawford County, Illinois, by and through his attorney, Keith B. Hill of HEYL, ROYSTER, VOELKER & ALLEN, P.C., and for his Response to the Court's Notice and Order dated April 5, 2023, states:

1. The number of attorneys and named parties that will be present at the hearing:

Two. Attorney Keith B. Hill and Defendant Cole Shaner will be present at the hearing. No other attorneys or parties will appear on behalf of Defendant Cole Shaner, State's Attorney of Crawford County, Illinois.

2. Need for audio-visual technology:

Defendant Cole Shaner, State's Attorney of Crawford County, Illinois does not need any audio-visual technology.

                COLE SHANER, in his official capacity as State's
                Attorney for Crawford County, Illinois, Defendant,

                BY: _____/s/ Keith B. Hill_____
                HEYL, ROYSTER, VOELKER & ALLEN, P.C.
                Keith B. Hill, ARDC #6277660

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Suite 100, Mark Twain Plaza III
105 West Vandalia
Edwardsville, Illinois 62025 0467
Telephone 618.656.4646
Facsimile 309.420.0402
khill@heylroyster.com

10452-229

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this **10th** day of **April, 2023**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

      /s/ Keith B. Hill

      _____