IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>　　Plaintiffs,<br>　　　vs.<br>KWAME RAOUL, *et al.*,<br>　　Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>　　Plaintiffs,<br>　　　vs.<br>KWAME RAOUL, *et al.*,<br>　　Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>　　Plaintiffs,<br>　　　vs.<br>BRENDAN KELLY, *et al.*,<br>　　Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al.*,<br>　　Plaintiffs,<br>　　　vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>　　Defendants. | Case No.  3:23-cv-215-SPM |

**ATTORNEY GENERAL RAOUL, GOVERNOR PRITZKER, AND
ISP DIRECTOR KELLY'S NOTICE IN RESPONSE
TO THE COURT'S APRIL 5 MINUTE ORDER**

On April 5, 2023, the Court ordered the parties to identify "the number of attorneys and named parties that will be present" at the April 12 hearing scheduled in this partially consolidated action on Plaintiffs' motions for a preliminary injunction. Dkt. 71. Counsel from the Attorney General's Office, on behalf of the Attorney General, the Governor, and the Director of the Illinois State Police ("State Defendants"), respond to the Court's order as follows: three attorneys from the Attorney General's Office (Christopher G. Wells, Kathryn Hunt Muse, and Laura K. Bautista)

will be present. None of the State Defendants will be present in person. On April 5, 2023, pursuant to the Court's order, counsel from the Attorney General's Office contacted Jerod Merz regarding counsel for the State Defendants' audio-visual needs at the April 12 hearing. Counsel for the State Defendants intends to use a Powerpoint presentation as part of the State Defendants' argument and will continue to coordinate with Mr. Merz regarding the courtroom's audio-visual technology.

Dated: April 10, 2023

Respectfully submitted,

KWAME RAOUL
*Attorney General of Illinois*

/s/ Christopher G. Wells
Christopher G. Wells, No. 6304265
Chief, Public Interest Division
Office of the Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601
(312) 814-3000
Christopher.Wells@ilag.gov

*Counsel for Attorney General Raoul,
Governor Pritzker, and ISP Director Kelly*

## CERTIFICATE OF SERVICE

I certify that on April 10, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Christopher G. Wells
Christopher G. Wells
Chief, Public Interest Division