IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CALEB BARNETT, et al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 23-cv-209-SPM |
| KWAME RAOUL, et al., | ) | |
| Defendants. | ) | |
| DANE HARREL, et. el., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 23-cv-141-SPM |
| KWAME RAOUL, et. al., | ) | |
| Defendants. | ) | |
| JEREMY W. LANGLEY, et. el., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 23-cv-192-SPM |
| BRENDAN KELLY, et. al., | ) | |
| Defendants. | ) | |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, et. el., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 23-cv-2015-SPM |
| JAY ROBERT "JB" PRITZKER, et. al., | ) | |
| Defendants. | ) | |

**DEFENDANTS, JAMES GOMRIC, IN HIS OFFICIAL CAPACITY AS STATE'S ATTORNEY OF ST. CLAIR COUNTY, ILLINOIS AND RICHARD WATSON, IN HIS OFFICIAL CAPACITY AS SHERIFF OF ST. CLAIR COUNTY ILLINOIS RESPONSE TO THE COURT'S APRIL 5, 2023 ORDER**

2 | P a g e

COMES NOW, Defendants, James Gomric, in his official capacity as State's Attorney of St. Clair County, Illinois, and Richard Watson, in his official capacity as Sheriff of St. Clair County, Illinois, ("St. Clair County Defendants"), by and through their undersigned counsel, and for their Response to the Court's April 5, 2023 Order, and states as follows:

1.  Name of Parties and Attorneys to be present at the April 12, 2023 hearing;

**RESPONSE**: Legal Counsel Thomas R. Ysursa will be present for the St. Clair County Defendants.

2.  Need for any audio-visual technology

**RESPONSE:** St. Clair County Defendants do not need any audio-visual technology.

Respectfully Submitted,

By: /s/ Thomas R. Ysursa
Thomas R. Ysursa #6257701
BECKER, HOERNER, & YSURSA, P.C.
*Attorneys for Defendants,*
*James Gomric, in his official capacity as*
*State's Attorney of St. Clair County, Illinois, and*
*Richard Watson, in his official capacity as*
*Sheriff of St. Clair County, Illinois*
5111 West Main Street
Belleville, IL 62226
Telephone: (618) 235-0020
Facsimile: (618) 235-8558
Email: try@bhylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

*/s/ Thomas R. Ysursa*