IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CALEB BARNETT, et al., | ) | Case No. 3:23-cv-209-SPM |
|     Plaintiffs, | ) | **designated Lead Case |
| | ) | |
| v. | ) | |
| | ) | |
| KWAME RAOUL, et al., | ) | |
|     Defendants, | ) | |
| | ) | |
| DANE HARREL, et al., | ) | Case No. 3:23-cv-141-SPM |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KWAME RAOUL, et al., | ) | |
|     Defendants, | ) | |
| | ) | |
| JEREMY W. LANGLEY, et al., | ) | Case No. 3:23-cv-192-SPM |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRENDAN KELLY, et al., | ) | |
|     Defendants, | ) | |
| | ) | |
| **FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al.,** | ) | **Case No. 3:23-CV-215-SPM** |
|     **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **JAY ROBERT "J.B." PRITZKER, et al.,** | ) | |
|     **Defendants.** | ) | |

### FEDERAL FIREARMS LICENSEES OF ILLINOIS PLAINTIFFS' RESPONSE TO COURT'S NOTICE AND ORDER DATED APRIL 5, 2023

    Plaintiffs Federal Firearms Licensees of Illinois, Guns Save Life, Gun Owners of America, Gun Owners Foundation, Piasa Armory, Debra Clark, Jasmine Young, and Chris Moore, by and through their attorneys, hereby respond to the Court's Notice and Order dated

1

April 5, 2023, as follows:

    Attorney C.D. Michel will appear on behalf of Plaintiffs.

    The following parties will be present:

    1.    Roger Krahl and Dan Eldridge on behalf of Plaintiff Federal Firearms Licensees of Illinois and Todd Vandermyde as a consultant for Plaintiff Federal Firearms Licensees of Illinois.

    2.    Scott Pulaski on behalf of Plaintiff Piasa Armory.

Dated: April 10, 2023

Respectfully submitted,

*s/ C.D. Michel*

Mark L. Shaw, Esq.
Jennifer Craigmile Neubauer, Esq.
Michael A. Danforth, Esq.
SHAW LAW LTD.
33 North County Street, Suite 300
Waukegan, Illinois 60085
(T): (847) 244-4696
(F): (847) 244-4673
(E-1): mlshaw@shawlawltd.com
(E-2): jcneubauer@shawlawltd.com
(E-3): michael@danforthlawgroup.com

C.D. Michel, Esq. (pro hac vice)
Sean A. Brady, Esq. (pro hac vice)
Konstadinos T. Moros, Esq. (pro hac vice)
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
(T): (562) 216-4444
(F): (562) 216-4445
(E-1): cmichel@michellawyers.com
(E-2): sbrady@michellawyers.com
(E-3): kmoros@michellawyers.com

*Attorneys for Plaintiffs Federal Firearms Licensees of Illinois, Guns Save Life, Gun Owners of America, Gun Owners Foundation, Piasa Armory, Debra Clark, Jasmine Young, and Chris Moore*

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 10, 2023, an electronic PDF of FEDERAL FIREARMS LICENSEES OF ILLINOIS PLAINTIFFS' RESPONSE TO COURT'S NOTICE AND ORDER DATED APRIL 5, 2023 was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

Dated: April 10, 2023            Respectfully submitted,

                     *s/ C.D. Michel*
                     C.D. Michel