## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CALEB BARNETT, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 3:23-cv-209-SPM |
| | ) | |
| KWAME RAOUL, *et al.*, | ) | ** designated Lead Case |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **DANE HARREL, *et al*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 3:23-cv-141-SPM** |
| **vs.** | ) | |
| | ) | |
| **KWAME RAOUL, *et al*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| JEREMY W. LANGLEY, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-192-SPM |
| | ) | |
| BRENDAN KELLY, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-215-SPM |
| | ) | |
| JAY ROBERT "J.B." PRITZKER, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS DANE HARREL, C4 GUN STORE, LLC, MARENGO GUNS, INC.,
ILLINOIS STATE RIFLE ASSOCIATION, FIREARMS POLICY COALITION, INC.,
and SECOND AMENDMENT FOUNDATION'S RESPONSE
TO THE COURT'S APRIL 5, 2023 ORDER**

Plaintiffs DANE HARREL, C4 GUN STORE, LLC, an Illinois limited liability

corporation, MARENGO GUNS, INC., an Illinois corporation, ILLINOIS STATE RIFLE

ASSOCIATION ("ISRA"), FIREARMS POLICY COALITION, INC. ("FPC"), and SECOND

AMENDMENT FOUNDATION ("SAF") (collectively, "Plaintiffs"), by and through counsel of

record, and for their Response to the Court's Order of April 5, 2023, states as follows:


1.   Name of Parties and Attorneys to be present at the April 12, 2023 hearing;

**RESPONSE:** Counsel David G. Sigale, Plaintiff Dane Harrel, and representative David Igoe for

Plaintiff Marengo Guns, Inc. will be present for the *Harrel* Plaintiffs.


2.   Need for any audio-visual technology

**RESPONSE:** The *Harrel* Plaintiffs will not need any audio-visual technology.


Dated: April 10, 2023                    Respectfully Submitted,

                                         ____/s/ David G. Sigale____
                                         Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

*Attorney for Plaintiffs*

2

## <u>CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING</u>

The undersigned certifies that:

1.      On April 10, 2023, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system;

2.      Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


                                          /s/ David G. Sigale

                                         Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com