# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CALEB BARNETT, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-209-SPM |
| | ) | |
| **KWAME RAOUL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| **DANE HARREL, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-141-SPM |
| | ) | |
| **KWAME RAOUL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| **JEREMY W. LANGLEY, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-192-SPM |
| | ) | |
| **BRENDAN KELLY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

---

| | |
|---|---|
| **FEDERAL FIREARMS** ) | |
| **LICENSEES OF ILLINOIS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **Case No. 3:23-cv-215-SPM.** |
| **JAY ROBERT "JB" PRITZKER, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## RESPONSE TO RULE 71 ORDER

Comes now Plaintiffs Jeremy W. Langley, Timothy B. Jones and Matthew Wilson, by and through their attorneys, Thomas G. Maag and the Maag Law Firm, LLC, and in response to this Court's Rule 71 Order, states as follows:

1. It is anticipated that ONE ATTORNEY, Thomas G. Maag will appear for these Plaitniffs.

2. It is anticipated that THREE CLIENTS, Jeremy Langley, Timothy Jones and Matthew Wilson, shall appear to view the proceedings.

No special needs are required for this counsel for these Plaintiffs.

Counsel apologizes to this Court that this response was one day late, as the order was not noticed until this morning, due to the Easter holiday and the press of other business.

Dated:  4-11-2023                      Respectfully Submitted,

                                           By:<u>sThomas G. Maag</u>

                                           Thomas G. Maag #6272640
                                           Maag Law Firm, LLC
                                           22 West Lorena Avenue
                                           Wood River, IL  62095
                                           618-216-5291
                                           tmaag@maaglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed, using the ECF system, which will send notification to all registered users:

Dated:  4-11-2023                      <u>s/Thomas G. Maag</u>