**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>        Plaintiffs,<br>                vs.<br>KWAME RAOUL, *et al.*,<br>        Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>        Plaintiffs,<br>                vs.<br>KWAME RAOUL, *et al.*,<br>        Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>        Plaintiffs,<br>                vs.<br>BRENDAN KELLY, *et al.*,<br>        Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS<br>LICENSEES OF ILLINOIS, *et al.*,<br>        Plaintiffs,<br>                vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>        Defendants. | Case No.  3:23-cv-215-SPM |

**ATTORNEY GENERAL RAOUL, GOVERNOR PRITZKER, AND**
**ISP DIRECTOR KELLY'S REQUEST FOR LEAVE**
**REGARDING SUPPLEMENTAL AUTHORITY**

Counsel from the Attorney General's Office, on behalf of the Attorney General, the

Governor, and the Director of the Illinois State Police ("State Defendants"), in accordance with

Local Rule 7.1(c) and the Court's instructions at the February 24, 2023 status conference,  requests

leave to submit the supplemental authority attached as Exhibit A for the Court's consideration:

*Delaware State Sportsmen's Association, Inc. v. Delaware Department of Safety and Homeland*

*Security*, No. 22-951-RGA, 2023 WL 2655150 (D. Del. March 27, 2023). This decision post-dates

the filing of the State Defendants' March 2, 2023 brief. Dkt. 37.

Dated: April 11, 2023

Respectfully submitted,

KWAME RAOUL
*Attorney General of Illinois*

/s/ Christopher G. Wells
Christopher G. Wells, No. 6304265
Chief, Public Interest Division
Office of the Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601
(312) 814-3000
Christopher.Wells@ilag.gov

*Counsel for Attorney General Raoul,*
*Governor Pritzker, and ISP Director Kelly*

## CERTIFICATE OF SERVICE

I certify that on April 11, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Christopher G. Wells
Christopher G. Wells
Chief, Public Interest Division