IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>    Plaintiffs,<br>        vs.<br>BRENDAN KELLY, *et al.*,<br>    Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al.*,<br>    Plaintiffs,<br>        vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>    Defendants. | Case No.  3:23-cv-215-SPM |

### STATE DEFENDANTS' PROPOSED ERRATA
### FOR APRIL 12, 2023 HEARING TRANSCRICPT – VOLUMES I & II

On behalf of the Attorney General, the Governor, and the Director of the Illinois State Police ("State Defendants"), counsel has reviewed the transcript from the April 12, 2023 hearing in this matter. Based on this review and counsel's recollection, counsel for the State Defendants has identified the following proposed errata in the transcript (Volumes I and II) and requests that the official transcript be corrected in the manner identified below. Counsel is grateful to both court reporters for their transcription and prompt preparation of the transcript.

## Volume I

| PAGE # | LINE # | CORRECTION | REASON FOR CORRECTION |
|---|---|---|---|
| 9 | 2 | Change "Katherine" to "Kathryn" | Incorrect spelling |
| 54 | 3 | Change "sentence" to "instance" | Correct word/phrase |
| 57 | 19 | Change "the" to "a" | To correct the grammar of the sentence |
| 58 | 4 | Change "what" to "that" | Correct word/phrase |
| 60 | 1 | Add "a" after "be" and before "large" | To correct the grammar of the sentence |
| 72 | 20 | Change "illegal" to "legal" | Correct quote from case law |
| 74 | 1 | Add "a" after "be" and before "majority" | To correct the grammar of the sentence |

## Volume II

| PAGE # | LINE # | CORRECTION | REASON FOR CORRECTION |
|---|---|---|---|
| 93 | 15 | Insert "the" between "that's" and "dangerous" | Missing word |
| 93 | 18 | Change "Cavanaugh" to "Kavanaugh" | Incorrect spelling |
| 94 | 25 | Change "colonel" to "Colonial" | Correct word/phrase |
| 95 | 20 | Change "considers" to "considerations" | Correct word/phrase |
| 96 | 5 | Insert "kids" between "of" and "in" | Missing word |
| 99 | 11-12 | The last sentence attributes a question from the Court to counsel. The correct exchange should read:<br><br>"THE COURT: Is the Texas shooting on here?"<br><br>"MR. WELLS: "It is, yes." | Correct speaker |
| 100 | 2 | Change "rifely" to "rightly" | Correct word/phrase |
| 100 | 10 | Change "have" to "hath" | Correct word/phrase |
| 100 | 23 | Change "duals" to "duels" | Incorrect spelling |
| 100 | 25 | Change "Revolvers" to "Revolver's" | Missing punctuation |
| 101 | 3 | Change "poplar" to "popular" | Correct word/phrase |
| 101 | 12 | Change "statutary" to "statutory"; add a period (".") after "text" | Incorrect spelling and missing punctuation |
| 101 | 19 | Change "it" to "it's"; change "counts" to "count" | Correct word/phrase |
| 103 | 23 | Change "manufacturer" to "manufacture" | Correct word/phrase |
| 104 | 1 | Change "futures" to "features" | Correct word/phrase |
| 105 | 15 | Add comma after "law" | Missing punctuation |
| 106 | 16 | Change "to cite" to "decides" | Correct word/phrase |

Dated: April 18, 2023

Respectfully submitted,

/s/ Christopher G. Wells
Christopher G. Wells, No. 6304265
Chief, Public Interest Division
Office of the Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601
(312) 814-3000
Christopher.Wells@ilag.gov

*Counsel for Attorney General Raoul,
Governor Pritzker, and ISP Director Kelly*