# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al*, | )<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 3:23-cv-209-SPM<br>) |
| KWAME RAOUL, *et al.*, | ) ** designated Lead Case<br>) |
| Defendants. | )<br>)<br>) |
| **DANE HARREL, *et al*,** | )<br>) |
| **Plaintiffs,** | )<br>)<br>) **Case No. 3:23-cv-141-SPM** |
| **vs.** | )<br>) |
| **KWAME RAOUL, *et al*,** | )<br>) |
| **Defendants.** | )<br>)<br>) |
| JEREMY W. LANGLEY, *et al*, | )<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 3:23-cv-192-SPM<br>) |
| BRENDAN KELLY, *et al*, | )<br>) |
| Defendants. | )<br>)<br>) |
| FEDERAL FIREARMS LICENSEES<br>OF ILLINOIS, *et al*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 3:23-cv-215-SPM<br>) |
| JAY ROBERT "J.B." PRITZKER, *et al*, | )<br>)<br>) |
| Defendants. | ) |

## PLAINTIFFS DANE HARREL, C4 GUN STORE, LLC, MARENGO GUNS, INC., ILLINOIS STATE RIFLE ASSOCIATION, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION'S REQUEST FOR LEAVE TO FILE RESPONSE TO SUPPLEMENTAL AUTHORITY

Plaintiffs DANE HARREL, C4 GUN STORE, LLC, an Illinois limited liability corporation, MARENGO GUNS, INC., an Illinois corporation, ILLINOIS STATE RIFLE ASSOCIATION ("ISRA"), FIREARMS POLICY COALITION, INC. ("FPC"), and SECOND AMENDMENT FOUNDATION ("SAF") (collectively, "Plaintiffs"), by and through counsel of record, in accordance with Local Rule 7.1(c), request leave to submit their Response to the Defendant's supplemental authority filed on April 11, 2023 (Dkt. #84), which post-dated the filing of the Plaintiffs' March 23, 2023 Reply Brief in Support of their Motion for Preliminary Injunction (Dkt. #66).

This Motion is not filed for dilatory purposes or for delay, but only so that the parties may fully present their arguments before the court.

Dated: April 23, 2023                                                  Respectfully Submitted,

                                                                              /s/ David G. Sigale
                                                                           Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

*Attorney for Plaintiffs*

3

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1.      On April 23, 2023, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system;

2.      Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


　　　　　　　　　　　　　　　　　　　　/s/ David G. Sigale
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs



David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

3