IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>    Plaintiffs,<br>        vs.<br>BRENDAN KELLY, *et al.*,<br>    Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al.*,<br>    Plaintiffs,<br>        vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>    Defendants. | Case No.  3:23-cv-215-SPM |

**ATTORNEY GENERAL RAOUL, GOVERNOR PRITZKER, AND
ISP DIRECTOR KELLY'S MOTION FOR LEAVE
TO SUBMIT SUPPLEMENTAL AUTHORITY**

Counsel from the Attorney General's Office, on behalf of the Attorney General, the Governor, and the Director of the Illinois State Police ("State Defendants"), in accordance with Local Rule 7.1(c) and the Court's instructions at the February 24, 2023 status conference,  requests leave to submit the attached supplemental authority for the Court's consideration: *Herrera v. Raoul*, No. 23 CV 532, Dkt. 75 (N.D. Ill. April 25, 2023), attached as Exhibit A; and *Hanson v. District of Columbia*, No. 22-2256 (RC), 2023 WL 3019777 (D.D.C. April 20, 2023), attached as Exhibit B. These decisions post-date the filing of the State Defendants' March 2, 2023 brief (Dkt.

37), and the April 12, 2023 oral argument on the pending motions for preliminary injunction (Dkt. 89).

Dated: April 25, 2023

Respectfully submitted,

KWAME RAOUL
*Attorney General of Illinois*

/s/ Christopher G. Wells
Christopher G. Wells, No. 6304265
Chief, Public Interest Division
Office of the Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601
(312) 814-3000
Christopher.Wells@ilag.gov

*Counsel for Attorney General Raoul,
Governor Pritzker, and ISP Director Kelly*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Christopher G. Wells
Christopher G. Wells
Chief, Public Interest Division