IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SPORTS SHOOTING FOUNDATION, INC., <br><br>　　　　Plaintiffs, <br>　　　　　vs. <br>KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, <br><br>　　　　Defendants. | Case No.  3:23-cv-209-SPM |

## NOTICE OF APPEAL

Defendants Kwame Raoul, Attorney General of the State of Illinois, and Brendan F. Kelly, Director of the Illinois State Police, hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's preliminary injunction order entered on April 28, 2023, in this case (Doc. 101), as well as three other cases (*Harrel, et al. v. Raoul, et al.*, 3:23-cv-141-SPM Doc. 45; *Langley, et al. v. Kelly, et al.*, 3:23-cv-192-SPM Doc. 36; *Federal Firearms Licensees of Illinois, et al. v. Pritzker, et al.*, 3:23-cv-215-SPM Doc. 44). A notice of appeal has been filed in each case in which this order was entered.

In this appeal, Defendants request that the district court's order granting a preliminary injunction be reversed and vacated, and for any other relief the Court deems appropriate.

Dated: April 28, 2023

Respectfully submitted,

KWAME RAOUL
*Attorney General of Illinois*

/s/ Christopher G. Wells
Christopher G. Wells, No. 6304265
Chief, Public Interest Division
Office of the Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601
(312) 814-3000
Christopher.Wells@ilag.gov

*Counsel for Attorney General Raoul
and ISP Director Kelly*

## CERTIFICATE OF SERVICE

I certify that on April 28, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Christopher G. Wells
Christopher G. Wells
Chief, Public Interest Division