# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 1, 2023

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 23-1825
>
> Caption:
> CALEB BARNETT, et al.,
>     Plaintiffs - Appellees
>
> v.
>
> KWAME RAOUL and BRENDAN F. KELLY,
>     Defendants - Appellants

> District Court No: 3:23-cv-00209-SPM
> Clerk/Agency Rep Monica A. Stump
> District Judge Stephen P. McGlynn
>
> Date NOA filed in District Court: 04/28/2023

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)