# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 4, 2023

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*

|  | CALEB BARNETT, et al., |
|---|---|
|  | Plaintiffs - Appellees |
| No. 23-1825 | v. |
|  | KWAME RAOUL and BRENDAN F. KELLY, |
|  | Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:23-cv-00209-SPM<br>Southern District of Illinois<br>District Judge Stephen P. McGlynn | |

The following is before the court: **STATE DEFENDANTS' EMERGENCY MOTION TO STAY THE DISTRICT COURT'S PRELIMINARY INJUNCTION ORDER PENDING APPEAL**, filed on May 2, 2023, by counsel for the appellants.

The motion for a stay of the district court's preliminary injunction is **GRANTED**, pending further order of the court. Any response to the motion for a stay must be received by the close of business on May 9, 2023. Any response should discuss the bearing of *Friedman v. Highland Park*, 784 F.3d 406 (7th Cir. 2015), and *Wilson v. Cook County*, 937 F.3d 1028 (7th Cir. 2019), in addition to any other matters the appellees deem pertinent.

form name: **c7_Order_3J**     (form ID: **177**)