Pistols   Rifles   Shotguns   Parts   Accessories   Gear   Sign In   Search …

# SUB2000™

## Folding / Pistol Caliber / Carbine



Welcome to the fold! You're looking at a semi-automatic folding carbine that comes with more pistol magazine options than a cat has lives. Offered in 9mm or .40cal, the SUB2000 picks up where handguns leave off. Folded, it tucks away nicely in situations where space is limited, but it's quick to deploy in situations where time is of the essence.

BUY NOW

Pistols   Rifles   Shotguns   Parts   Accessories   Gear   Sign In

# Features
## Light / Compact / Effective

## Pistol Caliber Power

The SUB2000 offers the best of both worlds. Yes, it's a pistol caliber, however the ballistic advantage and accuracy at distance come from the 16" barrel. Barrel length translates to velocity which translates to power downrange. You'll get the most out of your pistol ammunition right out of the box.

Pistols   Rifles   Shotguns   Parts   Accessories   Gear   Sign In

## Fun

Yes it's modular due to the M-LOK and magazine compatibility. Yes it's simple and reliable. Yes it folds and stows nicely, but at the end of the day, the SUB2000 is simply fun to shoot.

## Simple

Pistols   Rifles   Shotguns   Parts   Accessories   Gear   Sign In

reeze.

## Accurate

The SUB2000 has been filling the pistol caliber carbine niche for two decades. Getting the most out of your pistol ammunition and maintaining magazine compatibility has never been easier and more affordable.

Pistols    Rifles    Shotguns    Parts    Accessories    Gear    Sign In

## Plays Well With Others

Is it a magazine catch or magazine release? Is it both? We'll leave that up to you, but the SUB2000 was designed with versatility in mind and that's why we offer this awesome carbine in a variety of magazine configurations so you can pair your favorite pistol with your favorite pistol caliber carbine. The Glock SUB2000 is limited to Glock magazines, however the "Multi-Mag" SUB2000 can take any mag catch available in our store.

**BROWSE ACCESSORIES**

## Specs



**LEFT SIDE**    RIGHT SIDE

### The SUB2000™

The semi-automatic SUB2000 is designed to be the most convenient 9mm or .40 caliber rifle available. It's adjustable and

Pistols   Rifles   Shotguns   Parts   Accessories   Gear   Sign In

sembled for cleaning or inspection without tools. Ideal for packing trips and situations where space and convenience are paramount.

**MSRP: $578-$621**

BUY NOW

|  | STANDARD | METRIC |
|---|---|---|
| **CALIBER** | 9x19mm or .40S&W | |
| **WEIGHT UNLOADED** | 4.25lbs | 1.9kg |
| **MAGAZINE CAPACITY** | Varies by magazine | |
| **OVERALL LENGTH** | 30.5" | 775mm |
| **LENGTH COLLAPSED** | 29.25" | 742mm |
| **LENGTH FOLDED** | 16.25" | 413mm |
| **BARREL LENGTH** | 16.25" | 413mm |
| **TWIST RATE** | 1:10" or 1:16" | 1:254mm or 1:406mm |
| **TRIGGER PULL** | 9.5lbs | 42.2N |

DOWNLOAD MANUAL     QUICK START GUIDE

# Parts



Pistols    Rifles    Shotguns    Parts    Accessories    Gear    Sign In

## Accessories



LEARN MORE

## Gear



LEARN MORE

Pistols   Rifles   Shotguns   Parts   Accessories   Gear   Sign In

Careers

Distributor List

HALO

Media Kit

Terms & Conditions

Privacy Policy

Sitemap

## FIREARM INFO:

Recall

Owner's Manuals

Discontinued

Digital Catalog

U.S. Firearm Magazine Restrictions

## NEWS:

Press

KelTec Insider

## CUSTOMER SERVICE:

Gift Cards

Shipping & Returns

Warranty

Support Center

Support Ticket

Contact






