

**PISTOLS    REVOLVERS    RIFLES    CUSTOM SHOP    ACCESSORIES**

FIREARM SEARCH  

MENU

## LC CARBINE™



# THE ULTIMATE RANGE COMPANION



STANDARD MODEL

| Model: | 19300 |
|---|---|
| Caliber: | **5.7x28mm** |
| Capacity: | **20** |
| Thread Pattern: | **1/2"-28** |
| Stock: | **Folding, Adjustable Length of Pull** |
| MSRP: | **$1009.00** |
| Availability: | *Available* |

Spec Sheet ▸  Buy Now ▸

 INSTRUCTION MANUAL    CUSTOMER SERVICE    ACCESSORIES    SERIAL # LOOKUP



STATE COMPLIANT MODEL

| | |
|---|---|
| Model: | 19301 |
| Caliber: | **5.7x28mm** |
| Capacity: | **10** |
| Thread Pattern: | **N/A** |
| Stock: | **Fixed** |
| MSRP: | **$1009.00** |
| Availability: | *Available* |

**Spec Sheet** ▸  **Buy Now** ▸



CAPACITY COMPLIANT MODEL

| | |
|---|---|
| Model: | 19302 |
| Caliber: | **5.7x28mm** |
| Capacity: | **10** |
| Thread Pattern: | **1/2"-28** |

INSTRUCTION MANUAL     CUSTOMER SERVICE     ACCESSORIES     SERIAL # LOOKUP

| MSRP: | $1009.00 |
|---|---|
| Availability: | *Available* |

**Spec Sheet** ▸   **Buy Now** ▸

## IDEAL FOR THE RANGE, BACKPACKING, SMALL GAME, OR ANYWHERE A VERSATILE AND RELIABLE CARBINE IS APPRECIATED.

Weighing under 6 lbs., the lightweight and compact Ruger® LC Carbine™ utilizes the same steel magazines and familiar ergonomic controls as the Ruger-5.7™ pistol. 

Unique bolt-over-barrel design with the magazine in the grip allows for excellent balance and pointability. 

Folding stock and collapsible sights are ideal for compact storage (on models so equipped). 

The reversible folding stock, with adjustable length of pull, is compatible with both AR-pattern and Picatinny rail-mounted aftermarket accessory stocks (on models so equipped). 

Features a 16.25" fluted, nitride-treated steel barrel for strength, accuracy, and longevity.

1/2"-28 TPI threaded barrel with thread protector allows for the attachment of popular muzzle accessories including muzzle brakes, flash hiders and caliber-appropriate suppressors (on models so equipped). 

Impressive ergonomics with ambidextrous manual safety, reversible charging handle, ergonomic bolt release and extended magazine release latch. 

Utilizes Ruger's safe, reliable and proven Secure Action™ fire-control system that combines a protected internal hammer with a bladed-safety trigger. The trigger has a short, smooth pull, clean break and positive reset.

CNC-milled handguard that is Type III hard-coat anodized aluminum for maximum durability, with M-LOK® accessory attachment slots. Multiple QD sling sockets allow for maximum versatility. 

Ruger® Rapid Deploy folding sights are adjustable for windage and elevation and the full length Picatinny rail allows for optic mounting. 

Safety features include: 1911-style ambidextrous manual safety; an integrated trigger safety; lightweight firing pin; neutrally balanced sear with significant engagement and strong spring tension; and hammer catch to help prevent the hammer from contacting the firing pin unless the trigger is pulled. 

Also includes: one Ruger-5.7™ steel pistol magazine, ambidextrous magazine button, M-LOK® QD sling socket and hex wrenches for disassembly.

Features listed above are available on all standard models, but may not appear on Distributor Exclusive models. See individual spec sheets for model specific features.

 INSTRUCTION MANUAL     ? CUSTOMER SERVICE     ACCESSORIES     # SERIAL # LOOKUP

**Features**

Suppressor Use

Optics & Accessories

Reversible Charging Handle

Stock Adjustments

Reversible Mag Release

Disassembly

Cleaning

Reassembly


PRODUCT REGISTRATION


LOCKING DEVICE


NEW FIREARMS OWNER RESOURCES


TELL THE CEO

Sturm, Ruger & Co., Inc. is one of the nation's leading manufacturers of rugged, reliable firearms for the commercial sporting market. With products made in America, Ruger offers consumers almost 800 variations of more than 40 product lines, across both the Ruger and Marlin brands. For almost 75 years, Sturm, Ruger & Co., Inc. has been a model of corporate and community responsibility. Our motto, "Arms Makers for Responsible Citizens®," echoes our commitment to these principles as we work hard to deliver quality and innovative firearms.

CONTACT  |  PATENTS  |  PRIVACY POLICY  |  TERMS OF USE  |  SOCIAL MEDIA RULES

 RUGGED, RELIABLE FIREARMS®

Copyright © 2023 by Sturm, Ruger & Co., Inc.

CONNECT WITH
**RUGER**
PRODUCT REGISTRATION ▶▶
JOIN OUR EMAIL LIST ✉

     

 INSTRUCTION MANUAL     CUSTOMER SERVICE     ACCESSORIES     SERIAL # LOOKUP

INSTRUCTION MANUAL     CUSTOMER SERVICE     ACCESSORIES     SERIAL # LOOKUP