

PISTOLS   REVOLVERS   RIFLES   CUSTOM SHOP   ACCESSORIES   FIREARM SEARCH 

MENU

# PC CARBINE™



## PRACTICAL AND VERSATILE



**STATE COMPLIANT**

| | |
|---|---|
| Model: | 19102 |
| Caliber: | **9mm Luger** |
| Capacity: | **10** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Black Synthetic** |
| MSRP: | **$779.00** |
| Availability: | *Available* |

Spec Sheet ▸   Buy Now ▸

 INSTRUCTION MANUAL    ? CUSTOMER SERVICE    ACCESSORIES    # SERIAL # LOOKUP



| | |
|---|---|
| Model: | 19115 |
| Caliber: | **9mm Luger** |
| Capacity: | **17** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Black Synthetic with Aluminum Free-Float Handguard** |
| MSRP: | **$879.00** |
| Availability: | *Available* |

Spec Sheet ▸   Buy Now ▸



STATE COMPLIANT

| | |
|---|---|
| Model: | 19117 |
| Caliber: | **9mm Luger** |
| Capacity: | **10** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Black Synthetic with Aluminum Free-Float Handguard** |
| MSRP: | **$879.00** |
| Availability: | *Available* |

Spec Sheet ▸   Buy Now ▸

INSTRUCTION MANUAL     CUSTOMER SERVICE     ACCESSORIES     SERIAL # LOOKUP



| | |
|---|---|
| Model: | 19121 |
| Caliber: | **9mm Luger** |
| Capacity: | 17 |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **American Flag Camo Synthetic with Aluminum Free-Float Handguard** |
| MSRP: | **$919.00** |
| Availability: | *Available* |

Spec Sheet ▸   Buy Now ▸



STATE COMPLIANT

| | |
|---|---|
| Model: | 19124 |
| Caliber: | **9mm Luger** |
| Capacity: | 10 |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Adjustable, Black Synthetic Chassis with Aluminum Free-Float Handguard** |
| MSRP: | **$1009.00** |
| Availability: | *Available* |

Spec Sheet ▸   Buy Now ▸

INSTRUCTION MANUAL     CUSTOMER SERVICE     ACCESSORIES     SERIAL # LOOKUP



STATE COMPLIANT

| | |
|---|---|
| Model: | 19126 |
| Caliber: | **9mm Luger** |
| Capacity: | **10** |
| Barrel Feature: | **Fluted** |
| Stock: | **Fixed, Black Synthetic Chassis with Aluminum Free-Float Handguard** |
| MSRP: | **$1009.00** |
| Availability: | *Available* |

Spec Sheet ▸   Buy Now ▸



STATE COMPLIANT

| | |
|---|---|
| Model: | 19127 |
| Caliber: | **9mm Luger** |
| Capacity: | **10** |
| Barrel Feature: | **Fluted** |
| Stock: | **American Flag Camo Synthetic with Aluminum Free-Float Handguard** |
| MSRP: | **$919.00** |
| Availability: | *Available* |

Spec Sheet ▸   Buy Now ▸

INSTRUCTION MANUAL   CUSTOMER SERVICE   ACCESSORIES    SERIAL # LOOKUP



| | |
|---|---|
| Model: | 19130 |
| Caliber: | **9mm Luger** |
| Capacity: | **17** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Stealth Gray Magpul® PC Backpacker** |
| MSRP: | **$929.00** |
| Availability: | *Available* |

Spec Sheet ▸   Buy Now ▸



| | |
|---|---|
| Model: | 19100 |
| Caliber: | **9mm Luger** |
| Capacity: | **17** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Black Synthetic** |
| MSRP: | **$779.00** |
| Availability: | *Limited Availability* |

Spec Sheet ▸   Buy Now ▸

INSTRUCTION MANUAL    CUSTOMER SERVICE    ACCESSORIES    SERIAL # LOOKUP



STATE COMPLIANT

| | |
|---|---|
| Model: | 19101 |
| Caliber: | **9mm Luger** |
| Capacity: | **10** |
| Barrel Feature: | **Fluted** |
| Stock: | **Black Synthetic** |
| MSRP: | **$779.00** |
| Availability: | *Limited Availability* |

Spec Sheet ▸   Buy Now ▸



STATE COMPLIANT

| | |
|---|---|
| Model: | 19116 |
| Caliber: | **9mm Luger** |
| Capacity: | **10** |
| Barrel Feature: | **Fluted** |
| Stock: | **Black Synthetic with Aluminum Free-Float Handguard** |
| MSRP: | **$879.00** |
| Availability: | *Limited Availability* |

Spec Sheet ▸   Buy Now ▸

INSTRUCTION MANUAL    CUSTOMER SERVICE    ACCESSORIES    SERIAL # LOOKUP



| | |
|---|---|
| Model: | 19122 |
| Caliber: | **9mm Luger** |
| Capacity: | 17 |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Adjustable, Black Synthetic Chassis with Aluminum Free-Float Handguard** |
| MSRP: | **$1009.00** |
| Availability: | *Limited Availability* |

Spec Sheet ▸   Buy Now ▸



**TALO DISTRIBUTOR EXCLUSIVE**

| | |
|---|---|
| Model: | 19105 |
| Caliber: | **9mm Luger** |
| Capacity: | 17 |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Flat Dark Earth Synthetic** |
| Availability: | *Limited Availability* |

Spec Sheet ▸   Buy Now ▸

INSTRUCTION MANUAL   CUSTOMER SERVICE   ACCESSORIES   SERIAL # LOOKUP



LIPSEY'S DISTRIBUTOR EXCLUSIVE

| | |
|---|---|
| Model: | 19106 |
| Caliber: | **9mm Luger** |
| Capacity: | **17** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Olive Drab Green Synthetic** |
| Availability: | *Limited Availability* |

Spec Sheet ▶   Buy Now ▶



SPORTS SOUTH DISTRIBUTOR EXCLUSIVE

| | |
|---|---|
| Model: | 19107 |
| Caliber: | **9mm Luger** |
| Capacity: | **17** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Green Digital Camo Synthetic** |
| Availability: | *Limited Availability* |

Spec Sheet ▶   Buy Now ▶

INSTRUCTION MANUAL   CUSTOMER SERVICE   ACCESSORIES   SERIAL # LOOKUP



**BILL HICKS DISTRIBUTOR EXCLUSIVE**

| | |
|---|---|
| Model: | 19112 |
| Caliber: | **9mm Luger** |
| Capacity: | **17** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Badlands Approach Camo Synthetic** |
| Availability: | *Limited Availability* |

Spec Sheet ▸   Buy Now ▸



**DAVIDSON'S DISTRIBUTOR EXCLUSIVE**

| | |
|---|---|
| Model: | 19113 |
| Caliber: | **9mm Luger** |
| Capacity: | **17** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Black Synthetic** |
| Availability: | *Limited Availability* |

Spec Sheet ▸   Buy Now ▸

INSTRUCTION MANUAL      CUSTOMER SERVICE     ACCESSORIES      SERIAL # LOOKUP



**TALO DISTRIBUTOR EXCLUSIVE**

| | |
|---|---|
| Model: | 19129 |
| Caliber: | **9mm Luger** |
| Capacity: | **17** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Magpul® PC Backpacker** |
| Availability: | *Limited Availability* |

Spec Sheet ▸   Buy Now ▸



**SPORTS SOUTH DISTRIBUTOR EXCLUSIVE**

| | |
|---|---|
| Model: | 19131 |
| Caliber: | **9mm Luger** |
| Capacity: | **17** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Olive Drab Magpul® PC Backpacker** |
| Availability: | *Limited Availability* |

Spec Sheet ▸   Buy Now ▸

INSTRUCTION MANUAL   CUSTOMER SERVICE   ACCESSORIES   SERIAL # LOOKUP



DAVIDSON'S DISTRIBUTOR EXCLUSIVE

| | |
|---|---|
| Model: | 19132 |
| Caliber: | **9mm Luger** |
| Capacity: | **17** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Davidson's Dark Earth Magpul® PC Backpacker** |
| Availability: | *Limited Availability* |

Spec Sheet ▸   Buy Now ▸

**NEW**



TALO DISTRIBUTOR EXCLUSIVE

STATE COMPLIANT

| | |
|---|---|
| Model: | 19134 |
| Caliber: | **9mm Luger** |
| Capacity: | **10** |
| Barrel Feature: | **Threaded, Fluted** |
| Stock: | **Stealth Gray Magpul® PC Backpacker** |
| Availability: | *Limited Availability* |

Spec Sheet ▸

INSTRUCTION MANUAL   CUSTOMER SERVICE   ACCESSORIES   SERIAL # LOOKUP



**NEW**

**TALO DISTRIBUTOR EXCLUSIVE**
**STATE COMPLIANT**

| | |
|---|---|
| Model: | 19135 |
| Caliber: | **9mm Luger** |
| Capacity: | **10** |
| Barrel Feature: | **Fluted** |
| Stock: | **Stealth Gray Magpul® PC Backpacker** |
| Availability: | *Limited Availability* |

Spec Sheet ▸

## BUILT TO EXCEL IN A VARIETY OF ROLES, FROM PLINKING OR COMPETITIONS TO HOME OR PERSONAL DEFENSE.

Interchangeable magazine wells for use of common Ruger® and Glock® magazines. Ships with Ruger® magazine well installed and an additional magazine well accepting Glock® magazines is included*. Ruger American® Pistol magazine wells are available at ShopRuger.com.

Dead blow action features a custom tungsten dead blow weight that shortens bolt travel and reduces felt recoil and muzzle rise. Bolt is machined from heat treated, chrome-moly steel to ensure strength, structural integrity and durability.

Cold hammer-forged, chrome-moly steel barrel with ultra-precise rifling provides exceptional accuracy and longevity. The heavy contour barrel provides consistent accuracy, while barrel fluting sheds unnecessary weight and allows for quick handling.

Easy takedown enables quick separation of the barrel/forend assembly from the action for ease of transportation and storage. Takedown is as simple as locking the bolt back and verifying that the rifle is unloaded, pushing a recessed lever, twisting the subassemblies and pulling them apart.

Reversible magazine release and reversible charging handle to support left- or right-handed use or one-handed control manipulation while maintaining a proper firing grip*.

Threaded barrel with included thread protector allows for use of standard muzzle accessories.

Light, crisp trigger pull with minimal overtravel and positive reset utilizing proven 10/22® trigger components.

INSTRUCTION MANUAL     CUSTOMER SERVICE     ACCESSORIES     SERIAL # LOOKUP

CNC-machined from an aerospace-grade 7075-T6 aluminum billet, the receiver includes an integrated Picatinny-style† rail and is Type III hard-coat anodized for maximum durability.



Also includes: one, SR-Series™ or Security-9® pistol magazine and hex wrenches for adjustment and charging handle removal.

* Older Glock® magazines that feature only one magazine latch slot may still be used with the PC Carbine™, but the magazine release button must remain on the left side of the rifle as shipped from the factory. The magazine release button should not be reversed when using this type of magazine as the magazine will not properly lock into the magazine well. Early versions of Glock®-brand magazines with a "U" shaped notch at the rear of the magazine feed lips will not function in the PC Carbine™.

† NOTE: The receiver-mounted, Picatinny-style rail is designed to accommodate most optics and optic mounts intended for use with Picatinny/ MIL-STD 1913 rails. However, due to reduced clearance between the top of the receiver and the bottom of the optics rail, optics and optic mounts that extend more than .275" below the top of the rail may not fit the PC Carbine™. Ensure that the optic or optic mount you intend to use does not extend more than .275" below the top of the Picatinny-style rail when installed.

Features listed above are available on all standard models, but may not appear on Distributor Exclusive models. See individual spec sheets for model specific features.

**Features**
M-LOK® Rail Installation
Disassembly

Chassis Model Features
Cleaning
Adjustments

Free-Float Handguard
Reassembly

 INSTRUCTION MANUAL     CUSTOMER SERVICE     ACCESSORIES     SERIAL # LOOKUP

  

Sturm, Ruger & Co., Inc. is one of the nation's leading manufacturers of rugged, reliable firearms for the commercial sporting market. With products made in America, Ruger offers consumers almost 800 variations of more than 40 product lines, across both the Ruger and Marlin brands. For almost 75 years, Sturm, Ruger & Co., Inc. has been a model of corporate and community responsibility. Our motto, "Arms Makers for Responsible Citizens®," echoes our commitment to these principles as we work hard to deliver quality and innovative firearms.

CONTACT  |  PATENTS  |  PRIVACY POLICY  |  TERMS OF USE  |  SOCIAL MEDIA RULES

RUGGED, RELIABLE FIREARMS®

Copyright © 2023 by Sturm, Ruger & Co., Inc.

CONNECT WITH **RUGER**
PRODUCT REGISTRATION ▶▶
JOIN OUR EMAIL LIST ✉

     NYSE 

INSTRUCTION MANUAL    CUSTOMER SERVICE    ACCESSORIES    SERIAL # LOOKUP