

Black

True Timber-Kanati Camo

Viper Western Camo

## U.S. Survival AR-7
.22 LR

Don't Leave Civilization Without One

Since 1959 the venerable AR-7 has been the choice of U.S. Air Force pilots who need a small-caliber rifle they can count on should they have to punch out over a remote area. Through the years the AR-7's reputation for portability, ease of operation and reliability has carried over to the civilian world. Today it's a favorite of bush pilots, backpackers and backcountry adventurers who, like their Air Force counterparts, need a rifle that's easy to carry yet has the accuracy to reliably take down small game.

Like the original Henry U.S. Survival Rifle, this innovative, semi-automatic model is lightweight (3.5 lbs.) and highly portable. At just 16.5" long, when all the components are stowed, it easily fits into the cargo area of a plane, boat or in a backpack. It's chambered in .22 LR so you can carry a large quantity of ammunition without adding much weight to your gear.

When disassembled the pieces fit inside the impact-resistant, water resistant stock. Assembly is as easy as attaching the receiver to the stock, inserting the barrel, and screwing on the nut. In a few seconds, without any tools, the Henry U.S. Survival AR-7 is ready for action. It comes standard with a sturdy steel barrel covered in tough ABS plastic with a protective coating for complete corrosion resistance. It's engineered for perfect balance and the ability to maintain its tack-driving accuracy, even after thousands of rounds.

The Henry U.S. Survival AR-7 is available in three finishes; Black, True Timber Kanati Camo Pattern, and True Timber Viper Western Camo Pattern. All models are equipped with an adjustable rear sight and a blade front sight.



SHOW MORE LETTERS

### Specifications

U.S. Survival AR-7 Black                                    »
U.S. Survival AR-7 True Timber-Kanati Camo                  »
U.S. Survival AR-7 True Timber-Viper Western Camo           »

**Ask a Henry Dealer to Quote**
You should expect to receive some discount from our M.S.R. Price
Find a Henry Dealer »





Accolades

**HENRY REPEATING'S STOW-N-GO U.S. SURVIVAL AR-7: YOU WON'T WANT TO LEAVE CIVILIZATION WITHOUT IT!**
Read the article »

**AllOutdoor.com First Impressions: Henry U.S. Survival AR-7 True Timber Kanati**
Read the article »

Related Products

Henry Survival Kit
Shop Now »

## THE HENRY GUARANTEE
**From CEO & Founder, Anthony Imperato**

"Henry owners have my personal guarantee to make certain that they are 100% satisfied with their purchase of our firearms. If you are going to spend your money on a Henry, I can assure you that we will do whatever it takes to make sure that you are happy that you bought a Henry."

| | | | |
|---|---|---|---|
| Henry Today | Rifles & Shotguns | The Henry Repeater | 107 W. Coleman Street |
| Henry History | Hunt with a Henry | Henry Pride | Rice Lake, WI 54868 |
| Henry News | Find a Dealer | Henry TV | Tel: 866-200-2354 |
| Work at Henry | Users Manuals | Contact Henry | Fax: 715-736-3040 |
| The Henry Guarantee | Maintenance Videos | Order a Catalog | |
| Privacy Policy | Join Our Mailing List | | |
| Shipping & Return Policy | | | |

A A A

© 2023 Henry RAC Holding Corp. All Rights Reserved.
Site by: interactology