
**WIKIPEDIA**
The Free Encyclopedia

# ArmaLite AR-30

(Redirected from Armalite AR-30)

The **ArmaLite AR-30** is a bolt-action rifle manufactured by Armalite. Based in part on Armalite's AR-50 rifle, the AR-30 is available in three cartridges; the .308 Winchester, .300 Winchester Magnum and .338 Lapua. It was introduced at the 2000 SHOT Show.[1]

## Design

The AR-30 features a 5-round detachable box magazine. The weight is 12 pounds empty. It includes a 26-inch chrome-moly barrel, 6-groove, RH 1:10-inch twist, and 48 inches overall length. The receiver is modified in octagonal form, drilled, and slotted for a scope rail. The bolt is a dual front locking lug. There is a Shilen standard single-stage trigger with approximately 5 lb. pull. A muzzle brake is optional on the .308 Win. and .300 Win. Mag models; it is standard on the .338 Lapua model. The scope rail is mil-standard with boss to engage cross-slot on the receiver. Stock comes in 3 sections, extruded forend, machine grip frame with vertical grip, forged, and machined removable buttstock. The buttplate is vertically adjustable, specifically-built for heavy calibers.

## Variants

### AR-30A1

In November 2012, Armalite announced the introduction of the AR-30A1.[3] The AR-30A1 is completely redesigned and shares few parts in common with the original AR-30. The new A1 model is available in two calibers: .300 Winchester Magnum and .338 Lapua Magnum. Both chamberings are available in a "standard", fixed stock version and a "target" version with a thumb-wheel adjustable stock and enhanced sight and accessory rails.[4] The AR-30A1 replaces the AR-30 in the Armalite product lineup.

### AR-31

ArmaLite announced the introduction of the AR-31 at the National Association of Sporting Goods Wholesalers Expo in October 2013. The AR-31 is a short-action rifle based on the long-action AR-30A1. The initial rifle offered was chambered in .308 Win, and the rifle will accept AR-10B magazines.[5]

## See also

- List of ArmaLite rifles
- Armalite AR-50, .50 caliber rifle

## References

1. "ArmaLite Introduces Mid-Range AR-30 at SHOT Show" (https://web.archive.org/web/20010603132501/http://www.armalite.com/library/pressReleases/AR30press_release.htm). ArmaLite, Incorporated. 22 January 2000. Archived from the original (http://www.armalite.com/library/pressReleases/AR30press_release.htm) on June 3, 2001. Retrieved 31 December 2012.
2. "ArmaLite AR-30A1" (https://web.archive.org/web/20121230190452/http://www.armalite.com/ItemForm.aspx?item=30A1B300&ReturnUrl=Categories.aspx%3FCategory%3Dd4543129-c82e-4fc9-bb4d-213664c7b055). ArmaLite, Incorporated. Archived from the original (http://www.armalite.com/ItemForm.aspx?item=30A1B300&ReturnUrl=Categories.aspx?Category=d4543129-c82e-4fc9-bb4d-213664c7b055) on 30 December 2012. Retrieved 31 December 2012.
3. "ArmaLite Releases New AR-30A1" (https://web.archive.org/web/20150705013535/http://blog.predatorbdu.com/2012/10/armalite-releases-new-ar-30a1.html). Predator Intelligence, Inc. Archived from the original (http://blog.predatorbdu.com/2012/10/armalite-releases-new-ar-30a1.html) on 5 July 2015. Retrieved 31 December 2012.
4. "Armalite Introduces AR-30A1" (https://www.ammoland.com/2012/11/armalite-ar-30a1-target-rifle/#axzz2QSLdQPcq). Ammoland.com. Retrieved 14 April 2013.
5. "ArmaLite AR-31: New Short Action Rifle in .308" (http://www.gunsholstersandgear.com/2013/10/28/armalite-ar-31-new-short-action-rifle-308/). GunsHolstersAndGear.com. Retrieved 28 October 2013.

## External links

- Armalite AR-30 Owners Manual (https://web.archive.org/web/20120409005803/http://www.gunknowledge.com/Documents/Armalite/index.html)
- Armalite AR-30A1 Owners Manual (https://web.archive.org/web/20130127110351/http://www.armalite.com/images/Manuals/FIREARMS%20MANUAL%20%20AR-30A1%20121003%20%20REV%2021%20%20(Final).pdf)
- ArmaLite AR30 Bolt-Action Rifle @shootingtimes.com (https://web.archive.org/web/20140414073334/http://www.shootingtimes.com/2011/01/03/longgun_reviews_armalite_121206/)
- Official Page (https://web.archive.org/web/20130420170911/http://www.armalite.com/Categories.aspx?Category=d4543129-c82e-4fc9-bb4d-213664c7b055)

Retrieved from "https://en.wikipedia.org/w/index.php?title=ArmaLite_AR-30&oldid=1111208939"

### Infobox: ArmaLite AR-30

| | |
|---|---|
| **Type** | Bolt-action rifle |
| **Place of origin** | United States |
| **Production history** | |
| **Designed** | 2000–2002 |
| **Manufacturer** | ArmaLite |
| **Produced** | 2003–present |
| **Variants** | AR-30 (2003–2012); AR-30A1 (2013–present) |
| **Specifications** | |
| **Mass** | 10.1 lb (4.6 kg) (AR-30) [1]; 13 lb (5.9 kg) (AR-30A1) [2] |
| **Length** | 42 in (110 cm) (AR-30) [1]; 46–48 in (120–120 cm) (AR-30A1) [2] |
| **Barrel length** | 24 in (61 cm) (AR-30) [1]; 24–26 in (61–66 cm) (AR-30A1) [2] |
| **Cartridge** | .308 Winchester; .300 Winchester Magnum; .338 Lapua Magnum |
| **Action** | Bolt action |
| **Feed system** | 5-round detachable magazine |
| **Sights** | Can use any scope with Picatinny railing |