BROWNING   FIREARMS   SHOP   NEWS   SUPPORT   DEALERS

(/)



## BAR Semi-Auto Rifles

**A 100 year history of military and sporting superiority.**

Few hunting rifles in history have achieved the status of the Browning BAR. And no other *autoloaders* have even come close. The line covers a wide range of tastes from the original styling of the BAR Safari, to the working rifle look of the Stalker version to the feature packed Short and Long Trac versions with modern aesthetics and handling features.

READ A BRIEF HISTORY OF THE BAR RIFLE, FROM THE CREATION OF THE MILITARY VERSION TO TODAY. (/news/articles/historical/bar-rifle-history.html)

BAR. The Best Autoloader Bar None.

Browning BAR Rifle Overview

Hog Gun — BAR MK 3 with Detachable Box Magazine

TV personality and good friend of Browning, Bob Redfern, recently did an overview of his favorite hunting rifle: the Browning BAR. Watch these videos for an insightful look at one of the most versatile, reliable and accurate autoloading centerfire hunting rifles every made. Bob is the host of Bob Redfern's Outdoor Magazine.

The Browning BAR has a long standing tradition for achieving bolt action like accuracy in an autoloading rifle. Some of this is accounted for in the extreme level of precision and careful craftsmanship that goes into every rifle. But the design really sets it apart. The gas system combined with a 7-lug rotary bolt give the shooting significant recoil reduction for comfort, while at the same time locking in bolt action-like accuracy.

To complete the package, the BAR is available in a full spectrum of calibers from the most popular magnum calibers (including the WSMs) down to long range, high velocity varmint class loads.

- **Modern Calibers.** The BAR is the king of calibers . . . handling popular big game cartridges up to belted magnums. Did I say including the likes of 338 Win. Mag. and the WSMs? Yes indeed.
- **Receiver.** The Safari model uses a one-piece ordnance steel receiver that is richly blued with scroll engraving and is drilled and tapped for scope mounts. Stalker, ShortTracT and LongTracT models have an aircraft-grade aluminum alloy receiver, drilled and tapped for scope mounts. The bolt release lever is incorporated into the receiver.
- **Sights.** Open sights on the Lightweight Stalker only. The rear sight is click adjustable. Front sight is a gold bead design dovetailed into a hooded ramp.
- **Stock and Forearm.** The fluted stock design incorporates a full pistol grip with an undercut and is contoured for use with open sights or a scope. The forearm is full and hand-filling. LongTrac and ShortTrac stocks are shim adjustable for cast on/off and drop. Sling swivel studs are installed in the stock and forearm.
- **Safety.** Crossbolt design with enlarged head.
- **Trigger.** Short, smooth, single-stage pull. The trigger assembly can be easily removed for maintenance and cleaning. Enlarged trigger guard.
- **Magazine.** Detachable box magazine with a unique hinged floorplate.
- **Action.** The BAR is a gas-operated autoloader with an extra strong, multiple-lug rotating bolt that locks directly into the barrel. Every cartridge that is loaded into the chamber of the BAR is surrounded by a recessed bolt face, which is encircled by the barrel and then surrounded by the receiver. Three complete rings of steel surround the cartridge. A seven-lug bolt and precise breech-to-chamber relationship give the BAR exceptional accuracy and the strength to handle magnum loads. The strong and very rigid action bar/inertia block link-up improves accuracy by reducing barrel vibration. The buffering system reduces wear and stress on the rifle's mechanism.
- **BOSS®.** The Ballistic Optimizing Shooting System (BOSS) is available as an option on BAR Safari rifles. The BOSS allows the shooter to fine tune the rifle's accuracy to surpass that of any other autoloader.
- **BOSS-CR.** The BOSS-CR is available for all BOSS-equipped BARs and offers all the accuracy advantages of the original BOSS without the muzzle brake feature.
- **Barrel.** Individually machined from hammer-forged, heat-treated billets of steel.
- **Safety Lock.** All Browning firearms are shipped with a free trigger lock, padlock or chamber lock, depending on model, to assist in the safe storage of firearms.



FIREARMS   SHOP   NEWS   SUPPORT   DEALERS

(/)

**POPULAR LINKS**
Promotions and Rebates
(https://www.browning.com/news/promotions-rebates.html)
Browning Ammunition
(http://browningammo.com/)
Browning International
(https://browning.eu/)
E-Store Return
(https://returns.browning.com/)
Careers
(https://www.browning.com/support/employment.html)

**CONTACT US**
Browning
One Browning Place
Morgan, UT 84050
800-333-3288 | 801-876-2711



© 2023 Browning. All Rights Reserved.
Legal (/legal.html)  |  Privacy Policy (/privacy-policy.html)

