# Exhibit 2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>    Plaintiffs,<br>        vs.<br>BRENDAN KELLY, *et al.*,<br>    Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS<br>LICENSEES OF ILLINOIS, *et al.*,<br>    Plaintiffs,<br>        vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>    Defendants. | Case No.  3:23-cv-215-SPM |

## DECLARATION OF JOHN DIDOMENICO

I, John DiDomenico, declare as follows:

1.    I am over the age of 18 and have personal knowledge of the facts of this declaration.

2.    I am an employee of the Office of the Illinois Attorney General and I work under the supervision of counsel of record in the above-captioned matters.

3.    On June 16, 2023, I visited the website for the manufacturer Sturm, Ruger & Co., Inc. at    www.ruger.com    and    I    downloaded    the    following    webpage https://ruger.com/products/lcCarbine/models.html, a true and correct copy of which is attached as Exhibit 2-A.

1

4.      On June 16, 2023, I visited the website for the manufacturer Sturm, Ruger & Co., Inc.

at      www.ruger.com      and      I      downloaded      the      following      webpage

https://ruger.com/products/ruger57/models.html, a true and correct copy of which is attached as

Exhibit 2-B.

*      *      *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

correct.

Executed on: _6/20/2023_                      _____
                                                         NAME

# **<u>EXHIBIT 2-A</u>**





## LC CARBINE™



# THE ULTIMATE RANGE COMPANION



**STANDARD MODEL**

| | |
|---|---|
| Model: | 19300 |
| Caliber: | **5.7x28mm** |
| Capacity: | **20** |
| Thread Pattern: | **1/2"-28** |
| Stock: | **Folding, Adjustable Length of Pull** |
| MSRP: | **$1009.00** |
| Availability: | *Available* |

**Spec Sheet ▸   Buy Now ▸**

 INSTRUCTION MANUAL    CUSTOMER SERVICE   ACCESSORIES    SERIAL # LOOKUP



**STATE COMPLIANT MODEL**

| Model: | 19301 |
|---|---|
| Caliber: | **5.7x28mm** |
| Capacity: | **10** |
| Thread Pattern: | **N/A** |
| Stock: | **Fixed** |
| MSRP: | **$1009.00** |
| Availability: | *Available* |

**Spec Sheet ▸    Buy Now ▸**



**CAPACITY COMPLIANT MODEL**

| Model: | 19302 |
|---|---|
| Caliber: | **5.7x28mm** |
| Capacity: | **10** |
| Thread Pattern: | **1/2"-28** |

⊞ INSTRUCTION MANUAL    ⦾ CUSTOMER SERVICE    ⊞ ACCESSORIES    ⊞ SERIAL # LOOKUP

| MSRP: | **$1009.00** |
|---|---|
| Availability: | *Available* |

**Spec Sheet ▸**   **Buy Now ▸**

## IDEAL FOR THE RANGE, BACKPACKING, SMALL GAME, OR ANYWHERE A VERSATILE AND RELIABLE CARBINE IS APPRECIATED.

Weighing under 6 lbs., the lightweight and compact Ruger® LC Carbine™ utilizes the same steel magazines and familiar ergonomic controls as the Ruger-5.7™ pistol. 

Unique bolt-over-barrel design with the magazine in the grip allows for excellent balance and pointability. 

Folding stock and collapsible sights are ideal for compact storage (on models so equipped).

The reversible folding stock, with adjustable length of pull, is compatible with both AR-pattern and Picatinny rail-mounted aftermarket accessory stocks (on models so equipped).

Features a 16.25" fluted, nitride-treated steel barrel for strength, accuracy, and longevity.

1/2"-28 TPI threaded barrel with thread protector allows for the attachment of popular muzzle accessories including muzzle brakes, flash hiders and caliber-appropriate suppressors (on models so equipped). 

Impressive ergonomics with ambidextrous manual safety, reversible charging handle, ergonomic bolt release and extended magazine release latch. 

Utilizes Ruger's safe, reliable and proven Secure Action™ fire-control system that combines a protected internal hammer with a bladed-safety trigger. The trigger has a short, smooth pull, clean break and positive reset.

CNC-milled handguard that is Type III hard-coat anodized aluminum for maximum durability, with M-LOK® accessory attachment slots. Multiple QD sling sockets allow for maximum versatility. 

Ruger® Rapid Deploy folding sights are adjustable for windage and elevation and the full length Picatinny rail allows for optic mounting. 

Safety features include: 1911-style ambidextrous manual safety; an integrated trigger safety; lightweight firing pin; neutrally balanced sear with significant engagement and strong spring tension; and hammer catch to help prevent the hammer from contacting the firing pin unless the trigger is pulled. 

Also includes: one Ruger-5.7™ steel pistol magazine, ambidextrous magazine button, M-LOK® QD sling socket and hex wrenches for disassembly.

Features listed above are available on all standard models, but may not appear on Distributor Exclusive models. See individual spec sheets for model specific features.



01:57

**Features**

Suppressor Use

Optics & Accessories

Reversible Charging Handle

Stock Adjustments

Reversible Mag Release

Disassembly

Cleaning

Reassembly









Sturm, Ruger & Co., Inc. is one of the nation's leading manufacturers of rugged, reliable firearms for the commercial sporting market. With products made in America, Ruger offers consumers almost 800 variations of more than 40 product lines, across both the Ruger and Marlin brands. For almost 75 years, Sturm, Ruger & Co., Inc. has been a model of corporate and community responsibility. Our motto, "Arms Makers for Responsible Citizens®," echoes our commitment to these principles as we work hard to deliver quality and innovative firearms.

CONTACT  |  PATENTS  |  PRIVACY POLICY  |  TERMS OF USE  |  SOCIAL MEDIA RULES

 **RUGGED, RELIABLE FIREARMS®**

Copyright © 2023 by Sturm, Ruger & Co., Inc.

CONNECT WITH
**RUGER**
PRODUCT REGISTRATION ▶▶
JOIN OUR EMAIL LIST ✉

 INSTRUCTION MANUAL     CUSTOMER SERVICE     ACCESSORIES     SERIAL # LOOKUP

# EXHIBIT 2-B



PISTOLS    REVOLVERS    RIFLES    CUSTOM SHOP    ACCESSORIES    FIREARM SEARCH     MENU

RUGER-5.7™



# FUN TO SHOOT. COOL TO OWN.

Learn more about Ruger's
## SECURE ACTION™ FIRE-CONTROL SYSTEM
featured on the Ruger-5.7™ Pistol.



INSTRUCTION MANUAL     CUSTOMER SERVICE     ACCESSORIES     SERIAL # LOOKUP



| Model: | 16401 |
| --- | --- |
| Caliber: | 5.7x28mm |
| Capacity: | **20+1** |
| Barrel Length: | 4.94" |
| MSRP: | **$899.00** |
| Availability: | *Available* |

**Spec Sheet ▸  Buy Now ▸**

◉ INSTRUCTION MANUAL    ⑦ CUSTOMER SERVICE    ⬡ ACCESSORIES    # SERIAL # LOOKUP



STATE COMPLIANT

| Model: | 16402 |
| --- | --- |
| Caliber: | 5.7x28mm |
| Capacity: | **10+1** |
| Barrel Length: | 4.94" |
| MSRP: | **$899.00** |
| Availability: | *Available* |

**Spec Sheet ▸    Buy Now ▸**

🔖 **INSTRUCTION MANUAL**    ❓ **CUSTOMER SERVICE**    🔧 **ACCESSORIES**    # **SERIAL # LOOKUP**



PRO MODEL

| Model: | 16403 |
| --- | --- |
| Caliber: | 5.7x28mm |
| Capacity: | **20+1** |
| Barrel Length: | 4.94" |
| MSRP: | **$899.00** |
| Availability: | *Available* |

**Spec Sheet ▸   Buy Now ▸**

INSTRUCTION MANUAL      CUSTOMER SERVICE      ACCESSORIES      SERIAL # LOOKUP



TALO DISTRIBUTOR EXCLUSIVE

| | |
|---|---|
| Model: | 16405 |
| Caliber: | 5.7x28mm |
| Capacity: | **20+1** |
| Barrel Length: | 4.94" |
| Availability: | *Limited Availability* |

**Spec Sheet ▸   Buy Now ▸**



INSTRUCTION MANUAL      CUSTOMER SERVICE      ACCESSORIES      SERIAL # LOOKUP



TALO DISTRIBUTOR EXCLUSIVE

| | |
|---|---|
| Model: | 16407 |
| Caliber: | 5.7x28mm |
| Capacity: | **20+1** |
| Barrel Length: | 4.94" |
| Availability: | *Limited Availability* |

**Spec Sheet ▸   Buy Now ▸**



SPORTS SOUTH DISTRIBUTOR EXCLUSIVE

| | |
|---|---|
| Model: | 16408 |
| Caliber: | 5.7x28mm |
| Capacity: | **20+1** |
| Barrel Length: | 4.94" |
| Availability: | *Limited Availability* |

**Spec Sheet ▸   Buy Now ▸**

INSTRUCTION MANUAL       CUSTOMER SERVICE       ACCESSORIES       SERIAL # LOOKUP



RSR GROUP DISTRIBUTOR EXCLUSIVE

| | |
|---|---|
| Model: | 16409 |
| Caliber: | 5.7x28mm |
| Capacity: | **20+1** |
| Barrel Length: | 4.94" |
| Availability: | *Limited Availability* |

**Spec Sheet ▸    Buy Now ▸**



INSTRUCTION MANUAL      CUSTOMER SERVICE      ACCESSORIES      SERIAL # LOOKUP



DAVIDSON'S DISTRIBUTOR EXCLUSIVE

| Model: | 16412 |
|---|---|
| Caliber: | 5.7x28mm |
| Capacity: | **20+1** |
| Barrel Length: | 4.94" |
| Availability: | *Limited Availability* |

**Spec Sheet** ▸  **Buy Now** ▸

INSTRUCTION MANUAL      CUSTOMER SERVICE      ACCESSORIES      SERIAL # LOOKUP



**LIPSEY'S DISTRIBUTOR EXCLUSIVE**

| | |
|---|---|
| Model: | 16413 |
| Caliber: | 5.7x28mm |
| Capacity: | **20+1** |
| Barrel Length: | 4.94" |
| Availability: | *Limited Availability* |

**Spec Sheet ▸   Buy Now ▸**

Impressive ergonomics include an easy trigger reach, robust slide release and reversible magazine release latch. 

Windage and elevation adjustable, serrated rear sight and rapid acquisition fiber optic front sight for fast, accurate shooting. 

Textured, ergonomic frame provides a secure and comfortable grip. 

Through hardened, billet steel slide with lightening cuts is drilled and tapped for easy mounting of optics with separately available optic adapter plate, available at ShopRuger.com. 

The alloy steel barrel features a black nitride treatment for wear resistance. 

Utilizes Ruger's safe, reliable and proven Secure Action™ fire-control system that combines a protected internal hammer with a bladed-safety trigger. The trigger has a short, smooth pull, clean break and positive reset. 

Steel magazine provides double stack capacity without unnecessary bulk. 

 INSTRUCTION MANUAL      CUSTOMER SERVICE      ACCESSORIES      SERIAL # LOOKUP

Case 3:23-cv-00209-SPM   Document 116-2   Filed 06/20/23   Page 21 of 22   Page ID #3574

Safe, easy takedown with no tools or trigger pull required.



Inspection port allows for visual confirmation of a loaded or empty chamber.



Picatinny-style accessory rail for easy mounting of lights and lasers.



Safety features include: Integrated trigger safety; light-weight firing pin; neutrally balanced sear with significant engagement and strong spring tension; and hammer catch to help prevent the hammer from contacting the firing pin unless the trigger is pulled.

Magazine drops free on release for convenient reloading.

Also includes: two steel magazines.

Features listed above are available on all standard models, but may not appear on Distributor Exclusive models. See individual spec sheets for model specific features.
Not affiliated with FN Herstal, S.A.

05:13

| Features | Disassembly | Cleaning |
| --- | --- | --- |
| Threaded Barrel Assembly & Use | Magazine Maintenance | Sights & Optics |
| **Secure Action™ Fire Control System** | Reassembly | Switching Magazine Release |

# FIND ACCESSORIES FOR THE RUGER-5.7™ AT SHOPRUGER.COM:

 INSTRUCTION MANUAL     CUSTOMER SERVICE     ACCESSORIES     SERIAL # LOOKUP

Ruger-57 Centerfire Pistol







Holsters

Magazines & Loaders

Sights, Lights & Lasers

Threaded Barrel Kit

BUY NOW

BUY NOW

BUY NOW

BUY NOW



**PRODUCT REGISTRATION**



**LOCKING DEVICE**



**NEW FIREARMS OWNER RESOURCES**



**TELL THE CEO**

Sturm, Ruger & Co., Inc. is one of the nation's leading manufacturers of rugged, reliable firearms for the commercial sporting market. With products made in America, Ruger offers consumers almost 800 variations of more than 40 product lines, across both the Ruger and Marlin brands. For almost 75 years, Sturm, Ruger & Co., Inc. has been a model of corporate and community responsibility. Our motto, "Arms Makers for Responsible Citizens®," echoes our commitment to these principles as we work hard to deliver quality and innovative firearms.

CONNECT WITH
**RUGER**

PRODUCT REGISTRATION ▶▶

JOIN OUR EMAIL LIST ✉

CONTACT   |   PATENTS   |   PRIVACY POLICY   |   TERMS OF USE   |   SOCIAL MEDIA RULES

 **RUGGED, RELIABLE FIREARMS®**

Copyright © 2023 by Sturm, Ruger & Co., Inc.

    



 INSTRUCTION MANUAL      CUSTOMER SERVICE      ACCESSORIES      SERIAL # LOOKUP