# Group Exhibit A

Matthew Wilson                                                    October 03, 2023

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CALEB BARNETT, et al.,          )
        Plaintiffs,             )
                                ) Case No. 3:23-cv-209-SPM
vs.                             )
                                ) Designated Lead Case
KWAME RAOUL, et al.,            )
        Defendants.             )
_____

DANE HARREL, et al.,            )
        Plaintiffs,             )
                                ) Case No. 3:23-cv-141-SPM
vs.                             )
                                )
KWAME RAOUL, et al.,            )
        Defendants.             )
_____

JEREMY W. LANGLEY, et al.,      )
        Plaintiffs,             )
                                ) Case No. 3:23-cv-192-SPM
vs.                             )
                                )
KWAME RAOUL, et al.,            )
        Defendants.             )
_____

FEDERAL FIREARMS LICENSEES OF   )
ILLINOIS, et al.,               )
        Plaintiffs,             )
                                ) Case No. 3:23-cv-215-SPM
vs.                             )
                                )
JAY ROBERT "JB" PRITZKER, et al., )
        Defendants.             )

VIDEOTAPED DEPOSITION OF MATTHEW WILSON
Taken on behalf of the Defendants
October 3rd, 2023
9:40 a.m. to 1:53 p.m.
Jamie Jo Kinder, CCR 842, CSR 084.003306

---

Page 2

1                    I N D E X
2                              Page
3            EXAMINATION
4  QUESTIONS BY MR. WELLS       8
5  QUESTIONS BY MR. MAAG       140
6  QUESTIONS BY MR. WELLS      156
7            EXHIBITS
8  Deposition Exhibit 1         20
9  Deposition Exhibit 2         33
10 Deposition Exhibit 3         41
11 Deposition Exhibit 4         48
12 Deposition Exhibit 5         55
13 Deposition Exhibit 6         87
14 Deposition Exhibit 7         97
15 Deposition Exhibit 8        115
16 Deposition Exhibit 9        119
17 Deposition Exhibit 10       128
18 Deposition Exhibit 11       131
19
20 (Exhibits retained by the Reporter and attached.)
21 (The material quoted in the transcript was written verbatim
22 as read, and may not be a direct quote from the exhibit.)
23
24
25

---

Page 3

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ILLINOIS
2
3
   CALEB BARNETT, et al.,       )
4                               )
       Plaintiffs,              )
5                               ) Case No. 3:23-cv-209-SPM
   vs.                          )
6                               ) Designated Lead Case
   KWAME RAOUL, et al.,         )
7                               )
       Defendants.              )
8  --------------------------------)
   and all related cases.       )
9
10      VIDEOTAPED DEPOSITION OF WITNESS, MATTHEW WILSON,
11 produced, sworn, and examined on the 3rd day of October,
12 2023, between the hours of 8:00 o'clock in the forenoon and
13 5:00 o'clock in the afternoon of that day, at the Office of
14 the Illinois Attorney General, 201 West Pointe Drive, Suite
15 7, Swansea, IL, before Jamie Jo Kinder, Missouri CCR 842,
16 Illinois CSR 084-003306, a Certified Shorthand Reporter
17 within and for the State of Illinois, in a certain cause
18 now pending in the United States District Court for the
19 Southern District of Illinois.
20
21
22
23
24
25

---

Page 4

1            A P P E A R A N C E S
2  For the Plaintiffs Langley, et al.:
3      Mr. Thomas G. Maag
       MAAG LAW FIRM, LLC
4      22 W. Lorena Avenue
       Wood River, IL  62095
5      (618) 216-5291
       tmaag@maaglaw.com
6
7  For the Defendants Raoul and Kelly:
8      Mr. Christopher G. Wells
       Ms. Gretchen Helfrich
9      OFFICE OF THE ATTORNEY GENERAL
       100 W. Randolph Street
10     Chicago, IL  60601
       (312) 814-3000
11     christopher.wells@ilag.gov
12
13 For Cole Shaner:
14     Mr. Keith Hill (via Zoom)
       HEYL ROYSTER VOELKER & ALLEN
15     103 W. Vandalia Street, Suite 100
       Edwardsville, IL  62025-0467
16     (618) 656-4646
       khill@heylroyster.com
17
18 Also present via Zoom:  Mr. John Zimmerman and
                       Ms. Abby  Sgro,
19                       in-house counsel for ISP
20
21 Ms. Jamie Jo Kinder, CCR, CSR
   Mr. Ken Carden, Videographer
22 LEXITAS LEGAL
   711 N. Eleventh Street
23 St. Louis, MO  63101
   (800) 280-3376
24 https://lexitaslegal.com
   stl.customerservice@lexitaslegal.com
25

Page 5

1        (Deposition commenced at 9:40 a.m.)

2            IT IS HEREBY STIPULATED AND AGREED, by and

3    between counsel for Plaintiffs and counsel for Defendants,

4    that the videotaped deposition of MATTHEW WILSON may be taken

5    in shorthand by Jamie Jo Kinder, CCR, CSR, a notary public and

6    shorthand reporter, and afterwards transcribed into

7    typewriting; and the signature of the witness is expressly

8    waived.

9            * * * * *

10           THE VIDEOGRAPHER:  We are on the record.

11   Today's date is October 3rd, 2023, and the time now is

12   9:40.  This is the video-recorded deposition of Matthew

13   Wilson in the matter of Caleb Barnett, et al., v Kwame

14   Raoul, et al., Case No. 3:23-cv-209-SPM in the United

15   States District Court for the Southern District of

16   Illinois.

17           This deposition is being held at 201 West

18   Pointe Drive.  The reporter's name is Jamie Kinder.  My

19   name is Ken Carden.  I'm the legal videographer.

20           Would the attorneys present please introduce

21   themselves and the parties they represent.

22           MR. WELLS:  Sure.  Christopher Wells on behalf

23   of the State defendants, Mr. Raoul and also Mr. Kelly.

24           MR. MAAG:  Thomas Maag, M-A-A-G, on behalf of

25   Mr. Wilson and the Langley plaintiffs generally.

Page 6

1            MS. HELFRICH:  Gretchen Helfrich on behalf of

2    the State defendants.

3            MR. WELLS:  And I just note for the record,

4    that this is actually specific to the Langley v. Kelly

5    matter.

6            MR. MAAG:  Yes.

7            MR. WELLS:  The motions that plaintiffs have

8    filed on two of their claims that are specific to the

9    Langley case.

10           MR. MAAG:  Right, but there are other people

11   on-line as well.

12           MR. WELLS:  Correct.  That's right.  And that

13   case number, just for the record, is 23-cv-192-SPM also in

14   the Southern District of Illinois.

15           THE VIDEOGRAPHER:  Would the court reporter

16   please swear in the witness.

17           (Witness sworn in.)

18           MR. WELLS:  And I just note for the record, so

19   we're taking this deposition related to the Langley

20   plaintiffs' motion for summary judgment on their two

21   vagueness claims.  We are reserving our right to

22   potentially seek an additional deposition if the other

23   Second Amendment claims in the consolidated Barnett action

24   come back to the district court at some point.  So I just

25   want to make that note for the record.

Page 7

1            MR. MAAG:  You have noted your position for

2    the record.

3            MR. WELLS:  Understood.  And I'd also note

4    that we have served discovery, some written discovery, on

5    Mr. Wilson.

6            MR. MAAG:  I think it's due tomorrow

7    technically.

8            MR. WELLS:  Well, I think it was due

9    yesterday.  So we served it on September 1st and the rule

10   would be --

11           MR. MAAG:  You get to add the three days, so

12   ...

13           MR. WELLS:  Well, regardless, we haven't

14   received it, but we are proceeding with the deposition --

15           MR. MAAG:  Right.

16           MR. WELLS:  -- absent that.  Obviously

17   reserving our rights with respect to any objections related

18   to that discovery, et cetera.

19           MR. MAAG:  Sure.  I assume you're going to ask

20   him questions that are --

21           MR. WELLS:  Similar?

22           MR. MAAG:  -- very similar.

23           MR. WELLS:  Yes.  Exactly.

24           * * * * *

25           MATTHEW WILSON,

Page 8

1    of lawful age, being produced, sworn and examined on

2    behalf of the Defendants, deposes and says:

3            EXAMINATION

4    QUESTIONS BY MR. WELLS:

5        Q    Okay.  So with that, sorry, to start with some

6    of that legales.  Have you ever been deposed before?

7        A    Yes.

8        Q    When have you been deposed?

9        A    2009, I believe.

10       Q    Okay.  And was that just one time that you

11   have been deposed?

12       A    I believe so.

13       Q    And what were you -- What kind of case were

14   you deposed in?

15       A    The -- It was a contract dispute.

16       Q    Okay.

17       A    That's about as simple as I can put it.

18       Q    Understood.  And were you a party in that

19   case?

20       A    The company that I owned was.

21       Q    All right.

22           MS. SGRO:  We can't hear.  It cuts out any

23   time he responds.  I don't know if there's not a mic near

24   him, but we cannot hear anything he says.

25           MR. MAAG:  Just try to speak up.

Page 9

1        MR. WELLS:  There's, like, three different
2   audio systems.
3        A   I didn't realize there was a third.
4        MR. WELLS:  No.  It's okay.
5        MR. MAAG:  Matt is soft spoken.
6        Q   (By Mr. Wells) I'm sorry about all of the
7   technological complication.  So I'm just going to go over
8   some brief ground rules for a deposition.  You're under
9   oath.
10       A   Yes.
11       Q   Just like you are -- like you would be in
12  court.  We have a court reporter here who is taking down
13  everything that's said in the room, my words, your words.
14  And to help her out, we're going to ask -- or I'm going to
15  ask you to wait for me to finish my questions, and I will
16  also wait for you to finish your answers, just so that she
17  can get a clean record.  If you wouldn't mind, try not to
18  interrupt me.  It will inevitably happen.  I will interrupt
19  you, you will interrupt me.  We will try to remind each
20  other along the way not to do that, just to help the court
21  reporter out.
22       When I ask you a question, I'm going to assume
23  you understand if you answer.  If you don't understand the
24  question, then ask me to clarify it.  If -- Mr. Maag, he
25  may object at various points during the deposition.

Page 10

1   Generally speaking, if he objects, you still need to
2   answer.  If he instructs you not to answer, and there are a
3   limited number of circumstances in which he can do that, if
4   he instructs you not to answer, that's a different
5   situation.  But generally speaking, if he objects, you can
6   still answer.
7        Let me know if you need a break.  You know,
8   hopefully we can keep it moving pretty quickly here, but if
9   you need a break to get water, go to the bathroom, just let
10  me know.
11       A   Thank you for the courtesy.
12       Q   Of course.  If there's a question pending, I
13  will ask that you answer the question pending before we
14  take the break and then we'll take the break.
15       A   (Witness nods head affirmatively.)
16       Q   And I don't -- This is kind of a probing
17  question, I apologize for it, but are you on any medication
18  today that would affect your ability to testify truthfully
19  and completely?
20       A   No, sir.
21       Q   Are you on any drugs or alcohol that would
22  impact your ability to testify truthfully?
23       A   No.
24       Q   Okay.  This deposition relates to a lawsuit
25  that you filed challenging the constitutionality of the

Page 11

1   Protecting Illinois Communities Act, Public Act 102-1116.
2   Throughout the deposition, I'm going to refer to that as
3   PICA, so P-I-C-A.
4        A   Acronym.
5        Q   Is that okay?
6        A   I just have to remember is all.
7        Q   So when I say PICA -- Again, if you don't
8   understand, you can ask me.  I may also use the number
9   102-1116.
10       A   Let's just stick with PICA.  That would be
11  easier for my mind.
12       Q   Okay.  Understood.  Understood.  So I'll stick
13  with PICA.  So the reason that we are here today is because
14  your attorney has filed a motion for summary judgment on
15  two of the claims in your lawsuit relating to vagueness.
16  So I'll just ask you to tell me in your own words what you
17  think is unconstitutionally vague in PICA.
18       MR. MAAG:  I'll just object to the form as
19  being very broad.  Subject to that, go ahead.
20       A   I mean, with my experience on some firearms
21  and tooling and your definition of 50 BMG, I'm going to
22  start with the magazine -- or the magazines and the rifles.
23       There are many rifle/pistol combinations that
24  I can think of that share magazines.  And the way that I
25  understand PICA is I won't be allowed to possess or

Page 12

1   transfer or buy anything over 15 rounds.  And what am I
2   supposed to do if I have a -- a pistol that shares the same
3   magazine that a rifle?  How are you to tell the difference?
4   How am I to tell the difference?  How am I to know what's
5   legal?
6        And then you've made reference to some
7   tooling.  I mean, what is that?  I don't understand what
8   that means.  I don't know if you're talking about specific
9   tools.  I don't know if you're talking about Snap-on tools.
10  I don't know if you're talking about machine tools.
11       And then there's a reference to registration
12  of 50 BMG, all the ammunition.  I don't know if that's
13  specific to 50 BMG.  I don't know if that's -- that
14  includes the Smith & Wesson 500.  I don't know if that
15  includes the Beowulf .50.  I don't know if that includes
16  black powder Sabots.  And does that mean that I cannot buy
17  any more?  Does that mean that resources are finite once
18  those are used?  Or does that mean if I were to buy more, I
19  would have to immediately register them?
20       Q   (By Mr. Wells) Okay.  So you've -- you've
21  covered a couple of different topics there.  As I
22  understand it, your attorney filed a motion for summary
23  judgment on two specific claims.  I think you mentioned in
24  particular the claim related to magazines; right?  So what
25  is the capacity, the magazine capacity, for firearms in

Matthew Wilson                                                October 03, 2023

Page 13

1  Illinois that you can still purchase, is that your
2  understanding of what that claim is?
3      A   Would you repeat that?
4      Q   Can you read it back?
5          MS. SGRO:  Rick, I'm really sorry, but we
6  can't hear him at all.
7          MR. WELLS:  All right.  I've got it right next
8  to him now.
9          (The requested portion of the
10     record read by the reporter.)
11     A   No.
12     Q   (By Mr. Wells) So what is your understanding
13 of that claim?
14     A   My question is the possession.  If I have a
15 platform, for example, the Beretta 92A, it holds -- my
16 understanding, the pistol can hold 15 rounds.  If I have
17 the Beretta Cx4 and it's only allowed to have 10 rounds,
18 and the magazines are completely interchangeable, and I
19 have both of them in my vehicle and I get pulled over, what
20 is law enforcement to do?
21     Q   Okay.  And one of the other claims that your
22 attorney has filed a motion for summary judgment on is
23 vagueness related to the use of the phrase AR-type and
24 AK-type.  Can you tell me what your understanding of that
25 claim is?

Page 14

1      A   That's the problem.  I don't understand it
2  because it looks like -- that you have grouped things such
3  as the SKS in with the AKs, and I don't understand why
4  because they don't share -- if you're looking at it from a
5  factory standpoint, they don't share anything in common,
6  except for they both have sights and they have triggers.
7  The rest of it, internal-wise, is two different animals.
8  It's like comparing a train to an airplane.
9      Q   Okay.
10     A   And then the AR-type is, I think, even more
11 confusing.
12     Q   Can you just tell me a little bit about your
13 educational background?
14     A   I have a manufacturing degree from Wabash
15 Valley College in Mount Carmel.
16     Q   When you say manufacturing degree, is that --
17 What type of degree is that?  Is that a bachelor's,
18 associate's or --
19     A   It's associate's in science.
20     Q   And what other -- Are there other degrees that
21 you have?  Did you graduate?
22     A   I have a general in science.
23     Q   Okay.  General, when you say general --
24     A   Associate's.
25     Q   Okay.  What's your current address?

Page 15

1      A   I will give you that off the record.
2      Q   Okay.  What's your date of birth?
3      A   September 3rd, 1978.
4      Q   Are you currently employed?
5      A   Yes.
6      Q   Who is your employer?
7      A   Myself.
8      Q   When you say yourself, do you have a business
9  that's registered?
10     A   I have more than one.
11     Q   Okay.  And what are those?  What's the nature
12 of those businesses?
13     A   Oil and gas and farming.
14     Q   Have you ever served in the military?
15     A   No.
16     Q   And I don't mean this to be at all insulting,
17 but this is a legal term.  Would you consider yourself a
18 person of ordinary intelligence?
19     A   With the way the world today is, I don't know
20 what that means.
21     Q   Understood.  Have you ever -- And again, I
22 don't mean to probe, but --
23     A   Just be blunt.  I won't take it personally.
24     Q   No.  These are just some of the questions that
25 we have to ask.  Have you ever been convicted of a crime?

Page 16

1      A   Can we go off the record for a minute?
2          MR. MAAG:  I mean, I'll interpose an
3  objection.  If your question is a felony or a crime of
4  moral turpitude, he can go ahead and answer.  I mean, if
5  you're asking about speeding tickets.
6      Q   (By Mr. Wells) No, I'm not asking about
7  speeding tickets.
8      A   No, I have not.
9      Q   Okay.  So misdemeanor or felony?
10     A   No felonies.
11     Q   No felonies.  Any misdemeanors?
12     A   I don't think so.
13     Q   Okay.  Do you have a FOID card?
14     A   Yes.
15     Q   When did you first obtain a FOID card?  If you
16 don't remember --
17     A   '97, I think.
18     Q   Okay.  And you have maintained a FOID card
19 since then?
20     A   Yes.
21     Q   And when I say FOID card, for the benefit of
22 the court reporter, it's Firearms Owner's Identification
23 Card, F-O-I-D.  Do you have a concealed carry license in
24 Illinois?
25     A   I do.

Matthew Wilson                                                    October 03, 2023

Page 17

1    Q    When did you get that license?

2    A    When I applied or when I received the

3   physical?

4    Q    Well, just when -- Approximately when you

5   received it.

6    A   I think March of '15.

7    Q    And have you maintained that license since --

8    A   Yes.

9    Q    -- March of 2015?  Again, just wait.  I know

10  it's -- Wait for me to get the question out so that she can

11  get the clean record, if that's okay.

12    A   My bad.

13    Q    No, it's okay.  And just -- you mentioned you

14  in terms of what the state has done.  I just want to

15  clarify for your own purposes.  I'm just an attorney

16  representing a client.  I personally didn't, you know,

17  write the law.  Right?  So it's not necessarily me in that

18  sense.  Right?  So it's the state.  I just want to be clear

19  about that.

20        MR. MAAG:  I wouldn't take credit for it

21   either.

22    Q    (By Mr. Wells) Do you carry a concealed

23   handgun in public?

24    A   Yes.

25    Q    And when you carry a concealed firearm in

Page 18

1   public, it is a handgun; right?

2    A   Yes.

3    Q    Do you ever carry a concealed rifle in public?

4    A   I'm not sure that we're allowed to, but I have

5   not.

6    Q    So is it fair to say your understanding of

7   your concealed carry license is that --

8    A   Pistols only.

9    Q    Pistols only?  You can carry a handgun,

10  pistols, revolvers, but not a rifle, is that your

11  understanding?

12    A   That's my understanding.

13    Q    And would that understanding also apply to a

14  shotgun?  You couldn't carry a concealed shotgun in public?

15    A   Let me ask you this.  Taurus makes the Judge,

16  which you can put 410 shotgun shells in, and Smith & Wesson

17  makes the Governor, which you can put shotgun shells in.

18  And I do consider those shotguns because they have shotgun

19  or -- shotgun shot and shells in them.

20    Q    Do you carry those in public?

21    A   No.

22    Q   Okay.

23    A   But I've considered it.  I have been dog bit

24  bicycling a handful of times and I've considered it for

25  dogs.

Page 19

1    Q    Understood.  But generally speaking, when you

2   carry a concealed firearm in public, you're carrying a

3   handgun?

4    A   Yeah.

5    Q    And what type of handgun do you carry?

6    A   A pistol.

7    Q    And what's the magazine capacity on that

8   pistol?

9        MR. MAAG:  Presently or prior to this statute

10  being enacted?

11    Q    (By Mr. Wells) Let's go with presently.

12    A   I think it's nine.

13    Q    Nine?

14    A   Nine rounds.

15    Q    Nine rounds.  Prior to this statute being

16  enacted, what kind of handgun did you carry when you

17  concealed carry?

18    A   Held 33 rounds.

19    Q    Held 33 rounds?

20    A   (Witness nods head affirmatively.)

21    Q    So since the PICA has gone into effect, you

22  have switched from a 33-round magazine on your concealed

23  carry handgun to a nine-round magazine on your concealed

24  carry handgun; is that right?

25    A   That's correct.

Page 20

1    Q    And is it a different pistol that you used to

2   carry compared to what you carry now?

3    A   Yes, sir.

4    Q    What's the pistol that you carry now?

5    A   Smith & Wesson 609.

6    Q    And when you concealed carry now, now that

7   PICA is in effect, you understand that that handgun has to

8   have a magazine that's 15 rounds or less?

9    A   That's my understanding, yes.

10    Q    What firearms do you currently own?

11        MR. MAAG:  Objection.  Overbroad.  Irrelevant.

12    Q    (By Mr. Wells) Well, if he's --

13    A   I refuse to answer that.

14    Q    Okay.  On what basis are you refusing to

15  answer?

16    A   I'm going to go with Fifth Amendment.

17    Q    Okay.  So you're asserting your Fifth

18  Amendment right to not answer a question about what

19  firearms you currently have?

20    A   No.  I think it's none of your business what I

21  own.

22    Q    Okay.  You mentioned in your declaration --

23  I'm going to go ahead and hand this to you.  We will mark

24  this as Exhibit 1.

25        (Deposition Exhibit No. 1 marked for

Matthew Wilson                                                    October 03, 2023

Page 21

1  identification.)

2         MR. WELLS:  Do you want a sticker, Tom?

3         MR. MAAG:  I don't care about a sticker.

4    A   He can have my sticker.

5    Q   (By Mr. Wells) So I have just marked as

6  Exhibit 1 a document titled Statement Pursuatnt [sic],

7  which I think is pursuant, to 28 USC 1746.  Do you

8  recognize this document?

9    A   I do.

10    Q   What is it?

11    A   It's a list outlining what we don't

12  understand.

13    Q   Okay.  Is that your signature at the bottom of

14  this document?

15    A   Yep.

16    Q   Did you prepare this document?

17    A   With the help of my attorney.

18    Q   I would like to direct your attention to

19  paragraph six.  In paragraph six you wrote, "I personally

20  own at least one rifle that uses the same magazine as at

21  least one pistol I own uses.  The magazines for the rifle

22  and the pistol are made by the same company and are

23  indistinguishable from either other as they are identical."

24         What firearms are you referring to in that

25  paragraph?

Page 22

1    A   I can't recall the pistol, but I can recall

2  the other one as a Ruger 1022, Competition edition.

3    Q   Is that a pistol?

4    A   That's a rifle.

5    Q   A rifle.  And what is the handgun that you're

6  referencing?

7    A   It's also a Ruger.  I can't remember the

8  model.

9    Q   Okay.  And in paragraph six, you say at least

10  one rifle.  Are there other rifles that you own that use

11  the same magazine as a pistol you own?

12    A   Yes.

13    Q   Can you tell me what those are?

14    A   If I got my numbers right, Kel-Tec CMR-30, and

15  Kel-Tec PMR-30.

16    Q   And which is which there?

17    A   The -- The latter is the pistol.

18    Q   So the Kel-Tec --

19    A   PMR-30 is the pistol and the CMR-30 is the

20  rifle.

21    Q   And when you wrote at least one -- Well, let

22  me pause for a second.  Are there any others where you have

23  a pistol and a rifle that share or use the same magazine?

24    A   Yes.

25    Q   What other ones?

Page 23

1    A   I'm -- Beretta 92A and Beretta Cx4.

2    Q   You mentioned that earlier at the beginning;

3  is that right?

4    A   Uh-huh (yes).

5    Q   Any others?

6    A   I don't think so.

7    Q   Okay.  Are there rifles you own that don't use

8  a magazine, the same magazine as any of the pistols you

9  own?

10    A   I'm sorry.  You have to read that back.

11         (The requested portion of the

12    record read by the reporter.)

13    A   Correct.  No, I think the answer is no.  I

14  don't have anything else that -- systems that share.

15    Q   Got it.  I'll clarify.  So, for instance, you

16  may own rifles that use magazines that only work in that

17  rifle; is that right?

18    A   That's correct.  And I would like to add if

19  there is a system that I am unaware of that shares it in a

20  pistol, I do not have it.

21    Q   Okay.  And what are examples of rifles like

22  that, that you own?

23    A   I don't have any other examples.

24    Q   Well, do you own, for instance, an AR-15

25  rifle?

Page 24

1    A   Yes.

2    Q   What type of AR-15 rifle?

3    A   No, I do not own an AR-15 rifle.

4    Q   What type of rifles do you own?

5    A   I have --

6    Q   Other than the ones we've already talked

7  about?

8    A   I have a few lever action and I have a few

9  bolt action.

10    Q   Do you have any semi-automatic rifles?

11    A   Yes.

12    Q   Do you have any semi-automatic rifles that

13  have magazines that aren't interchangeable with the pistols

14  you own?

15    A   As I stated earlier, yes.

16    Q   If PICA were struck down, what firearms would

17  you purchase that you cannot currently purchase because

18  PICA is in effect?

19    A   Well, I don't have enough money.  I'd like to

20  have something on the platform of an AR-10.

21    Q   Anything else that you would want to --

22    A   Right now, no.  I have a purpose for it.

23    Q   Let me finish the question.

24    A   My bad.  I'm sorry.

25    Q   No, it's okay.  It's okay.  Are there any

Matthew Wilson                                                          October 03, 2023

Page 25

1 other firearms beyond something on the AR-10 platform that
2 you would purchase right now if PICA were not in effect?
3     A   At the moment, no.
4     Q   When did you develop the desire to purchase
5 something on the AR-10 platform?
6     A   Do you understand what nuisance permits are
7 for deer?
8     Q   Yes.  I have some understanding.
9     A   Okay.  I live on 80 acres and beside my 80 is
10 another 80 that has not been hunted for at least
11 three decades and the -- Are you familiar with farming?
12     Q   Yes.
13     A   Do you understand what rows are?
14     Q   Yes.
15     A   Okay.  So if you take the first 24 rows, my
16 yields are nothing.  So I would like to have something like
17 that to nuisance hunt with.
18     Q   So to take care of the deer population, for
19 instance?
20     A   Well, that -- That's the main reason.  I think
21 it's a smooth, elegant platform.
22     Q   And in terms of caliber, what about the AR-10
23 platform appeals to you?
24     A   I have a friend that builds them and he's got
25 the accuracy dialed in.  So I would like to copy what he's

Page 26

1 doing.
2     Q   And is the AR-10 an AR-type firearm?
3     A   I don't think so.
4     Q   Why not?
5     A   If you compare it to the original back in the
6 '50s, I think it's been -- I don't think they share enough
7 stuff to be in the same family.
8     Q   When you say the original back in the '50s,
9 what are you referring to?
10     A   The ArmaLite 15.
11     Q   So when someone says AR-type, you think of --
12     A   I think that's so generic.
13     Q   Let me just finish again.
14     A   My bad.  My bad.  There was a pause in there.
15     Q   No, it's okay.  I pause a lot.  I talk slowly.
16 When you say the original back in the '50s, are you
17 referring to the AR-15 design by Eugene Stoner?
18     A   Yeah.  The one that evolved into the M-16 that
19 got all of our guys killed in 'Nam.
20     Q   So when I say AR-type, your first thought is
21 AR-15?
22     A   Yeah.  Back to the original platform, yes.
23     Q   Would you include AR-10 in AR-type?
24     A   No.
25     Q   That was a no?

Page 27

1     A   Correct.
2     Q   Why not?
3     A   I don't think they share enough from the
4 original.  From the original --
5     Q   What do you mean by that?
6     A   I think they hastily rushed that thing
7 together to answer the AK, is what I think, and it got a
8 lot of guys killed in Vietnam.
9     Q   Is that one of the reasons why you don't want
10 to have an AR-15?
11     A   Yes.  My father was a Vietnam veteran and he
12 forbid me from having one.
13     Q   And as you've said before, you don't currently
14 have an AR-15 and you have no plans to obtain one?
15     A   Not unless one's given to me.  I never turn
16 down a free gun.
17     Q   But absent someone giving an AR-15 to you --
18     A   I don't plan on purchasing one.
19     Q   You mentioned in your declaration in paragraph
20 three, which is marked as Exhibit 1, and this is your
21 May 19th, 2023, declaration.  "I'm a lifetime firearm owner
22 and am familiar with most kinds of common firearms and
23 magazines."
24         When did you first get a firearm?
25     A   I think age 14.

Page 28

1     Q   And have you owned firearms since then?
2     A   Oh, yes.
3     Q   When you say you're familiar with most kinds
4 of common firearms and magazines in paragraph three of your
5 May 19 declaration, how did you develop this familiarity?
6     A   When you get to go to the shooting range,
7 everybody is excited to show off their stuff and let you
8 shoot it.  And if you put a little money in for ammunition,
9 they let you shoot a little bit more.
10     Q   So from going to the shooting range, that's
11 one way that you developed familiarity?
12     A   (Witness nods head affirmatively.)
13     Q   Are there other ways that you have become
14 familiar with firearms?
15     A   YouTube.
16     Q   YouTube?
17     A   (Witness nods head affirmatively.)
18     Q   Anything else on the internet?
19     A   I can't think of any forums that I like.
20     Q   Are there other sources of knowledge where --
21 that you have relied on to develop your familiarity with
22 firearms?
23     A   I can't think of the names of books.
24     Q   But there may be some books that you've --
25     A   Yeah, there have been.  Yeah.  I looked

Matthew Wilson                                                                              October 03, 2023

Page 29

1    into -- at Wabash Valley College, they had a firearms
2    maintenance program, I think.  I looked into that, but I
3    couldn't get time to -- with the business and school, I
4    couldn't make the two schedules line up.
5        Q    Got it.  I'm going to mention some websites,
6    and I want to hear from you whether or not you've ever
7    looked at those websites.
8        A    All right.
9        Q    Have you ever visited Pew Pew Tactical?
10       A    No.
11       Q    Have you ever seen any of their videos on
12   YouTube?
13       A    I don't think so.
14       Q    How about guns.com, have you ever visited
15   guns.com?
16       A    No.
17       Q    How about AR Build Junkie?
18       A    No.
19       Q    When I say AR Build and AR Build Junie, what
20   do you think the AR refers to?
21           MR. MAAG:  Calls for speculation.  You can
22   answer.
23       A    I don't know.
24       Q    (By Mr. Wells) How about American Rifleman, is
25   that a source that you rely on?

Page 30

1        A    Is that the magazine?
2        Q    So it's an NRA publication.
3        A    I get that, yes.
4        Q    So you receive the NRA Rifleman magazine?
5        A    Yes.
6        Q    How about AR-15.com, is that a website that
7    you have been to?
8        A    No.
9        Q    The Truth About Guns, is that a website that
10   you have been to?
11       A    Possibly.
12       Q    Do you ever look at gun manufacturers'
13   websites?
14       A    Yes.
15       Q    Do you look at gun manufacturers' websites to
16   learn about their products?
17       A    Yes.
18       Q    Do you rely on that information?
19       A    Yes.  Because I believe that the manufacturer
20   probably has a better idea of defaults and corrections than
21   just about anybody else.
22       Q    Do you ever read product reviews on gun
23   manufacturers' websites?
24       A    No.
25       Q    How about Wikipedia, do you ever read about

Page 31

1    guns on Wikipedia?
2        A    I hadn't thought about that.
3        Q    Have you ever heard of Firearm Wiki?
4        A    No.
5        Q    Have you ever heard of the Shooter's Bible?
6        A    Yeah.
7        Q    Let the record reflect I'm showing the witness
8    a Shooter's Bible, 114th Edition.  So you are familiar with
9    Shooter's Bible?
10       A    Yes.
11       Q    Do you have any copies of Shooter's Bible?
12       A    No.
13       Q    How are you familiar with it?
14       A    A couple of the gun stores I used to visit
15   that don't exist anymore had them on display on the coffee
16   table.
17       Q    Did you ever look at them?
18       A    Yeah.
19       Q    Did you ever rely on information in them to
20   learn about firearms?
21       A    Sort of.  I never really used their
22   information to -- to purchase or grow my wish list.
23       Q    Have you ever received any formal firearms
24   training?
25       A    Yes.

Page 32

1        Q    What training?
2        A    I received the required training for the
3    concealed carry and a friend of mine is the training deputy
4    at home, so he's -- I have worked with him.
5        Q    Any other trainings?
6        A    No.
7        Q    Do you consider yourself a firearms expert?
8        A    On what I am familiar with, what I have laid
9    hands on.
10       Q    So you would consider yourself a firearms
11   expert on the firearms that you've laid hands on?
12       A    Yeah.
13       Q    Have you ever published any articles, books or
14   other writings about firearms?
15       A    No.
16       Q    Have you ever held a job that involved using
17   or selling firearms products?
18       A    Yes.
19       Q    What job was that?
20       A    It would be my own.
21       Q    When you say my own, what do you mean?
22       A    My job.  When I have raccoons get inside my
23   vehicles and destroy the wiring harness, I've got to get
24   rid of that problem and fix the hole and fix the damage.
25   And then I've also had -- I've had some skunks.  I've

Page 33

1    eliminated skunks with my pistol.

2        Q    And what is the nature of that specific

3    business where you're using your firearms?

4        A    Farm.

5        Q    Were you given any training specific to your

6    job as a farmer related to your use of firearms?

7        A    No.

8            (Deposition Exhibit No. 2 marked for

9    identification.)

10       Q    (By Mr. Wells) Okay. I want to hand you your

11   second sworn statement, which I'm going to mark as

12   Exhibit 2. And we'll be going back and forth with these.

13   Oops, look at that. The staple didn't work. Just keep

14   that on there so it doesn't fall apart. These we're going

15   to go back and forth with, so you want to keep them handy.

16       MR. MAAG:  You got a sticker this time maybe?

17   No?

18           MR. WELLS:  Nope. Sorry, they are right here

19   if you want them, Tom.

20           MR. MAAG:  No, that's okay.

21       Q    (By Mr. Wells) So do you recognize this

22   document?

23       A    See, there's an example of the tools I was

24   talking about, L-wrenches. Sorry, not to answer the

25   question, but my mind will scroll a lot, so ...

Page 34

1        Q    Understood. Do you recognize this document?

2        A    No, I don't.

3        Q    Okay. Let me direct your attention to -- and

4    For the record, this is what I've marked as Exhibit 2.

5    It's titled Affidavit of Matthew Wilson, has a case number

6    at the top of 23-cv-0029 SPM, Document No. 117-1. It says

7    filed 6/27/23. I'm directing your attention to page seven

8    of 43.

9        A    Yep, I see my signature.

10       Q    Is that your signature there --

11       A    (Witness nods head affirmatively.)

12       Q    -- at the bottom? Let the record reflect --

13       A    Yes.

14       Q    -- the witness is pointing to a signature.

15       A    Yes.

16       Q    That's Matthew Wilson, that's you; is that

17   right?

18       A    Yeah.

19       Q    So did you review this document before you

20   signed it?

21       A    Yes.

22       Q    And is this document a reflection of your

23   personal testimony?

24       A    Yes.

25       Q    All right. I'm going to direct your attention

Page 35

1    to paragraph nine.

2        A    Yes.

3        Q    I'm going to direct your attention to the

4    last -- or the sentence down there that starts "the issue."

5    Do you see that?

6        A    Yes.

7        Q    So I'm going to read it to you. It says, "The

8    issue is how is one to know that a given 15 through 11

9    round magazine is a handgun magazine as opposed to a rifle

10   magazine, or a 16 round magazine is for a firearm other

11   than a rifle, shotgun or handgun, as defined. The

12   ambiguity is on the magazine, not the firearm it may fit

13   into."

14           Is that your testimony?

15       A    That's what I brought up earlier, is a lot of

16   these don't have markings for what they belong to and many

17   of them are interchangeable and sometimes manufacturers

18   will -- will inadvertently work in a different pistol.

19       Q    You said many of them are interchangeable.

20   Many magazines are interchangeable between -- let me

21   finish -- between handguns and rifles. Are there some

22   magazines that are not interchangeable between handguns and

23   rifles?

24       A    I believe so.

25       Q    And as I understand it from paragraph nine

Page 36

1    here in your June 27 declaration, your concern is that if I

2    handed you a magazine by itself and you had no other

3    information to go on, other than looking at the magazine,

4    you could not say whether the magazine was for a handgun or

5    a rifle; is that right?

6        A    Yeah. That could be the case.

7        Q    If I handed you a magazine and didn't give you

8    any other information, what information could you figure

9    out from just looking at the magazine?

10       A    I could probably only be able to tell whether

11   or not the user took care of his equipment or not.

12       Q    Would you be able to tell the caliber?

13       A    Maybe.

14       Q    Do magazines sometimes list the caliber on

15   there?

16       A    Sometimes they do, sometimes they don't.

17           MR. MAAG:  If you like, we have some actual

18   magazines that you can ask him about.

19           MR. WELLS:  That's okay.

20           MR. MAAG:  I didn't think you would want to.

21       Q    (By Mr. Wells) Could you tell the capacity at

22   a certain caliber by looking at a magazine?

23       A    Sometimes yes, sometimes no.

24       Q    Could you tell the manufacturer of a

25   particular magazine?

Matthew Wilson                                                          October 03, 2023

Page 37

1    A    Sometimes yes, sometimes no.  Not everybody
2  stamps or laser engraves.
3    Q    Can you give me examples of magazines where
4  you would be able to tell the caliber just by looking at
5  the magazines?
6    A    I think some of Smith & Wesson and some of
7  Glock.
8    Q    How about of your personal firearms, do your
9  personal firearms have on the magazines the caliber?
10    A    I don't think so.
11    Q    Do they have the manufacturer?
12    A    Some do, some don't.
13    Q    But you know personally what magazines -- or
14  what firearms those magazines are for; right?
15    A    Right.
16    Q    And you would agree with me that not all
17  magazines can be used in all firearms; correct?
18    A    Physically impossible.
19    Q    For instance, you can't use a Beretta M-92
20  9-millimeter magazine in a 5.56 NATO caliber AR-15;
21  correct?
22    A    You shouldn't be able to.
23    Q    For two firearms to be able to use the same
24  magazine, the firearms at least have to use the same
25  caliber of ammunition?

Page 38

1    A    Roughly.
2    Q    Roughly.  When you say roughly, what do you
3  mean?
4    A    If I remember right, .308 and 76 -- I can't
5  remember.  762 by 51 or 762 by 54.
6    MR. MAAG:  Just what you remember.
7    A    Yeah.  I think you can put the 762 or -- yes,
8  if you had a -- I don't remember what the name of that was.
9  I think you could put a .308 in a 762 by 54 and it would
10  work, but you couldn't go the other way.
11    Q    (By Mr. Wells) But it's got to be pretty
12  close; right?
13    A    It has -- If you're saying work, as in work as
14  it was intended to, if you get much past those tolerances,
15  the efficiency is gone.
16    Q    When you say the efficiency is gone, what do
17  you mean?
18    A    Okay.  Imagine a paper towel tube.  If you put
19  a bullet in that size, all the gases are going to go
20  past the bullet and then therefore you have nothing.  But
21  if you had something that was close to that in size, it
22  would utilize the barrel as close as it could to project
23  the bullet.
24    Q    And let the record reflect, that the witness
25  was holding his hand up in a circle and putting a pen to

Page 39

1  simulate the barrel.  So you mentioned that the barrel and
2  the bullet have to be kind of a close fit in order for the
3  bullet to actually have enough velocity and work the way
4  it's intended?
5    A    Yes, I have seen -- and I'm comparing apples
6  to oranges on this one.  I have seen people put 50 BMG in a
7  12-gauge.  It will fit, but it doesn't have the same feet
8  per minute as it would coming out of what it was
9  intended -- the 50 BMG was intended to come out of.
10    Q    For instance?
11    A    For, like, Ma Deuce, for example.
12    Q    Okay.  So the example I gave you earlier of a
13  Beretta M-92 9-millimeter, you could not put that
14  9-millimeter round into a 5.56 NATO AR-15 and fire the
15  AR-15; correct?
16    A    If you did, it would explode.
17    Q    So that would be bad; correct?
18    MR. MAAG:  Depends on your point of view.
19    A    If you like your eyes and your fingers, yeah,
20  it's bad.
21    Q    (By Mr. Wells) So you can't -- you can't --
22  There's certain weapons, there's certain firearms, where if
23  you load them with the wrong caliber of ammunition, it can
24  cause the firearm to explode; correct?
25    A    If you could even get the ammunition in there.

Page 40

1    Q    It may not fit; is that right?
2    A    It may not cycle.
3    Q    When you say cycle, what do you mean?
4    A    I wish I had an example.  But if the bolt
5  doesn't come all the way down, firing pin won't pull.  So
6  it won't strike the primer and won't go anywhere.
7    Q    You mentioned earlier your Beretta M-92 that
8  uses 9-millimeter.
9    A    Yeah.
10    Q    And your Beretta Cx4 rifle, that caliber is
11  also a 9-millimeter?
12    A    Right.
13    Q    And that -- them both -- the Beretta Cx4 and
14  the Beretta M-92 both using 9-millimeter ammunition is the
15  reason why they can have interchangeable magazines; right?
16    A    You have to ask the manufacturer why that
17  works.
18    Q    But if they didn't share the same caliber, you
19  wouldn't be able to interchange the magazines; is that
20  right?
21    A    It's not likely.
22    Q    Are you familiar with the Beretta ARX 100?
23    A    I don't think I've held one.
24    Q    Is that a no?
25    A    Correct.  No.

Matthew Wilson                                                                    October 03, 2023

Page 41

1          (Deposition Exhibit No. 3 marked for
2   identification.)
3      Q   (By Mr. Wells) I'm going to mark Exhibit 3
4   here and hand it to you.  No sticker.  Sorry, Tom.
5          MR. MAAG:  I feel cheated, as much as I pay in
6   taxes to the state.
7      Q   (By Mr. Wells) I'm directing your attention to
8   what I have marked as Deposition Exhibit 3.  I can
9   represent to you that this is a printout from the Beretta
10  website.  You can see at the bottom it's got the URL of
11  https://www.beretta.com/en-us/arx-100.  Do you see that?
12     A   Yes, I do.  Lower left-hand corner.
13     Q   Right.  And I would ask you to flip to the
14  second page, so page two of five, and next to caliber, what
15  does it say there?
16     A   It says 556.
17     Q   And what does 556 refer to?
18     A   556-millimeter.
19     Q   And that's a caliber of a firearm?
20     A   It's an equivalent of a caliber.
21     Q   When you say equivalent of a caliber, what do
22  you mean?
23     A   In the American side of it, we call it
24  caliber.  In -- Everywhere else in the world that adopted
25  the metric system, they run on millimeters.

Page 42

1      Q   But 556 here refers to the caliber of
2   ammunition that you would use this in the Beretta --
3      A   Yes.
4      Q   -- ARX 100?  Just let me finish.  That was a
5   yes?
6      A   Correct.
7      Q   9-millimeter ammunition won't work in the ARX
8   100; correct?
9      A   No.  If the picture is an accurate
10  representation, I don't think you could even get that in
11  the magazine.
12     Q   Okay.  You can set that to the side.  You can
13  set that exhibit to the side, yeah.  So is it fair to say
14  that there are some calibers that are more commonly used in
15  rifles than in handguns?
16     A   You're going to have to break that down
17  farther.
18     Q   So, for instance, are you familiar with the
19  6.5 Grendel ammunition?
20     A   No.
21     Q   Are you familiar with the 338 Lapua?
22     A   Lapua.
23     Q   Although, I think there is a debate online
24  about how it's pronounced.
25     A   There is?

Page 43

1      Q   Yes.
2      A   I conned a friend of mine into naming his
3   puppy Lapua.
4      Q   I'll go with Lapua.  All right.
5          MR. MAAG:  I think the Finns pronounce it
6   Lapua, so ...
7      Q   (By Mr. Wells) Okay.  Well, that's, you
8   know --
9          MR. MAAG:  It's designed in Finland.  I think
10  they get to pick.
11     Q   (By Mr. Wells) They probably do.  For your
12  second witness, I have a story about pronunciation.  338
13  Lapua, that tends to be a rifle caliber; right?
14     A   Yeah.  That's a pretty awesome platform.
15     Q   Are you aware of any handguns that use the 338
16  Lapua?
17     A   Nope.
18     Q   Some calibers are better suited for a rifle
19  because of the amount of recoil; right?
20     A   I just think it depends on how tough you are.
21     Q   You do sometimes prefer a different caliber,
22  though, because of the recoil?
23     A   No.  I prefer a different caliber for a
24  different job.  So if I am using something inside of a
25  building, I want a .22, or a bird shot, so I don't go

Page 44

1   through the building.  If I'm reaching out and touching
2   something, I want something like your 338 Lapua, because
3   that is a nice, flat trajectory.
4      Q   So, for instance, that 338 Lapua, it has a
5   much longer range than a .22 --
6      A   Oh, yes.
7      Q   Let me finish.
8      A   I'm sorry.
9      Q   A 338 Lapua has a much longer range than the
10  .22 that you just mentioned; right?
11         MR. MAAG:  If you know.
12     A   I don't know because I don't have a 338 Lapua
13  and I know on the boxes of the .22s it says deadly within
14  one and a quarter mile.
15     Q   (By Mr. Wells) Do you agree that caliber
16  affects range?
17     A   No.
18     Q   A special operations sniper is not going to
19  use a handgun with 9-millimeter ammunition to take out a
20  target a thousand yards away, though; right?
21         MR. MAAG:  If you know what special operations
22  snipers use.
23     A   I don't know what they use, and I -- that's
24  not to say that there's not something out there that's not
25  on the market available to us that they have that we don't.

Matthew Wilson                                          October 03, 2023

Page 45

1    Q    (By Mr. Wells) Do you hunt?

2    A    Yeah.

3    Q    What's your range hunting?  How far out?

4    A    Oh, I'm limited because the State of Illinois

5  won't let me have anything real.  I could do 75 yards with

6  my bow and I can do -- if I don't have any wind, I can do

7  300 with my shotgun, but I haven't yet purchased a rifle

8  because the rifle season is new.  If I could have 338

9  Lapua, hunting would be fun.

10   Q    Do rifles generally have longer range than

11 handguns?

12   A    If you're comparing same caliber to same

13 caliber, yes.

14   Q    How about an AR-15 with 5.56 NATO compared to

15 a Beretta M-92 in 9-millimeter, which has the longer range?

16   A    I'm not sure.

17   Q    In addition to caliber, what else has to be

18 the same about two firearms in order for them to be able to

19 use the same magazine?

20   A    Preferably if they have the same accept, the

21 same cartridge.

22   Q    Anything else?

23   A    Have to have the same well.  That's all I can

24 think of.

25   Q    Is it fair to say, for instance, a Beretta

Page 46

1  M-92 may not have the same well as a Glock that uses

2  9-millimeter?

3    A    Yes.

4    Q    Do you agree that there is a category of

5  firearms called handguns?

6    A    Yes.

7         MR. MAAG:  Are you asking -- Go ahead.

8    Q    (By Mr. Wells) What is a handgun?

9         MR. MAAG:  Are you asking as defined in the

10 statute or generally speaking?

11        MR. WELLS:  Based on his knowledge.

12        MR. MAAG:  So generally speaking?

13        MR. WELLS:  Yes.

14   A    Can you repeat his last question?

15        (The requested portion of the

16 record read by the reporter.)

17   A    I hadn't answered that yet?  Yes, I agree.

18   Q    (By Mr. Wells) Do you agree there is a

19 category of firearms called shotguns?

20   A    Yes.

21   Q    Do you agree there's a category of firearms

22 called rifles?

23   A    Yes.

24   Q    Do you agree that rifles are, generally

25 speaking, shoulder-fired firearms?

Page 47

1    A    You said generally?  Yes.

2    Q    Do you agree that shotguns are generally

3  shoulder-fired firearms?

4    A    Yes.

5    Q    When you buy a new firearm from a gun store,

6  the firearm comes with a magazine for that firearm?

7    A    Yes.

8    Q    And the manufacturer that made the firearm

9  you're purchasing is also the manufacturer of the magazine?

10   A    Most of the time.

11   Q    And the manufacturer that made -- the

12 manufacturer that made the firearm and made the magazine,

13 they made the magazine to fit that specific firearm; right?

14   A    They'd have to.

15   Q    When you buy a new firearm with a magazine,

16 you know how many rounds of a specific caliber of

17 ammunition will fit in the magazine?

18   A    If it's so advertised, yes.

19   Q    And manufacturers do advertise the number of

20 rounds that will fit in a particular magazine for a

21 particular firearm; right?

22   A    Yes.

23   Q    Manufacturers include capacity as one of the

24 specifications for a firearm in their advertising; correct?

25   A    I think so.

Page 48

1    Q    And capacity refers to how many rounds will

2  fit in the magazine or the magazine plus the firing

3  chamber; is that right?

4    A    I agree.

5    Q    So sometimes they'll list 15 rounds, sometimes

6  the manufacturer will list 15 plus one; is that right?

7    A    That's what I've seen.

8    Q    And the 15 plus one situation is when there's

9  a 15-round magazine and you can also have a round in the

10 chamber; is that fair?

11   A    Yes.

12        (Deposition Exhibit No. 4 marked for

13 identification.)

14   Q    (By Mr. Wells) All right.  We are on No. 4.

15 I'm handing the witness what I have marked as Deposition

16 Exhibit 4.  This one has a photocopied sticker for you,

17 Tom.

18        MR. MAAG:  Photocopied sticker.

19   Q    (By Mr. Wells) All right.  So I have just

20 handed the witness what I have marked as Deposition

21 Exhibit 4, which is a -- I can represent to you is a

22 printout from the Walther -- Do you say Walther or Walther?

23   A    Walther.

24   Q    Walther.  Walther.

25        MR. MAAG:  Never watched a James Bond movie,

Matthew Wilson                                                    October 03, 2023

Page 49

1  did you?

2      A   That's exactly my reference.

3      Q   (By Mr. Wells) I thought it was German.  So

4  you do the hard "th" like Thomas.

5          MR. MAAG:  No, it's Walther.

6      Q   (By Mr. Wells) All right.  Walther.  From

7  Walther's website, I've got the URL up there at the top,

8  waltherarms.com/pdp.  Are you familiar with the Walther PDP

9  handgun?

10     A   No.  Come to think of it, I don't think I have

11  held anything Walther.

12     Q   Do you remember reviewing a deposition -- or,

13  I'm sorry, a declaration from our expert in this case,

14  named James Yurgealitis?

15     A   I have read so much in the last 10 days, I

16  can't remember everything.

17     Q   So I'm going to direct your attention back to

18  Deposition Exhibit 2.  Right there.  Paragraphs two, three

19  and four.  You say, "I have been provided and have read the

20  supplemental affidavit of James E. Yurgealitis."

21         Do you see that?

22     A   Yeah, but --

23         MR. MAAG:  That's just saying he read the

24  affidavit.

25     A   I've read it, but recalling everything, I

Page 50

1  can't recall everything.

2      Q   (By Mr. Wells) Okay.  And in paragraph five,

3  do you see --

4      A   Yes.

5      Q   -- at the bottom, 5G, Walther PDP?  Do you see

6  that?

7      A   Uh-huh (yes).

8      Q   So you reviewed Mr. Yurgealitis' declaration

9  and you saw the reference to the Walther PDP; is that

10  right?

11     A   Tom walked me through that.

12     Q   And the Walther PDP is one of the firearms

13  that you described as follows in paragraph seven.  Go on

14  here now.

15         "While I'm personally unaware of any rifles

16  that use the other listed magazines, there is no reason

17  that such a rifle could not be constructed, nor is there

18  any way to know whether or not any such rifles have been so

19  constructed and sold."

20         So the Walther PDP is an example of a handgun

21  that Mr. Yurgealitis mentioned where you're not aware of

22  any rifle that uses the same magazine; is that fair to say?

23     A   That's fair to say.

24     Q   So I'm going to direct your attention to the

25  second page of Exhibit 4.  So this is the Walther PDP

Page 51

1  website screenshots.  Right here.

2          MR. MAAG:  Which page are we on?

3          MR. WELLS:  Page two.  Sorry.  And they are

4  kind of topsy-turvy a little bit.

5          MR. MAAG:  I'm looking for a page number.

6      A   You don't have page numbers.

7          MR. MAAG:  You're free.

8      A   If you fold the top one.

9      Q   (By Mr. Wells) Yeah.  I think -- Actually,

10  there you go.  So do you see where it says PDP compact?

11     A   Yes.

12     Q   Okay.  Do you see where it says magazine

13  capacity?

14     A   Yes.

15     Q   How many rounds does it list?

16     A   It says 15.

17     Q   I'm going to move on to the PDP full-size

18  4-inch.  Do you see where it says magazine capacity?

19     A   Yes.

20     Q   How many rounds does it list?

21     A   It says 18.

22     Q   So is it fair to say for the PDP compact you

23  can get a magazine that has 15 rounds?

24          MR. MAAG:  Are you asking if that's what it

25  says or whether that's true?

Page 52

1      Q   (By Mr. Wells) Is it your understanding based

2  on this, going to the Walther website, that you could

3  purchase a PDP compact with a magazine of 15 rounds?

4      A   Yes, it looks like I could purchase it that

5  way.

6      Q   And you could also purchase, at least

7  according to this website, the PDP full-size with a

8  magazine capacity of 18 rounds.  Do you see that?

9      A   I believe today I can't purchase that anymore.

10     Q   Okay.  So you understand that between these

11  two firearms, you could purchase the PDP compact with the

12  15-round magazine, but because of PICA you couldn't

13  purchase the PDP full-size because of the 18-round

14  magazine; is that right?

15     A   I may be able to purchase the pistol, but I

16  would not be able to have a magazine.

17     Q   So you could purchase the pistol, but not the

18  magazine; is that correct?

19     A   That's my understanding.

20     Q   And that's because under PICA, the magazine

21  limit for pistols is 15 rounds; is that right?

22     A   Yes.

23     Q   Do you see at the bottom of the page here,

24  where it says 10-round item?

25     A   Yes.

Page 53

1    Q   Do you have an understanding as to what that
2  might mean?
3    A   No.  I'm assuming it's a --
4        MR. MAAG:  That's on the third page?
5        MR. WELLS:  The same page.
6    A   No, no.  It's at the bottom -- the bottom of
7  the compact.
8        MR. MAAG:  Got it.
9    Q   (By Mr. Wells) What do you think that means,
10  the 10-round item?
11    A   I'm assuming it's a compliance issue.
12    Q   When you say compliance issue, what do you
13  mean?
14    A   For the states that limited everything down to
15  10, they offered it with that magazine so it could be sold
16  in a state like California.
17    Q   So if you lived in California, you would know
18  that you could only purchase the 10-round magazine for that
19  handgun; is that right?
20        MR. MAAG:  Objection.  He's not an expert on
21  California law.
22    Q   (By Mr. Wells) Understood.  But if you lived
23  in a state that had the 10-round magazine limit, you would
24  only be able to purchase the 10-round magazine for the
25  Walther PDP compact; is that right?

Page 54

1    A   Right.
2    Q   And Walther does offer 10-round magazines;
3  right?
4    A   That's what that looks like.
5    Q   So I'm going to direct your attention to the
6  last page.  That one's easier.  The last page of what I
7  have marked as Deposition Exhibit 4.  This is another
8  printout from the Walther website.  Take a second to look
9  at it.
10        Does this indicate to you that Walther sells a
11  10-round magazine for --
12    A   That's what it looks like.
13    Q   -- the PDP pistol?
14    A   That's what it looks like.
15    Q   Okay.  You can put that one away.
16    A   Will we be referencing it again?
17    Q   Probably not.
18    A   Okay.
19    Q   Let's see here.
20        MS. HELFRICH:  It's an hour.
21        MR. WELLS:  At an hour.  Do you want a break?
22        THE WITNESS:  I'm good.
23        MR. WELLS:  Give me one second.  Let me take a
24  sip of water.  The key is for me not to knock that over.
25        MR. MAAG:  Like this?

Page 55

1        MR. WELLS:  Might cool you down, though.  It's
2  hot in here.
3        MR. MAAG:  I'm comfortable.
4        MR. WELLS:  I run hot, always have.  All
5  right.  I will put a sticker on this one.
6        MR. MAAG:  The book, Stimpy, the book.
7        MR. WELLS:  Is that a running Stimpy
8  reference?
9        MR. MAAG:  It is.
10        MR. WELLS:  All right.  I'm going to put a
11  sticker on this one.  What number are we up to?
12        THE REPORTER:  Five.
13        MR. WELLS:  I'm giving you a sticker, Tom.
14        MR. MAAG:  Thank you.
15        (Deposition Exhibit No. 5 marked for
16  identification.)
17    Q   (By Mr. Wells) I'm handing you what has been
18  marked as Deposition Exhibit 5, which is an excerpt, so
19  it's not the full thing, of Shooter's Bible, 114th Edition.
20  I have a full copy here, just so you know, but these are
21  copies of pages from the Shooter's Bible.
22    A   CliffsNotes.
23    Q   Yeah, or selections from it.  So I'm going to
24  direct your attention to page 153.  So you'll see it says
25  at the bottom right there.

Page 56

1        MR. MAAG:  Skipped a few here.
2    Q   (By Mr. Wells) All right.  So directing your
3  attention to page 153 of what I have marked as Deposition
4  Exhibit 5, which is the Shooter's Bible, 114th Edition.
5    A   Same page, right?
6    Q   Correct.  Do you see where it says
7  Heckler & Koch?
8    A   I see it at the bottom.
9    Q   Yep.  I'm going to direct your attention to
10  the Heckler & Koch MR762A1.  Do you see that particular
11  firearm?
12        MR. MAAG:  Bottom right-hand corner.
13    Q   (By Mr. Wells) That one.
14    A   The bottom right?
15    A   No, middle.
16    A   Middle.  MR762A1.
17    Q   What do you think the 762 refers to there?
18    A   Diameter of the round.
19    Q   Which we might also call the caliber?
20    A   Could be called a caliber, yes.
21    Q   And the Heckler & Koch MR762A1 is a rifle;
22  correct?
23    A   It looks like a rifle, yes.
24    Q   And a rifle is a long gun; right?
25        MR. MAAG:  Object to what's meant by long.

Matthew Wilson                                                    October 03, 2023

Page 57

1      A    Please clarify.

2           MR. MAAG:  They can have a short barrel, a

3  long barrel, a --

4      A    Because there are such things as

5  short-barreled rifles.

6      Q    (By Mr. Wells) Right.  Do you own any

7  short-barreled rifles?

8      A    I wish I did.

9      Q    But under federal law, you would have to

10  follow additional hoops to get a short-barreled rifle;

11  right?

12     A    Right.  And I'm too cheap to pay for that.

13     Q    And if -- In order to avoid having to go

14  through those hoops to comply with federal law, there is a

15  regulation on barrel length for rifles; is that right?

16     A    There are regulations on barrel lengths.

17     Q    So for rifles that are not short-barreled

18  rifles, would you call those long guns?

19     A    I suppose.

20     Q    Long guns tend to be shoulder-fired; is that

21  right?

22     A    You could fire anything from the hip.

23     Q    Right.  But generally speaking, rifles have --

24     A    A buttstock.

25     Q    -- a buttstock that enables you to fire from

Page 58

1  the shoulder; is that right?

2      A    I would say they are designed that way.

3      Q    When you go hunting, do you shoot from the

4  hip?

5      A    If it's close, yes.

6      Q    But ordinarily if it's at long-range and you

7  want to be precise and accurate you would fire from the

8  shoulder; right?

9      A    That's right.  Yeah, if you want to say that.

10     Q    So I want to -- imagine if you owned a

11  grandfathered version of the Heckler & Koch MR762A1 and you

12  needed to replace the magazine.  Do you see where it says

13  magazine there?

14     A    Yes.

15     Q    And it lists 10 rounds and 20 rounds?

16     A    Yes.

17     Q    Under PICA, which magazine could you purchase

18  legally?

19     A    Only the 10.

20     Q    And these three rifles that you see down here,

21  the three Heckler & Koch rifles, they use 5.56 NATO, 7.62

22  NATO and seven -- two of them use 7.62 NATO.  Do you see

23  that?

24     A    Yes.

25     Q    5.56 NATO and 7.62 NATO are more common as a

Page 59

1  rifle caliber; correct?

2      A    Would you read that back, please?

3           (The requested portion of the

4      record read by the reporter.)

5           MR. MAAG:  Objection.  Vague.  More common

6  than what?

7      Q    (By Mr. Wells) Than as a pistol caliber.

8      A    I'm not sure.

9      Q    All right.  We are still in Shooter's Bible.

10  We're going to go to page 363, Heckler & Koch.

11     A    I know.  Mine is not -- 363 you said?  I'm a

12  page short.

13     Q    There you go.

14          All right.  So we are at page 363 of

15  Deposition Exhibit 5, Shooter's Bible, 114th Edition.  I'm

16  directing your attention to upper left-hand corner,

17  heckler & Koch SP5.  Do you see that?

18     A    Yes.

19     Q    Do you see where it says capacity there?

20     A    Yes.

21     Q    For the Heckler & Koch SP5, what is the

22  capacities that Heckler & Koch offers for the magazines?

23     A    10, 15 and 30-round.

24     Q    Under PICA, which of those magazines could you

25  purchase legally?

Page 60

1      A    I'm not sure I could purchase any of them.

2      Q    If you owned a grandfathered Heckler & Koch

3  SP5, so you owned it before January the 10th, and you

4  needed to replace the magazine --

5      A    Like I said, I'm not sure I could buy any of

6  them.

7      Q    Why not?

8      A    My understanding of PICA is we can no longer

9  have a pistol that does not contain the magazine inside the

10  grip.  So I'm not sure if I would legally be allowed to

11  replace it or not.

12     Q    Do you understand that PICA allows weapons

13  that were lawfully owned prior to January 10, 2023, for

14  people to keep owning them if they submit certain

15  information to the Illinois State Police?

16     A    That's my understanding, but that doesn't --

17  to my understanding, it doesn't include servicing them.  So

18  if these get destroyed or are worn out, I'm not sure that

19  we can have them anymore.

20     Q    When you say these, what are you referring to?

21     A    The magazines.  Not the pistol.  The magazine.

22     Q    So I want you to assume, just for purposes of

23  this question, that it's legal under PICA to have a

24  Heckler & Koch SP5 as long as you comply with the

25  endorsement affidavit requirement, and you're looking to

Matthew Wilson                                                    October 03, 2023

Page 61

1  replace the magazine.  Which magazine can you purchase for
2  this handgun under PICA?
3      A   The 10 and 15.
4      Q   But not the 30?
5      A   My understanding of PICA is we can't no
6  longer -- it exceeds the 15-round limit.
7      Q   Do you see on the right-hand side of this
8  page, where it says handguns?
9      A   Uh-huh (yes).
10     Q   Is that a yes?
11     A   Yes, sir, I did.
12     Q   Sorry.  She sometimes can't --
13     A   I understand.  I understand.  I'm not used to
14 this format.
15     Q   No, it's unnatural.  All right.  So let's see.
16 I'm going to direct your attention back to your June 27,
17 '23, affidavit.
18     A   That's No. 2?
19     Q   I hope so.
20     MS. HELFRICH:  Yes.
21     A   Are we through with this?
22     Q   (By Mr. Wells) Yeah.  You can put that away.
23 We might come back to it, but --
24     A   I'll leave it on that page.
25     Q   Okay.  So I'm going to direct your attention

Page 62

1  to paragraph 6A.  6A, you say, "The CZ, Model 75 and the
2  Shadow are variants of the same pistol, use the same
3  magazine, and the magazines are also used in the Kel-Tec
4  SUB2000 Gen2 rifles."
5      Do you see that?
6      A   Yes.
7      Q   And then it says, "See Exhibits A, B, C and
8  D."
9      Do you see that?
10     A   Yes.
11     Q   Okay.  I'm going to direct your attention to
12 pages eight through nine, and you're looking at the top
13 here, the blue.
14     A   All right.
15     Q   Eight through nine.
16     A   Okay.
17     Q   You can start on eight.  And this is actually
18 a page that you pointed to earlier in the deposition; is
19 that right?
20     A   Yes.  That's correct.
21     Q   Right.  And it's -- What is shown here on page
22 eight?  Sorry, is it --
23     A   No, it was -- I didn't want to crimp it.
24     MR. MAAG:  Don't worry about destroying it.
25 He can print more.

Page 63

1      A   All right.
2      Q   (By Mr. Wells) Could you read that back
3  please?
4      (The requested portion of the
5  record read by the reporter.)
6      A   An attachment.
7      Q   (By Mr. Wells) What do you mean by an
8  attachment?
9      A   It is physically bolted on to the rifle -- or
10 screws, machine screws.  I'm sorry.
11     Q   And what is it called?
12     A   The kit, it's labeled as a Kel-Tec mag catch
13 kit.
14     Q   What is a mag catch kit?
15     A   I don't remember.
16     Q   Okay.  Is this an exhibit that you identified?
17     A   Yes.
18     Q   You said it was an attachment, the mag catch
19 kit was an attachment or at least what's depicted on page
20 eight was an attachment; is that right?
21     A   It's page eight.  Yeah.
22     Q   And you said it's something that's bolted on
23 to a firearm; is that right?
24     A   It has to be.
25     Q   Why does it have to be?

Page 64

1      A   It's in the description.
2      Q   And what happened -- Why would you bolt it on
3  to a firearm?  What would be the purpose of doing that?
4      A   I'm not sure.  I've slept since then.
5      Q   Is it fair to say that you would --
6      A   I remember.
7      Q   Go ahead.
8      A   Putting the magazine near the well holds it in
9  place.
10     Q   And why would you purchase a Kel-Tec mag catch
11 kit?
12     A   I'm not sure.
13     Q   Is it fair to say that you might purchase a
14 Kel-Tec mag catch kit because you need that attachment to
15 actually make the CZ 75 magazine work in the Kel-Tec
16 SUB2000 Gen2 rifle; is that fair?
17     A   To assume that, yes.
18     Q   So that's -- Actually there's a kit that you
19 have to buy for $12.09 to make the Kel-Tec SUB2000 Gen2
20 rifle take a magazine from the CZ 75 handgun; is that
21 right?
22     A   I think so.
23     Q   So you have to physically modify the Kel-Tec
24 SUB2000 Gen2 rifle with the Kel-Tec mag catch kit to make
25 the CZ 75 magazine work in the Kel-Tec; is that right?

Matthew Wilson                                          October 03, 2023

1    A   Right.

2    Q   I'm going to direct your attention to -- back

3 to your declaration, so that's, I think, Exhibit 2.  Still

4 on Exhibit 2.  Paragraph 6A.

5    A   The one we just referenced?

6    Q   Yes.  The next sentence, "These are also

7 similar to the Tanfoglio TZ-75, formerly imported by FIE or

8 Florida in 1980s, and the AR-24 pistol, formerly imported

9 by ArmaLite, which itself is a CZ 75 clone."

10       Do you see that?

11   A   Yes.

12   Q   What kind of gun is a Tanfoglio TZ-75?

13   A   I believe it's a rifle.

14   Q   You say you believe.  Are you sure?

15   A   No.

16   Q   It says here that the TZ-75 was formerly

17 imported by FIE or Florida, I think that means of Florida,

18 in the 1980s.  Do you know if the Tanfoglio -- You say

19 formerly imported.  So it's no longer imported; is that

20 right?

21   A   Formerly means no longer, yes.

22   Q   And those are your words, formerly imported?

23   A   Yes.

24   Q   Are you aware that the Tanfoglio TZ-75 was

25 imported at some point in the 1980s?

1    A   I believe it was.

2    Q   Is that based on your personal knowledge or

3 did you learn it somewhere?

4        MR. MAAG:  We can show you one if you want.

5        MR. WELLS:  I'm asking the witness.

6        MR. MAAG:  Okay.

7    A   I think it's one of the discussions we had at

8 the gun shop.

9    Q   (By Mr. Wells) Okay.  Do you know what the

10 status of FIE, the business, is?

11   A   No.

12   Q   Are you aware that they declared bankruptcy in

13 1990?

14   A   No.

15   Q   You also mention the AR-24 pistol in paragraph

16 6A of your June 27th sworn statement.  Again, you said

17 formerly imported by ArmaLite.  The AR-24 is no longer

18 being imported; correct?

19   A   Not by FIE.

20   Q   How about by ArmaLite?

21   A   I don't think so.

22   Q   Do you own an AR-24?

23   A   No.

24   Q   Do you have any intent to purchase an AR-24?

25   A   Not currently.

1    Q   I'm directing your attention to paragraph 6B

2 in Exhibit 2.  So this is your declaration still.

3        "As far as the Smith & Wesson 5900 series, the

4 pistol is discontinued but uses the same magazine as the

5 also discontinue," I think it means discontinued, "Marlin

6 Camp rifle in 9-millimeter."

7        Do you see that?

8    A   Yes.

9    Q   It says, "See Exhibit E."

10   A   Yes.

11   Q   "Marlin Camp rifles used to be sold as,"

12 meaning at, "most Wal-Marts."

13       Do you see that?

14   A   Yeah.  Yeah, that was a neat setup.

15   Q   But the Marlin Camp rifle has been

16 discontinued since 1999; correct?

17   A   Uh-huh (yes).

18   Q   Is that a yes?

19   A   Yes, sir.

20   Q   Do you own a Marlin Camp rifle?

21   A   No.

22   Q   Have you ever owned a Marlin Camp rifle?

23   A   No.

24   Q   And when you said that Marlin Camp rifles used

25 to be sold at most Wal-Marts, how do you know that?

1    A   Dad told me about it.

2    Q   When?

3    A   Oh, wow.  Probably '97.

4    Q   Are you aware that Marlin is now a subsidiary

5 of Ruger?

6    A   Unfortunately, yes.

7    Q   Why do you say unfortunately?

8    A   I don't think quality control is going to be

9 what it was.

10   Q   I may have already asked you this, so I

11 apologize if I have, but do you have any intent to purchase

12 a Marlin Camp rifle?

13       MR. MAAG:  Asked and answered.

14       MR. WELLS:  I'm sorry.  I'll withdraw it.  I

15 couldn't remember.  Thank you.

16       MS. SGRO:  Hey, Chris, we kind of lost his

17 sound again.  It helped that he was kind of like leaning

18 forward with his back in the chair.

19       MR. WELLS:  I'm sorry.  The witness is doing

20 the best he can.  We will try to --

21       MS. SGRO:  Thank you.

22   Q   (By Mr. Wells) Yeah.  All right.  I'm going to

23 direct your attention back to 6B.  And this is again in

24 your declaration, Exhibit 2.  You mentioned the

25 Smith & Wesson 5900 series and you note that the pistol is

Matthew Wilson                                                                October 03, 2023

Page 69

1  discontinued?

2      A    Discontinued.

3      Q    Let me finish.

4      A    I'm sorry.  My bad.

5      Q    The Smith & Wesson 5900 series, you say that

6  the pistol is discontinued and that -- that's correct;

7  right?

8      A    Correct.

9      Q    Do you know when the S&W 5900 series was

10  discontinued?

11      A    No.

12      Q    So at least according to Wikipedia, it says

13  1999.  Does that sound about right to you?

14      A    I'm not sure.

15      Q    In paragraph 6B you're talking about a pistol

16  that's been discontinued since the 1990s that uses a

17  magazine that can also be used in a rifle that's been

18  discontinued since the 1990s; is that fair to say?

19      A    Yes.

20          MR. MAAG:  Well, he was referring to

21  Mr. Yurgealitis' affidavit that said that the 5900 --

22          MR. WELLS:  Do you have an objection?

23          MR. MAAG:  Yes.  I mean, you're taking it out

24  of context and he's referring to the -- rebutting

25  Mr. Yurgealitis' affidavit where he says the 5900, there

Page 70

1  was no rifle that uses that magazine.

2      Q    (By Mr. Wells) Okay.  I understand.  But the

3  Marlin Camp rifle has been discontinued since 1999, and

4  that's one of the examples that you have picked; is that

5  right?

6      A    Right.  What we've cited.

7      Q    All right.  I'm directing your attention to

8  paragraph 9C, where you say, as to Ruger P85 -- I'm sorry,

9  6C.  Did I mess you up there?

10          "As to the Ruger P85 and P89 they are variants

11  of the same basic pistol, the P89 being a product-improved

12  variant of the P85.  Both pistols use the same magazine as

13  the Ruger PC9 rifle."

14          Do you see that?

15      A    I do.

16      Q    Is that your testimony?

17      A    Yes.

18      Q    You use the word variant.  What do you mean by

19  variant in this paragraph?

20      A    I kind of think of it like evolution.  It's

21  growth.

22      Q    So you have an understanding of what the word

23  variant means?

24      A    That's my interpretation of variant.

25      Q    And in fact you used the word variant in your

Page 71

1  declaration; is that right?

2      A    I see it right there.

3      Q    And you say evolution, so the P85 was one type

4  of handgun and it evolved into the P89; is that right?

5      A    Sort of, yes.

6      Q    And you understand that even the -- one of the

7  firearms is called a P85 and another is called a P89, the

8  fact that they are different numbers in the name, you

9  understand that one can still be a variant of the other?

10      A    If that's what the manufacturer intended.

11      Q    Is that a yes?

12      A    Yes.

13      Q    And the reason they can be called

14  variant is -- variants, the P85 and P89, is because they

15  share common features; is that right?

16      A    They may also share common parts, being as how

17  they came from the same manufacturer.

18      Q    Anything else that makes them common enough to

19  call them a variant?

20      A    I can't think of any.

21      Q    The Ruger PC9 -- Oh, go ahead.

22      A    They may have used some of the same tooling in

23  production.  That's what came to mind.

24      Q    And it's the same manufacturer?

25      A    Yes.

Page 72

1      Q    And it's the same caliber?

2      A    I think so.

3      Q    The Ruger PC9, it's a pistol caliber carbine;

4  right?

5      A    I believe so.

6      Q    What is a pistol caliber carbine?

7      A    It would be -- It would be a rifle.  I can't

8  remember where the barrel length stops at to where it would

9  be -- the carbine length of -- is shorter than a rifle

10  length, but as you said or asked me earlier, it would still

11  be considered a long gun, so the length would be a little

12  more compact than the rifle.  Overall length would be a

13  little more compact.

14      Q    What does the pistol caliber mean?

15      A    My guess is a reference to the Luger

16  9-millimeter.

17      Q    So when it says pistol caliber carbine, it's a

18  carbine-style rifle?

19      A    Yes.

20      Q    With likely a 9-millimeter Luger caliber; is

21  that right?

22      A    Yes.

23      Q    And 9-millimeter is a common caliber for

24  handguns; right?

25      A    Yes.

Matthew Wilson                                              October 03, 2023

1    Q   It's not as common as a caliber for rifles;
2 right?
3    A   I have not seen as many available to choose
4 from in rifles as pistols.
5    Q   Okay.  I'm going to direct you to page 33 at
6 the top, looking at the blue number.  This is page 33 of
7 Exhibit 2, which is your declaration of June 27th.  And
8 what's labeled in your declaration as Exhibit H.
9    A   Okay.  I'm with you.
10    Q   I'm directing your attention to the one, two,
11 three, fourth paragraph.  Do you see where it says, "The
12 past decade has seen a resurgence in the semi-automatic
13 form of what is known as pistol caliber carbines (PCCs)."
14        Do you see that?
15    A   I do.  First sentence.
16    Q   And that's what we were just talking about,
17 pistol caliber carbines; is that right?
18    A   Correct.
19    Q   Now, I'm going to direct your attention to
20 paragraph 40 -- or, I'm sorry, page 40 up here.
21    MR. MAAG:  4-0?
22    Q   (By Mr. Wells) 4-0.  It's the conclusion
23 section.  I'm directing you to the second sentence that
24 starts pistol caliber.
25    A   I'm with you.

1    Q   Pistol caliber --
2    MS. HELFRICH:  The videographer would like a
3 break soon.
4    MR. WELLS:  Yeah.  After this one.  Give me
5 one second.
6    MR. MAAG:  No break for you.
7    Q   (By Mr. Wells) Do you see where it says,
8 "Pistol caliber long guns are an affordable compact" --
9    A   I do not.
10    Q   I'm sorry.  At the bottom there.  The second
11 sentence.
12    A   Okay.  Mid-sentence.  Okay.  I'm with you.
13    Q   You got it?  So Exhibit 2, page 40, bottom of
14 the page under conclusion, second sentence.  It says,
15 "Pistol caliber long guns are an affordable, compact,
16 lightweight and low-recoiling option when compared with
17 carbines or rifles chambered for rifle cartridges."
18        Do you see that?
19    A   I do.
20    Q   Do you agree that not all rifles are pistol
21 caliber carbines?
22    A   I agree.
23    Q   In fact, most rifles are not pistol caliber
24 carbines; is that right?
25    A   I agree.

1    Q   Then are you aware that the Ruger PC9
2 production was discontinued in 2006?  Are you aware of that
3 fact?
4    A   No.
5    Q   Do you own a Ruger PC9?
6    A   No.
7    Q   Do you have any intent to purchase a Ruger
8 PC9?
9    A   I might.
10    Q   Do you have any intent right now?
11    MR. MAAG:  Today in this room?
12    Q   (By Mr. Wells) Today in this room.
13    A   No, I don't.
14    Q   Before PICA was enacted, were you planning to
15 acquire a Ruger PC9?
16    A   That was not on my wish list.
17    MR. WELLS:  We can take a break.
18    THE VIDEOGRAPHER:  This is the videographer.
19 We are going off the record.  Time now is 11:10.
20    (Whereupon, a short break was taken.)
21    THE VIDEOGRAPHER:  This is the videographer.
22 We are back on the record.  Time now is 11:18.
23    Q   (By Mr. Wells) So, Mr. Wilson, when we last
24 left off, we were talking about one of the exhibits to your
25 declaration from the American Rifleman.  I'm going to

1 direct you back to paragraph six of your declaration, so
2 back to Exhibit 2.
3    Still in Exhibit 2, back to paragraph 6C.  It says,
4 "As to the Ruger P85 and P89, they are variants of the same
5 basic pistol, the P89 being a product-improved variant of
6 the P85.  Both pistols use the same magazine as the Ruger
7 PC9 rifle."
8        Do you see that?
9    A   Yes.
10    Q   What is your source of information for what we
11 see in paragraph 6C?
12    A   YouTube.
13    Q   YouTube.  Would it surprise you to know that
14 the -- that Ruger itself, customer service department, says
15 that the P85 does not actually use the same magazine as the
16 Ruger PC9 rifle?
17    A   Yes.
18    Q   If the customer service department advised you
19 not to use that particular magazine from a Ruger P85 in a
20 PC9, would you follow that instruction?
21    A   I would definitely heed it.  But it's like
22 everything else, sometimes you accidentally put the wrong
23 parts in the wrong place and then, wow, they fit and then
24 you keep running with it.
25    Q   But would you agree that a manufacturer is

Matthew Wilson                                                    October 03, 2023

Page 77

1   more likely to know what works best in their firearms?

2       A   I would say they are more likely to put

3   statements out to limit their liability.

4       Q   Because, for instance, if you used a magazine

5   that you shouldn't use in a firearm, it could explode;

6   right?

7       A   It could explode and then land back on them

8   because they are the manufacturer.

9       Q   Are you aware that Ruger's customer service

10  department advises that only certain P89 pistols in a

11  specific serial number range use magazines that are

12  interchangeable with some PC9 rifles manufactured in 2003

13  or earlier?

14      A   I'm sorry.  Would you read that back?

15          (The requested portion of the

16      record read by the reporter.)

17      A   No.

18      Q   So you didn't speak to anyone at Ruger to

19  validate your statement about P85s and P89s using

20  interchangeable magazines with the Ruger PC9?

21      A   No, I have not consulted Ruger.

22      Q   What was the basis of your statement there,

23  about the P85 and P89 using the same magazine as the Ruger

24  PC9?

25      A   That they can be interchangeable.

Page 78

1       Q   How do you know that?

2       A   YouTube.

3       Q   Have you ever done it yourself?

4       A   Not yet.

5       Q   So you relied on a YouTube video, watching a

6   YouTube video, to make the determination in paragraph 6C

7   that the Ruger PC9 can take magazines from the P85 and P89;

8   is that right?

9       A   Yes.

10      Q   I'm going to direct your attention to

11  paragraph 6D.  Do you see it says, "As to the Springfield

12  Armory XD series, it's actually a Croatian-made pistol,

13  made by HS Produkt, and the magazines it uses are largely

14  interchangeable with the Beretta M-92 series, except that

15  one needs to cut a single notch in the XD magazines to make

16  them work in the M-92 or a single notch in an M-92 Beretta

17  magazine to make them work in an XD."

18          Is that your testimony?

19      A   Yeah.

20      Q   When you say cut a notch, what do you mean?

21      A   Have you ever used a mill?

22      Q   What kind of mill?

23      A   A Bridgeport.

24      Q   I have not personally.

25      A   Okay.  So if you have the right sized end

Page 79

1   mill, you can put it in your -- an end mill is a cutting

2   tool you insert in the mill which provides the power, put

3   it in the vise and if you measure the distance right, you

4   cut the notch in it and then it will lock into place and

5   hold.

6       Q   So you have to use a mill and a vise to

7   physically cut a notch in a magazine; is that right?

8       A   There are probably other methods, but that's

9   how I did it.

10      Q   And if you don't cut that notch in the

11  magazine using the mill and using the vise, then that

12  magazine won't actually be interchangeable; is that right?

13      A   I think it depends on anyone's individual

14  skills.

15      Q   What do you mean?

16      A   The reason that I would use the mill and the

17  vise is, it is a rigid setup and won't move.  If you did it

18  by hand, the results may not be the same every time.

19      Q   So you could either use a mill with a vise or

20  make the single cut by hand, is that what you're saying?

21      A   You could, yes.

22      Q   But you would still have to make that cut in

23  order for the magazine to be interchangeable between the

24  Springfield Armory XD series and the Beretta M-92?

25      A   Yes.

Page 80

1       Q   So you actually have to physically modify the

2   magazine?

3       A   Yes.

4       Q   And the Beretta M-92 and Springfield Armory XD

5   series, those are both handguns; right?

6       A   Yes.

7       Q   So the 15-round capacity limit would apply to

8   both of those firearms under PICA; right?

9       A   Yes.

10      Q   When you're buying a magazine for a specific

11  handgun, it is possible to know how many rounds of

12  ammunition of a particular caliber that magazine will hold;

13  correct?

14      A   Yeah.  Usually when you order them that way.

15      Q   When you're buying a magazine for a specific

16  handgun, it is possible to buy a magazine of 15 rounds or

17  less; correct?

18      A   Read that back, please.

19          (The requested portion of the

20      record read by the reporter.)

21          MR. MAAG:  For which handgun?

22      Q   (By Mr. Wells) For the handgun that you own

23  and that you use.

24      A   Yes.

25      Q   And when you're buying a magazine for a

Matthew Wilson                                                    October 03, 2023

Page 81

1  specific rifle, it is possible to know how many rounds of
2  ammunition of a particular caliber that magazine will hold?
3      A   Yes, as advertised.
4      Q   When you're buying a magazine for a specific
5  rifle, it is possible to buy a magazine of 10 rounds or
6  less; correct?
7          MR. MAAG:  For which rifle?
8      Q   (By Mr. Wells) A rifle that the manufacturer
9  offers a 10-round magazine, you can purchase the 10-round
10 magazine for that rifle; is that fair to say?
11     A   Are you asking as the manufacturer of the
12 rifle or are you asking as a manufacturer that is
13 aftermarket?
14     Q   Not aftermarket.
15     A   Okay.
16     Q   Can you read back the question?
17         (The requested portion of the
18 record read by the reporter.)
19     A   Yes.
20     Q   What is an AR-type rifle?
21     A   I think that's a generic term.
22     Q   What do you mean by generic term?
23     A   I don't think it's defined by law and I think
24 it's overly broad.
25     Q   How is it overly broad?

Page 82

1      A   I think there's a whole lot of things swept
2  into it that are not related to the AR-15 ArmaLite rifle.
3      Q   What are those things?
4      A   Over time, there are other manufacturers that
5  kind of adjusted things to get off the patent, so I don't
6  think everything that advertises AR is an AR.  And then
7  when you get to doing that, I think you've got to really do
8  your homework to make sure that what you are buying and
9  what you are buying to fit will fit because sometimes they
10 have changed pins, sometimes they have added screws.  I
11 don't -- I don't think there's such a thing -- In my mind,
12 I don't think there's a blanket AR-type.
13     Q   When you mentioned a patent, what are you
14 referring to?
15     A   The patents held at the U.S. Patent Office.
16     Q   But which specific patent?
17     A   I don't have a specific patent.  I'm just
18 trying to -- are you familiar when -- before World War I,
19 Springfield Armory or the U.S., they stole the 9-bolt
20 locking lug from Mauser.
21     Q   I wasn't aware of that.  But let's refocus
22 on --
23     A   But, like, paying royalties.  So if you ripped
24 off somebody's patent and the patent hasn't expired yet,
25 you are obligated to pay royalties.  So if you change

Page 83

1  things just a little bit, you get around that.
2      Q   Right, so -- But you were referring to a
3  specific patent for the AR-15?
4      A   No, not -- Yes.  Okay.
5      Q   Is that right?
6      A   Yes.
7      Q   So when you said patent earlier, you were
8  referring to a specific patent for the AR-15 rifle.  Is
9  that the AR-15 rifle that was originally designed by Eugene
10 Stoner?
11     A   In '57 I think, yeah.
12     Q   And then do you know who had the patent for
13 the AR-15?
14     A   No.
15     Q   Colt, does that sound right?
16     A   I think so.
17     Q   And when you said patent, is that generally
18 what you were referring to, that design?
19     A   Yeah.
20     Q   And as I understood what you were saying,
21 manufacturers have come along and looked at that design and
22 made little changes to it over time; is that right?
23     A   Yes.  They have made changes in I guess I want
24 to say structure and materials.  Man, materials have
25 changed so much since the '50s.

Page 84

1      Q   And eventually, is it your testimony, that so
2  many changes over time may push you so far beyond that
3  original design that you've got something different; is
4  that right?
5      A   I think so.
6      Q   But there still is an original AR-15 and you
7  know what that is; right?
8      A   The Colt you referenced.
9      Q   And are there firearms on the market today
10 that you would agree are properly called an AR-15?
11     A   On the market today?
12     Q   Yes.
13     A   That could be purchased by me today?
14     Q   Not purchased in Illinois, but just available
15 in the market in the United States?
16     A   In my mind, no.
17     Q   There's nothing called an AR-15 on the market
18 today?
19     A   They can call it what they want, but I don't
20 think it's the AR-15.
21     Q   What do you think it is?
22     A   It's like the evolution from a 1950s pickup to
23 what you've got today.  It's a different animal.
24     Q   But you agree that there's a line in that
25 evolutionary trajectory that goes back to Eugene Stoner's

Matthew Wilson                                                              October 03, 2023

Page 85

1   design from the 1950s; is that right?

2       A    Sort of like roots.  Yeah, you could say that.

3       Q    Have you ever seen just the letters A-R used

4   to describe a firearm?

5       A    Seen them?  I don't think so.

6       Q    Have you ever heard people just refer to an

7   AR?

8       A    I think so.

9       Q    What did you understand that to mean?

10      A    I didn't know what they meant because I don't

11  know one.

12      Q    Did you have any idea what those two letters

13  meant together?

14      A    ArmaLite Rifle.

15      Q    When you -- And you have heard somebody say

16  AR?

17      A    Oh, yeah.

18      Q    And did you have any sense of what they were

19  talking about?

20      A    I'm sure they are referring to their rifles.

21      Q    And what rifles did you understand them to be

22  referring to?

23      A    I didn't see them.

24      Q    Without having seen them, did you have an idea

25  in your head?

Page 86

1       A    I can't recall visualizing anything.

2       Q    When you heard people use the term AR, is it

3   your testimony that you had no idea what make, model,

4   caliber of rifle they were talking about?

5       A    Wasn't concerned.

6       Q    Did you have any idea what type of rifle they

7   were talking about when they used the term AR?

8            MR. MAAG:  Objection.  Asked and answered

9   about five times now.

10      Q    (By Mr. Wells) You can answer.

11      A    I wasn't concerned.  Dad forbid me from owning

12  one, so I didn't invest a lot of time looking into it.

13      Q    And your dad forbid you from owning the AR-15,

14  which became the M-16, because it failed in Vietnam; is

15  that right?

16      A    Right.

17      Q    So you understood that people were referring

18  to that rifle, the AR-15, when they said AR; is that right?

19      A    You mean the AR-15 to the M-16?

20      Q    When you had the thought in your head that

21  your dad forbid you from getting an AR-15.

22      A    Uh-huh (yes).

23      Q    You associated that thought with when you

24  heard the term AR; is that right?

25      A    Yeah.  I still wasn't interested in owning one

Page 87

1   so I didn't put a lot of stock into it.

2       Q    Did I hear you say yes?

3       A    No, you did not.

4       Q    So you were not connecting -- Never mind.

5   I'll withdraw that question.  What number are we on?

6            THE REPORTER:  Six.

7            (Deposition Exhibit No. 6 marked for

8   identification.)

9       Q    (By Mr. Wells) I'm showing you what has been

10  marked as Deposition Exhibit 6.  It's an excerpt of

11  Shooter's Bible Guide to AR-15s.

12      A    Okay.

13      Q    Got the full book here in person, but I'm

14  going to just focus on these excerpts to keep it simple.

15  Are you familiar with the Shooter's Guide -- the Shooter's

16  Bible, generally?

17      A    Not very much.

18      Q    But you said you had looked at a Shooter's

19  Bible?

20      A    I have seen them, but I haven't spent a lot of

21  time looking at them.

22      Q    Just remember to let me finish the question,

23  if you don't mind.

24      A    My bad.

25      Q    So I'm going to direct your attention to the

Page 88

1   last page of this exhibit.  Okay.  Do you see how it

2   identifies the author, one author, as Doug Howlett?  Do you

3   see that?

4       A    Yes, the first one in red.

5       Q    Yes.  And do you see that it says that Doug

6   Howlett used to work for the National Rifle Association

7   where he worked as an assistant editor of American Hunter

8   Magazine?  Do you see that?

9            MR. MAAG:  Are you asking him if the document

10  says that?

11      Q    (By Mr. Wells) I'm asking him if he sees it.

12      A    In the same paragraph where it says Doug

13  Howlett?

14      Q    Yes.

15      A    Yes.

16      Q    And you subscribe to the American Rifleman,

17  which is an NRA publication; right?

18      A    Yes.

19      Q    So the NRA knows what it's talking about when

20  it's talking about firearms?

21      A    I hope so.

22      Q    And you see that Rob Howling -- I'm sorry, Rob

23  Manning.  Do you see he's the current editor of Gun World

24  Magazine, at least as of the publication of this book?

25      A    Yes, the last paragraph -- or last sentence.

Matthew Wilson                                                    October 03, 2023

Page 89

1    Q   Are you familiar with Gun World Magazine?

2    A   No.

3    Q   Okay.  I'm going to direct your attention to

4  the second paragraph here.  Do you see where it says, "In

5  the complete book of AR-style firearms, you can peruse the

6  products of all manufacturers, learn about the evolution of

7  the AR from its uses in the military in the 1960s as well

8  as gain essential knowledge on the parts and functions of

9  the rifle"?

10       Do you have an understanding of what AR-style

11  firearms means in this sentence?

12    A   The way he led it out, yes.

13    Q   What is that understanding?

14    A   That his book outlines the evolution of the

15  AR.

16    Q   When you say AR, what do you mean?

17    A   That's what it says, AR.

18    Q   But when you say AR, what do you mean?

19    A   I'm referring to what it says here, AR.

20    Q   Okay.  Do you see in the next sentence, it

21  says, "Also included are chapters on customizing,

22  accessorizing ARs and much more."

23       Do you see that?

24    A   Yes.

25    Q   Do you have an understanding as to what ARs

Page 90

1  means in that sentence?

2    A   Yes, it's something you can spend money on.

3    Q   Is it a firearm?

4    A   In the first sentence, it says AR-style

5  firearms, so I'm assuming that's his reference.

6    Q   So from this context you can understand what

7  the phrase ARs means?

8    A   Phrase?  Yes.

9    Q   Okay.  I'm going to direct your attention

10  earlier in the exhibit to the page labeled contents.  Do

11  you see under chapter four, it says AR rifle models?

12    A   Chapter four?  Chapter four, yep.

13    Q   Do you have an understanding as to what AR

14  rifle models means?

15    A   Not yet.

16    Q   Do you have any idea what you think AR rifles

17  models might mean?

18    A   Not until after I read the chapter.

19    Q   Let's take a look at the chapter.  I'm going

20  to direct your attention --

21    A   Page 51?

22    Q   -- to page 51.  Directing your attention to

23  where it says AR rifle models and then the first sentence.

24  It says, "Following is undoubtedly the most comprehensive

25  listing of current AR-style rifle models available in print

Page 91

1  or on the web, though it is by no means exhaustive."

2       Do you have an understanding as to what the

3  phrase AR-style rifle models means in this sentence?

4    A   Yeah, it's referring to everything underneath.

5    Q   Directing your attention to the last sentence

6  in that paragraph.  "And admittedly, with so many small gun

7  makers coming into the fold, and just as quickly falling

8  back out of it, capturing every manufacturer is a target

9  even a custom-built AR couldn't hit."

10       Do you see that?

11    A   No.  The last -- I'm sorry.  Yes.

12    Q   Do you understand what the phrase custom-built

13  AR means in that sentence?

14    A   Maybe.

15    Q   What do you think your understanding is?

16    A   That he is outlining his preferred way to

17  modify these rifles.

18    Q   Do people sometimes build their own AR rifles?

19    A   I think so.

20    Q   Do you know anybody who builds their own AR

21  rifles?

22    A   Maybe.

23    Q   Who is that?

24    A   I think his name was Bob Updike.

25    Q   And you were aware that he custom built his

Page 92

1  own ARs?

2    A   Well, from this article, that makes sense.

3    Q   But out in the world in your knowledge of, you

4  know, talking to people at the range, for instance, you're

5  aware that people custom build their own ARs; is that

6  right?

7    A   Well, I guess they can.

8    Q   But you're aware that they do?

9    A   I hadn't watched them modify anything, so I

10  don't know.

11    Q   Have you ever heard anybody mention that they

12  built their own AR?

13    A   I don't know.

14    Q   Direct your attention to what's labeled as

15  Appendix 1.  Do you see that?  So it's page 225.

16       MR. MAAG:  2-2-5?

17    Q   (By Mr. Wells) 2-2-5.  And we are still on

18  Exhibit 6, Shooter's Bible Guide to AR-15s.  So I'm just

19  going to ask you to look at this briefly, and it says AR

20  manufacturers.

21    A   Got it.

22    Q   What do you think that means?

23    A   Who they are -- who the author believes

24  manufactures ARs.

25    Q   ARs means firearms in this context; is that

Page 93

1   right?

2       A   I believe so.

3       Q   And specific types of firearms, like the

4   AR-15; is that right?

5       A   It just says AR.

6       Q   Looking at this list, I counted 141

7   manufacturers.  I'm not going to ask you to count.  Is it

8   fair to say that there are a lot of manufacturers of

9   AR-type firearms?

10      A   Yes.

11      Q   And the fact that there are lots of

12  manufacturers, do you think it's fair to say that that's a

13  reflection of the popularity of AR-type firearms?

14      A   It would have to be, because they would have

15  to be in business to make money.

16      Q   You mentioned this earlier, but just to

17  clarify, when you're referring to the AR-15, what does the

18  AR stand for?

19      A   ArmaLite Rifle.

20      Q   What's the 15 mean?

21      A   My guess is 15th try.

22      Q   You said you wanted to potentially acquire an

23  AR-10 rifle?

24      A   Yes.

25      Q   What's an AR-10 rifle?

Page 94

1       A   308.

2       Q   Can you explain what you mean?

3       A   It chambers 308.

4       Q   How else would you describe an AR-10 rifle?

5       A   Cheap to shoot.

6       Q   It's cheap to shoot and it's chambered in --

7   what did you say?

8       A   308.

9       Q   What did the AR in AR-10 stand for?

10      A   I don't know.

11      Q   Do you know which one is more popular, an

12  AR-10 or an AR-15 rifle?

13      A   I don't know.

14      Q   Do you own an AR-7 rifle?

15      A   No.

16      Q   Do you have any plans to purchase an AR-7

17  rifle?

18      A   Not right now.

19      Q   Did you have any plans to purchase an AR-7

20  rifle before January 10th, 2023?

21      A   Yeah.

22      Q   When did you develop those plans?

23      A   During COVID.

24      Q   Why did you want to purchase an AR-7 rifle

25  during COVID?

Page 95

1       A   Because I didn't have one.

2       Q   What were you intending to do with the AR-7

3   rifle that you were planning to purchase during COVID?

4       A   Collect.

5       Q   Anything else?

6       A   No.

7       Q   All right.  I'm going to direct your attention

8   to Exhibit 2.  You can set that to the side for right now.

9           So back to your June 27, '23 declaration,

10  paragraph 12.  I'm reading from your declaration.  It says,

11  "I am familiar with the AR-7 rifle.  A photograph is shown

12  below."

13          Do you see that?

14      A   Oh, I was looking at the wrong paragraph.  I'm

15  sorry.  Yes.

16      Q   Where did that picture come from under

17  paragraph 12?

18      A   I don't know.

19      Q   So you personally didn't --

20      A   I didn't pick that photo, no.

21      Q   You personally did not pick this photo in

22  paragraph 12; is that right?

23      A   Correct.

24      Q   I'm directing your attention to paragraph 15,

25  at the bottom.  In paragraph 15, you say -- and this is in

Page 96

1   reference to the firearms depicted in paragraphs 12 and 13.

2           "I acknowledge there are both handgun and

3   rifle versions of this firearm;" -- meaning the AR-7 --

4   "however, other than the AR-7 marking, I see no reason why

5   under the challenged act" -- referring to PICA -- "this

6   firearm cannot be sold or possessed unless this is, in

7   quote, AR-type, close quote, firearm, which while marked as

8   an AR-7, I have no idea and to not see how to discern

9   whether this is an AR-type firearm."

10          I think it meant "do not see how to discern

11  whether this is an AR-type firearm."  So based on what you

12  testified -- And that's your testimony in paragraph 15; is

13  that right?

14      A   Yes.

15      Q   And based on paragraph 15, the only reason you

16  have a question about whether this firearm is covered by

17  the Act is because AR is in the name; is that right?

18      A   Right.

19      Q   Other than AR being in the name, you see, "no

20  reason why this firearm cannot be sold or possessed;" is

21  that right?

22      A   Correct.

23      Q   You agree that the AR-7 depicted in paragraph

24  13 does not have any of the prohibited features listed in

25  the first definition of assault weapon in PICA; right?

Matthew Wilson
October 03, 2023

1    A    Correct.

2    Q    And specifically I'm referring to 720 ILCS

3  5/24-91A1, capital A.  You're familiar with that I'm

4  referring to when I say the features list in that statutory

5  provision?

6    A    You called it the futures list?

7    Q    Features.

8    A    Features.  It's been a while since I read it,

9  so I don't remember the details.

10    Q    What number are we on?

11    A    Seven.

12    Q    Good memory.

13        (Deposition Exhibit No. 7 marked for

14  identification.)

15    Q    (By Mr. Wells) I'm showing you what's been

16  marked as Deposition Exhibit 7, which I can represent to

17  you is 720 ILCS 5/24-1.9, and I'm directing your attention

18  to (a)(1)(A).  You can take a look at that.

19    A    Here.

20    Q    So when I asked you earlier whether or not the

21  AR-7 had any of the features listed in section -- in PICA,

22  I was referring to 1.9(a1)(A).

23    A    Uh-huh (yes).

24    Q    And you agree that the AR-7 as depicted in

25  paragraph 12 of your declaration does not have any of these

1  features that are listed in the statute?

2    A    I think it's a pistol grip.

3    Q    So now your testimony is that you think what's

4  depicted in paragraph 12 is a pistol grip?

5    A    It doesn't have the -- like, the straight back

6  stock.

7    Q    But your prior testimony was that it did not

8  have any of the features in PICA; is that right?

9    A    Correct.

10    Q    So you're changing your testimony, that the

11  AR-7 is now covered by PICA?

12    A    I forgot what was in there.  There's so much

13  into it it's hard to remember every detail.

14    Q    Would you agree that an AR-7 is a very

15  different rifle than an AR-15?

16        MR. MAAG:  Objection.  Vague.  You can answer.

17    A    Looks to be.

18    Q    (By Mr. Wells) Do you know how many companies

19  make an AR-7 rifle today?

20    A    No.

21    Q    So according to Wikipedia, only the Henry

22  Repeating Arms Company makes an AR-7 today.  Does that

23  sound about right to you?

24    A    That means it ought to be a pretty good rifle.

25    Q    Do you own an AR-5 rifle?

1    A    No.

2    Q    Why not?

3    A    Don't have money.

4    Q    Did you ever have any intent to buy an AR-5

5  rifle?

6    A    No.

7    Q    I'm directing your attention to paragraph 17

8  and 18 of your declaration, your June 27th declaration,

9  where you say, "I'm also aware of a firearm called an AR-5.

10  Below is a photograph."

11        Do you see that?

12    A    I do.

13    Q    And then in paragraph 18, you wrote, "This is

14  a bolt-action firearm with a four-round magazine."

15    A    Yes.

16    Q    So that AR-5 that's depicted there is a

17  bolt-action firearm; is that right?

18    A    That's what I see.

19    Q    Bolt-action is different than semi-automatic;

20  right?

21    A    Yes.

22    Q    And, again, you say, "I do not know if this,"

23  meaning the AR-5, "is included in the definition of an

24  AR-type firearm."

25        Is that right?

1    A    Yes.

2    Q    Is the reason that you're confused is because

3  the letters AR appear in the AR-5 name?

4    A    Yes.

5    Q    Are there any other reasons?

6    A    Nothing I can think of.

7    Q    Do you have an understanding as to whether or

8  not this AR-5 is covered by PICA, as to whether it's

9  defined as an assault weapon under PICA?

10    A    I don't think it is.

11    Q    Directing your attention to Deposition

12  Exhibit 7.  So that's the statute.  You got it in your

13  hand. Section 1.9.  So it's got page numbers at the bottom

14  right.  You can flip to page five.  Okay.  So directing

15  your attention to where it says two.

16        MR. MAAG:  What page are we on?

17    Q    (By Mr. Wells) Page five.  And for the record,

18  this is Section 1.9 A2 capital-- I'm sorry.  2A2.  Do you

19  see where it says, assault weapon does not include, and

20  then it's got an A and then a B, and then C says, "A

21  firearm that is manually operated by bolt-pump lever or

22  slide action, unless the firearm is a shotgun with a

23  revolving cylinder."

24        Do you see that?

25    A    Yes.

Matthew Wilson                                            October 03, 2023

Page 101

1    Q   And that AR-5 that we were just talking about
2  in paragraph 17 of your declaration, it's a firearm that's
3  operated by bolt; is that fair to say?
4    A   Yes.
5    Q   So it would specifically be excluded from the
6  definition of assault weapon under PICA?
7        MR. MAAG:  Objection.  Calls for a legal
8  conclusion.
9    Q   (By Mr. Wells) Is that your understanding?
10       MR. MAAG:  Same objection.
11   A   Yes.
12   Q   (By Mr. Wells) So now I'm directing your
13 attention to paragraph 19 and then the picture below it --
14 pictures below it.  Do you see that?
15   A   Yes.
16   Q   And then paragraph 19 you say, "In addition,
17 some firearms that look kind of like an AR-15 are
18 bolt-action or straight pull bolt-action, not
19 semi-automatic."
20       Do you see that?
21   A   Yes.
22   Q   And directing your attention to what's marked
23 as page six in this exhibit, at the top, six of 43, there
24 are actually two pictures here.  Do you see that?
25   A   Yes.

Page 102

1    Q   And is it fair to say that both of the two
2  pictures in here show firearms that are bolt-action
3  firearms -- or, I'm sorry, pump-action firearms.
4        (The requested portion of the
5    record read by the reporter.)
6    Q   (By Mr. Wells) Let me repeat the question for
7  you.  Is it fair to say that the two pictures on page six
8  of 43 of Exhibit 2 are pump-action firearms?
9    A   No.  One is pump, one's bolt.
10   Q   Okay.  Is the top one pump or bolt?
11   A   Bolt.
12   Q   Is the bottom one pump or bolt?
13   A   Pump.
14   Q   So the two firearms depicted here are either
15 pump-action or bolt-action; is that fair to say?
16       (The requested portion of the
17   record read by the reporter.)
18   A   I think so.
19   Q   Neither one of them depicted on page six of 43
20 is semi-automatic; right?
21       (The requested portion of the
22   record read by the reporter.)
23   A   I'm not sure.
24   Q   (By Mr. Wells) Did you find these pictures
25 yourself?

Page 103

1    A   No.
2    Q   Do you know where these pictures come from?
3    A   No.
4    Q   Have you ever seen these pictures before?
5    A   Yes.
6    Q   When you described the pictures on the
7  following page in paragraph 19 --
8    A   The following page?
9    Q   So go back one.
10   A   The previous page?
11   Q   The previous page.  "In addition, some
12 firearms that look kind of like an AR-15 are bolt-action or
13 straight pull bolt-action, not semi-automatic.  A
14 photograph of one such firearm is shown below."
15       So you just described these pictures as
16 bolt-action or straight pull bolt-action; is that right?  I
17 see what the problem is.  I'm messing you up.
18       Paragraph 19, you're referring to the
19 photograph at the top of the page that's marked six of 43;
20 is that right?
21   A   That was the confusion.
22   Q   And that's what you were referring to in
23 paragraph 19, the photo at the top of page six which you
24 describe as a bolt-action, the paragraph at the top of page
25 six is a bolt-action rifle; correct?

Page 104

1    A   I believe it is.
2    Q   Okay.  Let's look at paragraph 20 now, the
3  next page.
4    A   Okay.  So -- Got it.
5    Q   Then paragraph 20, there's a picture
6  immediately above paragraph 20.  And paragraph 20 says,
7  "There have also been pump-action firearms that look like
8  AR-15 rifles.  A photograph of one such rifle is shown
9  above."
10       Do you see that?
11   A   I do.
12   Q   And that firearm that's depicted immediately
13 above paragraph 20 is a pump-action firearm; is that right?
14   A   That's what it appears to be.
15   Q   And when you said in paragraph 20, firearms
16 that look like AR-15 rifles, you had an understanding of
17 what an AR-15 rifle was?
18   A   With these pictures, yes.
19   Q   How does the firearm depicted in paragraph 20,
20 immediately above paragraph 20, look like an AR-15 rifle?
21   A   They have a similar silhouette.
22   Q   What do you mean by silhouette?
23   A   The best way I can describe it is a shadow or
24 an outline.
25   Q   So the shape of the firearm; is that fair to

Matthew Wilson                                          October 03, 2023

1  say?

2      A   Yes.

3      Q   And the reason the shape of the firearm

4  depicted above paragraph 20 is similar to an AR-15 is

5  because there's a pistol grip; is that right?  That's one

6  of the reasons?

7      A   Yeah.  They look like they have a similar mag

8  well.

9      Q   Similar mag well.  How about the buttstock, is

10  that similar?

11      A   Kind of.

12      Q   What about the flash suppressor, is that

13  similar to an AR-15 flash suppressor?

14      A   I don't know.

15      Q   Well, when you wrote this, and you said that

16  this pump-action firearm depicted above paragraph 20 looks

17  like an AR-15 rifle, what did you mean?

18      A   The silhouette.  I mean, at first glance.

19      Q   At first glance what?

20      A   Have you ever got a Belgian Malinois confused

21  with a German Shepherd?

22      Q   I think you can just answer my question.

23      A   That's what I mean, the characteristics are

24  similar, look similar.

25      Q   So this -- this picture and -- Above paragraph

1  20 looks similar to an AR-15 rifle; is that right?

2          MR. MAAG:  Misstates his testimony.  The

3  affidavit says kind of like.

4      Q   (By Mr. Wells)  You can answer.

5      A   Yes.

6      Q   And when you say it looks kind of like an

7  AR-15 rifle, you have an idea in your head of what an AR-15

8  rifle looks like; is that right?

9      A   I do.

10      Q   And as we discussed, this is a pump-action

11  firearm in -- depicted immediately above paragraph 20; is

12  that right?

13      A   That's what it looks like, yes.

14      Q   And directing your attention back to PICA

15  Section 1.9, Deposition Exhibit 7.  So back to the middle

16  of the page.

17      A   Okay.

18      Q   It says, "Assault weapon does not include,"

19  and then sub C, "a firearm that is manually operated by

20  bolt, pump, lever or slide action unless the firearm is a

21  shotgun with a revolving cylinder."

22          So you would agree that the firearm depicted

23  in paragraph -- or immediately above paragraph 20 is a

24  pump-action firearm; is that right?

25      A   That's what it looks like.

1      Q   Is it a shotgun with a revolving cylinder?

2      A   It doesn't look like it.

3      Q   So the paragraph, as far as you understand --

4  or, I'm sorry.  The firearm depicted immediately above

5  paragraph 20, it would not be an assault weapon under PICA,

6  is that your understanding?

7          MR. MAAG:  Objection.  Calls for a legal

8  conclusion.  You can answer.

9      A   It kind of looks that way.

10      Q   (By Mr. Wells)  The firearm depicted above

11  paragraph 20, do you have any -- did you, prior to PICA,

12  when it took effect on January 10, 2023, were you intending

13  to purchase this firearm?

14      A   No.

15      Q   If PICA were struck down today, would you go

16  out and purchase this firearm depicted above paragraph 20?

17      A   Maybe some day.

18      Q   But how about today?

19      A   Today, I don't have a need for it.

20      Q   Before you prepared your June 27, 2023,

21  affidavit, had you read the exception for bolt and

22  pump-action rifles -- or, I'm sorry, bolt and pump-action

23  firearms in Section 1.9A2C, shown in Exhibit 7?

24      A   Here.  Yeah.  I remember reading this.

25      Q   Before you selected the examples that you

1  included?

2      A   Well, I read this before J.B. signed it, so --

3  Sorry.  Would you repeat his question?

4      Q   So let me just --

5          MR. MAAG:  I think you've answered his

6  question.

7      Q   (By Mr. Wells)  Yeah.  You said you read the

8  statute before J.B., meaning Governor Pritzker, signed the

9  statute; is that right?

10      A   Right.

11      Q   So let me direct your attention to page two of

12  Exhibit 7.  So directing your attention to the subpart

13  where it says AR-types.  So subpart J(ii), little Roman

14  two.  Do you see that?

15      A   Yeah.  I'm with you.

16      Q   So you've been following this legislation even

17  before it was signed into law; is that right?

18      A   Yes.

19      Q   And you're familiar with the firearms listed

20  under all AR-types on page two of paragraph seven; is that

21  right?

22      A   Not completely.

23      Q   I would ask you to take a look at the list

24  under subpart J, small Roman two, continuing on to page

25  three, and tell me which of the firearms on this list you

Matthew Wilson                                                          October 03, 2023

Page 109

1  don't think are AR-types?
2       MR. MAAG:  Objection.  Calls for a legal
3  conclusion.
4       A   I don't know how to answer that because I
5  haven't seen all of these.
6       Q   (By Mr. Wells) Are there -- So you have not
7  seen all of these firearms, so you can't comment on whether
8  or not they are AR-types?
9       A   Right.
10      MR. MAAG:  The statute is defining those all
11  as AR.
12      MR. WELLS:  Tom, if you have an objection, you
13  can state it, but we don't need you to testify.
14      MR. MAAG:  Yeah.  Objection to the form of
15  your question.  It misstates the statute.
16      Q   (By Mr. Wells) Reviewing the list and the
17  statute, subsection J(ii), under all AR-types, are there
18  firearms in this list that you don't think are properly
19  called an AR-type?
20      A   Definitely on little Roman numeral one, at 6,
21  SKS with detachable magazine, so --
22      Q   That's under AK-type, though; correct?
23      A   Is that what you were asking?
24      Q   No, I was asking about AR-type.
25      A   I'm confused.  Can we start over?

Page 110

1       Q   Can you review the list under section J(ii)?
2       A   Oh, you're on ii.  J(ii).  J(ii).
3       Q   Yeah, where it says all AR-types.  Can you
4  review the list and tell me which of the listed firearms
5  you don't believe are AR-types?
6       A   I'm going to say number -- Roman Numeral four.
7  Roman Numeral 37.
8       MR. MAAG:  Did you say 37 or seven?
9       A   Thirty-seven, the --
10      Q   (By Mr. Wells) Smith & Wesson M&P rifles --
11  M&P 15 rifles?
12      A   Yeah.
13      MR. MAAG:  Got it.
14      Q   (By Mr. Wells) You can stop before you get to
15  subpart little iii.
16      A   All right.  I stopped --
17      Q   You stopped at XL?
18      A   I stopped there.
19      Q   You stopped at XLIII, which is Roman numeral
20  43, do you see that?
21      A   Okay.  Roman Numeral 43.  All right.
22      Q   So I've just asked you to review --
23      A   That's where it stops.
24      Q   J(ii), Roman Numeral one through Roman numeral
25  43 and you have identified two firearms that you don't

Page 111

1  think are properly characterized as an AR-type; is that
2  right?
3       A   Correct.
4       Q   And the two that you have identified are the
5  ArmaLite M-15 .22 LR carbine and the Smith & Wesson M&P 15
6  rifles; is that right?
7       A   Correct.
8       Q   So for the other 41, at least as you sit here
9  today, you don't have any reason to think they are not
10  AR-types?
11      A   I don't have any reason to think they are,
12  either.
13      Q   But as you sit here today, they are not one of
14  the rifles that you've identified as definitely not being
15  an AR-type; is that fair to say?
16      A   Correct.
17      Q   And when I asked you to look at that list and
18  you selected two of the 43, which you don't think are
19  properly characterized as an AR-type, you had an idea in
20  your mind as to what AR-type meant; right?
21      A   After our discussion and the pictures, yes.
22      Q   I'm directing your attention to paragraph 10
23  of your June 27th affidavit.  So Exhibit 2.  In paragraph
24  10 you say, "At one point, likewise, there are no objective
25  standards to determine whether a given firearm is an

Page 112

1  AK-type, an AR-type or something else."
2       MR. MAAG:  Did you say paragraph 10?
3       MR. WELLS:  Paragraph 10.
4       MR. MAAG:  Of which exhibit?
5       MR. WELLS:  I might have the wrong one.  I
6  think I do.
7       MR. MAAG:  Because what I read doesn't say
8  what you just said.
9       MR. WELLS:  Yeah.  You're right.  You're
10  right.  Give me a second here.
11      MS. HELFRICH:  Do you want me to look for it?
12      Q   (By Mr. Wells) Yeah.  I'm sorry.  It was your
13  other one.  So we're back to --
14      A   Exhibit 1?
15      Q   Yeah.  So paragraph 10 of Exhibit 1.  Do you
16  see where it says, "Likewise, there are no objective
17  standards to determine whether a given firearm is an
18  AK-type, an AR-type or something else.  In fact, even the
19  listed examples are oftentimes not within the parameters of
20  what even most firearms experts would consider to be an
21  AK-type, like the SKS of an AR-type."
22      Is that your testimony?
23      A   Yes.
24      Q   You do believe there are quote, parameters,
25  close quote, for what most firearms experts would consider

Matthew Wilson                                                    October 03, 2023

Page 113

1    an AR-type; correct?

2    A    Correct.

3    Q    In your mind, what are the parameters that

4    most firearms experts would consider to be an AR-type?

5    A    I don't know.  I haven't talked to any of

6    them.

7    Q    Your testimony was, though --

8    A    Uh-huh (yes).

9    Q    -- that most firearms experts would consider

10   certain parameters?

11   A    Uh-huh (yes).

12   Q    You haven't talked to any, though?

13   A    They have their opinion, but I don't know what

14   their opinion is.

15   Q    But you're aware that there are firearms

16   experts out there who have a set of parameters in their

17   mind to refer to an AR-type?

18   A    Yes.

19   Q    And you're aware that that -- Well, let me

20   strike that.  In your mind, what are the parameters that

21   most firearms experts would consider to be an AR-type?

22   A    I don't have an answer.

23   Q    When we went through the list and the statute,

24   you identified the ArmaLite M-15 .22 LR carbine.  Why do

25   you think that the ArmaLite M-15 .22 LR carbine is not an

Page 114

1    AR-type?

2    A    Because it uses .22 magnum -- or not -- .22

3    long rifle.

4    Q    How does that make it not an AR-type?

5    A    Because it's not using 7.62.

6    Q    Why does 7.62 ammunition make something an

7    AR-type?

8    A    And I also think that thing is made out of

9    plastic.

10   Q    So it's a different caliber than what you

11   typically think of as an AR-type; is that fair to say?  I'm

12   referring to the ArmaLite M-15 .22 LR carbine.

13   A    Yes.

14   Q    And the other thing that you have just

15   mentioned is that the ArmaLite M-15 .22 LR carbine is made

16   out of plastic and that's different than --

17   A    Polyethylene, I think.  I'm sorry.

18   Q    The ArmaLite M-15 .22 LR carbine is made out

19   of polyethylene, whereas other AR-type rifles are made out

20   of a different material; is that fair to say?

21   A    Yes.

22   Q    Are there any other differences that you can

23   think of?

24   A    No.

25   Q    How about the Smith & Wesson M&P 15 rifles,

Page 115

1    why do you believe those are not properly called an

2    AR-type?

3    A    I think they are also a polyethylene compound.

4    Q    So the materials that are used to make the

5    frame and receiver of the rifle?

6    A    Yes.  Yes.

7    Q    Are there any other reasons why the

8    Smith & Wesson M&P 15 rifles should not be classified as an

9    AR-type in your mind?

10   A    No.

11   Q    All right.  I'm going to -- Let's see.  How

12   long -- Let me know if you need a break, remember?

13   A    Thank you.

14   Q    Are you familiar with a Daniel Defense M4 V7?

15   A    I remember the name of the company.

16   Q    So we are on --

17   A    Eight.

18        (Deposition Exhibit No. 8 marked for

19   identification.)

20   Q    (By Mr. Wells) I'm marking Deposition

21   Exhibit 8, which I can represent to you is a printout from

22   Daniel Defense's website.  It's got the URL at the bottom.

23   Do you recognize the DDM4 V7?  Have you seen this firearm

24   before?

25   A    I think I have.

Page 116

1    Q    Where have you seen it?

2    A    I think it was Indy, Indianapolis.

3    Q    Where?  In what context?

4    A    I was shown a collection.  I think it was that

5    one.

6    Q    And you testified earlier that you sometimes

7    look at manufacturers' websites for information about

8    firearms; is that right?

9    A    Yes.

10   Q    All right.  I'm directing you to page two --

11   A    Of which exhibit?

12   Q    -- of this exhibit.  The one you've got in

13   your hand.  Do you see under details, where it says, "The

14   DDM4 V7 AR-15 style firearm features M-LOK attachment

15   technology with the Daniel Defense MFR 15.0 rail."

16        Do you see that?

17   A    I do.

18   Q    Do you have an understanding as to what AR-15

19   style firearm means in that sentence?

20   A    I think it shares the same silhouette, or a

21   similar silhouette.

22   Q    And would you agree that the Daniel Defense

23   DDM4 V7 is an AR-15 style firearm?

24   A    That's what the manufacturer says.

25   Q    The manufacturers, if they represent that

Matthew Wilson                                                    October 03, 2023

Page 117

1  something is an AR-15 style firearm, they generally know
2  what they are talking about?
3        MR. MAAG:  Object to generalities.
4     Q   (By Mr. Wells) I'll withdraw the question.
5        All right.  I'm going to direct your attention
6  to page five.  Do you see where it says terrific weapon?
7     A   Yes.
8     Q   And in the first sentence under terrific
9  weapon, it says, "After looking at many AR-style 5.56
10  rifles, including Ruger, SIG, Savage and others, I settled
11  on the DDM4 V7 mil-spec version."
12        Do you see that?
13     A   I do.
14     Q   Do you have an understanding of what AR-style
15  means in this sentence?
16     A   I believe I do.
17     Q   What is that understanding?
18     A   That it is similar in appearance to an AR.
19     Q   When you say similar in appearance, what do
20  you mean?
21     A   Visually.
22     Q   Directing your attention to the last sentence.
23     A   Same paragraph?
24     Q   Same paragraph under terrific weapon.  Do you
25  see where it says, "I did not intend to spend this much

Page 118

1  money on an AR rifle, but this is a beautiful weapon that
2  will provide me with many years of use and enjoyment."
3        Do you see that?
4     A   I do.
5     Q   Do you have an understanding as to what AR
6  rifle means in this sentence?
7     A   Yes.
8     Q   What is that understanding?
9     A   That the author believes it's an AR rifle.
10     Q   All right.  I'm directing your attention to
11  page six.  So just flip one page.  To the very bottom, do
12  you see where it says, "My dream AR"?
13     A   Yes.
14     Q   Do you have an understanding as to what AR
15  means there?
16     A   Yes.
17     Q   Do you understand AR there to refer to an AR
18  rifle?
19     A   I'm assuming it means this particular rifle.
20     Q   Which is an AR-15 rifle; is that right?
21     A   It could be.
22     Q   Do you see in that same comment, page six at
23  the bottom, "I don't have a lot to add to all the other
24  five-star reviews.  Without a doubt the best AR I have ever
25  held or shot."

Page 119

1        Do you have an understanding as to what AR
2  means in that sentence?
3     A   Yes.
4     Q   Have you ever shot an AR-15 rifle?
5     A   I don't think so.
6     Q   Have you ever held an AR-15 rifle?
7     A   I don't think so.
8        MR. WELLS:  Why don't we take a short break.
9        THE VIDEOGRAPHER:  This is the videographer.
10  We are going off the record.  Time now is 12:25.
11        (Whereupon, a short break was taken.)
12        THE VIDEOGRAPHER:  This is the videographer.
13  We are back on the record.  Time now is 12:31.
14     Q   (By Mr. Wells) I'm going to mark another
15  exhibit here.  We are on to No. 9.
16     A   Nine.
17        (Deposition Exhibit No. 9 marked for
18  identification.)
19     Q   (By Mr. Wells) I'm showing you what I have
20  marked as Deposition Exhibit 9, which I can represent to
21  you is a printout from pewpewtactical.com.  It's a
22  screenshot.  I would like to direct your attention to the
23  second page.  Do you see where it says "the modern AR-15"
24  at the bottom of the page?
25     A   Yep.

Page 120

1     Q   It says, "It used to be really easy, head down
2  to your local gun shop and choose from the two or three ARs
3  they had on the shelf.  But those days are long gone.  Now
4  you're bombarded with too many choices."
5        Do you see that?
6     A   Yes.
7     Q   What do you understand those sentences to
8  mean?
9     A   They are marketing their inventory.
10     Q   Who is they?
11     A   Pew Pew Tactical.
12     Q   Do you have an understanding as to what head
13  down to your local gun shop and choose from the two or
14  three ARs they had on the shelf, do you have an
15  understanding as to what two or three ARs means in that
16  sentence?
17     A   I think this is referencing two or three
18  manufacturers.
19     Q   Manufacturers of what?
20     A   Rifles.
21     Q   What kind of rifles?
22     A   What they are calling AR-type.
23     Q   Do you understand what they are saying in this
24  sentence?
25     A   Yes.  The market has exploded.

Matthew Wilson                                                    October 03, 2023

Page 121

1    Q   The market for what has exploded?

2    A   The choices of AR-types.

3    Q   I would like to direct your attention back to

4  paragraph 10 of your May 19th exhibit -- declaration.

5    A   Exhibit 1?

6    Q   Exhibit 1.  Where you say, "In fact, even the

7  list examples" -- and you're referring to PICA there; is

8  that right?

9    A   Correct.

10   Q   "Are oftentimes not within the parameters of

11  what even most firearms experts would consider to be an

12  AK-type, like the SKS of an AR-type."

13   A   Yes.

14   Q   What do you mean by this sentence?

15   A   I don't remember my thinking in May.

16   Q   Do you wish to withdraw that testimony now?

17   A   Not at the moment.

18   Q   As you sit here right now, do you still

19  believe that there are parameters of what even most

20  firearms experts would consider to be an AK-type, like the

21  SKS of an AR-type?

22       (The requested portion of the

23  record read by the reporter.)

24   A   Yes, I believe they have their opinion.

25   Q   Do you have an opinion as to what parameters

Page 122

1  there are for an AR-type?

2       MR. MAAG:  Objection.  Asked and answered

3  about 10 times earlier in the deposition.

4    A   Do you have another question?

5    Q   (By Mr. Wells) There's still a question

6  pending.  I can withdraw and move on.

7       All right.  Let's talk about AK-47s.  What is

8  an AK-47?

9    A   It was designed by Kalashnikov during World

10  War II for -- when Kalashnikov interviewed many of his

11  fellow soldiers, that he realized many of the wounded were

12  wounded because their rifles were unreliable and he

13  developed a rifle that would go through extreme conditions

14  and still be functional.

15   Q   What does the AK stand for in AK-47?

16   A   I can't remember his first name.  His last

17  name is Kalashnikov.  I think it's Anton [sic].

18   Q   So the K stands for Kalashnikov in AK?

19   A   I think so.

20   Q   And would you agree that the AK-47 is one of

21  the most famous weapons in the world?

22   A   I guess a rifle can have fame.  Dukes of

23  Hazard did.

24   Q   Is that a yes?

25   A   Yes.

Page 123

1    Q   And there have been many millions of AK-47s

2  produced; correct?

3    A   I think so.

4    Q   I'm going to read you a statement and I want

5  you to let me know if you agree with it.

6       "After more than seven decades since its

7  creation, the AK-47 model and its variants remain one of

8  the most popular and widely used firearms in the world."

9       Do you agree with that statement?

10   A   Yes.

11   Q   Do you own an AK-47?

12   A   No.

13   Q   Do you own any AK-type firearm?

14   A   No.

15   Q   Prior to PICA taking effect on January 10th,

16  2023, did you intend to acquire an AK-type firearm?

17   A   I'd like to have one, yes.

18   Q   So right now you'd like to acquire an AK-type

19  firearm; is that right?

20   A   Yes.

21   Q   Prior to PICA taking effect on January 10th,

22  2023, did you have any plans to purchase an AK-type

23  firearm?

24   A   If I found a deal, I would have bought it.

25   Q   Did you ever do that?

Page 124

1    A   No.

2    Q   What's changed between when PICA took effect

3  and now that has made you want to get an AK-type firearm?

4  I'm sorry.  Prior to -- Let me rephrase that.  What has

5  changed from prior to January 10th, 2023, and now, so

6  subsequent to January 10th, 2023, to the present, that's

7  made you want to acquire an AK-type firearm?

8    A   Personal choice.

9    Q   What do you mean by personal choice?

10   A   Well, I don't plan in advance to have

11  McDonald's, so when I choose to have McDonald's, I have

12  McDonald's.

13   Q   But since PICA has taken effect on

14  January 10th, 2023, it's since then that you have developed

15  a desire to acquire an AK-type firearm; is that fair?

16   A   Yeah.  That's fair.

17   Q   Are you familiar with what an AK-74 firearm

18  is?

19   A   I think so.

20   Q   Are you familiar with what an AK-56 firearm

21  is?

22   A   I'm not sure.

23   Q   Are you familiar with what a type 56 rifle is?

24   A   I'm not sure.

25   Q   So we're going to go back to the statute.  I

Matthew Wilson

October 03, 2023

1  think it's Exhibit 7., and I'm directing your attention to
2  page two.  So we were looking at subsection J, little Roman
3  two.  Now we're going to be looking at J, little Roman one,
4  where it says all AK-types.  Do you see that?
5      A    I do.
6      Q    And you said earlier that you were familiar
7  with this statute even before it was signed; is that right?
8      A    Correct.
9      Q    I want you to review the list of firearms
10  listed under all AK-types, so it's Roman one through six,
11  and Roman one has several different numbers.  I want you to
12  review one through six and tell me which firearms in there
13  you don't believe were properly categorized as an AK-type.
14      A    Roman numeral six.
15      Q    Any others?
16      A    I don't think so.
17      Q    So Roman numeral six is the SKS with the
18  detachable magazine; is that right?
19      A    Right.
20      Q    Why do you think that the SKS is not an AK
21  type?
22      A    Because they share no parts.
23      Q    Are there any other reasons?
24      A    If I remember right, the SKS came with a
25  10-round fixed magazine.  So the detachable mag is an

1  aftermarket thing.
2      Q    Any other reasons?
3      A    A couple of the YouTube videos that I watched
4  said that when the SKS was converted, many of them
5  didn't -- or converted to the magazine type, many of them
6  didn't cycle properly.
7      Q    Do you remember what those YouTube videos were
8  called?
9      A    Something like the difference between AK and
10  SKS.
11      Q    When did you review those videos on YouTube?
12      A    Oh, May through present.
13      Q    May through present?
14      A    Yeah.
15      Q    Did you review those videos on YouTube prior
16  to preparing your May 19th, 2023, declaration in this case?
17      A    I think so.  Yeah.  I think I -- Yeah, then
18  that would be April then.  That would be just after the
19  tornado hit.  So that would be April through present.
20      Q    Have you ever owned an SKS firearm?
21      A    No.
22      Q    Prior to January 10th, 2023, did you have any
23  plans to purchase an SKS firearm?
24      A    I considered buying one.
25      Q    When did you consider that?

1      A    Maybe four years ago.
2      Q    But four years ago you didn't actually follow
3  through and purchase the SKS at that time?
4      A    No, it was defective.
5      Q    Do you know what caliber the SKS uses?
6      A    7.62.
7      Q    Is that the same caliber as an AK-47?
8      A    Yes.
9      Q    What's the country of origin for an SKS?
10      A    I think Russia and then there's -- I think
11  there's a bunch of Chinese knockoffs, too.
12      Q    But in terms of the original SKS --
13      A    Originally, I think Russia.
14      Q    Let me say --
15      A    My bad.
16      Q    The original SKS rifle you would agree was
17  designed by a Russian; is that right?
18      A    I believe so.
19      Q    And the AK-47 was also designed by a Russian
20  originally?
21      A    Correct.
22      Q    So the SKS shares a common caliber with the
23  AK-47 and originated from the same country as the AK-47;
24  fair enough?
25      A    Yes.

1      Q    Are you familiar with Palmetto State Armory?
2      A    Yes.
3      Q    What do you think of Palmetto State Armory as
4  a manufacturer?
5      A    I think their prices are reasonable.
6      Q    Do you own any firearms made by Palmetto State
7  Armory?
8      A    I don't think so.
9      Q    Have you ever thought about buying any
10  firearms manufactured by Palmetto State Armory?
11      A    I don't think so.
12      Q    Have you ever looked at the Palmetto State
13  Armory website?
14      A    I think so.
15      Q    Ten?
16          (Deposition Exhibit No. 10 marked for
17  identification.)
18      Q    (By Mr. Wells) So I'm marking Deposition
19  Exhibit 10.  No sticker, Tom, I'm sorry.
20          So I have shown you what I have marked as
21  Deposition Exhibit 10, which I can represent to you are
22  screenshots of the Palmetto State Armory Website,
23  palmettostatearmory.com.  Do you see on the first page here
24  across the top, the black banner with the white script?
25      A    I do.

Matthew Wilson                                                October 03, 2023

1    Q    Do you see where it says AR-15, AR-10 and
2  AK-47?
3    A    Yes.
4    Q    Do you have an understanding as to what those
5  terms mean?
6    A    Yes.
7    Q    And you understand what AK-47 in particular
8  means here; is that correct?
9    A  I think you're referring to the rifle.
10   Q    The rifle that shares common design elements
11  with the original AK-47 designed by Kalashnikov; is that
12  right?
13   A    Yes.
14   Q    And if you look at the top here, you don't see
15  any reference to SKS, do you?
16   A  I do not.
17   Q    Do you know if the SKS is still being
18  manufactured for sale in the U.S.?
19   A  I do not.
20   Q    Would you agree that the SKS is not nearly as
21  common in the U.S. as the AK-47; is that correct?
22   A    Yes.
23   Q    So I'm directing your attention to the third
24  page here.  You got to count.
25        MR. MAAG:  I can do that.

1    Q    (By Mr. Wells) Directing your attention to the
2  middle of the page underneath where it says AK-47 rifles,
3  pistols, parts and much more.
4    A    Yes.
5    Q    Underneath there it says, "Palmetto State
6  Armory is your online AK-47 headquarters.  Whether you are
7  looking for a complete AK-47 rifle/pistol or AK parts, we
8  have it all and from the top brands you know and trust."
9        Do you have an understanding as to what AK
10  parts means there?
11   A    Yes.
12   Q    And is it fair to say the reference to AK
13  parts is a reference to AK-47 parts?
14   A  In the advertisement, yes.
15   Q    Okay.  Turning to the next page, AK-P.  Do you
16  see that?
17   A    Yes.
18   Q    Do you have an understanding as to what AK-P
19  means as depicted here?
20   A    My guess is Palmetto manufactured AK parts.
21   Q    I'm going to direct your attention to the
22  couple of sentences right underneath there.  It says,
23  "Feast your eyes on Palmetto State Armory's AK-P, the new
24  standard in AK-47 pistols."
25        Do you see that?

1    A    Yes.
2    Q    So having read that, do you understand AK-P to
3  mean AK pistol?
4    A    Yes.
5    Q    And an AK pistol is a pistol version of an
6  AK-47; right?
7    A    Right.
8    Q    You can put that one away.  Eleven?
9    A    Correct.
10        (Deposition Exhibit No. 11 marked for
11  identification.)
12   Q    (By Mr. Wells) I'm showing you what I have
13  marked as Deposition 11 -- Exhibit 11, which I can
14  represent to you is a PDF of website information from
15  Palmetto State Armory.  You can see the URL at the bottom,
16  Palmettostatearmory.com/psak-47, and then it goes on.
17        Directing your attention to the first page
18  where it says PS AK-47 and then it's got a picture of a
19  firearm below that.  Do you see that?
20   A  I see.
21   Q    Would you agree that this rifle that's
22  depicted on page one of Deposition 11, Deposition
23  Exhibit 11, is an AK-type firearm?
24   A    Yeah.
25   Q    What are you basing that answer on?

1    A    That's how they are advertising it.
2    Q    Any other reasons besides how they are
3  advertising it that you think this is an AK-type firearm?
4    A  I'm kind of surprised to see somebody selling
5  a forged, but it's not an original forged, but the
6  silhouette looks the same.
7    Q    Anything else about it that makes you think
8  it's an AK-type firearm?
9    A    No.
10   Q    Directing your attention to page two, under
11  product details, towards the bottom.  Do you see where it
12  says 7.62 by 39 caliber?
13   A  I do.
14   Q    That's the AK-47 caliber; right?
15   A    Traditionally.
16   Q    So is the caliber another aspect of this rifle
17  that you think would put it in the AK-47 category?
18   A  I think so.
19   Q    I'm directing your attention to page three.
20  Bottom of the page -- or bottom of the written part of the
21  page.  It says, "As we are transitioning to Soviet Arms,
22  your receivers may be stamped with our new AK Soviet Arms
23  logo on firearms manufactured after March 8th, 2023.  This
24  will not affect the quality or function of the firearm, as
25  they are the same AK receivers used for our AKs."

Matthew Wilson

October 03, 2023

Page 133

1       Do you see that?

2       A   Yes.

3       Q   Do you understand what AK means in this

4   sentence?

5       A   Yes.

6       Q   All right.  I'm directing your attention to

7   page seven.  And again, we're on Exhibit 11.  Do you see

8   the comment, another PSA winner, in the middle of the page?

9       A   I do.

10      Q   And under that it says, "My first AK and it is

11  a beauty."

12      Do you see that?

13      A   I do.

14      Q   Do you have an understanding as to what AK

15  means?

16      A   Yes.

17      Q   What is that understanding?

18      A   It's the model of the rifle that he's proud

19  of.

20      Q   And what is that model?

21      A   AK-47.

22      MR. WELLS:  Just take a short break.

23      THE VIDEOGRAPHER:  This is the videographer.

24  We are going off the record.  Time now is 12:57.

25      (Whereupon, a short break was taken.)

Page 134

1       THE VIDEOGRAPHER:  This is the videographer.

2   We are back on the record.  Time now is 12:59.

3       Q   (By Mr. Wells) So I'm going to direct your

4   attention back to Exhibit 2.  So this is your June 27th

5   affidavit.  The very last two pages.

6       MR. MAAG:  Number two?

7       MR. WELLS:  Yeah.

8       MR. MAAG:  And which page?

9       MR. WELLS:  The last very two.  So 42 and 43,

10  according to the ECF stamp.

11      MR. MAAG:  Right.

12      A   Yeah.  I found it.  I just had to get to the

13  bottom of the pile.  What page?

14      Q   (By Mr. Wells) 42 and 43.

15      A   42, 43.  Yeah.  Those are cool.

16      Q   So we're looking at Deposition Exhibit 11,

17  pages 42 and 43.  You said those are cool.  What do you

18  mean?

19      (Interruption during the depo.)

20      Q   (By Mr. Wells) All right.  So let me go back.

21  Can you read back my last question?

22      (The requested portion of the

23  record read by the reporter.)

24      A   John Browning revolutionized the gun industry

25  with the BMG.  These are -- I think these should be

Page 135

1   considered national treasurers.

2       Q   And you're referring to the firearms depicted

3   on 42 and 43?

4       A   One on page 42.  Yes, and 43.

5       Q   Do you own these firearms?

6       A   I wish.

7       Q   So that's a no?

8       A   Correct.

9       Q   Prior to January 10th, 2023, did you ever have

10  any plans to acquire these firearms?

11      A   If I won the lottery, yeah.

12      Q   Why do you say if you won the lottery?

13      A   Oh, man.  I'm not sure I can legally own them

14  in Illinois, but I know I can own them in Indiana.

15      Q   Are they expensive?

16      A   I think so.

17      Q   Do you have any idea how much the firearms

18  depicted on pages 42 and 43 of Deposition Exhibit 11 cost

19  today?

20      A   No.

21      Q   But your sense is that it's a lot of money?

22      A   That's historical, so, yeah.

23      Q   When you say that's historical, what do you

24  mean?

25      A   That's a hundred years old.

Page 136

1       Q   Is it still in production?

2       A   Oh, no.

3       Q   So the firearm depicted at page 42 of

4   Deposition Exhibit 11 is no longer in production, as far as

5   you know?

6       A   As far as I know, it's not in production any

7   longer.

8       Q   And it's in fact over a hundred years old, is

9   that what I heard?

10      A   Uh-huh (yes).

11      Q   Is that a yes?

12      A   Correct.

13      Q   And flipping to page -- and, I'm sorry, what

14  was the name of this firearm again?

15      A   The Browning BMG.

16      Q   And what does BMG stand for?

17      A   Browning Machine Gun.

18      Q   Is that a reference to a World War I era

19  machine gun?

20      A   No, I think it's a reference from then to

21  date.

22      Q   Okay.  But Browning was somebody who lived in

23  the early 20th century; right?

24      A   Yes.

25      Q   Or the company Browning made this rifle in the

Matthew Wilson                                                October 03, 2023

Page 137

1   early 20th century; is that right?

2        A   Yeah.  But I think he was born in the 19th

3   century, so 1800s, but ...

4        Q   And as far as you understand, the firearm

5   depicted at page 42 of Deposition Exhibit 11, it's not

6   legal under Illinois law; is that right?

7        A   I don't think it is.

8        Q   Do you know if it's legal to own under federal

9   law?

10       A   I think it is.

11       Q   But you have never tried to follow through and

12  purchase one; is that right?

13       A   Correct.

14       Q   Looking at -- Is it a fully automatic weapon,

15  the weapon on page 42 of Deposition Exhibit 11?

16       A   Yes.

17       Q   Is it a machine gun?

18       A   Yes, that's what the M stands for.

19       Q   Looking at page 43 of Deposition Exhibit 2.

20  Are these firearms also machine guns?

21       A   Yes.

22       Q   They are also fully automatic?

23       A   Yes.

24       Q   Have you ever tried to buy any of the firearms

25  depicted on page 43 of Deposition Exhibit 2?

Page 138

1        A   No.

2        Q   Why not?

3        A   One, I can't afford them.  Two, I don't want

4   to put up with the maintenance of a water-cooled machine.

5        Q   Have you ever personally fired an AK-47?

6        A   I don't think so.

7        Q   Have you ever fired an AK-type firearm of any

8   kind?

9        A   I don't think so.

10       Q   Have you ever personally fired an AK pistol?

11       A   Yeah, that's a definite no.  I'd remember

12  that.  Those are ugly.

13       Q   When you say ugly, what do you mean?

14       A   They don't look symmetrical in my mind.

15       Q   The AK pistol does not?

16       A   Yeah.  It just doesn't look like it has

17  balance.

18       Q   Is that because the caliber and the pistol

19  itself are --

20       A   Just my eye.

21       Q   Just your eye?

22       A   Yeah.

23       Q   Just looks uneven?

24       A   It just looks wrong.

25       Q   Okay.

Page 139

1        MR. MAAG:  No feng shui?

2        THE WITNESS:  Yeah.  That's about right.

3        MR. WELLS:  With my reservation of rights at

4   the beginning that obviously we're just here on a

5   deposition on your motion for summary judgment on the two

6   vagueness claims and recognizing that the case may come

7   back from the Seventh Circuit on the Second Amendment

8   claims at which time we may seek additional discovery,

9   including written discovery and possibly a second

10  deposition of Mr. Wilson, I have no further questions at

11  this time.

12       MR. MAAG:  I do have some questions, and from

13  a mechanical standpoint, it may be a lot faster if you and

14  I change spots, if that would be agreeable.

15       MR. WELLS:  Okay.  And let me just clarify.

16  So at the beginning of the deposition, before the

17  deposition started, Mr. Maag and Mr. Wilson brought in

18  several boxes of objects that I don't know what they are,

19  but I assume we're about to find out.  Is that fair enough?

20       MR. MAAG:  That's a fair statement.

21       MR. WELLS:  And these are items that have not

22  been produced or that I haven't been allowed to inspect

23  them in the course of this litigation; is that fair to say?

24       MR. MAAG:  I invited you and your other

25  associates over on multiple occasions.

Page 140

1        MR. WELLS:  And did you identify any of these

2   items in the discovery, in response to the written

3   discovery that we served?

4        MR. MAAG:  That's due tomorrow, no.

5        MR. WELLS:  I just note for the record that I

6   object to the use of whatever is in these boxes.  I'd note

7   that, Mr. Maag, you chose to file a motion for summary

8   judgment without having conducted discovery, no party had

9   conducted discovery, and these are now being brought in

10  potentially in some fashion to supplement your motion for

11  summary judgment and I would object to that.  I will note

12  it for the record.

13       MR. MAAG:  Your objection is so noted for the

14  record.

15       THE VIDEOGRAPHER:  This is the videographer.

16  We are going off the record.  Time now is 1:07.

17       (Whereupon, a short break was taken.)

18       THE VIDEOGRAPHER:  This is the videographer.

19  We are back on the record.  Time now is 1:08.

20       EXAMINATION

21  QUESTIONS BY MR. MAAG:

22       Q   And you're still under oath, Mr. Wilson.

23  There was a discussion of magazines.  I'm handing you

24  various magazines.

25       MR. WELLS:  I'm going to just note my

Matthew Wilson                                                          October 03, 2023

1  objection for the record that these are items that I have
2  never seen prior to right now and that haven't been
3  identified in any discovery.
4      Q   (By Mr. Maag) And as I noted, you and your
5  predecessors have been invited many times.  Do you
6  recognize those, generally speaking, as firearm magazines?
7      A   I do.
8      Q   All right.  And is it fair to say there are
9  various designs?
10      A   Easily.
11      Q   All right.  Do you recognize one of those as a
12  Glock-type magazine?
13      A   Yes.
14      Q   Which one is that?
15      A   It would be this one with Glock on the bottom.
16      Q   All right.  Is that a pistol magazine, rifle
17  magazine, shotgun magazine or something different, or do
18  you know?
19      A   I don't know.
20          MR. WELLS:  Objection to the form.  Compound
21  question.
22      Q   (By Mr. Maag) All right.  Why is it that you
23  don't know?
24      A   Because I can't tell by looking.
25      Q   Is that magazine potentially compatible with a

1  pistol?
2      A   I would assume it is.
3      Q   All right.  Is that magazine potentially
4  compatible with a rifle?
5      A   It could be.
6      Q   Okay.  I'm handing you a different magazine.
7  Do you recognize that magazine?
8      A   No.
9      Q   If I were to represent to you that that is a
10  magazine for a U.S. M1 carbine, would you recognize that
11  model of firearm?
12      A   I think so.
13      Q   Is that a rifle or a pistol?
14      A   M1 carbine is a rifle.
15      Q   All right.  Are you aware of whether or not a
16  pistol version of the M1 carbine is manufactured?
17      A   I think so.
18      Q   And assuming that that magazine held 15
19  rounds, would that magazine be legal as you understand it
20  for sale or trade in Illinois under PICA for pistols?
21          MR. WELLS:  Objection.  Legal conclusion.
22      Q   (By Mr. Maag) You can answer.
23          (The requested portion of the
24  record read by the reporter.)
25      A   Yes.

1      Q   Assuming that magazine held 15 rounds, as you
2  understand PICA, would that magazine be legal for sale,
3  trade or non-grandfathered possession for a rifle?
4          MR. WELLS:  Objection.  Form.
5      Q   (By Mr. Maag) You can answer.
6      A   I don't believe so.
7      Q   Is there any objective way to determine
8  whether that magazine is for a rifle or a pistol?
9          MR. WELLS:  Objection to the form.  Vague.
10      Q   (By Mr. Maag) You can answer.
11      A   I don't see how you can tell a difference.
12      Q   Okay.  I'm handing you another magazine.  Are
13  there any markings on that magazine?
14      A   No.
15      Q   Are you able to discern whether that magazine
16  is for a rifle, pistol, shotgun or other?
17      A   A rifle or a pistol.  I don't see a shotgun
18  shell fitting in that.
19      Q   All right.  So it's your testimony that could
20  fit either potentially a rifle or a pistol; is that
21  accurate?
22      A   Yes.
23      Q   All right.  Is there any way, as you hold that
24  magazine in your hand today, that you can discern whether
25  that is a rifle or a pistol magazine?

1      A   No.
2      Q   Handing you the next magazine.  Are there any
3  markings on that one?
4      A   No.
5      Q   Are you able to determine whether --
6      A   I'm wrong.  There is a serial number here.
7      Q   What is the serial number?
8      A   Or model number.
9      Q   Whatever the number is.
10      A   Alpha 15981.
11      Q   Okay.  As you look at that today, are you able
12  to discern whether that is a magazine for a rifle, pistol,
13  shotgun or other?
14      A   No.
15      Q   As you hold that today, are you able to see
16  any way you could objectively discern whether that fits a
17  rifle, pistol, shotgun or other?
18      A   No.
19          MR. WELLS:  Objection.  Form.  Go ahead.
20      Q   (By Mr. Maag) All right.  I'm handing you
21  another magazine.  Are there any markings on that one?
22      A   No.
23      Q   Are you able to discern from looking at that
24  magazine whether that magazine is for a rifle, pistol,
25  shotgun or other?

Matthew Wilson                                                    October 03, 2023

Page 145

1     A    No.

2     Q    Handing you another magazine.  Are you able to

3  discern whether that magazine is for a rifle, pistol,

4  shotgun or other?

5     A    No.

6     Q    Are there any markings on that magazine?

7     A    No.

8     Q    I'm handing you another magazine.  Are there

9  any markings on that magazine?

10    A    Yes.

11    Q    And generally what are they?

12    A    FN Manufacturing, Columbia, South Carolina.

13    Q    All right.  Do you recognize that magazine?

14  Not that particular one, but that kind of magazine?

15    A    No.

16    Q    Okay.  Do you know whether that magazine would

17  fit in a rifle, pistol, shotgun or other?

18    A    No.

19    Q    All right.  Are there any markings on that

20  magazine?

21    A    Yes.

22    Q    What are the markings?

23    A    35_Alpha.

24    Q    Are you able to discern whether that magazine

25  is for a rifle, pistol, shotgun or other?

Page 146

1     A    No.

2     Q    Handing you another magazine.  Are there any

3  markings on that magazine?

4     A    No.

5     Q    Perhaps on the bottom side?

6     A    Oh, there it is.  Walther P1 9-millimeter.

7     Q    Are you able to discern whether that is for a

8  rifle, pistol, shotgun or other?

9     A    No.

10    Q    I'll hand you another magazine.  Are there any

11  markings on that?

12    A    Yes.  Colyer clip.

13    Q    Any other markings?

14    A    M88, M100, .308 caliber, .243 caliber.

15    Q    Are you able to discern whether that magazine

16  is for a rifle, pistol, shotgun or other?

17    A    No.

18    Q    I'm handing you -- Are there any markings on

19  that magazine?

20    A    Made in China.  That's all I see.

21    Q    Are you able to discern whether that magazine

22  is for a rifle, pistol, shotgun or other?

23    A    I think this is from the SKS comparison video.

24    Q    Okay.  Is that simply because you recognize it

25  or is there something about it marking-wise?

Page 147

1     A    I recognized it from the video.

2     Q    All right.  Beyond that, are you able to

3  discern whether that's for a rifle, pistol, shotgun or

4  other, other than the fact that you recognize that it may

5  be from an SKS?

6     A    I'm going to guess rifle.

7     Q    Okay.  Is that a guess?

8     A    That's a guess.

9     Q    All right.

10         MR. WELLS:  Tom, just to be clear, you don't

11  have any fully assembled firearms?

12         MR. MAAG:  No.

13    A    Correct.

14         MR. MAAG:  There is nothing here that could

15  potentially go bang.

16         MR. WELLS:  Understood.

17    Q    (By Mr. Maag) I'm handing you a magazine.  Do

18  you recognize what that is for?

19    A    With everything in front of me, I think it's

20  for a 1911.

21    Q    All right.  Is that a rifle, pistol, shotgun

22  or other magazine?

23    A    I think it's all of the above.

24    Q    All right.  Do you recognize what that is,

25  generally?

Page 148

1     A    That's the frame of a 1911.

2     Q    And what is a 1911?  A rifle, pistol, shotgun?

3     A    Pistol.  Pistol.

4     Q    All right.  Can you put the magazine in?

5     A    I can.

6     Q    And of course it's missing parts so it won't

7  stay in, but for demonstrative purposes, does that magazine

8  fit?

9     A    Yeah.

10    Q    All right.

11    A    It looks like it would cycle.

12    Q    And I'm handing you a wooden stock.  Can you

13  attach that?  Until it snaps.  And by attaching that, does

14  that become a rifle, assuming it was assembled with a

15  barrel?

16    A    I think it is.

17    Q    And would that be the same magazine both ways?

18    A    Yes, it's the same frame.

19    Q    Thank you.  You were asked about AR-type

20  firearms.

21         MR. WELLS:  I just note again my objection for

22  the records.  These are items that have --

23         MR. MAAG:  As far as I'm concerned, you have a

24  standing objection.

25         MR. WELLS:  I may still note it, but

Matthew Wilson                                                    October 03, 2023

Page 149

1  understood.

2  Q   (By Mr. Maag) I'm handing you various items.

3  Do you recognize generally what those are?

4  A   Yes.

5  Q   Generally what are they?

6  A   Frames for rifles.

7  Q   All right.  Are they necessarily for rifles or

8  can they also potentially be assembled as pistols?

9  A   They could be assembled as pistols as well.

10  Q   All right.  And I'm going to hand you one.

11  Can you read the marking on that to identify it?

12  A   Yes.  Palmetto State Armory.

13  Q   Is there a model number?

14  A   I don't know.  I don't know if it's G3-10.

15  Q   Do you see anything else that might be a model

16  number?

17  A   And then multi on it and then "golf" 381517.

18  Q   All right.  I'll hand you what has been marked

19  as Deposition Exhibit 7.  Under AR-type, do you see that

20  model number listed as an AR-type firearm?

21  A   I don't see anything for Palmetto Armory.

22  Q   Just make sure that's right.  All right.  Do

23  you see anything on that frame that identifies it as an

24  AR-10, AR-15 or AR-type?

25  A   No.

Page 150

1  Q   Do you know if that is an AR-10, AR-15 or

2  AR-type?

3  A   No.

4  Q   Thank you.  I'm going to hand you another

5  receiver.  Does it have a make and model on it?

6  A   I don't know if Maadi EE is it.

7  Q   Probably -- Yeah.  That's correct.  Go ahead.

8  A   Maadi EE, caliber .308.

9  Q   All right.  Is that particular firearm listed

10  as an AR-type or anywhere else on this list of Exhibit 7?

11  A   No.

12  Q   Is there anything on there that would indicate

13  that is an AR-10, AR-15 or AR-type, generally?

14  A   I don't see anything on it.

15  Q   I'll hand you the next item.  Does that have a

16  model number?

17  A   Model TGM-9.

18  Q   Has that got a manufacturer on it?

19  A   Yes.

20  Q   What's the manufacturer?

21  A   Benbow City Sports.

22  Q   Is that listed anywhere by name on the assault

23  weapons ban?

24  A   No, it's not listed in the Bs.

25  Q   All right.

Page 151

1  MR. WELLS:  Just for the record, Mr. Maag,

2  Benbow City Sports, that's your business; is that right?

3  MR. MAAG:  I do own Benbow City Sports, that's

4  correct.

5  Q   (By Mr. Maag) Will you hold onto that?  Do you

6  still have that Glock magazine?  Does the Glock magazine

7  fit that?

8  A   It does.  It locks into it.

9  Q   All right.  I'll hand you another receiver.

10  Is there a make and model on that?

11  A   Model M4E1.

12  Q   And is there a brand name?

13  A   Aero Precision.

14  Q   Is there anything marked on that or otherwise

15  that would indicate that that's an AR-type, an AR-10 or an

16  AR-15?

17  A   Not that I see.

18  Q   All right.  Do you see that receiver listed

19  anywhere on the banned list?

20  MR. WELLS:  Objection.  Form.

21  A   I don't see it in the As or the Ms.

22  Q   (By Mr. Maag) All right.  Do you know whether

23  or not those particular receivers are AR-15s or AR-10s or

24  AR-types?

25  A   No.

Page 152

1  Q   No, you don't know, or, no, they are not?

2  A   I do not know.

3  Q   All right.  Do you know if any of the parts

4  that are compatible with one of them are compatible with

5  another one of them?

6  A   Are you asking me between what's on the table

7  here, if they are interchangeable?

8  Q   Yeah.  Or do you believe any parts from which

9  you're looking at are potentially -- are any of the major

10  parts interchangeable?

11  MR. WELLS:  Objection.  Form.  Vague.

12  Q   (By Mr. Maag) I'll rephrase.

13  A   I do not know.

14  Q   We have an upper receiver for one of these

15  firearms that will fit on the Benbow City Sports lower

16  receiver; correct?

17  A   Correct.

18  Q   Will that fit on the Palmetto State Armory

19  lower receiver?  And if you want to remove the tag, feel

20  free, if you think that's going to matter.

21  A   Yeah.  It fits.  No, it does not.  It does not

22  make up.

23  Q   So there's a difference between the two lower

24  receivers that are larger?

25  A   Correct.

Matthew Wilson                                                                October 03, 2023

1    Q    You were asked about the AK-47.  Do you

2  recognize that part?

3    A    I think this is the gas piston and bolt.

4    Q    All right.  Are you familiar with the M1

5  Garand?

6    A    A little bit.

7    Q    Substantively, is there any difference that

8  you're aware of, other than the size, between the gas

9  piston and bolt on the AK-47 and the M1 Garand?

10       MR. WELLS:  Objection.  Form.

11       (The requested portion of the

12    record read by the reporter.)

13    Q    (By Mr. Maag) Garand, G-A-R-A-N-D.

14    A    I don't think that there is.  I think they

15  are -- what Russians do best, copy everybody else's stuff

16  and integrate it.

17    Q    Okay.  The M1 Garand, that would have been

18  developed before World War II?

19    A    I think so.

20    Q    And I think that you were asked about when the

21  AK-47 was designed.

22    A    Yes, World War II.

23    Q    So the Garand came first?

24    A    Yes.

25    Q    Based on your reading of this ban list, do you

1  know whether or not the M1 Garand is a copy, duplicate,

2  variant or altered facsimile with the capability of an

3  AK-type rifle?

4       (The requested portion of the

5    record read by the reporter.)

6    A    I don't think so.

7    Q    (By Mr. Maag) But do you know?

8    A    I do not know.

9    Q    You were asked about AR-types on the banned

10  list, do you remember that?

11    A    I do.

12    Q    Are you familiar with the Bushmaster ACR?

13    A    No.

14    Q    Are you familiar with the Beretta AR-70?

15    A    I can't remember.

16    Q    All right.  Are you familiar with all of the

17  firearms listed on the banned list?

18    A    Oh, no.

19    Q    Does the ban make reference to prohibiting a

20  semi-automatic rifle that has the capacity to have a pistol

21  grip?

22    A    Yes.

23    Q    I'm handing you a wooden stock.  What kind of

24  stock is that commonly called, what you're holding on to?

25    A    Pistol grip.

1    Q    If I were to represent to you that that stock

2  is for a U.S. carbine caliber .30 M1, would you have any

3  reason to dispute me?

4    A    No.

5    Q    Assuming that a semi-automatic rifle that has

6  the capacity to accept a detachable magazine and has a

7  pistol grip stock is prohibited under the ban, and assuming

8  that an M1 carbine is a semi-automatic rifle that has the

9  capacity to accept a detachable magazine, and assuming that

10  that is a factory M1 carbine stock, do you believe that the

11  M1 carbine would be banned under a plain reading of this

12  statute?

13       MR. WELLS:  Objection to form.  Compound.

14  Calls for a legal conclusion.

15    Q    (By Mr. Maag) You can answer.

16    A    The pistol grip, yes.

17    Q    Does that stock also have a shroud that

18  partially or completely encircles the bearer, allowing the

19  bearer to hold the firearm with a non-trigger hand without

20  being burned?

21    A    It does.

22    Q    Is there anything about that stock that is

23  novel or different from any traditional stock that has been

24  on the market in the United States well over a hundred

25  years?

1       MR. WELLS:  Objection to form.

2    A    I don't think so that.

3       MR. MAAG:  Nothing further.

4       MR. WELLS:  Can we switch again real quick?

5       MR. MAAG:  Sure.

6            EXAMINATION

7  QUESTIONS BY MR. WELLS:

8    Q    So, Mr. Wilson, Mr. Maag has just put various

9  items in front of you, including some magazines and some

10  receivers, and he's asked you questions about those; is

11  that right?

12    A    Correct.

13    Q    Are any of these items on this table yours?

14    A    No.

15    Q    You were shown various magazines, including a

16  Glock magazine.  Are you able to identify the Glock

17  magazine?

18    A    If you wish, you may take it.

19    Q    And you're handing it to me now; is that

20  right?

21    A    Assuming you would like to look at it.

22    Q    And you were able to identify on the Glock

23  magazine that it's manufactured by Glock; is that right?

24    A    Yes, it's stamped on there.

25    Q    And do you own any Glock firearms?

Matthew Wilson                                            October 03, 2023

Page 157

1    A   I do not.

2    Q   Okay.  But you do own a Beretta M-92; is that

3  right?

4    A   Right.

5    Q   And before you used a magazine in the Beretta

6  M-92, you would be sure to know that that magazine held

7  9-millimeter caliber ammunition; right?

8    A   Yes.

9    Q   And for any firearm that you used, you would

10  make sure that the magazine that you're using held the

11  right caliber of ammunition for that firearm; is that

12  right?

13   A   Yes.

14   Q   And for some of these magazines that you

15  looked at, there was no marking about caliber on them; is

16  that correct?

17   A   Some of them, yes.

18   Q   Would you ever purchase a magazine for a

19  firearm without knowing what caliber the magazine was for?

20   A   I think I have in the past.

21   Q   When?

22   A   Oh, man.  2006, maybe.

23   Q   Have you ever used ammunition in a firearm

24  where you weren't sure whether the ammunition was the right

25  caliber for the firearm?

Page 158

1    A   No.

2    Q   Turning back to this Glock magazine.  Do you

3  see how it's got markings that say four, five, six, seven,

4  eight, nine, 10, 11, 12, 13, 14, 15 on that?

5    A   I see that.

6    Q   And do you understand that this indicates how

7  many rounds can actually fit in this magazine?

8    A   Or how many left.

9    Q   Right.  But --

10   A   Yes.

11   Q   If you load it fully to 15, you understand

12  that this particular magazine can hold 15 rounds; is that

13  right?

14   A   Correct.

15   Q   Do you own an M1 carbine?

16   A   No.

17   Q   Have you ever owned an M1 carbine?

18   A   No, I've tried.

19   Q   You mentioned earlier when you were shown the

20  1911 frame and you were asked to insert a magazine into

21  it -- Can you find that magazine?

22   A   There it is.

23   Q   Okay.  So you were able to look at the

24  magazines on the table here and figure out which one would

25  fit into the 1911; is that right?

Page 159

1    A   Yes.

2    Q   Do you know whether that particular magazine

3  with it inserted into that firearm and the firearm fully

4  assembled, whether it would actually fire as you sit here

5  today?

6    A   I believe it would.

7    Q   Well, you would have to test it, though;

8  right?

9    A   Correct.

10   Q   And you haven't tested this magazine with this

11  particular frame for a 1911; is that right?

12   A   I have not.

13   Q   So is it fair to say you were speculating as

14  to whether or not this magazine would work in this 1911

15  frame when fully assembled?

16       (The requested portion of the

17  record read by the reporter.)

18   A   No, I believe it will work.

19   Q   But you're just speculating?

20       MR. MAAG:  Objection.  Asked and answered.  If

21  you really want, give me 30 minutes, I'll put it together

22  and we can test it out back.

23       MR. WELLS:  Counsel, you're not testifying.

24       MR. MAAG:  Object.

25   Q   (By Mr. Wells) You mentioned a Colyer clip

Page 160

1  earlier; is that right?

2    A   Yes.

3        MR. MAAG:  It's the shinier one.

4    A   This one, there.

5    Q   (By Mr. Wells) So when I said Colyer clip,

6  with Mr. Maag's assistance you were able to identify which

7  magazine that was?

8    A   After I could read it, yeah.

9    Q   And on that particular magazine, the caliber

10  was marked; is that right?

11   A   You're right.  It was.

12   Q   When you attached the 1911 to the buttstock

13  and Mr. Maag asked you whether that's a rifle, now, why did

14  you say that it's a rifle?

15   A   Because it has a stock affixed to it.

16   Q   Why does that make it a rifle?

17   A   I believe the ATF defines it that way.

18   Q   So you're familiar with the ATF regulations?

19   A   Not all of them.

20   Q   But at least some of them?

21   A   Yes, a few.

22   Q   So you recognize under ATF regulations that

23  this would be a short-barreled rifle; is that right?

24   A   Yes.

25   Q   And that would be regulated under federal law

Matthew Wilson                                      October 03, 2023

Page 161

1  in a specific way; is that fair to say?
2         MR. MAAG:  Objection.  It would depend on the
3  length of the barrel.
4      Q    (By Mr. Wells) Do you agree with that?
5      A    Yes, sorry.  I'm imagining it and it messes
6  with my head.  Yeah.  He's right.  The length of the
7  barrel.  I didn't consider that.  But, yeah, it's a
8  short-barreled rifle.
9      Q    So without having the barrel inserted, you
10 can't tell today whether it's a short-barreled rifle under
11 ATF regulations?
12     A    Oh, it is, because I've seen all the parts.
13     Q    You have seen all the parts?
14     A    Yeah.
15     Q    When did you see them?
16         MR. MAAG:  We can stipulate it's a registered
17 short-barreled rifle frame.
18     A    I think January.
19     Q    (By Mr. Wells) Okay, so -- But as you sit here
20 today, you can't tell based on that whether it's a
21 short-barreled rifle as it's constructed right now?
22         (The requested portion of the
23     record read by the reporter.)
24     A    It is a short-barreled rifle.
25     Q    (By Mr. Wells) There's no barrel on it,

Page 162

1  though; right?
2      A    Correct.
3      Q    So you can't really call it a short-barreled
4  rifle at this point without knowing actually how many
5  inches the barrel is; is that right?
6      A    I would agree with you, but I have seen the
7  barrel that goes with this gun.
8      Q    Where have you seen it?
9      A    At Benbow City Sports.
10     Q    Is that Mr. Maag's firearm business?
11     A    Correct.
12     Q    Have you been a customer of Mr. Maag's firearm
13 business?
14     A    I have.
15     Q    On how many occasions have you been a customer
16 of Mr. Maag's in his firearm business?
17     A    Four times.
18     Q    And what have you purchased on those four
19 occasions?
20     A    A Beretta -- What's that thing called?
21 Tomcat.  Dan Wesson .357.  I don't remember the others.
22     Q    Over what time period have you been a customer
23 of Mr. Maag's firearm business?
24     A    I think the last three years.
25     Q    Approximately how much money have you spent on

Page 163

1  firearms and firearms products at Mr. Maag's business, his
2  firearms business?
3      A    I don't know.
4      Q    Would you say it's over a thousand dollars?
5      A    Oh, yeah.
6      Q    Would you say it's over $5,000?
7      A    I don't think so.
8      Q    So you would say it's between 1,000 and
9  $5,000?
10     A    I think so.
11     Q    So you have spent approximately between 1 and
12 $5,000 at Mr. Maag's firearm business; is that right?  Over
13 the last three years?
14     A    Yes.
15     Q    Mr. Maag showed you a variety of different
16 receivers.  Do you recall that?
17     A    I do.
18     Q    And those receivers are in front of you here
19 on the table; is that right?
20     A    Yes.
21     Q    Have you ever personally purchased a receiver
22 for a firearm by itself?
23     A    I think so.
24     Q    When did you make that purchase?
25     A    January.

Page 164

1      Q    What did you purchase?
2      A    I don't remember exactly what they were.
3      Q    What they were?  Was there more than one?
4      A    Yes.
5      Q    Approximately how many receivers did you
6  purchase in January this year?
7      A    Two.
8      Q    Do you remember any other information about
9  what kind of receivers those were?
10     A    No.
11     Q    Why did you purchase them?
12     A    They were on sale.
13     Q    Where did you purchase them from?
14     A    From Mr. Maag at Benbow City Sports.
15     Q    Were they custom-built receivers?
16     A    No.
17     Q    Do you know who the manufacturer of the
18 receivers were?
19     A    I don't remember.
20     Q    Other than purchasing two receivers in January
21 of this year from Mr. Maag, have you ever purchased
22 receivers by themselves at any other time?
23     A    I don't remember.
24     Q    So as you sit here today, the only time that
25 you can remember purchasing receivers only is those two

Matthew Wilson                                                    October 03, 2023

Page 165

1  receivers that you purchased from Mr. Maag in January of
2  this year; is that fair to say?
3     A   Yes.
4     Q   You mentioned -- You were asked about a bolt
5  for the AK-47.
6          MR. MAAG:  Right in front of you.
7     (By Mr. Wells) Oh, right there.  Sorry.
8  Thanks.  Do you recognize this?
9     A   I do.
10    Q   Before when I asked you if you had ever held
11 an AK-47, you said that you had not; is that right?
12    A   Right.
13    Q   But you were still able to recognize this as
14 an AK-47 bolt?
15    A   Yeah.
16    Q   And how?
17    A   The videos that tore them down and put them
18 back together and -- oh, you remember R. Lee Ermey?
19    Q   Yes.
20    A   He had -- He had a side-by-side episode and
21 they tore that down and put it back together.
22    Q   Was it this very bolt?
23    A   I don't know if it's specifically the one in
24 your hand.  No, I don't think so, but it was that.
25    Q   So you are basing your knowledge of what this

Page 166

1  is based on a visual comparison of a video you saw on
2  YouTube involving R. Lee Ermey?
3     A   I don't think it was YouTube.  I think it
4  was -- What was his show's name?  I think it was Locked and
5  Loaded [sic] with R. Lee Ermey, I think.  I think it was on
6  The History Channel.
7     Q   So you were basing your assessment of what I'm
8  holding in my hand being a part for an AK-47 based on a
9  program that you watched on The History Channel with R. Lee
10 Ermey as the host; is that right?
11    A   Yes.
12    Q   And that's -- Were you basing it on anything
13 else?
14    A   No.
15    Q   Have you ever taken this part and put it in an
16 AK-47 or combined it with other parts to assemble an AK-47
17 and fired it?
18    A   I don't think so.
19    Q   So you -- As you sit here today, you don't
20 know whether this particular part would actually function
21 if assembled with other AK parts into an AK-47?
22    A   Correct.
23    Q   And you mentioned earlier that the M1 Garand,
24 you're not sure whether or not that would be classified as
25 an AK-type; is that right?

Page 167

1     A   Correct.
2     Q   Do you agree that the first AK-type was the
3  AK-47; is that right?
4          MR. MAAG:  Calls for speculation.
5          (The requested portion of the
6  record read by the reporter.)
7     A   That would be one way to look at it.  That
8  would be one way to look at it.
9     Q   So you agree?
10    A   I guess, yes.
11    Q   And the 47 in AK-47 refers to 1947; right?
12    A   It may.  I can't remember if he developed it
13 during World War II or after.
14    Q   Because World War II ended in 1945; right?
15    A   Right.
16    Q   And the M1 Garand was the standard-issue
17 infantry weapon in World War II for the United States;
18 right?
19    A   I don't know.  There was a lot of guys with
20 Tommy guns.
21    Q   How about D-Day, are you familiar with D-Day?
22    A   Yeah.
23    Q   When the soldiers were getting off the boats,
24 American soldiers, were they carrying M1 Garands?
25    A   I believe they were.

Page 168

1     Q   And D-Day was in 1944; right?
2          MR. MAAG:  Objection.  Vague.  D-Day?
3     (By Mr. Wells) D-Day, June 6th, 1944, invasion
4  of Normandy, you're familiar with that?
5     A   I am.
6     Q   The invasion of Normandy, where U.S. troops --
7     A   Stormed the beach.
8     Q   -- stormed the beaches at Normandy, they were
9  carrying M1 Garands; right?
10    A   I believe many of them were.
11    Q   And that was 1944?
12    A   Yes.
13    Q   And prior to that, the U.S. had been involved
14 in World War II; is that right?
15    A   I don't know how to answer that.  I mean, I
16 know they were involved in the Lend-Lease program, but I
17 don't know exactly how many boots were on the ground prior
18 to D-Day.
19    Q   Do you have any understanding as to whether or
20 not American soldiers were carrying the M1 Garand in battle
21 in World War II prior to June 6th, 1944?
22    A   I think they were carrying them in the African
23 campaign.
24    Q   And that would have been in 1943, for
25 instance; is that right?

Page 169

1    A   Yes.

2    Q   And 1942?

3    A   I don't remember all the dates.

4    Q   And the M1 Garand was developed in the 1930s;

5   right?

6    A   I don't remember.

7    Q   Okay.  But you were aware that it was

8   developed before World War II started; right?

9    A   Yes.

10   Q   And the United States didn't get involved in

11  World War II until December 7th, 1941, Pearl Harbor; right?

12   A   I don't think we put boots on the ground until

13  that day.

14   Q   So if the AK-47 was developed in 1947, that

15  would have been after the M1 Garand; is that right?

16   A   Correct.

17   Q   So there were changes between the M1 Garand

18  and the AK-47; is that right?

19   A   Yes.

20   Q   AK-47 as originally designed by Kalashnikov

21  was a fully automatic rifle; is that right?

22   A   Yes.

23   Q   And the M1 Garand was a semi-automatic rifle;

24  is that right?

25   A   I'm not sure.

Page 170

1    Q   So you don't know whether --

2    A   Yes, they were.

3    Q   -- M1 Garand --

4    A   Because the click, click, click, click, ping,

5   reload.

6    Q   So the M1 Garand was a semi-automatic rifle,

7   correct?

8    A   Yes.

9    Q   And the M1 Garand used a fixed internal

10  magazine or -- with a clip; is that right?

11   A   Right.

12   Q   And in fact, the M1 Garand was subsequently

13  replaced by fully automatic firearms in the U.S. military;

14  correct?

15   A   Yes.

16   Q   And part of the reason that the U.S. military

17  replaced the M1 Garand was to match the fully automatic

18  capability of the AK-47; is that right?

19       (The requested portion of the

20    record read by the reporter.)

21   A   I think you're right.

22   Q   (By Mr. Wells) Were the receivers that you

23  purchased from Mr. Maag in January of this year, did you

24  purchase those before or after January 10th, 2023?

25   A   Before.

Page 171

1    Q   Before?

2    A   (Witness nods head affirmatively.)

3        MR. WELLS:  I don't have any further questions

4   at this time.  Subject to my prior objections.

5        MR. MAAG:  I don't think I have any further.

6        Do you want to read this, look for typos, or

7   do you want to waive signature?  You can't change your

8   answer, but you can correct typos.

9        THE WITNESS:  I waive signature.

10       MR. WELLS:  Let the record reflect that the

11  witness waived signature.

12       THE VIDEOGRAPHER:  This ends the

13  video-recorded deposition of Matthew Wilson.  We are going

14  off the record.  The time is now is 1:52.

15       THE REPORTER:  Transcript orders?

16       MR. MAAG:  E-tran.

17

18       SIGNATURE WAIVED, BY AGREEMENT OF COUNSEL

19  AND WITNESS.

20

21       (Deposition was adjourned at 1:52 p.m.)

22

23

24

25

Page 172

1              CERTIFICATE OF REPORTER

2

3        I, Jamie Jo Kinder, CCR No. 842, CSR No.

4   084.003306, do hereby certify that the witness whose

5   testimony appears in the foregoing deposition was duly

6   sworn by me; that the testimony of said witness was taken

7   by me to the best of my ability and thereafter reduced to

8   typewriting under my direction; that I am neither counsel

9   for, related to, nor employed by any of the parties to the

10  action in which this deposition was taken, and further that

11  I am not a relative or employee of any attorney or counsel

12  employed by the parties thereto, nor financially or

13  otherwise interested in the outcome of the action.

14

15       _____

16       Certified Shorthand Reporter

17

18

19

20

21

22

23

24

25

**$**

**$12.09**  64:19

**$5,000**  163:6,9,12

**(**

**(a)(1)(a)**  97:18

**1**

**1**  20:24,25 21:6
27:20 92:15
112:14,15 121:5,6
163:11

**1,000**  163:8

**1.9**  100:13,18
106:15

**1.9A2C**  107:23

**10**  13:17 49:15
53:15 58:15,19
59:23 60:13 61:3
81:5 107:12
111:22,24 112:2,
3,15 121:4 122:3
128:16,19,21
158:4

**10-round**  52:24
53:10,18,23,24
54:2,11 81:9
125:25

**100**  40:22 42:4,8

**102-1116**  11:1,9

**1022**  22:2

**10th**  60:3 94:20
123:15,21 124:5,
6,14 126:22 135:9
170:24

**11**  35:8 131:10,13,
22,23 133:7
134:16 135:18

136:4 137:5,15
158:4

**114th**  31:8 55:19
56:4 59:15

**117-1**  34:6

**11:10**  75:19

**11:18**  75:22

**12**  95:10,17,22
96:1 97:25 98:4
158:4

**12-gauge**  39:7

**12:25**  119:10

**12:31**  119:13

**12:57**  133:24

**12:59**  134:2

**13**  96:1,24 158:4

**14**  27:25 158:4

**141**  93:6

**15**  12:1 13:16 17:6
20:8 26:10 35:8
48:5,6,8 51:16,23
52:3,21 59:23
61:3 80:16 93:20
95:24,25 96:12,15
110:11 111:5
114:25 115:8
142:18 143:1
158:4,11,12

**15-round**  48:9
52:12 61:6 80:7

**15.0**  116:15

**153**  55:24 56:3

**15981**  144:10

**15th**  93:21

**16**  35:10

**17**  99:7 101:2

**1746**  21:7

**18**  51:21 52:8
99:8,13

**18-round**  52:13

**1800s**  137:3

**19**  28:5 101:13,16
103:7,18,23

**1911**  147:20
148:1,2 158:20,25
159:11,14 160:12

**1930s**  169:4

**1941**  169:11

**1942**  169:2

**1943**  168:24

**1944**  168:1,3,11,
21

**1945**  167:14

**1947**  167:11
169:14

**1950s**  84:22 85:1

**1960s**  89:7

**1978**  15:3

**1980s**  65:8,18,25

**1990**  66:13

**1990s**  69:16,18

**1999**  67:16 69:13
70:3

**19th**  27:21 121:4
126:16 137:2

**1:07**  140:16

**1:08**  140:19

**1:52**  171:14,21

**1st**  7:9

**2**

**2**  33:8,12 34:4
49:18 61:18 65:3,

4 67:2 68:24 73:7
74:13 76:2,3 95:8
102:8 111:23
134:4 137:19,25

**2-2-5**  92:16,17

**20**  58:15 104:2,5,
6,13,15,19,20
105:4,16 106:1,
11,23 107:5,11,16

**2003**  77:12

**2006**  75:2 157:22

**2009**  8:9

**201**  5:17

**2015**  17:9

**2023**  5:11 27:21
60:13 94:20
107:12,20 123:16,
22 124:5,6,14
126:16,22 132:23
135:9 170:24

**20th**  136:23 137:1

**22**  43:25 44:5,10
111:5 113:24,25
114:2,12,15,18

**225**  92:15

**22s**  44:13

**23**  61:17 95:9

**23-cv-0029**  34:6

**23-cv-192-spm**
6:13

**24**  25:15

**243**  146:14

**27**  36:1 61:16 95:9
107:20

**27th**  66:16 73:7
99:8 111:23 134:4

**28**  21:7

**2A2**  100:18

Matthew Wilson
October 03, 2023Index: 3..addition

**3**

**3** 41:1,3,8

**30** 61:4 155:2 159:21

**30-round** 59:23

**300** 45:7

**308** 38:4,9 94:1,3, 8 146:14 150:8

**33** 19:18,19 73:5,6

**33-round** 19:22

**338** 42:21 43:12, 15 44:2,4,9,12 45:8

**357** 162:21

**35_alpha** 145:23

**363** 59:10,11,14

**37** 110:7,8

**381517** 149:17

**39** 132:12

**3:23-cv-209-spm** 5:14

**3rd** 5:11 15:3

**4**

**4** 48:12,14,16,21 50:25 54:7

**4-0** 73:21,22

**4-inch** 51:18

**40** 73:20 74:13

**41** 111:8

**410** 18:16

**42** 134:9,14,15,17 135:3,4,18 136:3 137:5,15

**43** 34:8 101:23 102:8,19 103:19 110:20,21,25 111:18 134:9,14, 15,17 135:3,4,18 137:19,25

**47** 167:11

**5**

**5** 55:15,18 56:4 59:15

**5.56** 37:20 39:14 45:14 58:21,25 117:9

**5/24-1.9** 97:17

**5/24-91A1** 97:3

**50** 11:21 12:12,13, 15 39:6,9

**500** 12:14

**50s** 26:6,8,16 83:25

**51** 38:5 90:21,22

**54** 38:5,9

**556** 41:16,17 42:1

**556-millimeter** 41:18

**56** 124:23

**57** 83:11

**5900** 67:3 68:25 69:5,9,21,25

**5G** 50:5

**6**

**6** 87:7,10 92:18 109:20

**6.5** 42:19

**6/27/23** 34:7

**609** 20:5

**6A** 62:1 65:4 66:16

**6B** 67:1 68:23 69:15

**6C** 70:9 76:3,11 78:6

**6D** 78:11

**6th** 168:3,21

**7**

**7** 97:13,16 100:12 106:15 107:23 108:12 125:1 149:19 150:10

**7.62** 58:21,22,25 114:5,6 127:6 132:12

**720** 97:2,17

**75** 45:5 62:1 64:15,20,25 65:9

**76** 38:4

**762** 38:5,7,9 56:17

**7th** 169:11

**8**

**8** 115:18,21

**80** 25:9,10

**8th** 132:23

**9**

**9** 119:15,17,20

**9-bolt** 82:19

**9-millimeter** 37:20 39:13,14 40:8,11, 14 42:7 44:19 45:15 46:2 67:6 72:16,20,23 146:6

**157:7**

**92A** 13:15 23:1

**97** 16:17 68:3

**9:40** 5:1,12

**9C** 70:8

**A**

**A-R** 85:3

**a.m.** 5:1

**A2** 100:18

**ability** 10:18,22

**absent** 7:16 27:17

**accept** 45:20 155:6,9

**accessorizing** 89:22

**accidentally** 76:22

**accuracy** 25:25

**accurate** 42:9 58:7 143:21

**acknowledge** 96:2

**acquire** 75:15 93:22 123:16,18 124:7,15 135:10

**ACR** 154:12

**acres** 25:9

**Acronym** 11:4

**act** 11:1 96:5,17

**action** 6:23 24:8,9 100:22 106:20

**actual** 36:17

**add** 7:11 23:18 118:23

**added** 82:10

**addition** 45:17 101:16 103:11

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

**additional** 6:22
57:10 139:8

**address** 14:25

**adjourned** 171:21

**adjusted** 82:5

**admittedly** 91:6

**adopted** 41:24

**advance** 124:10

**advertise** 47:19

**advertised** 47:18
81:3

**advertisement**
130:14

**advertises** 82:6

**advertising** 47:24
132:1,3

**advised** 76:18

**advises** 77:10

**Aero** 151:13

**affect** 10:18
132:24

**affects** 44:16

**affidavit** 34:5
49:20,24 60:25
61:17 69:21,25
106:3 107:21
111:23 134:5

**affirmatively**
10:15 19:20
28:12,17 34:11
171:2

**affixed** 160:15

**afford** 138:3

**affordable** 74:8,15

**African** 168:22

**aftermarket** 81:13,
14 126:1

**age** 8:1 27:25

**agree** 37:16 44:15
46:4,17,18,21,24
47:2 48:4 74:20,
22,25 76:25
84:10,24 96:23
97:24 98:14
106:22 116:22
122:20 123:5,9
127:16 129:20
131:21 161:4
162:6 167:2,9

**agreeable** 139:14

**AGREED** 5:2

**AGREEMENT**
171:18

**ahead** 11:19 16:4
20:23 46:7 64:7
71:21 144:19
150:7

**airplane** 14:8

**AK** 27:7 122:15,18
125:20 126:9
130:7,9,12,20
131:3,5 132:22,25
133:3,10,14
138:10,15 166:21

**AK-47** 122:8,15,20
123:7,11 127:7,
19,23 129:2,7,11,
21 130:2,6,7,13,
24 131:6,18
132:14,17 133:21
138:5 153:1,9,21
165:5,11,14
166:8,16,21
167:3,11 169:14,
18,20 170:18

**AK-47S** 122:7
123:1

**AK-56** 124:20

**AK-74** 124:17

**AK-P** 130:15,18,23
131:2

**AK-TYPE** 13:24
109:22 112:1,18,
21 121:12,20
123:13,16,18,22
124:3,7,15 125:13
131:23 132:3,8
138:7 154:3
166:25 167:2

**AK-TYPES** 125:4,
10

**AKS** 14:3 132:25

**alcohol** 10:21

**allowed** 11:25
13:17 18:4 60:10
139:22

**allowing** 155:18

**Alpha** 144:10

**altered** 154:2

**ambiguity** 35:12

**Amendment** 6:23
20:16,18 139:7

**American** 29:24
41:23 75:25 88:7,
16 167:24 168:20

**ammunition** 12:12
28:8 37:25 39:23,
25 40:14 42:2,7,
19 44:19 47:17
80:12 81:2 114:6
157:7,11,23,24

**amount** 43:19

**animal** 84:23

**animals** 14:7

**answers** 9:16

**Anton** 122:17

**anymore** 31:15
52:9 60:19

**anyone's** 79:13

**apologize** 10:17
68:11

**appeals** 25:23

**appearance**
117:18,19

**appears** 104:14

**Appendix** 92:15

**apples** 39:5

**applied** 17:2

**apply** 18:13 80:7

**approximately**
17:4 162:25
163:11 164:5

**April** 126:18,19

**AR** 29:17,19,20
82:6 85:7,16 86:2,
7,18,24 89:7,15,
16,17,18,19
90:11,13,16,23
91:9,13,18,20
92:12,19 93:5,18
94:9 96:17,19
100:3 109:11
117:18 118:1,5,9,
12,14,17,24 119:1

**AR-10** 24:20 25:1,
5,22 26:2,23
93:23,25 94:4,9,
12 129:1 149:24
150:1,13 151:15

**AR-10S** 151:23

**AR-15** 23:24 24:2,
3 26:17,21 27:10,
14,17 37:20
39:14,15 45:14
82:2 83:3,8,9,13
84:6,10,17,20
86:13,18,19,21
93:4,17 94:12
98:15 101:17

103:12 104:8,16,
17,20 105:4,13,17
106:1,7 116:14,
18,23 117:1
118:20 119:4,6,23
129:1 149:24
150:1,13 151:16

**AR-15.COM** 30:6

**AR-15S** 87:11
92:18 151:23

**AR-24** 65:8 66:15,
17,22,24

**AR-5** 98:25 99:4,9,
16,23 100:3,8
101:1

**AR-7** 94:14,16,19,
24 95:2,11 96:3,4,
8,23 97:21,24
98:11,14,19,22

**AR-70** 154:14

**AR-STYLE** 89:5,
10 90:4,25 91:3
117:9,14

**AR-TYPE** 13:23
14:10 26:2,11,20,
23 81:20 82:12
93:9,13 96:7,9,11
99:24 109:19,24
111:1,15,19,20
112:1,18,21
113:1,4,17,21
114:1,4,7,11,19
115:2,9 120:22
121:12,21 122:1
148:19 149:19,20,
24 150:2,10,13
151:15

**AR-TYPES**
108:13,20 109:1,
8,17 110:3,5
111:10 121:2
151:24 154:9

**Armalite** 26:10

65:9 66:17,20
82:2 85:14 93:19
111:5 113:24,25
114:12,15,18

**Armory** 78:12
79:24 80:4 82:19
128:1,3,7,10,13,
22 130:6 131:15
149:12,21 152:18

**Armory's** 130:23

**Arms** 98:22
132:21,22

**ARS** 89:22,25 90:7
92:1,5,24,25
120:2,14,15

**article** 92:2

**articles** 32:13

**ARX** 40:22 42:4,7

**aspect** 132:16

**assault** 96:25
100:9,19 101:6
106:18 107:5
150:22

**assemble** 166:16

**assembled** 147:11
148:14 149:8,9
159:4,15 166:21

**asserting** 20:17

**assessment** 166:7

**assistance** 160:6

**assistant** 88:7

**associate's** 14:18,
19,24

**associates** 139:25

**Association** 88:6

**assume** 7:19 9:22
60:22 64:17
139:19 142:2

**assuming** 53:3,11
90:5 118:19
142:18 143:1
148:14 155:5,7,9
156:21

**ATF** 160:17,18,22
161:11

**attach** 148:13

**attached** 160:12

**attaching** 148:13

**attachment** 63:6,
8,18,19,20 64:14
116:14

**attention** 21:18
34:3,7,25 35:3
41:7 49:17 50:24
54:5 55:24 56:3,9
59:16 61:16,25
62:11 65:2 67:1
68:23 70:7 73:10,
19 78:10 87:25
89:3 90:9,20,22
91:5 92:14 95:7,
24 97:17 99:7
100:11,15 101:13,
22 106:14 108:11,
12 111:22 117:5,
22 118:10 119:22
121:3 125:1
129:23 130:1,21
131:17 132:10,19
133:6 134:4

**attorney** 11:14
12:22 13:22 17:15
21:17

**attorneys** 5:20

**audio** 9:2

**author** 88:2 92:23
118:9

**automatic** 137:14,
22 169:21 170:13,
17

**avoid** 57:13

**aware** 43:15 50:21
65:24 66:12 68:4
75:1,2 77:9 82:21
91:25 92:5,8 99:9
113:15,19 142:15
153:8 169:7

**awesome** 43:14

---

**B**

**bachelor's** 14:17

**back** 6:24 13:4
23:10 26:5,8,16,
22 33:12,15 49:17
59:2 61:16,23
63:2 65:2 68:18,
23 75:22 76:1,2,3
77:7,14 80:18
81:16 84:25 91:8
95:9 98:5 103:9
106:14,15 112:13
119:13 121:3
124:25 134:2,4,
20,21 139:7
140:19 158:2
159:22 165:18,21

**background** 14:13

**bad** 17:12 24:24
26:14 39:17,20
69:4 87:24 127:15

**balance** 138:17

**ban** 150:23 153:25
154:19 155:7

**bang** 147:15

**bankruptcy** 66:12

**banned** 151:19
154:9,17 155:11

**banner** 128:24

**Barnett** 5:13 6:23

**barrel** 38:22 39:1
57:2,3,15,16 72:8

148:15 161:3,7,9, 25 162:5,7

**based** 46:11 52:1 66:2 96:11,15 153:25 161:20 166:1,8

**basic** 70:11 76:5

**basing** 131:25 165:25 166:7,12

**basis** 20:14 77:22

**bathroom** 10:9

**battle** 168:20

**beach** 168:7

**beaches** 168:8

**bearer** 155:18,19

**beautiful** 118:1

**beauty** 133:11

**beginning** 23:2 139:4,16

**behalf** 5:22,24 6:1 8:2

**Belgian** 105:20

**believes** 92:23 118:9

**belong** 35:16

**Benbow** 150:21 151:2,3 152:15 162:9 164:14

**benefit** 16:21

**Beowulf** 12:15

**Beretta** 13:15,17 23:1 37:19 39:13 40:7,10,13,14,22 41:9 42:2 45:15, 25 78:14,16 79:24 80:4 154:14 157:2,5 162:20

**Bible** 31:5,8,9,11 55:19,21 56:4

59:9,15 87:11,16, 19 92:18

**bicycling** 18:24

**bird** 43:25

**birth** 15:2

**bit** 14:12 18:23 28:9 51:4 83:1 153:6

**black** 12:16 128:24

**blanket** 82:12

**blue** 62:13 73:6

**blunt** 15:23

**BMG** 11:21 12:12, 13 39:6,9 134:25 136:15,16

**boats** 167:23

**Bob** 91:24

**bolt** 24:9 40:4 64:2 101:3 102:9,10, 11,12 106:20 107:21,22 153:3,9 165:4,14,22

**bolt-action** 99:14, 17,19 101:18 102:2,15 103:12, 13,16,24,25

**bolt-pump** 100:21

**bolted** 63:9,22

**bombarded** 120:4

**Bond** 48:25

**book** 55:6 87:13 88:24 89:5,14

**books** 28:23,24 32:13

**boots** 168:17 169:12

**born** 137:2

**bottom** 21:13 34:12 41:10 50:5 52:23 53:6 55:25 56:8,12,14 74:10, 13 95:25 100:13 102:12 115:22 118:11,23 119:24 131:15 132:11,20 134:13 141:15 146:5

**bought** 123:24

**bow** 45:6

**boxes** 44:13 139:18 140:6

**brand** 151:12

**brands** 130:8

**break** 10:7,9,14 42:16 54:21 74:3, 6 75:17,20 115:12 119:8,11 133:22, 25 140:17

**Bridgeport** 78:23

**briefly** 92:19

**broad** 11:19 81:24,25

**brought** 35:15 139:17 140:9

**Browning** 134:24 136:15,17,22,25

**Bs** 150:24

**build** 29:17,19 91:18 92:5

**building** 43:25 44:1

**builds** 25:24 91:20

**built** 91:25 92:12

**bullet** 38:19,20,23 39:2,3

**bunch** 127:11

**burned** 155:20

**Bushmaster** 154:12

**business** 15:8 20:20 29:3 33:3 66:10 93:15 151:2 162:10,13,16,23 163:1,2,12

**businesses** 15:12

**buttstock** 57:24, 25 105:9 160:12

**buy** 12:1,16,18 47:5,15 60:5 64:19 80:16 81:5 99:4 137:24

**buying** 80:10,15, 25 81:4 82:8,9 126:24 128:9

---

**C**

---

**Caleb** 5:13

**caliber** 25:22 36:12,14,22 37:4, 9,20,25 39:23 40:10,18 41:14, 19,20,21,24 42:1 43:13,21,23 44:15 45:12,13,17 47:16 56:19,20 59:1,7 72:1,3,6,14,17,20, 23 73:1,13,17,24 74:1,8,15,21,23 80:12 81:2 86:4 114:10 127:5,7,22 132:12,14,16 138:18 146:14 150:8 155:2 157:7,11,15,19,25 160:9

**calibers** 42:14 43:18

**California** 53:16,

17,21

**call** 41:23 56:19
57:18 71:19 84:19
162:3

**called** 46:5,19,22
56:20 63:11 71:7,
13 84:10,17 97:6
99:9 109:19 115:1
126:8 154:24
162:20

**calling** 120:22

**Calls** 29:21 101:7
107:7 109:2
155:14 167:4

**Camp** 67:6,11,15,
20,22,24 68:12
70:3

**campaign** 168:23

**capability** 154:2
170:18

**capacities** 59:22

**capacity** 12:25
19:7 36:21 47:23
48:1 51:13,18
52:8 59:19 80:7
154:20 155:6,9

**capital** 97:3

**capital--** 100:18

**capturing** 91:8

**carbine** 72:3,6,9,
17 111:5 113:24,
25 114:12,15,18
142:10,14,16
155:2,8,10,11
158:15,17

**carbine-style**
72:18

**carbines** 73:13,17
74:17,21,24

**card** 16:13,15,18,
21,23

**Carden** 5:19

**care** 21:3 25:18
36:11

**Carmel** 14:15

**Carolina** 145:12

**carry** 16:23 17:22,
25 18:3,7,9,14,20
19:2,5,16,17,23,
24 20:2,4,6 32:3

**carrying** 19:2
167:24 168:9,20,
22

**cartridge** 45:21

**cartridges** 74:17

**case** 5:14 6:9,13
8:13,19 34:5 36:6
49:13 126:16
139:6

**catch** 63:12,14,18
64:10,14,24

**categorized**
125:13

**category** 46:4,19,
21 132:17

**CCR** 5:5

**century** 136:23
137:1,3

**cetera** 7:18

**chair** 68:18

**challenged** 96:5

**challenging** 10:25

**chamber** 48:3,10

**chambered** 74:17
94:6

**chambers** 94:3

**change** 82:25
139:14 171:7

**changed** 82:10

83:25 124:2,5

**changing** 98:10

**Channel** 166:6,9

**chapter** 90:11,12,
18,19

**chapters** 89:21

**characteristics**
105:23

**characterized**
111:1,19

**cheap** 57:12 94:5,
6

**cheated** 41:5

**China** 146:20

**Chinese** 127:11

**choice** 124:8,9

**choices** 120:4
121:2

**choose** 73:3
120:2,13 124:11

**chose** 140:7

**Chris** 68:16

**Christopher** 5:22

**circle** 38:25

**Circuit** 139:7

**circumstances**
10:3

**cited** 70:6

**City** 150:21 151:2,
3 152:15 162:9
164:14

**claim** 12:24 13:2,
13,25

**claims** 6:8,21,23
11:15 12:23 13:21
139:6,8

**clarify** 9:24 17:15

23:15 57:1 93:17
139:15

**classified** 115:8
166:24

**clean** 9:17 17:11

**clear** 17:18 147:10

**click** 170:4

**client** 17:16

**Cliffsnotes** 55:22

**clip** 146:12 159:25
160:5 170:10

**clone** 65:9

**close** 38:12,21,22
39:2 58:5 96:7
112:25

**CMR-30** 22:14,19

**coffee** 31:15

**Collect** 95:4

**collection** 116:4

**College** 14:15
29:1

**Colt** 83:15 84:8

**Columbia** 145:12

**Colyer** 146:12
159:25 160:5

**combinations**
11:23

**combined** 166:16

**comfortable** 55:3

**commenced** 5:1

**comment** 109:7
118:22 133:8

**common** 14:5
27:22 28:4 58:25
59:5 71:15,16,18
72:23 73:1 127:22
129:10,21

**commonly** 42:14 154:24

**Communities** 11:1

**compact** 51:10,22 52:3,11 53:7,25 72:12,13 74:8,15

**companies** 98:18

**company** 8:20 21:22 98:22 115:15 136:25

**compare** 26:5

**compared** 20:2 45:14 74:16

**comparing** 14:8 39:5 45:12

**comparison** 146:23 166:1

**compatible** 141:25 142:4 152:4

**Competition** 22:2

**complete** 89:5 130:7

**completely** 10:19 13:18 108:22 155:18

**compliance** 53:11, 12

**complication** 9:7

**comply** 57:14 60:24

**compound** 115:3 141:20 155:13

**comprehensive** 90:24

**concealed** 16:23 17:22,25 18:3,7, 14 19:2,17,22,23 20:6 32:3

**concern** 36:1

**concerned** 86:5, 11 148:23

**conclusion** 73:22 74:14 101:8 107:8 109:3 142:21 155:14

**conditions** 122:13

**conducted** 140:8, 9

**confused** 100:2 105:20 109:25

**confusing** 14:11

**confusion** 103:21

**connecting** 87:4

**conned** 43:2

**considered** 18:23, 24 72:11 126:24 135:1

**consolidated** 6:23

**constitutionality** 10:25

**constructed** 50:17,19 161:21

**consulted** 77:21

**contents** 90:10

**context** 69:24 90:6 92:25 116:3

**continuing** 108:24

**contract** 8:15

**control** 68:8

**converted** 126:4,5

**convicted** 15:25

**cool** 55:1 134:15, 17

**copies** 31:11 55:21

**copy** 25:25 55:20 153:15 154:1

**corner** 41:12 56:12 59:16

**correct** 6:12 19:25 23:13,18 27:1 37:17,21 39:15, 17,24 40:25 42:6, 8 47:24 52:18 56:6,22 59:1 62:20 66:18 67:16 69:6,8 73:18 80:13,17 81:6 95:23 96:22 97:1 98:9 103:25 109:22 111:3,7,16 113:1,2 121:9 123:2 125:8 127:21 129:8,21 131:9 135:8 136:12 137:13 147:13 150:7 151:4 152:16,17, 25 156:12 157:16 158:14 159:9 162:2,11 166:22 167:1 169:16 170:7,14 171:8

**corrections** 30:20

**cost** 135:18

**counsel** 5:3 159:23 171:18

**count** 93:7 129:24

**counted** 93:6

**country** 127:9,23

**couple** 12:21 31:14 126:3 130:22

**court** 5:15 6:15,24 9:12,20 16:22

**courtesy** 10:11

**covered** 12:21

96:16 98:11 100:8

**COVID** 94:23,25 95:3

**creation** 123:7

**credit** 17:20

**crime** 15:25 16:3

**crimp** 62:23

**Croatian-made** 78:12

**CSR** 5:5

**current** 14:25 88:23 90:25

**custom** 91:25 92:5

**custom-built** 91:9, 12 164:15

**customer** 76:14, 18 77:9 162:12, 15,22

**customizing** 89:21

**cut** 78:15,20 79:4, 7,10,20,22

**cuts** 8:22

**cutting** 79:1

**Cx4** 13:17 23:1 40:10,13

**cycle** 40:2,3 126:6 148:11

**cylinder** 100:23 106:21 107:1

**CZ** 62:1 64:15,20, 25 65:9

---

**D**

**D-DAY** 167:21 168:1,2,3,18

**dad** 68:1 86:11,13, 21

**damage** 32:24

**Dan** 162:21

**Daniel** 115:14,22
116:15,22

**date** 5:11 15:2
136:21

**dates** 169:3

**day** 107:17 169:13

**days** 7:11 49:15
120:3

**DDM4** 115:23
116:14,23 117:11

**deadly** 44:13

**deal** 123:24

**debate** 42:23

**decade** 73:12

**decades** 25:11
123:6

**December** 169:11

**declaration** 20:22
27:19,21 28:5
36:1 49:13 50:8
65:3 67:2 68:24
71:1 73:7,8 75:25
76:1 95:9,10
97:25 99:8 101:2
121:4 126:16

**declared** 66:12

**deer** 25:7,18

**defaults** 30:20

**defective** 127:4

**defendants** 5:3,23
6:2 8:2

**Defense** 115:14
116:15,22

**Defense's** 115:22

**defined** 35:11 46:9
81:23 100:9

**defines** 160:17

**defining** 109:10

**definite** 138:11

**definition** 11:21
96:25 99:23 101:6

**degree** 14:14,16,
17

**degrees** 14:20

**demonstrative**
148:7

**department** 76:14,
18 77:10

**depend** 161:2

**depends** 39:18
43:20 79:13

**depicted** 63:19
96:1,23 97:24
98:4 99:16
102:14,19 104:12,
19 105:4,16
106:11,22 107:4,
10,16 130:19
131:22 135:2,18
136:3 137:5,25

**depo** 134:19

**deposed** 8:6,8,11,
14

**deposes** 8:2

**deposition** 5:1,4,
12,17 6:19,22
7:14 9:8,25 10:24
11:2 20:25 33:8
41:1,8 48:12,15,
20 49:12,18 54:7
55:15,18 56:3
59:15 62:18 87:7,
10 97:13,16
100:11 106:15
115:18,20 119:17,
20 122:3 128:16,
18,21 131:10,13,

22 134:16 135:18
136:4 137:5,15,
19,25 139:5,10,
16,17 149:19
171:13,21

**deputy** 32:3

**describe** 85:4 94:4
103:24 104:23

**description** 64:1

**design** 26:17
83:18,21 84:3
85:1 129:10

**designed** 43:9
58:2 83:9 122:9
127:17,19 129:11
153:21 169:20

**designs** 141:9

**desire** 25:4 124:15

**destroy** 32:23

**destroyed** 60:18

**destroying** 62:24

**detachable** 109:21
125:18,25 155:6,9

**detail** 98:13

**details** 97:9
116:13 132:11

**determination**
78:6

**determine** 111:25
112:17 143:7
144:5

**Deuce** 39:11

**develop** 25:4 28:5,
21 94:22

**developed** 28:11
122:13 124:14
153:18 167:12
169:4,8,14

**dialed** 25:25

**Diameter** 56:18

**difference** 12:3,4
126:9 143:11
152:23 153:7

**differences**
114:22

**direct** 21:18 34:3,
25 35:3 49:17
50:24 54:5 55:24
56:9 61:16,25
62:11 65:2 68:23
73:5,19 76:1
78:10 87:25 89:3
90:9,20 92:14
95:7 108:11 117:5
119:22 121:3
130:21 134:3

**directing** 34:7
41:7 56:2 59:16
67:1 70:7 73:10,
23 90:22 91:5
95:24 97:17 99:7
100:11,14 101:12,
22 106:14 108:12
111:22 116:10
117:22 118:10
125:1 129:23
130:1 131:17
132:10,19 133:6

**discern** 96:8,10
143:15,24 144:12,
16,23 145:3,24
146:7,15,21 147:3

**discontinue** 67:5

**discontinued**
67:4,5,16 69:1,2,
6,10,16,18 70:3
75:2

**discovery** 7:4,18
139:8,9 140:2,3,8,
9 141:3

**discussed** 106:10

**discussion** 111:21

140:23

**discussions** 66:7

**display** 31:15

**dispute** 8:15 155:3

**distance** 79:3

**district** 5:15 6:14, 24

**document** 21:6,8, 14,16 33:22 34:1, 6,19,22 88:9

**dog** 18:23

**dogs** 18:25

**dollars** 163:4

**doubt** 118:24

**Doug** 88:2,5,12

**dream** 118:12

**Drive** 5:18

**drugs** 10:21

**due** 7:6,8 140:4

**Dukes** 122:22

**duplicate** 154:1

---

**E**

**E-TRAN** 171:16

**earlier** 23:2 24:15 35:15 39:12 40:7 62:18 72:10 77:13 83:7 90:10 93:16 97:20 116:6 122:3 125:6 158:19 160:1 166:23

**early** 136:23 137:1

**easier** 11:11 54:6

**Easily** 141:10

**easy** 120:1

**ECF** 134:10

**edition** 22:2 31:8 55:19 56:4 59:15

**editor** 88:7,23

**educational** 14:13

**EE** 150:6,8

**effect** 19:21 20:7 24:18 25:2 107:12 123:15,21 124:2, 13

**efficiency** 38:15, 16

**elegant** 25:21

**elements** 129:10

**Eleven** 131:8

**eliminated** 33:1

**else's** 153:15

**employed** 15:4

**employer** 15:6

**enables** 57:25

**enacted** 19:10,16 75:14

**encircles** 155:18

**end** 78:25 79:1

**ended** 167:14

**endorsement** 60:25

**ends** 171:12

**enforcement** 13:20

**engraves** 37:2

**enjoyment** 118:2

**episode** 165:20

**equipment** 36:11

**equivalent** 41:20, 21

**era** 136:18

**Ermey** 165:18 166:2,5,10

**essential** 89:8

**et al** 5:13,14

**Eugene** 26:17 83:9 84:25

**eventually** 84:1

**evolution** 70:20 71:3 84:22 89:6, 14

**evolutionary** 84:25

**evolved** 26:18 71:4

**EXAMINATION** 8:3 140:20 156:6

**examined** 8:1

**examples** 23:21, 23 37:3 70:4 107:25 112:19 121:7

**exceeds** 61:6

**exception** 107:21

**excerpt** 55:18 87:10

**excerpts** 87:14

**excited** 28:7

**excluded** 101:5

**exhaustive** 91:1

**exhibit** 20:24,25 21:6 27:20 33:8, 12 34:4 41:1,3,8 42:13 48:12,16,21 49:18 50:25 54:7 55:15,18 56:4 59:15 63:16 65:3, 4 67:2,9 68:24 73:7,8 74:13 76:2, 3 87:7,10 88:1 90:10 92:18 95:8

97:13,16 100:12 101:23 102:8 106:15 107:23 108:12 111:23 112:4,14,15 115:18,21 116:11, 12 119:15,17,20 121:4,5,6 125:1 128:16,19,21 131:10,13,23 133:7 134:4,16 135:18 136:4 137:5,15,19,25 149:19 150:10

**exhibits** 62:7 75:24

**exist** 31:15

**expensive** 135:15

**experience** 11:20

**expert** 32:7,11 49:13 53:20

**experts** 112:20,25 113:4,9,16,21 121:11,20

**expired** 82:24

**explain** 94:2

**explode** 39:16,24 77:5,7

**exploded** 120:25 121:1

**expressly** 5:7

**extreme** 122:13

**eye** 138:20,21

**eyes** 39:19 130:23

---

**F**

**F-O-I-D** 16:23

**facsimile** 154:2

**fact** 70:25 71:8

Matthew Wilson                              October 03, 2023Index: factory..follow

74:23 75:3 93:11
112:18 121:6
136:8 147:4
170:12

**factory** 14:5
155:10

**failed** 86:14

**fair** 18:6 42:13
45:25 48:10
50:22,23 51:22
64:5,13,16 69:18
81:10 93:8,12
101:3 102:1,7,15
104:25 111:15
114:11,20 124:15,
16 127:24 130:12
139:19,20,23
141:8 159:13
161:1 165:2

**fall** 33:14

**falling** 91:7

**fame** 122:22

**familiar** 25:11
27:22 28:3,14
31:8,13 32:8
40:22 42:18,21
49:8 82:18 87:15
89:1 95:11 97:3
108:19 115:14
124:17,20,23
125:6 128:1 153:4
154:12,14,16
160:18 167:21
168:4

**familiarity** 28:5,
11,21

**family** 26:7

**famous** 122:21

**Farm** 33:4

**farmer** 33:6

**farming** 15:13
25:11

**farther** 42:17

**fashion** 140:10

**faster** 139:13

**father** 27:11

**Feast** 130:23

**features** 71:15
96:24 97:4,7,8,21
98:1,8 116:14

**federal** 57:9,14
137:8 160:25

**feel** 41:5 152:19

**feet** 39:7

**fellow** 122:11

**felonies** 16:10,11

**felony** 16:3,9

**feng** 139:1

**FIE** 65:7,17 66:10,
19

**figure** 36:8 158:24

**file** 140:7

**filed** 6:8 10:25
11:14 12:22 13:22
34:7

**find** 102:24 139:19
158:21

**fine** 51:7

**fingers** 39:19

**finish** 9:15,16
24:23 26:13 35:21
42:4 44:7 69:3
87:22

**finite** 12:17

**Finland** 43:9

**Finns** 43:5

**fire** 39:14 57:22,25
58:7 159:4

**firearm** 17:25 19:2
26:2 27:21,24
31:3 35:10,12
39:24 41:19 47:5,
6,8,12,13,15,21,
24 56:11 63:23
64:3 77:5 85:4
90:3 96:3,6,7,9,
11,16,20 99:9,14,
17,24 100:21,22
101:2 103:14
104:12,13,19,25
105:3,16 106:11,
19,20,22,24
107:4,10,13,16
111:25 112:17
115:23 116:14,19,
23 117:1 123:13,
16,19,23 124:3,7,
15,17,20 126:20,
23 131:19,23
132:3,8,24 136:3,
14 137:4 138:7
141:6 142:11
149:20 150:9
155:19 157:9,11,
19,23,25 159:3
162:10,12,16,23
163:12,22

**firearms** 11:20
12:25 16:22
20:10,19 21:24
24:16 25:1 27:22
28:1,4,14,22 29:1
31:20,23 32:7,10,
11,14,17 33:3,6
37:8,9,14,17,23,
24 39:22 45:18
46:5,19,21,25
47:3 50:12 52:11
71:7 77:1 80:8
84:9 88:20 89:5,
11 90:5 92:25
93:3,9,13 96:1
101:17 102:2,3,8,
14 103:12 104:7,
15 107:23 108:19,

25 109:7,18
110:4,25 112:20,
25 113:4,9,15,21
116:8 121:11,20
123:8 125:9,12
128:6,10 132:23
135:2,5,10,17
137:20,24 147:11
148:20 152:15
154:17 156:25
163:1,2 170:13

**fired** 138:5,7,10
166:17

**firing** 40:5 48:2

**fit** 35:12 39:2,7
40:1 47:13,17,20
48:2 76:23 82:9
143:20 145:17
148:8 151:7
152:15,18 158:7,
25

**fits** 144:16 152:21

**fitting** 143:18

**five-star** 118:24

**fix** 32:24

**fixed** 125:25 170:9

**flash** 105:12,13

**flat** 44:3

**flip** 41:13 100:14
118:11

**flipping** 136:13

**Florida** 65:8,17

**FN** 145:12

**focus** 87:14

**FOID** 16:13,15,18,
21

**fold** 51:8 91:7

**follow** 57:10 76:20
127:2 137:11

Matthew Wilson                                October 03, 2023Index: forbid..Harbor

**forbid** 27:12
86:11,13,21

**forged** 132:5

**forgot** 98:12

**form** 11:18 73:13
109:14 141:20
143:4,9 144:19
151:20 152:11
153:10 155:13
156:1

**formal** 31:23

**format** 61:14

**forums** 28:19

**forward** 68:18

**found** 123:24
134:12

**four-round** 99:14

**fourth** 73:11

**frame** 115:5 148:1,
18 149:23 158:20
159:11,15 161:17

**Frames** 149:6

**free** 27:16 152:20

**friend** 25:24 32:3
43:2

**front** 147:19 156:9
163:18 165:6

**full** 55:19,20 87:13

**full-size** 51:17
52:7,13

**fully** 137:14,22
147:11 158:11
159:3,15 169:21
170:13,17

**fun** 45:9

**function** 132:24
166:20

**functional** 122:14

**functions** 89:8

**futures** 97:6

---

**G**

**G-A-R-A-N-D**
153:13

**G3-10** 149:14

**gain** 89:8

**Garand** 153:5,9,
13,17,23 154:1
166:23 167:16
168:20 169:4,15,
17,23 170:3,6,9,
12,17

**Garands** 167:24
168:9

**gas** 15:13 153:3,8

**gases** 38:19

**gave** 39:12

**Gen2** 62:4 64:16,
19,24

**general** 14:22,23

**generalities** 117:3

**generally** 5:25
10:1,5 19:1 45:10
46:10,12,24 47:1,
2 57:23 83:17
87:16 117:1 141:6
145:11 147:25
149:3,5 150:13

**generic** 26:12
81:21,22

**German** 49:3
105:21

**give** 15:1 36:7
37:3 54:23 74:4
112:10 159:21

**giving** 27:17 55:13

**glance** 105:18,19

**Glock** 37:7 46:1
141:15 151:6
156:16,22,23,25
158:2

**Glock-type** 141:12

**golf** 149:17

**good** 54:22 97:12
98:24

**Governor** 18:17
108:8

**graduate** 14:21

**grandfathered**
58:11 60:2

**Grendel** 42:19

**Gretchen** 6:1

**grip** 60:10 98:2,4
105:5 154:21,25
155:7,16

**ground** 9:8 168:17
169:12

**grouped** 14:2

**grow** 31:22

**growth** 70:21

**guess** 72:15 83:23
92:7 93:21 122:22
130:20 147:6,7,8
167:10

**Guide** 87:11,15
92:18

**gun** 27:16 30:12,
15,22 31:14 47:5
56:24 65:12 66:8
72:11 88:23 89:1
91:6 120:2,13
134:24 136:17,19
137:17 162:7

**guns** 30:9 31:1
57:18,20 74:8,15
137:20 167:20

**guns.com** 29:14,
15

**guys** 26:19 27:8
167:19

---

**H**

**hand** 20:23 33:10
38:25 41:4 79:18,
20 100:13 116:13
143:24 146:10
149:10,18 150:4,
15 151:9 155:19
165:24 166:8

**handed** 36:2,7
48:20

**handful** 18:24

**handgun** 17:23
18:1,9 19:3,5,16,
23,24 20:7 22:5
35:9,11 36:4
44:19 46:8 49:9
50:20 53:19 61:2
64:20 71:4 80:11,
16,21,22 96:2

**handguns** 35:21,
22 42:15 43:15
45:11 46:5 61:8
72:24 80:5

**handing** 48:15
55:17 140:23
142:6 143:12
144:2,20 145:2,8
146:2,18 147:17
148:12 149:2
154:23 156:19

**hands** 32:9,11

**handy** 33:15

**happen** 9:18

**happened** 64:2

**Harbor** 169:11

**hard** 49:4 98:13

**harness** 32:23

**hastily** 27:6

**Hazard** 122:23

**head** 10:15 19:20 28:12,17 34:11 85:25 86:20 106:7 120:1,12 161:6 171:2

**headquarters** 130:6

**hear** 8:22,24 13:6 29:6 87:2

**heard** 31:3,5 85:6, 15 86:2,24 92:11 136:9

**heckler** 56:7,10,21 58:11,21 59:10, 17,21,22 60:2,24

**heed** 76:21

**held** 5:17 19:18,19 32:16 40:23 49:11 82:15 118:25 119:6 142:18 143:1 157:6,10 165:10

**Helfrich** 6:1 54:20 61:20 74:2 112:11

**helped** 68:17

**Henry** 98:21

**Hey** 68:16

**hip** 57:22 58:4

**historical** 135:22, 23

**History** 166:6,9

**hit** 91:9 126:19

**hold** 13:16 79:5 80:12 81:2 143:23 144:15 151:5

155:19 158:12

**holding** 38:25 154:24 166:8

**holds** 13:15 64:8

**hole** 32:24

**home** 32:4

**homework** 82:8

**hoops** 57:10,14

**hope** 61:19 88:21

**host** 166:10

**hot** 55:2,4

**hour** 54:20,21

**Howlett** 88:2,6,13

**Howling** 88:22

**HS** 78:13

**https://www. beretta.com/en- us/arx-100.** 41:11

**hundred** 135:25 136:8 155:24

**hunt** 25:17 45:1

**hunted** 25:10

**Hunter** 88:7

**hunting** 45:3,9 58:3

---

**I**

**idea** 30:20 85:12, 24 86:3,6 90:16 96:8 106:7 111:19 135:17

**identical** 21:23

**identification** 16:22 21:1 33:9 41:2 48:13 55:16 87:8 97:14 115:19 119:18 128:17

131:11

**identified** 63:16 110:25 111:4,14 113:24 141:3

**identifies** 88:2 149:23

**identify** 140:1 149:11 156:16,22 160:6

**ii** 110:2 122:10 153:18,22 167:13, 14,17 168:14,21 169:8,11

**iii** 110:15

**ILCS** 97:2,17

**Illinois** 5:16 6:14 11:1 13:1 16:24 45:4 60:15 84:14 135:14 137:6 142:20

**imagine** 38:18 58:10

**imagining** 161:5

**immediately** 12:19 104:6,12,20 106:11,23 107:4

**impact** 10:22

**imported** 65:7,8, 17,19,22,25 66:17,18

**impossible** 37:18

**inadvertently** 35:18

**inches** 162:5

**include** 26:23 47:23 60:17 100:19 106:18

**included** 89:21 99:23 108:1

**includes** 12:14,15

**including** 117:10 139:9 156:9,15

**Indiana** 135:14

**Indianapolis** 116:2

**indistinguishable** 21:23

**individual** 79:13

**industry** 134:24

**Indy** 116:2

**inevitably** 9:18

**infantry** 167:17

**information** 30:18 31:19,22 36:3,8 60:15 76:10 116:7 131:14 164:8

**insert** 79:2 158:20

**inserted** 159:3 161:9

**inside** 32:22 43:24 60:9

**inspect** 139:22

**instance** 23:15,24 25:19 37:19 39:10 42:18 44:4 45:25 77:4 92:4 168:25

**instruction** 76:20

**instructs** 10:2,4

**insulting** 15:16

**integrate** 153:16

**intelligence** 15:18

**intend** 117:25 123:16

**intended** 38:14 39:4,9 71:10

**intending** 95:2 107:12

intent 66:24 68:11 75:7,10 99:4

interchange 40:19

interchangeable 13:18 24:13 35:17,19,20,22 40:15 77:12,20,25 78:14 79:12,23 152:7,10

interested 86:25

internal 170:9

internal-wise 14:7

internet 28:18

interpose 16:2

interpretation 70:24

interrupt 9:18,19

interruption 134:19

interviewed 122:10

introduce 5:20

invasion 168:3,6

inventory 120:9

invest 86:12

invited 139:24 141:5

involved 32:16 168:13,16 169:10

involving 166:2

Irrelevant 20:11

issue 35:4,8 53:11,12

item 52:24 53:10 150:15

items 139:21 140:2 141:1 148:22 149:2

156:9,13

___

**J**

J(ii) 108:13 109:17 110:1,2,24

J.B. 108:2,8

James 48:25 49:14,20

Jamie 5:5,18

January 60:3,13 94:20 107:12 123:15,21 124:5, 6,14 126:22 135:9 161:18 163:25 164:6,20 165:1 170:23,24

Jo 5:5

job 32:16,19,22 33:6 43:24

John 134:24

Judge 18:15

judgment 6:20 11:14 12:23 13:22 139:5 140:8,11

June 36:1 61:16 66:16 73:7 95:9 99:8 107:20 111:23 134:4 168:3,21

Junie 29:19

Junkie 29:17

___

**K**

Kalashnikov 122:9,10,17,18 129:11 169:20

Kel-tec 22:14,15, 18 62:3 63:12 64:10,14,15,19,

23,24,25

Kelly 5:23 6:4

Ken 5:19

key 54:24

killed 26:19 27:8

kind 8:13 10:16 19:16 39:2 51:4 65:12 68:16,17 70:20 78:22 82:5 101:17 103:12 105:11 106:3,6 107:9 120:21 132:4 138:8 145:14 154:23 164:9

Kinder 5:5,18

kinds 27:22 28:3

kit 63:12,13,14,19 64:11,14,18,24

knock 54:24

knockoffs 127:11

knowing 157:19 162:4

knowledge 28:20 46:11 66:2 89:8 92:3 165:25

Koch 56:7,10,21 58:11,21 59:10, 17,21,22 60:2,24

Kwame 5:13

___

**L**

L-WRENCHES 33:24

labeled 63:12 73:8 90:10 92:14

laid 32:8,11

land 77:7

Langley 5:25 6:4, 9,19

Lapua 42:21,22 43:3,4,6,13,16 44:2,4,9,12 45:9

largely 78:13

larger 152:24

laser 37:2

law 13:20 17:17 53:21 57:9,14 81:23 108:17 137:6,9 160:25

lawful 8:1

lawfully 60:13

lawsuit 10:24 11:15

leaning 68:17

learn 30:16 31:20 66:3 89:6

leave 61:24

led 89:12

Lee 165:18 166:2, 5,9

left 75:24 158:8

left-hand 41:12 59:16

legal 5:19 12:5 15:17 60:23 101:7 107:7 109:2 137:6,8 142:19,21 143:2 155:14

legales 8:6

legally 58:18 59:25 60:10 135:13

legislation 108:16

Lend-lease 168:16

length 57:15 72:8, 9,10,11,12 161:3,

6

**lengths** 57:16

**letters** 85:3,12
100:3

**lever** 24:8 100:21
106:20

**liability** 77:3

**license** 16:23
17:1,7 18:7

**lifetime** 27:21

**lightweight** 74:16

**likewise** 111:24
112:16

**limit** 52:21 53:23
61:6 77:3 80:7

**limited** 10:3 45:4
53:14

**list** 21:11 31:22
36:14 48:5,6
51:15,20 75:16
93:6 97:4,6
108:23,25 109:16,
18 110:1,4 111:17
113:23 121:7
125:9 150:10
151:19 153:25
154:10,17

**listed** 50:16 96:24
97:21 98:1 108:19
110:4 112:19
125:10 149:20
150:9,22,24
151:18 154:17

**listing** 90:25

**lists** 58:15

**litigation** 139:23

**live** 25:9

**lived** 53:17,22
136:22

**load** 39:23 158:11

**Loaded** 166:5

**local** 120:2,13

**lock** 79:4

**Locked** 166:4

**locking** 82:20

**locks** 151:8

**logo** 132:23

**long** 56:24,25
57:3,18,20 60:24
72:11 74:8,15
114:3 115:12
120:3

**long-range** 58:6

**longer** 44:5,9
45:10,15 60:8
61:6 65:19,21
66:17 136:4,7

**looked** 28:25 29:2,
7 83:21 87:18
128:12 157:15

**lost** 68:16

**lot** 26:15 27:8
33:25 35:15 82:1
86:12 87:1,20
93:8 118:23
135:21 139:13
167:19

**lots** 93:11

**lottery** 135:11,12

**low-recoiling**
74:16

**lower** 41:12
152:15,19,23

**LR** 111:5 113:24,
25 114:12,15,18

**lug** 82:20

**Luger** 72:15,20

**M**

**M&p** 110:10,11
111:5 114:25
115:8

**M-15** 111:5
113:24,25 114:12,
15,18

**M-16** 26:18 86:14,
19

**M-92** 37:19 39:13
40:7,14 45:15
46:1 78:14,16
79:24 80:4 157:2,
6

**M-A-A-G** 5:24

**M-LOK** 116:14

**M1** 142:10,14,16
153:4,9,17 154:1
155:2,8,10,11
158:15,17 166:23
167:16,24 168:9,
20 169:4,15,17,23
170:3,6,9,12,17

**M100** 146:14

**M4** 115:14

**M4e1** 151:11

**M88** 146:14

**Ma** 39:11

**Maadi** 150:6,8

**Maag** 5:24 6:6,10
7:1,6,11,15,19,22
8:25 9:5,24 11:18
16:2 17:20 19:9
20:11 21:3 29:21
33:16,20 36:17,20
38:6 39:18 41:5
43:5,9 44:11,21
46:7,9,12 48:18,
25 49:5,23 51:2,5,
7,24 53:4,8,20

54:25 55:3,6,9,14
56:1,12,25 57:2
59:5 62:24 66:4,6
68:13 69:20,23
73:21 74:6 75:11
80:21 81:7 86:8
88:9 92:16 98:16
100:16 101:7,10
106:2 107:7 108:5
109:2,10,14
110:8,13 112:2,4,
7 117:3 122:2
129:25 134:6,8,11
139:1,12,17,20,24
140:4,7,13,21
141:4,22 142:22
143:5,10 144:20
147:12,14,17
148:23 149:2
151:1,3,5,22
152:12 153:13
154:7 155:15
156:3,5,8 159:20,
24 160:3,13
161:2,16 163:15
164:14,21 165:1,6
167:4 168:2
170:23 171:5,16

**Maag's** 160:6
162:10,12,16,23
163:1,12

**machine** 12:10
63:10 136:17,19
137:17,20 138:4

**made** 12:6 21:22
47:8,11,12,13
78:13 83:22,23
114:8,15,18,19
124:3,7 128:6
136:25 146:20

**mag** 63:12,14,18
64:10,14,24
105:7,9 125:25

**magazine** 11:22
12:3,25 19:7,22,

23 20:8 21:20
22:11,23 23:8
30:1,4 35:9,10,12
36:2,3,4,7,9,22,25
37:20,24 42:11
45:19 47:6,9,12,
13,15,17,20 48:2,
9 50:22 51:12,18,
23 52:3,8,12,14,
16,18,20 53:15,
18,23,24 54:11
58:12,13,17 60:4,
9,21 61:1 62:3
64:8,15,20,25
67:4 69:17 70:1,
12 76:6,15,19
77:4,23 78:17
79:7,11,12,23
80:2,10,12,15,16,
25 81:2,4,5,9,10
88:8,24 89:1
99:14 109:21
125:18,25 126:5
141:12,16,17,25
142:3,6,7,10,18,
19 143:1,2,8,12,
13,15,24,25
144:2,12,21,24
145:2,3,6,8,9,13,
14,16,20,24
146:2,3,10,15,19,
21 147:17,22
148:4,7,17 151:6
155:6,9 156:16,
17,23 157:5,6,10,
18,19 158:2,7,12,
20,21 159:2,10,14
160:7,9 170:10

**magazines** 11:22,
24 12:24 13:18
21:21 23:16 24:13
27:23 28:4 35:20,
22 36:14,18 37:3,
5,9,13,14,17
40:15,19 50:16
54:2 59:22,24
60:21 62:3 77:11,

20 78:7,13,15
140:23,24 141:6
156:9,15 157:14
158:24

**magnum** 114:2

**main** 25:20

**maintained** 16:18
17:7

**maintenance** 29:2
138:4

**major** 152:9

**make** 6:25 29:4
64:15,19,24 78:6,
15,17 79:20,22
82:8 86:3 93:15
98:19 114:4,6
115:4 149:22
150:5 151:10
152:22 154:19
157:10 160:16
163:24

**makers** 91:7

**makes** 18:15,17
71:18 92:2 98:22
132:7

**Malinois** 105:20

**man** 83:24 135:13
157:22

**Manning** 88:23

**manually** 100:21
106:19

**manufactured**
77:12 128:10
129:18 130:20
132:23 142:16
156:23

**manufacturer**
30:19 36:24 37:11
40:16 47:8,9,11,
12 48:6 71:10,17,
24 76:25 77:8

81:8,11,12 91:8
116:24 128:4
150:18,20 164:17

**manufacturers**
35:17 47:19,23
82:4 83:21 89:6
92:20 93:7,8,12
116:25 120:18,19

**manufacturers'**
30:12,15,23 116:7

**manufactures**
92:24

**manufacturing**
14:14,16 145:12

**March** 17:6,9
132:23

**mark** 20:23 33:11
41:3 119:14

**marked** 20:25 21:5
27:20 33:8 34:4
41:1,8 48:12,15,
20 54:7 55:15,18
56:3 87:7,10 96:7
97:13,16 101:22
103:19 115:18
119:17,20 128:16,
20 131:10,13
149:18 151:14
160:10

**market** 44:25 84:9,
11,15,17 120:25
121:1 155:24

**marketing** 120:9

**marking** 96:4
115:20 128:18
149:11 157:15

**marking-wise**
146:25

**markings** 35:16
143:13 144:3,21
145:6,9,19,22
146:3,11,13,18

158:3

**Marlin** 67:5,11,15,
20,22,24 68:4,12
70:3

**match** 170:17

**material** 114:20

**materials** 83:24
115:4

**Matt** 9:5

**matter** 5:13 6:5
152:20

**Matthew** 5:4,12
7:25 34:5,16
171:13

**Mauser** 82:20

**Mcdonald's**
124:11,12

**meaning** 67:12
96:3 99:23 108:8

**means** 12:8 15:20
53:9 65:17,21
67:5 70:23 89:11
90:1,7,14 91:1,3,
13 92:22,25 98:24
116:19 117:15
118:6,15,19 119:2
120:15 129:8
130:10,19 133:3,
15

**meant** 56:25
85:10,13 96:10
111:20

**measure** 79:3

**mechanical**
139:13

**medication** 10:17

**memory** 97:12

**mention** 29:5
66:15 92:11

**mentioned** 12:23 17:13 20:22 23:2 27:19 39:1 40:7 44:10 50:21 68:24 82:13 93:16 114:15 158:19 159:25 165:4 166:23

**mess** 70:9

**messes** 161:5

**messing** 103:17

**methods** 79:8

**metric** 41:25

**MFR** 116:15

**mic** 8:23

**Mid-sentence** 74:12

**middle** 56:15,16 106:15 130:2 133:8

**mil-spec** 117:11

**mile** 44:14

**military** 15:14 89:7 170:13,16

**mill** 78:21,22 79:1, 2,6,11,16,19

**millimeters** 41:25

**millions** 123:1

**mind** 9:17 11:11 33:25 71:23 82:11 84:16 87:4,23 111:20 113:3,17, 20 115:9 138:14

**mine** 32:3 43:2 59:11

**minute** 16:1 39:8

**minutes** 159:21

**misdemeanor** 16:9

**misdemeanors** 16:11

**missing** 148:6

**misstates** 106:2 109:15

**model** 22:8 62:1 86:3 123:7 133:18,20 142:11 144:8 149:13,15, 20 150:5,16,17 151:10,11

**models** 90:11,14, 17,23,25 91:3

**modern** 119:23

**modify** 64:23 80:1 91:17 92:9

**moment** 25:3 121:17

**money** 24:19 28:8 90:2 93:15 99:3 118:1 135:21 162:25

**moral** 16:4

**motion** 6:20 11:14 12:22 13:22 139:5 140:7,10

**motions** 6:7

**Mount** 14:15

**move** 51:17 79:17 122:6

**movie** 48:25

**moving** 10:8

**MR762A1** 56:10, 16,21 58:11

**multi** 149:17

**multiple** 139:25

## N

**Nam** 26:19

**named** 49:14

**names** 28:23

**naming** 43:2

**national** 88:6 135:1

**NATO** 37:20 39:14 45:14 58:21,22,25

**nature** 15:11 33:2

**neat** 67:14

**necessarily** 17:17 149:7

**needed** 58:12 60:4

**nice** 44:3

**nine-round** 19:23

**nods** 10:15 19:20 28:12,17 34:11 171:2

**non-grandfathered** 143:3

**non-trigger** 155:19

**Normandy** 168:4, 6,8

**notary** 5:5

**notch** 78:15,16,20 79:4,7,10

**note** 6:3,18,25 7:3 68:25 140:5,6,11, 25 148:21,25

**noted** 7:1 140:13 141:4

**NRA** 30:2,4 88:17, 19

**nuisance** 25:6,17

**number** 6:13 10:3 11:8 34:5 47:19 51:5 55:11 73:6 77:11 87:5 97:10 110:6 134:6 144:6,7,8,9 149:13,16,20 150:16

**numbers** 22:14 51:6 71:8 100:13 125:11

**numeral** 109:20 110:6,7,19,21,24 125:14,17

## O

**oath** 9:9 140:22

**object** 9:25 11:18 56:25 117:3 140:6,11 159:24

**objection** 16:3 20:11 53:20 59:5 69:22 86:8 98:16 101:7,10 107:7 109:2,12,14 122:2 140:13 141:1,20 142:21 143:4,9 144:19 148:21,24 151:20 152:11 153:10 155:13 156:1 159:20 161:2 168:2

**objections** 7:17 171:4

**objective** 111:24 112:16 143:7

**objectively** 144:16

**objects** 10:1,5 139:18

**obligated** 82:25

obtain 16:15 27:14

occasions 139:25
162:15,19

October 5:11

offer 54:2

offered 53:15

offers 59:22 81:9

Office 82:15

oftentimes 112:19
121:10

Oil 15:13

on-line 6:11

one's 27:15 54:6
102:9

online 42:23 130:6

Oops 33:13

operated 100:21
101:3 106:19

operations 44:18,
21

opinion 113:13,14
121:24,25

opposed 35:9

option 74:16

oranges 39:6

order 39:2 45:18
57:13 79:23 80:14

orders 171:15

ordinarily 58:6

ordinary 15:18

origin 127:9

original 26:5,8,16,
22 27:4 84:3,6
127:12,16 129:11
132:5

originally 83:9
127:13,20 169:20

originated 127:23

outline 104:24

outlines 89:14

outlining 21:11
91:16

Overbroad 20:11

overly 81:24,25

owned 8:20 28:1
58:10 60:2,3,13
67:22 126:20
158:17

owner 27:21

Owner's 16:22

owning 60:14
86:11,13,25

**P**

P-I-C-A 11:3

p.m. 171:21

P1 146:6

P85 70:8,10,12
71:3,7,14 76:4,6,
15,19 77:23 78:7

P85s 77:19

P89 70:10,11 71:4,
7,14 76:4,5 77:10,
23 78:7

P89s 77:19

pages 55:21 62:12
134:5,17 135:18

Palmetto 128:1,3,
6,10,12,22 130:5,
20,23 131:15
149:12,21 152:18

palmettostatearm
ory.com. 128:23

Palmettostatearm
ory.com/psak-47

131:16

paper 38:18

paragraph 21:19,
25 22:9 27:19
28:4 35:1,25 50:2,
13 62:1 65:4
66:15 67:1 69:15
70:8,19 73:11,20
76:1,3,11 78:6,11
88:12,25 89:4
91:6 95:10,14,17,
22,24,25 96:12,
15,23 97:25 98:4
99:7,13 101:2,13,
16 103:7,18,23,24
104:2,5,6,13,15,
19,20 105:4,16,25
106:11,23 107:3,
5,11,16 108:20
111:22,23 112:2,
3,15 117:23,24
121:4

paragraphs 49:18
96:1

parameters
112:19,24 113:3,
10,16,20 121:10,
19,25

part 132:20 153:2
166:8,15,20
170:16

partially 155:18

parties 5:21

parts 71:16 76:23
89:8 125:22
130:3,7,10,13,20
148:6 152:3,8,10
161:12,13 166:16,
21

party 8:18 140:8

past 38:14,20
73:12 157:20

patent 82:5,13,15,
16,17,24 83:3,7,8,
12,17

patents 82:15

pause 22:22
26:14,15

pay 41:5 57:12
82:25

paying 82:23

PC9 70:13 71:21
72:3 75:1,5,8,15
76:7,16,20 77:12,
20,24 78:7

PCCS 73:13

PDF 131:14

PDP 49:8 50:5,9,
12,20,25 51:10,
17,22 52:3,7,11,
13 53:25 54:13

Pearl 169:11

pen 38:25

pending 10:12,13
122:6

people 6:10 39:6
60:14 85:6 86:2,
17 91:18 92:4,5

period 162:22

permits 25:6

person 15:18
87:13

personal 34:23
37:8,9 66:2 124:8,
9

personally 15:23
17:16 21:19 37:13
50:15 78:24
95:19,21 138:5,10
163:21

peruse 89:5

**Pew** 29:9 120:11

**pewpewtactical. com.** 119:21

**photo** 95:20,21 103:23

**photocopied** 48:16,18

**photograph** 95:11 99:10 103:14,19 104:8

**phrase** 13:23 90:7, 8 91:3,12

**physical** 17:3

**physically** 37:18 63:9 64:23 79:7 80:1

**PICA** 11:3,7,10,13, 17,25 19:21 20:7 24:16,18 25:2 52:12,20 58:17 59:24 60:8,12,23 61:2,5 75:14 80:8 96:5,25 97:21 98:8,11 100:8,9 101:6 106:14 107:5,11,15 121:7 123:15,21 124:2, 13 142:20 143:2

**pick** 43:10 95:20, 21

**picked** 70:4

**pickup** 84:22

**picture** 42:9 95:16 101:13 104:5 105:25 131:18

**pictures** 101:14, 24 102:2,7,24 103:2,4,6,15 104:18 111:21

**pile** 134:13

**pin** 40:5

**ping** 170:4

**pins** 82:10

**pistol** 12:2 13:16 19:6,8 20:1,4 21:21,22 22:1,3, 11,17,19,23 23:20 33:1 35:18 52:15, 17 54:13 59:7 60:9,21 62:2 65:8 66:15 67:4 68:25 69:6,15 70:11 72:3,6,14,17 73:13,17,24 74:1, 8,15,20,23 76:5 78:12 98:2,4 105:5 131:3,5 138:10,15,18 141:16 142:1,13, 16 143:8,16,17, 20,25 144:12,17, 24 145:3,17,25 146:8,16,22 147:3,21 148:2,3 154:20,25 155:7, 16

**pistols** 18:8,9,10 23:8 24:13 52:21 70:12 73:4 76:6 77:10 130:3,24 142:20 149:8,9

**piston** 153:3,9

**place** 64:9 76:23 79:4

**plain** 155:11

**plaintiffs** 5:3,25 6:7

**plaintiffs'** 6:20

**plan** 27:18 124:10

**planning** 75:14 95:3

**plans** 27:14 94:16, 19,22 123:22 126:23 135:10

**plastic** 114:9,16

**platform** 13:15 24:20 25:1,5,21, 23 26:22 43:14

**PMR-30** 22:15,19

**point** 6:24 39:18 65:25 111:24 162:4

**Pointe** 5:18

**pointed** 62:18

**pointing** 34:14

**points** 9:25

**Police** 60:15

**polyethylene** 114:17,19 115:3

**popular** 94:11 123:8

**popularity** 93:13

**population** 25:18

**portion** 13:9 23:11 46:15 59:3 63:4 77:15 80:19 81:17 102:4,16,21 121:22 134:22 142:23 153:11 154:4 159:16 161:22 167:5 170:19

**position** 7:1

**possess** 11:25

**possessed** 96:6, 20

**possession** 13:14 143:3

**possibly** 30:11 139:9

**potentially** 6:22 93:22 140:10 141:25 142:3

143:20 147:15 149:8 152:9

**powder** 12:16

**power** 79:2

**precise** 58:7

**Precision** 151:13

**predecessors** 141:5

**prefer** 43:21,23

**Preferably** 45:20

**preferred** 91:16

**prepare** 21:16

**prepared** 107:20

**preparing** 126:16

**present** 5:20 124:6 126:12,13, 19

**presently** 19:9,11

**pretty** 10:8 38:11 43:14 98:24

**previous** 103:10, 11

**prices** 128:5

**primer** 40:6

**print** 62:25 90:25

**printout** 41:9 48:22 54:8 115:21 119:21

**prior** 19:9,15 60:13 98:7 107:11 123:15,21 124:4,5 126:15,22 135:9 141:2 168:13,17, 21 171:4

**Pritzker** 108:8

**probe** 15:22

**probing** 10:16

**problem** 14:1
32:24 103:17

**proceeding** 7:14

**produced** 8:1
123:2 139:22

**product** 30:22
132:11

**product-improved**
70:11 76:5

**production** 71:23
75:2 136:1,4,6

**products** 30:16
32:17 89:6 163:1

**Produkt** 78:13

**program** 29:2
166:9 168:16

**prohibited** 96:24
155:7

**prohibiting** 154:19

**project** 38:22

**pronounce** 43:5

**pronounced** 42:24

**pronunciation**
43:12

**properly** 84:10
109:18 111:1,19
115:1 125:13
126:6

**Protecting** 11:1

**proud** 133:18

**provide** 118:2

**provided** 49:19

**provision** 97:5

**PS** 131:18

**PSA** 133:8

**public** 5:5 11:1
17:23 18:1,3,14,
20 19:2

**publication** 30:2
88:17,24

**published** 32:13

**pull** 40:5 101:18
103:13,16

**pulled** 13:19

**pump** 102:9,10,12,
13 106:20

**pump-action**
102:3,8,15 104:7,
13 105:16 106:10,
24 107:22

**puppy** 43:3

**purchase** 13:1
24:17 25:2,4
31:22 52:3,4,6,9,
11,13,15,17
53:18,24 58:17
59:25 60:1 61:1
64:10,13 66:24
68:11 75:7 81:9
94:16,19,24 95:3
107:13,16 123:22
126:23 127:3
137:12 157:18
163:24 164:1,6,
11,13 170:24

**purchased** 45:7
84:13,14 162:18
163:21 164:21
165:1 170:23

**purchasing** 27:18
47:9 164:20,25

**purpose** 24:22
64:3

**purposes** 17:15
60:22 148:7

**pursuant** 21:7

**Pursuatnt** 21:6

**push** 84:2

**put** 8:17 18:16,17

28:8 38:7,9,18
39:6,13 54:15
55:5,10 61:22
76:22 77:2 79:1,2
87:1 131:8 132:17
138:4 148:4 156:8
159:21 165:17,21
166:15 169:12

**putting** 38:25 64:8

___

**Q**

___

**quality** 68:8
132:24

**quarter** 44:14

**question** 9:22,24
10:12,13,17 13:14
16:3 17:10 20:18
24:23 33:25 46:14
60:23 81:16 87:5,
22 96:16 102:6
105:22 108:3,6
109:15 117:4
122:4,5 134:21
141:21

**questions** 7:20
8:4 9:15 15:24
139:10,12 140:21
156:7,10 171:3

**quick** 156:4

**quickly** 10:8 91:7

**quote** 96:7 112:24,
25

___

**R**

___

**raccoons** 32:22

**rail** 116:15

**range** 28:6,10
44:5,9,16 45:3,10,
15 77:11 92:4

**Raoul** 5:14,23

**reaching** 44:1

**read** 13:4,10
23:10,12 30:22,25
35:7 46:16 49:15,
19,23,25 59:2,4
63:2,5 77:14,16
80:18,20 81:16,18
90:18 97:8 102:5,
17,22 107:21
108:2,7 112:7
121:23 123:4
131:2 134:21,23
142:24 149:11
153:12 154:5
159:17 160:8
161:23 167:6
170:20 171:6

**reading** 95:10
107:24 153:25
155:11

**real** 45:5 156:4

**realize** 9:3

**realized** 122:11

**reason** 11:13
25:20 40:15 50:16
71:13 79:16 96:4,
15,20 100:2 105:2
111:9,11 155:3
170:16

**reasonable** 128:5

**reasons** 27:9
100:5 105:6 115:7
125:23 126:2
132:2

**rebutting** 69:24

**recall** 22:1 50:1
86:1 163:16

**recalling** 49:25

**receive** 30:4

**received** 7:14
17:2,5 31:23 32:2

**receiver** 115:5
150:5 151:9,18
152:14,16,19
163:21

**receivers** 132:22,
25 151:23 152:24
156:10 163:16,18
164:5,9,15,18,20,
22,25 165:1
170:22

**recognize** 21:8
33:21 34:1 115:23
141:6,11 142:7,10
145:13 146:24
147:4,18,24 149:3
153:2 160:22
165:8,13

**recognized** 147:1

**recognizing** 139:6

**recoil** 43:19,22

**record** 5:10 6:3,
13,18,25 7:2 9:17
13:10 15:1 16:1
17:11 23:12 31:7
34:4,12 38:24
46:16 59:4 63:5
75:19,22 77:16
80:20 81:18
100:17 102:5,17,
22 119:10,13
121:23 133:24
134:2,23 140:5,
12,14,16,19 141:1
142:24 151:1
153:12 154:5
159:17 161:23
167:6 170:20
171:10,14

**records** 148:22

**red** 88:4

**refer** 11:2 41:17
85:6 113:17
118:17

**reference** 12:6,11
49:2 50:9 55:8
72:15 90:5 96:1
129:15 130:12,13
136:18,20 154:19

**referenced** 65:5
84:8

**referencing** 22:6
54:16 120:17

**referring** 21:24
26:9,17 60:20
69:20,24 82:14
83:2,8,18 85:20,
22 86:17 89:19
91:4 93:17 96:5
97:2,4,22 103:18,
22 114:12 121:7
129:9 135:2

**refers** 29:20 42:1
48:1 56:17 167:11

**reflect** 31:7 34:12
38:24 171:10

**reflection** 34:22
93:13

**refocus** 82:21

**refuse** 20:13

**refusing** 20:14

**register** 12:19

**registered** 15:9
161:16

**registration** 12:11

**regulated** 160:25

**regulation** 57:15

**regulations** 57:16
160:18,22 161:11

**related** 6:19 7:17
12:24 13:23 33:6
82:2

**relates** 10:24

**relating** 11:15

**relied** 28:21 78:5

**reload** 170:5

**rely** 29:25 30:18
31:19

**remain** 123:7

**remember** 11:6
16:16 22:7 38:4,5,
6,8 49:12,16
63:15 64:6 68:15
72:8 87:22 97:9
98:13 107:24
115:12,15 121:15
122:16 125:24
126:7 138:11
154:10,15 162:21
164:2,8,19,23,25
165:18 167:12
169:3,6

**remind** 9:19

**remove** 152:19

**repeat** 13:3 46:14
102:6 108:3

**Repeating** 98:22

**rephrase** 124:4
152:12

**replace** 58:12
60:4,11 61:1

**replaced** 170:13,
17

**reporter** 5:6 6:15
9:12,21 13:10
16:22 23:12 46:16
55:12 59:4 63:5
77:16 80:20 81:18
87:6 102:5,17,22
121:23 134:23
142:24 153:12
154:5 159:17
161:23 167:6
170:20 171:15

**reporter's** 5:18

**represent** 5:21
41:9 48:21 97:16
115:21 116:25
119:20 128:21
131:14 142:9
155:1

**representation**
42:10

**representing**
17:16

**requested** 13:9
23:11 46:15 59:3
63:4 77:15 80:19
81:17 102:4,16,21
121:22 134:22
142:23 153:11
154:4 159:16
161:22 167:5
170:19

**required** 32:2

**requirement** 60:25

**reservation** 139:3

**reserving** 6:21
7:17

**resources** 12:17

**respect** 7:17

**responds** 8:23

**response** 140:2

**rest** 14:7

**results** 79:18

**resurgence** 73:12

**review** 34:19
110:1,4,22 125:9,
12 126:11,15

**reviewed** 50:8

**reviewing** 49:12
109:16

**reviews** 30:22

118:24

**revolutionized** 134:24

**revolvers** 18:10

**revolving** 100:23 106:21 107:1

**Rick** 13:5

**rid** 32:24

**rifle** 12:3 18:3,10 21:20,21 22:4,5, 10,20,23 23:17,25 24:2,3 35:9,11 36:5 40:10 43:13, 18 45:7,8 50:17, 22 56:21,23,24 57:10 59:1 63:9 64:16,20,24 65:13 67:6,15,20,22 68:12 69:17 70:1, 3,13 72:7,9,12,18 74:17 76:7,16 81:1,5,7,8,10,12, 20 82:2 83:8,9 85:14 86:4,6,18 88:6 89:9 90:11, 14,23,25 91:3 93:19,23,25 94:4, 12,14,17,20,24 95:3,11 96:3 98:15,19,24,25 99:5 103:25 104:8,17,20 105:17 106:1,7,8 114:3 115:5 118:1,6,9,18,19, 20 119:4,6 122:13,22 124:23 127:16 129:9,10 131:21 132:16 133:18 136:25 141:16 142:4,13, 14 143:3,8,16,17, 20,25 144:12,17, 24 145:3,17,25 146:8,16,22

**rifle/pistol** 11:23 130:7

**Rifleman** 29:24 30:4 75:25 88:16

**rifles** 11:22 22:10 23:7,16,21 24:4, 10,12 35:21,23 42:15 45:10 46:22,24 50:15,18 57:5,7,15,17,18, 23 58:20,21 62:4 67:11,24 73:1,4 74:17,20,23 77:12 85:20,21 90:16 91:17,18,21 104:8,16 107:22 110:10,11 111:6, 14 114:19,25 115:8 117:10 120:20,21 122:12 130:2 149:6,7

**right-hand** 56:12 61:7

**rights** 7:17 139:3

**rigid** 79:17

**ripped** 82:23

**Rob** 88:22

**Roman** 108:13,24 109:20 110:6,7, 19,21,24 125:2,3, 10,11,14,17

**room** 9:13 75:11, 12

**roots** 85:2

**roughly** 38:1,2

**round** 35:9,10 39:14 48:9 56:18

**rounds** 12:1 13:16,17 19:14, 15,18,19 20:8 47:16,20 48:1,5 51:15,20,23 52:3, 8,21 58:15 80:11, 16 81:1,5 142:19 143:1 158:7,12

**rows** 25:13,15

**royalties** 82:23,25

**Ruger** 22:2,7 68:5 70:8,10,13 71:21 72:3 75:1,5,7,15 76:4,6,14,16,19 77:18,20,21,23 78:7 117:10

**Ruger's** 77:9

**rule** 7:9

**rules** 9:8

**run** 41:25 55:4

**running** 55:7 76:24

**rushed** 27:6

**Russia** 127:10,13

**Russian** 127:17, 19

**Russians** 153:15


**S**

**S&w** 69:9

**Sabots** 12:16

**sale** 129:18 142:20 143:2 164:12

**Savage** 117:10

**schedules** 29:4

**school** 29:3

**science** 14:19,22

**screenshot** 119:22

**screenshots** 51:1 128:22

**screws** 63:10 82:10

**script** 128:24

**scroll** 33:25

**season** 45:8

**section** 73:23 97:21 100:13,18 106:15 107:23 110:1

**seek** 6:22 139:8

**sees** 88:11

**selected** 107:25 111:18

**selections** 55:23

**selling** 32:17 132:4

**sells** 54:10

**semi-automatic** 24:10,12 73:12 99:19 101:19 102:20 103:13 154:20 155:5,8 169:23 170:6

**sense** 17:18 85:18 92:2 135:21

**sentence** 35:4 65:6 73:15,23 74:11,14 88:25 89:11,20 90:1,4, 23 91:3,5,13 116:19 117:8,15, 22 118:6 119:2 120:16,24 121:14 133:4

**sentences** 120:7
130:22

**September** 7:9
15:3

**serial** 77:11 144:6,
7

**series** 67:3 68:25
69:5,9 78:12,14
79:24 80:5

**served** 7:4,9 15:14
140:3

**service** 76:14,18
77:9

**servicing** 60:17

**set** 42:12,13 95:8
113:16

**settled** 117:10

**setup** 67:14 79:17

**Seventh** 139:7

**SGRO** 8:22 13:5
68:16,21

**shadow** 62:2
104:23

**shape** 104:25
105:3

**share** 11:24 14:4,5
22:23 23:14 26:6
27:3 40:18 71:15,
16 125:22

**shares** 12:2 23:19
116:20 127:22
129:10

**shelf** 120:3,14

**shell** 143:18

**shells** 18:16,17,19

**Shepherd** 105:21

**shinier** 160:3

**shoot** 28:8,9 58:3
94:5,6

**Shooter's** 31:5,8,
9,11 55:19,21
56:4 59:9,15
87:11,15,18 92:18

**shooting** 28:6,10

**shop** 66:8 120:2,
13

**short** 57:2 59:12
75:20 119:8,11
133:22,25 140:17

**short-barreled**
57:5,7,10,17
160:23 161:8,10,
17,21,24 162:3

**shorter** 72:9

**shorthand** 5:5,6

**shot** 18:19 43:25
118:25 119:4

**shotgun** 18:14,16,
17,18,19 35:11
45:7 100:22
106:21 107:1
141:17 143:16,17
144:13,17,25
145:4,17,25
146:8,16,22
147:3,21 148:2

**shotguns** 18:18
46:19 47:2

**shoulder** 58:1,8

**shoulder-fired**
46:25 47:3 57:20

**show** 28:7 66:4
102:2

**show's** 166:4

**showed** 163:15

**showing** 31:7 87:9
97:15 119:19
131:12

**shown** 62:21
95:11 103:14

104:8 107:23
116:4 128:20
156:15 158:19

**shroud** 155:17

**shui** 139:1

**sic** 21:6 122:17
166:5

**side** 41:23 42:12,
13 61:7 95:8
146:5

**side-by-side**
165:20

**SIG** 117:10

**sights** 14:6

**signature** 5:7
21:13 34:9,10,14
171:7,9,11,18

**signed** 34:20
108:2,8,17 125:7

**silhouette** 104:21,
22 105:18 116:20,
21 132:6

**similar** 7:21,22
65:7 104:21
105:4,7,9,10,13,
24 106:1 116:21
117:18,19

**simple** 8:17 87:14

**simply** 146:24

**simulate** 39:1

**single** 78:15,16
79:20

**sip** 54:24

**sir** 10:20 20:3
61:11 67:19

**sit** 111:8,13
121:18 159:4
161:19 164:24
166:19

**situation** 10:5
48:8

**size** 38:19,21
153:8

**sized** 78:25

**skills** 79:14

**Skipped** 56:1

**SKS** 14:3 109:21
112:21 121:12,21
125:17,20,24
126:4,10,20,23
127:3,5,9,12,16,
22 129:15,17,20
146:23 147:5

**skunks** 32:25 33:1

**slept** 64:4

**slide** 100:22
106:20

**slowly** 26:15

**small** 91:6 108:24

**Smith** 12:14 18:16
20:5 37:6 67:3
68:25 69:5 110:10
111:5 114:25
115:8

**smooth** 25:21

**Snap-on** 12:9

**snaps** 148:13

**sniper** 44:18

**snipers** 44:22

**soft** 9:5

**sold** 50:19 53:15
67:11,25 96:6,20

**soldiers** 122:11
167:23,24 168:20

**somebody's**
82:24

**Sort** 31:21 71:5
85:2

**sound** 68:17 69:13 83:15 98:23

**source** 29:25 76:10

**sources** 28:20

**South** 145:12

**Southern** 5:15 6:14

**Soviet** 132:21,22

**SP5** 59:17,21 60:3, 24

**speak** 8:25 77:18

**speaking** 10:1,5 19:1 46:10,12,25 57:23 141:6

**special** 44:18,21

**specific** 6:4,8 12:8,13,23 33:2,5 47:13,16 77:11 80:10,15 81:1,4 82:16,17 83:3,8 93:3 161:1

**specifically** 97:2 101:5 165:23

**specifications** 47:24

**speculating** 159:13,19

**speculation** 29:21 167:4

**speeding** 16:5,7

**spend** 90:2 117:25

**spent** 87:20 162:25 163:11

**SPM** 34:6

**spoken** 9:5

**Sports** 150:21 151:2,3 152:15 162:9 164:14

**spots** 139:14

**Springfield** 78:11 79:24 80:4 82:19

**stamp** 134:10

**stamped** 132:22 156:24

**stamps** 37:2

**stand** 93:18 94:9 122:15 136:16

**standard** 130:24

**standard-issue** 167:16

**standards** 111:25 112:17

**standing** 148:24

**standpoint** 14:5 139:13

**stands** 122:18 137:18

**staple** 33:13

**start** 8:5 11:22 62:17 109:25

**started** 139:17 169:8

**starts** 35:4 73:24

**state** 5:23 6:2 17:14,18 41:6 45:4 53:16,23 60:15 109:13 128:1,3,6,10,12, 22 130:5,23 131:15 149:12 152:18

**stated** 24:15

**statement** 21:6 33:11 66:16 77:19,22 123:4,9 139:20

**statements** 77:3

**states** 5:15 53:14 84:15 155:24 167:17 169:10

**status** 66:10

**statute** 19:9,15 46:10 98:1 100:12 108:8,9 109:10, 15,17 113:23 124:25 125:7 155:12

**statutory** 97:4

**stay** 148:7

**stick** 11:10,12

**sticker** 21:2,3,4 33:16 41:4 48:16, 18 55:5,11,13 128:19

**Stimpy** 55:6,7

**stipulate** 161:16

**STIPULATED** 5:2

**stock** 87:1 98:6 148:12 154:23,24 155:1,7,10,17,22, 23 160:15

**stole** 82:19

**Stoner** 26:17 83:10

**Stoner's** 84:25

**stop** 110:14

**stopped** 110:16, 17,18,19

**stops** 72:8 110:23

**store** 47:5

**stores** 31:14

**stormed** 168:7,8

**story** 43:12

**straight** 98:5 101:18 103:13,16

**strike** 40:6 113:20

**struck** 24:16 107:15

**structure** 83:24

**stuff** 26:7 28:7 153:15

**style** 116:14,19,23 117:1

**SUB2000** 62:4 64:16,19,24

**Subject** 11:19 171:4

**submit** 60:14

**subpart** 108:12, 13,24 110:15

**subscribe** 88:16

**subsection** 109:17 125:2

**subsequent** 124:6

**subsequently** 170:12

**subsidiary** 68:4

**Substantively** 153:7

**suited** 43:18

**summary** 6:20 11:14 12:22 13:22 139:5 140:7,11

**supplement** 140:10

**supplemental** 49:20

**suppose** 57:19

**supposed** 12:2

**suppressor** 105:12,13

**surprise** 76:13

surprised 132:4

swear 6:16

swept 82:1

switch 156:4

switched 19:22

sworn 6:17 8:1 33:11 66:16

symmetrical 138:14

system 23:19 41:25

systems 9:2 23:14

**T**

table 31:16 152:6 156:13 158:24 163:19

Tactical 29:9 120:11

tag 152:19

taking 6:19 9:12 69:23 123:15,21

talk 26:15 122:7

talked 24:6 113:5, 12

talking 12:8,9,10 33:24 69:15 73:16 75:24 85:19 86:4, 7 88:19,20 92:4 101:1 117:2

Tanfoglio 65:7,12, 18,24

target 44:20 91:8

Taurus 18:15

taxes 41:6

technically 7:7

technological 9:7

technology 116:15

Ten 128:15

tend 57:20

term 15:17 81:21, 22 86:2,7,24

terms 17:14 25:22 127:12 129:5

terrific 117:6,8,24

test 159:7,22

tested 159:10

testified 96:12 116:6

testify 10:18,22 109:13

testifying 159:23

testimony 34:23 35:14 70:16 78:18 84:1 86:3 96:12 98:3,7,10 106:2 112:22 113:7 121:16 143:19

TGM-9 150:17

thing 27:6 55:19 82:11 114:8,14 126:1 162:20

things 14:2 57:4 82:1,3,5 83:1

thinking 121:15

Thirty-seven 110:9

Thomas 5:24 49:4

thought 26:20 31:2 49:3 86:20, 23 128:9

thousand 44:20 163:4

tickets 16:5,7

time 5:11 8:10,23 29:3 33:16 47:10 75:19,22 79:18 82:4 83:22 84:2 86:12 87:21 119:10,13 127:3 133:24 134:2 139:8,11 140:16, 19 162:22 164:22, 24 171:4,14

times 18:24 86:9 122:3 141:5 162:17

titled 21:6 34:5

today 10:18 11:13 15:19 52:9 75:11, 12 84:9,11,13,18, 23 98:19,22 107:15,18,19 111:9,13 135:19 143:24 144:11,15 159:5 161:10,20 164:24 166:19

Today's 5:11

told 68:1

tolerances 38:14

Tom 21:2 33:19 41:4 48:17 50:11 55:13 109:12 128:19 147:10

Tomcat 162:21

Tommy 167:20

tomorrow 7:6 140:4

tool 79:2

tooling 11:21 12:7 71:22

tools 12:9,10 33:23

top 34:6 49:7 51:8 62:12 73:6 101:23

102:10 103:19,23, 24 128:24 129:14 130:8

topics 12:21

topsy-turvy 51:4

tore 165:17,21

tornado 126:19

touching 44:1

tough 43:20

towel 38:18

trade 142:20 143:3

traditional 155:23

Traditionally 132:15

train 14:8

training 31:24 32:1,2,3 33:5

trainings 32:5

trajectory 44:3 84:25

transcribed 5:6

Transcript 171:15

transfer 12:1

transitioning 132:21

treasurers 135:1

triggers 14:6

troops 168:6

true 51:25

trust 130:8

Truth 30:9

truthfully 10:18,22

tube 38:18

turn 27:15

Turning 130:15 158:2

**turpitude** 16:4

**type** 14:17 19:5
24:2,4 71:3 86:6
124:23 125:21
126:5

**types** 93:3

**typewriting** 5:7

**typically** 114:11

**typos** 171:6,8

**TZ-75** 65:7,12,16,
24

## U

**U.S.** 82:15,19
129:18,21 142:10
155:2 168:6,13
170:13,16

**ugly** 138:12,13

**Uh-huh** 23:4 50:7
61:9 67:17 86:22
97:23 113:8,11
136:10

**unaware** 23:19
50:15

**unconstitutionally**
11:17

**underneath** 91:4
130:2,5,22

**understand** 9:23
11:8,25 12:7,22
14:1,3 20:7 21:12
25:6,13 35:25
52:10 60:12 61:13
70:2 71:6,9 85:9,
21 90:6 91:12
107:3 118:17
120:7,23 129:7
131:2 133:3 137:4
142:19 143:2
158:6,11

**understanding**
13:2,12,16,24
18:6,11,12,13
20:9 25:8 52:1,19
53:1 60:8,16,17
61:5 70:22 89:10,
13,25 90:13 91:2,
15 100:7 101:9
104:16 107:6
116:18 117:14,17
118:5,8,14 119:1
120:12,15 129:4
130:9,18 133:14,
17 168:19

**understood** 7:3
8:18 11:12 15:21
19:1 34:1 53:22
83:20 86:17
147:16 149:1

**undoubtedly**
90:24

**uneven** 138:23

**United** 5:14 84:15
155:24 167:17
169:10

**unnatural** 61:15

**unreliable** 122:12

**Updike** 91:24

**upper** 59:16
152:14

**URL** 41:10 49:7
115:22 131:15

**USC** 21:7

**user** 36:11

**utilize** 38:22

## V

**V7** 115:14,23
116:14,23 117:11

**vague** 11:17 59:5
98:16 143:9

152:11 168:2

**vagueness** 6:21
11:15 13:23 139:6

**validate** 77:19

**Valley** 14:15 29:1

**variant** 70:12,18,
19,23,24,25 71:9,
14,19 76:5 154:2

**variants** 62:2
70:10 71:14 76:4
123:7

**variety** 163:15

**vehicle** 13:19

**vehicles** 32:23

**velocity** 39:3

**version** 58:11
117:11 131:5
142:16

**versions** 96:3

**veteran** 27:11

**video** 78:5,6
146:23 147:1
166:1

**video-recorded**
5:12 171:13

**videos** 29:11
126:3,7,11,15
165:17

**Vietnam** 27:8,11
86:14

**view** 39:18

**vise** 79:3,6,11,17,
19

**visit** 31:14

**visited** 29:9,14

**visual** 166:1

**visualizing** 86:1

**Visually** 117:21

## W

**Wabash** 14:14
29:1

**wait** 9:15,16 17:9,
10

**waive** 171:7,9

**waived** 5:8
171:11,18

**Wal-marts** 67:12,
25

**walked** 50:11

**Walther** 48:22,23,
24 49:5,6,8,11
50:5,9,12,20,25
52:2 53:25 54:2,8,
10 146:6

**Walther's** 49:7

**waltherarms.com/
pdp.** 49:8

**wanted** 93:22

**War** 82:18 122:10
136:18 153:18,22
167:13,14,17
168:14,21 169:8,
11

**watched** 48:25
92:9 126:3 166:9

**watching** 78:5

**water** 10:9 54:24

**water-cooled**
138:4

**ways** 28:13 148:17

**weapon** 96:25
100:9,19 101:6
106:18 107:5
117:6,9,24 118:1
137:14,15 167:17

**weapons** 39:22 60:12 122:21 150:23

**web** 91:1

**website** 30:6,9 41:10 49:7 51:1 52:2,7 54:8 115:22 128:13,22 131:14

**websites** 29:5,7 30:13,15,23 116:7

**Wells** 5:22 6:3,7, 12,18 7:3,8,13,16, 21,23 8:4 9:1,4,6 12:20 13:7,12 16:6 17:22 19:11 20:12 21:2,5 29:24 33:10,18,21 36:19,21 38:11 39:21 41:3,7 43:7, 11 44:15 45:1 46:8,11,13,18 48:14,19 49:3,6 50:2 51:3,9 52:1 53:5,9,22 54:21, 23 55:1,4,7,10,13, 17 56:2,13 57:6 59:7 61:22 63:2,7 66:5,9 68:14,19, 22 69:22 70:2 73:22 74:4,7 75:12,17,23 80:22 81:8 86:10 87:9 88:11 92:17 97:15 98:18 100:17 101:9,12 102:6,24 106:4 107:10 108:7 109:6,12,16 110:10,14 112:3, 5,9,12 115:20 117:4 119:8,14,19 122:5 128:18 130:1 131:12 133:22 134:3,7,9, 14,20 139:3,15,21 140:1,5,25 141:20

142:21 143:4,9 144:19 147:10,16 148:21,25 151:1, 20 152:11 153:10 155:13 156:1,4,7 159:23,25 160:5 161:4,19,25 165:7 168:3 170:22 171:3,10

**Wesson** 12:14 18:16 20:5 37:6 67:3 68:25 69:5 110:10 111:5 114:25 115:8 162:21

**West** 5:17

**white** 128:24

**widely** 123:8

**Wiki** 31:3

**Wikipedia** 30:25 31:1 69:12 98:21

**Wilson** 5:4,13,25 7:5,25 34:5,16 75:23 139:10,17 140:22 156:8 171:13

**wind** 45:6

**winner** 133:8

**wiring** 32:23

**withdraw** 68:14 87:5 117:4 121:16 122:6

**won** 135:11,12

**wooden** 148:12 154:23

**word** 70:18,22,25

**words** 9:13 11:16 65:22

**wore** 60:18

**work** 23:16 33:13

35:18 38:10,13 39:3 42:7 64:15, 25 78:16,17 88:6 159:14,18

**worked** 32:4 88:7

**works** 40:17 77:1

**world** 15:19 41:24 82:18 88:23 89:1 92:3 122:9,21 123:8 136:18 153:18,22 167:13, 14,17 168:14,21 169:8,11

**worry** 62:24

**wounded** 122:11, 12

**wow** 68:3 76:23

**write** 17:17

**writings** 32:14

**written** 7:4 132:20 139:9 140:2

**wrong** 39:23 76:22,23 95:14 112:5 138:24 144:6

**wrote** 21:19 22:21 99:13 105:15

---

### X

**XD** 78:12,15,17 79:24 80:4

**XL** 110:17

**XLIII** 110:19

---

### Y

**yards** 44:20 45:5

**year** 164:6,21 165:2 170:23

**years** 118:2 127:1, 2 135:25 136:8 155:25 162:24 163:13

**yesterday** 7:9

**yields** 25:16

**Youtube** 28:15,16 29:12 76:12,13 78:2,5,6 126:3,7, 11,15 166:2,3

**Yurgealitis** 49:14, 20 50:21

**Yurgealitis'** 50:8 69:21,25

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

Exhibit A-1



**DEPOSITION EXHIBIT**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CALEB BARNETT, et al.,** )  | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **Case No. 3:23-cv-209-SPM** |
| ) | |
| **KWAME RAOUL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

---

| | |
|---|---|
| **DANE HARREL, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **Case No. 3:23-cv-141-SPM** |
| ) | |
| **KWAME RAOUL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

---

| | |
|---|---|
| **JEREMY W. LANGLEY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **Case No. 3:23-cv-192-SPM** |
| ) | |
| **BRENDAN KELLY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

---



**EXHIBIT**
tabbies
**M**

1

## STATEMENT PURSUATNT TO 28 USC 1746

1. My name is Matthew Wilson, I am a Plaintiff in this case, a U.S. Citizen, am over 21 years of age, under no legal disabilities, and make this sworn statement under personal knowledge.

2. I reside in Crawford County, Illinois.  Since this ban on firearms and magazines was passed, retailers in my area have stopped selling these items, even items that I think are legal under the act the retailers are afraid to sell, as they are not sure what is actually legal under the Act.  Some retailers claim to have been told that literally screwdrivers are prohibited under the act.

3. I am a lifetime firearm owner, and am familiar with most kinds of common firearms and magazines.

4. The 1919 Browning series traditionally uses cloth belts like those shown in the motion, both for 1919s in the original machinegun version, as well as later rifle and "other" versions.

5. Some 1919s, including the rifle configuration and the other configuration, use more modern disintegrating links, instead of a cloth belt.

6. I personally own at least one rifle that uses the same magazine as at least one pistol I own uses.  The magazines for the rifle and the pistol are made by the same company, and are indistinguishable from either other, as they are identical.

7. I am familiar with the Mossberg Blaze 47, having personally seen one for sale.  It is a blowback operated .22 LR caliber rimfire, with nothing in common with an actual Ak47, other than the general shape of its shadow on a sunny day.

2

8. Models of firearms I can think of off hand, which use magazines that can be and commonly are used in both rifles and pistols, as well as "other" firearms, are AK47 type magazines, AR15 type magazines, Luger magazines, 1911 magazines, Smith and Wesson 59 magazines, Ruger 10-22 magazines, Soviet PPS43 type magazines, Uzi type magazines, and Thompson model 1928 type magazines.

9. There is no objective way that a person can determine that any ammunition feeding device is for a rifle, shotgun, pistol or other firearm, without knowing its design history, possibly going back well over a century, and without knowing about every single firearm ever made that might use that assumption feeding device.

10. Likewise, there are no objective standards to determine whether a given firearm is an AK type, an AR type, or something else. In fact, even the listed examples are often times not within the parameters of what even most firearms experts would consider to be an AK type, like the SKS, of an AR type.

11. That I have read the Plaintiff's Motion for Partial Summary Judgment as to Counts IV and VI, and to the best of my knowledge, the facts set forth in this sworn statement, and in that motion, are true and correct. The photographs depicted show what they are labeled as correctly, and the descriptions contained in the motion are accurate.

12. If I were to testify in open court, I would testify consistently with this affidavit.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **5-17-27**

_____
Matthew Wilson

3

Exhibit A-2

**DEPOSITION EXHIBIT**

### AFFIDAVIT OF MATTHEW WILSON

Comes now Matthew Wilson, being first sworn, and states under penalties of perjury, as follows:

1. My name is Matthew Wilson.  I am one of the Plaintiff's in this case.

2. I have been provided, and have read, the Supplemental Affidavit of James E. Yurgealitis, filed as document 116-1.

3. Unlike Mr. Yurgealitis, I am being provided no compensation for my testimony or participation in this case.

4. After reading said Supplemental Affidavit, I serisously question the purported knowledge that Mr. Yurgealitis claims to possess, as he makes bald statements of fact that are objectively simply not true.

5. For instance, Mr. Yurgealitis claims that, in 9mm, the following handguns feature 15 round magazines that are not interchangeable with any rifles or other long guns, and listed the following:

   a.  CZ: Model 75, Shadow;

   b.  Heckler & Koch: P30, P2000, USP;

   c.  Sig Sauer: P226, P229;

   d.  Smith & Wesson: 5900 Series, SW40F;

   e.  Sturm Ruger: P85, P89;

   f.  Springfield Armory: XD Series; and

   g.  Walther: P88, PPQ, PDP.

6. Mr. Yurgealitis' statement is largely false, to wit:

   a.  The CZ, Model 75 and the Shadow are variants of the same pistol, use the same magazine, and the magazines are also used in the Kel Tec Sub 2000 Gen

2 rifles. See Ex. A, B, C.D.  These are also similar to the Tanfoglio TZ75, formerly imported by FIE or Florida in the 1980s, and the AR-24 Pistol, formerly imported by Armalite, which itself is a CZ75 clone.

b. As far as the Smith and Wesson 5900 Series, the pistol is discontinued, but uses the same magazine as the also discontinue Marlin Camp rifle, in 9mm. See Ex E.  Marlin camp rifles used to be sold as most Wal-Marts.

c. As to the Ruger P85 and P89, they are variants of the same basic pistol, the P89 being a product improved variant of the P85.  Both pistols use the same magazine as the Ruger PC9 rifle.  See. Ex. F, G.

d. As to the Springfield Armory XD Series, it is actually a Croation made pistol, made by HS Produkt, and the magazines it uses are largely interchangeable with the Beretta M92 Series, except that one needs to cut a single notch in the XD magazines to make them work in the M92, or a single notch in a M92 Beretta magazine to make them work in an XD.  In fact, during the mid to late 1990s, when new over 10 round magazines were restricted, but existing over 10 round magazines were unrestricted, it was common for owners of XD pistols to obtain surplus M92 magazines and modify them for use in the XD pistol.

7. While I am personally unaware of any rifles that use the other listed magazines, there is no reason that such a rifle could not be constructed, nor is there any way to know whether or not any such rifles have been so constructed and sold. Any claim that *any* magazine can *only* fit a handgun or *only* fit a rifle is absurd on its face. In fact, any handgun, ultimately, can be converted into a rifle. For instance, as listed in the ban itself, DSA

makes or made a FAL pistol. The FAL magazine is very similar to the M14 magazine in size and general design.

8.  As far as owners of M9 / Beretta M92 style 9mm pistols, who are also owners of Beretta CX4 rifles, I am on, as are the other two named Plaintiffs in this lawsuit. If the Court would care to see a demonstration of the interchangeability of the magazines in my Beretta Pistol and rifle, I am happy to personally demonstrate same.

9.  Furthermore, from a purely technical perspective, there is and are no reasons why a 20, 30 or 40 round magazine could not be modified to accept and feed only either 15 rounds, 10 rounds or even 5 rounds. In the 1950s, it was a common practice for owners of M1 Carbines, which come standard with 15 or 30 round magazines, to convert 30 round magazines to 5 round magazines to comply with the hunting regulations of the era, since it was cheaper to convert a 30 round magazine than to make a 5 round magazine new. The issue, is how is one to know that a given 15 through 11 round magazine is a "handgun magazine" as opposed to a "rifle magazine.", or a 16 round magazine is for a firearm other than a rifle, shotgun or handgun, as defined. The ambiguity is on the magazine, not the firearm it may fit into.

10. In fact, depending on the cartridge used, a magazine that holds 30 rounds of one cartridge may well only hold 10 rounds of another. One such actual example is the AR15 magazine, in which its standard magazine holds 30 rounds of 5.56mm ammunition, or 10 rounds of .50 Beowolf ammunition, interchangeably.

11. Defendant's expert also says,:

35.     With AR platform or "AR Type" rifles, the magazines can be interchangeable between rifle and handgun variants. However, both variants are firearms that can no longer be legally purchased under the Act.

12. I am familiar with the AR7 rifle, a photograph is shown below:



13. A close up of the markings on an AR7 rifle are shown below:



14. As can be clearly seen, the above firearm is marked as an "AR-7."

15. I acknowledge there are both handgun and rifle versions of this firearm. However, other than the AR-7 marking, I see no reason why, under the challenged act, this firearm cannot be sold or possessed, unless this is an "AR Type" firearm, which, while marked as an AR-7, I have no idea and to not see how to discern whether this is an AR type firearm.

16. Below is depicted another firearm. From my knowledge of firearms, I can see that the

AR15 has clearly influenced the design. and it appears to use an AR15 type magazine.

However, I have no idea if that is an "AR Type" firearm or not.



17. I am also aware of a firearm called an AR5. below is a photograph.



18. This is a bolt action firearm with a 4 round magazine. I do not know if this is included in

the definition of an "AR type" firearm.

19. In addition. some firearms that look kind of like an AR15 are bolt action or straight pull

bolt action, not semiautomatic. A photograph of one such firearm is shown below.





20. There have also been pump action firearms that look like AR15 rifles. A photograph of
    one such rifle is shown above.

21. I do not know if this rifle is included in the definition of "AR type," nor can I discern it,
    as no definition is provided.

22. As for semi-automatic 1919A4 types, they are common as dirt in Illinois. For several
    years they were built by many manufacturers and home builders of firearms, as the parts

from which they were made were surplus and low cost for many years.  Contrary to the

expert opinion, they remain in production to this case.  Ex. I.

FURTHER AFFAINT SAYETH NAUGHT

DATED: 6-27-2023

_____

Matthew Wilson

SUBSCRIBED AND SWORN

Dated:  6-27-2023

_____

Notary

OFFICIAL SEAL
TRISHA BELL
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 01/26/25



**DAILY DEALS**

Free Shipping on Uppers, Rifle Kits, Pistol Kits, Build Kits, Part Kits, Complete Lowers & PSA Firearms!    ✕

HOME / KEL-TEC MAG CATCH KIT FOR CZ75 SUB 2000 GEN2 RIFLES, BLACK - S2K-205CZ75

IN STOCK ▶

# KEL-TEC MAG CATCH KIT FOR CZ75 SUB 2000 GEN2 RIFLES, BLACK - S2K-205CZ75

IN STOCK ▶

# KEL-TEC MAG CATCH KIT FOR CZ75 SUB 2000 GEN2 RIFLES, BLACK - S2K-205CZ75

**$12.09**

−    1    +

**ADD TO CART**



st read Compliance Information before purchasing.



This p is fulfilled by a PSA Partner and shipping times may **DAILY DEALS**

SK╎╎╎╎╎923

**Model Number**      S2K205CZ75

**UPC**                        640832007329

♥ Add to Wish List      ▦ Add to Compare      Share:   ✉  f  🐦

Purchase protected by   ✓ **norton** SHOPPING GUARANTEE  Learn more

# PRODUCT DETAILS

## DETAILS

**Material: Steel**

**Color: Black**

**For Use With: CZ75 Sub 2000 Gen2 Rifles**

**Includes: (1) Mag Catch Plate, (1) Hex Key, (2) Screws**

## FEATURES

The CZ 75 Sub 2000 Gen2 mag catch kit, from Kel-Tec comes with hey key and screws.
The Mag Catch plates will only work in the Gen 2 SUB 2000 weapon, which states "multi mag" on the left hand side of the grip.

# REVIEWS

**NS & ANSWERS**                                                                                                ⊙



**DAILY DEALS**

# COMPLIANCE

## Shipping Restrictions

It is the customer's responsibility for understanding state laws regarding all purchases made. For a comprehensive list of all Shipping Restrictions, please refer to our Shipping Restrictions By State Page found Here.

**All NFA Rules Apply.**
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

**AMENDMENT II**

*A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.*



**DAILY DEALS**

Sign up for our Daily Deals and more

Questions? Need help? Call us: (877) 560-7229

   

 



About SSL Certificates

| COMPANY | INFO | LEGAL | CONTACT INFORMATION |
|---|---|---|---|
| Blog | Check Shipping Status | Terms & Conditions | Palmetto State Armory |
| Careers | My Account | Retail Return Policy | 3760 Fernandina Rd. |
| About PSA | Contact Us | Shipping Restrictions | Columbia, SC 29210 |
| Affiliate Program | Rebates & Promotions | Privacy Policy | |
| Retail Stores | Compare Products | Sitemap | **HELP CENTER** |
| Defense Courses | Check Order Status | | |
| SC CWP Info | Gift Card Balance | | |
| Shoot Responsibly | FAQ | | |
| | Buying a Gun Online | | |
| | FFL Locator | | |



Product Manuals

California Buying Guide

**DAILY DEALS**



RMORY. ᴸ RIGHTS RESERVED.

✓ norton
SHOPPING GUARANTEE
6/25/2023

Pistols   Rifles   Shotguns   Parts   Accessories   Gear   **Sign In**        Search ...

<u>Home</u> / <u>Magazines</u> / S2K-205 CZ75 Mag Catch Kit



# S2K-205 CZ75 Mag Catch Kit

**SUB 2000 2ND GEN CZ75 MAG CATCH KIT**

**THE MAG CATCH PLATES WILL ONLY WORK IN THE GEN 2 SUB 2000 WEAPON, WHICH STATES "MULTI MAG" ON THE LEFT HAND SIDE OF THE GRIP.**

**INCLUDES;**

**1- CZ75 MAG CATCH PLATE**
**1- HEX KEY**
**2- SCREWS**



Pistols    Rifles    Shotguns    Parts    Accessories    Gear    **Sign In**

**$13.99**

1

ADD TO CART

PRODUCT CODE: S2K-20SCZ75  CATEGORY: Magazines

## KELTEC INFO:

About

Careers

Distributor List

HALO

Media Kit

Terms & Conditions

Privacy Policy

Sitemap

## FIREARM INFO:

Recall

Owner's Manuals

Discontinued

Digital Catalog

U.S. Firearm Magazine Restrictions

## NEWS:

Press

KelTec Insider

## CUSTOMER SERVICE:

Gift Cards

Shipping & Returns



Pistols   Rifles   Shotguns   Parts   Accessories   Gear   **Sign In**

Support Ticket

Contact















**SHOWING ALL 11 RESULTS**

⇄ FILTER

SORT BY LATEST





COMPETITION CZ 75B / 85B / SP-01 / SHADOW / SHADOW 2
9MM 10-ROUND

$68.25



COMPETITION CZ 75B / 85B / SP-01 / SHADOW / SHADOW 2
9MM 19-ROUND

$68.25



EXHIBIT

C





CZ 75 COMPACT / P-01 / PCR 9MM 15-ROUND

$40.20

CZ 75 COMPACT / P-01 / PCR 9MM 10-ROUND

$32.65





CZ 75B / 85B / SP-01 / SHADOW / SHADOW 2 .40 S&W 14-ROUND DPS

$48.85

CZ 75B / 85B / SP-01 / SHADOW / SHADOW 2 .40 S&W 12-ROUND

$40.20





CZ 75B / 85B / SP-01 / SHADOW / SHADOW 2 .40 S&W 10-ROUND

**$32.65**

CZ 75B / 85B / SP-01 / SHADOW / SHADOW/ 2 9MM 19-ROUND DPS

**$49.85**





CZ 75B / 85B / SP-01 / SHADOW / SHADOW 2 9MM 17-ROUND

**$41.05**

CZ 75B / 85B / SP-01 / SHADOW / SHADOW 2 9MM 16-ROUND

**$33.30**

**SOLD OUT**



CZ 75B / 85B / SP-01 / SHADOW / SHADOW 2 9MM 10-ROUND

$33.30





905 Middle Street
Middletown, CT
06457 USA

mags@mec-gar.com

(860) 635-1525



**Magazines**

1911
ARMSCOR/Rock Island Double Stack
Bersa

1911 Officer
Beretta
Browning

CZ
Luger
Ruger
Sig Sauer
Taurus
Witness - Tanfoglio

Kimber
Para-Ordnance
S&W
Springfield
Walther

## About

Blog / News
IFS· – Innovation For Shooters
Contact Us

**secured by**

## Help

FAQ
Contact Us

©  2001 – 2022 Mec. Gar USA Inc.   All rights reserved.

Terms and Conditions | Privacy | Legal Notice | Cookie Policy




We accept





STORE › MAGAZINES › CZ

CZ 75B / 85B / SP-01 / SHADOW / SHADOW 2 .40
S&W 12-ROUND

EXHIBIT
D

$40.20

**Compatible Firearms:** CZ 75B, 85B, SP-01, Shadow, Shadow 2

**Caliber:** .40 S&W

**Capacity:** 12 rounds (+1 round compared to factory magazines and still flush fit)

**Coating:** Anti-friction

**Follower:** High-impact polymer

**Tube:** Heat treated carbon steel

**Spring:** High tensile music wire

**Floorplate:** High-impact polymer that sits flush with the pistol

**SKU (Blued):** MGCZ4012AFC   **UPC:** 765595515727

- Anti-Friction coating allows for easy loading, reduced malfunctions, and superior anti-corrosion properties

 IN STOCK



 **State Capacity Restriction**

 **Norton**

Powered by digicert

**Safe Shopping**
Buy with confidence, your data is safe.

**Flate-Rate Shipping**
Get your items quickly with flat-rate USPS.
SKU: MGCZ4012AFC

SHARE     

# Description

 **.40 S&W - 12 rounds**

If you are looking for a magazine for your CZ 75B, 85B, SP-01, Shadow, Shadow 2 pistol, choose the magazine manufacturer that is the most trusted in the industry.

All Mec-Gar magazines are made in Italy with the most sophisticated technologies and best materials.

Since 1965 Mec-Gar has been a world leader in the production of magazines for the largest firearm manufacturers and militaries in the world.

## Specifications

| | |
|---|---|
| **CALIBER** | .40 S&W |
| **CAPACITY** | 12-round |
| **FINISH** | Anti-Friction |
| **FIREARM MAKE** | CZ |
| **MODEL** | CZ 75B, CZ 85B, CZ Shadow, CZ Shadow 2, CZ SP-01 |

REVIEWS (0)   +



**A MEC-GAR**

905 Middle Street
Middletown, CT
06457 USA

mags@mec-gar.com
(860) 635-1525



## Magazines

1911                                      1911 Officer
ARMSCOR/Rock Island Double Stack          Beretta
Bersa                                     Browning
CZ                                        Kimber
Luger                                     Para-Ordnance
Ruger                                     S&W
Sig Sauer                                 Springfield
Taurus                                    Walther
Witness - Tanfoglio

## About

Blog / News
IFS+ – Innovation For Shooters
Contact Us

secured by

**Help**

FAQ

Contact Us

© 2001 – 2022 MidwayUSA Inc. – All rights reserved.

Terms and Conditions | Privacy | Legal Notice | Cookie Policy

 

We accept

**WIKIPEDIA**
The Free Encyclopedia

Toggle the table of contents

# Marlin Camp Carbine

The **Marlin Camp Carbine** is a self-loading carbine chambered for either 9mm Parabellum or .45 ACP, formerly manufactured by Marlin Firearms Company of North Haven, Connecticut. The carbine has been discontinued since 1999.[1][2]

## Description

As the name implies, it was designed as a utility firearm to be used around hunting camps for foraging or defense. It was made in 9mm Parabellum and .45 ACP calibers and can use the same magazines as popular handguns in those calibers, in keeping with a convenient American tradition of having a carbine and handgun using common ammunition. The carbine operates by direct blowback. Usually, the receiver is drilled and tapped for a scope mount. The stock was made of walnut-finished Maine birch.[1][3]

The Camp Carbine uses a detachable magazine that inserts into the magazine well in front of the trigger guard. The Camp-45 rifle magazine is compatible with most Colt 1911-type magazines; and the Camp-9 rifle magazine can be replaced by magazines from 59-series S&W pistols.[1] The Camp-9 magazine well is sized for 12-round magazines; magazines with higher capacities extend beyond the bottom of the well. A 20-round magazine was produced, but discontinued in 1989.[1][2] Numerous aftermarket magazines and drums were produced for both models.

## References

1. Fjestad, S.P. (2009). *Blue Book of Gun Values 2009*. Blue Book Publications. p. 798. ISBN 978-1-886768-87-1.
2. Warner, Ken (1999). *Gun Digest 2000. 54th Annual Edition*. Krause Publications. p. 306. ISBN 0-87341-752-6.
3. William S. Brophy. *Marlin Firearms: A History of the Guns and the Company That Made Them*. p. 319.

## External links

- Marlin "Camp 9" Carbine (https://web.archive.org/web/20211024212259/http://www.alpharubicon.com/leo/marlincamp9war.htm)
- Marlin Camp Carbines (https://web.archive.org/web/20221208170544/http://notpu campgun9.htm)

**Marlin Camp Carbine**



Marlin Camp-45

| | |
|---|---|
| **Type** | Hunting rifle |
| **Place of origin** | United States |
| **Production history** | |
| **Manufacturer** | Marlin Firearms Company |
| **Produced** | 1985–1999 |
| **Variants** | 9mm and .45 ACP Versions |
| **Specifications** | |
| **Mass** | 6¾ pounds |
| **Length** | 35½" |
| **Barrel length** | 16½" |
| **Cartridge** | .45 ACP 9mm Parabellum |
| **Action** | Direct blowback semi-automatic |
| **Feed system** | 4 or 7-round (Camp-45) 4, 12, or 20-round (Camp-9) Detachable pistol magazine |
| **Sights** | Fixed, drilled, and tapped for scope mounts |



EXHIBIT

E

- Marlin Camp 9 Manual (https://web.archive.org/web/20230110172931/http://pdf.textfiles.com/man uals/FIREARMS/marlin_9.pdf)
- Marlin Camp 45 Manual (https://archive.org/details/marlin-model-45-manual/)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Marlin_Camp_Carbine&oldid=1149948132"

**Toggle limited content width**

Search the store                                                                                    Q

**Log In / Register** to View **Member Pricing** if Available. Use The **Request For Quote Button** For RFQs, Quantity Discounts, Out-Of-Stock Items, or Agencies / Qualified Individuals Looking to Purchase & Ship **Regulated Products to Restricted States**.

- 10% OFF Storewide use coupon code JULY4 At Checkout -

HOME / U.S. MAGAZINES / RUGER PC9 & P89 9MM 15-ROUNDS MAGAZINES



RUGER

### Ruger PC9 & P89 9mm 15-Rounds Magazines

(No reviews yet)                                                                        Write a Review

**SKU:** Ruger-90233
**UPC:** 736676902330
**MPN:** 90233
**WEIGHT:** 0.20 LBS

## $27.98

or 4 interest-free payments of **$7.00** with **sezzle** ⓘ

**PayPal Checkout Disabled Due to Restrictions.**

**QUANTITY:**

⌄   1   ⌃

EXHIBIT

F

Related Products

Out Of Stock                                                                  Out Of Stock      Out Of Stock

                                                          

We use cookies (and similar technologies) to collect data to improve your shopping experience. By using our website you're agreeing to the collection of data as described in our Privacy Policy.

Settings   Reject all   Accept All Cookies

$47.98

Ruger American 9mm
Magazines 17-Rounds

Ruger

$29.98

Ruger 9mm American
Compact 9mm 12-
Rounds Magazines

Ruger

$29.98

Magazines

Ruger

$19.98

Magazines

Ruger

$29.89

## Customers Also Viewed













**Ruger Security-9 9mm
15-Rounds Magazines 2
Pack**

Ruger

$47.99

**Ruger American 9mm
Magazines 17-Rounds**

Ruger

$29.98

**Ruger, LCP II 22LR
Threaded Barrel Kit, 1/2 x
28 RH Threads, Fits LCP
II 22LR**

Ruger

$160.99

**Ruger LC Carbine
5.7x28mm 16.25' 20+1rd
Rifle**

Ruger

$699.98

**Ruger 90462 BX-Trigger
Fits 10/22**

Ruger

Now: $69.88  Wa...

$36.95

**Ruger AR**

I

Now: $?
S:

## Description

Ruger 9mm Lugar 15rd magazine for the P89 (Serial No. 304-70000 & Above), P83, P94, P95 pistols & LC9 Carbine

- Pricing Unit: Each
- Model: P Series
- UPC: 736676902550
- SKU: 90255
- Width: 3.50
- Length: 7.50
- Height: 1.50
- Weight: 0.20
- Caliber: 9mm
- Capacity: 15 Rounds
- Dimension: 1.50 X 3.45 X 8.70
- Finish: STAINLESS STEEL (SILVER)
- Series: Magazine
- Similar Items: CI RUG
- Style: Detachable

WARNING This product may contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov. You must be 18+ years old to shop and or purchase on our website and 21+ to purchase Ammunition/Firearms. Check local laws before ordering as you certify you are of legal age and satisfy all federal, state, and local regulatory requirements. There are NO returns or exchanges on some firearms, ammunition, HP1 equipment. Some ships UPS ground to the lower 48 states.

We use cookies (and other similar technologies) to collect data to improve your shopping experience. By using our website, you're agreeing to the collection of data as described in our Privacy Policy.

## Additional Information



*Everything and Anything Ruger and Marlin*

(https://shopruger.com/login.aso)

(https://shopruger.com/basket.asp)O

All Items (default.asp)   /   Centerfire Pistol Accessories (Centerfire-Pistol-Accessories/departments/1000/)   /   P-Series (P-Series/departments/1400/)   /   Magazines & Loaders (Magazines-Loaders/products/1401/)

## P-Series 9mm 15-Round Magazine







**Item Number: 90233**

Review Average: ☆ ☆ ☆ ☆ ☆

Number of Reviews: 6

View Reviews (https://shopruger.com/P-Series-9mm-15-Round-Magazine/productinfo/90233/#reviews) | Review this item (writeReview.asp?number=90233)

**$42.95**
**Out of Stock**

**Quantity**

—  1  ✚

⬜ I am a US Citizen or a Resident Alien.



Detailed Description

P89 (Serial No. 304-70000 & Above), P93, P94, P95™ pistols & PC9 Carbine. Stainless steel, 15-Round, 9mm magazine.

*15-round magazines are not available in all states and locales. Ruger cannot bill to or ship 15-round magazines to the following states and cities: California; Boulder, Colorado, Connecticut, Hawaii, Illinois, Maryland, Massachusetts, New Jersey, New York, Rhode Island, Vermont, Washington State, Washington DC. DO NOT ORDER THIS PRODUCT if you live in these locations.*
Genuine Ruger® Factory Accessory. NOTE: This magazine does NOT fit the PC Carbine™.

*WARNING: Discharging firearms in poorly ventilated areas, cleaning firearms, or handling ammunition may result in exposure to lead and other substances known to the State of California to cause birth defects, reproductive harm, and other serious physical injury. Have adequate ventilation at all times. Wash hands thoroughly after exposure.*

Product Reviews          Click here to review this item (https://shopruger.com/writeReview.asp?number=90233)

☆☆☆☆☆    **Great Job RUGER!**                                                5/27/2019
Sent in a Mag to Ruger! Spring was broken! They replaced it no questions! I bought 2 from Pro-Mag warehouse and they are not even close to the QUALITITY..... Im Buying replacements as soon as POSSIBLE!
*- Bill Donoho, MO*

☆☆☆☆    **Just a teeny bit disappointed**                                    4/4/2019

I would have given 5 stars but I did not get my discount and the one I received looked used. It had some gummy stuff on it and appears to have been stored in a leather pouch or something similar. But it functions as designed. So other than not getting the discount Im okay with it. It works. Thats the main thing.
*– Don, TN*

★★★★   **Good magazine**                                                                     3/13/2019

Bought two of these for my P–94. Work ok but I could only get 14 bullets instead of 15 into them.

★★★★★   **Magged Up**                                                                      2/12/2018

Ive purchased one of these for a P95. It works flawlessly every time I go to the range. I plan on buying two more.
*– Chuck, LA*

★★★★★   **Perfect accessory for the P series**                                      1/18/2017

I have purchased several of these and had no issues with any of them. The springs are a little on the stiff side but they get easier to load after usage. I recommend them for sure.
*– Gary Fagg, NC*

★★★★★   **Great magazine**                                                                 10/16/2014

This is a very sturdy and well made magazine, as one would expect with a Ruger product. The spring was seriously stiff when purchased, but once broken in it is easy to load. Also I have left the magazine fully loaded for over a year and it has yet to lose any elasticity in the spring. Never had any malfunctions and the mag feeds flawlessly.
*– Harry, FL*

CONTACT (CONTACTUS.ASP)   |   FAQS (HELP.ASP)   |   TERMS OF USE (TERMS.ASP)   |   PRIVACY POLICY (PRIVACY.ASP)

by **JEREMIAH KNUPP** Posted on July 12, 2021
NEWS, RIFLES, SEMI AUTO RIFLES

**Support NRA American Rifleman**



(Top to Bottom) Kel-Tec SUB-2000 –9 mm Luger, Ruger PC Carbine– 40 S&W. Angstadt Ma₁ on Armory  10 mm Auto, Heckler & Koch USC - .45
ACP
Holly Marcis

The idea of pairing a handgun and a rifle around a common cartridge is an American tradition. Some of the earliest, self-contained-cartridge, repeating firearms, such as the Henry rifle, used a pistol-size chambering. The short overall length of these cartridges allowed plenty of rounds to be stacked within a tubular magazine, and their low power wasn't overly taxing on the locking mechanisms of early repeaters. Colt, Smith & Wesson and many other manufacturers would eventually offer revolvers chambered in .44 Henry rimfire.

The system had its advantages in the frontier days of the republic, with revolvers made by Colt, Merwin Hulbert and Remington using the same cartridges as rifle designs by Marlin, Remington and Winchester. The lawman or settler had a single supply of cartridges for both his rifle and handgun. The handgun provided a conveniently carried arm, while the longer barrel of the carbine gave slightly more power out of the same cartridge, along with the increased accuracy, range and capacity of a longarm.

In the 20th century, pistol-size cartridges were adapted to designs beyond the traditional lever-action and revolvers. One of the earliest American sporting semi-automatic rifles was the Winchester Model 1905. Its simple blowback action fired what was basically a pistol cartridge with a straight-wall case that launched a .32-cal., 165-gr. bullet to just under 1400 f.p.s. from its 22" barrel—very close to the performance I got from the modern .40 S&W rifle I tested here.

The past decade has seen a resurgence in the semi-automatic form of what is now known as "pistol-caliber carbines" (PCCs). These newer firearms have often taken things one step further, by adding compatibility with not only a pistol's ammunition, but also its feeding device. Glock magazines have become the predominant choice, but for nearly every popular semi-automatic handgun there is a rifle that uses the same magazine.

The 16" barrel that most PCCs use stretches the performance of pistol cartridges. For this evaluation, I compared the ballistics of the same cartridge fired from one of our test carbines and a "service-size" handgun. The results are shown in the accompanying table (p. 74). The extra 11.5" of barrel netted a velocity gain of between 13 and 19 percent and a gain in muzzle energy of between 27 and 40 percent.

To survey the current PCC world, I looked at four very different long guns, each of which highlights a unique aspect of the market as well as the four most popular chamberings for semi-automatic PCCs.

EXHIBIT
tables



**Kel-Tec SUB-2000—9 mm luger**

One advantage of pistol-caliber carbines is that they offer an affordable option for a self-defense long gun, with companies such as Hi-Point and Kel-Tec selling PCCs for less than the cost of a base-model AR. PCCs provide a savings on ammunition as well, since, in a normal market, cartridges such as 9 mm Luger are less expensive than rifle cartridges, allowing for more practice time on the range.

Kel-Tec's take on the PCC is to give it a folding format. The company started with the SUB-9 in 1997 and followed up with the SUB-2000 in 2001. Like its predecessor, the SUB-2000 uses a blowback action, wherein the bolt operates in a metal tube that functions as both the receiver and the mounting point for the stock. Pulling down on the trigger guard lets the rifle hinge in the middle and fold in half to the length of its 16.25" barrel. A catch at the heel of the buttstock unlocks the rifle so that it can be folded back into action. With a weight just under 4 lbs., 8 ozs., and a length under 31" when ready to fire, the SUB-2000 was the lightest and most compact of the PCCs I tested—an ideal size for being tucked into a backpack or survival bag.

The SUB-2000, available in 9 mm Luger and .40 S&W, is in its second generation, with updates including molded-in rails on the top and bottom of the fore-end, as well as M-Lok slots. Other updates include a buttstock adjustable for length of pull and a threaded muzzle. With its affordable price and unique features, the SUB-2000 has become one of the most popular PCCs, a fact affirmed by the size of the rifle's aftermarket support.

## KEL-TEC SUB-2000 SHOOTING RESULTS (50 YDS.)

| 9 MM LUGER CARTRIDGE | VEL. @ 10' (F.P.S.) | ENERGY (FT.-LBS.) | GROUP SIZE (INCHES) | | |
|---|---|---|---|---|---|
| | | | SMALLEST | LARGEST | AVERAGE |
| FEDERAL PREMIUM PUNCH 124-GR. JHP | 1339 AVG. 28 SD | 494 | 1.32 | 2.35 | 1.86 |
| FEDERAL SYNTECH PCC 130-GR. TSJ | 1127 AVG. 9 SD | 367 | 1.67 | 2.55 | 2.02 |
| WINCHESTER FORGED 115-GR. FMJ | 1318 AVG. 21 SD | 444 | 2.19 | 2.54 | 2.33 |

**AVERAGE EXTREME SPREAD** 2.07

NOTES: MEASURED AVERAGE VELOCITY FOR 10 SHOTS OVER A COMPETITION ELECTRONICS PROCHRONO DIGITAL CHRONOGRAPH AT 10 FT. ACCURACY RESULTS FOR FIVE CONSECUTIVE, FIVE-SHOT GROUPS AT 50 YDS. FROM A CALDWELL MATRIX REST. TEMPERATURE: 57° F. HUMIDITY: 68%. ABBREVIATIONS: FMJ (FULL METAL JACKET), JHP (JACKETED HOLLOW POINT), PCC (PISTOL CALIBER CARBINE), SD (STANDARD DEVIATION), TSJ (TOTAL SYNTHETIC JACKET).

column, metal-body pistol magazines. These include the Beretta 92, CZ 75/85, Canik TP9, Smith & Wesson Model 59-series and M&P fullsize, and SIG Sauer P320 and P226, by simply switching the magazine catch.

### KEL-TEC SUB-2000 MULTI-MAG

**MANUFACTURER:** KEL-TEC CNC INDUSTRIES, INC. (DEPT. AR), 1505 COX ROAD, COCOA, FL 321926; (321) 631-0068; KELTECWEAPONS.COM



**ACTION TYPE:** BLOWBACK-OPERATED, SEMI-AUTOMATIC, CENTER-FIRE RIFLE
**CHAMBERING:** 9 MM LUGER
**RECEIVER:** STEEL
**STOCK:** POLYMER

**BARREL:** CHROME-MOLY STEEL, MUZZLE THREADED 1/2x28 TPI; SIX-GROOVE, 1:10" RH TWIST
**SIGHTS:** FULLY ADJUSTABLE FRONT POST, APERTURE REAR

**MAGAZINE:** CAPACITY VARIES BY MANUFACTURER; COMPATIBLE WITH BERETTA 92, CANIK TP9, CZ 75/85, SIG SAUER P226 AND P320, SMITH & WESSON 59-SERIES AND M&P FULLSIZE
**TRIGGER:** SINGLE-STAGE; 8-LB., 13-OZ. PULL
**WEIGHT:** 4 LBS., 7 OZS.
**ACCESSORIES:** OWNER'S MANUAL, MAGAZINE CATCH STARTER KIT
**MSRP:** $556

**Traditionalist Favorite**



### Ruger PC Carbine—.40 S&W

The first rifle made by Sturm, Ruger & Co. was the 44 Carbine. Introduced in 1961, it was a semi-automatic rifle chambered for a revolver cartridge (.44 Mag.) that fed from a tubular magazine. Like the Winchester 1905 of a half-century prior, the Ruger Carbine cut a traditional profile with its wood stock and blued metal.

Ruger never really got out of the "rifle-chambered-in-a- handgun-cartridge" market, offering pistol chamberings in everything from its No. 3 single-shot to its Model 77 bolt-action. In 1996, it re-entered the semi-automatic PCC world with its line of "Police Carbines." The PC9 (9 mm Luger) and PC40 (.40 S&W) used magazines from the company's P-series pistols, and were manufactured for a decade.

In 2018, Ruger introduced its new, and appropriately named, PC Carbine, in both 9 mm Luger (February 2018, p. 42) and .40 S&W. The PC Carbine I tested was chambered in the latter. While handgun options in .40 S&W are dwindling these days, the cartridge is being kept alive in the PCC world by companies such as Just Right, CMMG, Kel-Tec, KRISS USA, Hi-Point and TNW.

While the PC Carbine somewhat maintains the traditional look of a big 10/22, it is packed with modern features that make it versatile. Machined into its aluminum receiver is a Picatinny rail for mounting optics. Its magazine release and charging handle are reversible. The carbine's fluted barrel is capped with a threaded muzzle. The polymer stock has molded-in sling points and a short section of universal rail on the forearm, and the length of pull is adjustable with three provided spacers. The PC Carbine utilizes a takedown system similar to that used in Ruger's takedown 10/22. A lever in the fore-end unlocks the barrel to twist free of the action, making for a package little more than 20" in length. It comes supplied with a magazine from the Ruger's SR/Security-series pistols and with an adapter to use Glock magazines (an adapter for Ruger American magazines is available as an accessory).

| .40 S&W CARTRIDGE | VEL. @ 10' (F.P.S.) | ENERGY (FT.-LBS.) | GROUP SIZE (INCHES) | | |
|---|---|---|---|---|---|
| | | | SMALLEST | LARGEST | AVERAGE |
| **AGUILA** 180-GR. FMJ | 1155 AVG. 26 SD | 533 | 1.72 | 2.54 | 2.18 |
| **FEDERAL PREMIUM PUNCH** 165-GR. JHP | 1245 AVG. 23 SD | 568 | 1.64 | 1.94 | 1.80 |
| **PMC BRONZE** 165-GR. JHP | 1089 AVG. 21 SD | 434 | 1.23 | 2.11 | 1.71 |
| **AVERAGE EXTREME SPREAD** | | | | | 1.90 |

NOTES: MEASURED AVERAGE VELOCITY FOR 10 SHOTS OVER A COMPETITION
ELECTRONICS PROCHRONO DIGITAL CHRONOGRAPH AT 10 FT. ACCURACY RESULTS FOR
FIVE CONSECUTIVE, FIVE-SHOT GROUPS AT 50 YDS. FROM A CALDWELL MATRIX REST.
TEMPERATURE: 66° F. HUMIDITY: 63%. ABBREVIATIONS: FMJ (FULL METAL JACKET),
JHP (JACKETED HOLLOW POINT), SD (STANDARD DEVIATION).

A PCC in a more traditional form gives an option to those looking for a semi-automatic rifle for plinking or self-defense in states that restrict certain firearm features (the PC Carbine is available in a version with a 10-round magazine and non-threaded barrel). Combining classic lines with modern conveniences, the Ruger PC Carbine proves that "traditional" does not have to mean "primitive."

**RUGER PC CARBINE .40 S&W**

MANUFACTURER: STURM, RUGER & CO., INC. (DEPT. AR), 411 SUNAPEE ST., NEWPORT, NH 03773; (336) 949-5200; RUGER.COM



34.25" TO 35.75"
1.50"   1.50
16.20'
12.50' TO 14'

**ACTION TYPE:** BLOWBACK-OPERATED, SEMI-AUTOMATIC, CENTER-FIRE RIFLE
**CHAMBERING:** .40 S&W
**RECEIVER:** 7075-T6 ALUMINUM ALLOY; HARD-ANODIZED

**STOCK:** POLYMER
**BARREL:** COLD-HAMMER-FORGED, CHROME-MOLY STEEL, MUZZLE THREADED 9/16x24 TPI; SIX-GROOVE 1:16" RH TWIST

**MAGAZINE:** 15-ROUND DETACHABLE BOX; GLOCK MAGAZINE ADAPTER INCLUDED
**SIGHTS:** BLADE FRONT, FULLY ADJUSTABLE GHOST-RING APERTURE REAR
**TRIGGER:** SINGLE-STAGE; 6-LB., 4-OZ. PULL
**WEIGHT:** 6 LBS. 12 OZS.
**ACCESSORIES:** OWNER'S MANUAL, STOCK SPACERS, HEX WRENCHES, LOCK
**MSRP:** $849

**Semi-Automatic Subgun**



Heckler & Koch USC—.45 ACP

Beretta CX4 Storm, CZ Scorpion, FN PS90, Kalashnikov USA KR9, KRISS Vector, PTR9R, SIG Sauer MPX and Thompson Model 1927A1. These firearms have the rugged simplicity and proven reliability that comes from their military lineages. This pedigree comes at a price, as they also tend to be the more expensive firearms on the PCC market, and typically use their own proprietary magazines.

In 1999, Heckler & Koch released its UMP (Universal Machine Pistol) submachine gun. It differed from the company's legacy MP5 in several ways. It replaced metal with polymer in many areas, including the magazine and receiver, to reduce weight and cost. The MP5 rear diopter sight was changed to a simple adjustable rear sight with both aperture and open-notch leafs. The UMP also dispensed with H&K's famous roller-delayed-blowback action and used a simple blowback mechanism. A modular design, the UMP is made in 9 mm Luger, .40 S&W and .45 ACP, and the basic firearm has the ability to be converted to any of the three chamberings by swapping barrel, magazine and bolt.

The following year, the company introduced its Universal Self-loading Carbine (USC), a semi-automatic only version of the UMP for civilians. Available only in .45 ACP, the USC was in production until 2013. Due to popular demand, in 2018 it was re-introduced by H&K as a "limited production" item. Beyond the fact that it sports a 16" barrel and is semi-automatic-only, the USC has several other changes from its UMP sibling so that it can be manufactured in Germany and imported into the United States. The stock is fixed and of a one-piece "thumbhole" configuration. The rifle's 10-round magazine holds its cartridges in a single stack and is not compatible with UMP magazines.

## HECKLER & KOCH USC SHOOTING RESULTS (50 YDS.)

| .45 ACP CARTRIDGE | VEL. @ 10' (F.P.S.) | ENERGY (FT.-LBS.) | GROUP SIZE (INCHES) | | |
|---|---|---|---|---|---|
| | | | SMALLEST | LARGEST | AVERAGE |
| FEDERAL PREMIUM PUNCH 230-GR. JHP | 946 AVG. 23 SD | 457 | 1.96 | 2.78 | 2.54 |
| HORNADY AG 185-GR. XTP | 1132 AVG. 16 SD | 526 | 2.75 | 3.25 | 3.00 |
| WINCHESTER USA READY 230-GR. FMJ | 1000 AVG. 11 SD | 511 | 2.13 | 2.84 | 2.47 |
| AVERAGE EXTREME SPREAD | | | | | 2.67 |

NOTES: MEASURED AVERAGE VELOCITY FOR 10 SHOTS OVER A COMPETITION ELECTRONICS PROCHRONO DIGITAL CHRONOGRAPH AT 10 FT. ACCURACY RESULTS FOR FIVE CONSECUTIVE, FIVE-SHOT GROUPS AT 50 YDS. FROM A CALDWELL MATRIX REST. TEMPERATURE: 67° F. HUMIDITY: 80%. ABBREVIATIONS: AG (AMERICAN GUNNER), FMJ (FULL METAL JACKET), JHP (JACKETED HOLLOW POINT), SD (STANDARD DEVIATION), XTP (EXTREME TERMINAL PERFORMANCE).

PCCs based on submachine gun designs offer civilians a well-engineered rifle with battle-proven credentials. In the case of the H&K USC, modern European design combines with a classic American handgun cartridge.



*IMPORTER:* HECKLER & KOCH USA (DEPT. AR), 5675 TRANS PORT BLVD., COLUMBUS, GA 31907; (706) 568-1906; HK-SA.COM

*MANUFACTURER:* HECKLER & KOCH GMBH, (GERMANY)
*ACTION TYPE:* BLOWBACK-OPERATED, SEMI-AUTOMATIC, CENTER-FIRE RIFLE
*CHAMBERING:* .45 ACP

*RECEIVER:* POLYMER
*STOCK:* POLYMER

*BARREL:* COLD-HAMMER-FORGED, CHROME-MOLY STEEL; SIX-GROOVE, POLYGONAL 1:16" RH TWIST
*MAGAZINE:* 10-ROUND DETACHABLE BOX
*TRIGGER:* TWO-STAGE; 8-LB., 4-OZ. FULL
*SIGHTS:* POST FRONT; APERTURE/OPEN-NOTCH, FLIP-UP, FULLY ADJUSTABLE REAR
*WEIGHT:* 6 LBS., 7 OZS.
*ACCESSORIES:* OWNER'S MANUAL, EXTRA MAGAZINE, SOFT CASE, LOCK
MSRP: $1,499

### Glock-Mag AR With A Twist



### Angstadt Arms/Macon Armory—10 mm auto

In 1982, Colt introduced a 9 mm submachine gun version of the M16. Three years later, it brought out a semi-automatic 16"-barreled carbine version, and the AR-15 pistol-caliber carbine was born. They were soon joined by AR-15 innovator Olympic Arms, which expanded the pistol-caliber-AR market beyond 9 mm to include .40 S&W, .45 ACP and 10 mm Auto. Though Olympic started out using modified Uzi magazines in its PCCs, by the late 1990s it was making AR-15 lowers compatible with common pistol magazines, including the Glock.

While the 10 mm Auto cartridge has traditionally been somewhat of a rarity in rifles, the recent resurgence in interest in the cartridge has crossed over into the PCC world. Pistol-caliber carbines in 10 mm Auto are now available from companies such as CMMG, KRISS USA, Just Right, TNW and Hi-Point. A 16" barrel wrings the maximum performance out of the high-strung 10 mm Auto, with several of the cartridges I tested producing more than 700 ft.-lbs. of muzzle energy. A PCC in 10 mm takes a pistol cartridge into the realm of close-range hunting for medium-size game.

In AR-15 rifle form, though, the 10 mm is still uncommon. While the aforementioned 10 mm PCCs have plenty of room in their receivers to house a bolt with enough mass to handle the pressures developed by the 10 mm cartridge, the AR-15 presents its own problems when trying to fit a blowback system within the confines of a 5.56 mm-sized receiver. Even when chambered in 9 mm, an AR-15-type rifle must be adapted to a blowback action, with extra weight added to the bolt, a reinforced hammer and heavier buffer.

A solution to this problem is offered by Georgia-based Macon Armory. Known for its AR-45 .45 ACP AR-15 conversions, Macon builds an upper chambered in 10 mm Auto that is a locked-breech design with direct-impingement (DI) gas operation. Starting with a standard upper receiver, that includes a forward assist, a case deflector and a dustcover, Macon modifies a standard AR bolt and carrier to accommodate the 10 mm cartridge. Under the upper's free-float handguard, a low-profile gas block routes a custom-length gas tube back into the receiver. The system works exactly like a standard rifle-caliber AR-15. When a cartridge is fired, a small amount of gas is bled off the barrel. It travels back the gas tube into the receiver where it causes the carrier to move rearward, unlocking the multi-lug, rotating bolt.

recommends pairing its upper with an Angstadt Arms lower. We followed its advice, sourcing Angstadt's large-frame, Glock-magazine-compatible 1045 lower receiver. The billet receiver comes stripped, except for its proprietary parts, including the magazine release and bolt hold-open lever. We completed the build with a standard AR-15 lower parts kit and a VLTOR EMOD stock. Because of its direct-impingement operation, the Macon Armory upper is compatible with standard AR hammers and a carbine-weight buffer system.

## ANGSTADT ARMS/MACON ARMORY SHOOTING RESULTS (50 YDS.)

| 10 MM AUTO CARTRIDGE | VEL. @ 10' (F.P.S.) | ENERGY (FT.-LBS.) | GROUP SIZE (INCHES) | | |
|---|---|---|---|---|---|
| | | | SMALLEST | LARGEST | AVERAGE |
| BUFFALO BORE HEAVY 200-GR. FMJ | 1268 AVG. 18 SD | 714 | 1.75 | 2.37 | 2.09 |
| CCI BLAZER BRASS 180-GR. FMJ | 1322 AVG. 13 SD | 698 | 1.09 | 1.84 | 1.53 |
| FEDERAL PREMIUM HST 200-GR. JHP | 1151 AVG. 18 SD | 588 | 1.58 | 2.24 | 1.84 |

### AVERAGE EXTREME SPREAD                                                           1.82

NOTES: MEASURED AVERAGE VELOCITY FOR 10 SHOTS OVER A COMPETITION ELECTRONICS PROCHRONO DIGITAL CHRONOGRAPH AT 10 FT. ACCURACY RESULTS FOR FIVE CONSECUTIVE, FIVE-SHOT GROUPS AT 50 YDS. FROM A CALDWELL MATRIX REST. TEMPERATURE: 67° F. HUMIDITY: 72%. ABBREVIATIONS: FMJ (FULL METAL JACKET), JHP (JACKETED HOLLOW POINT), SD (STANDARD DEVIATION).

Pistol-caliber AR-15s bring many advantages to the PCC world. They combine the familiarity of America's most popular rifle with DIY-friendly aftermarket support. Toss in the 10 mm cartridge and our Macon Armory/Angstadt Arms build pushes AR PCC performance to the max.

### ANGSTADT ARMS/MACON ARMORY 10 mm DI

MANUFACTURER: ANGSTADT ARMS (DEPT. AR), 701 ATANDO AVE., SUITE E, CHARLOTTE, NC 28206; (704) 200-9352; ANGSTADTARMS.COM
MACON ARMORY (DEPT. AR), 2970 MCMANUS ROAD, MACON, GA 31220; (478) 474-2990; MACONARMORY.COM



MODEL: ANGSTADT ARMS 1045 (LOWER), MACON ARMORY 10 MM DI (UPPER)
ACTION TYPE: GAS-OPERATED, SEMI-AUTOMATIC, CENTER-FIRE RIFLE
CHAMBERING: 10 MM AUTO
RECEIVER: 7075-T6 ALUMINUM ALLOY; HARD-ANODIZED

STOCK: POLYMER
BARREL: 4140 CHROME-MOLY STEEL; MUZZLE THREADED 5/8x24 TPI; SIX-GROOVE, 1:16" RH TWIST

MAGAZINE: 15-ROUND DETACHABLE BOX, GLOCK-COMPATIBLE
TRIGGER: SINGLE-STAGE; 6-LB., 8-OZ. PULL
SIGHTS: NONE; PICATINNY RAIL
WEIGHT: 6 LBS., 10 OZS.
ACCESSORIES: N/A
MSRP: $925 (UPPER), $279 (LOWER), $140 (LOWER PARTS), $115 (STOCK) TOTAL $1,459



### PISTOL-CALIBER CARBINE TEST—RIFLE VS. PISTOL VELOCITY AND ENERGY COMPARISON

| CARTRIDGE | FIREARM | BARREL LENGTH (INCHES) | VEL. @ 10' (F.P.S.) | VELOCITY DIFFERENCE | ENERGY (FT.-LBS.) | ENERGY DIFFERENCE |
|---|---|---|---|---|---|---|
| 9 MM LUGER WINCHESTER FORGED 115-GR. FMJ | GLOCK MODEL 17 | 4.5 | 1146 AVG. | 172 F.P.S. (15.01%) | 336 | 108 FT.-LBS. (32.14%) |
| | KEL-TEC SUB-2000 | 16.25 | 1318 AVG. | | 444 | |
| .40 S&W AGUILA 180-GR. FMJ | SIG SAUER P226 | 4.4 | 1025 AVG. | 130 F.P.S. (12.68%) | 421 | 112 FT.-LBS. (26.60%) |
| | RUGER PC CARBINE | 16.20 | 1155 AVG. | | 533 | |
| 10 MM AUTO CCI BLAZER BRASS 180-GR. FMJ | GLOCK MODEL 20 | 4.6 | 1115 AVG. | 207 F.P.S. (18.57%) | 497 | 201 FT.-LBS. (40.44%) |
| | ANGSTADT ARMS/MACON ARMORY DI AR-15 | 16.00 | 1322 AVG. | | 698 | |
| .45 ACP WINCHESTER USA READY 230-GR. FMJ | GLOCK MODEL 21 | 4.6 | 845 AVG. | 155 F.P.S. (18.34%) | 365 | 146 FT.-LBS. (40.00%) |
| | HECKLER & KOCH USC | 16.00 | 1000 AVG. | | 511 | |

MEASURED AVERAGE VELOCITY FOR 10 ROUNDS USING A COMPETITION ELECTRONICS PROCHRONO DIGITAL CHRONOGRAPH.

#### Conclusion

Nearly 150 years after Colt decided to chamber its famed Frontier Six-Shooter in the .44-40 round used by Winchester's Model 1873, pistol-caliber carbines still offer many of the same advantages. Pistol-caliber long guns are an affordable, compact, lightweight and low-recoiling option when compared with carbines or rifles chambered for rifle cartridges. In addition, they offer greater effective accuracy and increased power over a handgun chambered for the same cartridge. In times when some



NRA AMERICAN RIFLEMAN

home defense, plinking or competitive shooting, pistol-caliber carbines represent a practical choice.

One rifle, one handgun, one cartridge.

© Copyright 2023 National Rifle Association

1919a4-a6 for sale







Exhibit A-3

COUNTRY    UNITED STATES                                                   CUSTOMER SERVICE   SIGN IN | REGISTER

# BERETTA

Search Beretta

| FIREARMS | GUN ACCESSORIES | CLOTHING | GUN CASES | MILITARY & LE | COMPANY | SALE |

Home | Firearms | ARX 100







Read Reviews

# ARX 100

The ARX100 is the ultimate evolution of the modern tactical semiauto rifle. Find out more about its fully-ambidextrous operation, tool-free disassembly--plus the sort of flawless reliability that make it perfect for the most demanding tactical shooter. Read Less

BUY NOW

f  w  ⓘ

| Model Code | JXR11B00 |
| Model Name | ARX 100 |

DEPOSITION
EXHIBIT
5

ARX 100 | Tactical Military 5.56 & .223 Caliber Rifle | Beretta



| MSRP | $ 1950.00 |
|---|---|
| Caliber | 5.56 / 223 REM |
| Rounds | 30RDS |

**ARX 100**

| Action | Semi-auto |
|---|---|
| Barrel length (mm) | 406 |
| Barrel length (in) | 16 |
| Caliber | 5.56 |
| Historical | N |
| Magazine | 30 |
| Overall height (mm) | 215 |
| Overall height (in) | 8.5 |
| Overall length (mm) | 908 |
| Overall length (in) | 35.75 |
| Overall width (mm) | 70 |
| Overall width (in) | 2.75 |
| RateOfTwist | 1/7 |
| SightRadiusIN | 15 |
| SightRadiusMM | 381 |
| Sights | Removable/Adjustable |
| Weight unloaded (g) | 3080 |
| Weight unloaded (OZ) | 108.8 |

BUY NOW

## Find a dealer

Locate a Beretta Dealer closest to you.

| Enter Zip Code | 25 miles | SEARCH BERETTA |
|---|---|---|

REGISTER YOUR FIREARM    DOWNLOAD A PRODUCT MANUAL    CHECK REPAIR STATUS

EXCLUSIVE OFFER

## ARX100: Today's Ultimate Tactical Rifle

The ARX100 was engineered with one purpose in mind: to be today's best tactical semiauto rifle.



It takes the concept of a modular rifle to futuristic levels, while maintaining an absolutely simple operation that make it ultra-reliable. With ambidextrous controls, easily-replaceable barrel and virtually endless possibilities for customization and accessorization, the ARX100 is adaptable to any firing scenario and is perfect for today's most demanding tactical shooter.



## Ultimate Reliability and Ease of Maintenance

The ARX100 features a constant contact/short-stroke gas piston system that makes it feed and fire under the most unforgiving conditions. The lightweight technopolymer receiver allows for reliable operation with virtually no lubricants. To make maintenance easy and trouble-free, this rifle has no pins and can be completely disassembled in a matter of seconds with no tools at all.

## Ultimate Versatility

This rifle was designed to be completely ambidextrous, and all the critical controls on it may be operated right- or left-handed. These include the 2-position safety, the magazine release, the bolt release and charging handle and the case-ejection selector, which determines whether spent brass is ejected to the right or left. The flip-up backup sights that come standard on the ARX100 are also versatile, offering an easily-adjustable diopter system ranged from 100 to 800 yards. The barrel is also easily replaceable in seconds, making is possible to use different lengths and calibers without any tools required. Lastly, the folding stock is adjustable for length of pull at the touch of a button, using a simple and rugged telescopic construction.





## Ultimate Accessorization

The possibilities for accessorization on the ARX100 are limited only by the user's imagination. It comes out of the box with a full-length Picatinny rail on top, which is perfect for attaching a variety of optics and other sighting systems. It also has Picatinny rails on both sides of and under the fore-end, which offer countless possibilities for easily adding lighting systems and other tactical devices.

Also available in a .22LR version.

# Customer Reviews

# Average Rating

81% Rated this
10% Rated this
5% Rated this
5% Rated this
0% Rated this

Based on 21 reviews

WRITE A REVIEW

| **52%** would recommend this item to a friend.

Sort:    Most Helpful First   ∨                                    1 2 3 4 5 6 7 of 11    Read all 21 reviews

J    **John**                                                          11/22/2020 - 11:54 PM
                                                                       **Report Abuse**

| **94 out of 98** people found the following review helpful

### Excellent rifle
I sure love this rifle, I just wish Beretta actually supported it. Where are the caliber conversions and other new accessories? Have you abandoned it completely?

Comment | Was this review helpful? Yes | **No**

M    **Mark**                                                          7/24/2021 - 3:34 PM
                                                                       **Report Abuse**

| **119 out of 158** people found the following review helpful

### ARX 100
You have pictures that show people with a 10.5" Barrel but don't offer a 10.5"barrel. You say Ultimate Accessorization but offer no accessories. Where's the 300 BLK out barrel? Shame on Beretta for alienating it's customers like this

Comment | Was this review helpful? Yes | **No**

Sort:    Most Helpful First   ∨                                    1 2 3 4 5 6 7 of 11    Read all 21 reviews

# RECOMMENDED PRODUCTS



**Tactical Range Bag**
$149.00



**Beretta Universal Gun Cleaning Kit**
$60.00



**Beretta Enlarged Cocking Handle for mod. ARX 100 & ARX 160**
$20.00

**Beretta Lower Picatinny Rail for Beret ARX100**
$32.00



FIREARMS          CUSTOMER          COMPANY
                  SERVICE

**FOLLOW US**

© Beretta USA | Site designed and developed by Americaneagle.com
Terms & Conditions | Privacy Policy | Do Not Sell My Info - CA Residents | CA Privacy Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User Submissions | Site Map

Pistols

Shotguns

Rifles

User Manuals

Dealer Locator

Warranty Activation

Returns

Order History

Contact Us

Galleries

Careers

Team Beretta

Affiliate Program

Deals & Promotions

Blog

Events

Sitemap

**STAY INFORMED**

SIGN UP FOR NEWS & UPDATES

Exhibit A-4

DEPOSITION
EXHIBIT
4



waltherarms.com/pdp





It's our duty to build the best performing firearm

# IT'S YOUR DUTY
# TO BE READY



GUNS AND AMMO: "2021 HANDGUN OF THE YEAR!"



INDUSTRY CHOICE AWARDS: "2021 HANDGUN OF THE YEAR!"



PDP – www.waltherarms.com   ×   +

waltherarms.com/pdp




## PDP COMPACT

| | Compact 4″ |
|---|---|
| Item # | 2851229 |
| Magazine Capacity | 1⁵ Rounds |
| Magazines Included | 2 |
| Caliber | 9mm |
| MSRP | $699.00 |
| 10 Round Item # | 2854686 |

## PDP FULL SIZE 4″

| | Full-Size 4″ |
|---|---|
| Item # | 2851237 |
| Magazine Capacity | 18 Rounds |
| Magazines Included | 2 |
| Caliber | 9mm |
| MSRP | $699.00 |
| 10 Round Item # | 2854694 |

## PDP FULL SIZE 4.5″

| | Full-Size 4 5″ |
|---|---|
| Item # | 2842475 |
| Magazine Capacity | 18 Rounds |
| Magazines Included | 2 |
| Caliber | 9mm |
| MSRP | $699.00 |
| 10 Round Item # | 2858126 |






## PDP COMPACT 5"

Compact 5'

| | |
|---|---|
| Item # | 2844222 |
| Magazine Capacity | 15 Rounds |
| Magazines Included | 2 |
| Caliber | 9mm |
| MSRP | $699.00 |
| 10 Round Item # | 2858151 |

## PDP FULL-SIZE 5"

Full-Size 5"

| | |
|---|---|
| Item # | 2844001 |
| Magazine Capacity | 18 Rounds |
| Magazines Included | 2 |
| Caliber | 9mm |
| MSRP | $699.00 |
| 10 Round Item # | 2858134 |

## PDP PRO SD COMPACT 4"

PDP PRO SD COMPACT 4"

| | |
|---|---|
| Item # | 2844176 |
| Magazine Capacity | 18 Rounds |
| Magazines Included | 3 |
| Caliber | 9mm |
| MSRP | $849.00 |
| 10 Round Item # | 2854686 |



Exhibit A-5



# Shooter's Bible® 114th EDITION

## THE WORLD'S BESTSELLING FIREARMS REFERENCE

**DEPOSITION EXHIBIT**
5

- PHOTOS, SPECIFICATIONS, AND PRICES
- HUNDREDS OF RIFLES, SHOTGUNS, AND HANDGUNS
- SIGHTS, SCOPES, AND AMMUNITION
- DETAILS OF THE NEWEST GUNS AND OPTICS—IN COLOR
- COMPREHENSIVE BALLISTICS SECTION

MORE THAN 7 MILLION COPIES SOLD

Copyright © 2022 by Skyhorse Publishing, Inc.

All rights reserved. No part of this book may be reproduced in any manner without the express written consent of the publisher, except in the case of brief excerpts in critical reviews or articles. All inquiries should be addressed to Skyhorse Publishing, 307 West 36th Street, 11th Floor, New York, NY 10018.

Skyhorse Publishing books may be purchased in bulk at special discounts for sales promotion, corporate gifts, fund-raising, or educational purposes. Special editions can also be created to specifications. For details, contact the Special Sales Department, Skyhorse Publishing, 307 West 36th Street, 11th Floor, New York, NY 10018 or info@skyhorsepublishing.com.

Skyhorse® and Skyhorse Publishing® are registered trademarks of Skyhorse Publishing, Inc.®, a Delaware corporation.

Visit our website at www.skyhorsepublishing.com.

10 9 8 7 6 5 4 3 2 1

Library of Congress Cataloging-in-Publication Data is available on file.

Cover design by Brian Peterson
Cover photos courtesy of Franchi Firearms, Kimber America, and AREX Defense

Print ISBN: 978-1-5107-7318-9
Ebook ISBN: 978-1-5107-7319-6
ISSN: 0080-0635

Printed in the United States of America

Note: Every effort has been made to record specifications and descriptions of guns, ammunition, and accessories accurately, but the Publisher can take no responsibility for errors or omissions. The prices shown for guns, ammunition, and accessories are manufacturers' suggested retail prices (unless otherwise noted) and are furnished for information only. These were in effect at press time and are subject to change without notice.

# CONTENTS











**INTRODUCTION** **4**

**GUNS, OPTICS, AND AMMO 2023** **6**

**NEW PRODUCTS** **12**
RIFLES 13
AIRGUNS 36
SHOTGUNS 42
HANDGUNS 53
OPTICS 81
AMMUNITION 104

**CURRENT PRODUCTS** **113**
RIFLES 113
AIRGUNS 229
SHOTGUNS 254
HANDGUNS 318
BLACK POWDER 425
OPTICS 437
AMMUNITION 493

**REFERENCE** **555**
BALLISTICS 555
GUNFINDER INDEX 603

# Benelli USA



**BENELLI R1 PRO BIG GAME**

### R1 PRO BIG GAME
**Action**: Semiautomatic
**Stock**: Walnut
**Barrel**: 22 in.
**Sights**: Fiber optic front, adjustable rear
**Weight**: 7 lb. 3.2 oz.
**Caliber**: .30-06 Spfd.

**Magazine**: 4 rounds
**Features**: Includes Benelli's Progressive Comfort technology; AA walnut satin finish stock; receiver drilled and tapped for scope mount, Picatinny rail and shim kit included; CRIO treated barrel
**MSRP**. . . . . . . . . . . . . . . **$1499.00**

# Beretta USA



**BERETTA USA ARX100**



**BERETTA CX4 STORM**

### ARX100
**Action**: Semiautomatic
**Stock**: Telescopic folding
**Barrel**: 16 in.
**Sights**: Removable back-up sights
**Weight**: 6 lb. 13 oz.
**Caliber**: 5.56 NATO (other barrels available)
**Magazine**: 30 rounds
**Features**: Cold hammer forged barrel

can be replaced with barrels in different lengths and calibers; case ejection switches from right to left at a button push; completely ambidextrous; technopolymer receiver; contains no pins and can be disassembled without the use of tools; optional .300 Black Out kit available
**MSRP**. . . . . . . . . . . . . . . **$1950.00**

### CX4 STORM
**Action**: Single-action
**Stock**: Synthetic
**Barrel**: 16.6 in.
**Sights**: Front sight post
**Weight**: 5 lb. 12 oz.
**Caliber**: 9mm
**Magazine**: 10, 15 rounds
**Features**: Picatinny rail; allows for reverse ejection and extraction; ideal for left-handed shooters; adjustable length-of-pull; easy to accessorize; takes Beretta series 92 pistol magazines
**MSRP**. . . . . . . . . . . . . . . . **$899.00**

# Bergara



**BERGARA B-14 RIDGE**

**BERGARA B-14 HMR**

**BERGARA B-14 HUNTER**

### B-14 HMR
**Action**: Bolt
**Stock**: Bergara BMP HMR molded with mini-chassis
**Barrel**: 20 in. (.308 Win.), 22 in. (6.5 Creedmoor)
**Sights**: None
**Weight**: 9 lb. 2.4 oz.–9 lb. 4 oz.
**Caliber**: 6.5 Creedmoor, 6.5 PRC, .308 Win., .22-250 Rem., .450 Bushmaster, .300 Win. Mag., .300 PRC
**Magazine**: 5 rounds
**Features**: Field or competition use; buttstock has adjustable cheekpiece, and LOP spacers, integrated mini-chassis; one-piece Bergara B-14 action, Bergara Performance trigger, AICS detachable magazine, threaded muzzle and thread protector; left-hand available in 6.5 Creedmoor,

.308 Win., .22-250 Rem., and .300 Win. Mag.
**MSRP**. . . . . . . . . . . . . . . . **$1249.00**

### B-14 HUNTER
**Action**: Bolt
**Stock**: Glass fiber-reinforced polymer
**Barrel**: 22 in. (short actions), 24 in. (long actions)
**Sights**: None
**Weight**: 7 lb.–7 lb. 2 oz.
**Caliber**: .30-06 Spfd., .300 Win. Mag., .270 Win., .308 Win., 6.5 Creedmoor, 7mm Rem. Mag., .243 Win., .22-250 Rem., 7mm-08 Rem.
**Magazine**: 3, 4 rounds
**Features**: Stock has Soft Touch coating for better purchase; drilled and tapped for Remington 700-style bases; barrel is matte blue
**MSRP**. . . . . . . . . . . . . . . . **$899.00**

### B-14 RIDGE
**Action**: Bolt
**Stock**: Glass fiber-reinforced polymer
**Barrel**: 18, 22, 24 in.
**Sights**: None
**Weight**: 7 lb. 3 oz.–7 lb. 15 oz.
**Caliber**: 6.5 Creedmoor, 6.5 PRC, .308 Win., .243 Win., .22-250 Rem., 7mm-08 Rem., .450 Bushmaster, .270 Win., .30-06 Spfd., 7mm Rem. Mag., .300 Win. Mag., .300 PRC
**Magazine**: 3, 4 rounds
**Features**: Stock has Soft Touch coating for better purchase; drilled and tapped for Remington 700-style bases; barrel is a #5 profile of 4140 CrMo steel in matte blue and threaded for suppressor or muzzle brake use; choice of hinged floor plate or detachable magazine; .308 and 6.5 Creedmoor available in an 18-inch Special Purpose Short Barrel
**MSRP**. . . . . . . . . . . . . . . . **$949.00**

RIFLES

# Franklin Armory



FRANKLIN ARMORY
BSFIII M4



FRANKLIN ARMORY M4-HTF
R3 XTD



FRANKLIN ARMORY
REFORMATION RS7, RS11

FRANKLIN ARMORY
XO-26 R3

## BSFIII M4

**Action**: Semiautomatic
**Stock**: Synthetic
**Barrel**: 16 in.
**Sights**: None
**Weight**: N/A
**Caliber**: 5.56 NATO
**Magazine**: 20 rounds
**Features**: Franklin's Binary Firing System Gen III, a 3-position trigger: Position 1 is safe, position 2 is one shot per pull, and position 3 fires one round on pull and one on release; LTW contour barrel; 15-in. FST handguard; standard charging handle; mid-length gas system; low-profile gas block; A2 flash hider and grip; M4 stock
**MSRP**.................$1109.99

## M4-HTF R3 XTD

**Action**: Semiautomatic
**Stock**: Synthetic
**Barrel**: 16 in.

**Sights**: None
**Weight**: N/A
**Caliber**: 5.56 NATO, .350 Legend
**Magazine**: 20 rounds
**Features**: Binary Firing System Gen III, a 3-position trigger: position 1 is safe, position 2 is one shot per pull, and position 3 fires one round on pull and one on release; LTW contour barrel; 15-in. FSR M-LOK handguard; mil-spec charging handle; mid-length gas system; low-profile gas block; Aura XTD muzzle device; B5 grip; B5 Bravo stock
**MSRP**......... $1259.99–$1369.99

## REFORMATION RS7, RS11

**Action**: Semiautomatic
**Stock**: Synthetic
**Barrel**: 7.5 in., 11.5 in.
**Sights**: MBUS
**Weight**: N/A
**Caliber**: 5.56 NATO, .300 BLK
**Magazine**: 20 rounds
**Features**: The Reformation barrel does not impart spin on the projectile, so it does not meet the definition of 'rifling.' Franklin Armory has safely

tested off-the-shelf ammunition in a Reformation barrel and routinely achieved 3.5 in. @100 yards with white box ammunition. .300 BLK has 11.5-in. barrel and choice of black or OD green receiver; 5.56 NATO has 7.5-in. barrel and is available in black; both calibers can option Franklin Armory's Binary Firing System Gen III trigger
**RS7**:.......... $1254.99–$1429.99
**RS-11**: ........ $1594.99–$1757.99

## XO-26 R3

**Action**: Semiautomatic
**Stock**: Synthetic
**Barrel**: 12 in.
**Sights**: None
**Weight**: N/A
**Caliber**: 5.56 NATO, .350 Legend
**Magazine**: 10, 30 rounds
**Features**: Barrel has an LTW contour; 11.5-in. FST handguard; standard charging handle; pistol lower; BFSIII or custom-tuned trigger; carbine-length gas system; low-profile gas block; Triumvir muzzle device; Magpul SL grip; Magpul M-LOK MVG
**MSRP**......... $1369.99–$1519.99

# Heckler & Koch



HECKLER & KOCH
MR556A1



HECKLER &
KOCH MR762A1



HECKLER & KOCH MR762A1
LONG RIFLE PACKAGE II

## MR556A1

**Action**: Semiautomatic
**Stock**: Synthetic
**Barrel**: 14 in., 16.5 in.
**Sights**: Troy microsights
**Weight**: 8 lb. 10 oz.
**Caliber**: 5.56 NATO
**Magazine**: Detachable box, 30 rounds
**Features**: Free-floating Picatinny rail; gas operated piston system
**MSRP**.................$3499.00

## MR762A1

**Action**: Semiautomatic
**Stock**: Synthetic
**Barrel**: 16.5 in.
**Sights**: None
**Weight**: 9 lb. 15 oz.
**Caliber**: 7.62 NATO

**Magazine**: Detachable box, 10, 20 rounds
**Features**: Match rifle features; direct descendant of HK416/417 series, but made for civilians; uses a piston and a solid operating "pusher" rod in place of the common gas tube normally used in AR-style rifles; cold-hammer-forged barrel; adjustable stock
**MSRP**..................$3999.00

## MR762A1 LONG RIFLE PACKAGE II

**Action**: Semiautomatic
**Stock**: Synthetic
**Barrel**: 16.5 in.
**Sights**: 3–9x40mm scope
**Weight**: 10 lb. 7 oz.

**Caliber**: 7.62 NATO
**Magazine**: Detachable box, 10, 20 rounds
**Features**: Semi-auto descendent of the full-auto HK416/417; short-stroke gas piston; cold hammer-forged barrel; adjustable cheekpiece; Long Rifle Package adds an a buttstock with an adjustable cheekpiece, LaRue Tactical BRM-S bipod, a second magazine, MLOK handguard, hard case, and Vortex Viper PSTII 3–15X44mm first focal plane MRAD scope
**Standard** ..............$4129.00
**Package** ...............$7249.00

RIFLES

# Ruger (Sturm, Ruger & Co.)



RUGER 10/22 CARBINE

RUGER 10/22 COMPACT WITH
MODULAR STOCK SYSTEM

RUGER 10/22 TAKEDOWN

RUGER 10/22 TAKEDOWN
WITH MAGPUL
BACKPACKER STOCK

RUGER 10/22 TARGET

RUGER 77/17

RIFLES

## 10/22 CARBINE
*Action*: Semiautomatic
*Stock*: Synthetic or hardwood
*Barrel*: 18.5 in.
*Sights*: Gold bead front sight, adjustable rear
*Weight*: 5 lb.
*Caliber*: .22 LR
*Magazine*: Detachable rotary, 10 rounds
*Features*: Available versions come in wood, black, gray or Go Wild Rock Star camo synthetic stocks with blue metalwork or a black synthetic stock with stainless steel hardware; extended magazine release; hammer-forged barrel; polymer trigger housing; aluminum receiver; contoured buttpad; barrel band; modular stock version has topside Picatinny rail

Wood, black synthetic: .... $379.00
Gray synthetic .......... $369.00
Black synthetic/
   stainless: ............. $419.00
Wood, black synthetic
   with scope: .......... $439.00
Go Wild Rock Star camo: .. $429.00

## 10/22 COMPACT WITH MODULAR STOCK SYSTEM
*Action*: Semiautomatic
*Stock*: Synthetic
*Barrel*: 16.12 in.
*Sights*: Adjustable fiber optic rear, fiber optic front
*Weight*: 4 lb. 9 oz.
*Caliber*: .22 LR
*Magazine*: 10 rounds
*Features*: The rugged, reliable 10/22 now with a Modular Stock System;

low comb and short length of pull
MSRP ................ $369.00

## 10/22 TAKEDOWN
*Action*: Semiautomatic
*Stock*: Black synthetic
*Barrel*: 16.12 in.–18.5 in.
*Sights*: Gold bead front, adjustable rear
*Weight*: 4 lb. 9.6 oz.–5 lb. 5 oz.
*Caliber*: .22 LR
*Magazine*: Detachable rotary, 10 rounds
*Features*: Built of alloy steel with satin black finish; easy takedown and reassembly; detachable rotary magazine; extended magazine release; available in three configurations: black synthetic stock with 18.5-in. stainless barrel; black synthetic stock with 16.4-in. threaded barrel with flash suppressor in blue; black synthetic Ruger modular stock with 16.12-in. satin black threaded, fluted target barrel
Stainless: ............. $539.00
Blued with flash
   suppressor: .......... $559.00
Blued threaded/fluted: .... $769.00

## 10/22 TAKEDOWN WITH MAGPUL BACKPACKER STOCK
*Action*: Semiautomatic
*Stock*: Synthetic
*Barrel*: 16.4 in.
*Sights*: Fiber optic front and rear
*Weight*: 4 lb. 3 oz.
*Caliber*: .22 LR
*Magazine*: 10 rounds
*Features*: A new configuration in the

10/22 breakdown family that wears a Magpul X-22 Backpacker stock in Stealth Gray; threaded stainless barrel
MSRP ................ $529.00

## 10/22 TARGET
*Action*: Semiautomatic
*Stock*: Laminate
*Barrel*: 16.13 in.
*Sights*: None
*Weight*: 5 lb.
*Caliber*: .22 LR
*Magazine*: 10 rounds
*Features*: Laminated thumbhole stock adjustable for length of pull; vented forearm; cold hammer-forge barrel; scope base adapter that works with Weaver-style and .22 tip-off mounts; metal has a satin blue finish
MSRP ................ $769.00

## 77/17
*Action*: Bolt
*Stock*: Walnut
*Barrel*: 20 in.
*Sights*: None
*Weight*: 5 lb. 11 oz.
*Caliber*: .17 WSM, .17 Hornet
*Magazine*: 6 rounds
*Features*: Traditionally styled smallbore for varmint or target work with: detachable rotary magazine; sling swivel studs; integral scope mounts; three-position safety; both calibers available in Green Mountain laminate stock, .17 WSM also available in American walnut
MSRP ........ $1209.00–$1309.00

# Ruger (Sturm, Ruger & Co.)



RUGER AMERICAN RIFLE

RUGER AMERICAN RIFLE HUNTER

RUGER AMERICAN RIFLE PREDATOR

RUGER AMERICAN RIFLE RANCH

RUGER AMERICAN RIFLE WITH GO WILD CAMO

RUGER AMERICAN RIFLE WITH VORTEX RIFLESCOPE

RIFLES

## AMERICAN RIFLE
**Action**: Bolt
**Stock**: Synthetic
**Barrel**: 22 in.
**Sights**: Drilled and tapped for scopes
**Weight**: 6 lb. 2 oz.–6 lb. 4 oz.
**Caliber**: .22-250 Rem., .223 Rem., 6.5 Creedmoor, 7mm-08 Rem., .243 Win., .270 Win., .30-06 Spfd., .308 Win.
**Magazine**: Detachable rotary, 4 rounds
**Features**: Ruger Marksman adjustable trigger; ergonomic, lightweight stock; soft rubber recoil pad; three-lug 70 degree bolt; Power Bedding positively locates the receiver and free-floats the barrel; hammer-forged barrel; tang safety; round rotary magazine
**MSRP** . . . . . . . . . . . . . . . . . .**$579.00**

## AMERICAN RIFLE HUNTER
**Action**: Bolt
**Stock**: Synthetic
**Barrel**: 20 in.
**Sights**: None
**Weight**: 9 lb. 3 oz.
**Caliber**: 6.5 Creedmoor, .308 Win.
**Magazine**: 5 rounds
**Features**: This long-range-game rifle gets a Magpul Hunter American short-action adjustable stock; Ruger Marksman Adjustable trigger
**MSRP** . . . . . . . . . . . . . . . . . .**$989.00**

## AMERICAN RIFLE PREDATOR
**Action**: Bolt
**Stock**: Synthetic
**Barrel**: 22 in.
**Sights**: None
**Weight**: 6 lb. 9 oz.

**Caliber**: .22-250 Rem., 6.5 Creedmoor, .308 Win., .243 Win., 7mm-08 Rem., 6.5 Grendel, .223 Rem., 6mm Creedmoor, .204 Ruger
**Magazine**: 10 rounds
**Features**: Moss Green synthetic stock; Ruger Marksman Adjustable Trigger and Power Bedding; threaded barrel; unscoped model has installed Picatinny rail; scoped model comes with a Vortex Crossfire II 4-12x44mm scope factory mounted and the Dead-Hold BDC reticle; left-hand version available
**Rifle only:** . . . . . . . **$599.00–$679.00**

## AMERICAN RIFLE RANCH
**Action**: Bolt
**Stock**: Synthetic
**Barrel**: 16.1 in.
**Sights**: None
**Weight**: 6 lb.–6 lb. 8 oz.
**Caliber**: 5.56 NATO, .300 BLK, .450 Bushmaster, 7.62x39, .350 Legend, 6.5 Grendel
**Magazine**: Detachable rotary, 3–5 rounds
**Features**: Ruger Marksman Adjustable trigger offers a pull weight that is adjustable between 3 and 5 pounds; ergonomic, lightweight flat dark earth composite stock with modern forend contouring and grip serrations and swivel studs; soft rubber recoil pad; Power Bedding positively locates the receiver and free-floats the barrel for outstanding accuracy; threaded barrel is cold hammer-forged; tang safety; rotary magazine; factory installed one-piece aluminum scope rail
**MSRP** . . . . . . . . . . . . . . . . . .**$659.00**

## AMERICAN RIFLE WITH GO WILD CAMO
**Action**: Bolt
**Stock**: Synthetic
**Barrel**: 22 in.
**Sights**: None
**Weight**: 6 lb. 9 oz.
**Caliber**: 7mm-08 Rem., .243 Win., 6.5 Creedmoor, .308 Win., .30-06 Spfd., .450 Bushmaster, .300 Win. Mag., .350 Legend, .25-06 Rem., 6.5 PRC
**Magazine**: 3 rounds
**Features**: Go Wild I-M Brush camo; action and barrel in Bronze Cerakote; Picatinny rail; muzzle brake; Ruger's Marksman Adjustable Trigger and Power Bedding
**MSRP** . . . . . . . . . . . . . . . . . .**$769.00**

## AMERICAN RIFLE WITH VORTEX SCOPE
**Action**: Bolt
**Stock**: Synthetic
**Barrel**: 22 in.
**Sights**: None
**Weight**: 7 lb. 3 oz.
**Caliber**: .223 Rem., .243 Win., .270 Win., .30-06 Spfd., 6.5 Creedmoor, .204 Ruger
**Magazine**: 5 rounds
**Features**: Vortex 3–9x40mm or 4–12x44mm Crossfire II scope (Dead-Head BDC reticle) already mounted; Ruger Marksman Adjustable Trigger and Power Bedding; a cold hammer forged barrel
**MSRP** . . . . . . . . . . . . . **$769.00–899.00**

# Ruger (Sturm, Ruger & Co.)



**RUGER AMERICAN RIMFIRE TARGET**

**RUGER AMERICAN RIMFIRE TARGET STAINLESS**

**RUGER AMERICAN RIMFIRE WITH WOOD STOCK**

**RUGER AR-556**

**RUGER AR-556 MPR**

**RUGER AR-556 MPR FLAG SERIES**

<div style="column-count: 3">

## AMERICAN RIMFIRE TARGET

**Action**: Bolt
**Stock**: Laminate
**Barrel**: 18 in.
**Sights**: None
**Weight**: 6 lb. 8 oz.–6 lb. 11 oz.
**Caliber**: .17 HMR, .22 LR, .22 WMR
**Magazine**: 9, 10 rounds
**Features**: Ruger Marksman Adjustable trigger; aluminum Picatinny rail; cold hamme-forged threaded bull barrel; Power Bedding; flush-fit BX-1 magazines. Variants include GO Wild Camo I-M stocks with burnt bronze Cerakote or black synthetic stocks, some with adjustable stock modules, and blue or stainless metalwork
**MSRP . . . . . . . . . . $449.00–$559.00**

## AMERICAN RIMFIRE TARGET STAINLESS

**Action**: Bolt
**Stock**: Laminate
**Barrel**: 18 in.
**Sights**: None
**Weight**: 6 lb. 11 oz.
**Caliber**: .22 LR, .22 WMR, .17 HMR
**Magazine**: 9, 10 rounds
**Features**: The durability and rust-resistance of a stainless receiver and barrel meet the Ruger American rimfire; flush-mount BX-1 magazine; Ruger Marksman Adjustable trigger; Power Bedding bedding block system
**MSRP . . . . . . . . . . $659.00–$689.00**

## AMERICAN RIMFIRE WOOD STOCK

**Action**: Bolt
**Stock**: Wood
**Barrel**: 22 in.

**Sights**: Fiber optic front, adjustable rear
**Weight**: 6 lb. 2 oz.
**Caliber**: .22 LR
**Magazine**: 10 rounds
**Features**: Extended magazine release; patent-pending Power Bedding integral bedding block system; Ruger Marksman Adjustable trigger offers a crisp release with a pull weight that is user adjustable between 3 and 5 lb.; wood stock with checkering on the grip and forend and a rubber buttpad for a comfortable length of pull; cold hammer-forged barrel
**MSRP . . . . . . . . . . . . . . . . $569.00**

## AR-556

**Action**: Semiautomatic
**Stock**: Synthetic
**Barrel**: 16.1 in.
**Sights**: Adjustable
**Weight**: 6 lb. 8 oz.
**Caliber**: .223 Rem./5.56 NATO
**Magazine**: Detachable box, 30 rounds
**Features**: The milled gas block is located at a carbine length (M4) position; multiple attachment points include a QD socket and bayonet lug; front sight post is elevation adjustable, and a front sight tool is included; A-2 Style F-Height allows co-witness with many optics; Ruger Rapid Deploy folding rear sight provides windage adjustability; six-position telescoping M4-style buttstock and Mil-Spec buffer tube; barrel is cold hammer-forged; Ruger flash suppressor; matte black oxide finish on the exterior of the bolt carrier

**Standard** . . . . . . . . . . . . . . **$989.00**
**Magpul MOE furniture** . . . . **$1039.00**

## AR-556 MPR

**Action**: Semiautomatic
**Stock**: Synthetic
**Barrel**: 18 in.
**Sights**: Adjustable post front, adjustable Ruger rapid deploy rear
**Weight**: 6 lb. 8 oz.
**Caliber**: 5.56 NATO, .450 Bushmaster, .350 Legend
**Magazine**: 5, 10, 30 rounds
**Features**: M-LOK accessory-compatible 15-in. free-floating handguard; Ruger's Elite 452 AR trigger; rifle-length gas system; contoured barrel that reduces overall weight; low-profile gas block; stock is adjustable; long topside Picatinny rail; variants include a model with Magpul furniture, and state-compliant models that have either a non-threaded barrel or a fixed magazine
**MSRP . . . . . . . . $1089.00–$1269.00**

## AR-556 MPR FLAG SERIES

**Action**: Semiautomatic
**Stock**: Synthetic
**Barrel**: 18 in.
**Sights**: None
**Weight**: 6 lb. 13 oz.
**Caliber**: 5.56 NATO
**Magazine**: 30 rounds
**Features**: A subtle if somewhat battle-worn American flag graphic is over-laid on the upper, lower, and handguard of this MSR; rifle-length gas system; Magpul MOE grip; Magpul MOE SL collapsible stock
**MSRP . . . . . . . . . . . . . . . . $1139.00**

</div>

**RIFLES**

# Ruger (Sturm, Ruger & Co.)



RUGER AMERICAN RIMFIRE TARGET

RUGER AMERICAN RIMFIRE TARGET STAINLESS

RUGER AMERICAN RIMFIRE WITH WOOD STOCK

RUGER AR-556

RUGER AR-556 MPR

RUGER AR-556 MPR FLAG SERIES

RIFLES

## AMERICAN RIMFIRE TARGET

*Action*: Bolt
*Stock*: Laminate
*Barrel*: 18 in.
*Sights*: None
*Weight*: 6 lb. 8 oz.–6 lb. 11 oz.
*Caliber*: .17 HMR, .22 LR, .22 WMR
*Magazine*: 9, 10 rounds
*Features*: Ruger Marksman Adjustable trigger; aluminum Picatinny rail; cold hamme-forged threaded bull barrel; Power Bedding; flush-fit BX-1 magazines. Variants include GO Wild Camo I-M stocks with burnt bronze Cerakote or black synthetic stocks, some with adjustable stock modules, and blue or stainless metalwork
**MSRP . . . . . . . . . . $449.00–$559.00**

## AMERICAN RIMFIRE TARGET STAINLESS

*Action*: Bolt
*Stock*: Laminate
*Barrel*: 18 in.
*Sights*: None
*Weight*: 6 lb. 11 oz.
*Caliber*: .22 LR, .22 WMR, .17 HMR
*Magazine*: 9, 10 rounds
*Features*: The durability and rust-resistance of a stainless receiver and barrel meet the Ruger American rimfire; flush-mount BX-1 magazine; Ruger Marksman Adjustable trigger; Power Bedding bedding block system
**MSRP . . . . . . . . . . $659.00–$689.00**

## AMERICAN RIMFIRE WOOD STOCK

*Action*: Bolt
*Stock*: Wood
*Barrel*: 22 in.

*Sights*: Fiber optic front, adjustable rear
*Weight*: 6 lb. 2 oz.
*Caliber*: .22 LR
*Magazine*: 10 rounds
*Features*: Extended magazine release; patent-pending Power Bedding integral bedding block system; Ruger Marksman Adjustable trigger offers a crisp release with a pull weight that is user adjustable between 3 and 5 lb.; wood stock with checkering on the grip and forend and a rubber buttpad for a comfortable length of pull; cold hammer-forged barrel
**MSRP . . . . . . . . . . . . . . . . . $569.00**

## AR-556

*Action*: Semiautomatic
*Stock*: Synthetic
*Barrel*: 16.1 in.
*Sights*: Adjustable
*Weight*: 6 lb. 8 oz.
*Caliber*: .223 Rem./5.56 NATO
*Magazine*: Detachable box, 30 rounds
*Features*: The milled gas block is located at a carbine length (M4) position; multiple attachment points include a QD socket and bayonet lug; front sight post is elevation adjustable, and a front sight tool is included; A-2 Style F-Height allows co-witness with many optics; Ruger Rapid Deploy folding rear sight provides windage adjustability; six-position telescoping M4-style buttstock and Mil-Spec buffer tube; barrel is cold hammer-forged; Ruger flash suppressor; matte black oxide finish on the exterior of the bolt carrier

Standard . . . . . . . . . . . . . . $989.00
Magpul MOE furniture. . . . $1039.00

## AR-556 MPR

*Action*: Semiautomatic
*Stock*: Synthetic
*Barrel*: 18 in.
*Sights*: Adjustable post front, adjustable Ruger rapid deploy rear
*Weight*: 6 lb. 8 oz.
*Caliber*: 5.56 NATO, .450 Bushmaster, .350 Legend
*Magazine*: 5, 10, 30 rounds
*Features*: M-LOK accessory-compatible 15-in. free-floating handguard; Ruger's Elite 452 AR trigger; rifle-length gas system; contoured barrel that reduces overall weight; low-profile gas block; stock is adjustable; long topside Picatinny rail; variants include a model with Magpul furniture, and state-compliant models that have either a non-threaded barrel or a fixed magazine
**MSRP . . . . . . . . $1089.00–$1269.00**

## AR-556 MPR FLAG SERIES

*Action*: Semiautomatic
*Stock*: Synthetic
*Barrel*: 18 in.
*Sights*: None
*Weight*: 6 lb. 13 oz.
*Caliber*: 5.56 NATO
*Magazine*: 30 rounds
*Features*: A subtle if somewhat battle-worn American flag graphic is overlaid on the upper, lower, and handguard of this MSR; rifle-length gas system; Magpul MOE grip; Magpul MOE SL collapsible stock
**MSRP . . . . . . . . . . . . . . . $1139.00**

# Ruger (Sturm, Ruger & Co.)



**RUGER CUSTOM SHOP 10/22 COMPETITION**



**RUGER CUSTOM SHOP 10/22 COMPETITION WITH SKELETONIZED GREEN MOUNTAIN STOCK**



**RUGER HAWKEYE ALASKAN**

**RUGER HAWKEYE LONG-RANGE TARGET**



**RUGER CUSTOM SHOP PRECISION RIFLE**

**RUGER HAWKEYE HUNTER**



**RUGER HAWKEYE PREDATOR**

## CUSTOM SHOP 10/22 COMPETITION

**Action**: Semiautomatic
**Stock**: Laminate
**Barrel**: 16.12 in.
**Sights**: None
**Weight**: 6 lb.
**Caliber**: .22 LR
**Magazine**: 10 rounds
**Features**: A next-level .22 for the serious rimfire competitor with features that include: heat-treated and stress-relieved aluminum receiver; 30mm Picatinny rail for optics mounting; adjustable cheekpiece; free-floating barrel with rear cleaning port; extended ambidextrous magazine release; match-grade bolt release; BX Trigger; choice of traditional speckled black/gray laminate stock with satin black metalwork, natural brown laminate traditional stock with stainless steel hardware, or a Green Mountain skeletonized laminate thumbhole stock with angled forend, hard-coat anodized black receiver, and satin stainless barrel with black Cerakote accents
**Speckled black/gray laminate stock**..............**$899.00**
**Natural brown laminate stock**..............**$1029.00**

## CUSTOM SHOP 10/22 COMPETITION WITH SKELETONIZED GREEN MOUNTAIN STOCK

**Action**: Semiautomatic
**Stock**: Laminate
**Barrel**: 16.12 in.
**Sights**: None
**Weight**: 5 lb. 8 oz.
**Caliber**: .22 LR
**Magazine**: 10 rounds
**Features**: Skeletonized laminate stock from Green Mountain; free-floating stainless steel barrel with black Cerakote highlights; 30 MOA topside

Picatinny rail; black hard-coat anodized receiver with rear cleaning port; dual bedding system; BX-Trigger; match bolt release; includes Ruger hard case, Custom Shop letter of authenticity, and challenge coin
**MSRP**..............**$1019.00**

## HAWKEYE ALASKAN

**Action**: Bolt
**Stock**: Hogue synthetic
**Barrel**: 20 in.
**Sights**: Bead front, adjustable rear
**Weight**: 8 lb. 2 oz.
**Caliber**: .375 Ruger, .338 Win. Mag., .300 Win. Mag.
**Magazine**: 3 rounds
**Features**: Ruger brings back the Alaskan in three bear/moose/wolf-stopping cartridges and with enough weight to sop up some of the recoil; Hogue overmolded stock; Hawkeye Matte durable metal finish; non-rotating, Mauser-type controlled round feed extractor; LC6 trigger
**MSRP**..............**$1569.00**

## CUSTOM SHOP PRECISION RIFLE

**Action**: Bolt
**Stock**: Synthetic
**Barrel**: 26 in.
**Sights**: None
**Weight**: 12 lb. 14 oz.
**Caliber**: 6mm Creedmoor
**Magazine**: 10 rounds
**Features**: Custom heavy-contour barrel that's free-floating, cold hammer-forged, and has R5 rifling; threaded muzzle with an APA muzzle brake; free-floating M-LOK handguard with slots on four sides and is flat-bottomed and compatible with RRS S.O.A.R. and other quick-detach systems; Magpul MOE K2 grip; Sorbothane cheek pad; Trigger Tech trigger; folding stock adjustable at cheekpiece and for length of pull; gray Cerakote finish
**MSRP**..............**$2419.00**

## HAWKEYE HUNTER

**Action**: Bolt
**Stock**: American walnut
**Barrel**: 20 in., 22 in., 24 in.
**Sights**: None
**Weight**: 7 lb.–8 lb. 2 oz.
**Caliber**: 6.5 Creedmoor, 6.5 PRC, .308 Win., .30-06 Spfd., .300 Win. Mag., 7mm Rem. Mag., .204 Ruger
**Magazine**: 3, 4 rounds
**Features**: American walnut stock; satin stainless hardware; non-rotating, Mauser-type controlled round feed extractor; 20 MOA topside Picatinny rail; free-floating cold hammer-forged barrel with 5R rifling
**MSRP**..............**$1359.00**

## HAWKEYE LONG-RANGE TARGET

**Action**: Bolt
**Stock**: Laminate
**Barrel**: 24 in.
**Sights**: None
**Weight**: 10 lb. 11 oz.
**Caliber**: .300 Win. Mag., 6.5 Creedmoor, 6.5 PRC, .204 Ruger, .308 Win.
**Magazine**: 5 rounds
**Features**: Heavy contour barrel; Ruger's Precision Rifle Muzzle Brake; two-stage target trigger; controlled round feed; fixed-blade ejecto;, a 20 MOA rail that screws down on top of Ruger's own integral mounts; adjustable laminate stock
**MSRP**..............**$1569.00**

## HAWKEYE PREDATOR

**Action**: Bolt
**Stock**: Laminate
**Barrel**: 22 in., 24 in.
**Sights**: None
**Weight**: 7 lb. 11 oz.–8 lb. 2 oz.
**Caliber**: .22-250 Rem., .223 Rem., .204 Ruger, .6.5 Creedmor
**Magazine**: 4 rounds
**Features**: Non-rotating, Mauser-type controlled round feed extractor; hinged solid-steel floorplate; cold hammer-forged barrel; patented integral scope mounts
**MSRP**.........**$1399.00–$1429.00**

RIFLES

# Ruger (Sturm, Ruger & Co.)


**RUGER MINI-14 RANCH RIFLE**

**RUGER NO. 1**


**RUGER MINI-14 TACTICAL**

**RUGER PC CARBINE**


**RUGER MINI-14 TACTICAL WOOD STOCK**


**RUGER PC CARBINE CHASSIS**


**RUGER PC CARBINE FLAG SERIES**

RIFLES

## MINI-14 RANCH

**Action**: Semiautomatic
**Stock**: Hardwood, synthetic
**Barrel**: 18.5 in.
**Sights**: Blade front sight, adjustable rear
**Weight**: 6 lb. 12 oz.–7 lb.
**Caliber**: 5.56 NATO, .223 Rem.
**Magazine**: 5 rounds, or detachable box, 20 rounds
**Features**: Stock comes in hardwood or black synthetic; Garand style action; hammer-forged barrel; sighting system; integral scope mounts; flat buttpad; integral sling swivels on hardwood or black synthetic stocks
**MSRP . . . . . . . . $1229.00–$1409.00**

## MINI-14 TACTICAL

**Action**: Semiautomatic
**Stock**: Synthetic
**Barrel**: 16.1 in.
**Sights**: Adjustable
**Weight**: 6 lb. 12 oz.–7 lb. 4 oz.
**Caliber**: 5.56 NATO, .223 Rem., .300 BLK
**Magazine**: Detachable box, 5, 20 rounds
**Features**: Standard features include Garand-style action; flash suppressor; adjustable ghost ring rear sight, non-glare protected-post front sight; drilled and tapped receiver; Picatinny rail; scope rings; two magazines. Variants include black synthetic stock with stainless or blued hardware; ATI six-position collapsible/folding stock with blued hardware; speckled black/brown hardwood stock with blued hardware
**MSRP . . . . . . . . $1339.00–$1439.00**

## MINI-14 TACTICAL WOOD STOCK

**Action**: Semiautomatic
**Stock**: Hardwood

**Barrel**: 16.12 in.
**Sights**: Blade front, adjustable rear
**Weight**: 7 lb. 3 oz.
**Caliber**: 5.56 NATO
**Magazine**: 20 rounds
**Features**: The Mini-14 gets a new look and improved gripping surface with a speckled black-and-brown hardwood stock while retaining standard features such as its Garand-style, breech-bolt locking action
**MSRP . . . . . . . . . . . . . . . $1299.00**

## NO. 1

**Action**: Single-shot
**Stock**: American walnut
**Barrel**: 20 in.
**Sights**: Blade front and rear
**Weight**: 7 lb. 1 oz.
**Caliber**: .450 Marlin, .308 Win., .450 Bushmaster
**Magazine**: 1 round
**Features**: Falling-block breech mechanism rifle includes a sliding tang safety; Ruger's patented scope mounting system; ejector that can be adjusted to perform as an extractor only; caliber changes from year to year and rifle is available in limited quantities; for 2022, this model is available through Lipsey's Distributors in: American walnut/satin blue in .257 Wby., .275 Rigby, and 6.5 Creedmoor
**MSRP . . . . . . . . . . . . . . . . . . . N/A**

## PC CARBINE

**Action**: Semiautomatic
**Stock**: Synthetic
**Barrel**: 16.12 in.
**Sights**: Protected blade front, adjustable ghost ring rear
**Weight**: 6 lb. 12 oz.
**Caliber**: 9mm
**Magazine**: 10, 17 rounds
**Features**: Interchangeable magwell that lets the operator use a variety of

Ruger or Glock magazines; buttstock is adjustable for length of pull via included spacers; magazine release and charging handle are both reversible; dead blow action with a tungsten weight both shortens the overall bolt trave, reduces felt recoil and muzzle rise
**MSRP . . . . . . . . . . . . . . . . . $759.00**

## PC CARBINE CHASSIS

**Action**: Semiautomatic
**Stock**: Glass-filled polymer
**Barrel**: 16.12 in.
**Sights**: None
**Weight**: 7 lb. 5 oz.
**Caliber**: 9mm
**Magazine**: 10, 17 rounds
**Features**: A favorite carbine gets a technology upgrade; glass-filled polymer chassis foundation; aluminum free-floating handguard; threaded and fluted heavy-contour barrel; telescopic, six-position Magpul MOE buttstock; SR series magazine
**MSRP . . . . . . . . . . . . . . . . . $979.00**

## PC CARBINE FLAG SERIES

**Action**: Semiautomatic
**Stock**: Glass-filled nylon
**Barrel**: 16.12 in.
**Sights**: Blade front, adjustable ghost ring rear
**Weight**: 7 lb.
**Caliber**: 9mm
**Magazine**: 17 rounds
**Features**: Quick-handling and visibly startling, you'll have loads of fun in PCC competitions thanks to the rifle's free-floating aluminum handguard; reversible magazine release and charging handle; heavy contour barrel; Type III hard coat anodizing
**MSRP . . . . . . . . . . . . . . . . . $899.00**

# Ruger (Sturm, Ruger & Co.)



**RUGER PRECISION RIFLE**



**RUGER PRECISION RIMFIRE**



**RUGER PRECISION RIMFIRE FLAG SERIES**

**RUGER SCOUT RIFLE**

RIFLES

## PRECISION RIFLE

**Action**: Bolt
**Stock**: Synthetic
**Barrel**: 20 in., 24 in.
**Sights**: None
**Weight**: 9 lb. 12 oz.–10 lb. 12 oz.
**Caliber**: .308 Win., 6.5 Creedmoor, 6mm Creedmoor, .338 Lapua, .300 Win. Mag., 6.5 PRC, .300 PRC, 6mm Creedmoor
**Magazine**: 10 rounds
**Features**: Cold hammer-forged chrome-moly steel barrel with 5R rifling at minimum bore and groove dimensions, minimum, headspace and centralized chamber; Samson Evolution KeyMod handguard; 20 MOA Picatinny rail; in-line recoil path manages recoil directly from the rear of the receiver to the buttstock; patent-pending multi-magazine interface functions interchangeably with M110, SR25, DPMS, and Magpul-style magazines and AICS magazines (works with some M14 magazines); Ruger Marksman Adjustable trigger
**MSRP . . . . . . . . $1879.00–$2459.00**

## PRECISION RIMFIRE

**Action**: Bolt
**Stock**: Synthetic
**Barrel**: 18 in.
**Sights**: None
**Weight**: 6 lb. 12 oz.
**Caliber**: .22 LR, .22 WMR, .17HMR
**Magazine**: 10, 15 rounds
**Features**: One-piece molded chassis is mated with an oversized bolt; adjustable bolt throw to prevent short stroking; Ruger's Marksman Adjustable trigger; reversible safety; glass-filled nylon buttstock is fully adjustable; Picatinny rail bag rider for monopod use; a molded in window allows squeeze bag attachment
**MSRP . . . . . . . . . . . . . . . . . . $599.00**

## PRECISION RIMFIRE FLAG SERIES

**Action**: Bolt
**Stock**: Glass-filled nylon chassis
**Barrel**: 18 in.
**Sights**: None
**Weight**: 6 lb. .13 oz.
**Caliber**: .22 LR
**Magazine**: 15 rounds
**Features**: Competition-ready rimfire features a one-piece chassis and Quick-Fit adjustable buttstock, both of glass-filled nylon; Ruger Marksman Adjustable trigger
**MSRP . . . . . . . . . . . . . . . . . $649.00**

## SCOUT RIFLE

**Action**: Bolt
**Stock**: Laminate; synthetic; wood
**Barrel**: 16.50 in.
**Sights**: Post front sight, adjustable rear
**Weight**: 7 lb.
**Caliber**: .308 Win., .350 Legend, .450 Bushmaster
**Magazine**: Detachable box, 10 rounds
**Features**: Flash suppressor, Picatinny rail; recoil pad; integral scope mounts; Mauser-type extractor; detachable magazine; stainless finish bolt. Variants include black laminate stock with matte blue barrel/receiver and 10-round magazine; black laminate stock with stainless barrel/receiver and 10-round magazine; black synthetic stock with matte black barrel/receiver and five-round magazine; black synthetic stock with stainless barrel/receiver and 10-round magazine; wood stock in .450 Bushmaster only with Ruger Precision Rifle Hybrid Muzzle Brake, blued barrel/receiver, four-round magazine
**MSRP . . . . . . . . .$1409.00–$1479.00**

# Sako



**SAKO 85 BAVARIAN CARBINE**



**SAKO 85 CARBONLIGHT**

## 85 BAVARIAN CARBINE

**Action**: Bolt
**Stock**: Walnut
**Barrel**: 22.5, 24.3 in.
**Sights**: Rifled sights
**Weight**: N/A
**Caliber**: .308 Win., .270 Win., .30-06 Spfd., .300 Win. Mag., 6.5 Creedmoor
**Features**: Featuring a full Mannlicher stock with Schnabel fore-tip and Bavarian cheekpiece/comb; iron sights; sling swivel studs; single set trigger
**MSRP: . . . . . . . . . . . . . . . . $2225.00**

## 85 CARBONLIGHT

**Action**: Bolt
**Stock**: Carbon fiber
**Barrel**: 20 in.
**Sights**: None
**Weight**: 5 lb. 5 oz.
**Caliber**: .308 Win., .260 Rem., 7mm-08 Rem.
**Magazine**: Detachable box, 5 rounds
**Features**: Fluted barrel; stainless steel action; stainless steel barrel; single stage trigger; single set trigger available
**MSRP . . . . . . . . . . . . . . . . . $3175.00**

# Glock



**GLOCK G33 GEN4**



**GLOCK G36**



**GLOCK G42**

### G39 GEN4
*Action*: Semiautomatic
*Grips*: Polymer
*Barrel*: 3.42 in.
*Sights*: Fixed
*Weight*: 24.18 oz.
*Caliber*: .45 G.A.P.
*Capacity*: 6, 8, 10 rounds
*Features*: Striker-fired, polymer framed pistol with safe action system, trigger safety, hexagonal barrel, DAO action
**MSRP . . . . . . . . . . . . . . . . . $614.00**

## Subcompact Slimline

### G36
*Action*: Semiautomatic
*Grips*: Polymer
*Barrel*: 3.77 in.
*Sights*: Fixed
*Weight*: 22.42 oz.
*Caliber*: .45 ACP
*Capacity*: 6 rounds
*Features*: Striker-fired, polymer framed pistol with safe action system, trigger safety, hexagonal barrel, DAO action, single-stack magazine
**MSRP . . . . . . . . . . . . . . . . . $637.00**

### G42
*Action*: Semiautomatic
*Grips*: Polymer
*Barrel*: 3.25 in.
*Sights*: Fixed
*Weight*: 13.76 oz.
*Caliber*: .380 ACP
*Capacity*: 6 rounds
*Features*: Striker-fired, polymer framed pistol with safe action system, trigger safety, hexagonal barrel, DAO action, single-stack magazine
**MSRP . . . . . . . . . . . . . . . . . $480.00**

# Hämmerli



**HÄMMERLI MODEL X-ESSE LONG**

### MODEL X-ESSE
*Action*: Semiautomatic
*Grips*: Composite
*Barrel*: 4.5 in., 5.9 in.
*Sights*: Adjustable



*Weight*: 27.9–31 oz.
*Caliber*: .22 LR
*Capacity*: 10 rounds
*Features*: Single-action, two-stage trigger; universal hi-grip
**MSRP . . . . . . . . . . . . . . . $1239.00**

# Heckler & Koch

**HECKLER & KOCH HK45**

**HECKLER & KOCH HK45 COMPACT**

### HK45
*Action*: Semiautomatic
*Grips*: Polymer
*Barrel*: 4.53 in.
*Sights*: Fixed
*Weight*: 31 oz.
*Caliber*: .45 ACP
*Capacity*: 10 rounds
*Features*: DA/SA with control lever; integral Picatinny rail; ambidextrous controls with dual slide releases; modified Browning linkless recoil operating system; polygonal rifling; open square notch rear sight with contrast points; low profile drift adjustable three-dot sights; available in black, RAL8000 green brown, and olive finishes
**MSRP . . . . . . . . . . $849.00–$949.00**

### HK45 COMPACT
*Action*: Semiautomatic
*Grips*: Synthetic
*Barrel*: 3.94 in.
*Sights*: Adjustable 3-dot
*Weight*: 28.48 oz.
*Caliber*: .45 ACP
*Capacity*: 8 or 10 rounds
*Features*: Picatinny rail molded into the polymer frame dust cover; slimline grip profiles with user replaceable grip panels; ambidextrous controls with dual slide releases and enlarged magazine release; uses the proven modified Browning linkless recoil operating system; O-ring barrel; contoured and radiused slide with forward slide (grasping) grooves and anti-glare longitudinal ribs; polymer frame; available in black, RAL8000 green brown, and olive finishes
**MSRP . . . . . . . . . . $849.00–$949.00**

# Heckler & Koch

HANDGUNS



HECKLER & KOCH HK45 COMPACT TACTICAL

HECKLER & KOCH HK45 TACTICAL

HECKLER & KOCH HK416 .22LR

HECKLER & KOCH MARK 23

HECKLER & KOCH P30

HECKLER & KOCH P30 L

HECKLER & KOCH P30SK

HECKLER & KOCH P2000

## HK45 COMPACT TACTICAL

**Action**: Semiautomatic
**Grips**: Textured polymer
**Barrel**: 4.57 in.
**Sights**: 3-dot
**Weight**: 29.12 oz.
**Caliber**: .45 ACP
**Capacity**: 10 rounds
**Features**: Proprietary internal mechanical recoil reduction system; O-ring barrel; cold-hammer-forged barrel; available in black, RAL8000 green brown, and olive finishes; supplied with one additional backstrap; night sights optional
**MSRP**.................$1029.00

## HK45 TACTICAL

**Action**: Semiautomatic
**Grips**: Polymer with finger grooves
**Barrel**: 5.16 in.
**Sights**: 3-dot tritium night sights
**Weight**: 31.7 oz.
**Caliber**: .45 ACP
**Capacity**: 10 rounds
**Features**: Polymer frame; recoil-operated with modified Browning locking system; threaded barrel; Picatinny rail; key-based HK Lock-Out system; nine different trigger firing modes; available in black, RAL8000 green brown, and olive finishes; supplied with one additional backstrap; night sights optional
**MSRP**.................$1029.00

## HK416 .22LR

**Action**: Semiautomatic
**Grips**: Synthetic
**Barrel**: 8.5 in.
**Sights**: Flip-up front, rear
**Weight**: 72 oz.
**Caliber**: .22 LR
**Capacity**: 10, 20, 30 rounds
**Features**: The looks of the real-deal

HK416 but in a semiauto rimfire; last-round bolt hold-open; pistol grip with storage compartment; RIS rail interface with M-LOK; functional dust cover; aluminum receiver
**MSRP**.................$529.00

## MARK 23

**Action**: Semiautomatic
**Grips**: Polymer
**Barrel**: 5.9 in.
**Sights**: 3-Dot
**Weight**: 39.4 oz.
**Caliber**: .45 ACP
**Capacity**: 12+1 rounds
**Features**: Threaded O-ring barrel with polygonal bore profile; match grade trigger; one piece machined steel slide; frame mounted decocking lever and separate ambidextrous safety lever; HK recoil reduction system; ambidextrous magazine release lever
**MSRP**.................$2639.00

## P30

**Action**: Semiautomatic
**Grips**: Polymer
**Barrel**: 3.86 in.
**Sights**: Fixed
**Weight**: 26.08 oz.
**Caliber**: 9mm, .40 S&W
**Capacity**: 10, 15 rounds
**Features**: Corrosion proof fiber-reinforced polymer frame; multiple trigger firing modes; HK recoil reduction system; blued finish; Picatinny rail; ambidextrous magazine release levers and side release
**MSRP**..........$839.00–$949.00

## P30 L

**Action**: Semiautomatic
**Grips**: Polymer
**Barrel**: 4.4 in.
**Sights**: Fixed

**Weight**: 27.5 oz.
**Caliber**: 9mm, .40 S&W
**Capacity**: 10, 13, or 15 rounds
**Features**: Interchangeable backstraps and side panel grips in small, medium, and large sizes; ambidextrous slide and magazine releases levers; integral Picatinny rail; modular design allows DA trigger or DA/SA system, with a decocking button
**MSRP**...........$839.00–$949.00

## P30SK

**Action**: Semiautomatic
**Grips**: Rubber
**Barrel**: 3.27 in.
**Sights**: Fixed
**Weight**: 23.99 oz.
**Caliber**: 9mm
**Capacity**: 10 rounds
**Features**: Picatinny rail; interchangeable backstraps and lateral grip panels; available in multiple trigger firing modes including HK's enhanced double action only Law Enforcement Modification (LEM); trigger modes include conventional double action/single action (DA/SA)
**MSRP**...........$839.00–$949.00

## P2000, P2000 SK

**Action**: Semiautomatic
**Grips**: Polymer
**Barrel**: 3.26–3.66 in.
**Sights**: 3-Dot
**Weight**: 23.8–25.9 oz.
**Caliber**: 9mm, .40 S&W
**Capacity**: 9–13 rounds
**Features**: LEM trigger system; double-action; pre-cock hammer; ambidextrous magazine release and interchangeable grip straps; mounting rail
**MSRP**..........$929.00–$1039.00

# Heckler & Koch

HANDGUNS

## SP5

**Action**: Semiautomatic
**Grips**: Synthetic
**Barrel**: 8.86 in.
**Sights**: Post front, adjustable rear
**Weight**: 82 oz.
**Caliber**: 9mm
**Capacity**: 10, 15, 30 rounds
**Features**: If you've always yearned for an MP5, this is the next best thing in a super-compact 9mm that has a delayed blowback system; equipped with "bungee" sling
**MSRP**. . . . . . . . . . . . . . . . **$3279.00**

## SP5K PDW

**Action**: Semiautomatic
**Grips**: Synthetic
**Barrel**: 5.83 in.
**Sights**: Ghost ring front, adjustable rear
**Weight**: 67.2 oz.
**Caliber**: 9mm
**Capacity**: 10, 15, 30 rounds
**Features**: A semiauto version of the famed MP5K with many of the same features, including a Navy-style threaded tri-lug adaptor; paddle magazine release; fluted chamber; "K" designation indicates shorter barrel and receiver
**MSRP**. . . . . . . . . . . . . . . . **$3279.00**

## USP

**Action**: Semiautomatic
**Grips**: Polymer
**Barrel**: 4.25–4.41 in.
**Sights**: 3-Dot
**Weight**: 27.2–31.36 oz.
**Caliber**: 9mm, .40 S&W, .45 ACP
**Capacity**: 12, 13, 15 rounds
**Features**: Browning-type action with a patented recoil reduction system; double and single action modes; available in nine trigger/firing mode configurations; fiber-reinforced polymer frame; blued finish; ambidextrous magazine release trigger
**MSRP** . . . . . . . . **$1119.00–$1379.00**

## USP COMPACT

**Action**: Semiautomatic
**Grips**: Polymer
**Barrel**: 3.58–3.80 in.
**Sights**: Fixed
**Weight**: 25.6–28.2 oz.
**Caliber**: 9mm, .40 S&W, .45 ACP
**Capacity**: 8, 12, 13 rounds
**Features**: Corrosion proof fiber-reinforced polymer frame; ambidextrous magazine release lever; grooved target triggers; nine trigger



**HECKLER & KOCH SP5**



**HECKLER & KOCH SP5K PDW**



**HECKLER & KOCH USP**



**HECKLER & KOCH USP COMPACT**



**HECKLER & KOCH USP TACTICAL**



**HECKLER & KOCH VP40**



**HECKLER & KOCH VP9SK**



**HECKLER & KOCH VP9 TACTICAL OR**

firing modes
**MSRP** . . . . . . . . **$1149.00–$1379.00**

## USP TACTICAL

**Action**: Semiautomatic
**Grips**: Synthetic
**Barrel**: 4.86 in.
**Sights**: Adjustable
**Weight**: 28.16 oz.
**Caliber**: 9mm, .45 ACP
**Capacity**: 10 or 15 rounds
**Features**: High profile target sights; target sights with micrometer adjustment for windage and elevation; one piece machined, nitro-carburized steel slide; nine trigger firing modes; HK recoil reduction system; corrosion resistant "Hostile Environment" blued finish; corrosion proof fiber-reinforced polymer frame; oversized trigger guard for use with gloves; choice of flat and extended floorplate magazines; ambidextrous magazine release lever; extended slide release; extractor doubles as a loaded chamber indicator; patented Lock-Out Safety device
**MSRP** . . . . . . . . **$1559.00–$1669.00**

## VP9, VP40

**Action**: Semiautomatic
**Grips**: Rubber
**Barrel**: 4.09 in.
**Sights**: Fixed
**Weight**: 26.56 oz.
**Caliber**: .40 S&W, 9mm
**Capacity**: 10, 13, 15 rounds
**Features**: Ergonomic handgun grip design that includes three changeable

backstraps and six grip side panels; ambidextrous controls; extended Picatinny rail molded into the polymer frame; captive flat recoil spring; supplied with two additional backstraps and two sets of lateral grip plates; night sights optional; specialty versions available with gray, OD Green, or Flat Dark Earth frames; tactical versions add threaded barrels and night sights; now available optics ready
**MSRP** . . . . . . . . . . . **$839.00–$999.00**

## VP9SK

**Action**: Semiautomatic
**Grips**: Polymer
**Barrel**: 3.39 in.
**Sights**: Drift-adjustable front, rear
**Weight**: 23.07 oz.
**Caliber**: 9mm
**Capacity**: 10, 13, 15 rounds
**Features**: A light subcompact striker-fire with an adjustable grip; slide and magazine release are ambidextrous; grip is finger-grooved and textured; slide has serrations front and rear; accessory rail; magazines are available flush or with a finger rest extension; available in black, Flat Dark Earth, Gray, or OD Green frames
**MSRP** . . . . . . . . . . . **$839.00–$999.00**

## VP9 TACTICAL OR

**Action**: Semiautomatic
**Grips**: Polymer
**Barrel**: 4.7 in.
**Sights**: Night sights front, rear
**Weight**: 26.8 oz.
**Caliber**: 9mm
**Capacity**: 10, 17 rounds
**Features**: Suppressor- and optics-ready; threaded barrel; suppressor-height night sights; optics slide cut with five mounting plates; supplied with three 10- or three 17-round magazines
**MSRP**. . . . . . . . . . . . . . . . **$1059.00**

# Walther Arms



WALTHER CCP
(CONCEALED CARRY
PISTOL)

WALTHER CCP
M2 .380

WALTHER
CREED

WALTHER P22

WALTHER
P99AS



WALTHER P99AS
COMPACT

WALTHER
PKK/S

WALTHER
PPK/S .22



WALTHER
PPQ M2
.45 ACP

## CCP (CONCEALED CARRY PISTOL)

**Action**: Semiautomatic
**Grips**: Synthetic
**Barrel**: 3.54 in.
**Sights**: Adjustable
**Weight**: 22.33 oz.
**Caliber**: 9mm
**Capacity**: 8+1 rounds
**Features**: Available in black or stainless steel; interchangeable front sight with white dot; adjustable rear sight; reversible magazine release
**MSRP . . . . . . . . starting at $419.00**

## CCP M2 .380

**Action**: Semiautomatic
**Grips**: Polymer
**Barrel**: 3.54 in.
**Sights**: White three-dot
**Weight**: 19.4 oz.
**Caliber**: .380 ACP
**Capacity**: 8 rounds
**Features**: External safety; slide serrations front and rear; aggressive grip texture; reversible mag release; in a stainless slide, black slide, or a black slide with a built-in Viridian laser
**MSRP . . . . . . . . . . . . . . . . . $499.99**

## CREED

**Action**: Semiautomatic
**Grips**: None
**Barrel**: 4 in.
**Sights**: Three-dot, low profile
**Weight**: 26.6 oz.
**Caliber**: 9mm
**Capacity**: 16, 10 rounds
**Features**: Economically priced, polymer frame; DAO pre-set trigger pistol; firing pin and drop safeties; ambidextrous magazine release button; 1913 Picatinny rail
**MSRP . . . . . . . . . . . . . . . . . $429.99**

## P22

**Action**: DA/SA semiautomatic
**Grips**: Polymer
**Barrel**: 3.42 in., 5 in.
**Sights**: 3-dot adjustable low-profile
**Weight**: 17 oz., 22 oz.
**Caliber**: .22 LR
**Capacity**: 10 rounds
**Features**: Threaded barrel, interchangeable with target barrel; loaded chamber indicator; external slide stop; 3 safeties; two magazine styles; available with integrated laser-set; available in black, nickel, and military finish; now available with laser, Target models with 5-in. barrels available in black, Flat Dark Earth, or nickel
**MSRP . . . . . . . . . . $309.00–$449.00**

## P99AS

**Action**: DA semiautomatic
**Grips**: Black polymer frame and grips
**Barrel**: 4 in. stainless steel with Tenifer finish
**Sights**: Front and rear tritium night
**Weight**: 24 oz.–25.6 oz.
**Caliber**: 9mm, .40 S&W
**Capacity**: 15 (9mm) or 12 (.40 S&W) rounds
**Features**: The first pistol with a firing pin block combines advantages of a traditional DA pull with SA trigger and a decocking button safety integrated into slide, allowing users the ability to decock the striker, preventing inadvertent firing in both DA and SA
**MSRP . . . . . . . . . . $505.00–$699.00**

## P99AS COMPACT

**Action**: Striker-fired semiautomatic
**Grips**: Polymer
**Barrel**: 3.5 in.
**Sights**: 3-dot adjustable low-profile
**Weight**: 20.8 oz.–22.4 oz.
**Caliber**: 9mm, .40 S&W
**Capacity**: 10 (9mm) or 8 (.40 S&W) rounds

**Features**: Flat-bottom magazine buttplate, finger rest magazine buttplate; molded with a Weaver-style rail; interchangeable backstraps; hammerless striker system and integral safety devices come standard
**MSRP . . . . . . . . . . $469.00–$545.00**

## PPK AND PPK/S

**Action**: DA/SA semiautomatic
**Grips**: Polymer
**Barrel**: 3.3 in.
**Sights**: Fixed, open
**Weight**: 22.4 oz. (PPK), 24 oz. (PPK/S)
**Caliber**: .380 ACP
**Capacity**: 6 (PPK) or 7 (PPK/S) rounds
**Features**: Firing pin safety; manual safety with decocking function; double- and single-action trigger; extended beaver tail; nickel plated or blued finish
**MSRP . . . . . . . . . . . . . . . . . $849,00**

## PPK/S .22

**Action**: DA/SA semiautomatic
**Grips**: Polymer
**Barrel**: 3.3 in.
**Sights**: Fixed, open
**Weight**: 24 oz.
**Caliber**: .22 LR
**Capacity**: 10 rounds
**Features**: Manual safety; top strap waved to reduce glare; internal slide stop; iconic PPK/S frame; beaver tail extension; nickel plated or black finish
**MSRP . . . . . . . . . . . . . . . . . $421.99**

## PPQ M2 .45 ACP

**Action**: Striker-fired semiautomatic
**Grips**: Ergonomic polymer
**Barrel**: 4.25 in.
**Sights**: Three dot polymer
**Weight**: 28 oz.
**Caliber**: .45 ACP
**Capacity**: 12 rounds
**Features**: Custom Picatinny accessory rail; quick-defense trigger; ergonomic, non-slip, cross-directional grip surface; three safeties; Tenifer coating on slide and barrel; front and rear slide serrations; ambidextrous slide stop
**MSRP . . . . . . . . . . . . . . . . . $722.99**

HANDGUNS

# Walther Arms



**WALTHER PPQ M2**



**WALTHER PPQ SC**



**WALTHER PPS M2**

**WALTHER Q4 STEEL FRAME OR**

**WALTHER Q4 TAC**



**WALTHER Q5 MATCH**

## PPQ M2 9MM

**Action**: Striker-fired semiautomatic
**Grips**: Polymer
**Barrel**: 4 in., 4.1 in., 4.6 in., 5 in.
**Sights**: 3-dot adjustable low-profile
**Weight**: 24 oz. (9mm), 25.6 oz. (.40 S&W)
**Caliber**: 9mm
**Capacity**: 15 (9mm), 15/17 (9mm Navy SD) or 11 (.40 S&W) rounds
**Features**: Quick defense trigger; three safeties; Tenifer coated slide and barrel with matte finish
**MSRP** . . . . . . . . . . . . . . . . **$549.99**

## PPQ SC

**Action**: Semiautomatic
**Grips**: Synthetic
**Barrel**: 3.5 in.
**Sights**: Three-dot, windage-adjustable rear
**Weight**: 21.2 oz.
**Caliber**: 9mm
**Capacity**: 10, 15 rounds
**Features**: Sub-Compact is easy to conceal; unique grip texturing; wide trigger guard with serrations on the front for extra purchase; accessory rail; low-profile snag-resistant sights; interchangeable backstraps; ambidextrous slide release; slide has a Tenifer coating
**MSRP** . . . . . . . . . . . . . . . . . . **$435.00**

## PPS M2

**Action**: Striker-fired semiautomatic
**Grips**: Ergonomic polymer
**Barrel**: 3.18 in.
**Sights**: Three dot metal
**Weight**: 21.1 oz.
**Caliber**: 9mm
**Capacity**: 6, 7, 8 rounds
**Features**: Front and rear slide serrations; smooth, light trigger; ergonomic, non-slip, cross-directional grip surface; cocking indicator; chamber viewport; slide stop; magazine release conveniently placed for thumb operation; three magazine options; LE (Law Enforcement) variation comes equipped with phosphoric sights and three magazines
**MSRP** . . . . . . . . . . **$429.99–$599.99**

## Q4 STEEL FRAME

**Action**: Semiautomatic
**Grips**: Polymer
**Barrel**: 4 in.
**Sights**: LPA with adjustable rear
**Weight**: 39.7 oz.
**Caliber**: 9mm
**Capacity**: 15 rounds
**Features**: Double-stack, steel-frame, striker-fire pistol that has an ergonomic wrap-around grip; extended beavertail; optics-ready slide; Picatinny accessory rail
**MSRP** . . . . . . . . . . . . . . . . **$1349.00**

## Q4 TAC

**Action**: Semiautomatic
**Grips**: Synthetic
**Barrel**: 4.6 in.
**Sights**: Fiber optic front sight, adjustable target rear
**Weight**: 26 oz.
**Caliber**: 9mm
**Capacity**: 15, 17 rounds
**Features**: Ambidextrous slide stop and mag release; texturing on the grip; wide trigger guard with serrations for additional purchase; ergonomic and finger-grooved grip; magazine with finger rest; interchangeable backstraps for a custom fit; threaded barrel for suppressor add-ons; slide has been milled to be optics ready
**MSRP** . . . . . . . . . . . . . . . . . **$749.00**

## Q5 MATCH

**Action**: Semiautomatic
**Grips**: Synthetic
**Barrel**: 5 in.
**Sights**: Fiber optic front sight, adjustable target rear
**Weight**: 27.9 oz.
**Caliber**: 9mm
**Capacity**: 15 rounds
**Features**: Optics-ready slide; Picatinny rail; Walther ergonomic grip; ported slide; blue Quick Defense trigger; front and rear slide serrations; ambidextrous slide stop
**MSRP** . . . . . . . . . . . . . . . . . **$979.99**

# Wilson Combat



**WILSON COMBAT ACP, ACP COMMANDER, ACP COMPACT**

## ACP, ACP COMMANDER, ACP COMPACT

**Action**: Semiautomatic
**Grips**: G10
**Barrel**: 4 in., 4.25 in., 5 in.
**Sights**: Fiber optic front, battlesight rear
**Weight**: 36.9 oz.–41.6 oz.
**Caliber**: 9mm, .45 ACP
**Capacity**: 8, 10 rounds

**Features**: With a full-size carbon steel frame, this pistol gets a Bullet Proof tactical thumb safety and high-grip beavertail safety; G10 Eagle Claw grip panels ; carbon steel slide with Eagle Claw rear serrations
**.45 ACP** . . . . . . . .starting at **$2595.00**
**9mm**. . . . . . . . . .starting at **$2695.00**



## 556 CENTERFIRE RIFLE BALLISTICS

556 .17 HORNET TO .222 REMINGTON

557 .222 REMINGTON TO .223 REMINGTON

558 .223 REMINGTON TO 5.6x52 R

559 .22 PPC TO .220 SWIFT

560 .220 SWIFT TO .243 WINCHESTER

561 .243 WINCHESTER TO .25-06 REMINGTON

562 .25-06 REMINGTON TO 6.5x55 SWEDISH

563 6.5x55 SWEDISH TO 6.5 REMINGTON MAGNUM

564 6.5 REMINGTON MAGNUM TO .270 WINCHESTER

565 .270 WINCHESTER TO .270 WINCHESTER SHORT MAGNUM

566 .270 WINCHESTER SHORT MAGNUM TO 7MM-08 REMINGTON

567 7MM-08 REMINGTON TO .280 REMINGTON

568 .280 REMINGTON TO 7MM REMINGTON MAGNUM

569 7MM REMINGTON MAGNUM TO 7MM WINCHESTER SHORT MAGNUM

570 7MM WINCHESTER SHORT MAGNUM TO 7MM REMINGTON ULTRA MAGNUM

571 7.21 (.284) FIREHAWK TO .30-30 WINCHESTER

572 .30-30 WINCHESTER TO .308 WINCHESTER

573 .308 WINCHESTER TO .308 WINCHESTER

574 .308 WINCHESTER TO .30-06 SPRINGFIELD

575 .30-06 SPRINGFIELD TO .30-06 SPRINGFIELD

576 .30-06 SPRINGFIELD TO .300 BLACKOUT

577 .300 H&H MAGNUM TO .300 WINCHESTER MAGNUM

578 .300 WINCHESTER MAGNUM TO .300 REMINGTON SHORT ULTRA MAGNUM

579 .300 WINCHESTER SHORT MAGNUM TO .300 WEATHERBY MAGNUM

580 .300 WEATHERBY MAGNUM TO .303 BRITISH

581 .303 BRITISH TO .338 FEDERAL

582 .338 MARLIN EXPRESS TO .340 WEATHERBY MAGNUM

583 .340 WEATHERBY MAGNUM TO .35 REMINGTON

584 .35 REMINGTON TO 9.3x74 R

585 9.3x74 R TO .375 WEATHERBY MAGNUM

586 .375 JRS TO .416 REMINGTON MAGNUM

587 .416 RIGBY TO .45-70 GOVERNMENT

588 .45-70 GOVERNMENT TO .460 WEATHERBY MAGNUM

589 .460 WEATHERBY MAGNUM TO .700 NITRO EXPRESS

## 590 LONG RANGE RIFLE

590 6.6 CREEDMOOR TO .338 LAPUA

## 591 RIMFIRE BALLISTICS

591 .22 TO .17 HORNADY MAGNUM RIMFIRE

592 .17 HORNADY MAGNUM RIMFIRE TO .22 WINCHESTER RIMFIRE

## 593 CENTERFIRE HANDGUN BALLISTICS

593 .25 AUTO TO .32 S&W LONG

594 .32 S&W LONG TO 9MM LUGER

595 9MM LUGER TO .380 AUTO

596 .380 AUTO TO .38 SPECIAL

597 .38 SPECIAL TO .357 MAGNUM

598 .357 MAGNUM TO .40 S&W

599 .40 S&W TO .41 REMINGTON MAGNUM

600 .41 REMINGTON MAGNUM TO .45 AUTOMATIC (ACP)

601 .45 AUTOMATIC (ACP) TO .45 GAP

602 .45 GAP TO .500 SMITH & WESSON

Exhibit A-6

DEPOSITION
EXHIBIT
6

# Shooter's Bible®

2nd EDITION

## GUIDE TO
## AR-15s

**A Comprehensive Guide to Modern Sporting Rifles and Their Variants**



- Photos, specifications, and prices
- Hundreds of models
- Sights, scopes, and accessories
- Details of the newest guns and options

**Doug Howlett
and Robb Manning**
**Foreword by Tiger McKee**

Copyright © 2016 by Doug Howlett and Robb Manning

Foreword copyright © 2016 by Tiger McKee

All rights reserved. No part of this book may be reproduced in any
manner without the express written consent of the publisher, except in the
case of brief excerpts in critical reviews or articles. All inquiries should be
addressed to Skyhorse Publishing, 307 West 36th Street, 11th Floor, New
York, NY 10018.

Skyhorse Publishing books may be purchased in bulk at special discounts
for sales promotion, corporate gifts, fund-raising, or educational purposes.
Special editions can also be created to specifications. For details,
contact the Special Sales Department, Skyhorse Publishing, 307 West 36th
Street, 11th Floor, New York, NY 10018 or info@skyhorsepublishing.com.

Skyhorse® and Skyhorse Publishing® are registered trademarks of
Skyhorse Publishing, Inc.®, a Delaware corporation.

Visit our website at www.skyhorsepublishing.com.

10 9 8 7 6 5 4 3

Library of Congress Cataloging-in-Publication Data is available on file.

Cover design by Brian Peterson

Print ISBN: 978-1-5107-1-097-9
Ebook ISBN: 978-1-5107-1-098-6

Printed in China

# CONTENTS

FOREWORD 8
INTRODUCTION 9

CHAPTER 1
HISTORY 14

CHAPTER 2
BREAKING DOWN THE AR 20

CHAPTER 3
NEW RIFLES 30

CHAPTER 4
AR RIFLE MODELS 51

CHAPTER 5
D-I-Y RIFLES 176

CHAPTER 6
OUTFITTING YOUR RIG 185

CHAPTER 7
THE SPORTING AR 203

CHAPTER 8
AR RIFLES: ULTIMATE HOME DEFENSE 211

CHAPTER 9
WHAT THE FUTURE HOLDS 219

APPENDICES

APPENDIX I
AR MANUFACTURERS 225

APPENDIX II
AMMUNITION MANUFACTURERS 227

APPENDIX III
OPTICS AND SIGHTS MANUFACTURERS 228

APPENDIX IV
AR ACCESSORIES AND SUPPLIERS 229

ACKNOWLEDGMENTS 230

# 1. History of the AR

For all of its popularity among the military, law enforcement and civilian shooters today, the AR-15 almost never happened. Or at the very least, its development was almost grounded before it really got the chance to fly. Dissatisfied with the overall performance of the M14 rifle that was in service at the time, the Army in the 1950s sought the assistance of commercial gun manufacturers in developing a .22-caliber firearm capable of replacing it in combat.

As the military had crossed the bridge from a post-World War II era, the focus of many of the branches was on devising tactics, equipment and machinery capable of countering the nuclear capabilities of our new age Cold War enemies. Partially responsible for this task within the U.S. Army was the Operations Research Office, created after World War II. However, the ORO increasingly found itself attempting to solve non-nuclear related challenges prompted by our country's engagement in North Korea. One such concern, recounted in the late Edward C. Ezell's book, *The Great Rifle Controversy*, one of the most detailed and comprehensive examinations of military small arms development in the United States between the close of World War II and the early 1980s, was that "ORO investigators discovered that very little was known about the nature of inflicting wounds on the human body in combat."

As a result, the Infantry Division of ORO began to study the issue by analyzing more than 3 million casualties from World Wars I and II, as well as those that had occurred in Korea up to that point. For the first time, an analysis suggested that more soldiers were killed by randomly dispersed fire than carefully aimed shots, suggesting that a light-recoiling rifle that could rapidly launch multiple projectiles in a controlled, yet simultaneously spread pattern, could ultimately be more effective on the battlefield.

Following several years of studying the idea, the Continental Army Command (CONARC) decided to seek the development of a 5.56mm rifle. They reached out to both Winchester, owned by Olin, which now only manufactures the ammunition under that brand, and the ArmaLite Division of Fairchild Engine & Airplane Corp., which today is simply known as ArmaLite Inc. (But ironically no longer owns the trademark for the actual AR-15 name. More on that in a moment.)

## ArmaLite's New Concept Rifle

According to a history of ArmaLite, Inc., recognizing that there had been little done in the way of advancing fundamental small arms design and function in the past 50 years, Fairchild executives president Richard S. Boutelle, a gun enthusiast, and Paul S. Cleveland, corporate secretary, wanted to focus on developing fine sporting arms for the commercial market with the hope that their work would catch the eyes of military leaders and provoke some interest. However, shortly after establishing the ArmaLite Division, the company was

<div style="writing-mode: vertical">HISTORY OF THE AR</div>




⌃ Today's M4, an AR variant, is the top choice among many of our nation's military. Photo Credit: DoD Photos

invited by the U.S. Air Force to submit a rifle design that would replace the branch's survival rifle. Within a matter of weeks, ArmaLite submitted a rifle dubbed the AR-5 to the Air Force for evaluation. The rifle was built around the .22 Hornet. The Air Force adopted the rifle, which was officially designated the MA-1 Survival Rifle. This success forced the company to rethink its original decision to pursue the commercial market and instead, they changed course and focused exclusively on developing arms for the military.

From there, three people involved with ArmaLite came together to alter the course of modern firearms as we know them. According to ArmaLite, it was the idea of George Sullivan, a chief patent counsel for Lockheed Aircraft Corporation, to use the "latest technical advances in plastics and alloys" to build firearms that were lighter and more functional than then-available models. In fact, Sullivan, a tinkerer himself, had begun work on some of his ideas in his garage following World War II. Charles Dorchester directed and coordinated all of ArmaLite Division's development programs and would later go on to run the entire company. But perhaps most recognizable of the three whom would go on to change history and the one historical scholars credit for the birth of the AR platform was Eugene Stoner. Stoner, who had served as a Marine during the war and was considered an ordnance expert, was made chief engineer of the ArmaLite Division in 1954. He had been working on developing small arms independently since the war as well. It is Stoner's patents that "form the basis of much of ArmaLite's work," according to the company's historical records.

In 1955, the Army was looking to update or replace the service rifle of the time, the M1 Garand, and were considering two versions: Springfield Armory's T-44, merely an updated version of the Garand, and the T-48, a version of the 7.62x51mm FN FAL, which was developed and manufactured by Fabrique Nationale de Herstal, known today primarily as FN Herstal. The FAL would ultimately go on to be adopted by as the primary service rifle used by many NATO coun-

tries including Belgium, Great Britain, Canada and Australia.

To compete with these firearms, Stoner took a totally new approach in firearms design of the day and created the AR-10. The first version of the AR-10 was made with aircraft grade aluminum receivers, keeping the weight down considerably from what it looked like it might weigh. In fact, empty, the rifle weighed less than 7 pounds. The receivers could be made from such lightweight material because the bolt locked into a steel extension that attached to the barrel, not directly in the receiver itself. Stocks, pistol grips and fore-ends were all plastic compared to the wood-grain furniture more common to guns of the day. Unfortunately, despite capturing the attention of more than a few military leaders intrigued by the firearm's unique design, the ArmaLite Division had gotten involved too late to adequately compete. An article that first appeared in the May 1962 issue of *American Rifleman* magazine noted that the initial AR-10 had also fallen prey to flaws with its original composite steel-aluminum barrel and a complicated flash suppressor.

According to Ezell, however, of those leaders intrigued by the AR-10's design included CONARC's commander, Gen. Willard G. Wyman. In 1957, Wyman personally asked Stoner to design a 5.56mm rifle for the Army similar to the AR-10. That scaled-down rifle would go on to become the AR-15.

The first AR-15s had steel barrels and an Army-developed BAR-type flash suppressor. And while Stoner's design has been called genius by many, the real genius may have been found in the engineer's ability to borrow features from a number of popular and proven European gun designs and combine them

⌄ In the form of the M16, the AR made its way into the hands of our military by 1963. Photo Credit: DoD Photos

⌃ Eugene Stoner, creator of the AR design.



in a single platform. The now-ubiquitous hinge design of the AR, not unlike that of a break-open shotgun, was similar to a design used in the Czech ZH or ZB 29 rifle and adopted in the FN. The rear sight was built into the rear of the carrying handle like the British EM 2, the hinged cover on the ejection port resembled that of the German Sturmgewehr 44, the locking system was similar to the one used in the Johns Semiautomatic Rifle from the 1940s and the straight stock, designed to better accommodate recoil and manage multiple shots, was similar to a number of auto and semi-auto rifle designs getting some play at the time, including as Ezell pointed out, the Harvey T25.

Stoner's gas operating system, which employed, and still does on direct impingement ARs, a tube beneath the front sight and directed gas back to the bolt in order to cycle rounds during firing, had been used in the both Swedish M42 Ljungman and the French MAS 1949.

"Stoner's achievement in the AR-15 was the combination of all of these ideas into an attractive package," wrote Ezell. Of course, once designed, the rifle still had to win favor with the military, a battle that almost ended the AR-15's prominent role in history right there.

To begin, ArmaLite was so small, it didn't have a full research facility or the staff to completely develop a fully tested prototype. Instead, they had to rely on military testers, many whom had their own prejudices against this new weapon and did it few favors to discover if it could actually serve soldiers well. There were some key leaders in the Army who simply didn't like the fact that the new gun hadn't been developed within the branch's own usual channels. Others simply didn't like the new configuration of the gun, much as some traditional-minded hunters view the firearm even today. Rain tests conducted on a test sample of the rifles originally suggested that shooting the guns with water in the barrels could result in burst barrels— something that was believed at the time to be "characteristic of high-velocity rifles having a bore diameter of less than .25 caliber," according to Ezell. ArmaLite strengthened the barrels in response, but still concerns over the hazard persisted. Arctic tests conducted on the rifles to determine how they would perform in freezing weather also proved disappointing to testers, though the Winchester .224 rifle still being considered

at the time also failed in this respect. In the end, the test board reviewing the new rifles suggested that a ".223 (5.56mm) round was not a suitable replacement for the 7.62 NATO round" and that development of a heavier .258 caliber (6.35mm) cartridge be pursued (Ezell). In light of the recommendations, Army Chief of Staff Gen. Maxwell Taylor ruled the branch would continue procuring the heavier and already NATO approved 7.62 M14 rifles.

## SECOND CHANCE

After all of the expense in developing the AR-15, it was a tough financial blow to a small company like Fairchild, which, struggling to make ends meet, had actually already begun to search for a company to which to license the production of both the AR-15 and the AR-10. The company had invested in the AR-15 project alone $1.45 million, an amount that by today's corporate standards would be fairly cheap but for any small company, then or now, could be a backbreaker. Fairchild decided to recoup some of the costs of the protracted project by selling the manufacturing and marketing rights to what was then called Colt's Patent Firearms Manufacturing Company, but is better known today simply as Colt's Manufacturing, LLC, or merely Colt. The company bought the rights to both firearms (a version of the AR-10 had already been sold to the Dutch and was being marketed in Southeast Asia where conflicts were erupting in what was then a little-known country called Vietnam) for $75,000 cash payment and a guarantee of a 4 ½ percent royalty on all future sales.

In *The Black Rifle: M16 Retrospective* by R. Blake Stevens and Edward C. Ezell, the authors note that at the time, Colt was also suffering financially as a result of dried up military and civilian markets following WWII. The company also hadn't retooled its manufacturing facilities in nearly a century. The Maryland-based firm of Cooper-MacDonald, which through one of its principles, Robert W. "Bobby" MacDonald already promoted the Dutch AR in Southeast Asia, worked with both ArmaLite and Colt and had been the connection that brought the sale of the ARs together. Interestingly, Cooper-MacDonald made more off the sale of the guns to Colt than



⋩ The first true military version of the AR-15, the M16, got its first full trial during the Vietnam War. Photo Credit: DoD Photos

Fairchild, netting $250,000 and a 1 percent royalty on all future guns sold.

MacDonald, who had extensive contacts in Southeast Asia and saw the AR-15 as an ideal gun for the "smaller statured" fighters of the region, immediately began marketing the gun in that part of the world and, under orders from Colt, to the U.S. military once again. They wanted to see the AR-15 given another chance.

Initially Army representatives refused. But Colt had better luck when they decided to bypass the branch and seek other military buyers. Ultimately, Air Force Vice Chief of Staff Gen. Curtis LeMay, who witnessed a demonstration of the guns, suggested that the Air Force test the AR-15 as a replacement for the M2 carbines used by its sentries. The tests proved positive and the Air Force placed an initial order for 8,500 rifles (Ezell). Sometimes it just takes that one lucky break to get the door to open wider than your foot and allow you to walk on through.

Studies by the Defense Department, who agreed to give the gun another look, also proved favorable, causing questions to be asked all the way up the chain of command as to why the disparity between the Army's original findings and the reports coming out about the gun then. Indeed, both Secretary of Defense Robert McNamara and even then President John F. Kennedy had questions. Ultimately, the Army was forced to reevaluate the rifle the result being in 1963 that the decision was made to end procurement of the M14. At the same time, McNamara ordered the purchase of 85,000 AR-15s for the Army and 19,000 for the Air Force, who was already using some of the guns, to begin the following year (Ezell).

The purchase was initially intended to be a one-time deal—enough to fill the gap until another weapons testing program was complete and a new firearm developed, but history proves that did not become the case. To meet demand for the growing conflict in Vietnam, the Army ordered more of the rifles and reclassified it as the M16.

## NOT DONE YET

Once the AR-15/M16 made its way to soldiers' hands and was finally being tested on the battlefield, problems began to arise. While the overall opinion was that most soldiers liked the overall design and concept of the rifle, its immediate popularity was hindered by a few problems operators encountered in the field—mainly the gun malfunctioning during combat. Reviews revealed several causes for this including ammunition that didn't function properly in the rifle because of its high-residue powder. The Army had insisted on a faster-burning ball-type powder for use in the field instead of the cleaner burning powder Stoner had used in developing the rifle because they wanted

HISTORY OF THE AR

History of the AR • **17**



⌃ While the design of the M16 was generally well received by Vietnam-era soldiers, the model was not without its problems, primarily malfunctions when dirty.

to generate higher muzzle velocities. The Army also failed to secure chrome-lined barrels and chambers in the rifle, which resisted heat and fouling better as well as corrosion and pitting. Perhaps most egregiously ignored was the lack of proper cleaning supplies and quite simply a failure to properly train troops with the new rifle and enforce its frequent cleaning.

In fact, according to former long-distance AR competition shooter John Murphy, who has shot ARs extensively and studied their history, the original M16 was originally billed as a gun that didn't require much care or cleaning.

"The chamber on the .223 was not chrome plated. It got so hot that cases were sticking and with all of the gunk and powder, the gun would jam up," says Murphy. "The gun was marketed as one that didn't need cleaning, which was bunk. You have to always clean a gun." The cleaning of magazines was also found to be crucial as they would fill with grime and quit feeding rounds into the chamber during firing. Indeed when asked about how often he cleaned his M4, the military's modern, shorter version of the original M16 design, one recently retired Navy SEAL who has seen action in both Afghanistan and Iraq, said simply "every chance you get. Your life depends on it."

As more troops began carrying the new rifle into Vietnam, training and cleaning procedures—for both the rifle and its magazine—improved and with it, fewer reports of malfunctioning guns. In fact, the lack of proper cleaning seemed to fix much of what the initial concerns about the M16 were. Improvements in the propellant used in the military-issued ammunition also reduced reports of problems with the guns.

Over the years, the gun design has undergone a number of improvements and variations as requested by various branches of the military—and even by some civilian engineers and shooters—including the addition of: a forward assist, to aid in locking the bolt forward in rare instances when it fails to do so; flat-top receivers; heavier barrels; adjustable windage rear sights; selector switch functions that reduced full-auto firing to the firing of three-round bursts; a gas piston operating system as an option to the direct impingement design; and other minor tweaks including adjustments in stock length, thickness of barrels and stock design and functionality. Where the military design has wandered, the civilian market has followed.

One of the most notable changes in the rifle over time occurred with its rifling. Original models often had a 1-in-14-inch (1:14) or 1-in-12-inch (1:12) twist for use with the lighter 55-grain bullets used for combat at the time. This worked great for shooting targets under 300 yards and indeed, most combat engagement occurred at 100 yards or less, most often due to terrain features and limitations more so than an inability of the shooter. However, for long range shooting—ranges of out to 600 yards as was required in high-power competition matches or sniping—the gun was inadequate.



⌃ Today, popularity of the AR among hunters is one of the driving forces behind the platform's high sales numbers.



To improve the M16's early performance, rifling in the barrel was changed to a 1:7 twist in order to better accommodate 62-grain bullets. »

The 1:12 twist was unable to stabilize longer, heavier bullets needed for long distance shooting.

In "The Making of a Match Rifle," originally published in the July 1999 issue of *American Rifleman* by former Shooting Editor Glenn M. Gilbert, the author recounts how improvements in this area evolved following the adoption by NATO of a standard 5.56mm round loaded with a heavier 62-grain bullet, and which was fired from a barrel with a 1:9 twist. That bullet was designed by FN. In response, "the Army quickly developed a copy of the 62-grain FN bullet and standardized it as the M855 in 1981."

The rifling in the barrel of M16 was soon tightened to a 1:7 twist in order to accommodate the heavier bullet as well as tracers that were planned for the newly rifled firearms. Over time, the twist rate and development of longer bullets in the 77-grain and 80-grain arena solved the long range dilemma and produced a rifle that both military sharpshooters and civilian competitors could come to rely on. And indeed, once those problems were solved, the AR became a preferred gun of many competitors such as John Murphy.

"The Marines were the first ones to successfully carry the ARs to Camp Perry in 1994, and they cleaned everyone's clock with the new twist rates and the longer bullets," says Murphy.

Gilbert sums the AR's evolution up in his article by writing, "The AR-15 has come a long way. Long derided as a plastic toy, it is now the benchmark in accuracy among semi-auto rifles." It is this mix of both short-range application and long-range accuracy, combined with the multiple levels of personalization and functionality that have many experts predicting that the heyday of the AR is indeed here.

This sentiment, in fact, is continuing forward along dual paths. While there are a number of competing—and darn good—tactical rifle platforms available (the FN SCAR, HK416 and SIG 556xi are just a few that come immediately to mind), the U.S. Army, after a multi-year effort to find a suitable replacement for the M4 recently decided to scrap the search and commit to converting the M4 to M4A1s. The M4, successor variant of the M16, with a shorter barrel, flat top, collapsible stock and less weight, has been in use since 1994. While it has received periodic upgrades over the years, the transition to the M4A1, with a heavier barrel, full-auto firing capability and ambidextrous controls, is underway and should be complete by 2020 according to reports by the *Army Times*. From a military perspective at least, this move cements the continuation of the AR's place as the weapon of choice for many of our nation's servicemen and women on the battlefield.

Despite criticisms of the platform's ability to perform without malfunctioning in sandy or dirty environments, an *Army Times* article cites testing data that showed "today's M4 and M4A1 indicate a 98.3 percent probability of completing a mission with a basic ammunition load (209 rounds) without failure." To those supporters cheering on a new small-arms alternative to the AR, the Army scrapped the effort to find a replacement after determining that all of the potential replacements didn't provide sufficient improvements over current performance levels . . . particularly not enough to justify the additional cost it would take to swap out the entire branch's shoulder-fired weapons.

On the civilian front, increasing acceptance by competitive shooters, driven in large part by 3Gun competitors, and certainly hunters, who continue to embrace the platform, are driving high-end performance features on some models and more hunt-friendly features and broader caliber offerings on others. This latter development has been one of the most visible in recent years as manufacturers seek to keep rifles moving off shelves even as buying patterns settle into more stable, yet realistic numbers following the boom years of 2008–09 and 2012–13. But more on that later in the book.

HISTORY OF THE AR

# 4. AR Rifle Models

Following is undoubtedly the most comprehensive listing of current AR-style rifle models available in print or on the web, though it is by no means exhaustive. The knowledgeable reader will no doubt find a favorite small manufacturer or favorite model of gun not listed here. Some companies simply have so many guns, it was impractical to list them all. Others were, for inexplicable reasons other than they were too busy, unable to respond to the authors' requests for information and photography, didn't have adequate information available on their websites (some had no websites) or they themselves didn't even have detailed information on their firearm models available. And admittedly, with so many small gunmakers coming into the fold—and just as quickly falling back out of it, capturing every manufacturer is a target even a custom-built AR couldn't hit.

Speaking of custom builders, many, if they did not make predetermined firearm packages, were not included, but are listed in appendices of this book. Likewise, even AR manufacturers whose firearms are not listed in this chapter are at least listed in an appendix at the back of this book. Please check out GuidetoARs.com frequently for updates on gun listings that were missed in this book, previews of new ARs and accessories coming to the market, tips on getting better performance out of your rifle and for detailed reviews on new AR models coming to a store shelf near you. Also, if you are an AR manufacturer and were not listed, please make us aware of your company and its offerings. Contact us through GuidetoARs.com where we will be happy to include your gun models or accessories and will know how to reach you more directly when working on the next edition of *The Shooter's Bible Guide to AR-15s*.

## 2VETS ARMS
## 2VA BRAVO

*Action*: semi-auto
*Stock*: B5 Systems
*Barrel*: 16-in. 4140 CMOV barrel, 1:7
*Sights*: A2 front sight base
*Weight*: N/A
*Caliber*: .556
*Magazine*: N/A
*Features*: Arms 7075-T6 billet side charged upper receiver.
**MSRP:** . . . . . . . . . . . . . . . . **$1,300**

## 2VA SOPMOD

*Action*: semi-auto
*Stock*: B5 Systems
*Barrel*: 16-in. 416R stainless steel barrel, 1:7 RH twist
*Sights*: N/A
*Weight*: N/A
*Caliber*: 5.56
*Magazine*: N/A
*Features*: 7075-T6 billet side charged upper receiver, 7075-T6 billet lower receiver, ALG Defense GI fire controls, carbine gas system, 10-in. quad rail.
**MSRP:** . . . . . . . . . . . . . . . . **$1,499**

## 2VA NATO GENESIS SERIES

*Action*: semi-auto
*Stock*: B5 Systems
*Barrel*: 13.7-in. barrel, B.E. Meyers 249 flash hider
*Sights*: N/A
*Weight*: N/A
*Caliber*: .556
*Magazine*: N/A
*Features*: 2VA 7075 billet A4 upper, 2VA 7075 billet lower, ambi charging handle, M-LOK rail.
**MSRP:** . . . . . . . . . . . . . . . . **$1,575**

## 2VA .308 SPECIAL PURPOSE RIFLE

*Action*: semi-auto
*Stock*: B5 Systems Bravo
*Barrel*: 18-in., 1:10 RH twist, full fluted 416R stainless match-grade barrel w/ black Nitride finish
*Sights*: N/A
*Weight*: 7 lb. 13 oz.
*Caliber*: .308
*Magazine*: N/A
*Features*: 7075-T6 matched set billet receivers, ambidextrous side charging system, ambidextrous safety selector, two-stage trigger from Geissele Automatics (G2S-E), B5 Systems Bravo collapsible buttstock, 14-in. P3R lightweight free-float rail, 18-in. full fluted 416R stainless match-grade barrel with black Nitride finish.
**MSRP:** . . . . . . . . . . . . . . . . **$1,875**

## 2VA ALPHA

*Action*: semi-auto
*Stock*: B5 SOPMOD Alpha stock, BCM Gunfighter grip
*Barrel*: 16-in. 416R stainless steel match barrel with full flutes
*Sights*: N/A
*Weight*: N/A
*Caliber*: 5.56
*Magazine*: N/A
*Features*: Arms 7075-T6 billet side charged upper receiver, 7075 forged lower receiver, mid-length gas system, Geissele SSA fire controls, KNS anti-rotation pins, Battle Arms Development ambi selector, Phase 5 enhanced side charged compatible BAD lever, 13-in. KeyMod compatible free-float rail.
**MSRP:** . . . . . . . . . . . . . . . . **$1,875**

**AR RIFLE MODELS**

# APPENDIX I—AR MANUFACTURERS

2 Vets Arms
www.2vetsarms.com

556 Tactical LLC
www.556tactical.com

**A**
Accurate Armory
www.accuratearmory.com

Adams Arms
www.adamsarms.net

Adcor Defense
www.adcordefense.com

Aero Precision
www.Aeroprecisionusa.com

Alexander Arms
www.Alexanderarms.com

Alex Pro Firearms
www.apfarmory.com

American Spirit Arms
www.americanspiritarms.com

American Tactical Imports
www.americantactical.us

American Firearms Manufacturing
www.afmco.com

Anderson Manufacturing
www.andersonrifles.com

AR57 Center
www.57center.com

Ares Arms
www.aresarms.com

Ares Defense
www.aresdefense.com

Arsenal Democracy
www.arsenaldemocracy.com

ArmaLite
www.armalite.com

Armscor
www.armscor.com

Arms Tech Ltd
www.armstechltd.com

Astra Arms
www.astra-arms.ch

AXTS Weapons
www.axtsweapons.com

**B**
Barnes Precision
www.usamade-ar15parts.com

Barrett
www.barrett.net

Battle Born
www.battlebornusa.com

Battle Rifle Company
www.battleriflecompany.com

Bazooka Brothers
www.bazookabrothers.com

BCI Defense
www.bcidefense.com

Black Heart International
www.bhigear.com

Black Rain Ordnance
www.blackrainordnance.com

Black Dawn Armory
www.blackdawnguns.com

Bradley Arms
www.bradleyarms.com

Bravo Company USA
www.bravocompanyusa.com

Bushmaster
www.bushmaster.com

**C**
Chattahoochee Gun Works
www.c-gw.com

Christensen Arms
www.christensenarms.com

Christian Armory Works
www.christianarmoryworks.com

CMMG
www.cmmginc.com

Colt Competition Rifles
www.coltcompetitionrifle.com

Colt Firearms
www.colt.com

Compass Lake Engineering
www.compasslake.com

**D**
Daniel Defense
www.deztacticalarms.com

Del-Ton
www.del-ton.com

DEZ Tactical
www.deztacticalarms.com

Diamondback Firearms
www.diamondbackfirearms.com

Double Star
www.star15.com

DPMS
www.dpmsinc.com

Dragon Fire Armory
www.dragonfirearmory.com

Dreadnaught Industries
www.dreadnaught-industries.com

DSA Arms
www.dsarms.com

**E**
Edward Arms
www.edwardarms.com

Erathr3
www.erathr3.com

**F**
Firebird Precision
www.firebirdprecision.com

Fulton Armory
www.fulton-armory.com

FNH USA ***Now FN America****
www.fnamerica.com

Franklin Armory
www.franklinarmory.com

**G**
GAR Arms
www.gar-arms.com

**H**
Hatcher Gun Company
www.hatchergun.com

Head Down Products
www.hdfirearms.com
Hera Arms
www.hera-arms.com

High Standard Firearms
www.highstandard.com

HM Defense
www.hmdefense.com

Heckler & Koch
www.hk-usa.com

Hogan Guns
www.hoganguns.com

Huldra Arms
www.huldraarms.com

**I**
Integrity Arms
www.customar15.net

Invincible Arms
www.invinciblearms.com

Iron Ridge Guns
www.ironridgeguns.com

**J**
JARD, Inc.
www.jardinc.com

Jesse James Firearms
www.jjfu.com

JP Rifles
www.jprifles.com

**K**
Kaufmann Tactical Firearms
www.kt-firearms.com

KE Arms
www.kearms.com

Knights Armament
www.knightarmco.com

**L**
Lancer Systems
www.lancer-systems.com

Larue Tactical
www.larue.com

Les Baer
www.lesbaer.com

Lewis Machine and Tool
www.lewismachine.net

LWRC
www.lwrci.com

**M**
MGI Military
www.mgi-military.com

MHT Defense
www.mhtdefense.com

Midwest Industries
www.midwestindustriesinc.com

MMC Armory
www.mmcarmory.com

Mohawk Armory
www.mohawkarmory.com

Mossberg
www.mossberg.com

**N**
NEMO Arms
www.nemoarms.com

Noveske Rifleworks
www.noveske.com

**O**
Olympic Arms
www.olyarms.com

**P**
Palmetto State Defense
www.palmettostatedefense.com

Patriot Ordnance Factory (POF)
www.pof-usa.com

PEC Armory
www.pecarmory.com

Personal Defense Warehouse
www.pdwarehouse.com

Precision Firearms
www.precisionfirearms.com

Precision Reflex
www.precisionreflex.com

Primary Weapons Systems
www.primaryweapons.com

**Q**
Quality Arms
www.qualityarmsidaho.com

Quentin Defense
www.quentindefense.com

**R**
Radical Firearms
www.radicalfirearms.com

Ranger Proof
www.rangerproof.com

Rebel Arms
www.rebelarms.com

Red X Arms
www.shop.redxarms.com

Remington Arms
www.remington.com

R Guns
www.rguns.net

RIP Tactical
www.rip-tactical.com

RND Manufacturing
www.rndrifles.com

Rock River Arms
www.rockriverarms.com

Ruger
www.ruger.com

**S**
Savannah River Armory
www.savannahriverarmory.com

Schmeisser Germany
www.schmeisser-germany.de

Seekins Precision
www.seekinsprecision.com

SLR15 Rifles
www.slr15rifles.com

Sharps Rifle Company
www.srcarms.com

SI Defense
www.si-defense.com

Signature Manufacturing
www.signaturemanufactures.com

**APPENDIX I**

Sig Sauer
www.sigsauer.com

Sionics Weapon Systems
www.sionicsweaponsystems.com

Smith & Wesson
www.smith-wesson.com

Specialized Dynamics
www.specializeddynamics.com

Specialized Tactical Systems
www.specializedtactical.com

Spikes Tactical
www.spikestactical.com

Stag Arms
www.stagarms.com

Sterling Arsenal
www.sterlingarsenal.com

Stubborn Mule Outdoor Supply
www.smosarms.com

Surplus Ammo and Arms
www.surplusammo.com

Superior Arms
www.superiorarms.com

S.W.O.R.D. International
www.sword-int.com

T
Tactical Arms Manufacturer
www.tacticalarmsmfr.com

Tactical Firearms Solutions
www.tfsarms.com

Teppo Jutsu
www.teppojutsu.com

Texas Black Rifle Company
www.tbrci.com
Texas Custom Guns

www.texascustomguns.net

Thor Global Defense
www.thorgdg.com

TNW Firearms
www.tnwfirearms.com

TR Enabling
www.tr-enabling.com

Trident Arms
www.tridentarms.us

U
USA Tactical Firearms
www.usatf.us

V
Valkyrie Armament
www.beltfedar.com

Vltor Weapon Systems
www.vltor.com

Vidalia Police Supply
www.kavodcustom.com

W
War Sport Industries
www.warsport-us.net

Wilson Combat
www.wilsoncombat.com

Windham Weaponry
www.windhamweaponry.com

X
Xtreme Machining
www.xtrememachining.biz

Y
Yankee Hill Machine
www.yhm.net

APPENDIX I

Sports/Shooting

US $19.99/Can $26.99

# THE MOST RECENT INFORMATION
# AND SPECS ON THE POPULAR AR-15 RIFLE

There's no denying the popularity and intense fascination with AR-15s among fire-arms enthusiasts today. Interest has grown rapidly over the past decade, spurred by the versatility of modern sporting rifles in addition to increased performance. Here, inside the most comprehensive source to date in a newly updated second edition, is Doug Howlett and Robb Manning's expert approach to everything from the intriguing history of the AR to breaking down the weapon piece by piece, choosing ammunition, and even building your own gun.

In this complete book of AR-style firearms, you can peruse the products of all manufacturers, learn about the evolution of the AR from its uses in the military in the 1960s as well as gain essential knowledge on the parts and functions of the rifle. Also included are chapters on customizing and accessorizing ARs, and much more.

**DOUG HOWLETT** is an award-winning editor and writer who grew up hunting and shooting. He began his writing career as a newspaper reporter before combining his passions for writing and the outdoors at the National Rifle Association, where he worked as assistant editor of *American Hunter* magazine. He has served as editor-in-chief of *Turkey Call* magazine at the National Wild Turkey Federation, as well as deputy editor at *Outdoor Life* magazine in New York City. It was on a hunt he covered for *Outdoor Life* that he discovered the absolute thrill of hunting with modern tactical rifles.

**ROBB MANNING** grew up in southern Wisconsin before enlisting in the US Marine Corps, where he served for nearly eleven years. During this time, he developed a passion and knowledge for firearms of all types. Robb has been writing professionally since 2010, and his work has appeared in *AR Guns & Hunting*, *Predator Xtreme*, *Gun Digest*, and *Modern Shooter*. He currently has two reoccurring columns in *On Wisconsin Outdoors* newspaper and is the author of the *Glock Quick Reference Guide* and the current editor of *Gun World* magazine.



ALSO AVAILABLE



**Skyhorse Publishing, Inc.**
New York, New York
www.skyhorsepublishing.com

Cover design by Brian Peterson
Printed in China



ISBN-10: 1-5107-1097-3
ISBN-13: 978-1-5107-1097-9

Exhibit A-7

**DEPOSITION EXHIBIT**

7



Home   Legislation & Laws   Senate   House   My Legislation   Site Map

**Bills & Resolutions**

**Compiled Statutes**

**Public Acts**

**Legislative Reports**

**IL Constitution**

**Legislative Guide**

**Legislative Glossary**

**Search By Number**
**(example: HB0001)**


Go   Search Tips

**Search By Keyword**

Go
Search Tips

**Advanced Search**





## Illinois Compiled Statutes

**ILCS Listing   Public Acts   Search   Guide   Disclaimer**

### Information maintained by the Legislative Reference Bureau
Updating the database of the Illinois Compiled Statutes (ILCS) is an ongoing process. Recent laws may not yet be included in the ILCS database, but they are found on this site as Public Acts soon after they become law. For information concerning the relationship between statutes and Public Acts, refer to the Guide.

Because the statute database is maintained primarily for legislative drafting purposes, statutory changes are sometimes included in the statute database before they take effect. If the source note at the end of a Section of the statutes includes a Public Act that has not yet taken effect, the version of the law that is currently in effect may have already been removed from the database and you should refer to that Public Act to see the changes made to the current law.

(720 ILCS 5/24-1.9)
Sec. 24-1.9. Manufacture, possession, delivery, sale, and purchase of assault weapons, .50 caliber rifles, and .50 caliber cartridges.
(a) Definitions. In this Section:
(1) "Assault weapon" means any of the following, except as provided in subdivision (2) of this subsection:
(A) A semiautomatic rifle that has the capacity to accept a detachable magazine or that may be readily modified to accept a detachable magazine, if the firearm has one or more of the following:
(i) a pistol grip or thumbhole stock;
(ii) any feature capable of functioning as a protruding grip that can be held by the non-trigger hand;
(iii) a folding, telescoping, thumbhole, or detachable stock, or a stock that is otherwise foldable or adjustable in a manner that operates to reduce the length, size, or any other dimension, or otherwise enhances the concealability of, the weapon;
(iv) a flash suppressor;
(v) a grenade launcher;
(vi) a shroud attached to the barrel or that partially or completely encircles the barrel, allowing the bearer to hold the firearm with the non-trigger hand without being burned, but excluding a slide that encloses the barrel.
(B) A semiautomatic rifle that has a fixed magazine with the capacity to accept more than 10 rounds, except for an attached tubular device designed to accept, and capable of operating only with, .22 caliber rimfire ammunition.
(C) A semiautomatic pistol that has the capacity to accept a detachable magazine or that may be readily modified to accept a detachable magazine, if the firearm has one or more of the following:
(i) a threaded barrel;
(ii) a second pistol grip or another feature capable of functioning as a protruding grip that can be held by the non-trigger hand;
(iii) a shroud attached to the barrel or that

partially or completely encircles the barrel, allowing the bearer to hold the firearm with the non-trigger hand without being burned, but excluding a slide that encloses the barrel;

(iv) a flash suppressor;

(v) the capacity to accept a detachable magazine at some location outside of the pistol grip; or

(vi) a buffer tube, arm brace, or other part that protrudes horizontally behind the pistol grip and is designed or redesigned to allow or facilitate a firearm to be fired from the shoulder.

(D) A semiautomatic pistol that has a fixed magazine with the capacity to accept more than 15 rounds.

(E) Any shotgun with a revolving cylinder.

(F) A semiautomatic shotgun that has one or more of the following:

(i) a pistol grip or thumbhole stock;

(ii) any feature capable of functioning as a protruding grip that can be held by the non-trigger hand;

(iii) a folding or thumbhole stock;

(iv) a grenade launcher;

(v) a fixed magazine with the capacity of more than 5 rounds; or

(vi) the capacity to accept a detachable magazine.

(G) Any semiautomatic firearm that has the capacity to accept a belt ammunition feeding device.

(H) Any firearm that has been modified to be operable as an assault weapon as defined in this Section.

(I) Any part or combination of parts designed or intended to convert a firearm into an assault weapon, including any combination of parts from which an assault weapon may be readily assembled if those parts are in the possession or under the control of the same person.

(J) All of the following rifles, copies, duplicates, variants, or altered facsimiles with the capability of any such weapon:

(i) All AK types, including the following:

(I) AK, AK47, AK47S, AK-74, AKM, AKS, ARM, MAK90, MISR, NHM90, NHM91, SA85, SA93, Vector Arms AK-47, VEPR, WASR-10, and WUM.

(II) IZHMASH Saiga AK.

(III) MAADI AK47 and ARM.

(IV) Norinco 56S, 56S2, 84S, and 86S.

(V) Poly Technologies AK47 and AKS.

(VI) SKS with a detachable magazine.

(ii) all AR types, including the following:

(I) AR-10.

(II) AR-15.

(III) Alexander Arms Overmatch Plus 16.

(IV) Armalite M15 22LR Carbine.

(V) Armalite M15-T.

(VI) Barrett REC7.

(VII) Beretta AR-70.

(VIII) Black Rain Ordnance Recon Scout.

(IX) Bushmaster ACR.

(X) Bushmaster Carbon 15.

(XI) Bushmaster MOE series.

(XII) Bushmaster XM15.

(XIII) Chiappa Firearms MFour rifles.

(XIV) Colt Match Target rifles.

        (XV) CORE Rifle Systems CORE15 rifles.
        (XVI) Daniel Defense M4A1 rifles.
        (XVII) Devil Dog Arms 15 Series rifles.
        (XVIII) Diamondback DB15 rifles.
        (XIX) DoubleStar AR rifles.
        (XX) DPMS Tactical rifles.
        (XXI) DSA Inc. ZM-4 Carbine.
        (XXII) Heckler & Koch MR556.
        (XXIII) High Standard HSA-15 rifles.
        (XXIV) Jesse James Nomad AR-15 rifle.
        (XXV) Knight's Armament SR-15.
        (XXVI) Lancer L15 rifles.
        (XXVII) MGI Hydra Series rifles.
        (XXVIII) Mossberg MMR Tactical rifles.
        (XXIX) Noreen Firearms BN 36 rifle.
        (XXX) Olympic Arms.
        (XXXI) POF USA P415.
        (XXXII) Precision Firearms AR rifles.
        (XXXIII) Remington R-15 rifles.
        (XXXIV) Rhino Arms AR rifles.
        (XXXV) Rock River Arms LAR-15 or Rock River
    Arms LAR-47.
        (XXXVI) Sig Sauer SIG516 rifles and MCX
    rifles.
        (XXXVII) Smith & Wesson M&P15 rifles.
        (XXXVIII) Stag Arms AR rifles.
        (XXXIX) Sturm, Ruger & Co. SR556 and AR-556
    rifles.
        (XL) Uselton Arms Air-Lite M-4 rifles.
        (XLI) Windham Weaponry AR rifles.
        (XLII) WMD Guns Big Beast.
        (XLIII) Yankee Hill Machine Company, Inc.
    YHM-15 rifles.
   (iii) Barrett M107A1.
   (iv) Barrett M82A1.
   (v) Beretta CX4 Storm.
   (vi) Calico Liberty Series.
   (vii) CETME Sporter.
   (viii) Daewoo K-1, K-2, Max 1, Max 2, AR 100, and
AR 110C.
   (ix) Fabrique Nationale/FN Herstal FAL, LAR, 22
FNC, 308 Match, L1A1 Sporter, PS90, SCAR, and FS2000.
   (x) Feather Industries AT-9.
   (xi) Galil Model AR and Model ARM.
   (xii) Hi-Point Carbine.
   (xiii) HK-91, HK-93, HK-94, HK-PSG-1, and HK USC.
   (xiv) IWI TAVOR, Galil ACE rifle.
   (xv) Kel-Tec Sub-2000, SU-16, and RFB.
   (xvi) SIG AMT, SIG PE-57, Sig Sauer SG 550, Sig
Sauer SG 551, and SIG MCX.
   (xvii) Springfield Armory SAR-48.
   (xviii) Steyr AUG.
   (xix) Sturm, Ruger & Co. Mini-14 Tactical Rifle
M-14/20CF.
   (xx) All Thompson rifles, including the
following:
       (I) Thompson M1SB.
       (II) Thompson T1100D.
       (III) Thompson T150D.
       (IV) Thompson T1B.
       (V) Thompson T1B100D.

    (VI) Thompson T1B50D.
    (VII) Thompson T1BSB.
    (VIII) Thompson T1-C.
    (IX) Thompson T1D.
    (X) Thompson T1SB.
    (XI) Thompson T5.
    (XII) Thompson T5100D.
    (XIII) Thompson TM1.
    (XIV) Thompson TM1C.
   (xxi) UMAREX UZI rifle.
   (xxii) UZI Mini Carbine, UZI Model A Carbine, and
UZI Model B Carbine.
   (xxiii) Valmet M62S, M71S, and M78.
   (xxiv) Vector Arms UZI Type.
   (xxv) Weaver Arms Nighthawk.
   (xxvi) Wilkinson Arms Linda Carbine.
  (K) All of the following pistols, copies, duplicates,
variants, or altered facsimiles with the capability of any
such weapon thereof:
   (i) All AK types, including the following:
    (I) Centurion 39 AK pistol.
    (II) CZ Scorpion pistol.
    (III) Draco AK-47 pistol.
    (IV) HCR AK-47 pistol.
    (V) IO Inc. Hellpup AK-47 pistol.
    (VI) Krinkov pistol.
    (VII) Mini Draco AK-47 pistol.
    (VIII) PAP M92 pistol.
    (IX) Yugo Krebs Krink pistol.
   (ii) All AR types, including the following:
    (I) American Spirit AR-15 pistol.
    (II) Bushmaster Carbon 15 pistol.
    (III) Chiappa Firearms M4 Pistol GEN II.
    (IV) CORE Rifle Systems CORE15 Roscoe pistol.
    (V) Daniel Defense MK18 pistol.
    (VI) DoubleStar Corporation AR pistol.
    (VII) DPMS AR-15 pistol.
    (VIII) Jesse James Nomad AR-15 pistol.
    (IX) Olympic Arms AR-15 pistol.
    (X) Osprey Armament MK-18 pistol.
    (XI) POF USA AR pistols.
    (XII) Rock River Arms LAR 15 pistol.
    (XIII) Uselton Arms Air-Lite M-4 pistol.
   (iii) Calico pistols.
   (iv) DSA SA58 PKP FAL pistol.
   (v) Encom MP-9 and MP-45.
   (vi) Heckler & Koch model SP-89 pistol.
   (vii) Intratec AB-10, TEC-22 Scorpion, TEC-9, and
TEC-DC9.
   (viii) IWI Galil Ace pistol, UZI PRO pistol.
   (ix) Kel-Tec PLR 16 pistol.
   (x) All MAC types, including the following:
    (I) MAC-10.
    (II) MAC-11.
    (III) Masterpiece Arms MPA A930 Mini Pistol,
   MPA460 Pistol, MPA Tactical Pistol, and MPA Mini
   Tactical Pistol.
    (IV) Military Armament Corp. Ingram M-11.
    (V) Velocity Arms VMAC.
   (xi) Sig Sauer P556 pistol.

(xii) Sites Spectre.

(xiii) All Thompson types, including the following:

(I) Thompson TA510D.

(II) Thompson TA5.

(xiv) All UZI types, including Micro-UZI.

(L) All of the following shotguns, copies, duplicates, variants, or altered facsimiles with the capability of any such weapon thereof:

(i) DERYA Anakon MC-1980, Anakon SD12.

(ii) Doruk Lethal shotguns.

(iii) Franchi LAW-12 and SPAS 12.

(iv) All IZHMASH Saiga 12 types, including the following:

(I) IZHMASH Saiga 12.

(II) IZHMASH Saiga 12S.

(III) IZHMASH Saiga 12S EXP-01.

(IV) IZHMASH Saiga 12K.

(V) IZHMASH Saiga 12K-030.

(VI) IZHMASH Saiga 12K-040 Taktika.

(v) Streetsweeper.

(vi) Striker 12.

(2) "Assault weapon" does not include:

(A) Any firearm that is an unserviceable firearm or has been made permanently inoperable.

(B) An antique firearm or a replica of an antique firearm.

(C) A firearm that is manually operated by bolt, pump, lever or slide action, unless the firearm is a shotgun with a revolving cylinder.

(D) Any air rifle as defined in Section 24.8-0.1 of this Code.

(E) Any handgun, as defined under the Firearm Concealed Carry Act, unless otherwise listed in this Section.

(3) "Assault weapon attachment" means any device capable of being attached to a firearm that is specifically designed for making or converting a firearm into any of the firearms listed in paragraph (1) of this subsection (a).

(4) "Antique firearm" has the meaning ascribed to it in 18 U.S.C. 921(a)(16).

(5) ".50 caliber rifle" means a centerfire rifle capable of firing a .50 caliber cartridge. The term does not include any antique firearm, any shotgun including a shotgun that has a rifle barrel, or any muzzle-loader which uses black powder for hunting or historical reenactments.

(6) ".50 caliber cartridge" means a cartridge in .50 BMG caliber, either by designation or actual measurement, that is capable of being fired from a centerfire rifle. The term ".50 caliber cartridge" does not include any memorabilia or display item that is filled with a permanent inert substance or that is otherwise permanently altered in a manner that prevents ready modification for use as live ammunition or shotgun ammunition with a caliber measurement that is equal to or greater than .50 caliber.

(7) "Detachable magazine" means an ammunition feeding device that may be removed from a firearm without disassembly of the firearm action, including an ammunition feeding device that may be readily removed from a firearm with the use of a bullet, cartridge, accessory, or other tool, or any other object that functions as a tool, including a bullet or cartridge.

(8) "Fixed magazine" means an ammunition feeding device that is permanently attached to a firearm, or contained in and not

removable from a firearm, or that is otherwise not a detachable magazine, but does not include an attached tubular device designed to accept, and capable of operating only with, .22 caliber rimfire ammunition.

(b) Except as provided in subsections (c), (d), and (e), on or after the effective date of this amendatory Act of the 102nd General Assembly, it is unlawful for any person within this State to knowingly manufacture, deliver, sell, import, or purchase or cause to be manufactured, delivered, sold, imported, or purchased by another, an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge.

(c) Except as otherwise provided in subsection (d), beginning January 1, 2024, it is unlawful for any person within this State to knowingly possess an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge.

(d) This Section does not apply to a person's possession of an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge device if the person lawfully possessed that assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge prohibited by subsection (c) of this Section, if the person has provided in an endorsement affidavit, prior to January 1, 2024, under oath or affirmation and in the form and manner prescribed by the Illinois State Police, no later than October 1, 2023:

(1) the affiant's Firearm Owner's Identification Card number;

(2) an affirmation that the affiant: (i) possessed an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge before the effective date of this amendatory Act of the 102nd General Assembly; or (ii) inherited the assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge from a person with an endorsement under this Section or from a person authorized under subdivisions (1) through (5) of subsection (e) to possess the assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge; and

(3) the make, model, caliber, and serial number of the .50 caliber rifle or assault weapon or assault weapons listed in paragraphs (J), (K), and (L) of subdivision (1) of subsection (a) of this Section possessed by the affiant prior to the effective date of this amendatory Act of the 102nd General Assembly and any assault weapons identified and published by the Illinois State Police pursuant to this subdivision (3). No later than October 1, 2023, and every October 1 thereafter, the Illinois State Police shall, via rulemaking, identify, publish, and make available on its website, the list of assault weapons subject to an endorsement affidavit under this subsection (d). The list shall identify, but is not limited to, the copies, duplicates, variants, and altered facsimiles of the assault weapons identified in paragraphs (J), (K), and (L) of subdivision (1) of subsection (a) of this Section and shall be consistent with the definition of "assault weapon" identified in this Section. The Illinois State Police may adopt emergency rulemaking in accordance with Section 5-45 of the Illinois Administrative Procedure Act. The adoption of emergency rules authorized by Section 5-45 of the Illinois Administrative Procedure Act and this paragraph is deemed to be necessary for the public interest, safety, and welfare.

The affidavit form shall include the following statement printed in bold type: "Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form

is a violation of the Firearm Owners Identification Card Act."

In any administrative, civil, or criminal proceeding in this State, a completed endorsement affidavit submitted to the Illinois State Police by a person under this Section creates a rebuttable presumption that the person is entitled to possess and transport the assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge.

Beginning 90 days after the effective date of this amendatory Act of the 102nd General Assembly, a person authorized under this Section to possess an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge shall possess such items only:

(1) on private property owned or immediately controlled by the person;

(2) on private property that is not open to the public with the express permission of the person who owns or immediately controls such property;

(3) while on the premises of a licensed firearms dealer or gunsmith for the purpose of lawful repair;

(4) while engaged in the legal use of the assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge at a properly licensed firing range or sport shooting competition venue; or

(5) while traveling to or from these locations, provided that the assault weapon, assault weapon attachment, or .50 caliber rifle is unloaded and the assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge is enclosed in a case, firearm carrying box, shipping box, or other container.

Beginning on January 1, 2024, the person with the endorsement for an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge or a person authorized under subdivisions (1) through (5) of subsection (e) to possess an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge may transfer the assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge only to an heir, an individual residing in another state maintaining it in another state, or a dealer licensed as a federal firearms dealer under Section 923 of the federal Gun Control Act of 1968. Within 10 days after transfer of the weapon except to an heir, the person shall notify the Illinois State Police of the name and address of the transferee and comply with the requirements of subsection (b) of Section 3 of the Firearm Owners Identification Card Act. The person to whom the weapon or ammunition is transferred shall, within 60 days of the transfer, complete an affidavit required under this Section. A person to whom the weapon is transferred may transfer it only as provided in this subsection.

Except as provided in subsection (e) and beginning on January 1, 2024, any person who moves into this State in possession of an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge shall, within 60 days, apply for a Firearm Owners Identification Card and complete an endorsement application as outlined in subsection (d).

Notwithstanding any other law, information contained in the endorsement affidavit shall be confidential, is exempt from disclosure under the Freedom of Information Act, and shall not be disclosed, except to law enforcement agencies acting in the performance of their duties.

(e) The provisions of this Section regarding the purchase or possession of assault weapons, assault weapon attachments, .50 caliber rifles, and .50 cartridges, as well as the provisions of this Section that prohibit causing those items to be purchased

or possessed, do not apply to:

(1) Peace officers, as defined in Section 2-13 of this Code.

(2) Qualified law enforcement officers and qualified retired law enforcement officers as defined in the Law Enforcement Officers Safety Act of 2004 (18 U.S.C. 926B and 926C) and as recognized under Illinois law.

(3) Acquisition and possession by a federal, State, or local law enforcement agency for the purpose of equipping the agency's peace officers as defined in paragraph (1) or (2) of this subsection (e).

(4) Wardens, superintendents, and keepers of prisons, penitentiaries, jails, and other institutions for the detention of persons accused or convicted of an offense.

(5) Members of the Armed Services or Reserve Forces of the United States or the Illinois National Guard, while performing their official duties or while traveling to or from their places of duty.

(6) Any company that employs armed security officers in this State at a nuclear energy, storage, weapons, or development site or facility regulated by the federal Nuclear Regulatory Commission and any person employed as an armed security force member at a nuclear energy, storage, weapons, or development site or facility regulated by the federal Nuclear Regulatory Commission who has completed the background screening and training mandated by the rules and regulations of the federal Nuclear Regulatory Commission and while performing official duties.

(7) Any private security contractor agency licensed under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004 that employs private security contractors and any private security contractor who is licensed and has been issued a firearm control card under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004 while performing official duties.

The provisions of this Section do not apply to the manufacture, delivery, sale, import, purchase, or possession of an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge or causing the manufacture, delivery, sale, importation, purchase, or possession of those items:

(A) for sale or transfer to persons authorized under subdivisions (1) through (7) of this subsection (e) to possess those items;

(B) for sale or transfer to the United States or any department or agency thereof; or

(C) for sale or transfer in another state or for export.

This Section does not apply to or affect any of the following:

(i) Possession of any firearm if that firearm is sanctioned by the International Olympic Committee and by USA Shooting, the national governing body for international shooting competition in the United States, but only when the firearm is in the actual possession of an Olympic target shooting competitor or target shooting coach for the purpose of storage, transporting to and from Olympic target shooting practice or events if the firearm is broken down in a nonfunctioning state, is not immediately accessible, or is unloaded and enclosed in a firearm case, carrying box, shipping box, or other similar portable container designed for the safe transportation of firearms, and when the Olympic target shooting competitor or target shooting coach is engaging in those practices or events. For the purposes

of this paragraph (8), "firearm" has the meaning provided in Section 1.1 of the Firearm Owners Identification Card Act.

(ii) Any nonresident who transports, within 24 hours, a weapon for any lawful purpose from any place where the nonresident may lawfully possess and carry that weapon to any other place where the nonresident may lawfully possess and carry that weapon if, during the transportation, the weapon is unloaded, and neither the weapon nor any ammunition being transported is readily accessible or is directly accessible from the passenger compartment of the transporting vehicle. In the case of a vehicle without a compartment separate from the driver's compartment, the weapon or ammunition shall be contained in a locked container other than the glove compartment or console.

(iii) Possession of a weapon at an event taking place at the World Shooting and Recreational Complex at Sparta, only while engaged in the legal use of the weapon, or while traveling to or from that location if the weapon is broken down in a nonfunctioning state, is not immediately accessible, or is unloaded and enclosed in a firearm case, carrying box, shipping box, or other similar portable container designed for the safe transportation of firearms.

(iv) Possession of a weapon only for hunting use expressly permitted under the Wildlife Code, or while traveling to or from a location authorized for this hunting use under the Wildlife Code if the weapon is broken down in a nonfunctioning state, is not immediately accessible, or is unloaded and enclosed in a firearm case, carrying box, shipping box, or other similar portable container designed for the safe transportation of firearms. By October 1, 2023, the Illinois State Police, in consultation with the Department of Natural Resources, shall adopt rules concerning the list of applicable weapons approved under this subparagraph (iv). The Illinois State Police may adopt emergency rules in accordance with Section 5-45 of the Illinois Administrative Procedure Act. The adoption of emergency rules authorized by Section 5-45 of the Illinois Administrative Procedure Act and this paragraph is deemed to be necessary for the public interest, safety, and welfare.

(v) The manufacture, transportation, possession, sale, or rental of blank-firing assault weapons and .50 caliber rifles, or the weapon's respective attachments, to persons authorized or permitted, or both authorized and permitted, to acquire and possess these weapons or attachments for the purpose of rental for use solely as props for a motion picture, television, or video production or entertainment event.

Any person not subject to this Section may submit an endorsement affidavit if the person chooses.

(f) Any sale or transfer with a background check initiated to the Illinois State Police on or before the effective date of this amendatory Act of the 102nd General Assembly is allowed to be completed after the effective date of this amendatory Act once an approval is issued by the Illinois State Police and any applicable waiting period under Section 24-3 has expired.

(g) The Illinois State Police shall take all steps necessary to carry out the requirements of this Section within by October 1, 2023.

(h) The Department of the State Police shall also develop and implement a public notice and public outreach campaign to promote awareness about the provisions of this amendatory Act of the 102nd General Assembly and to increase compliance with this Section.

(Source: P.A. 102-1116, eff. 1-10-23.)

**Home | Legislation & Laws | House | Senate | My Legislation | Disclaimers | Email**



This site is maintained for the Illinois General Assembly by the
Legislative Information System, 705 Stratton Building, Springfield, Illinois 62706
Contact ILGA Webmaster

Exhibit A-8



**SEARCH**                                                                          →

View Compared **(0)**

# DDM4®V7®
SKU#: 02-128-10290-047    FDE

## $2,098.00

**APPLY NOW**

GET FINANCING FOR AS LOW AS $68.93 PER MONTH



←                                                                  →

  **FDE**
*In Stock*

  **COBALT**
*In Stock*

  **BLACK**
*In Stock*

  **DANIEL DEFENSE TORNADO®**
*In Stock*

  **DEEP WOODS®**
*In Stock*

9/25/23, 7:56 PM · · · Daniel Defense, M4, Carbine, V7, 5.56 | Daniel Defense



**MIL SPEC +®**
*In Stock*



**RATTLECAN®**
*In Stock*

1

ADD TO CART

ADD TO WISH LIST

ADD TO COMPARE

**⚐ FIND A LOCAL DEALER**

# DETAILS

The DDM4 V7 AR15 style firearm features M-LOK attachment technology with the Daniel Defense MFR 15.0 rail. Built around a Cold Hammer Forged, 16 inch barrel, the V7 has a DD improved Flash Suppressor to reduce flash signature. The mid-length gas system provides smooth and reliable cycling under any condition and reduces both perceived recoil and wear on moving parts. With the M-LOK attachment points that run along 7 positions and an uninterrupted 1913 Picatinny rail on top, the V7 has plenty of room for the sights, optics, and accessories the user may require. The independently ambi GRIP-N-RIP Charging Handle accommodates left- and right-handed shooters. This rifle also comes with the ergonomic Daniel Defense Buttstock and Pistol Grip.

Product Spotlight: The DDM4V7



**MATERIALS & CONSTRUCTION**

+ LOWER RECEIVER: Mil-Spec with Enhanced Flared Magazine Well and Rear Receiver QD Swivel Attachment Point. CNC Machined of 7075-T6 Aluminum, Type III Hard Coat Anodized

+ UPPER RECEIVER: Mil-Spec with Indexing Marks and M4 Feed Ramps. CNC Machined of 7075-T6 Aluminum, Type III Hard Coat Anodized

+ BARREL: Chrome Moly Vanadium Steel, Cold Hammer Forged, 1:7 Twist, 16" Government Profile, Mid-length Gas System, Chrome Lined, Mil-Spec Heavy Phosphate Coated, and HP/MPI Tested

+ GAS SYSTEM: Pinned Low Profile Gas Block CNC Machined of 4140 hardened steel and Mil-Spec Heavy Phosphate Coating, Mid-length, Direct Impingement

+ MUZZLE DEVICE: Daniel Defense Flash Suppressor, 17-4 PH Stainless Steel, Salt Bath Nitride Finished

+ BOLT CARRIER GROUP: M16 Profile, Mil-Spec MP Tested, Chrome Lined, Properly Staked Gas Key

## SPECIFICATIONS

| | |
|---|---|
| **Mounting System:** | M-LOK |
| **Caliber:** | 5.56mm NATO |
| **Muzzle Thread:** | 1 / 2 × 28 TPI (Threads Per Inch) |
| **Gas System:** | Mid-length |
| **Barrel Length:** | 16" |
| **Barrel Profile:** | Government |
| **Product Weight:** | 6.2 LBS |
| **Length:** | 32 1/4" – 35 7/8" |
| **Magazine:** | DD Magazine |
| **Case:** | Daniel Defense Full-Latch Impact Plastic Case |
| **Manufacturer:** | Daniel Defense |

## RELATED POSTS

1. Predator Hunting with a DDM4V7
2. Shoot Point Blank Spotlights Daniel Defense
3. Register to win a V7
4. 7 Benefits of an M-LOK Rail

9/25/23, 7:56 PM                    Daniel Defense, M4, Carbine, V7, 5.56 | Daniel Defense

+ BUFFER: H Buffer

+ SIGHTS: Sold Separately

+ HANDGUARD: Daniel Defense MFR 15.0, CNC Machined of 6061-T6
Aluminum, M-LOK Attachment, Type III Hard Coat Anodized

+ CHARGING HANDLE: GRIP-N-RIP Charging Handle, Body CNC Machined of
7075-T6 Aluminum, Handles & Latch CNC Machined of 6061-T6 Aluminum,
Heavy Duty Stainless Steel Roll Pins, Type III Hard Coat Anodized

+ RECEIVER EXTENSION: 6 Position Mil-Spec 7075-T6 Aluminum

+ BUTTSTOCK: Daniel Defense Buttstock, Glass Filled Polymer with Soft
Touch Overmolding

+ PISTOL GRIP: Daniel Defense Pistol Grip, Glass Filled Polymer with Soft
Touch Overmolding

+ Made in the USA!

# COMPATIBLE ACCESSORIES

**DD MAGAZINE®**
$22.00

**M-LOK PICATINNY RAIL SECTION**
$33.00

**M-LOK SCOUT LIGHT® MOUNT**
$51.00

**AR-15 IRON SIGHT SET (ROCK & LOCK®)**
$142.00

ADD TO CART             ADD TO CART             ADD TO CART             ADD TO CART

# FEATURES



   

**1   MUZZLE DEVICE**

Improved design reduces flash signature compared to the traditional A2 birdcage for AR15 style firearms

**2   COLD-HAMMER FORGED BARREL**

Intense hydraulic pressure process that forms the most accurate and longest-lasting barrels attainable

**3   FLARED MAGAZINE WELL**

Widened and beveled magwell funnels magazines into place for the fastest, most secure reloads possible

**4   AMBI SAFETY SELECTOR**

For right or left-handed shooters

  

**5   FREE FLOAT RAIL SYSTEM**

Proprietary 4- or 6-bolt attachment to the upper receiver allows the rail system to free float the barrel, which will ensure barrel harmonics are not affected during operation

**6   BUTTSTOCK**

Features a nonslip cheek weld, interchangeable butt pads, and an integral QD point

**7   QD POINTS**

Integrated quick-disconnect points for the attachment of slings

**8   M-LOK**

Features M-LOK attachment technology



**9   PISTOL GRIP**

Ergonomic wrist angle, integral trigger guard and nonslip grip for comfort and control in all conditions

9/25/23, 7:56 PM                                    Daniel Defense, M4, Carbine, V7, 5.56 | Daniel Defense

## GUARANTEED SATISFACTION

All Daniel Defense products carry a 100% satisfaction guarantee against defects in original materials and workmanship. If your Daniel Defense product shows evidence of such defects, Daniel Defense will make every accommodation to fix, repair, or replace your product in the most expeditious manner possible. Daniel Defense does not warranty products or damage caused to our products by the correct or incorrect installation of other manufacturer's products.

## CUSTOMER REVIEWS

★★★★★ 46  Reviews      Add Your Review

### TERRIFIC WEAPON

OVERALL   ★★★★★

Review by Sandman    Posted on 2/25/22

After looking at many AR style 556 rifles including Ruger, Sig, Savage and others, I settled on the DDM4V7 MilSpec version. The action and smooth operation right out of the box impressed me. I like the ergonomic inserts on the stock, grip and handle. It just felt better than the others. I mated it with a 1-4 24mm Trijicon scope. The two together was considerably more expensive than others I looked at. But wow. I bore sighted the scope and then took it to the range. The first three rounds were touching each other at 50 yards about and inch below the bull. After one adjustment I put every follow up round dead in the bullseye. In ten shots I virtually eliminated the center bull and was shooting through the hole on subsequent rounds. My only complaint was the trigger pull. It is a MilSpec trigger with a hefty 7lb pull. Ok for the field but not great for precision shooting. But I knew this going in, so I don't discount my rating because that is what is was supposed to be. I did remove the factory trigger and dropped in a Timney single stage trigger set at 2.7lb. I am truly amazed at the accuracy of this rifle right out of the box. I did not intend to spend this much money on a AR rifle, but this is a beautiful weapon that will provide me with many years of use and enjoyment.

### SUPERIOR CRAFTSMANSHIP

OVERALL   ★★★★★

Review by Napa22    Posted on 2/16/22

I couldn't be any happier with my mil spec + DDM4V7. Pulling it out of the box for the first time and seeing the quality of finish and knowing that every part of rifle went through a quality control inspection gives me piece of mind. And taking the first shots seeing how accurate it shoots and how incredible and feels in my hands is better than I ever expected. Thank you to the entire DD team. Keep up the amazing work....

### UNBELIEVABLE QUALITY

OVERALL   ★★★★★

Review by SteveG    Posted on 2/9/22

This was such a clear decision to make when I went looking for an AR. The impeacable quality of their AR build is truly second to none....I've never had a second thought about my decision since I acquired the DDV4V7. There are many makes and models out there and while decisions are made for many reasons there was no regret on my part. -S

**DDM4V7**

9/25/23, 7:56 PM                                                Daniel Defense, M4, Carbine, V7, 5.56 | Daniel Defense

**OVERALL** ★★★★★                                                                                    **Review by Kylee**   Posted on 1/22/22

Well worth the wait and the price. I'm extremely pleased with my purchase. The build quality is superior, attention to
detail, and the accuracy of this rifle is phenomenal. If your in the market for an AR-15 Daniel Defense will not disappoint.

### ONE MY FIRST AR15 AND THE BED ONE

**OVERALL** ★★★★★                                                                                    **Review by Zaidy**   Posted on 12/23/21

Love the gun beautiful and reliable plus very best one looking forward to taking it to range and use it. Why I went to buy
Daniel Defense DDM4 V7 because how it is build very perfectly.

### PREMIUM RIFLE AND AMAZING QC

**OVERALL** ★★★★★                                                                                    **Review by Jack**   Posted on 5/14/21

I have a pretty decent experience with AR's, having put a thousand or few rounds through a handful of different AR's, so
when I talked to a few of my friends and asked them what manufacturers they would suggest, all four of them were very
adamant about Daniel Defense. I ended up purchasing a DDM4V7 and when I got home, I extensively looked over the
finish of the gun and I have to say I am very impressed. None of the other firearms I have purchased have ever looked
this flawless (finish wise) when I purchased them. I looked pretty hard to find even the smallest and hard to see
scratches or marks and still couldn't find anything. I can really tell when I pick it up that employees at DD really care
about QC and it just feels, looks and shoots like a premium rifle. I have only put about a thousand rounds through the
gun, but I have had zero issues, and it shoots like a dream. I doubt whoever worked on my rifle will see this, but a huge
thanks to RD who built the upper, ER who built the lower, and DB who was the QA inspector. Very impressed!

### QUALITY

**OVERALL** ★★★★★                                                                                    **Review by J USA**   Posted on 5/5/21

Order my DDM4 V7 and received it within the week. GREAT firearm! Did non-stop research, over the hundreds of
manufactures. Being prior military I have a certain feel that I was looking for, and DD nailed it! ALSO, customer service is
OUTSTANDING! Seriously, they helped me receive my Military Discount and responded to my correspondences within 24
hours. Hands down the best experience I've had thus far purchasing a firearm!

### DEDNUTZ AND LIGHT. WHAT'S NOT TO LIKE?

**OVERALL** ★★★★★                                                                                    **Review by Mickey**   Posted on 5/1/21

Have had to shoot at an indoor, 25yd max situation with iron sights and scope during the C-19 months. Moved to a
Giessele SDC trigger early and the results were boringly superior both supported and freehand in any stance.
Today had the opportunity to scope it on 100yds with a 10mph crosswind and, after minor windage/elevation
adjustments could place overlapping shots. This was using cheap range .223 and some 62gr 5.56 for comparison. The
DDmV7 barrel and smooth operation only leaves room for your excuses when you don't hit the mark and Well worth the
price.

### DDM4V7

**OVERALL** ★★★★★                                                                                    **Review by Darius**   Posted on 4/28/21

I final traded n my sig 556xi for this beautiful rifle. The thing is a beast

### MY DREAM AR...

**OVERALL** ★★★★★                                                                                    **Review by CHRIST VET**   Posted on 4/17/21

I don't have alot to add to all the other 5star reviews,without a doubt the best AR I have ever held or shot....EVERYTHING
I EXPECTED AND MORE!! You'll not find a better rifle...PERIOD!!

← **1**  2  3  4  5  →                                                                              Items 1 to 10 of 46 total

9/25/23, 7:56 PM                                    Daniel Defense, M4, Carbine, V7, 5.56 | Daniel Defense

YOU'RE REVIEWING:

# DDM4®V7®

YOUR RATING *   ★ ★ ★ ★ ★

NICKNAME *                                                          SUMMARY *

REVIEW *

SUBMIT REVIEW

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

STAY UP TO DATE                                                                                          FOLLOW US

## ENTER YOUR EMAIL                          

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Exhibit A-9

DEPOSITION
EXHIBIT
9



AR-15 Rifles [The Definitive Res]   ×   +

← C   🔒 pewpewtactical.com/ar-15-definitive-resource/



PEW PEW
— TACTICAL —

REVIEWS ▾   GUIDES ▾   GUN RATINGS   SHOPPING   DEALS   MORE ▾

  

**MILITARY-GRADE CBRN PROTECTION**   **NOW AVAILABLE FOR CIVILIANS**   MIRA SHOP NOW

AR-15 Rifles [The Definitive Resource]

# AR-15 Rifles [The Definitive Resource]



The AR-15 is America's most popular sporting rifle.  And because of that, there's dozens of reputable manufacturers, tons of options, and thousands of accessories

Whether you're looking for the perfect AR-15 as a first-time buyer  or just the perfect upgrades and optics...you're in the right place.

## The Modern AR-15

It used to be really easy...head down to your local gun shop and choose from the 2 or 3 AR's they had on the shelf.  But those days are long gone.

Now you're bombarded with **TOO** many choices...

But if you do your homework (with us), you'll be rewarded with the perfect AR 15 to fit your budget, purpose, and look.



Want Free Practice Targets?

   

🔍 Type here to search

74°F  Mostly cloudy   4:00 PM  9/25/2023



## SUMMARY OF OUR TOP PICKS

**HIGH-END PICK**
**Daniel Defense DDM4 V7**

Our favorite high-end AR-15 that's built like a tank and battle proven.

$1907 at Daniel Defense
Jump to Details

**ENTRY LEVEL PICK**
**Palmetto State Armory (PSA) Complete AR-15s**

Most affordable AR-15 that goes boom when needed.

$499 at PSA
Jump to Details

**ALSO GREAT HIGH-END PICK**
**BCM Recce-16 MCMR AR-15**

Save a little from the DD and go with a BCM, but seldom in stock.

$1538 at Brownells
Jump to Details

**CLASSIC PICK**
**FN 15 Patrol Carbine**

Nicely made with quadrail, FSB and mil-spec furniture.

$1219 at Palmetto State Armory
Jump to Details

**BUDGET PICK**
**Smith & Wesson M&P15 Sport II 5.56 NATO**

What you'll find in most gun stores and sells like hotcakes.

$640 at GrabAGun
Jump to Details

**LAW ENFORCEMENT PICK**
**Colt LE6920 AR-15**

From Colt...enough said.

$1099 at Palmetto State Armory
Jump to Details

[How To] Clean and Lube an AR-15!
SUBSCRIBE

**Deals of the Day:**
Hand-Picked Ammo & Firearm Discounts

**TIPPMANN ARMS AR FLIP UP SIGHTS – $29.99**

SEP 25 2023    SEE ALL DEALS

Exhibit A-10





Shop AK-47 Rifles, Parts & Accs ✕  ✛

← → C  🔒 palmettostatearmory.com/ak-47.html



HOME / AK-47

# AK-47 RIFLES, PISTOLS, PARTS & MUCH MORE

Palmetto State Armory is your online AK-47 headquarters. Whether you are looking for a complete AK-47 rifle/pistol or AK parts, we have it all and from the top brands you know and trust. Everyone deserves to have this iconic gun in their collection.



| PSAK-47 GF3 | PSAK-47 GF4 | PSAK-47 GF5 | 100 Series | AKV | Type 56 | WBP Kit Builds | Parts |



norton ,,
PPING GUARANTEE
9/26/2023



🔎 Type here to search

71°F Partly sunny   3:13 PM 9/26/2023



HOME / AK-47 / AK-P

# AK-P

Feast your eyes on Palmetto State Armory's AK-P, the new standard in AK-47 pistols. To manufacture an excellent AK pistol, PSA engineers had to design, build and test with excellence in mind and they have achieved just that. To ensure the longevity that AK-47s are known for, the AK-P was built with a hammer-forged front trunnion, bolt, and carrier along with a 4150 steel barrel with a gas nitride finish. The AK-P is a must-have firearm that will provide an excellent shooting experience. See our AK-P GF3 and GF4 AK-47 Pistols.



GF3    GF4    Parts & Accessories





Exhibit A-11



PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory

**DAILY DEALS**



HOME / AK-47 / PSAK-47 GF SERIES / PSAK-47 GF5 / PSAK-47 CLASSIC RIFLES / PSAK-47 GF5 FORGED CLASSIC RIFLE, REDWOOD

IN STOCK ▶

## PSAK-47 GF5 FORGED CLASSIC RIFLE, REDWOOD
IN STOCK ▶

# PSAK-47 GF5 FORGED CLASSIC RIFLE, REDWOOD





## $1,029.99

−  1  +                                              **ADD TO CART**

📄 **PRODUCT MANUAL**

Handling firearms or firearms parts can expose you to lead and other petroleum products known to the State of California to cause cancer, birth defects, or other reproductive harm. Wash hands thoroughly after handling. For more information go to www.p65warnings.ca.gov (CA Health and Safety Code Section 25249.6).

Customers must read Compliance Information before purchasing.

**SKU**              5655104080

**Model Number**     5655104080

                     Palmetto State Armory

9/26/23, 3:30 PM                                    PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory

**UPC**        5655104080



Add to Compare    Share: ✉ f 🐦

**DAILY DEALS**

♥ norton SHOPPING GUARANTEE  Learn more

## CUSTOMER GALLERY




## PRODUCT DETAILS

### DETAILS

FN Cold Hammer Forged Chrome Moly Vanadium Steel Barrel; Chrome Lined

Stamped Steel Receiver

Blended Hammer Forged 4340 Aircraft Quality Front Trunnion

Hammer Forged Bolt

Hammer Forged Carrier

Side Scope Mount

Enhanced Extended Safety Lever

7.62x39 Caliber

1 in 9.5" Twist

Thread Pitch: M14x1LH

Std. 800-yard rear sight leaf

 Wood Furniture

9/26/23, 3:30 PM                                         PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory

ALG AKT Enhanced Trigger With Lightning Bow



30 round magazine (1); Where allowed by law

**DAILY DEALS**

The PSA GF5 AK-47 was designed from the ground up to create a new standard in AK-47 rifles, utilizing all new enhanced precision manufactured parts. Thoroughly tested in development, we tortured tested to 10,000 rounds to ensure a quality product. Not to be satisfied with just a good AK-47, we kept improving and now are proud to announce our PSAK-47 Gen5 Hammer Forged (GF5) rifle with a hammer-forged barrel, bolt, carrier, and front trunnion.

The barrel is a proprietary blend of hammer-forged chrome-moly vanadium made by FN that is referred to as "Machine Gun Steel" by virtue of its use in FN's M249 and M240 weapons. The hammer forging process work hardens the steel, making it more durable. This 16" barrel is magnetic particle inspected, to ensure quality and dependability and is pressed into a hammer forged 4340 AQ front trunnion to ensure the longevity AK-47's are known for. The hardened steel 1mm receiver features an ALG AKT Enhanced Trigger with Lightning Bow, and side rail mount. The front trunnion and bolt carrier are engraved with GF5 to designate the new GF5 hammer-forged model. The rifle is finished with a classic red wood handguard, stock, and grip. This rifle ships with 30 round magazine (where allowed by law).

**Rifles must be shipped to a valid, current Federal Firearms Licensee (FFL). Please have the shipping address of your preferred FFL before placing your order. You will need the FFL information to complete the order. It is the purchaser's responsibility to be aware of the laws in their state regarding high capacity sporting rifles.**

- **As we are transitioning to Soviet Arms, your receivers may be stamped with our new AK Soviet Arms logo on firearms manufactured after 3/8/2023. This will not affect the quality or function of the firearm as they are the same AK receivers used for our AK's. This will only be a minor cosmetic change moving towards our Soviet Arms AK's.**





**REASONS TO BUY**



DAILY DEALS

Not to be satisfied with just a good AK-47, we kept improving and now are proud to announce our PSAK-47 Gen5 Hammer Forged (GF5) rifle with a hammer-forged barrel, bolt, carrier, and front trunnion.





### FN Hammer Forged Chrome-moly Vanadium Barrel

The GF5 features and upgraded barrel that is referred to as "Machine Gun Steel" due to its use in FN's M249 and M240 platform.

### ALG AKT Enhanced Trigger

Upgraded trigger for a smooth and crisp pull.







## Gas Block and Cleaning Rod

45 Degree Gas block with additional cleaning rod.

## Side Mount

Traditionl side rail for an optic mount - Midwest, RS Regulate recommended. Side rails vary GREATLY between countries, so mounts can be finicky due to large tolerances, which is why we recommend certain mounts.





## Sling Mount

Traditional AK sling mount whether mounting a com bloc-style sling or modern sling.

## Spring and Bolt

Piston operated system with recoil assembly. Hammer Forged Carrier, Bolt and Trunnion. This is the heart of the gun where wear happens. We are one of the few companies that does it correctly and has emulated com-bloc guns with Hammer Forged bolt, carrier and trunnion, and gone even further with our AQ4340 trunnion for even more durability.





## Front Sight Base



front sight base with cleaning rod lock up point with ant brake.

## Sight Leaf

Standard 800-yard rear sight leaf.



**DAILY DEALS**

Search reviews...                              Sort by:    Most Recent    ⌄

May 1, 2023
⭐⭐⭐⭐
**Red wood AK 47 GF5.**

C C

Fast shipping.......Str8 out of Box 300+ rounds , no issues.. pretty accurate. Smooth awesome wood finished. You,re gonna love ALG AKT Enhanced Trigger.... FAST 🩸 .. 4 A little more $ ,,,WORTH the upgrade from Gf3.... gREAT Job PSA. 🖤 🖤👍 ·would of given 5 stars if it came with 2 mags ....

⌃ Show details

Mar 21, 2023
⭐⭐⭐⭐
**Solid rifle, minor cosmetic flaws.**

C C C

Solid rifle, excellent trigger, furniture is mostly gorgeous. Finish is mostly excellent. Shoots great. Headspaced correctly.

Issues I have are the flathead screws that hold on the grip and the stock are stripped by the factory. Kinda ugly on an otherwise beautiful rifle. The front hand... Read More

⌃ Show details

Feb 26, 2023
⭐⭐⭐⭐⭐

C C

This gun is beautiful and shoots well out of the box.

⌃ Show details



⭐⭐

9/26/23, 3:30 PM                                PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory

Appears to operate at a acceptable level



**DAILY DEALS**

Oct 14, 2022

⭐⭐⭐⭐⭐

**Love this gun**



Really build well and works great so far, only put a few hundred rounds through it so far but no problem at all.

⇕ Show details

Aug 18, 2022

⭐⭐⭐⭐⭐

**Another PSA winner!**

My first AK, and it is a beauty! I have a number of plastic and wood furnitured firearms, but I just love a nice wood grain. Very solid, fit and finish is tip top. Off to the range today, first three shot group off the bench at 50 yards was ~ 1 1/8" group about 7" high. Two front sight post...
Read More

⇕ Show details

<div align="center">

[ BACK ]   [ **NEXT  ›** ]

</div>

# QUESTIONS & ANSWERS                                                                      ⓘ

🔍                                                        Sort by:   Most Common   ⌄

**QUESTION:**

**Can this be offered in a 12.5 barrel pistol format with a triangle folding brace please?**

 About
  PSAK-47 GF5 Forged CHF Classic ALG Rifle, Black

Asked by Jorge R on Jan 9, 2021

Was this question helpful? **Yes (42)**
**Answer**



9/26/23, 3:30 PM                               PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory

**QUESTION:**

 p 14, 2022

**DAILY DEALS**

**BEST ANSWER:**

Tree wood. It's the best type of wood.

Posted by Ryan B on Sep 14, 2022 purchased Jan 10, 2021   Reply   Inaccurate ···

Was this question helpful? **Yes (6)**

See 2 answers   Answer

**QUESTION:**

**Can you add a featureless grip for us in California for this model?**

Asked by Richard E on Aug 20, 2021

**BEST ANSWER**

The questions here aren't checked by PSA and are only answered by customers.

Posted by Brian P. on Dec 13, 2022   Reply   Inaccurate ···

Was this question helpful? **Yes (6)**

Answer

**QUESTION:**

**4th PSAK I've purchased and all came with mags. Any reason this GF5 did not?**

Asked by A shopper on Feb 9, 2021

**BEST ANSWER**

My GF5 came with a 30 round PMAG. Do you live in a magazine capacity restricted state? That might be why

Posted by Mohibullah S. on Mar 4, 2021 purchased Feb 3, 2021   Reply   Inaccurate ···

Was this question helpful? **Yes (4)**

See 2 answers   Answer

**QUESTION:**

**What magazines have you tested with this? Can I use surplus or just Magpul?**

Asked by Mark F on Jan 11, 2021

**BEST ANSWER**

Most quality steel and polymer magazines will work with our AK's. Some may require minor fitment as they were made in various com-bloc countries.

Best Regards,
PSA Customer Service.

Posted by Josiah M. *STAFF* on Jan 12, 2021   Reply   Inaccurate ···

Was this question helpful? **Yes (2)**

 Answer

9/26/23, 3:30 PM                               PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory

**QUESTION:**



Hello will this be an AK when available again?

**DAILY DEALS**

24, 2021

**BEST ANSWER**

typically every week day.. check at 4pm EST

Posted by Corey F. on Mar 26, 2021 purchased Jan 7, 2021   Reply   Inaccurate ···

Was this question helpful? **Yes (1)**

**Answer**

BACK        NEXT ›

## RETAIL STOCK



⚠ Please note that stock-status may differ from what is represented below.
Please call to verify actual stock-status before arriving to store.
Please read all our Terms & Conditions for **Retail Firearam Transfers.**

## VISIT US IN STORE





| OUT OF STOCK ▶ | OUT OF STOCK ▶ | OUT OF STOCK ▶ | OUT OF STOCK ▶ | |
|---|---|---|---|---|
| & Range | Columbia - Store & Range | Greenville - Store & Range | Summerville - Store & Ran… | S |
| Rd | 3760 Fernandina Rd | 1040-A Woodruff Rd | 366 E. 5th North Street | 2 |
| Ridgeland, SC 29936 | Columbia, SC 29210 | Greenville, SC 29607 | Summerville, SC 29483 | S |
| (843) 379-4867 | (803) 551-2680 | (864) 605-6680 | (843) 900-9000 | ( |
| **MORE INFO** | **MORE INFO** | **MORE INFO** | **MORE INFO** | |

## COMPLIANCE

### Shipping Restrictions

It is the customer's responsibility for understanding state laws regarding all purchases made. For a comprehensive list of all Shipping Restrictions, please refer to our Shipping Restrictions By State Page found Here.

### All NFA Rules Apply

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Magazines will be removed from firearms when shipping to states with magazine capacity restrictions.

Handling firearms or firearms parts can expose you to lead and other petroleum products known to the State of California to cause cancer, birth defects, or other reproductive harm. Wash hands thoroughly after handling. For more information go to www.p65warnings.ca.gov (CA Health and Safety Code Section 25249.6).

## WARRANTY







# AMERICAN MADE.
# FOR LIFE.



# FULL LIFETIME WARRANTY.

Palmetto State Armory firearms are covered by an industry leading **FULL LIFETIME WARRANTY**. This extends beyond the original purchaser. We want the person who bought a great quality firearm at an excellent price to have comfort in knowing that no matter what, the firearm can be fixed at no additional cost.

## THIS INCLUDES SHIPPING BOTH WAYS.

We strive for excellence all the way through production and hope customers never *have* to use this warranty but we also pride ourselves in 99% non-repair/return ratio. It is there for peace of mind so that the consumer can be confident in their purchase. Should the consumer ever need to contact us regarding a repair under the warranty, simply use our contact form or give us a call at 877-560-7229.

Palmetto State Armory firearms and parts are backed by our Full Lifetime Warranty. Our PSA firearms and parts are warranted to be free from defects in materials and craftsmanship for the serviceable lifetime of the firearm or part. All Palmetto State Armory barrels are machined and guaranteed to be concentric with the bore of our barrels.

## For the Life of our product

The liability of Palmetto State Armory under this warranty shall be limited solely to the obligation to repair or replace the firearm/part or defect at its discretion, and to pay transportation and insurance charges for return of the firearm to the owner for a rightful warranty claim. This warranty is transferable for the serviceable lifetime of the firearm or part. Modification of firearm will void this warranty. This warranty does not cover normal wear or any damage resulting from careless handling, neglect, repairs and adjustments, corrosion, improper, substandard or defective ammunition.

## What we don't cover

Under no circumstances shall Palmetto State Armory be responsible for incidental or consequential damages with respect to economic loss or injury to property, whether as a result of express or implied warranty, negligence or otherwise. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation may not apply to you. Palmetto State Armory will







not be responsible for the results of careless handling, unauthorized adjustments, defective, low-quality, reloaded, or improper ammunition, corrosion, neglect, ordinary wear and tear, or unreasonable use.

## Initiating a claim

To initiate a Warranty claim, call Palmetto State Armory Customer Service:

**Hours:** Monday through Friday, 9am - 5pm EST
**Email:** Contact Form

1. Customer service will issue an RMA number to allow for the return of the firearm.

2. Warranty claims must have this RMA filled out, and included in the box with the firearm or part.

3. The firearm or part concerned must be shipped using the prepaid label our representative emails to you.

Palmetto State Armory will pay shipping and insurance charges for the return of a firearm or part to its owner or FFL, if the related claim is a proper claim for warranty work. If Palmetto State Armory is unable to fix the original serial number, a new one will be sent out, but must go to an FFL for transfer back to the customer. Another background check will be completed at the time of transfer. Palmetto State Armory is not responsible for transfer fees at the FFL.

**DOWNLOAD REPAIR REQUEST FORM**



**AMENDMENT II**

*A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.*





**DAILY DEALS**

Questions? Need help? Call us: **(877) 560-7229**

   

 

About SSL Certificates



| COMPANY | INFO | LEGAL | CONTACT INFORMATION |
|---|---|---|---|
| Blog | Check Shipping Status | Terms & Conditions | Palmetto State Armory |
| Careers | My Account | Retail Return Policy | 3760 Fernandina Rd. |
| About PSA | Contact Us | Full Lifetime Warranty | Columbia, SC 29210 |
| Affiliate Program | Rebates & Promotions | Shipping Restrictions | **HELP CENTER** |
| Retail Stores | Compare Products | Privacy Policy | |
| Defense Courses | Check Order Status | Sitemap | |
| SC CWP Info | Gift Card Balance | | |
| Shoot ResponsiblyFAQ | | | |
| Forum | Buying a Gun Online | | |
| The Gathering | FFL Locator | | |
| | Product Manuals | | |
| | California Buying Guide | | |

© :023 PALMETT ᶜ TE ARMORY. ᶜ. RIGHTS RESERVED.



9/26/23, 3:30 PM                    PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory