# Group Exhibit B

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CALEB BARNETT, et al.,                )
  Plaintiffs,                        )
                             ) Case No. 3:23-cv-209-SPM
vs.                                   )
                             ) Designated Lead Case
KWAME RAOUL, et al.,                  )
  Defendants.                       )
_____

DANE HARREL, et al.,                  )
  Plaintiffs,                        )
                             ) Case No. 3:23-cv-141-SPM
vs.                                   )
KWAME RAOUL, et al.,                  )
  Defendants.                       )
_____

JEREMY W. LANGLEY, et al.,            )
  Plaintiffs,                        )
                             ) Case No. 3:23-cv-192-SPM
vs.                                   )
KWAME RAOUL, et al.,                  )
  Defendants.                       )
_____

FEDERAL FIREARMS LICENSEES OF         )
ILLINOIS, et al.,                     )
  Plaintiffs,                        )
                             ) Case No. 3:23-cv-215-SPM
vs.                                   )
JAY ROBERT "JB" PRITZKER, et al.,     )
  Defendants.                       )

VIDEOTAPED DEPOSITION OF SCOTT PULASKI
Taken on behalf of the Defendants
October 3rd, 2023
2:06 p.m. to 6:04 p.m.
Jamie Jo Kinder, CCR 842, CSR 084.003306

**Page 2**

1                I N D E X

2                             Page

3               EXAMINATION

4  QUESTIONS BY MR. WELLS         7

5  QUESTIONS BY MR. MAAG        124

6  QUESTIONS BY MR. WELLS        157

7

8

9

10                EXHIBITS

11  Deposition Exhibit 1         28

12  Deposition Exhibit 2         29

13  Deposition Exhibit 3         42

14  Deposition Exhibit 4         43

15  Deposition Exhibit 5         49

16  Deposition Exhibit 6         53

17  Deposition Exhibit 7         55

18  Deposition Exhibit 8         59

19  Deposition Exhibit 9         66

20  Deposition Exhibit 10       69

21  Deposition Exhibit 11       77

22  Deposition Exhibit 12       82

23  Deposition Exhibit 13       99

24  Deposition Exhibit 14      104

25  Deposition Exhibit 16      112

**Page 3**

1  Deposition Exhibit 17         115

2  (Exhibits retained by the Reporter and attached.)

3  (Exhibit 15 was marked and attached, but was not

4  introduced on the record.)

5  (The material quoted in the transcript was written verbatim

6  as read, and may not be a direct quote from the exhibit.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CALEB BARNETT, et al.,                )
                             )
  Plaintiffs,                        )
                             ) Case No. 3:23-cv-209-SPM
vs.                                   )
                             ) Designated Lead Case
KWAME RAOUL, et al.,                  )
                             )
  Defendants.                       )
-----------------------------------)
and all related cases.                )

VIDEOTAPED DEPOSITION OF WITNESS, SCOTT PULASKI,
produced, sworn, and examined on the 3rd day of October,
2023, between the hours of 8:00 o'clock in the forenoon and
5:00 o'clock in the afternoon of that day, at the Office of
the Illinois Attorney General, 201 West Pointe Drive, Suite
7, Swansea, IL, before Jamie Jo Kinder, Missouri CCR 842,
Illinois CSR 084-003306, a Certified Shorthand Reporter
within and for the State of Illinois, in a certain cause
now pending in the United States District Court for the
Southern District of Illinois.



Page 5

```
 1            A P P E A R A N C E S
 2  For the Plaintiffs Langley, et al.:
 3         Mr. Thomas G. Maag
           MAAG LAW FIRM, LLC
 4         22 W. Lorena Avenue
           Wood River, IL  62095
 5         (618) 216-5291
           tmaag@maaglaw.com
 6
 7  For the Defendants Raoul and Kelly:
 8         Mr. Christopher G. Wells
           Ms. Gretchen Helfrich
 9         OFFICE OF THE ATTORNEY GENERAL
           100 W. Randolph Street
10         Chicago, IL  60601
           (312) 814-3000
11         christopher.wells@ilag.gov
12
13  For Cole Shaner:
14         Mr. Keith Hill (via Zoom)
           HEYL ROYSTER VOELKER & ALLEN
15         103 W. Vandalia Street, Suite 100
           Edwardsville, IL  62025-0467
16         (618) 656-4646
           khill@heylroyster.com
17
18  Also present via Zoom:  Mr. John Zimmerman and
                            Ms. Abby  Sgro,
19                          in-house counsel for ISP
20
21  Ms. Jamie Jo Kinder, CCR, CSR
    Mr. Ken Carden, Videographer
22  LEXITAS LEGAL
    711 N. Eleventh Street
23  St. Louis, MO  63101
    (800) 280-3376
24  https://lexitaslegal.com
    stl.customerservice@lexitaslegal.com
25
```

Page 6

```
 1        (Deposition commenced at 2:06 p.m.)
 2        IT IS HEREBY STIPULATED AND AGREED, by and
 3  between counsel for Plaintiffs and counsel for Defendants,
 4  that the videotaped deposition of SCOTT PULASKI may be taken
 5  in shorthand by Jamie Jo Kinder, CCR, CSR, a notary public
 6  and shorthand reporter, and afterwards transcribed into
 7  typewriting; and the signature of the witness is expressly
 8  waived.
 9              * * * * *
10        THE VIDEOGRAPHER:  We are on the record.
11  Today's date is October 3rd, 2023.  The time now is 2:06.
12  This is the video-recorded deposition of Scott Pulaski in
13  the matter of Caleb Barnett, et al., v Kwame Raoul, et al.,
14  Case No. 3:23-cv-192-SPM in the United States District
15  Court for the Southern District of Illinois.
16        This deposition is being held at 201 West
17  Pointe Drive.  The reporter's name is Jamie Kinder.  My
18  name is Ken Carden.  I'm the legal videographer.
19        Would the attorneys present please introduce
20  themselves and the parties they represent.
21        MR. WELLS:  Sure.  This is Christopher Wells
22  on behalf of the State defendants.
23        MR. MAAG:  Thomas Maag, M-A-A-G, on the
24  Langley plaintiffs.
25        MS. HELFRICH:  Gretchen Helfrich on behalf of
```

Page 7

```
 1  State defendants.
 2        THE VIDEOGRAPHER:  Would the court reporter
 3  please swear in the witness.
 4              (Witness sworn in.)
 5        MR. WELLS:  I'll just make the note again,
 6  that this is specifically in the Langley versus Kelly case,
 7  which is Case No. 3:23-cv-192-SPM, also in the Southern
 8  District of Illinois.
 9        As I noted in the prior deposition, we're
10  taking this deposition in light of the Langley plaintiffs
11  having filed a motion for summary judgment on their two
12  vagueness claims.  The State defendants reserve their
13  rights to seek additional discovery and potentially to take
14  additional depositions, including a second deposition of
15  this witness, related to other claims that have been
16  asserted in Langley and Barnett and the consolidated
17  actions there.  So just make that note for the record.
18        With that reservation of rights, we're going
19  to proceed with this deposition.
20              * * * * *
21        SCOTT PULASKI,
22  of lawful age, being produced, sworn and examined on
23  behalf of the Defendants, deposes and says:
24        EXAMINATION
25  QUESTIONS BY MR. WELLS:
```

Page 8

```
 1     Q   Have you ever been deposed before,
 2  Mr. Pulaski?
 3     A   I have not.
 4     Q   So I'm going to go through a couple of ground
 5  rules.
 6     A   Sure.
 7     Q   Just to help this go as smoothly as possible.
 8  You're under oath.
 9     A   Uh-huh (yes).
10     Q   Just as if we were in court.  There's a court
11  reporter who's here taking down everything that everybody
12  says as best she can.  And in order to help her out, I'd
13  ask a couple of things.  One, if you could wait for me to
14  finish a question before you start to answer.  It's very
15  hard to do, and you will fail at it, but I'll try to remind
16  you as we go along to -- to wait for me to finish.  Okay?
17     A   Okay.
18     Q   And I will also do the same.  I will try to
19  wait for you to finish before interrupting you so that the
20  record can be clear.  Is that fair?
21     A   Yes.
22     Q   If I ask you a question and you answer, I'm
23  going to assume you understood the question.  If you don't
24  understand my question, then you can ask me to clarify.
25     A   Okay.
```



Page 9

1    Q   Mr. Maag may object from time to time.
2  Generally speaking, if he objects, you still have to answer
3  the question unless he specifically instructs you not to.
4  There are a couple reasons why he might do that.  If those
5  come up, we'll deal with them.  But generally speaking,
6  even if he objects, you can still answer, if you
7  understand.  Fair enough?
8    A   Okay.
9    Q   If you need a break at any time, let me know.
10  If you need a water, if you need to go to the restroom,
11  it's not a problem.  The only thing I'd ask is that if
12  there's a question pending, I'd ask you to finish answering
13  that question before we take a break.
14    A   Certainly.
15    Q   And just to be clear in terms of timing, so we
16  started at 2:00 o'clock.  I am hoping we can be out of here
17  by 6:00, but that is -- depends on how things go obviously.
18  Right?
19    A   Okay.
20    Q   Do you have any scheduled commitments that I
21  should be aware of as we go through this?
22    A   Just at 8:00 p.m.
23    Q   Okay.
24        MR. MAAG:  If we're still here at 8:00 p.m.
25    Q   (By Mr. Wells) Yeah.  Well, understood.

Page 10

1  Mr. Pulaski, are you -- And I apologize for the probing
2  nature of this question, but are you on any medication
3  today that would affect your ability to answer -- testify
4  truthfully and completely?
5    A   I am not.
6    Q   Are you on any drugs or -- that would have a
7  similar effect and impact your ability?
8    A   No.
9    Q   Just like practice, so you just got to wait.
10        How about alcohol, are you on -- have you had
11  any alcohol today?
12    A   I have not.
13    Q   Okay.  So as I mentioned, the reason we're
14  taking this deposition today is that the plaintiffs in the
15  Langley case have filed a motion for summary judgment on
16  two claims in that case.  The Langley plaintiffs lawsuit
17  challenges the constitutionality of Illinois Public Act
18  102-1116.  It's also known as the Protecting Illinois
19  Communities Act.  We can shorten that to PICA.  I'm going
20  to use PICA to refer to the statute that's being challenged
21  in the Langley case.  Is that fair?
22    A   Yes.
23    Q   And if I say PICA, you understand I'm talking
24  about the Illinois statute that took effect on January 10,
25  2023, and regulates assault weapons and -- and that sort of

Page 11

1  thing?
2    A   I do.
3    Q   You are not a plaintiff in the Langley case;
4  correct?
5    A   Correct.
6    Q   What is your relationship to the Langley
7  lawsuit?
8    A   As an affidavit filer.  Sorry.  I don't know
9  the term for that.  But was asked to prepare an affidavit
10  from Mr. Maag.
11    Q   When did he ask you to prepare that affidavit?
12    A   I do not remember the date for that.
13    Q   Does Mr. Maag represent you in this case?
14    A   In the Langley --
15    Q   This case --
16    A   In the Langley case, no.
17    Q   Does he represent you in any other capacity?
18    A   I believe we're in the early stages of another
19  case, yes.
20    Q   What is that other case?
21    A   I do not recall the name of that case.
22    Q   So Mr. Maag is your attorney in another
23  lawsuit that you filed against officials in the State of
24  Illinois; is that right?
25    A   Correct.

Page 12

1    Q   When Mr. Maag asked you to write an affidavit,
2  what -- what specifically were you asked to write an
3  affidavit about?
4    A   About the vagueness of the PICA and some of
5  the lack of clarity of things in there.
6    Q   And is Mr. Maag representing you today in this
7  deposition?
8    A   I don't understand.  I'm sorry.
9    Q   No, I understand.
10    A   I'm new to depositions.
11    Q   Is he serving as your attorney for purposes of
12  this deposition today?
13    A   Not to my knowledge.
14        MR. MAAG:  As long as we're not touching on
15  the other case.
16        MR. WELLS:  Which -- Oh, the other case that
17  he's filed?
18        MR. MAAG:  Yes.
19        MR. WELLS:  For which you are his attorney?
20        MR. MAAG:  Correct.
21    Q   (By Mr. Wells) Okay.  So in the Langley case
22  today, are you testifying as an expert witness?
23    A   I've never been qualified as an expert
24  witness, but I have long experience in the field of
25  firearms.



Page 13

1    Q    So are you being put forward as an expert
2  witness in this case?
3    A    I would presume so.
4         MR. WELLS:  Is he being put forward as an
5  expert witness in this case under Rule 702?
6         MR. MAAG:  I'd have to reread the rule for the
7  particularities.  I think it's more of a fact witness,
8  but --
9         MR. WELLS:  Okay.  So your understanding is
10  that Mr. Pulaski is serving as a fact witness?
11         MR. MAAG:  Yes.
12         MR. WELLS:  Can we go off the record for just
13  one second?  Sorry.
14         THE VIDEOGRAPHER:  This is the videographer.
15  We're going off the record.  Time now is 2:14.
16         (Whereupon, a short break was taken.)
17         THE VIDEOGRAPHER:  This is the videographer.
18  We're back on the record.  The time now is 2:16.
19    Q    (By Mr. Wells) I just want to clarify.  So are
20  you a plaintiff, you personally, a plaintiff in any other
21  case?
22    A    I am a plaintiff in the -- I'm sorry.  I can't
23  recall the -- the named plaintiff, but we are -- Piasa
24  Armory is a plaintiff in one of these cases, which is my
25  company.

Page 14

1    Q    (By Mr. Wells) Your company is a plaintiff?
2    A    Correct.  I -- I am specifically not.
3  However, my company is.
4    Q    You, as an individual, are not?
5    A    Correct.
6         MR. MAAG:  As far as I know, him as an
7  individual is not.
8         MR. WELLS:  Okay.  And who -- Here's my issue
9  is, I -- to the extent he's a represented party in the
10  other case, he needs to have his attorney from the other
11  case here.  He said he's at the end --
12         THE WITNESS:  Chuck Michel is our other
13  attorney.
14         MR. WELLS:  My understanding coming to this
15  was that you would be representing him for purposes of this
16  deposition; is that right?
17         MR. MAAG:  Do you want me to represent you for
18  purposes of this deposition?
19         THE WITNESS:  I am comfortable with that.
20         MR. MAAG:  Then so be it.
21         MS. HELFRICH:  Okay.
22    Q    (By Mr. Wells) And again, to be clear, in the
23  Piasa Armory case where -- not the one where Mr. Maag
24  represents you, but the -- the challenge to PICA?
25    A    Correct.

Page 15

1    Q    The named plaintiff there, the named party, is
2  the business Piasa Armory; correct?
3    A    Correct.
4    Q    And you, the individual, Scott Pulaski, are
5  not a named plaintiff in that case; is that right?
6    A    To my knowledge.
7         MR. MAAG:  As far as I know, that's correct.
8    Q    (By Mr. Wells) And when you say Mr. Michel,
9  Mr. Michel represents Piasa Armory; is that --
10    A    All of -- I'm sorry.  All of the plaintiffs.
11    Q    Right.  But including Piasa Armory; is that
12  right?
13    A    Correct.
14    Q    And he exclusively represents Piasa Armory.
15  He does not represent Scott Pulaski because Scott Pulaski
16  is not in -- a plaintiff in that case; correct?
17    A    Correct.
18    Q    And you have indicated that Mr. Maag -- you
19  agree to Mr. Maag being your counsel for purposes of this
20  deposition today?
21    A    Yes.
22    Q    Can you tell me about how you went about
23  preparing your January 23rd, 2023, affidavit, for the
24  Langley case?
25    A    Yeah.  This was with assistance from Mr. Maag.

Page 16

1  Basically working together to provide and clarify
2  information that would be of assistance to these cases.
3    Q    How long have you known Mr. Maag?
4    A    Several years.
5    Q    How do you know him?
6    A    Through our business.
7    Q    What's your business?
8    A    Piasa Armory.
9    Q    And how did you come to know Mr. Maag?
10    A    Mr. Maag has been a customer of ours for
11  several years.
12    Q    And when you say customer of yours, what do
13  you mean?
14    A    Has bought and sold various items and services
15  from us.
16    Q    And are you aware that Mr. Maag has a -- has a
17  firearms business?
18    A    I am.
19    Q    Does his firearms business ever buy firearms
20  from Piasa Armory?
21    A    I do not believe it has.
22    Q    So when you say Mr. Maag is a customer,
23  Mr. Maag, in his individual capacity, as a customer, is
24  that your understanding?
25    A    Correct.



Page 17

1    Q    When you prepared your January 23, '23 --
2    January 23, 2023, affidavit in this case, did you consult
3    any written materials in preparing that affidavit?
4    A    No, I did not.
5    Q    What did you rely on?
6    A    Knowledge and assistance from Mr. Maag.
7    Q    How did you prepare your May 18, 2023,
8    statement pursuant to 28 USC 1746 for the Langley case?
9    A    In a similar manner.
10   Q    Are you being -- Or were you compensated for
11   preparing either of those affidavits?
12   A    No.
13   Q    Are you being paid for your testimony today?
14   A    I am not.
15   Q    In the lawsuit -- Let's see.
16        In the lawsuit in which you are -- in which
17   Piasa Armory is a named plaintiff, why did -- what's your
18   understanding as to why Piasa Armory brought that lawsuit?
19   A    To have the PICA ruled unconstitutional.
20   Q    What claims did Piasa Armory bring in that
21   lawsuit?
22   A    I did not write that or -- I'm not -- I don't
23   recall the specifics of that claim.  But basically, that it
24   was a Second Amendment violation and inconsistent with the
25   ruling -- excuse me -- the ruling from the Supreme Court.

Page 18

1    Q    Did Piasa Armory, in that lawsuit, Federal
2    Firearms Licensee of Illinois versus Pritzker, No.
3    23-cv-215-SPM, assert that PICA was unconstitutionally
4    vague?
5    A    I -- I did not make that filing.  I don't
6    recall if that was in that.
7    Q    What financial impact has PICA had on your
8    business at Piasa Armory?
9    A    We estimate approximately 50 percent loss of
10   revenue.
11   Q    You say estimate.
12   A    Yes.
13   Q    But you don't know for certain, though; right?
14   A    I do not.
15   Q    And what is the nature of Piasa Armory's
16   business, generally?
17   A    We sell firearms, provide training, gunsmith
18   services and a shooting range.
19   Q    So sell firearms, gunsmith, shooting range?
20   A    Yes, and also training.  And, of course,
21   accessories, too.
22   Q    And you -- You personally hope that PICA is
23   struck down as unconstitutional; right?
24   A    Personally, yes.
25   Q    And in terms of Piasa Armory, you indicated

Page 19

1    that there may -- you estimate a 50 percent loss of
2    revenue.  That's if PICA stays in effect; right?
3    A    That is as it has been since January and --
4    January 10th and going forward, I would assume so.
5    Q    And so if -- Excuse me.  If PICA is struck
6    down, then you won't lose that estimated 50 percent of
7    revenue; is that right?
8    A    The revenue has already been lost for the time
9    that it's been active.  However, we would assume to go back
10   to that standard revenue we had been seeing before.
11   Q    So is it fair to say whether or not PICA
12   remains in effect will affect your business?
13   A    Absolutely.
14   Q    What's the nature of your other lawsuit
15   against the -- against an Illinois gun regulation?
16   A    That was a challenge to the advertising rules
17   that were passed.
18   Q    What do you mean by the advertising rules?
19   A    Sorry.  I don't recall the specifics of that
20   law.  But basically, that you couldn't -- firearm
21   businesses or the industry could not advertise to -- in a
22   manner that enticed children to buy firearms, which is
23   already illegal.
24   Q    Are you a party in any other lawsuits?
25   A    No.

Page 20

1    Q    Have you -- other than the two lawsuits --
2    Excuse me.
3        Other than the one lawsuit that we just
4    described and the lawsuit involving Piasa Armory
5    challenging PICA, have you been involved in any other
6    lawsuits in your life?
7    A    Not to my knowledge.
8    Q    Have you testified as an expert in any other
9    lawsuits?
10   A    I have not.  I have testified to the state at
11   a committee hearing, but have not been asked to testify as
12   an expert before.
13   Q    When did you testify to the state in a
14   committee hearing?
15   A    Before PICA was passed.
16   Q    What was the nature of your testimony?
17   A    It was explaining the nature of the FOID card,
18   what requirements individuals must go through to pass it,
19   and the process of buying a firearm in Illinois.
20   Q    How did you come to give that testimony?
21   A    I was asked by State Representative Elik.
22   Q    Spell that, please.
23   A    E-L-I-K.
24   Q    And the purpose of your testimony, as you
25   understood it, was to lobby against the passage of PICA?

Page 21

1    A   No.  I was providing information on the
2  current gun laws in Illinois and answering questions of the
3  committee.
4    Q   But was your personal hope that PICA would not
5  be passed?
6    A   At the time, that was not a potential.  That
7  was before PICA was even -- the process was started to pass
8  PICA.
9    Q   What -- What time period was that testimony?
10    A   I believe it was in the fall before of -- of
11  2022.
12    Q   You understand that we're here talking about
13  vagueness claims that have been brought by the Langley
14  plaintiffs?
15    A   Yes.
16    Q   What's your understanding of what those claims
17  are?
18    A   That the -- That PICA is describing things so
19  broadly that it lacks clarity enough to allow enforcement
20  by the state and by dealers and causes a lot of difficulty
21  in purchasing and acquiring goods and services.
22    Q   Are you familiar with the claim in the Langley
23  case that the difference between the magazine capacity
24  limit as applicable to handguns versus long guns, are you
25  familiar with that claim?

Page 22

1    A   Yes.
2    Q   And what's your understanding of that claim?
3    A   That there's no way to tell if a magazine is
4  for a handgun or a long gun.  There's no exclusivity on
5  many magazines.
6    Q   You say many magazines, but --
7    A   Many, many, many.  Sorry.
8    Q   But not all magazines; right?
9    A   Correct.
10    Q   There are some magazines for which the
11  magazine will only work in a rifle; is that fair to say?
12    A   It is.
13    Q   And is it also fair to say that there's some
14  magazines for which the magazines will only function in a
15  handgun?
16    A   It could be, yes.
17    Q   Could be, or do you know?
18    A   As -- In my experience, it is.  There is
19  handgun-only magazines and rifle-only magazines just as
20  there are many that interchange between both.
21    Q   So it's fair to say that there are rifle
22  magazines -- exclusive rifle magazines and exclusive
23  handgun magazines, and then there are some group of
24  magazines where they can be either for a rifle or a
25  handgun?

Page 23

1    A   Correct.  Those rifle magazines are typically
2  not described in PICA, however.  Some handgun magazines
3  are.
4    Q   There's another vagueness claim in the Langley
5  case related to the use of the term AR-type and AK-type.
6  Are you familiar with that claim?
7    A   I am.
8    Q   What's your understanding, in your own words,
9  of what that claim is?
10    A   That several of the items described as AR-15
11  or similar bear only facial similarities to them.  Similar
12  with the AK descriptions.  In fact, the SKS that's
13  described in the AK is not even remotely the same firearm.
14    Q   When you say facial similarities, what do you
15  mean?
16    A   Cosmetic only.
17    Q   What does cosmetic only mean?
18    A   Similar color, similar overall shape, but
19  internally different, operationally different.
20    Q   What does operationally different mean?
21    A   Manner of function of the firearm.  And so if
22  the operational -- say, the gas system that causes function
23  to fire.
24    Q   What about cal ber?
25    A   Caliber can be interchanged on many of those

Page 24

1  firearms.  So last I recall was near four dozen, five dozen
2  different calibers available for the AR-15.  Both in
3  traditionally -- traditional rifle calibers and handgun
4  calibers.
5    Q   What's your current address?
6    A   For the business or my home?
7    Q   Your home.
8    A   ███████████████████
9    Q   And what's your date of birth?
10    A   ████████
11    Q   And what's your occupation?
12    A   I am the owner of Piasa Armory.
13    Q   How long have you been the owner of Piasa
14  Armory?
15    A   Piasa Armory started business in 2012.
16    Q   What did you do before you were the owner of
17  Piasa Armory?
18    A   I owned another small gun business as well
19  called Pulaski Firearm Services from 2009 to 2012.
20    Q   What did you do prior to Pulaski Firearm
21  Services?
22    A   I was a security officer for a casino and in
23  other private security realms.  Did process service and
24  worked as a police cadet and police explorer.
25    Q   As a police cadet, were you training to be a

Scott Pulaski

Page 25

1  police officer?

2  **A   I was.**

3  Q   Why did you not become a police officer?

4  **A   At the time, it was not something I wanted to**

5  **pursue.**

6  Q   Was it your choice to not continue?

7  **A   Yes.**

8  Q   Prior to 2009, where were you employed?

9  **A   That was at security companies.  I worked for**

10 **Hamilton Security, Hurst Investigation Services, and also**

11 **at Argosy Alton Belle Casino.**

12 Q   Can you briefly describe your education for

13 me?

14 **A   Sure.  I completed high school, have an**

15 **associate's degree in criminal justice.**

16 Q   Any other degrees?

17 **A   No.**

18 Q   And I don't mean this as an insult.  This is

19 just a legal term.  But do you consider yourself a person

20 of ordinary intelligence?

21 **A   I do.**

22 Q   Did you ever serve in the military?

23 **A   I did not.**

24 Q   Have you ever been convicted of a crime?

25 **A   No, other than traffic violations.**

Page 26

1  Q   We've all been there.

2  And as I understand it, you're not offering

3  testimony as an expert witness, per Mr. Maag?

4  **A   That's my understanding.**

5  Q   Do you consider yourself a firearms expert?

6  **A   I do.**

7  Q   And what qualifications do you have to serve

8  as a firearms expert?

9  **A   Extensive experience in the field and a**

10 **general love for the knowledge of firearms.**

11 Q   Do you have any formal training in firearms?

12 **A   I do not.**

13 Q   Have you ever --

14 **A   Sorry.  I am a certified firearms instructor**

15 **for NRA, USCCA, and approved through the State of Illinois**

16 **for concealed carry instruction.  And I was a firearm**

17 **patrol cardholder for my security work and a permanent**

18 **employee registration cardholder for that work as well.**

19 **During my time as casino employee, I worked in security**

20 **there and also did training for that position as well.**

21 Q   In the course of your employment prior to

22 owning your own businesses, so as a security person, did

23 you ever have to use a firearm in the course of your work?

24 **A   I did not.**

25 Q   What casino did you work at?

Page 27

1  **A   Argosy Alton Belle.**

2  Q   Any others?

3  **A   No.**

4  Q   And did you carry a firearm in the course of

5  your work at that casino?

6  **A   I did not.**

7  Q   So what type of firearm usage did you have in

8  that job?

9  **A   In that job, I had no firearm usage.  In the**

10 **work for Hurst Investigations, I was a process server and**

11 **carried a firearm for that.**

12 Q   What kind of firearm did you carry when you

13 were a process server?

14 **A   At the time, I carried a Springfield XD9.**

15 Q   What's the magazine capacity for a Springfield

16 XD9?

17 **A   Sixteen rounds.**

18 Q   And is that 16 in the magazine or 15 plus one

19 in the chamber?

20 **A   Sixteen plus one.**

21 Q   Seventeen?

22 **A   Correct.**

23 Q   For the firearm as a whole?

24 **A   As a whole, yes.  Sixteen in the magazine, one**

25 **in the firearm.**

Page 28

1  Q   Have you ever published any articles, books or

2  other writings about firearms?

3  **A   Not through official -- any official channels.**

4  **Just occasional replies or blog posts or similar things.**

5  Q   So you've written things on the internet about

6  firearms?

7  **A   I have.**

8  Q   Where on the internet?

9  **A   Sites like Reddit and Facebook.  I've also**

10 **been interviewed many times by local media sources, like**

11 **the Telegraph in Alton, KMOV, and the RiverBender, which is**

12 **also an Alton publication.**

13 Q   What have you been interviewed about?

14 **A   Firearms.**

15 Q   And you've given interviews about PICA?

16 **A   I have.**

17 Q   You're not a trained historian?

18 **A   I am not.**

19 Q   You're not a trained firearms historian?

20 **A   I am not.**

21 Q   And you're not an attorney?

22 **A   Correct.**

23 (Deposition Exhibit No. 1 marked for

24 identification.)

25 Q   (By Mr. Wells) In preparing -- So I'm going to



Scott Pulaski

1  go ahead and mark these.  I'm going to hand you a copy of
2  what's labeled Affidavit of Scott Pulaski, and it's dated
3  January 23rd, 2023.  I'll mark it as Exhibit 1.
4       **A   Thank you.**
5       Q   Do you recognize this document?
6       **A   I do.**
7       Q   What is it?
8       **A   This is the affidavit that I filed with**
9  **Mr. Maag.**
10      Q   And flipping to the last page, page six of
11  six, is that your signature?
12      **A   Yes, it is.**
13      Q   And everything in here is your testimony?
14      **A   Correct.**
15          (Deposition Exhibit No. 2 marked for
16  identification.)
17      Q   (By Mr. Wells) Okay.  All right.  I'll hand
18  you what I'm going to mark as Deposition Exhibit No. 2.  Do
19  you recognize this document?
20      **A   I do.**
21      Q   What is it?
22      **A   That is the statement filed with Mr. Maag.**
23      Q   And directing your attention to page seven of
24  this document.  Is that your signature?
25      **A   It is.**

1       Q   And everything in Deposition Exhibit 2 is your
2  testimony; right?
3       **A   Yes.**
4       Q   And in preparing Deposition Exhibits 1 and 2,
5  so your January sworn statement and your May sworn
6  statement, you testified earlier that you just relied on
7  your knowledge of firearms; is that right?
8       **A   Correct.**
9       Q   Did you rely on anything else in preparing?
10      **A   Knowledge of Mr. Maag as well.  So we also use**
11  **things like the books you have here on the table, Shooter's**
12  **Guide, things like the Blue Book of Gun Values, and various**
13  **internet sources and other similar publications.**
14      Q   So you collaborated to -- with Mr. Maag to
15  identify certain resources, and you relied on those
16  resources?
17      **A   Correct.**
18      Q   And are those the types of materials typically
19  relied upon by firearms experts?
20      **A   Yes.**
21      Q   How do you know?
22      **A   Through my experience in the field and through**
23  **various other comments through other firearms experts.**
24      Q   What methodology did you use in formulating
25  your opinions in the January 23rd, 2023, affidavit?

1       **A   Working with Mr. Maag directly on that.**
2       Q   Was there any type of peer-reviewed
3  methodology that you used?
4       **A   There's not a wide variety of peer-reviewed**
5  **opportunities in our industry.**
6       Q   What methodology did you use in formulating
7  your opinions in the May 18, 2023, affidavit?
8       **A   The same, working with Mr. Maag.**
9       Q   And do you know if that's the type of
10  methodology typically relied upon by firearms experts?
11      **A   I do not.  I do -- I do understand that**
12  **firearm experts rely on their experiences in the field and**
13  **in publications and other informational sources they can**
14  **find on any relevant firearms.**
15      Q   And you mentioned that -- You gestured to some
16  of the books that I have here.  So, for instance, I have
17  the Shooter's Bible, 114th Edition.  Is this the type of
18  thing that a firearms expert would rely upon for
19  information about firearms?
20      **A   One of many sources, yes.**
21      Q   And did you rely on some version of the
22  Shooter's Bible in preparing the Exhibits 1 and 2?
23      **A   Directly, no.  However, through my experience**
24  **of using the Shooter's Bible in the past, that knowledge**
25  **would have been gained from that book.**

1       Q   And the Shooter's Bible is something that you
2  rely upon in your work at Piasa Armory?
3       **A   Correct.  Through the course of business.**
4       Q   Are you familiar with the Shooter's Bible
5  Guide to AR-15s, 2nd Edition?
6       **A   I am.**
7       Q   Do you own this?
8       **A   I'm sure that I do.  I have a very large book**
9  **shelf.**
10      Q   And is this Shooter's Bible Guide to AR-15s
11  something that you rely upon in the course of your business
12  at Piasa Armory?
13      **A   Occasionally, yes.  Typically, that knowledge**
14  **is stuff that I've gained over the years of experience.**
15      Q   All right.  So I'm going to direct your
16  attention to Exhibit 1, your January 23, 2023, affidavit,
17  paragraph three.  You say, "I am personally familiar with
18  firearms, both historical and modern, as well as firearms
19  regulations both in Illinois and nationally on account that
20  ATF, the federally agency that licenses my business, makes
21  me comply with all such laws and provides me a publication
22  listing the current ones."
23          That's your testimony?
24      **A   Yes, sir.**
25      Q   And you say ATF, the federally agency.  I



Scott Pulaski

Page 33

1  assume you meant federal agency?

2  **A   Yes, sir.**

3  Q   That's just a typo?

4  **A   Yes.**

5  Q   How did you develop your familiarity with

6  firearms?

7  **A   I started interest in firearms when I was 12**

8  **through scouting and taking the merit badge programs that**

9  **scouting offers.  And then researching independently after**

10  **that, finding every available knowledge source that I could**

11  **access at the time and consuming as much of that knowledge**

12  **as possible.**

13  Q   What types of knowledge sources?

14  **A   Things like radio shows, books, publications**

15  **like the Shooter's Bible.  Things like the Blue Book of Gun**

16  **Values.  Any other historical documentation that I could**

17  **find or other books about the history of firearms.**

18  Q   What firearms do you currently own?

19  **A   Wide variety from antique to modern, pistols,**

20  **rifles, shotguns, black powder, center fire, rim fire.**

21  Q   And pistols is a category of firearm that you

22  understand what that means?

23  **A   Yes.**

24  Q   Rifles is a category of firearms, you

25  understand what that means?

Page 34

1  **A   Yes.**

2  Q   Shotgun is a category of firearms, you

3  understand what that means?

4  **A   Yes.**

5  Q   And you own firearms in each of those

6  categories?

7  **A   I do.**

8  Q   What's the difference between a pistol and a

9  rifle?

10  **A   A pistol is typically designed to be fired**

11  **with one hand, even though modern handgun shooting**

12  **techniques use two hands.  Rifles are typically designed to**

13  **be held to the shoulder and fired with two hands.**

14  Q   What's the difference between a pistol and a

15  shotgun?

16  **A   A pistol, the same deal.  It -- It's designed**

17  **to be fired by one hand from the hand, not from the**

18  **shoulder.  Where a shotgun's designed to be placed in the**

19  **shoulder.  Also, pistols expel a single projectile where**

20  **shotguns typically expel multiple, with the exception of**

21  **slugs, which are a single projectile.**

22  Q   What's the difference between a rifle and a

23  shotgun?

24  **A   Shotguns typically have a smooth bore, with**

25  **the exception of slug barrels, which are rifle.  Designed**

Page 35

1  **to expel multiple projectiles with the exception of slugs,**

2  **where rifles are designed to fire a single projectile.**

3  Q   Approximately how many firearms do you own?

4  **A   Approximately 100.**

5  Q   And in terms of pistols, what are the specific

6  pistols you own?

7  **A   I have a list, but I did not bring that list**

8  **with me.  But I have --**

9  Q   Just generally summarize.

10  **A   A variety of pistols from major manufacturers,**

11  **Glock, Smith & Wesson, Walther, for modern items.  Antiques**

12  **such as Lefaucheux Pinfire, black powder replicas, foot**

13  **lock and cap lock design, World War I and World War II**

14  **military pistols.**

15  Q   What about rifles?  What types of rifles do

16  you own?

17  **A   Everything -- Similar.  So older cap lock**

18  **design, military -- former military rifles from the early**

19  **1900's up through modern -- modern supporting rifle style,**

20  **AR-15, AK-47.**

21  Q   So you own AR-15 style rifles?

22  **A   I do.**

23  Q   Do you own AK-47 style rifles?

24  **A   I do.**

25  Q   And when I say AR-15 style rifle, you

Page 36

1  understand what I mean?

2  **A   I do.**

3  Q   When I say AK-47 style rifle, you understand

4  what I mean?

5  **A   I do.**

6  Q   Do you own any other AR-type rifles?

7  **A   I own AR-type rifles as listed in PICA.  But**

8  **they would not be considered AR-type rifles by the**

9  **industry.**

10  Q   What are you including in that category?

11  **A   The Bushmaster ACR is listed in the AR-15**

12  **style, but it's more similar to an AR-180 or AR-18 style**

13  **rifle.**

14  Q   And why do you say it's -- the Bushmaster ACR

15  is more similar to an AR-180?

16  **A   It uses the operating system from an AR-18 or**

17  **AR-180.**

18  Q   Do you have any AR-15 rifles that you would

19  agree are AR-type rifles?

20  **A   I do.**

21  Q   What are those?

22  **A   Piasa Armory is a manufacturer, so we have our**

23  **own branded AR-15 rifles.  It's called the EBR-15, and I**

24  **have several of those items.**

25  Q   Do you have AK-47 style rifles that you would



Scott Pulaski

1  understand to be AK-type rifles?
2      **A   I do.  I have one.**
3      Q   What's that?
4      **A   That is a Romanian WASR-10, which is listed**
5  **specifically in PICA.**
6      Q   Does some of your knowledge about firearms
7  come from the internet?
8      **A   It does.**
9      Q   I'm going to ask you about some websites
10  and --
11      **A   Sure.**
12      Q   -- and to see whether or not you rely on those
13  websites for your knowledge about firearms.
14          Are you familiar with Pew Pew Tactical?
15      **A   I am.**
16      Q   Do you go to Pew Pew Tactical?
17      **A   Occasionally.**
18      Q   Do you rely on any information from Pew Pew
19  Tactical?
20      **A   Not often.**
21      Q   Why not?
22      **A   That's just not one of my common sources.**
23      Q   What are your common sources from the
24  internet?
25      **A   I typically look at sources that are more in a**

1  consumable format that I can use while driving back and
2  forth to work or doing tasks around the shop, instead of
3  sitting and directly reading these days.  So things like
4  Gun Talk podcast, Gun Talk media.
5      Q   What about guns.com, have you ever gone there?
6      **A   I have.**
7      Q   And do you rely on guns.com for information
8  about firearms?
9      **A   Occasionally.  We typically use them more as a**
10  **resource for sales than information these days.**
11      Q   How about AR Build Junkie, is that a website
12  you're familiar with?
13      **A   It is not.**
14      Q   When I say AR Build Junkie, do you have an
15  idea of what AR means?
16      **A   I do.**
17      Q   What is that?
18      **A   It would refer to an AR-15 style rifle and the**
19  **accessories and parts necessary to build one.**
20      Q   Are you familiar with American Rifleman?
21      **A   I am.**
22      Q   What is that?
23      **A   That's a publication by the National Rifle**
24  **Association.**
25      Q   Do you read American Rifleman?

1      **A   I do.  I'm a life member of the National Rifle**
2  **Association.**
3      Q   Do you consider American Rifleman a good
4  source of information about firearms?
5      **A   I do.**
6      Q   Are you familiar with AR-15.com?
7      **A   I am.**
8      Q   Have you been to that site?
9      **A   Of course.**
10      Q   Have you ever posted on that site?
11      **A   I'm sure that I have.**
12      Q   Do you have a user name on that website?
13      **A   I do.**
14      Q   What is that?
15      **A   To my knowledge, it is ScottP8113.  It's been**
16  **a very long time since I've used that website as content**
17  **provider, so myself providing content.**
18      Q   Say it one more time.  ScottP?
19      **A   ScottP8113.**
20      Q   8113.  Okay.  So you said on AR-15.com, it's
21  been a while since you've been a content provider.  But you
22  still go there to read it?
23      **A   It's been a while since I've been able to do**
24  **that.  Unfortunately, business responsibilities keep me**
25  **from browsing forums on a long -- for a long amount of**

1  time.  So I typically go for a specific bit of knowledge.
2      Q   Understood.  And when you go for a specific
3  bit of knowledge, it's a good resource to find that?
4      **A   It is.**
5      Q   How about gun manufacturers' websites, is that
6  a source that you rely upon in your business?
7      **A   It is.**
8      Q   Do you ever look at product reviews from gun
9  manufacturers' websites?
10      **A   Typically, I prefer customer or consumer**
11  **reviews, be they in a forum or on sites such as YouTube,**
12  **that we can find a more unbiased review -- review source.**
13      Q   So, for instance, if there was a gun
14  manufacturer's website, and there were user comments, you
15  wouldn't rely upon that as much as you would, say, comments
16  on AR-15.com; is that fair to say?
17      **A   Not necessarily.  A -- Comments provided by a**
18  **user rather than comments provided by the company that**
19  **indicates it's from a user.**
20      Q   Because the company might be biased?
21      **A   Correct.**
22      Q   All right.  Let's see.
23          Paragraph three again in Exhibit 1.  You say,
24  "I am personally familiar with firearms, both historical
25  and modern, as well as firearms regulations, both in



Page 41

1  Illinois and nationally, on account that ATF, the federal
2  agency that licenses my business, makes me comply with all
3  such laws and provides me a publication listing the current
4  ones."
5        ATF licenses your business.  How long have you
6  been licensed by ATF at Piasa Armory?
7        **A   Since 2012.**
8        Q   And --
9        **A   Actually -- May I correct that?  I believe**
10  **2013 is when we started with the license.**
11        Q   And you've maintained a federal firearms
12  license for Piasa Armory since that time?
13        **A   Yes, sir.**
14        Q   And generally speaking, you've been complying
15  with ATF regulations; is that fair to say?
16        **A   Yes.**
17        Q   How do you, as a business at Piasa Armory,
18  ensure that you're in compliance with ATF regulations?
19        **A   I am, in addition to managing the day-to-day**
20  **operation, the compliance director for Piasa Armory also.**
21        Q   What does that involve?
22        **A   That involves reviewing regularly every**
23  **firearm record, every transaction record that goes through**
24  **our company, and providing regular training as the Firearm**
25  **Dealer Licensing Act requires.**

Page 42

1        Q   Do you review any publications from ATF?
2        **A   I do.  They provide a national firearms law**
3  **update, which they just recently updated.**
4        Q   You mentioned here, "ATF provides me a
5  publication listing the current ones."
6        What are you referring to there?
7        **A   I do not recall the title of that, but it's a**
8  **regularly updated publication that they provide.**
9        Q   Okay.  I'm going to mark Exhibit 3.
10        (Deposition Exhibit No. 3 marked for
11  identification.)
12        Q   (By Mr. Wells) I'm showing Mr. Pulaski what I
13  have marked as Deposition Exhibit No. 3.  It's a document
14  titled State Laws and Published Ordinances, Illinois.  Is
15  this a document that you've seen before?
16        **A   Yes.**
17        Q   And what is it?
18        **A   This lists all of the relevant state laws**
19  **pertaining to firearms that we're required to follow by ATF**
20  **and by the state law.**
21        Q   And when you mentioned earlier that you review
22  information from the state and also from the federal
23  government, this is the type of thing you're referring to?
24        **A   Yes, this and some of the things that are**
25  **provided on the Illinois General Assembly website and**

Page 43

1  **public acts.**
2        Q   I'm going to -- I'm not going to go too deep
3  into these, but I just want to make sure that we're talking
4  about the same rough thing.
5        MR. WELLS:  We're on four?
6        (Deposition Exhibit No. 4 marked for
7  identification.)
8        Q   (By Mr. Wells) I'm going to hand you what's --
9  what I'm marking as Deposition Exhibit 4.  Are you familiar
10  with this document?
11        **A   I am.**
12        Q   What is it?
13        **A   It's the Federal Firearms Regulations**
14  **Reference Guide.**
15        Q   Is this a document that you use in the course
16  of your business at Piasa Armory?
17        **A   It is.**
18        Q   Okay.  In paragraph four of your January 23rd,
19  2023, affidavit, which I've marked as Deposition Exhibit 1,
20  you say, "In addition to being a firearms dealer, Piasa
21  Armory and myself teach Illinois State Police certified
22  concealed carry classes, both new and renewal."
23        **A   Yes.**
24        Q   And as a certified concealed carry instructor,
25  you're familiar with the Firearm Concealed Carry Act in

Page 44

1  Illinois?
2        **A   I am.**
3        Q   And you also have a concealed carry license
4  yourself?
5        **A   I do.**
6        Q   Do you carry a concealed firearm in Illinois?
7        **A   I do.**
8        Q   What firearm do you carry?
9        **A   I typically carry either a Walther PPQ or a**
10  **Glock 19 or 17.**
11        Q   What's the magazine capacity on a Walther PPQ?
12        **A   Either a 15 in the magazine or 19 in the**
13  **magazine.**
14        Q   And now that PICA is in effect, if you're
15  carrying your Walther PPQ, do you understand which magazine
16  you should carry?
17        **A   I do.**
18        Q   And which magazine is that?
19        **A   Fifteen round is required by PICA.**
20        Q   With respect to your Glock 19 or 17, what are
21  the magazine capacities for the Glock 19?  Let's start with
22  that one.
23        **A   Standard capacity is 15 in the magazine;**
24  **however, it can accept larger magazines, 17, or magazines**
25  **with extensions up to 33 or 50.**



1    Q    And when you carry your Glock 19 now, what
2    size magazine do you carry?
3    **A    Fifteen now.**
4    Q    And is that because of PICA?
5    **A    It is.**
6    Q    So you understand that you can no longer carry
7    the 17-round magazine for your Glock 19?
8    **A    I do.**
9    Q    How about your Glock 17, what's the magazine
10   capacity for that?
11   **A    Seventeen is standard.  Glock now makes**
12   **15-round magazines that also fit that firearm.**
13   Q    Do you have any of those 15-round magazines?
14   **A    I do not.**
15   Q    Could you acquire them?
16   **A    I could.**
17   Q    And you would know that in acquiring the
18   15-round magazine, that would be something that would
19   comply with PICA; right?
20   **A    I do; however, I've chosen to not carry the 17**
21   **and rather just carry the 19.**
22   Q    And do you own any 17-round magazines for the
23   Glock 19?
24   **A    I do.**
25   Q    But now you just carry the 15-round magazines

1    for the Glock 19; right?
2    **A    Correct.**
3    Q    And you understand that as a concealed carry
4    license holder, you're allowed to carry a concealed
5    handgun; correct?
6    **A    Correct.**
7    Q    You're not allowed to carry a concealed rifle;
8    correct?
9    **A    Correct.**
10   Q    You're not allowed to carry a concealed
11   shotgun; correct?
12   **A    Correct.**
13   Q    All right.  I'm going to direct your attention
14   to Exhibit 2.  So this is your May 18, 2023, declaration,
15   paragraph 26.
16         You say, "Likewise, there are no objective
17   standards to determine whether a given firearm is an
18   AK-type, an AR-type or something else.  In fact, even
19   elicit examples are oftentimes not within the parameters of
20   what even most firearms experts would consider to be an
21   AK-type, I ke the SKS of an AR-type."
22         That was your testimony?
23   **A    Yes.**
24   Q    And where it says, "An AK-type like the SKS of
25   an AR-type," you meant "or"; right?

1    **A    Yes.**
2    Q    And that was just a typo?
3    **A    Correct.**
4    Q    You believe there are, quote, parameters,
5    close quote, for what most firearms experts would consider
6    an AR-type; correct?
7    **A    Correct.**
8    Q    In your mind, what are the parameters that
9    most firearms expert would consider to be an AR-type?
10   **A    An AR-type would be a firearm with typically a**
11   **16 or 20-inch barrel, adjustable or fixed stop, pistol**
12   **grip, detachable magazine, and using a -- a direct**
13   **impingement gas system, rotary-operated bolt.**
14   Q    Why did those design elements make something
15   an AR-type?
16   **A    Because that's what the designer of the AR**
17   **used to create that firearm.**
18   Q    Who was the designer of the AR?
19   **A    Eugene Stoner.**
20   Q    Who was Eugene Stoner?
21   **A    Eugene Stoner worked for ArmaLite and several**
22   **other companies in the mid 1900s, 1950s, 1960s, to develop**
23   **the AR-15 and several other designs.**
24   Q    And you understand that when people use the
25   term AR-type today, they are referencing firearms that are

1    connected to that AR-15 that Eugene Stoner denied --
2    designed?
3    **A    Some people -- Some people reference that, and**
4    **some tend to refer to any firearm that looks vaguely like**
5    **it as an AR-type rifle.**
6    Q    And in terms of how you went about identifying
7    those particular features that you would consider
8    associated with an AR-type firearm, how did you identify
9    those particular features?
10   **A    Based on the designs that Stoner produced.**
11   Q    Would you consider an AR-10 an AR-type rifle?
12   **A    Similar, but different.  It's -- Shares a lot**
13   **of the same characteristics.  But the AR-10 was typically a**
14   **machine gun designed for the military.  There's been a**
15   **civilian variant of that that's been developed and used.**
16   Q    In your experience, as someone in the firearms
17   industry, would you say that the AR-15 or the AR-10 is more
18   popular among consumers?
19   **A    AR-15, with AR-10 being very close.**
20   Q    What is an AR pistol?
21   **A    An AR pistol would be an AR-15 that complies**
22   **with the ATF's definitions of handgun.**
23   Q    Why does it have AR in the name?
24   **A    Because the design is based from the AR-15,**
25   **which is the ArmaLite rifle.**



Page 49

1    Q    Have you ever seen AR, just those two letters,
2  A-R, used to refer to a firearm?
3    A    Yes.
4    Q    Did you understand what that meant?
5    A    I do, through my experience, but I've seen
6  many people be confused and refer to anything that is a
7  rifle that shares similar characteristics to be called an
8  AR or even an AK.
9    Q    Piasa Armory has a website; right?
10    A    It does.
11    Q    Who's responsble for the content of that
12  website?
13    A    I am.
14    Q    Do you write it yourself?
15    A    I do.
16    Q    I'm marking Deposition Exhibit 5.
17        (Deposition Exhibit No. 5 marked for
18  identification.)
19    Q    (By Mr. Wells) Do you recognize this document?
20    A    I do.
21    Q    What is it?
22    A    This is an example of gunsmith services that
23  we offer.
24    Q    Would you agree that this appears to be a
25  printout from the Piasa Armory website?

Page 50

1    A    It is.
2    Q    And do you see at the bottom left hand it says
3  the URL for Piasa Armory?
4    A    Yes.
5    Q    And it's specifically the gunsmith page?
6    A    Yes.
7    Q    Who's the audience for your website?
8    A    Any -- Anyone.  So young, old, novice,
9  experienced, professional.
10    Q    Is it fair to say that the audience for your
11  website is potential customers for Piasa Armory?
12    A    It is, but also not potential customers.  Our
13  business operates as education also.
14    Q    And when you say education -- it operates as
15  education, what do you mean?
16    A    Educational I should say.  So our goal, our
17  company motto is creating a culture of responsible firearm
18  ownership, which is being willing to provide information to
19  anyone who asks, not just potential customers, helping to
20  teach safe handling, safe operation, and basic familiarity.
21    Q    When you write things on your website, do you
22  use terminology -- on the Piasa Armory website, do you use
23  terminology that you believe your customers will
24  understand?
25    A    I work to -- Jargon is a difficult thing in

Page 51

1  our industry.  Tends -- It tends that with more knowledge
2  in the industry, more jargon is used, as in many
3  industries.  So I work to eliminate jargon as much as
4  possible, but it doesn't always work.
5    Q    Directing your attention to where it says
6  AR-15 build room.  Directly under that, it says, "For $40,
7  you can have access to our AR build room."
8        Do you see that?
9    A    Yes.
10    Q    Did you write that sentence?
11    A    I did.
12    Q    And when you wrote that sentence, you had an
13  understanding of what AR meant?
14    A    I did, and especially because AR-15 build room
15  is written two lines above it.
16    Q    And from the context, you can tell that AR
17  means AR-15; is that fair to say?
18    A    Yes.
19    Q    You got to wait for me to finish.
20    A    Yes.
21    Q    That was a yes.
22        And what does AR refer to there?
23    A    In this case, it refers to AR-15.
24    Q    What is your AR-15 -- I'm sorry.  Let's strike
25  that.

Page 52

1        What is your AR build room?
2    A    We don't have an AR build room.  It's an AR-15
3  build room.  As I mentioned, it was an example of jargon or
4  poor proofreading.
5    Q    But you call it an AR build room.  Was that
6  just a shorthand?
7    A    Yes.
8    Q    Do customers use the AR build room?
9    A    Not lately.
10    Q    Prior to January 10, 2023, did customers use
11  the AR build room?
12    A    Yes.
13    Q    What did they use the AR build room for?
14    A    Typically installing parts and accessories.
15  Or we would also offer to teach how to properly assemble an
16  AR-15 so it would operate safely.
17    Q    Did customers ever use the AR build room to
18  assemble firearms other than an AR-15?
19    A    Typically not, but I'm sure that it's happened
20  over the years.
21    Q    Do you recall any specific occasions where
22  someone assembled something other than AR-15?
23    A    I'm sure that someone has assembled a Glock
24  pistol or other similar pistols.
25    Q    Has a customer ever built an AR-7 in your AR



Page 53

1  build room?

2  **A   That would be rather difficult.**

3  Q   Is that a no?

4  **A   That -- To my knowledge, no.**

5  Q   How about an AR-5?  Has a customer ever used

6  an AR -- your AR build room to construct an AR-5?

7  **A   Not to my knowledge.**

8  Q   And the reason you offered, prior to

9  January 10, 2023, an AR build room is because the AR-15 is

10  very common; right?

11  **A   It is.**

12  Q   All right.  I'm going to show you -- set that

13  one to the side.

14      (Deposition Exhibit No. 6 marked for

15  identification.)

16  Q   (By Mr. Wells) I'm handing you what I'm

17  marking as Deposition Exhibit No. 6.  Are you familiar with

18  this document?

19  **A   I am.**

20  Q   How are you familiar with it?

21  **A   This was provided to all FFL's by the ATF.**

22  Q   And you reviewed it in your capacity as an

23  owner of Piasa Armory; is that right?

24  **A   I did.**

25  Q   And you reviewed it when ATF issued it?

Page 54

1  **A   Yes.**

2  Q   And it says, "March 22nd, 2022, open letter to

3  all federal firearms licensees."

4      So you reviewed it approximately in March of

5  2022; is that fair to say?

6  **A   On or about that.**

7  Q   March, April?

8  **A   Yes.**

9  Q   Around the spring of 2022?

10  **A   Yes.**

11  Q   I'm directing your attention to the second

12  paragraph.  You see it says FRT?

13  **A   Yes.**

14  Q   Do you have an understanding of what FRT means

15  in that sentence?

16  **A   I do.**

17  Q   What is that?

18  **A   That is a forced reset trigger.**

19  Q   So in paragraph two of Deposition Exhibit 6,

20  it says, "These particular FRTs," meaning forced reset

21  triggers, "are being marketed as replacement triggers for

22  AR-type firearms."

23      Do you see that?

24  **A   I do.**

25  Q   And when you read this document in the spring

Page 55

1  of 2022, did you have an understanding as to what AR-type

2  firearms meant?

3  **A   As a member of the industry with experience, I**

4  **do.**

5  Q   And this was a document that you reviewed that

6  came from ATF; is that right?

7  **A   Yes.**

8  Q   And when you're reviewing documents from ATF,

9  they regulate firearms; right?

10  **A   They do.**

11  Q   So they use firearms terminology that

12  regulated entities will understand?

13  **A   Traditionally.**

14  Q   In the spring of 2022, when you got Deposition

15  Exhibit 6, did you reach out to ATF seeking clarification

16  as to what they meant about AR-type firearms?

17  **A   I did not, as I understood what they meant by**

18  **AR-type firearms.  Fires that use the fire control group of**

19  **an AR.**

20  Q   What is a fire control group?

21  **A   Typically the trigger and hammer.**

22      (Deposition Exhibit No. 7 marked for

23  identification.)

24  Q   (By Mr. Wells) All right.  I'm going to hand

25  you another exhibit I'm marking as Deposition Exhibit

Page 56

1  No. 7.

2  **A   Thank you.**

3      MR. MAAG:  Thank you.

4  Q   (By Mr. Wells) Do you recognize what I've

5  marked as Deposition Exhibit No. 7?

6  **A   I do.**

7  Q   What is it?

8  **A   This is the federal definition of a frame or**

9  **receiver.**

10  Q   What is a frame or receiver in your own words?

11  **A   That'd be the component of a firearm that**

12  **contains the working parts of the firearm.**

13  Q   Directing your attention to paragraph two on

14  Deposition Exhibit 7, the first page.  Do you see it says,

15  "The term receiver means the part of a rifle, shotgun or

16  projectile weapon other than a handgun or variance thereof

17  that provides housing or a structure for the primary

18  component designed to block or seal the breach prior to

19  initiation of the firing sequence, i.e., bolt, breach lock

20  or equivalent, even if pins or other attachments are

21  required to connect to such component to the housing or

22  structure?"

23  **A   I do.**

24      MR. MAAG:  I'm going to interpose an

25  objection.  I think the U.S. Court of Appeals for the Fifth

1  Circuit has stayed the implementation of these rules.

2         MR. WELLS:  Are we in the Fifth Circuit?

3         MR. MAAG:  No, but I think it's a nationwide

4  injunction.

5         MR. WELLS:  Is it?  Okay.  All right.

6         MR. MAAG:  I mean, you can proceed.  I just

7  want --

8         MR. WELLS:  Right.  Fair enough.

9    Q    (By Mr. Wells) With respect to paragraph

10  three, do you see where it says the terms variant and

11  variance thereof?

12   **A    I do.**

13   Q    And do you understand what's meant by variant?

14   **A    I do.**

15   Q    Do you see in paragraph three where it says,

16  "For example, an AK-type firearm with a short stock, i.e.,

17  pistol grip, is a pistol variant of an AK-type rifle.  An

18  AR-type firearm with a short stock, i.e., pistol grip, is a

19  pistol variant of an AR-type rifle.  And a revolving

20  cylinder shotgun is a shotgun variant of a revolver."

21        Do you see that sentence?

22   **A    I do.**

23   Q    And do you understand the use of the phrase

24  AR-type firearm in that?

25   **A    Thanks to my experience in -- in the industry,**

1  **yes, I do.**

2    Q    And do you understand what AK-type firearm

3  means in that?

4    **A    Again, thanks to my experience in the**

5  **industry, I do.**

6    Q    And I can represent to you that 27 CFR Section

7  478.12, which is Deposition Exh bit 7, which we've been

8  looking at, it took effect in August -- August 24th of

9  2022.  And at Piasa Armory, you would have complied with

10  the regulation when it was in effect; correct?

11   **A    Correct.**

12        MR. MAAG:  Subject to my belief it has been

13  stayed by the Fifth Circuit.

14        MR. WELLS:  That's why I used past tense.

15        MR. MAAG:  Right.

16   Q    (By Mr. Wells) Have you filed any lawsuits

17  challenging the regulation in Deposition Exhibit 7?

18   **A    Not at this time.**

19   Q    And you mentioned earlier that you're familiar

20  with Shooter's Bible?

21   **A    I am.**

22   Q    And I think you also mentioned that you're

23  familiar with Shooter's Bible Guide to AR-15s --

24   **A    Yes.**

25   Q    -- correct?

1        (Deposition Exhibit No. 8 marked for

2  identification.)

3    Q    (By Mr. Wells) I'm handing you what I've

4  marked as Deposition Exhibit 8, which I can represent to

5  you is an excerpt, so a collection of pages from Shooter's

6  Bible Guide to AR-15, 2nd Edition.

7    **A    Okay.**

8    Q    I'm directing your attention to the last page.

9        MR. MAAG:  Printed in China.

10   Q    (By Mr. Wells) Are you familiar with Doug

11  Howlett?

12   **A    Not personally, but as a writer, yes.**

13   Q    So you're familiar with his writing?

14   **A    Yes.**

15   Q    And it says here that he worked as an editor

16  of American Hunter magazine.  Are you familiar with that

17  magazine?

18   **A    I am.**

19   Q    And is it a good source of information about

20  firearms?

21   **A    I have not read American Hunter magazine as**

22  **referential material.**

23   Q    It says here Rob Manning is another one of the

24  authors, and he's the current editor, at least as of this

25  publication date, of Gun World magazine.  Are you familiar

1  with Gun World magazine?

2    **A    I am.**

3    Q    Is that a good source of information about

4  firearms?

5    **A    It can be.**

6    Q    I'm directing your attention to the second

7  paragraph on this page.  It says, "In this complete book of

8  AR style firearms, you can peruse the products of all

9  manufacturers, learn about the evolution of the AR from its

10  uses in the military in the 1960s as well as gain essential

11  knowledge on the parts and functions of the rifle.  Also

12  included are chapters on customizing and accessorizing ARs

13  and much more."

14        Do you have an understanding as to what AR

15  means in this paragraph?

16   **A    I do, as an expert in the industry.  However,**

17  **a layman may have difficulty without the reference to the**

18  **top of the page referring to AR-15 rifle.**

19   Q    And we see here the evolution of the AR from

20  its uses in the military in the 1960s.  Do you have an

21  understanding as to what that's referring to?

22   **A    The AR was part of the military design**

23  **program.  However, it was also a civilian rifle during that**

24  **same time.**

25   Q    And in that time period, is that when,

Page 61

1 roughly, Eugene Stoner was involved with the design of the
2 AR-15?
3     A   Yes.
4     Q   And the AR-15 became the M-16; is that right?
5     A   It did.  It also became a Colt firearm that
6 was sold to the civilian market.
7     Q   What's the difference between the civilian
8 Colt firearm that's an AR-15 and the military AR-15 that
9 was named the M-16?
10    A   The M-16 is a select-fire firearm machine gun,
11 so it's able to fire more than one projectile when pulling
12 the trigger.
13    Q   Any other differences?
14    A   On the outside, no, but definitionally, that's
15 what makes the difference.
16    Q   And any other differences relate to that
17 effectuating that difference between select fire and
18 semi-automatic fire; is that right?
19    A   Minor differences by the manufacturer, yes.
20 Things that would prevent somebody from easily converting a
21 civilian AR-15 into an M-16.
22    Q   But to the extent that there are differences
23 between a military M-16 and the AR-15, the --
24    A   They --
25    Q   Let me just finish.

Page 62

1       The differences would relate to, again, the
2 internal mechanisms that either facilitate, in the case of
3 an M-16, automatic fire or aren't there in a semi-automatic
4 civilian version; is that correct?
5     A   Correct.  And minor cosmetic details.
6     Q   All right.  So sticking with this exhibit,
7 I'll direct your attention to the table of contents.  Do
8 you see where it says, Chapter 4, AR Rifle Models?
9     A   I do.
10    Q   And do you have an understanding of what that
11 means?
12    A   I do, as an industry member.
13    Q   And if you were to look at chapter four, what
14 would you expect to see there?
15    A   I would assume I would see AR-15s, AR-10s,
16 AR-18s, and other variants.
17    Q   Would you expect to see an AR-7?
18    A   Typically not.  That doesn't fall on a similar
19 style to the AR-15.
20    Q   What about an AR-5, would you expect to see an
21 AR-5?
22    A   Not necessarily.
23    Q   Directing your attention to page 51 at the
24 bottom of this same exh bit, Exhibit 8.  And the first
25 sentence, I'm going to read it to you, "Following is

Page 63

1 undoubtedly the most comprehensive listing of current AR
2 style rifle models available in print or on the web,
3 though, it is by no means exhaustive."
4       Do you see that?
5     A   I do.
6     Q   And do you understand what AR style rifle
7 models means in this sentence?
8     A   I do.  Again, thanks to my industry knowledge
9 and the title of the book.
10    Q   And directing your attention to the last
11 sentence in this paragraph that starts with "and."
12      "And admittedly, with so many small gunmakers
13 coming into the fold and just as quickly falling back out
14 of it, capturing every manufacturer is a target even a
15 custom built AR couldn't hit."
16      Do you see that?
17    A   I do.
18    Q   Do you have an understanding of what custom
19 built AR means here?
20    A   I do.
21    Q   What is that understanding?
22    A   That would refer to somebody who builds a
23 custom AR-15 or AR-10 typically in the industry.
24    Q   In the first sentence that we looked at just a
25 second ago, the author stated, "It's by no means an

Page 64

1 exhaustive list of AR rifle models."
2       Do you agree that it would be very difficult
3 to make an exhaustive list of all AR style rifle models?
4     A   I do.
5     Q   Do you agree that it would be possible to make
6 a large, but not necessarily complete, list of AR style
7 rifle models?
8     A   I do.  The state's done that with the PICA
9 listing of AR-15 and variants.
10    Q   And, in fact, this Shooter's Bible, Guide to
11 AR-15s, 2nd Edition, which I believe you said you have, the
12 authors here have compiled quite a list of AR-15 models;
13 right?
14    A   They have made a large list, right.
15    Q   And if I asked you personally, based on your
16 knowledge, to compile a list of 50 AR rifle models, you
17 could do that; correct?
18    A   Probably.
19    Q   Could you do more than 50?
20    A   Probably.
21    Q   I'm going to direct your attention to appendix
22 one in this same exhibit.  And I'm not going to ask you to
23 look at it in detail, but does it appear to be a list of AR
24 manufacturers?
25    A   It is.  Not anywhere near complete.

1    Q    And there are 141, based on my count, AR
2    manufacturers identified here.  You said not anywhere near
3    complete.  Why do you say that?
4        A    Because of the nature of firearms
5    manufacturing and the nature of the AR-15 manufacturing.
6            For example, ourselves, we don't physically
7    manufacture our own.  We use a process called a variance to
8    produce our AR-15 lower, half of the receiver system for
9    the AR-15.  So without intimate industry knowledge, no one
10   could compile such an exhaustive list.
11   Q    You said variance?
12       A    Variance.  Not variant.  Not multiple variant,
13   but variance and approval through ATF for another company
14   to produce the firearm for us.
15   Q    How many AR-15s does -- prior to -- So let's
16   say 2022.  How many AR-15s would Piasa Armory have produced
17   itself?
18       A    We have only produced 150.
19   Q    Do you know who the largest AR-15 manufacturer
20   is in the United States?
21       A    Not immediately, but with a short search, I'm
22   sure I could find.
23   Q    Who do you -- What are the companies that you
24   think might be in that category or close to the top?
25       A    Immediately I would say Palmetto State Armory.

1    Q    Any others?
2        A    Aero Precision.  A-E-R-O.
3    Q    Do you have any sense of how many AR-15s
4    Palmetto State Armory produces in a given year?
5        A    I do not.
6    Q    Is it more than 150?
7        A    Absolutely.
8    Q    Do you think it's in the tens of thousands?
9        A    I would wager it's near six figures.
10   Q    And out of the 141 manufacturers listed here, that are
11   listed here in this exhibit, based on your knowledge, how
12   many are in that kind of above 10,000 category of AR-15s
13   produced each year?
14       A    I would presume probably 10 percent of the
15   overall list of manufacturers.
16   Q    And would you agree that the number of
17   manufacturers of AR-type rifles is a reflection of the
18   popularity of AR-type rifles?
19       A    I would.
20   Q    I'm going to hand you this section of PICA
21   where it's codified, meaning put in the law books.
22           (Deposition Exhibit No. 9 marked for
23   identification.)
24           MR. MAAG:  They had law books hundreds of
25   years before the codification.

1            MR. WELLS:  True.
2            MR. MAAG:  Thank you.
3            MR. WELLS:  They used to write on sheepskin.
4            MR. MAAG:  Well, I never did.
5            MR. WELLS:  Me either.
6    Q    (By Mr. Wells) All right.  I have marked for
7    identification purposes Deposition Exhibit 9, which I can
8    represent to you is a printout from the Illinois General
9    Assembly website of 720 ILCS 5/24-1.9.
10           Do you recognize that statute?
11       A    I do.
12           MR. WELLS:  Oh, I didn't hand it to you.
13   Q    (By Mr. Wells) And do you recognize this to be
14   a section of PICA?
15       A    I do.
16   Q    All right.  I'm directing your attention to
17   the second page.  Under subpart J in the middle of the page
18   and then small Roman numeral ii, two.
19           MR. MAAG:  We're on page two?
20           MR. WELLS:  Yep.
21   Q    (By Mr. Wells) Do you see where it says all
22   AR-types?
23       A    I do.
24   Q    Okay.  So I want you to go from -- I want you
25   to review all of the models that are listed under J, small

1    Roman two, which it goes from one to 43 on the next page --
2        A    Uh-huh (yes).
3    Q    -- and tell me which of the models that are on
4    this list you do not believe are probably -- properly
5    characterized as an AR-type.
6        A    The AR-10, again, is similar, but that would
7    be a -- a different type of system.  It operates similarly
8    to an AR-15, but it's larger, different caliber.  It has
9    its own platform basically.  Parts -- Many parts are not
10   interchangeable, although some are.  Items like four, the
11   ArmaLite .22 Carbine.  Things like the Beretta AR-70,
12   Bushmaster ACR.  The Chiappa firearms M4.
13           So the -- Let's see.  So the -- the -- is
14   that -- 36, Sig Sauer 516 and MCX rifles are similar, but
15   have a different operating system.  And that would be.
16   Q    Okay.  So out of the 43 models listed under
17   section J(ii), you've identified six that you agree -- that
18   you think are not properly characterized as AR-types; is
19   that right?
20       A    Yes.
21   Q    So is it fair to say that the remaining 37
22   types listed under J(ii), make and model of particular
23   rifles, are fairly considered AR-types?
24       A    Yes.  AR-15 types.
25   Q    All right.  I'm going to direct you back to --



Page 69

1  We're going to go back and forth with this one a little
2  bit, so keep it handy.
3      I want you to go back to your May 19th
4  declaration, so that's Exhibit 2.  And I'm going to direct
5  your attention to paragraph 21 where you say that,
6  "ArmaLite M-15 .22 LR carbine is designed to look like an
7  early prototype AR-15, circa about 1964, by is in" -- I
8  think you meant "but is in."
9      **A   Correct.**
10     Q    "A different caliber, has no gas system and
11 completely different operating system and uses different
12 magazines."
13          That was your testimony; is that right?
14     **A   Correct.**
15     Q    I'm going to hand you what I'm going to mark
16 as Deposition Exhibit 10.
17          (Deposition Exhibit No. 10 marked for
18 identification.)
19     Q    (By Mr. Wells) Have you seen this document?
20     **A   I have.**
21     Q    What is it?
22     **A   This is the Assault Weapon Identification**
23 **Guide, and it was put together by the state police.**
24     Q    I'm going to direct your attention to -- Well,
25 let me ask you this:  This Assault Weapon Identification

Page 70

1  Guide, is this something that you've looked at and -- for
2  purposes of running Piasa Armory?
3      **A   Yes.**
4      Q    Directing your attention to page 28, top of
5  the page next to ArmaLite M-15 .22 LR carbine.  Do you
6  recognize that photograph?
7      **A   I do.**
8      Q    And what is that?
9      **A   That's an ArmaLite M-15 .22 LR carbine.**
10     Q    Why do you believe an ArmaLite M-15 .22 LR
11 carbine is not an AR-type?
12     **A   Shares cosmetic similarities, but in the same**
13 **way that a Ruger 10/22, which is pictured also in this**
14 **document, is not the -- is -- is just dressed up**
15 **differently than the tactical model that's pictured in this**
16 **document.  So the internals are different.**
17     Q    Do you agree that the rifle depicted on page
18 28 of Deposition Exhibit 10 next to ArmaLite M-15 .22 LR
19 carbine is a semi-automatic rifle?
20     **A   Yes.**
21     Q    Do you agree that that same rifle has a
22 detachable magazine?
23     **A   I do.**
24     Q    Do you agree that that rifle has a pistol
25 grip?

Page 71

1      **A   I do.**
2      Q    Do you agree that that rifle has a flash
3  suppressor?
4      **A   This one does.**
5      Q    Do you agree that the rifle depicted on
6  page 28 next to ArmaLite M-15 .22 LR carbine -- carbine has
7  a barrel shroud?
8      **A   I would not call that a barrel shroud.  I**
9  **would call it a hand guard.  It's simply meant to protect**
10 **the barrel so the user doesn't burn themselves while**
11 **shooting, similar to many other semi-automatic and**
12 **bolt-action rifles.**
13     Q    And you're referring to the -- I guess they
14 can't really see the -- the color here.  But to shield the
15 second hand of the user from touching the barrel; is that
16 right?
17     **A   Correct.  Correct.**
18     Q    Because the barrel gets hot?
19     **A   It's the case with every firearm that's fired.**
20     Q    And are you familiar with -- in Deposition
21 Exhibit 9, which is the provision of PICA, the definition
22 of assault weapon that uses features?
23     **A   Yes.**
24     Q    Would you agree that the firearm we were just
25 looking at in Deposition Exhibit 10, the top of page 28,

Page 72

1  the ArmaLite M-15 .22 LR carbine, it has features that are
2  listed under Section 1.9 (a)1(A?)
3      **A   It does.**
4      Q    You mentioned in your declaration from May 19,
5  2023, in paragraph 21, that the ArmaLite M-15 .22 LR
6  carbine uses different magazines.  What do you mean?
7      **A   The magazine for the M-15 .22 carbine is only**
8  **capable of accepting 22 long rifle ammunition, rather than**
9  **a 223 or 556 ammunition that's common for the AR-15 rifle.**
10     Q    So the cal ber of ammunition for the M-15 .22
11 LR is different than the caliber of ammunition used in most
12 AR-15 models?
13     **A   Correct.**
14     Q    And in order for a magazine to be able to be
15 interchangeable, you need to have the same caliber of
16 ammunition between the two firearms that you're planning to
17 use that magazine in; is that fair to say?
18     **A   Not necessarily.**
19     Q    Why not?
20     **A   Modern AR-15s are capable of accepting dozens**
21 **of different calibers of ammunition.  Some of those share**
22 **the same magazines with 223.  For example, 50 Beowulf for**
23 **58 SOCOM -- 458 SOCOM uses a standard 223 magazine.**
24     Q    So there are multiple calibers that can fit
25 into one magazine; is that fair to say?



Page 73

1    A   Correct.

2    Q   You do have to have at least one overlapping
3    caliber between two firearms to be able to use the same
4    magazine, though; right?

5    A   In general.

6    Q   Is that a yes?

7    A   Yes.

8    Q   All right.  Let's go back to your declaration
9    paragraph, paragraph 22.  This is the May 19 declaration,
10   Exhibit 2.

11       In paragraph 22, you mentioned the Beretta
12   AR-70.  You say, "The Beretta AR-70 has nothing in common
13   with the AR-15 except caliber.  And while the AR-15 is made
14   from machined aluminum, the AR-70 is made from largely
15   stamped steel.  No parts between the two interchange."

16   Is that your testimony?

17   A   Correct.

18   Q   And when we were looking at Exhibit 9, the
19   PICA list and the PICA provisions, you mentioned that the
20   ArmaLite -- I'm sorry -- that the AR-70 is one of -- I'm
21   sorry.  The Beretta AR-70 is one of the models listed under
22   Section J(ii) under AR-type that you don't think is
23   properly characterized as an AR-type; is that right?

24   A   Correct.

25   Q   Is it fair to say that the original AR-70 was

Page 74

1    a fully automatic rifle issued to the Italian military?

2    A   Yes.

3    Q   Does the AR-70 use the same caliber of
4    ammunition as the AR-15 chambered in 5.56 NATO?

5    A   Yes.

6    Q   The AR-70 was designed by Beretta, an Italian
7    company; right?

8    A   To my knowledge, yes.

9    Q   To your knowledge?

10   A   Yes.

11   Q   And the -- The Beretta AR-70 was not based on
12   Eugene Stoner's original AR-15 design by ArmaLite?

13   A   I couldn't speak to the design intent of the
14   manufacturers, but I would presume no.

15   Q   What is AR and AR-70 mean?

16   A   I do not recall that.

17   Q   Is the AR-70 still in production, to your
18   knowledge?

19   A   Not for civilian consumption and not for
20   military consumption, to my knowledge.

21   Q   All right.  I'm going to direct your attention
22   back to the ISP guide.  So that's Deposition Exhibit 10.
23   Bottom of page 28 where it says Beretta AR-70 with flash
24   suppressor.  Do you see that?

25   A   Yes.

Page 75

1    Q   Do you agree that the Beretta AR-70 has a
2    pistol grip?

3    A   I do.

4    Q   Do you agree that the Beretta AR-70 is -- Is
5    there a semi-automatic version of the Beretta AR-70?

6    A   I am sure that there are some automatic
7    conversions that have been done on that, but for general
8    consumption, it was not produced for the civilian market.

9    Q   So it was not produced for the civilian market
10   and was, in fact, an automatic firearm?

11   A   Correct.  Which would be banned by Illinois
12   law and federal law.

13   Q   And that automatic ban predates PICA; right?

14   A   Yes.

15   Q   Would you agree that the AR-70 can accept a
16   detachable magazine?

17   A   I do.

18   Q   Does the AR-70 depicted at page 28 of
19   Exhibit 8 have a flash oppressor?

20   A   It appears to.

21   Q   And that's one of the prohibitive
22   characteristics under the PICA definition; is that right?

23   A   It is.

24   Q   Would you agree that, even if this rifle had
25   not been listed under AR-type, it has multiple features

Page 76

1    listed in PICA under subsection 1.9 (a)(1)(A)?

2    A   It does, in similar manner to other rifles.

3    Q   And you also mentioned that most of the AR-70s
4    produced were fully automatic firearms; right?

5    A   Right.

6    Q   Directing your attention to paragraph 23 of
7    your declaration.  So we're going back to Exhibit 2.  In
8    there, you wrote, "There is no such gun as the Rock River
9    Arms AR-47, but if that is intended to refer to the LAR-47,
10   again, there are substantial differences, including
11   caliber, magazine used and general appearance."

12       That was your testimony?

13   A   Yes.

14   Q   Would you agree that the LAR-47 is an AK-47
15   type rifle?

16   A   I would not.

17   Q   How would you characterize the LAR-47?

18   A   I would characterize it as a derivative of the
19   AR-15, designed to take AR-47 style magazines.

20   Q   When you say it's a derivative of the AR-15,
21   what do you mean?

22   A   I mean that it was inspired by, takes design
23   elements from, but is not -- is not the same firearm.

24   Q   Why not?

25   A   It uses different magazines, uses different



Scott Pulaski

1  calibers, different receiver styles.

2      Q   You said that the LAR-47 takes the AR-15 and

3  changes the caliber, the magazine, and changes it in a way

4  that's towards like AK-47 caliber?

5      A   Correct.

6      Q   Do you think the LAR-47 could be characterized

7  as an AK-type firearm?

8      A   I don't.

9      Q   Why not?

10      A   Because it's not an AK-type firearm based on

11  the Kalashnikov design.

12      Q   Would you agree that the LAR-47 takes design

13  elements from both the AK-47 and the AR-15?

14      A   I would.

15      Q   So would you characterize the LAR-47 as a bit

16  of a hybrid between an AK-47 and the AR-15?

17      A   That's reasonable, yes.

18      Q   I'm going to direct your attention to an

19  exhibit that I'm going to mark as Exhibit 11.

20          (Deposition Exh bit No. 11 marked for

21  identification.)

22      Q   (By Mr. Wells) Do you recognize this document?

23      A   I have not seen it before today, but I

24  recognize it as Rock River Arms' website.

25      Q   So I can represent to you it's a screen shot

1  of Rock River Arms' website specifically relating to the

2  LAR-47?

3      A   Yes.

4      Q   Do you see the URL listed up there that says

5  RockRiverArms.com?

6      A   I do.

7      Q   Do you agree that the firearm depicted in

8  Deposition Exhibit 11 is an LAR-47?

9      A   I would agree.

10      Q   Do you agree that this is a semi-automatic

11  rifle?

12      A   It appears to be, yes.

13      Q   Do you agree that the rifle depicted in

14  Deposition Exhibit 11 has a detachable magazine?

15      A   It does.

16      Q   And do you agree that the rifle depicted in

17  Deposition Exhibit 11 has a pistol grip?

18      A   It does.

19      Q   Do you agree that the rifle depicted in

20  Deposition Exhibit 11 has a flash suppressor?

21      A   It appears to have a compensator, not a flash

22  suppressor.

23      Q   What's the difference between a compensator

24  and a flash suppressor?

25      A   A compensator's made to mitigate recoil felt

1  by the shooter.  A flash oppressor is designed to mitigate

2  flash seen by the shooter.

3      Q   Do you agree that the LAR-47 has a barrel

4  shroud as depicted in Deposition Exh bit 11?

5      A   Again, I would consider that a hand guard

6  meant to prevent the user from burning themselves while

7  shooting.  A barrel shroud, other than PICA, to my

8  knowledge, doesn't have a solid definition.

9      Q   Do you agree that the rifle depicted in

10  Deposition Exhibit 11 has a telescoping or adjustable

11  stock?

12      A   It appears to.

13      Q   Would you agree that the rifle depicted in

14  Deposition Exhibit 11 would qualify as an assault weapon

15  under the features-based definition in PICA?

16      A   Yes.

17      Q   I'm going to direct your attention back to the

18  ISP guide, so Deposition Exhibit 10.  Directing your

19  attention to page 39, do you see where it says Anderson

20  AM-15 BR?

21      A   I do.

22      Q   And that's listed under other, quote, AR-type,

23  close quote, rifles as defined by the Protecting Illinois

24  Communities Act.  Do you see that?

25      A   I do.

1      Q   Would you agree that the Anderson AM-15 BR is

2  an AR-type rifle.

3      A   Yes.  AR-15 type rifle.

4      Q   Directing your attention to the next rifle

5  underneath that, next to Ruger AR 556 MPR with M-Lok rail.

6  Do you recognize the firearm depicted immediately to the

7  right of that language as a Ruger AR-50 -- 56 MPR?

8      A   I do.

9      Q   Would you agree that that's an AR-type rifle?

10      A   That's an AR-15 type rifle, yes.

11      Q   And in the Ruger name, Ruger AR-556, what do

12  you understand the 556 to refer to?

13      A   The typical caliber that it is sold in.  So

14  5.56 NATO.

15      Q   And even though Ruger is calling it a Ruger

16  AR-556, you still recognize it to be an AR-15 type rifle?

17      A   I do.

18      Q   Directing your attention to the next firearm

19  depicted next to the language "Springfield Armory SAINT

20  Victor."  Do you see that?

21      A   I do.

22      Q   Do you agree that that's an AR-type rifle?

23      A   AR-15 type, yes.

24      Q   Directing your attention to the next firearm

25  depicted on page 39 next to Radical Firearms, RF-15 SOCOM.



Scott Pulaski

1  Do you recognize that rifle?

2  **A   I do.**

3  Q   Do you recognize it as a Radical Firearms

4  RF-15 SOCOM?

5  **A   Radical Firearms is a wide product variety,**

6  **product offering in many variants, but it looks like one of**

7  **their firearm styles, yes.**

8  Q   Would you agree that the firearm depicted at

9  the bottom of page 39 next to Radical Firearms is an AR-15?

10  **A   It appears to be, yes.**

11  Q   Would you at call it an AR-type rifle?

12  **A   I would call it an AR-15 type rifle, yes.**

13  Q   I want you to look through pages 40 through

14  42.  And after you've had a chance to look at those, I want

15  you to tell me whether the rifles depicted on those pages

16  are all AR-15 type rifles.

17  **A   They appear to be.**

18  Q   So you would agree with me that the rifles

19  depicted on pages 39 to 42 of Deposition Exh bit 10, the

20  Illinois State Police Assault Weapons Identification Guide,

21  all of those rifles depicted are AR-15 type rifles;

22  correct?

23  **A   Yes.**

24  Q   And all of those rifles are AR-type rifles;

25  right?

1  **A   Of the Stoner design, yes.**

2  Q   All right.  One more on ARs and then --

3  **A   Okay.**

4  Q   We're not done yet.

5  **A   Sure.**

6  Q   If you need a break, too, by the way, just let

7  me know.

8       (Deposition Exhibit No. 12 marked for

9  identification.)

10  Q   (By Mr. Wells) I'm going to show you what I'm

11  marking as Deposition Exhibit 12.

12       MR. MAAG:  Thank you.

13  Q   (By Mr. Wells) You mentioned earlier that you

14  have been to Pew Pew Tactical's website; is that right?

15  **A   Yes.**

16  Q   I can represent to you that these are screen

17  shots from Pew Pew Tactical's website.  Let me direct your

18  attention to the second page.  Do you see where it says,

19  "The Modern AR-15?"

20  **A   I do.**

21  Q   Do you see underneath that it says, "It used

22  to be really easy.  Head down to your local gun shop and

23  choose from the two or three ARs they have on the shelf,

24  but those days are long gone.  Now you're bombarded with

25  too many choices."

1       Do you understand what's meant here by ARs?

2  **A   I do.  AR-15s.**

3  Q   Do you agree with what this -- these couple of

4  sentences say?

5  **A   Yes.**

6  Q   And how do you understand what's being

7  described here?

8  **A   This -- That there are many variants of the**

9  **AR-15 that are produced under different names by different**

10  **manufacturers, but are substantially similar.**

11  Q   And did it always -- Has it always been the

12  case that there are a lot of AR-15 manufacturers?

13  **A   From my time in firearms, yes.  However, I**

14  **was -- My time in firearms began after the sunset of the**

15  **Clinton assault weapons ban.**

16  Q   So there was a period of time when most gun

17  shops would carry two or three AR-type rifles; is that

18  right?

19  **A   Correct.  Twenty-plus years ago.**

20  Q   How many different types of AR-rifles do you

21  carry at Piasa Armory?

22  **A   As many as are manufactured and supplied by**

23  **our distributors.**

24  Q   Do you have any idea of the number of

25  manufacturers of AR-15s that you offer at Piasa?

1  **A   I would assume in the neighborhood of 50.**

2  Q   Okay.  Why don't we take a short break.

3  **A   Sure.**

4       THE VIDEOGRAPHER:  This is the videographer.

5  We are going off the record.  The time now is 3:42.

6       (Whereupon, a short break was taken.)

7       THE VIDEOGRAPHER:  This is the videographer.

8  We are back on the record.  The time now is 3:49.

9  Q   (By Mr. Wells) Mr. Pulaski, I'd l ke to direct

10  your attention back to your May 18th declaration,

11  paragraph 26.  In paragraph --

12       MR. MAAG:  Which paragraph?

13       MR. WELLS:  Twenty-six.

14  Q   (By Mr. Wells) In paragraph 26, you wrote,

15  "L kewise, there are no objective standards to determine

16  whether a given firearm is an AK-type, an AR-type or

17  something else.  In fact, even the listed examples are

18  oftentimes not within the parameters of what even most

19  firearms experts would consider to be an AK-type like the

20  SKS or an AR-type."

21       I switched that "of" to an "or" because it was

22  a typo; right?

23  **A   Correct.**

24  Q   You do believe there are parameters for what

25  most firearms experts would consider an AK-type; correct?

LEXITAS

1    A   I do.

2    Q   In your mind, what are the parameters that

3  most firearms experts would consider to be an AK-type?

4    A   Those would be of the design of the original

5  AK-47 designed by Kalashnikov.  So basically, a civilian

6  semi-automatic variant of the military fully automatic

7  AK-47.

8    Q   What does AK stand for?

9    A   Automatic Kalashnikov.

10    Q   What language is that?

11    A   Russian.

12    Q   What does the Avtomat mean?

13    A   Automatic.

14    Q   And what does Kalashnikov mean?

15    A   Rifle designed by Kalashnikov, basically.

16    Q   And who is Kalashnikov?

17    A   Kalashnikov was a Russian military tanker,

18  while injured, designed the AK-47 in competition with the

19  SKS designer.

20    Q   Who was the SKS designer?

21    A   Simonov.

22    Q   Where was Simonov from?

23    A   Also from Russia.

24    Q   You said that Kalashnikov and Simonov were in

25  competition from -- with one another.  What do you mean by

1  that?

2    A   They were designing rifles at the same time,

3  or similar time, attempting to have their designs adopted

4  by the Russian military as a whole.

5    Q   What does the AK -- What does the 47 refer to

6  in AK-47?

7    A   The year that the design was adopted.

8    Q   I'm directing your attention to paragraph 13

9  of your May declaration.  In paragraph 13, you wrote, "As

10  to the named firearms in the Illinois ban, as I previously

11  stated, I'm familiar with both the AK or Soviet Avtomat."

12       MR. MAAG:  Avtomat.

13    Q   (By Mr. Wells) You meant Avtomat there; is

14  that right?

15       MR. MAAG:  Well, Avtomat is how it's

16  pronounced.

17    Q   (By Mr. Wells) But it's spelled A-V-T-O.

18    A   In the English translation.

19    Q   Is that right?

20    A   Yes.

21    Q   Or Soviet Avto Kalashnikov?

22       MR. MAAG:  Kalashnikov.

23    Q   (By Mr. Wells) You meant to write Kalashnikov?

24    A   Missing the S in there.  Yes.

25    Q   Series of rifles, which is a 1947 Soviet

1  design select fire shoulder-fired weapon that under federal

2  law would be a machine gun.

3    Q   So the original AK-47 would be a machine gun

4  under federal law because it's fully automatic?

5    A   And select fire, yes.

6    Q   You agree there is such a thing as the AK

7  series of rifles; correct?

8    A   There is an entire collection in family of

9  firearms based on the AK-47 design.

10    Q   Would you agree that the AK-47 is one of the

11  most famous weapons in the world?

12    A   It is.

13    Q   And there have been many, tens of millions, of

14  AK-47s produced?

15    A   Produced, yes.  But as far as imported into

16  this country, not nearly that many.

17    Q   So I'm going to read you a statement, and I

18  want you to let me know if you agree with it.

19       "After more than seven decades since its

20  creation, the AK-47 model and its variants remain one of

21  the most popular and widely used firearms in the world."

22       Do you agree with that?

23    A   Yes.

24    Q   You mentioned earlier, I believe, you own an

25  AK-47?

1    A   I own a Romanian WASR-10.

2    Q   But you consider the Romanian WASR-10 to be an

3  AK-47?

4    A   To somebody who doesn't have experience with

5  firearms, they would say it was an AK variant.  However,

6  it's an AKM, which is similar to the AR-15 versus the M-16.

7  It's cosmetically similar, but different.

8    Q   What does AKM stand for?

9    A   I do not recall the M at this time.

10    Q   What do the AK in AKM stand for?

11    A   Typically, it stands for Avtomat Kalashnikov.

12    Q   Same thing as -- Same meaning as an AK-47; is

13  that right?

14    A   Correct.

15    Q   What is an AK-74?

16    A   AK-74 is a modern redesign of the AK-47, which

17  is part of the AK family.  It uses different ammunition.

18    Q   You say different ammunition.  What do you

19  mean?

20    A   The standard AK-47 uses 762 by 39.  The AK-74

21  uses 545 by 39.  It's a Soviet attempt to have a similar

22  military round to the United States.

23    Q   In the name AK-74, what does the AK?

24    A   Avtomat Kalashnikov.

25    Q   What does 74 mean in AK 74?



Scott Pulaski

1    A    That would be the year that it was adopted for

2  wide use in the military.

3    Q    And was Kalashnkov the same person who

4  designed the AK-47 also the person who designed the AK-74?

5    A    I don't recall, but I presume that it was.

6    Q    What is an AK-56?

7    A    I don't recall.

8    Q    Do you know what a type 56 rifle is?

9    A    I'd say a Chinese variant of the Kalashnikov

10  design.

11    Q    When you say variant, what do you mean?

12    A    The Chinese are famous for copying designs of

13  Russian firearms, vehicles, any other equipment, and making

14  them for their military with changes that are suitable for

15  their military.

16    Q    I'm going to direct your attention back to

17  Section 1.9 --

18    A    Okay.

19    Q    -- of PICA provisions.  So Deposition

20  Exhibit 9.  We're going to go to page two, capital J,

21  little I.

22    A    Uh-huh (yes).

23    Q    Where it says, "All AK types."  Do you see

24  that?

25    A    Yes.

1    Q    And then under the little I, there is Roman

2  numerals one through six.  Do you see that?

3    A    Yes.

4    Q    And under Roman numeral one, there are several

5  numbers and letters listed.  I want you to look at Roman --

6  capital Roman numeral one through six, and tell me which of

7  the firearms listed here you don't think -- or you -- Let

8  me strike that and start over.

9        I want you to look at J little I Roman

10  numerals one through six and tell me which of the firearms

11  listed here you believe are not properly characterized as

12  AK-types.

13    A    Anything that is not a traditional AK-47,

14  AK-74 or the other Russian military variant would not be an

15  AK-type.  It would be an AKM variant, typically, for the

16  civilian market.

17    Q    So give me the specific model numbers here

18  that are listed that you think are not properly

19  characterized as A -- AK-types.

20    A    Sure.  So things like the MAK-90, the MISR,

21  NHM90, NHM91, SA-93, the Vector, VEPR, WASR-10, the Maadi,

22  and Norinco items, and the SKS.

23    Q    So of these models, how many of these did you

24  identify in your declaration of -- the two declarations

25  that you prepared in this case?

1    A    I don't recall.  Specifically, the SKS and --

2  but the AK variant was not a focus necessarily as much as

3  the SKS was.

4    Q    What has changed between when you prepared

5  your two sworn statements and today where now you're adding

6  additional firearms that you didn't identify in your

7  declaration that you don't believe are properly

8  characterized as AK-types?

9    A    The AK-types are not -- I'm thinking of how to

10  phrase this properly.  Sorry.

11        Again, it's similar to AR -- AR-15s and

12  M-16's, the AK-types, the -- the original manufactured

13  design for Kalashnikov, the military variant, is what's

14  typically referred to as the AK or the AK-47, but those

15  variants are similar.  But civilian market variants, the

16  AR-15 versus the M-16.

17    Q    So are the ones that you identified, like the

18  MAK90, are those -- is that available in the civilian

19  market in the United States?

20    A    Not in this state anymore.  The AK-90 was

21  available minorly, but not widely in just one of the many

22  variants was out there.

23    Q    What does MAK stand for and MAK90?

24    A    I don't recall.

25    Q    Does the AK stand for Avtomat Kalashnikov?

1    A    One could presume that.

2    Q    And you said it wasn't a big presence here in

3  the United States or something like that.  What did you

4  mean?

5    A    Typically, items like the WASR-10, which were

6  brought over in kit form and produced by a major

7  manufacturer, were the prevalent variant of the AK-47, copy

8  of the AK-47.

9    Q    So the WASR-10, you would agree, is a copy of

10  the AK-47?

11    A    It's a civilian legal copy, yes.

12    Q    And just so I understand, the distinction

13  you're making is that the AK-47 is an automatic weapon

14  and --

15    A    Correct.

16    Q    Is that correct?

17    A    Correct.

18    Q    And some of these are semi-automatic weapons?

19    A    Anything but the AK-47 and AK-74 in the

20  civilian market are civilian weapons.

21    Q    Do you think that a -- I like a Palmetto State

22  Armory AK-47 variant that's semi-automatic is properly

23  characterized as an AK-47?

24    A    It's not a machine gun as the original AK-47

25  was.  So it's a derivative, yes, but it's not a variant.



Page 93

1    Q   So you would only use the term AK-47 to apply

2   to fully automatic firearms?

3    A   In definitional terms, yes.  But in jargon,

4   not necessarily.

5    Q   So out there in the world, if you have

6   customers who come into Piasa Armory and they say I want an

7   AK-47, do you -- do you show them semi-automatic AK-47s?

8    A   We show them some variant of the AK that's

9   civilian legal, like the WASR-10, or direct them to

10  Palmetto State Armory for their PAS AK-47.

11   Q   So a customer who would use AK-47 in that

12  context who would refer to a semi-automatic, you would

13  understand what they meant?

14   A   I would, yes.

15   Q   The NHM-90, why is that -- why do you consider

16  that to be something other than an AK-type firearm?

17   A   Because it's not an AK-47.

18   Q   Why not?

19   A   That's not a -- not a Russian military issued

20  AK-model 47.

21   Q   What is it?

22   A   That's -- I -- I'm sorry.  I don't recall what

23  that specific one is manufactured -- who it's manufactured

24  by.  But it's just one of the other many civilian legal

25  varieties, copies of the AK-47.

Page 94

1    Q   So you would agree that NHM-90 is a civilian

2   legal variant of the AK-47?

3    A   A copy, yes.  Not a -- Not a variant

4   necessarily, but a derivative of.

5    Q   Would you also agree that the MAK-90 is a

6   civilian legal variant of the AK-47?

7    A   Possibly.

8    Q   Is that a yes?

9    A   Yes.

10   Q   Is the SA-85 a civilian legal variant of the

11  AK-47?

12   A   It could be.

13   Q   Is that a yes?

14   A   Yes.

15   Q   Is the SA-93 a civilian legal variant of the

16  AK-47?

17   A   A copy, yes.

18   Q   The VEPR.  Is the VEPR a civilian legal

19  variant of the AK-47?

20   A   A similar, yes.

21   Q   And we mentioned the WASR-10.  You agree that

22  that is a civilian legal variant of the AK-47?

23   A   Correct.

24   Q   How about the Maadi AK-47, what is that?

25   A   The Maadi is an Egyptian copy of the AK-47,

Page 95

1   and several parts kits were imported and converted to

2   civilian use to not -- no longer be automatic and legal

3   with federal law.

4    Q   Can civilians outside of Illinois and

5   elsewhere in the United States acquire Maadi AK-47s in

6   semi-automatic form?

7    A   I believe they can.

8    Q   What is a Norinco 56S?

9    A   A Norinco is a Chinese manufacturer that made

10  copies of the AK-47.  The Norinco models that came to the

11  United States were semi-automatic.

12   Q   And you say came to the United States, are

13  they still coming to the United States?

14   A   No.

15   Q   When did that stop?

16   A   To my knowledge, that was in the '90s, during

17  the changes to federal import laws.

18   Q   So of today, you're not aware of any Norinco

19  56Ss being legally imported into the United States?

20   A   To my knowledge, no.

21   Q   And would that also apply to the 56S2?

22   A   Any Norinco product, to my knowledge.

23   Q   And it would also apply to the 84S?

24   A   Correct.

25   Q   And the 86S from Norinco?

Page 96

1    A   Correct.

2    Q   Why do you think the SKS is not properly

3   characterized as an AK-type?

4    A   Because it's an SKS and not an AK.

5    Q   What's different about the two firearms?

6    A   The entire operating system is different.  The

7   AK uses a single piston.  The SKS uses multiple.  SKS uses

8   internal magazines, where the AK-47 uses detachable

9   magazines.

10   Q   Does the SKS use the same caliber of

11  ammunition as the AK-47?

12   A   It does.

13   Q   And does the SKS, was it created in the same

14  country as the AK-47?

15   A   Yes.

16   Q   And what country was that?

17   A   Russia or the Soviet Union.

18   Q   All right.  I'm going to direct your attention

19  back to the ISP guide.  Directing your attention to

20  Deposition Exhibit 10, pages 25 to 26.

21       Do you see at the top of page 25, it says,

22  "Other AK-type rifles as designed -- as defined by the

23  Protecting Illinois Communities Act."

24       Do you see that?

25   A   Yes.



Scott Pulaski

1    Q    And the top of the page there, page 25, it
2    says, "Palmetto State Armory -- Armory, PS AK-47 GF3."
3         Do you see that?
4    A    Yes.
5    Q    You mentioned earlier that if a customer came
6    in asking for an AK-47, you might direct them to Palmetto
7    State Armory; is that right?
8    A    Correct.
9    Q    And is this one of the types of AK models that
10   you would direct them to?
11   A    Yes.
12   Q    And is that because the PS AK-47 GF3 is a
13   semi-automatic civilian version of the AK-47?
14   A    That's a civilian copy of it, yes.
15   Q    And looking at the PS AK-47 GF3 at the top of
16   page 25, as far as you can tell, it's a semi-automatic
17   rifle?
18   A    It appears to be.
19   Q    And it has a detachable magazine?
20   A    It does.
21   Q    Does it also have a pistol grip?
22   A    It does.
23   Q    Does it have a flash suppressor?
24   A    It does not.
25   Q    Does it have an adjustable stock?

1    A    This does not appear to be.
2    Q    But you would agree that the PS AK-47 GF3 is
3    properly called an AK-type firearm?
4    A    I would call it a copy of the AK firearm.
5    Q    Direct your attention to the next firearm down
6    the page, so the second from the top.  The Century Arms VS
7    KA.  Do you agree that that's an AK-type firearm?
8    A    It's a -- again, a civilian copy of the AK.
9    Q    As far as you can tell, is it a semi-automatic
10   rifle?
11   A    It appears to be.
12   Q    Does it have a detachable magazine?
13   A    It does.
14   Q    Does it have a pistol grip?
15   A    It does.
16   Q    Moving down to the Kalashnikov USAKR 103.  Do
17   you see that?
18   A    I do.
19   Q    Would you disagree that the Kalashnikov USAKR
20   103 is an AK-type firearm?
21   A    It's a copy of them, yes.
22   Q    All right.  I'd like you look at pages 25 and
23   26.  And I would I ke you to tell me if there are any
24   firearms depicted here that you would not consider an
25   AK-type firearm?

1    A    I would consider these to be copies of the
2    AK-type firearms with -- some with modernized features and
3    not holding true to the original design of the AK-47.
4    Q    You would at least agree that all the firearms
5    depicted on pages 25 to 26 of Deposition Exhibit 10 are
6    copies of the AK in some degree?
7    A    Some variance or derivative of.
8    Q    That's a yes?
9    A    Yes.
10   Q    You can set that to the side for a second.
11        (Deposition Exh bit No. 13 marked for
12   identification.)
13   Q    (By Mr. Wells) I'm handing you what's been
14   marked as Deposition Exhibit 13, which I can represent to
15   you is a printout of information from Palmetto State
16   Armory's website, and specifically, the web page relating
17   to the PS AK 47 G5 Forge classic rifle.  Do you see that?
18   A    I do.
19   Q    Do you recognize the firearm depicted on
20   page one of Deposition Exhibit 13?
21   A    This particular one, no, but the overall
22   design of Palmetto State Armory's AK pattern, AK style
23   derivative rifles, yes.
24   Q    Are you familiar with something called an AKP
25   from Palmetto State Armory?

1    A    I believe that refers to their AK-47 variant
2    pistols.
3    Q    What is an AK-47 variant pistol?
4    A    Those are firearms that were designed as a
5    handgun without a stock or with shorter barrels.
6    Q    What makes the AKP from Palmetto State Armory
7    an AK-47 variant pistol?
8    A    The fact that it has no stock, was designed as
9    a handgun from the start, was not built from a rifle or a
10   full-size firearm, and has that shorter barrel on it.
11   Q    And those are the reasons why it would be
12   classified as a pistol; right?
13   A    Correct.
14   Q    What are the reasons why the AKP from Palmetto
15   State Armory would be characterized as an AK?
16   A    Because it's the -- shares all of the same
17   characteristics as their PS AK-47 rifle, other than legal
18   requirements.
19   Q    So other characteristics would include things
20   like the same caliber as AK-47?
21   A    Correct.
22   Q    What else?
23   A    Same operating system, same magazines, similar
24   pistol grips, trigger, and hammer -- fire control groups.
25   Q    All right.  Let's go back -- I diverted us,



Page 101

1 but back to Exhibit 13. I'm going to direct your attention
2 to page three. The text in the middle of the page, the
3 kind of last text before --
4    A  Yes.
5    Q  -- it stops.
6       Do you see where it says, "As we are
7 transitioning to Soviet arms, your receivers will be stamped
8 with our new AK Soviet arms logo on firearms manufactured
9 after March 8th, 2023. This will not affect the quality or
10 function of the firearm as they are the same AK receivers
11 used for our AKs."
12       You understand what Palmetto State Armory is
13 saying here when it says AKs; right?
14    A  I do. That's their model name.
15    Q  And their model name refers to civilian
16 variants of the AK-47?
17    A  Civilian copies, yes.
18    Q  I keep saying variants, you keep saying
19 copies. Why -- why are you correcting --
20    A  A variant would be something like the AK-74 or
21 something that would be a light machine gun variant of the
22 traditional AK-47s. Something like a longer barrel where
23 it would take a drum or a belt magazine or belt feeding
24 device, something that might be a precision rifle variant
25 of it. In the same way that a Toyota Camry has a variety

Page 102

1 of model options, those are variants of that same base
2 model.
3    Q  So, in your mind, copy is actually closer to
4 the original?
5    A  Not necessarily. Copies can be -- They may
6 make changes that are functionally or cosmetically
7 different to modernize. Or like -- I believe this one was
8 trying to be as close to a classic AK-style, the wood
9 furniture that's on the gun, that kind of darker color
10 that's out there. So it's just trying to be a copy of the
11 original but still be within the rules, regulations,
12 civilian legal, but not necessarily a variant of the same
13 gun.
14    Q  The look and feel of the original AK-47; is
15 that fair?
16    A  Match the style, yes.
17    Q  And capability; right? Aside from the
18 automatic capability and the, you know, select fire
19 capability, other than that, roughly the same?
20    A  Functionally in single fire, one shot at a
21 time, semi-automatic mode, yes, they'd be very similar,
22 yes. And I believe that last paragraph on page three
23 refers to a branding change, not a manufacturer change.
24    Q  All right. Let's just look at the same
25 exhibit, page seven.

Page 103

1       MR. MAAG:  Of?
2       MR. WELLS:  The same exhibit, Deposition
3 Exhibit 13.
4    Q  (By Mr. Wells) So do you understand what you
5 see here to be comments from visitors to the website
6 commenting on the Palmetto State Armory or PSA AK-47 GF 5?
7    A  Yes.
8    Q  Under another PSA winner, do you see where it
9 says, "My first AK, and it is a beauty?" Do you see that?
10    A  I do.
11    Q  And do you understand what AK means in that
12 sentence?
13    A  As a member of the industry, yes. I can also
14 see from this that person's very new to the industry and
15 firearms as a whole it appears.
16    Q  Do -- do you believe -- In your experience at
17 Piasa Armory, do customers use the phrase AK as a reference
18 to civilian versions of the AK-47?
19    A  In general, our customer base tends to shorten
20 terms. So somebody may refer to an AK but mean an AK-47
21 copy or an AK-74 copy or a 12-gauge copy of the AK,
22 referring to the Saiga shotguns or any other similar
23 shotguns of that same cosmetically similar design.
24    Q  All right. Let's see. You mentioned that you
25 sometimes go to AR-15.com; is that right?

Page 104

1    A  I do.
2    Q  And you sometimes review the -- what people
3 have posted there; is that right?
4    A  I do.
5       (Deposition Exhibit No. 14 marked for
6 identification.)
7    Q  (By Mr. Wells) I'm marking Deposition
8 Exhibit 14. Do you recognize this?
9    A  I recognize this as AR-15.com, yes.
10    Q  So these are screen shots from AR-15.com. You
11 can see the URLs at the top. And on the first page of
12 Deposition Exhibit 14, do you recognize this as the -- the
13 main page of AR-15.com?
14    A  It appears to be.
15    Q  And do you see where it says discussion forums
16 and there's a drop down menu?
17    A  I do.
18    Q  And one of the discussion forums listed is
19 AK-47. Do you see that?
20    A  I do.
21    Q  And in your experience going to AR-15.com, do
22 folks come to AR-15.com to participate in the discussion
23 forums to talk about AK-47s?
24    A  I would presume that they do. I tend to focus
25 more on the AR-15 side of the AR-15.com forums.



Page 105

1    Q    So if you were looking to answer a specific
2  question, as you said you sometimes do with AR-15.com,
3  about AKs and you came to this website, and you went to the
4  AK-47 forums, you would click on that discussion forum
5  where it says AK-47; is that fair to say?
6    A    **If I was looking for information on copies of**
7  **the AK, yes.**
8    Q    So I'd like to direct your attention to the
9  last page of the exhibit.
10   **A    Okay.**
11   Q    And looking at the URL at the top, can you
12  tell that this is from AR-15.com?
13   **A    Yes.**
14   Q    And it's specifically the AK-47 page from
15  AR-15.com?
16   **A    Yes.**
17   Q    And here it says new AK products.  Do you see
18  that?
19   **A    I do.**
20   Q    You understand what that means; right?
21   **A    I do, yes.**
22   Q    And AK discussions is the next topic.  Do you
23  see that?
24   **A    Yes.**
25   Q    You understand what that means?

Page 106

1    **A    That appears to be discussions about anything**
2  **relevant to AK platform, copies, variants.**
3    Q    And -- and following that row over, do you see
4  it says topics 5,600 and -- I'm sorry, 56,970.  Do you see
5  that?
6    **A    I do.**
7    Q    So would you agree that, at least as of the
8  time of this screen shot, there were apparently 56,970
9  topics under the AK discussions label?
10   **A    I would.**
11   Q    Do you see where it says, replies right under
12  topics?
13   **A    I do.**
14   Q    And it says 632,806?
15   **A    Yes.**
16   Q    So is -- Based on that, there appeared to have
17  been 632,806 comments grouped under AK discussions; is that
18  fair?
19   **A    Yes.**
20   Q    So based on that, do you think the average
21  person coming to AR-15.com to go to a discussion forum on
22  the AK would understand that AK discussions is a reference
23  to AK-47 type firearms?
24   **A    That would be reasonable, yes.**
25   Q    Okay.  Let's see.  Let's talk about

Page 107

1  interchangeability.  Direct your attention to your May 19
2  declaration, paragraph eight.  This is Deposition
3  Exhibit 2.
4        In paragraph eight, you wrote "That is it."  I
5  assume you meant "that it is"; right?
6    **A    Yes.**
7    Q    "So that it is objectively imposs ble to
8  determine whether a given magazine, feed strip, or other
9  ammunition feeding device is for a rifle, shotgun, handgun
10  or something else simply by looking at the device."
11       Is that your testimony?
12   **A    Correct.**
13   Q    Your concern is that if I handed you a
14  magazine by itself, and you had no other information to go
15  on other than looking at the magazine, you could not say
16  whether the magazine was for a handgun or a rifle; is that
17  right?
18   **A    It depends on the magazine, but possibly, yes.**
19   Q    And that's the concern you're identifying in
20  paragraph eight?
21   **A    Correct.**
22   Q    If you were handed a magazine with no other
23  information, by looking at the magazine, are there things
24  that you could tell about that particular magazine?
25   **A    I could assume that the caliber and make a**

Page 108

1  presumption of what model it was originally intended for.
2  **However, many firearms share the same magazines both in**
3  **pistol and rifle variants.**
4    Q    So you would be able to look at a magazine
5  and -- and tell the caliber?
6    **A    Potentially.  But there are many calibers that**
7  **are very similar, and it's not a -- a guarantee for many --**
8  **a specific firearm or magazine.**
9    Q    Is it fair to say that you would be able to
10  look at a magazine that was just handed to you with no
11  other information and have a rough sense of what cal ber
12  would be used in that magazine?
13   **A    Potentially, but again, it depends on the**
14  **particular magazine.**
15   Q    Do you agree that not all magazines can be
16  used in all firearms?
17   **A    Yes.**
18   Q    For example, you can't use a Beretta M-92
19  9-millimeter magazine in a 5.56 NATO caliber AR-15;
20  correct?
21   **A    In an AR-15 chambered for 5.56, no.  But you**
22  **can use a Beretta .92 magazine in an AR-15 that is**
23  **chambered for 9-millimeter.**
24   Q    Right.  But you'd have to know what cal ber of
25  ammunition you're going to use in that AR-15; right?



Scott Pulaski

1      A   You would.

2      Q   If you had a 5.56 NATO AR-15 and you attempted

3  to use 9-millimeter ammunition in it, what would happen?

4      A   Well, the firearm may not function, and if it

5  did, it could cause damage or injury.

6      Q   What kind of damage or injury?

7      A   The -- Well, when a -- when a bullet is shot,

8  it produces explosive gas, flame that -- and pressure.  And

9  if that were to not be contained in the chamber of the

10  firearm, which wouldn't be possible with 9-millimeter going

11  into a 223 or 556 firearm, then that would go into the path

12  of least resistance.

13      Q   For two firearms to be able to use the same

14  magazine, the firearms at least have to use the same

15  caliber of ammunition; is that fair to say?

16      A   No.

17      Q   Is it fair to say that the two firearms, if

18  they're going to use the same magazine, have to share at

19  least one common caliber of ammunition that they use?

20      A   Not necessarily.  Example again is the 556,

21  223 and the 50 Beowulf, 458 SOCOM, 223, a 30-round magazine

22  only accommodates nine to 10 rounds of 50 Beowulf or 58

23  SOCOM.

24      Q   So you're talking about the magazine.  I'm

25  asking about the firearm.

1      A   Okay.

2      Q   So in order for one firearm chambered in a

3  specific caliber to have a magazine that can be used in

4  another firearm chambered in a caliber, there has to be at

5  least one common caliber between those two firearms;

6  correct?  For the magazine to function?

7      A   Well, if both fire -- I'm sorry.  I guess I'm

8  not understanding clarity-wise.  But if you have an AR-15

9  that is chambered in 223 and an AR-15 that we chambered in

10  50 Beowulf or 58 SOCOM, those don't share the same caliber,

11  of course, but they do share the same magazine.

12          And cosmetically, the magazine is no different

13  between the same firearms.  You could use all of the

14  ammunition -- load that magazine with 223 or 556, fire it

15  in that firearm that was chambered for 223 or 556.  Use the

16  same exact magazine, load it with 50 Beowulf, 458 SOCOM,

17  the appropriate caliber for that second firearm, and then

18  fire with that same magazine with that lower capacity.

19      Q   The weapons that you just described, are all

20  of those weapons assault weapons under PICA?

21      A   Potentially, but not necessarily.

22      Q   And you're talking about calibers and

23  ammunition that can be used in magazines that will fit in

24  rifles that can take large caliber ammunition, like the

25  Beowulf, for instance; right?

1      A   Correct.

2      Q   So in that example, neither one of those

3  firearms, if you had a Beretta M-92 9-millimeter, you

4  couldn't use it in those firearms you just -- you just

5  described, you couldn't use that magazine?

6      A   Correct.

7      Q   Do you agree that there's some calibers that

8  are more commonly used in rifles than in handguns?

9      A   Yes.  However, that doesn't necessarily mean

10  that a caliber is exclusively for a handgun or a rifle.

11  For example, a 9-millimeter is a very common caliber in

12  rifles and in handguns.  .22 caliber, similar.

13      Q   6.5 Grendel, is that more common as a rifle or

14  handgun ammunition?

15      A   We've seen both as -- from our customer base.

16  A bolt pistol handgun variant AR-15, copy AR-15s, and rifle

17  copy AR-15s.

18      Q   Which would you say is more prevalent, rifles

19  that use 6.5 Grendel or handguns that use 6.5 Grendel?

20      A   In this particular area, handguns, just based

21  on our geography and lack of available areas to use those

22  firearms.

23      Q   What about a 338 Lapua?  Are you familiar with

24  any handgun that uses 338 Lapua ammunition?

25      A   I believe that a company has produced

1  something that would be considered a handgun without a

2  stock with a shorter barrel and only pistol grip.

3      Q   What kind of Walther again?

4      A   It is a PPQ Q5 match.

5      Q   In your experience, is Walther a good firearm?

6      A   A reputable brand and quality manufacturer,

7  yes.

8      Q   And you, as a firearms expert or someone who

9  just knows a lot about firearms, in terms of picking a

10  firearm that you're going to carry around with you to

11  defend yourself, you're going to choose carefully; right?

12      A   Yes.

13      Q   So the fact that you chose a Walther is an

14  affirmation in your mind that Walther is a quality brand;

15  right?

16      A   In my mind, yes.

17      Q   I'm going to hand you --

18      A   Sixteen.

19      Q   -- what I'm going to mark as Deposition

20  Exhibit 16.

21          (Deposition Exhibit No. 16 marked for

22  identification.)

23      Q   (By Mr. Wells) Looking at Deposition

24  Exhibit 16, do you see the URL there at the top?

25      A   I do.



Scott Pulaski

1    Q   Do you see that the URL says

2  Waltherarms.com/PDP?

3    A   I do.

4    Q   And I can represent to you that this is screen

5  shots from the Walther Arms page specifically about the

6  PDP?

7    A   Yes.

8    Q   And are you familiar with the PDP by Walther?

9    A   I am.

10    Q   What is it?

11    A   **It is a modern semi-automatic handgun, polymer**

12  **based, striker fired with detachable magazines.**

13    Q   Do you see on the front of Exhibit 16 Walther

14  PDP was apparently awarded the guns and ammo 2021 handgun

15  of the year?

16    A   Yes.

17    Q   Do you think that was a well-deserved award?

18    A   **I -- Based on Walther's history and quality, I**

19  **would, yes.**

20    Q   All right.  Let me direct your attention to

21  the back of that page.  So it's a double-sided copy.

22    A   Yeah.

23    Q   Do you see that there are three handguns

24  depicted here --

25    A   I do.

1    Q   -- on page two of this exhibit?  The handgun

2  depicted on the left, it's called a PDP compact.  Do you

3  see that?

4    A   I do.

5    Q   And under magazine capacity, what -- what's --

6  what's listed?

7    A   **It lists 15 rounds.**

8    Q   What does that mean?

9    A   **That means that the magazine that's included**

10  **with that firearm, that particular item number, is a**

11  **15-round.**

12    Q   And looking down further, do you see at the

13  bottom it says 10-round item number?  The same column.

14    A   I do.

15    Q   What do you understand 10-round item number to

16  mean?

17    A   **That to be 10-round magazine capacity variant.**

18    Q   So looking at the Walther website, is it fair

19  to say that a person interested in purchasing a PDP compact

20  could purchase either a PDP compact with a factory magazine

21  of 15 rounds or a factory magazine of 10 rounds?

22    A   Yes.

23    Q   And directing your attention to the next

24  firearm in the middle, PDP full size.  Do you see that?

25    A   I do.

1    Q   What is the magazine capacity for the PDP full

2  size?

3    A   **Eighteen rounds.**

4    Q   And the magazine there for the PDP of -- PDP

5  full size of 18 rounds, that's above the 15-round threshold

6  for PICA; right?

7    A   **It is.**

8    Q   So that magazine is not one that you could

9  sell consistent with PICA?

10    A   **Correct.**

11    Q   But if a customer at Piasa Armory wanted a PDP

12  full size, you could direct them to the 10-round item;

13  right?

14    A   **We could.**

15    Q   And the 10-round magazine would comply with

16  PICA?

17    A   **It would.**

18    Q   Just looking at the last page of this exhibit.

19  Walther sells 10-round magazines for the PDP; right?

20    A   **For the full side and the compact, yes.**

21    Q   All right.

22        (Deposition Exhibit No. 17 marked for

23  identification.)

24    Q   (By Mr. Wells) This is No. 17.  We talked

25  about the Shooter's Bible earlier.  Do you recall that?

1    A   **I do.**

2    Q   So I am marking as Deposition Exhibit 17 --

3        MR. MAAG:  Oh, I see how it is.

4    Q   (By Mr. Wells) I'm marking as Deposition

5  Exhibit 17 an excerpt of the Shooter's Bible 114th Edition.

6  I have a complete copy of it, but I'm -- I've just given

7  you excerpts, which are copied pages from this complete

8  version.

9    A   **Yes.**

10    Q   And you mentioned earlier that you keep copies

11  of the Shooter's Bible for reference at Piasa Armory; is

12  that right?

13    A   **Typically, yes.**

14    Q   So this 114th Edition, according to the

15  copyright, is from 2022.  And I'm going to direct your

16  attention to page 153, directing your attention to the

17  bottom of the page, Heckler & Koch.

18        Do you see three rifles laid out there that

19  are Heckler & Koch rifles?

20    A   **I do.**

21    Q   Are you familiar with the Heckler & Koch

22  MR762A1?

23    A   **I am.**

24    Q   And the Heckler & Koch MR762A1 is a rifle;

25  correct?



Scott Pulaski

Page 117

1       A   It is.

2       Q   And a rifle is a long gun?

3       A   It's typically referred to as, yes.

4       Q   And do you see on page 153 here, under

5   magazine, it says, detachable box, 10 rounds, 20 rounds, do

6   you see that?

7       A   Yes.

8       Q   So I want you to imagine you had a customer

9   who owned a version of this rifle, so the Heckler & Koch

10  MR762A1, that they purchased before January 10th of 2023,

11  so before PICA took effect.

12      A   Okay.

13      Q   And this customer needs a replacement magazine

14  for that rifle, for the MR762A1.  Between the 10-round

15  magazine and the 20-round magazine, which of those

16  magazines can you sell to that customer?

17      A   We would be required to only sell the 10-round

18  magazine.

19      Q   All right.  I'm going to direct your attention

20  to -- and -- I'm sorry.  Before I leave that page,

21  page 153, do you see on the -- the right-hand side how it

22  has rifles there?

23      A   I do.

24      Q   And is it fair to say that the Shooter's Bible

25  groups firearms into categories like rifle, handgun and

Page 118

1   shotgun?

2       A   Yes.

3       Q   And that's because those are -- rifle, handgun

4   and shotgun are pretty common types of firearms?

5       A   Those are industry terms for the -- the

6   variety of things that are offered from various

7   manufacturers, yes.

8       Q   I'm going to direct your attention to page 363

9   of this exhibit.  I'm directing your attention to the upper

10  left-hand corner of the SP5.  Do you see that?

11      A   I do.

12      Q   Do you see for the SP5, next to capacity, it

13  says 10, 15, 30 rounds?  Do you see that?

14      A   I do.

15      Q   Do you agree that the Heckler & Koch SP5 is a

16  handgun?

17      A   This variant of the SP5 is, yes.

18      Q   So I want you to imagine, again, a customer

19  who owns a Heckler & Koch SP5 that they acquired prior to

20  January 10, 2023, when PICA took effect.  They need to

21  replace the magazine for the Heckler & Koch SP5.  Which

22  capacity magazine can you legally see to that customer?

23      A   They would typically purchase that with a

24  30-round magazine.  We would be limited to selling them the

25  10 or 15-round magazine.

Page 119

1       Q   When you're buying a magazine for a specific

2   handgun, it is possible to know how many rounds of

3   ammunition of a particular caliber that magazine will hold?

4       A   It's possible to know how -- how many it was

5   designed to hold, but designed does not always line up with

6   how many it will actually hold.  Magazines that begin to

7   wear or were not designed properly can sometimes hold more

8   or sometimes hold less, or errors in manufacturing can make

9   them hold more or less.

10      Q   But generally speaking, what the manufacturer

11  represents about the capacity of the magazine is what the

12  magazine capacity is?

13      A   Magazines from reputable manufacturers, yes.

14      Q   And when you're buying a magazine for a

15  specific handgun, it is possible to buy a magazine of 15

16  rounds or less as long as the handgun manufacturer offers

17  such a magazine for that handgun; correct?

18      A   If the customer would like to purchase a

19  factory brand magazine, yes.  But again, not every company

20  produces factory magazines of 15 or -- of 15 rounds for

21  guns that are not designed for 15-round magazines.

22      Q   And when you're buying a magazine for a

23  specific rifle, it is possible to know how many rounds of

24  ammunition of a particular cal ber that magazine will hold?

25      A   Based on what the manufacturer of the magazine

Page 120

1   says.  But again, other magazines can hold other calibers.

2       Q   So there may be some variation, but generally

3   speaking, what the manufacturer represents about the

4   magazine capacity for a particular rifle is going to be the

5   magazine capacity?

6       A   It depends on the rifle and the manufacturer.

7       Q   If it's a reputable manufacturer?

8       A   It can be, but magazines like AR-15 magazines

9   can be produced by reputable manufacturers but hold 30 of

10  one round and five or 10 of another round.

11      Q   And in the examples you just gave of a

12  magazine that can hold 30 of one round and five or 10 of

13  another round, the five or 10 of another round would be a

14  much larger caliber; right?

15      A   Typically.

16      Q   So when someone buys an AR-15, let's say it

17  has a 15-round -- or let's say it has a 10-round magazine.

18  All right?  So an AR-15, 10-round magazine, it may be a

19  10-round magazine for 5.56 NATO; is that right?

20      A   Correct.

21      Q   But that same magazine for a larger caliber

22  may hold fewer than 10 rounds; correct?

23      A   Correct.

24      Q   If -- If that same magazine is designed for an

25  AR-15 that's chambered in 5.56 NATO, and the magazine

Page 121

1  capacity is 10 rounds, can the magazine accept more than 10
2  rounds of a different caliber of ammunition?
3     **A   It depends on the overall size of the**
4  **magazine.  For example, Magpul is the industry -- industry**
5  **standard for AR-15 magazines has a magazine that is**
6  **designed for 10 rounds only, but shares the same form**
7  **factor as the 30-round magazine.**
8     Q   When you say form factor, what do you mean?
9     **A   The outside appearance.**
10     Q   And what is different about the inside of that
11  magazine?
12     **A   The inside has either a block or is built with**
13  **denial spaces to prevent that large capacity.**
14     Q   Why -- Do you have an understanding as to why
15  Magpul did that?
16     **A   They sold a lot to customers in California and**
17  **other states with 10-round magazine capacity limits who**
18  **wanted to use other equipment standard to the AR-15**
19  **industry, things like magazine pouches and magazine**
20  **couplers, but still retain that form factor of a 30-round**
21  **magazine.**
22     Q   So it's your understanding that Magpul
23  recognized that there was a 10-round magazine limit
24  applicable in California, and they designed the inside of
25  the magazine that could be used for a 30-round AR-15 such

Page 122

1  that that magazine could only accept 10 rounds; is that
2  right?
3     **A   Correct.  They also sell limiting items.  So**
4  **something you could take the magazine apart, insert into**
5  **the magazine to prevent additional rounds from going into**
6  **it.**
7     Q   And if someone needed to replace AR-15
8  magazines in Illinois, could the manufacturer do the same
9  thing in Illinois for a 10-round limit?
10     **A   Potentially, but that would be up to the**
11  **manufacturer and business decisions.**
12     Q   And if a manufacturer did offer such a
13  magazine, you would be able to sell it under PICA; right?
14     **A   We would.**
15     MR. WELLS:  Can we take a quick break real
16  quick?
17     THE VIDEOGRAPHER:  This is the videographer.
18  We're going off the record.  The time now is 4:56.
19     (Whereupon, a short break was taken.)
20     THE VIDEOGRAPHER:  This is the videographer.
21  We're back on the record.  The time now is 5:03.
22     Q   (By Mr. Wells) Mr. Pulaski, we previously
23  looked at the two sworn written statements that you
24  prepared in this case as Deposition Exhibits 1 and 2.  Do
25  you remember that?

Page 123

1     A   Yes.
2     Q   In preparing those declarations, did you get
3  any information from Mr. Maag that you included in those
4  declarations?
5     A   Yes.
6     Q   What information specifically?
7     **A   I didn't keep a list of specific information,**
8  **but this was a discussion back and forth through the**
9  **entire -- through the entirety of both of these**
10  **declarations.**
11     Q   And is information from an attorney in a
12  lawsuit the type of information that firearms experts
13  typically rely on?
14     **A   That depends on the attorney.  This particular**
15  **attorney happens to also be a firearms expert with much**
16  **deeper encyclopedic-level knowledge than I have.  He's**
17  **guided me toward a lot -- a lot more places to broaden my**
18  **knowledge.**
19     Q   We talked earlier about AR-type rifles.  Does
20  AR -- if -- If you use the term "AR-type," would that
21  sometimes fairly include both the AR-15 and the AR-10?
22     **A   In a layman's term, yes, but -- So somebody**
23  **with lack of knowledge of the industry, lack of firearms**
24  **knowledge.  Just in the same way that anyone says car, they**
25  **look at any car and say that's a car.  But somebody that**

Page 124

1  **has more knowledge says, yes, that's a Toyota or a Honda.**
2  **Similar ways -- analogous to differences between the AR-10**
3  **and the AR-15.**
4     MR. WELLS:  So subject to my reservation
5  rights earlier on about the scope of this deposition, my
6  motion for summary judgment, and reserving the right to
7  potentially seek a second deposition, to the extent
8  necessary, related to the other claims that aren't covered
9  by the summary judgment motion, I don't have any further
10  questions for you at this time.
11     **THE WITNESS:  Okay.**
12     MR. MAAG:  Like the last time, it would be
13  quicker if we changed sides.
14     MR. WELLS:  Sure.
15     MR. MAAG:  We can go off while we're changing
16  sides.
17     THE VIDEOGRAPHER:  This is the videographer.
18  We're going off the record.  The time now is 5:05.
19     (Whereupon, a short break was taken.)
20     THE VIDEOGRAPHER:  This is the videographer.
21  We're back on the record.  The time now is 5:07.
22     EXAMINATION
23  QUESTIONS BY MR. MAAG:
24     Q   I'm handing you a magazine.  Are there any
25  markings on that?



Scott Pulaski

Page 125

1        MR. WELLS:  Tom, I'm just going to note,
2  again, my objection that I had before which is --
3        MR. MAAG:  Same objection that you put on the
4  record before, you can have a standing objection.
5        MR. WELLS:  Right, but it's another -- it's
6  another witness, so I just want to be clear.  These are
7  items that prior to today I personally had not seen.  They
8  were not produced to us.  I under -- understand your
9  position on that, but I just want to note my objection to
10  the use of these particular items in this deposition as
11  well.
12        MR. MAAG:  All right.  And for the record, I
13  didn't see all of your documents prior to today either, but
14  you're -- you're on the record.
15        MR. WELLS:  Right.  And you didn't serve any
16  written discovery requests on us; right?
17    Q    (By Mr. Maag) All right.  You ready?
18    **A    Go ahead.**
19    Q    Generally, what is that that I've handed you?
20    **A    That's a magazine that is made in Brazil, and**
21  **it says 15 on the back of it.**
22    Q    All right.  Is there any serial number or
23  model marking on that?
24    **A    There is not.**
25    Q    Do you recognize that, what that fits?

Page 126

1    **A    It would fit, based on a notch in the back of**
2  **it, an older Beretta style pistol or rifle that takes older**
3  **style Beretta magazines.**
4    Q    Okay.  Is that a rifle magazine?  Pistol
5  magazine?  Or are you able to discern the difference?
6    **A    Because it can fit both, I can't discern**
7  **whether it's one or the other.**
8    Q    Okay.  I'm handing you another magazine.  Are
9  there any markings on that?
10    **A    I see none.**
11    Q    Do you recognize that magazine?
12    **A    This looks like a magazine from a Mini-14**
13  **or -- I'm sorry, a M-14 or similar variant.**
14    Q    I'm handing you a third magazine.  Do you
15  recognize that magazine?
16    **A    That one is definitely a magazine of M-14 or**
17  **similar, M1A.**
18    Q    All right.  The first -- Or the second
19  magazine that you previously thought might have been an
20  M-14 variant, do you still think that's an M-14 variant?
21    **A    No.**
22    Q    All right.  Let's go back to the second
23  magazine.  Are you able to discern what that magazine is
24  actually for now?
25    **A    No.**

Page 127

1    Q    All right.  Are you able to discern whether
2  that's a rifle, pistol or shotgun magazine?
3    **A    I can presume that it is not a shotgun**
4  **magazine.  However, there are shotgun rounds that could fit**
5  **in this magazine.**
6    Q    Are you able to discern whether that's a rifle
7  or pistol magazine?
8    **A    No.**
9    Q    Set that aside and go to what you have
10  identified as an M-14 magazine.  You -- Are there any
11  markings on that?
12    **A    No.**
13    Q    You simply recognize that magazine?
14    **A    I do.**
15    Q    All right.  Is there any functional difference
16  for that -- for a rifle versus a pistol?
17    **A    No.  They're all a box with a spring inside.**
18    Q    Okay.  I'll hand you another magazine.  Do you
19  recognize that magazine?
20    **A    It looks like something that was designed to**
21  **fit an AR-10 or similar model.**
22    Q    All right.  Are there any markings on it?
23    **A    There are not.**
24    Q    All right.  If I were to represent to you that
25  that is a French Model 1949 magazine, would that help you

Page 128

1  in any way, shape or form?
2    **A    Yes.**
3    Q    All right.  Are you able to discern from your
4  observations whether that's a rifle or pistol magazine?
5    **A    If I were to know that this was a French M-49**
6  **magazine, I would know that it was for the M-49.  However,**
7  **those can be converted into pistols as well.**
8    Q    I'm handing you a magazine.  Do you recognize
9  that magazine?
10    **A    I do.**
11    Q    What is that?
12    **A    This is for an M-1 carbine.**
13    Q    All right.  And do you know about how many
14  rounds -- assuming that's a standard magazine for an M-1
15  carbine of that size, how many rounds that should hold?
16    **A    It appears it should be 15.**
17    Q    All right.  And the M-1 carbine, is that a
18  rifle, pistol or shotgun?
19    **A    It is either a rifle or a pistol.**
20  **Traditionally, for the military, it was a rifle.  However,**
21  **they were modified to become pistols and are currently**
22  **produced as pistols also.**
23    Q    And who currently produces them as pistols?
24    **A    Inland Manufacturing.**
25    Q    All right.  Did anyone else previously



Scott Pulaski

1  manufacture them as pistols?

2     **A   I'm sure that they have.**

3     Q   Okay.  So that magazine could fit either a

4  rifle or a pistol?

5     **A   Yes.**

6     Q   All right.  Could you legally sell that in

7  Illinois?

8     **A   If it were for a pistol, yes.  If it were for**

9  **a rifle, no.**

10    Q   If a customer came in and said I have an M-1

11 carbine, can you order me a 15-round magazine for it, do

12 you have enough information to determine whether or not you

13 could legally sell that magazine?

14    **A   No.**

15    Q   If they told you that it was for a pistol,

16 could you legally order and sell that magazine?

17    **A   If it was for a 15 -- If it was 15 rounds for**

18 **a pistol, yes.**

19    Q   What if that person owned both an M-1 carbine

20 pistol and an M-1 rifle?

21    **A   I would have no way of discerning that from**

22 **interaction at the counter.**

23    Q   All right.

24    **A   But it would presume that they would not be**

25 **allowed to use that in their rifle if they bought a**

1  **15-round magazine.**

2     Q   All right.

3     **A   Thank you.**

4     Q   Are there any markings on that magazine?

5     **A   It says "checkmate" on the bottom.**

6     Q   All right.  Do you recognize that magazine?

7     **A   I recognize it, and it says 45 ACP on the**

8  **side.  I recognize the basic design.**

9     Q   What is the basic design?

10    **A   That is for pistols that are of the 1911 style**

11 **or a variety of conversions that were rifle variants.**

12    Q   All right.  What is the 1911 style?

13    **A   1911 is the U.S. military pistol adopted in**

14 **1911.  It was standard until the late '70s, early '80s.**

15    Q   Okay.  Are there rifles that use that

16 magazine?

17    **A   Yes.**

18    Q   Are there pistols that use that magazine?

19    **A   Yes.**

20    Q   I'm handing you -- Well, what am I handing

21 you?

22    **A   This is a frame for a 1911.**

23    Q   Is that magazine compatible with that?

24    **A   It is.**

25    Q   Can you insert it?

1     **A   I can.**

2     Q   Does it fit?

3     **A   It does.  It doesn't lock because there's --**

4  **the parts aren't there.**

5     Q   Right.  It's nonfunctional because it's

6  disassembled and missing most of the parts; correct?

7     **A   Right.**

8     Q   All right.  Is there -- Assuming that that

9  pistol was complete, does that appear that that magazine

10 would function in that frame?

11    **A   Yes.**

12    Q   All right.  And that frame is normally in a

13 pistol configuration?

14    **A   We've seen and sold them in both**

15 **configurations, pistol and rifle.**

16    Q   All right.  What am I handing you now?

17    **A   This is a pistol stock.**

18    Q   And if you could attach that.  Assuming that

19 that was complete with a barrel, that same frame would now

20 be what?

21    **A   It would be considered a short-barreled rifle.**

22    Q   It'd be a rifle?

23    **A   Yes.**

24    Q   All right.  With the same magazine?

25    **A   With the same magazine.**

1     Q   So mechanically, there is no difference

2  between that magazine as a rifle magazine and that magazine

3  as a pistol magazine; correct?

4     **A   Correct.**

5     Q   All right.  I'm handing you another magazine.

6  Are there any markings on that?

7     **A   There are some numbers on the back of it.**

8     Q   What are the numbers?

9     **A   It's A15981.**

10    Q   All right.  Do you recognize that magazine?

11    **A   It appears to be a 308 or 76239 variant of a**

12 **AK potentially.  No, I take that back.  No, I do not**

13 **recognize this magazine.  It's missing a part of the front.**

14    Q   All right.  Well, it's actually complete,

15 but --

16    **A   Sorry.  Complete for -- for the magazine, but**

17 **not complete for what I thought it was.**

18    Q   All right.  Are you able to discern whether

19 that is a rifle or a pistol or a shotgun magazine?

20    **A   No.**

21    Q   All right.  Let's see.  Handing you another

22 magazine.  Are there any markings on that?

23    **A   There is Walther markings on it.**

24    Q   What does it say specifically, if you can read

25 it?



Scott Pulaski

1    A   It says Walther P-1 9-millimeter.

2    Q   Okay.  Is that a rifle or a pistol magazine?

3    A   Unknown, but --

4    Q   Were there both rifle and pistol variants of

5   the Walther P-1?

6    A   Yes.

7    Q   In fact, did Ronald Reagan have a Walther P-1

8   carbine?

9        MR. WELLS:  Objection.  Lack of personal

10   knowledge.

11       MR. MAAG:  It's on display at his presidential

12   museum.

13       MR. WELLS:  That's my objection.

14    Q   (By Mr. Maag) You can answer.

15    A   I have no personal knowledge of it.

16    Q   All right.  Then that's fine.  What's that

17   magazine?

18    A   That looks like an older European magazine.

19    Q   Are there any markings on it?

20    A   There are none.

21    Q   Maybe on the base?

22    A   It looks like a couple numbers.  66-4 or 4-99.

23    Q   Are you able to discern whether that's a rifle

24   or a pistol magazine?

25    A   No.

1    Q   All right.  Handing you another magazine.  Are

2   there any markings on that?

3    A   There are.

4    Q   What are the markings?

5    A   It says M-88, M-100, 308 cal, 243 cal.

6    Q   Are there any other markings on it?

7    A   It says Colyer clip on the side.

8    Q   All right.  Are you able to discern whether

9   that's a rifle, pistol or shotgun magazine?

10    A   No.

11    Q   And I'll hand you another magazine.  Are there

12   any markings on that?

13    A   This one is marked FN Manufactured, Inc,

14   Columbia, South Carolina, and a manufacturer code.

15    Q   All right.  Are you able to discern whether

16   that's a rifle, pistol or shotgun magazine?

17    A   No.

18    Q   Is it possible that that magazine will fit

19   both rifles, pistols or shotguns?

20    A   Yes.

21    Q   What type of magazine did I hand you there?

22    A   This is a Glock magazine.

23    Q   All right.  And is it similar to this other

24   magazine that I gave you?

25    A   Yes.  This other one is a Magpul brand, Glock

1   compatible magazine.

2    Q   All right.  And I'm handing you a frame.  What

3   is that frame of, generally?

4    A   This is a Glock.

5    Q   All right.  Do those magazines generally fit

6   in that pistol frame?

7    A   Of this design, yes.

8    Q   All right.  And that would be a pistol frame

9   then?

10    A   Typically, but can also be a rifle.

11    Q   All right.  I'm handing you a shoulder stock.

12   Does that attach to that pistol frame?

13    A   Yes, it does.

14    Q   Go ahead and attach it.  Would then that make

15   that a rifle?

16    A   If it were complete, yes.

17    Q   With the same magazine?

18    A   Correct.

19    Q   Is it fair to say there's no discernible

20   difference -- no discern ble difference that you can

21   articulate or you can identify between a rifle magazine and

22   a pistol magazine?

23       MR. WELLS:  Objection to form.

24    Q   (By Mr. Maag) You can answer.

25    A   Between these magazines, no.

1    Q   The magazines that I have handed to you for

2   examination, other than one -- other than the Glock and

3   Magpul branded magazine for Glocks, are they the -- do they

4   appear to be for the same firearms?

5    A   Yes.  These two particular magazines.

6    Q   Okay.  The Glock and the Magpul are?

7    A   Yes.

8    Q   The other magazines, any of them, are they the

9   same as any of the other magazines that I have handed you?

10    A   They don't appear to be.

11    Q   All right.  So it's a wide variety of

12   magazines?

13    A   Yes.

14    Q   Okay.  Do you recognize that?

15    A   This appears to be the bolt and carrier from a

16   Saiga shotgun or similar variant or copy.

17    Q   All right.  Is that an AK-47 type?

18    A   It's a copy of the AK-47 of a 12-gauge variant

19   of the AK-47.

20    Q   All right.  And can you describe that for the

21   record?  What does it look like?

22    A   It is a rotating bolt inside of a large

23   metallic housing with a handle on the side and a piston on

24   the front.

25    Q   All right.  Is that what an AK-47 rifle or



Scott Pulaski

1  pistol bolt and gas piston would look like other than the

2  sizes?

3          MR. WELLS:  Objection to form.

4      Q   (By Mr. Maag) You can answer.

5      A   It's made -- It's modified to accept the

6  proper ammunition.

7      Q   I understand there's dimensional differences,

8  but I mean, the general description.

9      A   Yes.

10     Q   All right.  Is that the same -- Are you

11 familiar with the gas and bolt system of the M1 Garand?

12     A   Yes.

13     Q   Is that the same general gas and bolt system

14 of the M1 Garand?

15     A   Yes.  The Garand uses a rotating bolt and a

16 long piston.

17     Q   Is it fair to say that other than dimensional

18 differences, there is no difference between the gas and

19 bolt system of a Garand and an AK-47 type firearm?

20         MR. WELLS:  Objection to form.

21     Q   (By Ms. Helfrich) You can answer.

22     A   Very similar.

23     Q   You were asked to read part of PICA.  Do you

24 remember that?

25     A   I do.

1      Q   I believe it's Exhibit 9 that was given to

2  you?

3      A   Yes.

4      Q   And there was a features definition that I

5  think you were asked to read at one point; correct?

6      A   Yes.

7      Q   Did that include a semi-automatic firearm that

8  could accept a detachable magazine and had a pistol grip?

9      A   Yes.

10     Q   Are you familiar with that -- what I have

11 handed you?

12     A   I am.

13     Q   What is that, generally?

14     A   In general, it's an M1 carbine rifle stock.

15     Q   Does it appear to be a standard M1 carbine

16 rifle stock?

17     A   It does.

18     Q   The grip on that, what would you call that

19 type of grip?

20     A   The industry refers to it as a pistol grip.

21     Q   Is that the same type of grip as on an AK-47

22 or an AR-15?

23     A   It's a similar shape and style.

24     Q   But it doesn't protrude below, does it?

25     A   Below the bottom of the stock, no.

1      Q   Okay.  And the -- Does part of that stock on

2  the front of it, if it was fully assembled, would that

3  cover the barrel?

4      A   It would.

5      Q   And would that allow the non-firing hand to

6  prevent the firer from burning themselves while holding the

7  firearm with the non-firing hand?

8      A   It would.

9      Q   And is the M1 carbine a semi-automatic

10 firearm?

11     A   Yes.

12     Q   Does it accept a detachable magazine?

13     A   It does.

14     Q   Therefore, is it fair to say in its original

15 configuration, the M1 carbine is prohibited under PICA?

16         MR. WELLS:  Objection.  Calls for a legal

17 conclusion.

18     Q   (By Mr. Maag) You can answer.

19     A   Based on my experience and reading PICA, it

20 does.

21     Q   Is the M1 carbine in any way, shape or form an

22 AR-type or AK-type firearm?

23     A   It is not.

24     Q   If AK-47s or AR-15 type firearms were

25 converted to bolt action or pump action, under PICA could

1  they be sold in Illinois?

2          MR. WELLS:  Objection.  Calls for a legal

3  conclusion.

4      Q   (By Mr. Maag) You can answer.

5      A   Because of the definitions of PICA and machine

6  gun parts -- Or pardon me.  Definition of PICA and assault

7  weapon parts, that lower receiver on an AR-15 is considered

8  an assault weapon or an assault weapon part.

9      Q   Who says?

10     A   PICA.

11     Q   And has the state police posted commentary to

12 that effect on their website?

13     A   I believe in the questions and answers page

14 they got that.

15     Q   So it is fair to say that a bolt-action rifle,

16 based on the commentary of the state police on their

17 website, that look too much like an AR-15 would be

18 prohibited under PICA?

19     A   Yes.

20     Q   The same question --

21         MR. WELLS:  Where is that coming from?

22         MR. MAAG:  Off your client's website.

23         MR. WELLS:  And do you have a copy of what

24 you're talking about?

25         MR. MAAG:  It's on your client's website.



Scott Pulaski

1      MR. WELLS:  Have you produced a copy of --

2      MR. MAAG:  Of your client's website?  No, it's

3  on your website.

4      Q    (By Mr. Maag) Same question for the AK-47.

5      **A    It would be the same answer as an AR-15.**

6      MR. MAAG:  I didn't write your client's

7  website.

8      MR. WELLS:  It's kind of hard to know what

9  you're talking about when I don't have something to look

10  at, Tom.  That's my objection.

11      MR. MAAG:  Okay.  Well, maybe your client will

12  take it down after you talk to them.

13      Q    (By Ms. Helfrich) You have Exhibit No. 17 in

14  front of you?

15      **A    I do.**

16      Q    That's the Shooter's Bible cover page?

17      **A    Yes.**

18      Q    Are those firearms legal to sell in the State

19  of Illinois?

20      **A    Not all of them.**

21      Q    Why not?

22      **A    The pistol pictured at the bottom has a**

23  **threaded barrel and was banned by PICA.**

24      Q    Are you familiar with the Beretta AR-100?

25      **A    Yes.**

1      Q    Is that an AR-type firearm?

2      **A    Let me find the page, please.**

3      Not asking if it's listed.

4      **A    I'm sorry.  No, it's not.  It just shares a**

5  **basic shape.**

6      Q    Are you familiar with the Mauser c96 broom

7  handle with fixed 20-round magazine?

8      **A    I am.**

9      Q    What vintage is that?

10      **A    Pre 1900s.**

11      Q    That's literally designed and made in the

12  1800s?

13      **A    Yes.**

14      Q    And is that listed on Exhibit No. 10, page 12,

15  as being illegal in Illinois under PICA?

16      **A    Yes.**

17      Q    You were asked about the Norinco 86S.  Are you

18  familiar with that particular firearm?

19      **A    Not having handled it a lot, but with the**

20  **basic idea of it, yes.**

21      Q    And Exhibit No. 10, page 23, there's a

22  photograph of it?

23      **A    Yes.**

24      Q    And is that what you recognize as a Norinco

25  86S?

1      **A    Yes.**

2      Q    Does that look like an AK-type firearm?

3      **A    It does not based on the overall shape of it,**

4  **no.**

5      Q    If someone were to show that to you -- Strike

6  that.

7      If someone were to say you can't have an

8  AK-type firearm in Illinois, and you were asked about the

9  Norinco 86S, visually would you think that that is an

10  AK-type firearm?

11      **A    Only if I had intimate knowledge of the**

12  **AK-style firearms.**

13      Q    And on page 24 of Document 10, at the bottom

14  there's reference to SKS with detachable magazine.  Are

15  there any parts commonalities that you're aware of between

16  the SKS, either with or without a detachable magazine, and

17  anything that is arguably an AK variant or copy?

18      **A    The only part that would be potentially**

19  **interchangeable would be a sling in a magazine, depending**

20  **on the detachable magazine conversion kit used.**

21      Q    If someone were to tell you that you could not

22  sell or possess an AK-type firearm in the State of Illinois

23  and then you were shown an SKS, would that trigger you in

24  your mind that you could not have that SKS?

25      **A    That would -- Well, no.  The short answer, no.**

1      Q    On page 28 of Exhibit 10.

2      MR. WELLS:  Sorry.  I'm just trying to help.

3      MR. MAAG:  That's okay.  I'll wait for you.

4      MR. WELLS:  Actually, you know, what, they are

5  right here.  I'm sorry.  Here we go.

6      Q    (By Mr. Maag) Page 28.  You were asked about

7  the ArmaLite M15 .22 LR carbine?

8      **A    Yes.**

9      Q    Does that even have a gas system?

10      **A    No.**

11      Q    The gas system on a standard AR-15 is designed

12  by Gene Stoner when he was at ArmaLite back in the '50s,

13  does that have a gas system?

14      **A    The ArmaLite AR-15, yes.**

15      Q    All right.  We talked about the Beretta AR-70,

16  the Bushmaster ACR.  Is that in any way, shape or form an

17  AR variant?

18      **A    No.**

19      Q    Why not?

20      **A    It was designed from the ground up apart from**

21  **an AR-15.**

22      Q    All right.  Is the gas system the same?

23      **A    No.  It uses a piston instead of direct gas.**

24      Q    Is the stock the same?

25      **A    No.**



Scott Pulaski

1    Q    The AR-15, does it have a detachable pistol
2 grip?
3    **A    The AR-15 does.**
4    Q    Does the Bushmaster ACR have a detachable
5 pistol grip?
6    **A    It does not.**
7    Q    Page 30, the Chiappa Firearm M4 rifles.  Kind
8 of looks like a US M4 carbine?
9    **A    Yes.**
10    Q    Does it have a gas system?
11    **A    It doesn't appear to.**
12    Q    Is it in any way, shape or form an AR-type
13 firearm as you understand it?
14    **A    Since they are type of a firearm with gas**
15 **systems, no.**
16    Q    Page 32, the Heckler & Koch MR 556.  Does that
17 have any direct gas impingement system like an AR-15?
18    **A    It uses a piston.**
19    Q    We talked about that already.  We talked about
20 that.  The Ruger AR 556, does that have a gas impingement
21 or gas piston?
22    **A    AR 556 has a impingement gas.**
23    Q    Does Ruger make a gas piston version?
24    **A    I do.  It's called the SR 556.**
25    Q    All right.  So the Ruger SR 556 would be

1 different than an AR-15 as designed by Gene Stoner because
2 it has a gas system and not a gas impingement system?
3    **A    Yes.**
4        MR. WELLS:  What page are you on, Tom?
5        MR. MAAG:  I'm not even looking at anything.
6 I'm just --
7        MR. WELLS:  Riffing.
8    Q    (By Mr. Maag) I'm trying to skip over stuff
9 you have already talked about because I don't want to be
10 here any more than you do.  The Beretta cX 4 on page 43.
11    **A    Yes.**
12    Q    Does that take the same magazine as the
13 Beretta .92 pistol?
14    **A    Yes.**
15    Q    Is that a rifle?
16    **A    It is.**
17    Q    You were asked about -- Let me follow it here.
18 In page -- In Document 17, page 363, about the Heckler &
19 Koch SP5 pistol.
20    **A    Yes.**
21    Q    In Document No. 10, page 47, it makes
22 reference to the H&K 94?
23    **A    Yes.**
24    Q    Are you familiar with those firearms?
25    **A    I am.**

1    Q    Is the H&K 94 a rifle version of the SP5?
2    **A    It is.**
3    Q    Do they use the same magazine?
4    **A    They do.**
5    Q    Is it legal if you own both a rifle and a
6 pistol version of those firearms to purchase or possess a
7 15-round magazine?
8    **A    You would have to have the pistol variant.**
9 **You would have to own the pistol variant to be legal.**
10    Q    All right.  And then could you, as a dealer,
11 sell the 15-round magazine to somebody that said I want a
12 magazine for my H&K 94?
13    **A    No.**
14    Q    Now, the ban prohibits possession of and
15 transfer of the magazine; correct?
16    **A    Yes.**
17    Q    It doesn't prohibit inserting a magazine into
18 a given firearm, does it?
19    **A    Presumably, no.**
20    Q    So how would the owner of an H&K 94 and an SP5
21 know that they were legal buying a 15-round magazine?
22    **A    They would not.**
23    Q    On page 48 of Document 10, it's got the
24 Kel-Tec SUB2000.  Do versions of that accept Glock
25 magazines?

1    **A    Yes.**
2    Q    Do versions of that accept CZ 75 magazines?
3    **A    Yes, they do.**
4    Q    Is there a wide variety of otherwise, quote
5 unquote, pistol magazines that the Kel-Tec SUB2000 will
6 accept?
7        MR. WELLS:  Object to form.  Vague.
8    Q    (By Mr. Maag) You can answer.
9    **A    The SUB2000 accepts at least six different**
10 **magazines.**
11    Q    Do you know which six offhand?
12    **A    Glock, Smith & Wesson, CZ, Kenik, Beretta, and**
13 **Springfield Armory and others, I believe.**
14    Q    All right.  Are you familiar with the
15 Smith & Wesson military and police pistol?
16    **A    Yes.**
17    Q    Are you aware of the carbine that
18 Smith & Wesson came out with relatively recently, I guess
19 this year, that accepts military and police magazines?
20    **A    Yes, they are folding carbine.**
21    Q    Very good.  That's an article in the American
22 Rifleman on it sometime this year.  Are there rifle and
23 pistol versions of the Uzi?
24    **A    Yes.**
25    Q    Are the magazines the same?



Scott Pulaski

1    A   They are.

2    Q   Are there rifle and pistol versions of the

3   Ruger 10/22?

4    A   There are.

5    Q   Are the magazines the same?

6    A   They are.

7    Q   If someone were to just randomly hand you a

8   13-round magazine in a given caliber, pick the caliber, it

9   really doesn't matter, and asked you whether or not that

10   magazine was legal in the State of Illinois, without

11   knowing more, could you answer that question under PICA?

12    A   No.

13    Q   Why not?

14    A   Because pistol -- a pistol or rifle magazine

15   could fit either potentially.

16    Q   So it potentially could be legal if it was a

17   pistol magazine?

18    A   Yes.

19    Q   Could potentially be illegal if it was a rifle

20   magazine?

21    A   Yes.

22    Q   And there's no way discern the two?

23    A   Not without having the individual firearms in

24   front of you.

25    Q   And even if you have the individual firearms,

1   there could be rifle and pistol variants in both of those?

2    A   Correct.

3    Q   Are you familiar with the Sturm, Ruger &

4   Company Mini-14 tactical rifle M-14-20CF?

5    A   Yes.

6    Q   Does Ruger make a version of the Mini-14

7   that -- Well, okay. Can you describe the tactical rifle to

8   me?

9    A   The tactical version has different color

10   furniture, different features on it that would be

11   considered banned by PICA, such as adjustable stocks or

12   sometimes pistol grips.

13    Q   Does Ruger also make a plain version in a

14   traditional wooden stock?

15    A   They do.

16    Q   Would that be classified as a copy duplicate

17   variant or altered facsimile of a Ruger Mini-14 tactical

18   rifle?

19    A   It could be.

20    Q   Thus, PICA could very well prohibit a standard

21   Ruger Mini-14?

22    A   Yes.

23    MR. WELLS: Object to form. Calls for a legal

24   conclusion.

25    Q   (By Mr. Maag) Is there any way for a person to

1   determine simply by looking at a standard Ruger Mini-14 or

2   a standard US M1 carbine whether that gun is legal under

3   PICA?

4    MR. WELLS: Objection. Form. Calls for a

5   legal conclusion.

6    A   It would be very difficult.

7    Q   (By Mr. Maag) All right. What have I handed

8   you?

9    A   These are lower and upper receivers for

10   different versions, copies of the AR-15 or AR 10.

11    Q   All right. The one closest to you on your

12   left, what is the manufacturer and model of that?

13    A   This is an Aero Precision M4 E1.

14    Q   Anywhere on that does it say AR in any way,

15   shape or form?

16    A   No.

17    Q   All right. Is that -- And feel free to look

18   at the Exhibit 9, if you need to, to refresh your

19   recollection. Is that fire -- Is that receiver listed on

20   the PICA banned list?

21    A   The M4 E1 is not listed.

22    Q   Simply by looking at Exhibit No. 9, the PICA

23   statute, is there any way for a person to discern whether

24   that lower receiver is legal or illegal in Illinois?

25    A   Because it is substantially similar, they

1   could presume that it is a banned item.

2    Q   But that would require them to know what an

3   AR-15 lower looked like?

4    A   Yes.

5    Q   And if they didn't know what an AR-15 lower

6   looked like, would they be able to discern that?

7    A   Not without guidance potentially.

8    Q   And that receiver, in fact, is different than

9   a standard AR-15 lower, is it not?

10    A   It is.

11    Q   How is it different?

12    A   Things like the magazine well are opened up

13   larger. There's a trigger guard that is in place where a

14   standard AR-15 receiver uses an inserted pin and piece.

15   There's also additional holes drilled and pins used or

16   screws used instead of pins in a few places.

17    Q   Okay. So there are identifiable differences

18   between that receiver and an AR-15 receiver?

19    A   Yes.

20    Q   All right. And set that one down. The one

21   right above that, is that an AR-15 receiver?

22    A   No.

23    Q   Is that an AR-10 receiver?

24    A   It is not.

25    Q   Are you able to discern what that is?



Scott Pulaski

1    A   It is a copy of an AR-15 receiver that would
2  accept only, it looks like, Glock magazines.
3    Q   All right.  And do you want to try it with a
4  Glock magazine or are you fairly certain it accepts Glock
5  magazines?
6    A   I would presume on the shape and style of it
7  that it would, but I can.
8    Q   Okay.  Simply by looking at that lower
9  receiver, is there any way, shape or form for a person of
10 ordinary intelligence to determine whether or not based on
11 the statute in PICA whether that is a banned item?
12         MR. WELLS:  Objection to form.  Calls for a
13 legal conclusion.
14    Q   (By Mr. Maag) You can answer.
15    A   This would be presuming that somebody had
16 familiarity with PICA and with the differences between
17 AR-15s and 9 millimeter copies of AR-15s.
18    Q   So how would they determine that that would
19 be -- would or would not be an AR-15 under PICA?
20    A   I don't know that they could easily.
21    Q   Can you think of any way you would do so,
22 simply --
23    A   No.  I would say that it would be something
24 that could be made into a rifle with banned features.
25    Q   All right.  Aside from the fact you could

1  conceivably assemble it and do it right with banned
2  features, could you assemble it to a rifle without banned
3  features?
4    A   Potentially, yes.
5    Q   Okay.  Either of the next lowers, it doesn't
6  really matter which one.  What is that one?
7    A   This is a Palmetto G3 E10.
8    Q   Is that -- Does that say on there AR, AR-15,
9  AR-10, or anything like that?
10   A   No.
11   Q   Is that an AR-15?
12   A   It is not.
13   Q   Is that by name banned under PICA?
14   A   I don't believe so.  I would have to refer to
15 the list.
16   Q   All right.  You don't recall seeing it on the
17 list?
18   A   I don't recall seeing the Palmetto G3 E10 on
19 the list.
20   Q   Could that be assembled, assuming that it was
21 not banned by named item, into a legal firearm under PICA?
22   A   It could be assembled into a bolt-action
23 firearm or a single-shot-only firearm.
24   Q   All right.  If it didn't have pistol grips, a
25 flash suppressor, sliding stock, and you took a queue from

1  John Carpenter from Escape from New York and took the
2  handgrips off of it, would that then potentially be a legal
3  firearm in the State of Illinois, aside from the fact
4  whether or not it's covered by name as a copy or duplicate?
5         MR. MAAG:  Objection to form.  Compound.
6  Legal conclusion.
7    Q   (By Mr. Maag) You can answer.
8    A   If it had -- If it was not meeting the
9  features definitional ban, then potentially.
10   Q   Okay.  Can you look at the next receiver in
11 front of you?  The next lower receiver.  Does that say
12 AR-15, AR-10 or anything remotely similar to that on there?
13   A   It does not.
14   Q   All right.  And is that listed by make and
15 model in the PICA banned list?
16   A   No.
17   Q   And what is the brand name on that?
18   A   Benbow City Sports.
19   Q   And what's the model?
20   A   Model EE.
21   Q   All right.  And you have got an upper receiver
22 in front of you?
23   A   I do.
24   Q   Does that fit that model EE?
25   A   It appears to.

1    Q   All right.  Can you try it?  Are you satisfied
2  that they match?
3    A   Yes.
4    Q   All right.  Can you try attaching the upper
5  receiver on the Palmetto State Armory lower?  And if you
6  need to remove those plastic ties, feel free.  Is that a
7  match?
8    A   It is not.
9    Q   And why is that not a match?
10   A   Because it's large gap in the back.  While
11 they may potentially fit together, they wouldn't
12 necessarily safely function.
13   Q   All right.  Is it fair to say one is not a
14 copy or a duplicate of the other, the lowers?
15   A   Yes.
16   Q   And are you familiar with the original AR-10?
17   A   Fairly.
18   Q   Was it semi-automatic, select fire or
19 otherwise?
20   A   Select fire, if I recall.
21   Q   And where was it made?
22   A   It was in the U.S.
23   Q   Okay.  Are you able to -- Are those receivers,
24 any of those receivers in front of you, compatible with
25 that original AR-10?



Page 157

1    A   Not without confirming that it would fit.  I
2  wouldn't be able to tell just from these parts.  You can
3  see the original AR-10 parts together as well.
4         MR. MAAG:  Nothing further.
5         MR. WELLS:  Switch, and I'll ask a few more.
6              EXAMINATION
7  QUESTIONS BY MR. WELLS:
8    Q   Mr. Pulaski, are any of these items that
9  Mr. Maag showed you laid out here on the table, are any of
10  them yours?
11    A   No.
12    Q   Are any of them property of Piasa Armory?
13    A   No.
14    Q   You were asked about a Beretta styled
15  magazine.  Do you see it in here?
16         MR. MAAG:  It's in your hand.
17    Q   (By Mr. Wells) Sorry.  Got it.  And you were
18  able to tell just by looking at that magazine that it's
19  Beretta?
20    A   Of that style, but it's not a Beretta branded
21  magazine.
22    Q   But it works in a Beretta pistol?
23    A   I don't believe that it would.
24    Q   Why not?
25    A   That's a different brand.

Page 158

1    Q   What brand is it?
2    A   I believe it's Taurus.
3    Q   And you're able to tell that just from looking
4  at it?
5    A   Not from over there.  No.  I can't tell which
6  brand that is.  But Taurus and Beretta make similar
7  magazines, but they don't necessarily fit each other.
8    Q   So a Taurus magazine wouldn't necessarily work
9  in a Beretta?
10    A   Potentially, but it may not lock into the
11  firearm.
12    Q   And you see it has a 15 marking on that?
13    A   It does.
14    Q   What does that mean?
15    A   In the industry it typically means the
16  capacity.
17    Q   So you can tell by looking at this magazine
18  what the capacity is for that firearm based on that
19  marking?
20    A   In my experience, typically.
21    Q   You were asked questions about if someone just
22  handed you a magazine, you wouldn't necessarily be able to
23  tell whether it was for a rifle or pistol.  Do you recall
24  that?
25    A   Yes.

Page 159

1    Q   When customers come to you to purchase a
2  magazine, do they typically know what firearm they are
3  purchasing the magazine for?
4    A   No.
5    Q   They don't know at all?
6    A   We oftentimes I need a magazine as the only
7  statement from the customer.  We ask them more clarifying
8  questions, and their answers are usually for a certain
9  caliber.  We have to work with them to find out what type
10  of gun that is for.
11    Q   But you engage in a follow-up conversation
12  with your customers; is that right?
13    A   Yes.
14    Q   And based on that conversation, you can direct
15  them to a particular product?
16    A   Yes.
17    Q   And is that how things happen in the real
18  world at Piasa Armory?  People come in and see something
19  and then you have conversations about them and then you
20  direct them to a particular product that they are looking
21  for?
22    A   Typically.
23    Q   Do you own an M1 carbine?
24    A   I do.
25    Q   Is it a rifle or pistol?

Page 160

1    A   Mine is a rifle.
2    Q   If you were to replace the magazine for that
3  M1 carbine, what round capacity would you purchase?
4    A   Because it's a rifle, I would be required to
5  do a 10-round magazine.
6    Q   I think you were handed a 1911 frame.  Do you
7  recall that?
8    A   Yes.
9    Q   And Mr. Maag had you attach the stock to the
10  1911.  Do you recall that?
11    A   Yes.
12    Q   And at that point you called it a rifle; is
13  that right?
14    A   Yes.
15    Q   Why did you call it a rifle?
16    A   Because that is how the ATF defines it.  So
17  rifle or short-barreled rifle, presuming that's a complete
18  firearm.
19    Q   You were asked various questions about the
20  receivers that are in front of you.
21    A   Yes.
22    Q   And by looking at the shape of the receiver,
23  for something you were able to determine what type of
24  caliber that the receiver would be suited for; is that
25  right?



Scott Pulaski

1    A    Potentially.

2    Q    Is that a yes?

3    A    **There's a variety of calibers that each**
4    **receiver is suited for.**

5    Q    So, for instance, you were asked about, I
6    believe, a lower receiver that would accept Glock
7    magazines; is that right?

8    A    **Yes.**

9    Q    And you were able to identify just by looking
10   at the receiver that it was likely to use Glock magazines;
11   is that right?

12   A    **Yes.**

13   Q    With no other information other than just
14   looking at the receiver itself?

15   A    **Based on the shape of the magazine well and**
16   **the angle that it's in.**

17   Q    You were asked about the M1 Garand and a gas
18   and bolt system that it used?

19   A    **Yes.**

20   Q    The M1 Garand predates the AK-47 by a long
21   time; right?

22   A    **Yes.**

23   Q    You mentioned the Beretta AR-100.  Do you
24   remember that?

25   A    **I do.**

1    Q    And you would agree that the AR-100 shares a
2    basic shape with AR-15 style rifles?

3    A    **Basic outline.**

4    Q    So, yes, a basic outline?

5    A    **Yes.**

6    Q    You were asked about a broom handle --

7    A    **Uh-huh (yes).**

8    Q    -- pistol, do you recall that?

9    A    **I do.**

10   Q    Do you own a broom handle pistol?

11   A    **I do.**

12   Q    Prior to PICA taking effect, did you sell
13   broom handle pistols at Piasa Armory?

14   A    **Occasionally, yes.  I bought mine from our**
15   **company.**

16   Q    How many have you sold?

17   A    **I believe we have had about six come through**
18   **over the years.**

19   Q    And that's since 2012 you sold six of that?

20   A    **Yes.**

21   Q    How many AR-15s have you sold since 2012?

22   A    **Many more than six.**

23   Q    How many?  Just give me your best estimate.

24   A    **Approximately 400 to 500 a year.**

25   Q    So since 2012, 500 times 10, just going

1    through 2022, that's 5,000?

2    A    **Approximately.**

3    Q    You were asked about the Norinco 86S.  Do you
4    recall that?

5    A    **Yes.**

6    Q    And the Norinco 86S looks like an AK?

7    A    **The receiver looks like an AK, but the rest of**
8    **the firearm looks nothing like an AK.**

9    Q    You were asked about a receiver that had an M4
10   marking on it.  Do you remember that?

11   A    **Yes.**

12   Q    There's something called an M4 carbine; right?

13   A    **There is.**

14   Q    And an M4 carbine is a carbine that's derived
15   from the M-16; right?

16   A    **Yes.**

17   Q    And the M-16 is derived from the AR-15?

18   A    **Yes.**

19   Q    So the M4 carbine -- In some instances, an M4
20   carbine can be an AR-15 style rifle; right?

21   A    **M4 carbine is specifically marked on the**
22   **firearm.  Colt, for example, uses that as a brand name or a**
23   **frontline name and their receivers are marked M4 carbine.**

24   Q    And that's an AR-15 style rifle.

25   A    **It's a variant of the AR-15.**

1    Q    You were asked about the H&K MR 566.  Do you
2    recall that?

3    A    **Yes.**

4    Q    And the 556 there refers to 556 caliber
5    ammunition?

6    A    **Typically.**

7    Q    And that 556 caliber ammunition is a common
8    type of ammunition for an AR-15?

9    A    **It is.**

10   Q    I think you were also asked about the Kel-Tec
11   SUB2000 Gen2.  Do you recall that?

12   A    **I didn't.  It's a generation, but yes.**

13   Q    And is the Kel-Tec SUB2000 a pistol caliber
14   carbine?

15   A    **It is a -- the Kel-Tec refers to it as**
16   **typically, yes.**

17   Q    What is a pistol caliber carbine?

18   A    **Usually pistol caliber carbines are rifle**
19   **length firearms, so 16-inch barrel or greater, that uses a**
20   **traditionally pistol caliber round.**

21   Q    The Beretta CX4 Storm, is that also a pistol
22   caliber carbine?

23   A    **It is.**

24   Q    I think you were handed a receiver as well and
25   you were asked about whether the receiver could be combined



1  with different parts to make it into an assault weapon as
2  defined under PICA.  Do you recall that?
3      A   Yes.
4      Q   The receiver itself, in order for someone to
5  combine it with other parts to bring it within the
6  definition of PICA, that person would have to know about
7  the particular parts that they are assembling; right?
8      A   The receiver itself is a banned part, because
9  it's a part that be used to assemble an assault weapon.
10     Q   Maybe I'm misremembering what you were talking
11 about earlier, but you were specifically testifying about a
12 receiver that could be used for a pistol that would not be
13 covered by PICA.  Do you recall that?
14     A   Right.
15     Q   And that same receiver could also be used and
16 combined with other parts to become a receiver for a rifle
17 with certain features that would bring it into PICA; right?
18     A   Potentially.
19     Q   So a person designing that, they would have to
20 know how to put the different parts together; right?
21     A   They would.
22     Q   And they would have to specifically choose
23 particular parts to combine with that receiver?
24     A   Yes.
25     Q   And in the course of doing that, they would

1  make choices about whether to combine specific parts to
2  reach a certain desired firearm at the end of the day;
3  right?
4      A   Yes.
5      Q   You were showed a couple of receivers and you
6  described them as standard AR-15 lowers.  Do you recall
7  that?
8      A   I don't recall that.
9      Q   I believe Mr. Maag may have used the phrase
10 standard AR-15 lowers.  Are you familiar with that
11 terminology?
12     A   I am.
13     Q   What is a standard AR-15 lower?
14     A   A standard AR-15 lower looks similar to this
15 on the outside, but is different on the internal dimensions
16 and magazine.
17     Q   Okay.  Is there a standard AR-15 lower in
18 front of you on the table?
19     A   No.
20     Q   But when Mr. Maag was using the term standard
21 AR-15 lower, you understood what he meant?
22     A   I did.
23     Q   And the "this" that you were just pointing to,
24 when you said it looks like this, that was the lower
25 receiver that uses Glock magazines; is that right?

1      A   Yes.
2      Q   You mentioned when you combined a lower
3  receiver and an upper receiver, one of which was from
4  Palmetto, do you recall that?
5      A   Yes.
6      Q   And they didn't exactly line up; is that
7  right?
8      A   Yes.
9      Q   And if a person were to combine those, the
10 lower receiver and the upper receiver, you said it wouldn't
11 safely function; is that right?
12     A   Correct.
13     Q   What did you mean?
14     A   The firearm may not function properly.  It
15 may -- Because there's an opening in the back, they could
16 have a pinch or safety point that they could get an
17 extremity into.
18         MR. WELLS:  Subject to my prior objections, I
19 don't have anything further at this time.
20         MR. MAAG:  You have the option to read this
21 transcript looking for typographical errors.  You cannot
22 change an answer, except for correcting a typographical
23 error.  You don't have to read it.  You can waive
24 signature.  But it's up to you.  I have no preference.
25         THE WITNESS:  What's the standard for such?

1          MR. MAAG:  It's whatever the witness wants to
2  do.
3          THE WITNESS:  I trust the court reporter.
4          MR. MAAG:  So you waive?
5          THE WITNESS:  I'll waive.
6          MR. MAAG:  Okay.  Thank you.
7          THE VIDEOGRAPHER:  This ends the
8  video-recorded deposition of Scott Pulaski.  We are going
9  off the record.  The time now is 6:04.
10
11         SIGNATURE WAIVED, BY AGREEMENT OF COUNSEL
12 AND WITNESS.
13
14         (Deposition was adjourned at 6:05 p.m.)
15
16
17
18
19
20
21
22
23
24
25



Scott Pulaski

1                    CERTIFICATE OF REPORTER

2

3          I, Jamie Jo Kinder, CCR No. 842, CSR No.

4    084.003306, do hereby certify that the witness whose

5    testimony appears in the foregoing deposition was duly

6    sworn by me; that the testimony of said witness was taken

7    by me to the best of my ability and thereafter reduced to

8    typewriting under my direction; that I am neither counsel

9    for, related to, nor employed by any of the parties to the

10   action in which this deposition was taken, and further that

11   I am not a relative or employee of any attorney or counsel

12   employed by the parties thereto, nor financially or

13   otherwise interested in the outcome of the action.

14

15   _____

16                    Certified Shorthand Reporter

17

18

19

20

21

22

23

24

25





Scott Pulaski

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.


Scott Pulaski

888-893-3767
www.lexitaslegal.com        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Scott Pulaski

888-893-3767
www.lexitaslegal.com   Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Scott Pulaski

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

LEXITAS

Scott Pulaski

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.


Scott Pulaski



888-893-3767
www.lexitaslegal.com   Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

LEXITAS

888-893-3767
www.lexitaslegal.com          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

Scott Pulaski

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Scott Pulaski

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

LEXITAS

Scott Pulaski

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Scott Pulaski



Scott Pulaski



Scott Pulaski



888-893-3767
www.lexitaslegal.com        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Scott Pulaski



Scott Pulaski



Scott Pulaski

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Scott Pulaski

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Scott Pulaski



Scott Pulaski

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Scott Pulaski

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.





# Exhibit B-1

**DEPOSITION
EXHIBIT**

## IN THE CIRCUIT COURT
## CRAWFORD COUNTY, ILLINOIS

| | |
|---|---|
| **JEREMY W. LANGLEY,** | ) |
| **TIMOTHY B. JONES and** | ) |
| **MATTHEW WILSON,** | ) |
| | ) |
| **v.** | ) **Case No.** |
| | ) |
| **BRENDAN KELLY, in his official** | ) |
| **capacity as Director of the Illinois** | ) |
| **State Police, and COLE PRICE SHANER,** | ) |
| **in his official capacity as States Attorney of** | ) |
| **Crawford County, Illinois,** | ) |
| | ) |
| **Defendants.** | ) |

## AFFIDAVIT OF SCOTT PULASKI

Comes now Scott Pulaski, being first sworn, and under penalties of perjury, states as

follows:

1. My name is Scott Pulaski. I am an owner of Piasa Armory, location in Alton, Illinois.

2. Piasa Armory is a Type 07 FFL, which is a firearm manufacturing and dealing license
   issued by the federal government. In addition, Piasa Armory holds a Class II Special
   Occupational Taxpayer endorsement, entitling it to manufacture most firearms regulated
   under the federal National Firearms Act. In addition, Piasa Armory is registered with the
   Illinois State police as a firearms dealer.

3. I am personally familiar with firearms, both historical and modern, as well as firearms
   regulations, both in Illinois and nationally, on account that ATF, the federally agency that
   licenses my business, makes me comply with all such laws, and provides me a
   publication listing the current ones.

Ex. A

4. In addition to being a firearms dealer, Piasa Armory and myself teach Illinois State Police certified concealed carry classes, both new and renewal.

5. I am also familiar with what is popular for sale and purchase with Illinois residents and citizens.

6. I am aware that this case was filed to challenge purported Public Act 102-1116, commonly called an gun and magazine ban.

7. I am aware that the Public Act purports to ban general possession and most transfers of magazines that hold over 10 rounds, for rifles and shotguns, and over 15 rounds for pistols.

8. That there is no realistic way to determine that a given firearm magazines is for a pistol, or for a rifle, as many rifles and pistols use the exact same magazine. For instance, many Kel-Tec 9mm rifles use Glock or Beretta magazines, which are often used in Glock and Beretta pistols, respectively. Likewise, many pistols use magazines originally used in rifles. In fact, even as a "firearms expert", I cannot discern a "rifle magazine" from a "pistol magazine" simply by looking at it.

9. In addition, the Public Act purports to require owners to register their subject firearms. Almost no states have firearm registration, it previously existed only briefly in Illinois, about 50 years ago, and was repealed because nobody complied with it. In the pre-20th Century era, I am unaware of any regulation on firearms analogous to registration.

10. In addition, the Public Act purports to ban revolving shotguns. These have existed since at least 1855, when Colt manufactured such items before the Civil War. Taurus sells such a firearm, which is commonly sold throughout the United States.

11. In addition, the ban outlaws shotguns with either pistol grips or detachable magazines. These shotguns are very popular and commonly owned, both for sporting and defense purposes.

12. In addition, the ban outlaws pistols with threaded barrels, magazines outside of the grip, large pistols, and the like. Again, these pistols are commonly owned and popular for sports and defense. In fact, pistols like these are used in the Olympic target shooting competition.

13. In addition, the ban outlaws common semi automatic rifles, like the AR-15, the Springfield M1A, and actually even the standard SKS and M1 Garand.

14. Both the standard Soviet SKS, as well as Chinese, Yugoslavian and Romanian SKS rifles can be, and many have been, converted to detachable magazine, and have a barrel shroud that can be held by the non firing hand.

15. Likewise, the M1 Garand can be, and has been, converted to detachable magazine configuration, with John Garand himself making such conversions to accept BAR magazines, and the Italian companies Beretta and Breda both making them into detachable magazine BM59 rifles. The M1 also has a wood barrel shroud.

16. In fact, nearly any semi automatic, bolt action, or lever action rifle can be converted into a detachable magazine semi automatic. In fact, John Browning's first machinegun, was a conversion of a Winchester Model 1892 lever action rifle into a machinegun.

17. The ban also includes the Colt AR15, and various other listed firearms, by make and model, along with "copycats". Other than by make and model marking, it is impossible for anyone to discern, objectively, whether a firearm is such a copycat, and no guidance is provided as to how much difference is required. For instance, the Colt AR15 used a

different size threaded front take down pin hole than most similar firearms.  Some have solid trigger groups, some do not.  Some have threaded pin holes, some use coil pins.  Some accept drop in trigger groups, some do not.  There are at least two sizes of trigger parts that might arguably fit into such rifles.  M1 Carbine trigger groups are mechanically similar to Colt AR15 groups.  The copycat ban is so vague that not even experts can discern what is a copycat.

18. The simple fact of the matter is, the very semi automatic firearms listed in the ban, are the either the most popular firearms in the United States, with literally tens of millions sold in the past few years, or simply, such as is the case with the Beretta 93 listed, not even a semi-automatic, rather, it is a machinegun version of the common Beretta 92 pistol.  Likewise, while cosmetically similar semi auto only models were made, with different model numbers, the AR10, as originally manufactured, is also a machinegun, as is and was the Beretta AR70, the Steyr AUG and the FN FAL  The entire ban is arbitrary and obviously written by people with no knowledge of firearms.

19. In addition, as to the ban on over 10 or over 15 round magazines, both are simply not in compliance with what is actually popular and on the market.  Since the Glock 17 of 1980, over 15 round magazines for pistols are common and the most popular.  Those with less than 15 rounds are generally historical and obsolete, with most, like the Walther P38, actually out of production.

20. As to rifle magazines, since 1941, when the U.S. Military adopted the M1 Carbine, fist 15 round, and later in 1944, 30 round magazines were standard.  In 1957, with the adoption of the M14, in the U.S., and the FN FAL in most western nations, 20 round magazines were standard for those rifles, as well as their U.S. commercially sold versions.  The M16

was designed in the late 1950s with a 20 round magazine, and sold commercially, in semi auto, in 1964 with a 20 round standard magazine. By the 1970s, 30 round magazines had become standard. Today, 28 to 35 round magazine are standard for self defense and target shooting rifles, for most semi automatic rifles sold in the U.S. today, nationwide, as well as the State of Illinois.

26.     As to the .50 BMG, it is also a commonly owned firearm and ammunition. It is commonly used for long range target shooting, with the ammunition being sold on the market since at least the 1920s, and firearms commonly available since at least the 1980s. Many long range records are held by .50 BMG sporting rifles.

27.     Rifles, with bore diameters of well over .50 inches have been commonly owned since will before the American Revolution. In fact, the standard British Brown Bess bore diameter during the American Revolution was .75 inches, of half again larger than the .50 BMG. .69 caliber firearms were commonly held and used after the Revolution by Americans, with .577 rifles standard from 1855 to about 1872.

28.     That the ban has made it impossible for me, and other licensed dealers, to sell or transfer to Illinois residents, what has been the most popular firearms and magazines in Illinois and the U.S. previously.

29.     In fact, due to various vague terms in the ban, many wholesalers are refusing to even ship replacement parts to Illinois addresses.

30.     In this ban is allowed to stand, the average Illinoisan will be limited to firearms designed in the 1890s and earlier, instead of modern firearms.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except

as to matters therein stated to be on information and belief and as to such matters the

undersigned certifies as aforesaid that he verily believes the same to be true.

Dated: 01/23/23

Scott Pulaski

# Exhibit B-2



## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CALEB BARNETT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:23-cv-209-SPM** |
| | ) | |
| **KWAME RAOUL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **DANE HARREL, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:23-cv-141-SPM** |
| | ) | |
| **KWAME RAOUL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **JEREMY W. LANGLEY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:23-cv-192-SPM** |
| | ) | |
| **BRENDAN KELLY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |



1

## STATEMENT PURSUATNT TO 28 USC 1746

1. My name is Scott Pulaski, I am over 21 years of age, under no legal disabilities, and make this sworn statement either under personal knowledge, or for historical matters, based upon my knowledge, training and education on the subject, including books relied on by others in the field that are accepted as authoritative.

2. I am an owner of a firearms store, licensed by both the State of Illinois, and the BATF, with a Type 07 Federal Firearms License and a Class II SOT, allowing me to deal in and manufacture firearms, including those regulated under the National Firearms Act.  I have been in this business many years, and operate what is likely the largest such store in Madison County.

3. I have studied firearms most of my life.

4. I have also collected, shot and studied firearms for years before owning a firearms dealer.

5. I have taught many firearms related classes, including teaching firearm self defense and concealed carry.

6. I am familiar with firearms generally, as well as the following models and kinds of firearms, as well as the magazines or other ammunition feeding devices they use:

      A. Beretta M 9 Pistol, and

      B. Beretta CX4 Storm rifle, and

      C. Remington Model 870,  including the DM variant and the Tac14 variant, and

      D. The Soviet AK47,

      E. The SKS rifle, including those with detachable magazines,

      F. The Walther K43, also known as the G43,

      G. The U.S. military issue M16 series,

2

    H.  The Colt AR15 series

    I.  The Check vz52 and vx58,

    J.  The m1 Garand,

    K.  The Beretta BM59,

    L.  The Browning Model 1919 series, including semiautomatic copies,

    M.  The Japanese Type 3 machinegun

    N.  M1 and M2 carbine.

    O.  the AR7

    P.  the AR17 and

    Q.  the AR24

7. I am also familiar with a brand of Vodka sold under the AK47 name, usually in a glass container more of less in the shape of an AK47 rifle.

8. That is it objectively impossible to determine whether a given magazine, feed strip, or other ammunition feeding device is for a rifle, shotgun, handgun or something else, simply by looking at the device.

9. For instance, the magazine for a Beretta M9 pistol is identical and interchangeable with that of the Beretta CX4 rifle. Likewise, many rifles use Glock pistol magazines, including the Kel-Tec, and Ruger sells rifles that use the same magazines as Glock pistol and Ruger pistols. A magazine that fits an AR15 or AK47 rifle will also fit a pistol of similar design, as well as firearms not classified as rifle, shotgun or pistol, such as the federal AOW category or other category.

10. The Remington 870 DM shotgun uses the same magazine as the non-shoulder fired Remington 870 Tac 14 DM.

3

11. U.S. M1 carbine magazines will fit rifle, pistol and other versions of said carbine interchangeably.

12. Other models of firearms I can think of off hand, which use magazines that can be and commonly are used in both rifles and pistols, as well as "other" firearms, are AK47 type magazines, AR15 type magazines, Luger magazines, 1911 magazines, Smith and Wesson 59 magazines, Ruger 10-22 magazines, Soviet PPS43 type magazines, Uzi type magazines, and Thompson model 1928 type magazines.

13. As to the named firearms in the Illinois ban, as I previously stated, I am familiar with both the AK, or Soviet Avotmat Kalahnikov series of rifles, which is a 1947 Soviet designed select fire shoulder fired weapon, that under federal law would be a machinegun. According to official Soviet propaganda, the firearm was designed by a wounded former Soviet army tank mechanic named Mikhail T. Kalashnikov. The firearm, and its actual derivatives, use an M1 Garand style gas and bolt system, a Remington Model 8 safety/selector, and are made from either machined or stamped steel components,

14. The SKS was designed by Sergey Gavrilovich Simonov, a Soviet weapons designer, and unlike the AK47 based designs, was actually designed in 1944, and first used in prototype form in the Ukraine by Belorussian troops in the Soviet Army also in 1944. The SKS operating system has nothing in common with the AK47, and instead, although some claim it to be a scaled down PTRS 14.5mm anti tank rifle, in fact it is a near complete copy of the Walther G43, aka K43 rifle of World War II, except the SKS usually comes with a fixed magazine, and in a 7.63x39mm Soviet Short chambering, as opposed to the 7.92x57mm Mauser chambering, and detachable magazine of the G43. An fixed

4

magazine SKS can be made into a detachable magazine SKS by simply taking out the trigger group and magazine, and replacing only the trigger group.

15. The G43 itself, is a product improved Tokarev gas system, lifted from the SVT series of rifles used by the Soviet Union, in 7.62x54R caliber.

16. The SKS is not, under any circumstances, a copy, close, derivative or based on an AK of any kind.

17. Neither is the Check vz58 or the German StG44 rifles, which also use completely different operating systems than the AK47, and were designed independently of the AK47.

18. Based strictly on the terms of the statute, I am unable to discern what is meant by "all AK types". For instance, would this include a .22 rifle made to look like an AK47? If an SKS is treated as an AK type, despite obviously not being one, I am unsure whether an M1 Garand, or a Ruger Mini 30, would also be so classified, as they use the same bolt and operating system style, despite being completely different firearms

19. As back the ban, it also generally prohibits *inter alia* "all AR Type", and states this includes the AR15, the Armalite M15 .22LR Carbine, the Beretta AR70 and the Rock River Arms AR47.

20. An AR15 is a patented model number of a rifle only made by Colt, that uses a direct impingement gas system, copied out of a Swedish AG42 rifle, also used by the French M1949 series of rifle, including the M49/56, except that the AR15 uses a rotary bolt. The AR15 also uses magazines designed for it, sometimes called STANAG magazines, that have become industry standard in the caliber.

5

21. The Armalite M15 .22LR Carbine is designed to LOOK LIKE, an early prototype AR15, circa about 1964, by is in a different caliber, has no gas system, and completely different operating system, and uses different magazines.

22. The Beretta AR70 has nothing in common with the AR15, except caliber, and while the AR15 is made from machined aluminum, the AR70 is made from largely stamped steel. No parts between the two interchange.

23. There is no such gun as the Rock River Arms AR47, but if that is intended to refer to the LAR-47, again, there are substantial differences, including caliber, magazine used and the general appearance.

24. In sum, there is no objective way that a person can determine whether or not a given magazine is a "handgun" magazine or a "rifle" magazine under the Act, as they are identical.

25. There is no objective way that a person can determine that any ammunition feeding device is for a rifle, shotgun, pistol or other firearm, without knowing its design history, possibly going back well over a century, and without knowing about every single firearm ever made that might use that assumption feeding device.

26. Likewise, there are no objective standards to determine whether a given firearm is an AK type, an AR type, or something else. In fact, even the listed examples are often times not within the parameters of what even most firearms experts would consider to be an AK type, like the SKS, of an AR type.

27. That I have read the Plaintiff's Motion for Partial Summary Judgment as to Counts IV and VI, and to the best of my knowledge, the facts set forth in this sworn statement, and

in that motion, are true and correct. The photographs depicted show what they are

labeled as correctly, and the descriptions contained in the motion are accurate.

28. If I were to testify in open court, I would testify consistently with this affidavit.

29. I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: 05/18/23

Scott Pulaski

# Exhibit B-3

Cover Page Only Due to Length

## State Laws and Published Ordinances – Illinois

Current through P.A. 102-557 and 102-662of the 2021 Session of the 102nd General Assembly.

**Office of the Attorney General**
100 West Randolph Street
Chicago, IL 60601
**Voice:** (312) 814-3000
http://www.illinoisattorneygeneral.gov/



**Chicago Field Division**
175 West Jackson Blvd., Suite
1500Chicago, IL 60604
**Voice:** (312) 846-7200
https://www.atf.gov/chicago-field-division



PROTECTING THE PUBLIC
SERVING OUR NATION

## Table of Contents

**Chapter 430 – Public Safety**
**Firearm Owners Identification Card Act**

Section 430 ILCS 65/1.1. Firearm defined; Firearm ammunition defined.
Section 430 ILCS 65/1.1. Firearm defined; Firearm ammunition defined.
Section 430 ILCS 65/2. Firearm Owner's Identification Card required; exceptions.
Section 430 ILCS 65/3. Transfer of firearms; records; exceptions.
Section 430 ILCS 65/3a. Reciprocal rights in Iowa, Missouri, Indiana, Wisconsin and Kentucky.
Section 430 ILCS 65/3.1 Firearm Transfer Inquiry Program.
Section 430 ILCS 65/3.1. Dial up system.
Section 430 ILCS 65/3.2. List of prohibited projectiles; notice to dealers.
Section 430 ILCS 65/4. Application for Firearm Owner's Identification Cards.
Section 430 ILCS 65/4. Application for Firearm Owner's Identification Cards.
Section 430 ILCS 65/5. Approval and renewal
Section 430 ILCS 65/5. Approval and renewal
Section 430 ILCS 65/6. Contents of Firearm Owner's Identification Card.
Section 430 ILCS 65/6. Contents of Firearm Owner's Identification Card.
Section 430 ILCS 65/7. Validity of Firearm Owner's Identification Card.
Section 430 ILCS 65/7.5 Email and Text Message Notifications
Section 430 ILCS 65/8. Grounds for denial and revocation.
Section 430 ILCS 65/8.1. Notifications to the Department of State Police.
Section 430 ILCS 65/8.2. Firearm Owner's Identification Card denial, suspension, or revocation.
Section 430 ILCS 65/8.2. Firearm Owner's Identification Card denial or revocation.
Section 430 ILCS 65/8.3. Suspension of Firearm Owner's Identification Card.
Section 430 ILCS 65/8.3. Suspension of Firearm Owner's Identification Card.
Section 430 ILCS 65/8.4 Cancellation of Firearm Owner's Identification Card
Section 430 ILCS 65/8.5 Illinois State Police to Monitor Databases for Firearms Prohibitors
Section 430 ILCS 65/9. Grounds for denial or revocation.
Section 430 ILCS 65/9.5. Revocation of Firearm Owner's Identification Card.
Section 430 ILCS 65/9.5. Revocation of Firearm Owner's Identification Card.
Section 430 ILCS 65/10. Appeal to Director; Hearing; Relief from firearm prohibitions.
Section 430 ILCS 65/11. Judicial review of final administrative decisions.
Section 430 ILCS 65/12. Transfer of firearms upon death of owner or incident to legal proceedings.
Section 430 ILCS 65/13. Acquisition or possession otherwise prohibited.
Section 430 ILCS 65/13.1. Preemption.
Section 430 IL.CS 65/13.2. Renewal; name, photograph, or address change; replacement card.

Section 430 ILCS 65/13.2. Renewal; name or address change; replacement card.

**Firearm Concealed Carry Act**

Section 430 ILCS 66/10.5 Electronic Concealed Carry Licenses

Section 430 ILCS 66/85. Background checks for sales.

**Firearms Restraining Order Act**

Section 430 ILCS 67/5. Definitions. [Effective until June 1, 2022]
Section 430 ILCS 67/5. Definitions. [Effective June 1, 2022]
Section 430 LCS 67/10. Commencement of action; procedure. [Effective until June 1, 2022]



DEPOSITION
EXHIBIT
3

Section 430 ILCS 67/10. Commencement of action; procedure. [Effective June 1, 2022]
Section 430 ILCS 67/15. Subject matter jurisdiction.
Section 430 ILCS 67/20. Jurisdiction over persons.
Section 430 ILCS 67/25. Process.
Section 430 ILCS 67/30. Service of notice of hearings.
Section 430 ILCS 67/35. Ex Parte orders and emergency hearings.
Section 430 ILCS 67/35 Ex parte orders and emergency hearings. [Effective until June 1, 2022]
Section 430 ILCS 67/35 Ex parte orders and emergency hearings. [Effective June 1, 2022]
Section 430 ILCS 67/40. Six month orders.
Section430 ILCS 67/40 Six-month orders. [Effective until June 1, 2022]
Section430 ILCS 67/40 Six-month orders. [Effective June 1, 2022]
Section 430 ILCS 67/45. Termination and renewal. [Effective June 1, 2022]
Section 430 ILCS 67/45 Termination and renewal. [Effective June 1, 2022]
Section 430 ILCS 67/50. Notice of orders.
Section 430 ILCS 67/55. Data maintenance by law enforcement agencies.
Section 430 ILCS 67/60. Filing of a firearms restraining order issued by another state.
Section 430 ILCS 67/65. Enforcement; sanctions for violation of order.
Section 430 ILCS 67/70. Non-Preclusion of remedies.
Section 430 ILCS 67/80. Expungement or sealing of order.

# Exhibit B-4

Cover Page Only Due to Length

DEPOSITION
EXHIBIT
4

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives
*Enforcement Programs and Services*



# ATF
## Federal Firearms Regulations
## Reference Guide

## 2014



ATF Publication 5300.4
Revised September 2014

Exhibit B-5

DEPOSITION
EXHIBIT

HOME     TRAINING     RANGE     LASER ENGRAVING     MORE ▼     618 433-2715

# Gunsmith Services



### Service by the Hour $80

Broken or missing pieces? Minor or major adjustments? Our staff can handle any service your firearm needs!
*pricing does not include parts



### Ultrasonic Cleaning $40

Get that firearm back to factory clean with our in depth ultrasonic cleaning.

Note: some finishes are not suitable for ultrasonic cleaning and will be hand cleaned.



### Scope or sight install $40

We've got the tools to mount and bore-sight your scopes or sights. Hitting the target is up to you!
*pricing does not include parts



### Quick Fixes $10

Get that screw unstuck, break free a castle nut, put on a flash hider. We can take care of the little jobs too, usually while you wait. Call ahead to check availability for this service.
*pricing does not include parts



### AR-15 Build Room $40

For $40 you can have access to our AR Build Room. All the tools included that you need to complete or modify your build.

 

COPYRIGHT © 2023 PIASA ARMORY - ALL RIGHTS RESERVED.

Home   Training   Range   Laser Engraving   Gunsmith   FFL Transfers   SHOP   Contact Us   Member Login

Exhibit B-6



DEPOSITION
EXHIBIT
6



**U.S. Department of Justice**

**Bureau of Alcohol, Tobacco,**
**Firearms and Explosives**
*Office of Enforcement Programs and Services*
*Office of Field Operations*

Washington, DC 20226
www.atf.gov

March 22, 2022

### OPEN LETTER TO ALL FEDERAL FIREARMS LICENSEES

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) recently examined devices commonly known as "forced reset triggers" (FRTs) and has determined that some of them are "firearms" and "machineguns" as defined in the National Firearms Act (NFA), and "machineguns" as defined in the Gun Control Act (GCA).

These particular FRTs are being marketed as replacement triggers for AR-type firearms. Unlike traditional triggers and binary triggers (sometimes referred to generally as "FRTs"), the subject FRTs do not require shooters to pull and then subsequently release the trigger to fire a second shot. Instead, these FRTs utilize the firing cycle to eliminate the need for the shooter to release the trigger before a second shot is fired. By contrast, some after-market triggers have similar components but also incorporate a disconnector or similar feature to ensure that the trigger must be released before a second shot may be fired and may not be machineguns.

Both the NFA and GCA regulate machineguns. "Machinegun" is defined under 26 U.S.C. § 5845(b) and 18 U.S.C. § 921(a)(23) as—

> Any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, *or combination of parts designed and intended, for use in converting a weapon into a machinegun,* and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person. (Emphasis added.)

ATF's examination found that some FRT devices allow a firearm to automatically expel more than one shot with a single, continuous pull of the trigger. For this reason, ATF has concluded that FRTs that function in this way are a combination of parts designed and intended for use in converting a weapon into a machinegun, and hence, ATF has classified these devices as a "machinegun" as defined by the NFA and GCA.

Accordingly, ATF's position is that any FRT that allows a firearm to automatically expel more than one shot with a single, continuous pull of the trigger is a "machinegun", and is accordingly subject to the GCA prohibitions regarding the possession, transfer, and transport of machineguns

**OPEN LETTER TO ALL FEDERAL FIREARMS LICENSEES** (cont.)

under 18 U.S.C. §§ 922(o) and 922(a)(4). They are also subject to registration, transfer, taxation, and possession restrictions under the NFA. *See* 26 U.S.C. §§ 5841, 5861; 27 CFR 479.101.

Under 26 U.S.C. § 5871, any person who violates or fails to comply with the provisions of the NFA may be fined up to $10,000 per violation and is subject to imprisonment for a term of up to ten years. Further, pursuant to 26 U.S.C. § 5872, any machinegun possessed or transferred in violation of the NFA is subject to seizure and forfeiture. Under 18 U.S.C. § 924(a)(2), any person who violates § 922(o) may be sent to prison for up to 10 years and fined up to $250,000 per person or $500,000 per organization.

Based on ATF's determination that the FRTs that function as described above are "machineguns" under the NFA and GCA, ATF intends to take appropriate remedial action with respect to sellers and possessors of these devices. Current possessors of these devices are encouraged to contact ATF for further guidance on how they may divest possession. If you are uncertain whether the device you possess is a machinegun as defined by the GCA and NFA, please contact your local ATF Field Office. You may consult the local ATF Office's webpage for office contact information.

Assistant Director
Enforcement Programs and Services

GEORGE LAUDER
Digitally signed by GEORGE LAUDER
Date: 2022.03.22 13:25:39 -04'00'

Assistant Director
Field Operations

Exhibit B-7

DEPOSITION EXHIBIT
7

# § 478.12 Definition of Frame or Receiver.

a. Except as otherwise provided in this section, the term "frame or receiver" means the following—

1. The term "frame" means the part of a handgun, or variants thereof, that provides housing or a structure for the component (i.e., sear or equivalent) designed to hold back the hammer, striker, bolt, or similar primary energized component prior to initiation of the firing sequence, even if pins or other attachments are required to connect such component (i.e., sear or equivalent) to the housing or structure.

2. The term "receiver" means the part of a rifle, shotgun, or projectile weapon other than a handgun, or variants thereof, that provides housing or a structure for the primary component designed to block or seal the breech prior to initiation of the firing sequence ( i.e., bolt, breechblock, or equivalent), even if pins or other attachments are required to connect such component to the housing or structure.

3. The terms "variant" and "variants thereof" mean a weapon utilizing a similar frame or receiver design irrespective of new or different model designations or configurations, characteristics, features, components, accessories, or attachments. For example, an AK–type firearm with a short stock (i.e., pistol grip) is a pistol variant of an AK–type rifle, an AR–type firearm with a short stock (i.e., pistol grip) is a pistol variant of an AR–type rifle, and a revolving cylinder shotgun is a shotgun variant of a revolver.

4. The following are nonexclusive examples that illustrate the above definitions:

   i. **Hinged or single framed revolvers:**
   The frame is the part of the revolver that provides a structure designed to hold the sear.

   Figure 1 to paragraph (a)(4)(i)

   

   ii. **Colt 1911, Beretta/Browning/FN Herstal/Heckler & Koch/Ruger/Sig Sauer/Smith & Wesson/Taurus hammer-fired semiautomatic pistols:**
   The frame is the lower portion of the pistol, or grip, that provides housing for the sear.

   Figure 2 to paragraph (a)(4)(ii)

   

   iii. **Glock variant striker-fired semiautomatic pistols:**
   The frame is the lower portion of the pistol, or grip, that provides housing for the sear.

Figure 3 to paragraph (a)(4)(iii)



iv. **Sig Sauer P250/P320 variant semiautomatic pistols:**
The frame is the internal removable chassis of the pistol that provides housing for the sear or equivalent component.

Figure 4 to paragraph (a)(4)(iv)



v. **Bolt action rifles:**
The receiver is the part of the rifle that provides a structure for the bolt.

Figure 5 to paragraph (a)(4)(v)



vi. **Break action, lever action, or pump action rifles and shotguns:**
The receiver is the part of the rifle or shotgun that provides housing for the bolt, breechblock, or equivalent.



Figure 6 to paragraph (a)(4)(vi)

vii. **AK variant firearms:**
The receiver is the part of the weapon that provides housing for the bolt.

Figure 7 to paragraph (a)(4)(vii)



viii. **Steyr AUG variant firearms:**
The receiver is the central part of the weapon that provides housing for the bolt.

Figure 8 to paragraph (a)(4)(viii)



ix. **Thompson machineguns and semiautomatic variants, and L1A1, FN FAL, FN FNC, MP38, MP40, and SIG 550 firearms, and HK machineguns and semiautomatic variants:**
The receiver is the upper part of the weapon that provides housing for the bolt.

Figure 9 to paragraph (a)(4)(ix)



x. **Sten, Sterling, and Kel-Tec SUB-2000 firearms:**
The receiver is the central part of the weapon, or tube, that provides housing for the bolt.

**b. Firearm muffler or silencer frame or receiver.**

The terms "frame" and "receiver" shall mean, in the case of a firearm muffler or firearm silencer, the part of the firearm, such as an outer tube or modular piece, that provides housing or a structure for the primary internal component designed to reduce the sound of a projectile ( i.e., baffles, baffling material, expansion chamber, or equivalent). In the case of a modular firearm muffler or firearm silencer device with more than one such part, the terms shall mean the principal housing attached to the weapon that expels a projectile, even if an adapter or other attachments are required to connect the part to the weapon. The terms shall not include a removable end cap of an outer tube or modular piece.

**c. Partially complete, disassembled, or nonfunctional frame or receiver.**

The terms "frame" and "receiver" shall include a partially complete, disassembled, or nonfunctional frame or receiver, including a frame or receiver parts kit, that is designed to or may readily be completed, assembled, restored, or otherwise converted to function as a frame or receiver, i.e., to house or provide a structure for the primary energized component of a handgun, breech blocking or sealing component of a projectile weapon other than a handgun, or internal sound reduction component of a firearm muffler or firearm silencer, as the case may be. The terms shall not include a forging, casting, printing, extrusion, unmachined body, or similar article that has not yet reached a stage of manufacture where it is clearly identifiable as an unfinished component part of a weapon ( e.g., unformed block of metal, liquid polymer, or other raw material). When issuing a classification, the Director may consider any associated templates, jigs, molds, equipment, tools, instructions, guides, or marketing materials that are sold, distributed, or possessed with the item or kit, or otherwise made available by the seller or distributor of the item or kit to the purchaser or recipient of the item or kit. The following are nonexclusive examples that illustrate the definitions:

**EXAMPLE 1 TO PARAGRAPH (C)—FRAME OR RECEIVER:**

A frame or receiver parts kit containing a partially complete or disassembled billet or blank of a frame or receiver that is sold, distributed, or possessed with a compatible jig or template is a frame or receiver, as a person with online instructions and common hand tools may readily complete or assemble the frame or receiver parts to function as a frame or receiver.

**EXAMPLE 2 TO PARAGRAPH (C)—FRAME OR RECEIVER:**

A partially complete billet or blank of a frame or receiver with one or more template holes drilled or indexed in the correct location is a frame or receiver, as a person with common hand tools may readily complete the billet or blank to function as a frame or receiver.

**EXAMPLE 3 TO PARAGRAPH (C)—FRAME OR RECEIVER:**
A complete frame or receiver of a weapon that has been disassembled, damaged, split, or cut into pieces, but not destroyed in accordance with paragraph (e), is a frame or receiver.

**EXAMPLE 4 TO PARAGRAPH (C)—NOT A RECEIVER:**
A billet or blank of an AR–15 variant receiver without critical interior areas having been indexed, machined, or formed that is not sold, distributed, or possessed with instructions, jigs, templates, equipment, or tools such that it may readily be completed is not a receiver.

**EXAMPLE 5 TO PARAGRAPH (C)—NOT A RECEIVER:**
A flat blank of an AK variant receiver without laser cuts or indexing that is not sold, distributed, or possessed with instructions, jigs, templates, equipment, or tools is not a receiver, as a person cannot readily fold the flat to provide housing or a structure for the primary component designed to block or seal the breech prior to initiation of the firing sequence.

d. **Multi-piece frame or receiver.**
The term "multi-piece frame or receiver" shall mean a frame or receiver that may be disassembled into multiple modular subparts, i.e., standardized units that may be replaced or exchanged. The term shall not include the internal frame of a pistol that is a complete removable chassis that provides housing for the energized component, unless the chassis itself may be disassembled. The modular subpart(s) identified in accordance with § 478.92 with an importer's or manufacturer's serial number shall be presumed, absent an official determination by the Director or other reliable evidence to the contrary, to be part of the frame or receiver of a weapon or device.

e. **Destroyed frame or receiver.**
The terms "frame" and "receiver" shall not include a frame or receiver that is destroyed. For purposes of these definitions, the term "destroyed" means that the frame or receiver has been permanently altered such that it may not readily be completed, assembled, restored, or otherwise converted to function as a frame or receiver. Acceptable methods of destruction include completely melting, crushing, or shredding the frame or receiver, or other method approved by the Director.

f.
1. **FRAME OR RECEIVER CLASSIFICATIONS BASED ON WHICH PART OF THE WEAPON WAS CLASSIFIED AS SUCH BEFORE APRIL 26, 2022.**
Except as provided in paragraph (f)(2) of this section, the terms "frame" and "receiver" shall include the specific part of a complete weapon, including variants thereof, determined (classified) by the Director to be defined as a firearm frame or receiver prior to April 26, 2022. Any such part that is identified with an importer's or manufacturer's serial number shall be presumed, absent an official determination by the Director or other reliable evidence to the contrary, to be the frame or receiver of the weapon. The following is a nonexclusive list of such weapons and the specific part determined by the Director to be the firearm frame or receiver as they existed on that date:

i. **AR-15/M-16 variant firearms:**
The receiver is the lower part of the weapon that provides housing for the trigger mechanism and hammer ( i.e., lower receiver).

Figure 11 to paragraph (f)(1)(i)



ii. **Ruger Mark IV pistol:**
The frame is the upper part of the weapon that provides housing for the bolt or breechblock.

Figure 12 to paragraph (f)(1)(ii)



iii. **Benelli 121 M1 Shotgun:**
The receiver is the lower part of the weapon that provides housing for the trigger mechanism.

Figure 13 to paragraph (f)(1)(iii)



iv. **Vickers/Maxim, Browning 1919, M2, and box-type machineguns and semiautomatic variants:**
The receiver is the side plate of the weapon that is designed to hold the charging handle.

Figure 14 to paragraph (f)(1)(iv)



**2.** **FRAME OR RECEIVER CLASSIFICATIONS OF PARTIALLY COMPLETE, DISASSEMBLED, OR NONFUNCTIONAL FRAMES OR RECEIVERS BEFORE APRIL 26, 2022.**

Prior determinations by the Director that a partially complete, disassembled, or nonfunctional frame or receiver, including a parts kit, was not, or did not include, a **"firearm frame or receiver"** under § 478.11, or **"frame or receiver"** under § 479.11 of this subchapter, as those terms were defined prior to April 26, 2022, shall not continue to be valid or authoritative after that date. Such determinations shall include those in which the Director determined that the item or parts kit had not yet reached a stage of manufacture to be, or include, a "firearm frame or receiver" under § 478.11, or "frame or receiver" under § 479.11 of this subchapter, as those terms were defined prior to April 26, 2022.

Exhibit B-8

DEPOSITION
EXHIBIT
S
PENGAD-Bayonne

# Shooter's Bible®

2nd EDITION

## GUIDE TO
# AR-15s

**A Comprehensive Guide to Modern Sporting Rifles and Their Variants**



- Photos, specifications, and prices
- Hundreds of models
- Sights, scopes, and accessories
- Details of the newest guns and options

**Doug Howlett
and Robb Manning**
Foreword by Tiger McKee

Copyright © 2016 by Doug Howlett and Robb Manning

Foreword copyright © 2016 by Tiger McKee

All rights reserved. No part of this book may be reproduced in any
manner without the express written consent of the publisher, except in the
case of brief excerpts in critical reviews or articles. All inquiries should be
addressed to Skyhorse Publishing, 307 West 36th Street, 11th Floor, New
York, NY 10018.

Skyhorse Publishing books may be purchased in bulk at special discounts
for sales promotion, corporate gifts, fund-raising, or educational purposes.
Special editions can also be created to specifications. For details,
contact the Special Sales Department, Skyhorse Publishing, 307 West 36th
Street, 11th Floor, New York, NY 10018 or info@skyhorsepublishing.com.

Skyhorse® and Skyhorse Publishing® are registered trademarks of
Skyhorse Publishing, Inc.®, a Delaware corporation.

Visit our website at www.skyhorsepublishing.com.

10 9 8 7 6 5 4 3

Library of Congress Cataloging-in-Publication Data is available on file.

Cover design by Brian Peterson

Print ISBN: 978-1-5107-1-097-9
Ebook ISBN: 978-1-5107-1-098-6

Printed in China

# CONTENTS

FOREWORD 8
INTRODUCTION 9

**CHAPTER 1**
HISTORY 14

**CHAPTER 2**
BREAKING DOWN THE AR 20

**CHAPTER 3**
NEW RIFLES 30

**CHAPTER 4**
AR RIFLE MODELS 51

**CHAPTER 5**
D-I-Y RIFLES 176

**CHAPTER 6**
OUTFITTING YOUR RIG 185

**CHAPTER 7**
THE SPORTING AR 203

**CHAPTER 8**
AR RIFLES: ULTIMATE HOME DEFENSE 211

**CHAPTER 9**
WHAT THE FUTURE HOLDS 219

**APPENDICES**

**APPENDIX I**
AR MANUFACTURERS 225

**APPENDIX II**
AMMUNITION MANUFACTURERS 227

**APPENDIX III**
OPTICS AND SIGHTS MANUFACTURERS 228

**APPENDIX IV**
AR ACCESSORIES AND SUPPLIERS 229

ACKNOWLEDGMENTS 230

# 1. History of the AR

Por all of its popularity among the military, law enforcement and civilian shooters today, the AR-15 almost never happened. Or at the very least, its development was almost grounded before it really got the chance to fly. Dissatisfied with the overall performance of the M14 rifle that was in service at the time, the Army in the 1950s sought the assistance of commercial gun manufacturers in developing a .22-caliber firearm capable of replacing it in combat.

As the military had crossed the bridge from a post-World War II era, the focus of many of the branches was on devising tactics, equipment and machinery capable of countering the nuclear capabilities of our new age Cold War enemies. Partially responsible for this task within the U.S. Army was the Operations Research Office, created after World War II. However, the ORO increasingly found itself attempting to solve non-nuclear related challenges prompted by our country's engagement in North Korea. One such concern, recounted in the late Edward C. Ezell's book, *The Great Rifle Controversy*, one of the most detailed and comprehensive examinations of military small arms development in the United States between the close of World War II and the early 1980s, was that "ORO investigators discovered that very little was known about the nature of inflicting wounds on the human body in combat."

As a result, the Infantry Division of ORO began to study the issue by analyzing more than 3 million casu-alties from World Wars I and II, as well as those that had occurred in Korea up to that point. For the first time, an analysis suggested that more soldiers were killed by randomly dispersed fire than carefully aimed shots, suggesting that a light-recoiling rifle that could rapidly launch multiple projectiles in a controlled, yet simultaneously spread pattern, could ultimately be more effective on the battlefield.

Following several years of studying the idea, the Continental Army Command (CONARC) decided to seek the development of a 5.56mm rifle. They reached out to both Winchester, owned by Olin, which now only manufactures the ammunition under that brand, and the ArmaLite Division of Fairchild Engine & Airplane Corp., which today is simply known as ArmaLite Inc. (But ironically no longer owns the trademark for the actual AR-15 name. More on that in a moment.)

## ARMALITE'S NEW CONCEPT RIFLE

According to a history of ArmaLite, Inc., recognizing that there had been little done in the way of advancing fundamental small arms design and function in the past 50 years, Fairchild executives president Richard S. Boutelle, a gun enthusiast, and Paul S. Cleveland, corporate secretary, wanted to focus on developing fine sporting arms for the commercial market with the hope that their work would catch the eyes of military leaders and provoke some interest. However, shortly after establishing the ArmaLite Division, the company was




⌃ Today's M4, an AR variant, is the top choice among many of our nation's military. Photo Credit: DoD Photos

invited by the U.S. Air Force to submit a rifle design that would replace the branch's survival rifle. Within a matter of weeks, ArmaLite submitted a rifle dubbed the AR-5 to the Air Force for evaluation. The rifle was built around the .22 Hornet. The Air Force adopted the rifle, which was officially designated the MA-1 Survival Rifle. This success forced the company to rethink its original decision to pursue the commercial market and instead, they changed course and focused exclusively on developing arms for the military.

From there, three people involved with ArmaLite came together to alter the course of modern firearms as we know them. According to ArmaLite, it was the idea of George Sullivan, a chief patent counsel for Lockheed Aircraft Corporation, to use the "latest technical advances in plastics and alloys" to build firearms that were lighter and more functional than then-available models. In fact, Sullivan, a tinkerer himself, had begun work on some of his ideas in his garage following World War II. Charles Dorchester directed and coordinated all of ArmaLite Division's development programs and would later go on to run the entire company. But perhaps most recognizable of the three whom would go on to change history and the one historical scholars credit for the birth of the AR platform was Eugene Stoner. Stoner, who had served as a Marine during the war and was considered an ordnance expert, was made chief engineer of the ArmaLite Division in 1954. He had been working on developing small arms independently since the war as well. It is Stoner's patents that "form the basis of much of ArmaLite's work," according to the company's historical records.

In 1955, the Army was looking to update or replace the service rifle of the time, the M1 Garand, and were considering two versions: Springfield Armory's T-44, merely an updated version of the Garand, and

the T-48, a version of the 7.62x51mm FN FAL, which was developed and manufactured by Fabrique Nationale de Herstal, known today primarily as FN Herstal. The FAL would ultimately go on to be adopted by as the primary service rifle used by many NATO coun-

tries including Belgium, Great Britain, Canada and Australia.

To compete with these firearms, Stoner took a totally new approach in firearms design of the day and created the AR-10. The first version of the AR-10 was made with aircraft grade aluminum receivers, keeping the weight down considerably from what it looked like it might weigh. In fact, empty, the rifle weighed less than 7 pounds. The receivers could be made from such lightweight material because the bolt locked into a steel extension that attached to the barrel, not directly in the receiver itself. Stocks, pistol grips and fore-ends were all plastic compared to the wood-grain furniture more common to guns of the day. Unfortunately, despite capturing the attention of more than a few military leaders intrigued by the firearm's unique design, the ArmaLite Division had gotten involved too late to adequately compete. An article that first appeared in the May 1962 issue of *American Rifleman* magazine noted that the initial AR-10 had also fallen prey to flaws with its original composite steel-aluminum barrel and a complicated flash suppressor.

According to Ezell, however, of those leaders intrigued by the AR-10's design included CONARC's commander, Gen. Willard G. Wyman. In 1957, Wyman personally asked Stoner to design a 5.56mm rifle for the Army similar to the AR-10. That scaled-down rifle would go on to become the AR-15.

The first AR-15s had steel barrels and an Army-developed BAR-type flash suppressor. And while Stoner's design has been called genius by many, the real genius may have been found in the engineer's ability to borrow features from a number of popular and proven European gun designs and combine them

⌄ In the form of the M16, the AR made its way into the hands of our military by 1963. Photo Credit: DoD Photos



⌃ Eugene Stoner, creator of the AR design.

in a single platform. The now-ubiquitous hinge design of the AR, not unlike that of a break-open shotgun, was similar to a design used in the Czech ZH or ZB 29 rifle and adopted in the FN. The rear sight was built into the rear of the carrying handle like the British EM 2, the hinged cover on the ejection port resembled that of the German Sturmgewehr 44, the locking system was similar to the one used in the Johns Semiautomatic Rifle from the 1940s and the straight stock, designed to better accommodate recoil and manage multiple shots, was similar to a number of auto and semi-auto rifle designs getting some play at the time, including as Ezell pointed out, the Harvey T25.

Stoner's gas operating system, which employed, and still does on direct impingement ARs, a tube beneath the front sight and directed gas back to the bolt in order to cycle rounds during firing, had been used in the both Swedish M42 Ljungman and the French MAS 1949.

"Stoner's achievement in the AR-15 was the combination of all of these ideas into an attractive package," wrote Ezell. Of course, once designed, the rifle still had to win favor with the military, a battle that almost ended the AR-15's prominent role in history right there.

To begin, ArmaLite was so small, it didn't have a full research facility or the staff to completely develop a fully tested prototype. Instead, they had to rely on military testers, many whom had their own prejudices against this new weapon and did it few favors to discover if it could actually serve soldiers well. There were some key leaders in the Army who simply didn't like the fact that the new gun hadn't been developed within the branch's own usual channels. Others simply didn't like the new configuration of the gun, much as some traditional-minded hunters view the firearm even today. Rain tests conducted on a test sample of the rifles originally suggested that shooting the guns with water in the barrels could result in burst barrels—something that was believed at the time to be "characteristic of high-velocity rifles having a bore diameter of less than .25 caliber," according to Ezell. ArmaLite strengthened the barrels in response, but still concerns over the hazard persisted. Arctic tests conducted on the rifles to determine how they would perform in freezing weather also proved disappointing to testers, though the Winchester .224 rifle still being considered

at the time also failed in this respect. In the end, the test board reviewing the new rifles suggested that a ".223 (5.56mm) round was not a suitable replacement for the 7.62 NATO round" and that development of a heavier .258 caliber (6.35mm) cartridge be pursued (Ezell). In light of the recommendations, Army Chief of Staff Gen. Maxwell Taylor ruled the branch would continue procuring the heavier and already NATO approved 7.62 M14 rifles.

## SECOND CHANCE

After all of the expense in developing the AR-15, it was a tough financial blow to a small company like Fairchild, which, struggling to make ends meet, had actually already begun to search for a company to which to license the production of both the AR-15 and the AR-10. The company had invested in the AR-15 project alone $1.45 million, an amount that by today's corporate standards would be fairly cheap but for any small company, then or now, could be a backbreaker. Fairchild decided to recoup some of the costs of the protracted project by selling the manufacturing and marketing rights to what was then called Colt's Patent Firearms Manufacturing Company, but is better known today simply as Colt's Manufacturing, LLC, or merely Colt. The company bought the rights to both firearms (a version of the AR-10 had already been sold to the Dutch and was being marketed in Southeast Asia where conflicts were erupting in what was then a little-known country called Vietnam) for $75,000 cash payment and a guarantee of a 4 ½ percent royalty on all future sales.

In *The Black Rifle: M16 Retrospective* by R. Blake Stevens and Edward C. Ezell, the authors note that at the time, Colt was also suffering financially as a result of dried up military and civilian markets following WWII. The company also hadn't retooled its manufacturing facilities in nearly a century. The Maryland-based firm of Cooper-MacDonald, which through one of its principles, Robert W. "Bobby" MacDonald already promoted the Dutch AR in Southeast Asia, worked with both ArmaLite and Colt and had been the connection that brought the sale of the ARs together. Interestingly, Cooper-MacDonald made more off the sale of the guns to Colt than

HISTORY OF THE AR



⌃ The first true military version of the AR-15, the M16, got its first full trial during the Vietnam War. Photo Credit: DoD Photos

Fairchild, netting $250,000 and a 1 percent royalty on all future guns sold.

MacDonald, who had extensive contacts in Southeast Asia and saw the AR-15 as an ideal gun for the "smaller statured" fighters of the region, immediately began marketing the gun in that part of the world and, under orders from Colt, to the U.S. military once again. They wanted to see the AR-15 given another chance.

Initially Army representatives refused. But Colt had better luck when they decided to bypass the branch and seek other military buyers. Ultimately, Air Force Vice Chief of Staff Gen. Curtis LeMay, who witnessed a demonstration of the guns, suggested that the Air Force test the AR-15 as a replacement for the M2 carbines used by its sentries. The tests proved positive and the Air Force placed an initial order for 8,500 rifles (Ezell). Sometimes it just takes that one lucky break to get the door to open wider than your foot and allow you to walk on through.

Studies by the Defense Department, who agreed to give the gun another look, also proved favorable, causing questions to be asked all the way up the chain of command as to why the disparity between the Army's original findings and the reports coming out about the gun then. Indeed, both Secretary of Defense Robert McNamara and even then President John F. Kennedy had questions. Ultimately, the Army was forced to reevaluate the rifle the result being in 1963 that the decision was made to end procurement of the M14. At the same time, McNamara ordered the purchase of 85,000 AR-15s for the Army and 19,000 for the Air Force, who was already using some of the guns, to begin the following year (Ezell).

The purchase was initially intended to be a one-time deal—enough to fill the gap until another weapons testing program was complete and a new firearm developed, but history proves that did not become the case. To meet demand for the growing conflict in Vietnam, the Army ordered more of the rifles and reclassified it as the M16.

## NOT DONE YET

Once the AR-15/M16 made its way to soldiers' hands and was finally being tested on the battlefield, problems began to arise. While the overall opinion was that most soldiers liked the overall design and concept of the rifle, its immediate popularity was hindered by a few problems operators encountered in the field—mainly the gun malfunctioning during combat. Reviews revealed several causes for this including ammunition that didn't function properly in the rifle because of its high-residue powder. The Army had insisted on a faster-burning ball-type powder for use in the field instead of the cleaner burning powder Stoner had used in developing the rifle because they wanted

HISTORY OF THE AR



≫ While the design of the M16 was generally well received by Vietnam-era soldiers, the model was not without its problems, primarily malfunctions when dirty.

HISTORY OF THE AR

to generate higher muzzle velocities. The Army also failed to secure chrome-lined barrels and chambers in the rifles, which resisted heat and fouling better as well as corrosion and pitting. Perhaps most egregiously ignored was the lack of proper cleaning supplies and quite simply a failure to properly train troops with the new rifle and enforce its frequent cleaning.

In fact, according to former long-distance AR competition shooter John Murphy, who has shot ARs extensively and studied their history, the original M16 was originally billed as a gun that didn't require much care or cleaning.

"The chamber on the .223 was not chrome plated. It got so hot that cases were sticking and with all of the gunk and powder, the gun would jam up," says Murphy. "The gun was marketed as one that didn't need cleaning, which was bunk. You have to always clean a gun." The cleaning of magazines was also found to be crucial as they would fill with grime and quit feeding rounds into the chamber during firing. Indeed when asked about how often he cleaned his M4, the military's modern, shorter version of the original M16 design, one recently retired Navy SEAL who has seen action in both Afghanistan and Iraq, said simply "every chance you get. Your life depends on it."

As more troops began carrying the new rifle into Vietnam, training and cleaning procedures—for both the rifle and its magazine—improved and with it, fewer reports of malfunctioning guns. In fact, the lack of proper cleaning seemed to fix much of what the initial concerns about the M16 were. Improvements in the propellant used in the military-issued ammunition also reduced reports of problems with the guns.

Over the years, the gun design has undergone a number of improvements and variations as requested by various branches of the military—and even by some civilian engineers and shooters—including the addition of: a forward assist, to aid in locking the bolt forward in rare instances when it fails to do so; flat-top receivers; heavier barrels; adjustable windage rear sights; selector switch functions that reduced full-auto firing to the firing of three-round bursts; a gas piston operating system as an option to the direct impingement design; and other minor tweaks including adjustments in stock length, thickness of barrels and stock design and functionality. Where the military design has wandered, the civilian market has followed.

One of the most notable changes in the rifle over time occurred with its rifling. Original models often had a 1-in-14-inch (1:14) or 1-in-12-inch (1:12) twist for use with the lighter 55-grain bullets used for combat at the time. This worked great for shooting targets under 300 yards and indeed, most combat engagement occurred at 100 yards or less, most often due to terrain features and limitations more so than an inability of the shooter. However, for long range shooting—ranges of out to 600 yards as was required in high-power competition matches or sniping—the gun was inadequate.



≫ Today, popularity of the AR among hunters is one of the driving forces behind the platform's high sales numbers.



To improve the M16's early performance, rifling in the barrel was changed to a 1:7 twist in order to better accommodate 62-grain bullets. »



The 1:12 twist was unable to stabilize longer, heavier bullets needed for long distance shooting.

In "The Making of a Match Rifle," originally published in the July 1999 issue of *American Rifleman* by former Shooting Editor Glenn M. Gilbert, the author recounts how improvements in this area evolved following the adoption by NATO of a standard 5.56mm round loaded with a heavier 62-grain bullet, and which was fired from a barrel with a 1:9 twist. That bullet was designed by FN. In response, "the Army quickly developed a copy of the 62-grain FN bullet and standardized it as the M855 in 1981."

The rifling in the barrel of M16 was soon tightened to a 1:7 twist in order to accommodate the heavier bullet as well as tracers that were planned for the newly rifled firearms. Over time, the twist rate and development of longer bullets in the 77-grain and 80-grain arena solved the long range dilemma and produced a rifle that both military sharpshooters and civilian competitors could come to rely on. And indeed, once those problems were solved, the AR became a preferred gun of many competitors such as John Murphy.

"The Marines were the first ones to successfully carry the ARs to Camp Perry in 1994, and they cleaned everyone's clock with the new twist rates and the longer bullets," says Murphy.

Gilbert sums the AR's evolution up in his article by writing, "The AR-15 has come a long way. Long derided as a plastic toy, it is now the benchmark in accuracy among semi-auto rifles." It is this mix of both short-range application and long-range accuracy, combined with the multiple levels of personalization and functionality that have many experts predicting that the heyday of the AR is indeed here.

This sentiment, in fact, is continuing forward along dual paths. While there are a number of competing—and darn good—tactical rifle platforms available (the FN SCAR, HK 416 and SIG 556xi are just a few that come immediately to mind), the U.S. Army, after a multi-year effort to find a suitable replacement for the M4 recently decided to scrap the search and commit to converting the M4 to M4A1s. The M4, successor variant of the M16, with a shorter barrel, flat top, collapsible stock and less weight, has been in use since 1994. While it has received periodic upgrades over the years, the transition to the M4A1, with a heavier barrel, full-auto firing capability and ambidextrous controls, is underway and should be complete by 2020 according to reports by the *Army Times*. From a military perspective at least, this move cements the continuation of the AR's place as the weapon of choice for many of our nation's servicemen and women on the battlefield.

Despite criticisms of the platform's ability to perform without malfunctioning in sandy or dirty environments, an *Army Times* article cites testing data that showed "today's M4 and M4A1 indicate a 98.3 percent probability of completing a mission with a basic ammunition load (209 rounds) without failure." To those supporters cheering on a new small-arms alternative to the AR, the Army scrapped the effort to find a replacement after determining that all of the potential replacements didn't provide sufficient improvements over current performance levels . . . particularly not enough to justify the additional cost it would take to swap out the entire branch's shoulder-fired weapons.

On the civilian front, increasing acceptance by competitive shooters, driven in large part by 3Gun competitors, and certainly hunters, who continue to embrace the platform, are driving high-end performance features on some models and more hunt-friendly features and broader caliber offerings on others. This latter development has been one of the most visible in recent years as manufacturers seek to keep rifles moving off shelves even as buying patterns settle into more stable, yet realistic numbers following the boom years of 2008–09 and 2012–13. But more on that later in the book.

HISTORY OF THE AR

# 4. AR Rifle Models

Following is undoubtedly the most comprehensive listing of current AR-style rifle models available in print or on the web, though it is by no means exhaustive. The knowledgeable reader will no doubt find a favorite small manufacturer or favorite model of gun not listed here. Some companies simply have so many guns, it was impractical to list them all. Others were, for inexplicable reasons other than they were too busy, unable to respond to the authors' requests for information and photography, didn't have adequate information available on their websites (some had no websites) or they themselves didn't even have detailed information on their firearm models available. And admittedly, with so many small gunmakers coming into the fold—and just as quickly falling back out of it, capturing every manufacturer is a target even a custom-built AR couldn't hit.

Speaking of custom builders, many, if they did not make predetermined firearm packages, were not included, but are listed in appendices of this book. Likewise, even AR manufacturers whose firearms are not listed in this chapter are at least listed in an appendix at the back of this book. Please check out GuidetoARs.com frequently for updates on gun listings that were missed in this book, previews of new ARs and accessories coming to the market, tips on getting better performance out of your rifle and for detailed reviews on new AR models coming to a store shelf near you. Also, if you are an AR manufacturer and were not listed, please make us aware of your company and its offerings. Contact us through GuidetoARs.com where we will be happy to include your gun models or accessories and will know how to reach you more directly when working on the next edition of *The Shooter's Bible Guide to AR-15s*.

## 2VETS ARMS
### 2VA BRAVO

**Action**: semi-auto
**Stock**: B5 Systems
**Barrel**: 16-in. 4140 CMOV barrel, 1:7
**Sights**: A2 front sight base
**Weight**: N/A
**Caliber**: .556
**Magazine**: N/A
**Features**: Arms 7075-T6 billet side charged upper receiver.
**MSRP**: . . . . . . . . . . . . . . . . . **$1,300**

### 2VA SOPMOD

**Action**: semi-auto
**Stock**: B5 Systems
**Barrel**: 16-in. 416R stainless steel barrel, 1:7 RH twist
**Sights**: N/A
**Weight**: N/A
**Caliber**: 5.56
**Magazine**: N/A
**Features**: 7075-T6 billet side charged upper receiver, 7075-T6 billet lower receiver, ALG Defense GI fire controls, carbine gas system, 10-in. quad rail.
**MSRP**: . . . . . . . . . . . . . . . . . **$1,499**

## 2VA NATO GENESIS SERIES

**Action**: semi-auto
**Stock**: B5 Systems
**Barrel**: 13.7-in. barrel, B.E. Meyers 249 flash hider
**Sights**: N/A
**Weight**: N/A
**Caliber**: .556
**Magazine**: N/A
**Features**: 2VA 7075 billet A4 upper, 2VA 7075 billet lower, ambi charging handle, M-LOK rail.
**MSRP**: . . . . . . . . . . . . . . . . . **$1,575**

### 2VA .308 SPECIAL PURPOSE RIFLE

**Action**: semi-auto
**Stock**: B5 Systems Bravo
**Barrel**: 18-in., 1:10 RH twist, full fluted 416R stainless match-grade barrel w/ black Nitride finish
**Sights**: N/A
**Weight**: 7 lb. 13 oz.
**Caliber**: .308
**Magazine**: N/A
**Features**: 7075-T6 matched set billet receivers, ambidextrous side charging system, ambidextrous safety selector, two-stage trigger from Geissele Automatics (G2S-E), B5 Systems Bravo collapsible buttstock, 14-in. P3R lightweight free-float rail, 18-in. full fluted 416R stainless match-grade barrel with black Nitride finish.
**MSRP**: . . . . . . . . . . . . . . . . . **$1,875**

### 2VA ALPHA

**Action**: semi-auto
**Stock**: B5 SOPMOD Alpha stock, BCM Gunfighter grip
**Barrel**: 16-in. 416R stainless steel match barrel with full flutes
**Sights**: N/A
**Weight**: N/A
**Caliber**: 5.56
**Magazine**: N/A
**Features**: Arms 7075-T6 billet side charged upper receiver, 7075 forged lower receiver, mid-length gas system, Geissele SSA fire controls, KNS anti-rotation pins, Battle Arms Development ambi selector, Phase 5 enhanced side charged compatible BAD lever, 13-in. KeyMod compatible free-float rail.
**MSRP**: . . . . . . . . . . . . . . . . . **$1,875**

**AR RIFLE MODELS**

# APPENDIX I—AR MANUFACTURERS

2 Vets Arms
www.2vetsarms.com

556 Tactical LLC
www.556tactical.com

**A**
Accurate Armory
www.accuratearmory.com

Adams Arms
www.adamsarms.net

Adcor Defense
www.adcordefense.com

Aero Precision
www.Aeroprecisionusa.com

Alexander Arms
www.Alexanderarms.com

Alex Pro Firearms
www.apfarmory.com

American Spirit Arms
www.americanspiritarms.com

American Tactical Imports
www.americantactical.us

American Firearms Manufacturing
www.afmco.com

Anderson Manufacturing
www.andersonrifles.com

AR57 Center
www.57center.com

Ares Arms
www.aresarms.com

Ares Defense
www.aresdefense.com

Arsenal Democracy
www.arsenaldemocracy.com

ArmaLite
www.armalite.com

Armscor
www.armscor.com

Arms Tech Ltd
www.armstechltd.com

Astra Arms
www.astra-arms.ch

AXTS Weapons
www.axtsweapons.com

**B**
Barnes Precision
www.usamade-ar15parts.com

Barrett
www.barrett.net

Battle Born
www.battlebornusa.com

Battle Rifle Company
www.battleriflecompany.com

Bazooka Brothers
www.bazookabrothers.com

BCI Defense
www.bcidefense.com

Black Heart International
www.bhigear.com

Black Rain Ordnance
www.blackrainordnance.com

Black Dawn Armory
www.blackdawnguns.com

Bradley Arms
www.bradleyarms.com

Bravo Company USA
www.bravocompanyusa.com

Bushmaster
www.bushmaster.com

**C**
Chattahoochee Gun Works
www.c-gw.com

Christensen Arms
www.christensenarms.com

Christian Armory Works
www.christianarmoryworks.com

CMMG
www.cmmginc.com

Colt Competition Rifles
www.coltcompetitionrifle.com

Colt Firearms
www.colt.com

Compass Lake Engineering
www.compasslake.com

**D**
Daniel Defense
www.deztacticalarms.com

Del-Ton
www.del-ton.com

DEZ Tactical
www.deztacticalarms.com

Diamondback Firearms
www.diamondbackfirearms.com

Double Star
www.star15.com

DPMS
www.dpmsinc.com

Dragon Fire Armory
www.dragonfirearmory.com

Dreadnaught Industries
www.dreadnaught-industries.com

DSA Arms
www.dsarms.com

**E**
Edward Arms
www.edwardarms.com

Erathr3
www.erathr3.com

**F**
Firebird Precision
www.firebirdprecision.com

Fulton Armory
www.fulton-armory.com

FNH USA ***Now FN America****
www.fnamerica.com

Franklin Armory
www.franklinarmory.com

**G**
GAR Arms
www.gar-arms.com

**H**
Hatcher Gun Company
www.hatchergun.com

Head Down Products
www.hdfirearms.com

Hera Arms
www.hera-arms.com

High Standard Firearms
www.highstandard.com

HM Defense
www.hmdefense.com

Heckler & Koch
www.hk-usa.com

Hogan Guns
www.hoganguns.com

Huldra Arms
www.huldraarms.com

**I**
Integrity Arms
www.customar15.net

Invincible Arms
www.invinciblearms.com

Iron Ridge Guns
www.ironridgeguns.com

**J**
JARD, Inc.
www.jardinc.com

Jesse James Firearms
www.jjfu.com

JP Rifles
www.jprifles.com

**K**
Kaufmann Tactical Firearms
www.kt-firearms.com

KE Arms
www.kearms.com

Knights Armament
www.knightarmco.com

**L**
Lancer Systems
www.lancer-systems.com

Larue Tactical
www.larue.com

Les Baer
www.lesbaer.com

Lewis Machine and Tool
www.lewismachine.net

LWRC
www.lwrci.com

**M**
MGI Military
www.mgi-military.com

MHT Defense
www.mhtdefense.com

Midwest Industries
www.midwestindustriesinc.com

MMC Armory
www.mmcarmory.com

Mohawk Armory
www.mohawkarmory.com

Mossberg
www.mossberg.com

**N**
NEMO Arms
www.nemoarms.com

Noveske Rifleworks
www.noveske.com

**O**
Olympic Arms
www.olyarms.com

**P**
Palmetto State Defense
www.palmettostatedefense.com

Patriot Ordnance Factory (POF)
www.pof-usa.com

PEC Armory
www.pecarmory.com

Personal Defense Warehouse
www.pdwarehouse.com

Precision Firearms
www.precisionfirearms.com

Precision Reflex
www.precisionreflex.com

Primary Weapons Systems
www.primaryweapons.com

**Q**
Quality Arms
www.qualityarmsidaho.com

Quentin Defense
www.quentindefense.com

**R**
Radical Firearms
www.radicalfirearms.com

Ranger Proof
www.rangerproof.com

Rebel Arms
www.rebelarms.com

Red X Arms
www.shop.redxarms.com

Remington Arms
www.remington.com

R Guns
www.rguns.net

RIP Tactical
www.rip-tactical.com

RND Manufacturing
www.rndrifles.com

Rock River Arms
www.rockriverarms.com

Ruger
www.ruger.com

**S**
Savannah River Armory
www.savannahriverarmory.com

Schmeisser Germany
www.schmeisser-germany.de

Seekins Precision
www.seekinsprecision.com

SLR15 Rifles
www.slr15rifles.com

Sharps Rifle Company
www.srcarms.com

SI Defense
www.si-defense.com

Signature Manufacturing
www.signaturemanufactures.com

**APPENDIX I**

Sig Sauer
www.sigsauer.com

Sionics Weapon Systems
www.sionicsweaponsystems.com

Smith & Wesson
www.smith-wesson.com

Specialized Dynamics
www.specializeddynamics.com

Specialized Tactical Systems
www.specializedtactical.com

Spikes Tactical
www.spikestactical.com

Stag Arms
www.stagarms.com

Sterling Arsenal
www.sterlingarsenal.com

Stubborn Mule Outdoor Supply
www.smosarms.com

Surplus Ammo and Arms
www.surplusammo.com

Superior Arms
www.superiorarms.com

S.W.O.R.D. International
www.sword-int.com

**T**
Tactical Arms Manufacturer
www.tacticalarmsmfr.com

Tactical Firearms Solutions
www.tfsarms.com

Teppo Jutsu
www.teppojutsu.com

Texas Black Rifle Company
www.tbrci.com
Texas Custom Guns

www.texascustomguns.net

Thor Global Defense
www.thorgdg.com

TNW Firearms
www.tnwfirearms.com

TR Enabling
www.tr-enabling.com

Trident Arms
www.tridentarms.us

**U**
USA Tactical Firearms
www.usatf.us

**V**
Valkyrie Armament
www.beltfedar.com

Vltor Weapon Systems
www.vltor.com

Vidalia Police Supply
www.kavodcustom.com

**W**
War Sport Industries
www.warsport-us.net

Wilson Combat
www.wilsoncombat.com

Windham Weaponry
www.windhamweaponry.com

**X**
Xtreme Machining
www.xtrememachining.biz

**Y**
Yankee Hill Machine
www.yhm.net

**APPENDIX I**

Sports/Shooting

US $19.99/Can $26.99

# THE MOST RECENT INFORMATION
# AND SPECS ON THE POPULAR AR-15 RIFLE

There's no denying the popularity and intense fascination with AR-15s among fire-arms enthusiasts today. Interest has grown rapidly over the past decade, spurred by the versatility of modern sporting rifles in addition to increased performance. Here, inside the most comprehensive source to date in a newly updated second edition, is Doug Howlett and Robb Manning's expert approach to everything from the intriguing history of the AR to breaking down the weapon piece by piece, choosing ammuni-tion, and even building your own gun.

In this complete book of AR-style firearms, you can peruse the products of all manu-facturers, learn about the evolution of the AR from its uses in the military in the 1960s as well as gain essential knowledge on the parts and functions of the rifle. Also in-cluded are chapters on customizing and accessorizing ARs, and much more.

**DOUG HOWLETT** is an award-winning editor and writer who grew up hunting and shooting. He began his writing career as a newspaper reporter before combining his passions for writ-ing and the outdoors at the National Rifle Association, where he worked as assistant editor of *American Hunter* magazine. He has served as editor-in-chief of *Turkey Call* magazine at the National Wild Turkey Federation, as well as deputy editor at *Outdoor Life* magazine in New York City. It was on a hunt he covered for *Outdoor Life* that he discovered the absolute thrill of hunting with modern tactical rifles.

**ROBB MANNING** grew up in southern Wisconsin before enlisting in the US Marine Corps, where he served for nearly eleven years. During this time, he developed a passion and knowl-edge for firearms of all types. Robb has been writing professionally since 2010, and his work has appeared in *AR Guns & Hunting*, *Predator Xtreme*, *Gun Digest*, and *Modern Shooter*. He currently has two reoccurring columns in *On Wisconsin Outdoors* newspaper and is the author of the *Glock Quick Reference Guide* and the current editor of *Gun World* magazine.



**ALSO AVAILABLE**

**Skyhorse Publishing, Inc.**
**New York, New York**
**www.skyhorsepublishing.com**

Cover design by Brian Peterson
Printed in China



ISBN-10: 1-5107-1097-3
ISBN-13: 978-1-5107-1097-9

51999

9 781510 710979





**Bills & Resolutions**

**Compiled Statutes**

**Public Acts**

**Legislative Reports**

**IL Constitution**

**Legislative Guide**

**Legislative Glossary**

**Search By Number
(example: HB0001)**

Go  <u>Search Tips</u>

**Search By Keyword**

Go
<u>Search Tips</u>

<u>Advanced Search</u>





## Illinois Compiled Statutes

**<u>ILCS Listing</u>   <u>Public Acts</u>   <u>Search</u>   <u>Guide</u>   <u>Disclaimer</u>**

**Information maintained by the Legislative Reference Bureau**
Updating the database of the Illinois Compiled Statutes (ILCS) is an ongoing
process. Recent laws may not yet be included in the ILCS database, but they are
found on this site as <u>Public Acts</u> soon after they become law. For information
concerning the relationship between statutes and Public Acts, refer to the <u>Guide</u>.

Because the statute database is maintained primarily for legislative drafting
purposes, statutory changes are sometimes included in the statute database before
they take effect. If the source note at the end of a Section of the statutes includes a
Public Act that has not yet taken effect, the version of the law that is currently in
effect may have already been removed from the database and you should refer to
that Public Act to see the changes made to the current law.

(720 ILCS 5/24-1.9)
   Sec. 24-1.9. Manufacture, possession, delivery, sale, and
purchase of assault weapons, .50 caliber rifles, and .50 caliber
cartridges.
   (a) Definitions. In this Section:
   (1) "Assault weapon" means any of the following, except as
provided in subdivision (2) of this subsection:
      (A) A semiautomatic rifle that has the capacity to
accept a detachable magazine or that may be readily modified
to accept a detachable magazine, if the firearm has one or
more of the following:
         (i) a pistol grip or thumbhole stock;
         (ii) any feature capable of functioning as a
      protruding grip that can be held by the non-trigger
      hand;
         (iii) a folding, telescoping, thumbhole, or
      detachable stock, or a stock that is otherwise foldable
      or adjustable in a manner that operates to reduce the
      length, size, or any other dimension, or otherwise
      enhances the concealability of, the weapon;
         (iv) a flash suppressor;
         (v) a grenade launcher;
         (vi) a shroud attached to the barrel or that
      partially or completely encircles the barrel, allowing
      the bearer to hold the firearm with the non-trigger
      hand without being burned, but excluding a slide that
      encloses the barrel.
      (B) A semiautomatic rifle that has a fixed magazine
   with the capacity to accept more than 10 rounds, except for
   an attached tubular device designed to accept, and capable
   of operating only with, .22 caliber rimfire ammunition.
      (C) A semiautomatic pistol that has the capacity to
   accept a detachable magazine or that may be readily modified
   to accept a detachable magazine, if the firearm has one or
   more of the following:
         (i) a threaded barrel;
         (ii) a second pistol grip or another feature
      capable of functioning as a protruding grip that can be
      held by the non-trigger hand;
         (iii) a shroud attached to the barrel or that

partially or completely encircles the barrel, allowing the bearer to hold the firearm with the non-trigger hand without being burned, but excluding a slide that encloses the barrel;

(iv) a flash suppressor;

(v) the capacity to accept a detachable magazine at some location outside of the pistol grip; or

(vi) a buffer tube, arm brace, or other part that protrudes horizontally behind the pistol grip and is designed or redesigned to allow or facilitate a firearm to be fired from the shoulder.

(D) A semiautomatic pistol that has a fixed magazine with the capacity to accept more than 15 rounds.

(E) Any shotgun with a revolving cylinder.

(F) A semiautomatic shotgun that has one or more of the following:

(i) a pistol grip or thumbhole stock;

(ii) any feature capable of functioning as a protruding grip that can be held by the non-trigger hand;

(iii) a folding or thumbhole stock;

(iv) a grenade launcher;

(v) a fixed magazine with the capacity of more than 5 rounds; or

(vi) the capacity to accept a detachable magazine.

(G) Any semiautomatic firearm that has the capacity to accept a belt ammunition feeding device.

(H) Any firearm that has been modified to be operable as an assault weapon as defined in this Section.

(I) Any part or combination of parts designed or intended to convert a firearm into an assault weapon, including any combination of parts from which an assault weapon may be readily assembled if those parts are in the possession or under the control of the same person.

(J) All of the following rifles, copies, duplicates, variants, or altered facsimiles with the capability of any such weapon:

(i) All AK types, including the following:

(I) AK, AK47, AK47S, AK-74, AKM, AKS, ARM, MAK90, MISR, NHM90, NHM91, SA85, SA93, Vector Arms AK-47, VEPR, WASR-10, and WUM.

(II) IZHMASH Saiga AK.

(III) MAADI AK47 and ARM.

(IV) Norinco 56S, 56S2, 84S, and 86S.

(V) Poly Technologies AK47 and AKS.

(VI) SKS with a detachable magazine.

(ii) all AR types, including the following:

(I) AR-10.

(II) AR-15.

(III) Alexander Arms Overmatch Plus 16.

(IV) Armalite M15 22LR Carbine.

(V) Armalite M15-T.

(VI) Barrett REC7.

(VII) Beretta AR-70.

(VIII) Black Rain Ordnance Recon Scout.

(IX) Bushmaster ACR.

(X) Bushmaster Carbon 15.

(XI) Bushmaster MOE series.

(XII) Bushmaster XM15.

(XIII) Chiappa Firearms MFour rifles.

(XIV) Colt Match Target rifles.

                    (XV) CORE Rifle Systems CORE15 rifles.
                    (XVI) Daniel Defense M4A1 rifles.
                    (XVII) Devil Dog Arms 15 Series rifles.
                    (XVIII) Diamondback DB15 rifles.
                    (XIX) DoubleStar AR rifles.
                    (XX) DPMS Tactical rifles.
                    (XXI) DSA Inc. ZM-4 Carbine.
                    (XXII) Heckler & Koch MR556.
                    (XXIII) High Standard HSA-15 rifles.
                    (XXIV) Jesse James Nomad AR-15 rifle.
                    (XXV) Knight's Armament SR-15.
                    (XXVI) Lancer L15 rifles.
                    (XXVII) MGI Hydra Series rifles.
                    (XXVIII) Mossberg MMR Tactical rifles.
                    (XXIX) Noreen Firearms BN 36 rifle.
                    (XXX) Olympic Arms.
                    (XXXI) POF USA P415.
                    (XXXII) Precision Firearms AR rifles.
                    (XXXIII) Remington R-15 rifles.
                    (XXXIV) Rhino Arms AR rifles.
                    (XXXV) Rock River Arms LAR-15 or Rock River
            Arms LAR-47.
                    ↔ (XXXVI) Sig Sauer SIG516 rifles and MCX
            rifles.
                    (XXXVII) Smith & Wesson M&P15 rifles.
                    (XXXVIII) Stag Arms AR rifles.
                    (XXXIX) Sturm, Ruger & Co. SR556 and AR-556
            rifles.
                    (XL) Uselton Arms Air-Lite M-4 rifles.
                    (XLI) Windham Weaponry AR rifles.
                    (XLII) WMD Guns Big Beast.
                    (XLIII) Yankee Hill Machine Company, Inc.
            YHM-15 rifles.
            (iii) Barrett M107A1.
            (iv) Barrett M82A1.
            (v) Beretta CX4 Storm.
            (vi) Calico Liberty Series.
            (vii) CETME Sporter.
            (viii) Daewoo K-1, K-2, Max 1, Max 2, AR 100, and
            AR 110C.
            (ix) Fabrique Nationale/FN Herstal FAL, LAR, 22
            FNC, 308 Match, L1A1 Sporter, PS90, SCAR, and FS2000.
            (x) Feather Industries AT-9.
            (xi) Galil Model AR and Model ARM.
            (xii) Hi-Point Carbine.
            (xiii) HK-91, HK-93, HK-94, HK-PSG-1, and HK USC.
            (xiv) IWI TAVOR, Galil ACE rifle.
            (xv) Kel-Tec Sub-2000, SU-16, and RFB.
            (xvi) SIG AMT, SIG PE-57, Sig Sauer SG 550, Sig
            Sauer SG 551, and SIG MCX.
            (xvii) Springfield Armory SAR-48.
            (xviii) Steyr AUG.
            (xix) Sturm, Ruger & Co. Mini-14 Tactical Rifle
            M-14/20CF.
            (xx) All Thompson rifles, including the
            following:
                    (I) Thompson M1SB.
                    (II) Thompson T1100D.
                    (III) Thompson T150D.
                    (IV) Thompson T1B.
                    (V) Thompson T1B100D.

```
            (VI) Thompson T1B50D.
            (VII) Thompson T1BSB.
            (VIII) Thompson T1-C.
            (IX) Thompson T1D.
            (X) Thompson T1SB.
            (XI) Thompson T5.
            (XII) Thompson T5100D.
            (XIII) Thompson TM1.
            (XIV) Thompson TM1C.
        (xxi) UMAREX UZI rifle.
        (xxii) UZI Mini Carbine, UZI Model A Carbine, and
    UZI Model B Carbine.
        (xxiii) Valmet M62S, M71S, and M78.
        (xxiv) Vector Arms UZI Type.
        (xxv) Weaver Arms Nighthawk.
        (xxvi) Wilkinson Arms Linda Carbine.
    (K) All of the following pistols, copies, duplicates,
variants, or altered facsimiles with the capability of any
such weapon thereof:
        (i) All AK types, including the following:
            (I) Centurion 39 AK pistol.
            (II) CZ Scorpion pistol.
            (III) Draco AK-47 pistol.
            (IV) HCR AK-47 pistol.
            (V) IO Inc. Hellpup AK-47 pistol.
            (VI) Krinkov pistol.
            (VII) Mini Draco AK-47 pistol.
            (VIII) PAP M92 pistol.
            (IX) Yugo Krebs Krink pistol.
        (ii) All AR types, including the following:
            (I) American Spirit AR-15 pistol.
            (II) Bushmaster Carbon 15 pistol.
            (III) Chiappa Firearms M4 Pistol GEN II.
            (IV) CORE Rifle Systems CORE15 Roscoe pistol.
            (V) Daniel Defense MK18 pistol.
            (VI) DoubleStar Corporation AR pistol.
            (VII) DPMS AR-15 pistol.
            (VIII) Jesse James Nomad AR-15 pistol.
            (IX) Olympic Arms AR-15 pistol.
            (X) Osprey Armament MK-18 pistol.
            (XI) POF USA AR pistols.
            (XII) Rock River Arms LAR 15 pistol.
            (XIII) Uselton Arms Air-Lite M-4 pistol.
        (iii) Calico pistols.
        (iv) DSA SA58 PKP FAL pistol.
        (v) Encom MP-9 and MP-45.
        (vi) Heckler & Koch model SP-89 pistol.
        (vii) Intratec AB-10, TEC-22 Scorpion, TEC-9, and
    TEC-DC9.
        (viii) IWI Galil Ace pistol, UZI PRO pistol.
        (ix) Kel-Tec PLR 16 pistol.
        (x) All MAC types, including the following:
            (I) MAC-10.
            (II) MAC-11.
            (III) Masterpiece Arms MPA A930 Mini Pistol,
        MPA460 Pistol, MPA Tactical Pistol, and MPA Mini
        Tactical Pistol.
            (IV) Military Armament Corp. Ingram M-11.
            (V) Velocity Arms VMAC.
        (xi) Sig Sauer P556 pistol.
```

(xii) Sites Spectre.

(xiii) All Thompson types, including the following:

(I) Thompson TA510D.

(II) Thompson TA5.

(xiv) All UZI types, including Micro-UZI.

(L) All of the following shotguns, copies, duplicates, variants, or altered facsimiles with the capability of any such weapon thereof:

(i) DERYA Anakon MC-1980, Anakon SD12.

(ii) Doruk Lethal shotguns.

(iii) Franchi LAW-12 and SPAS 12.

(iv) All IZHMASH Saiga 12 types, including the following:

(I) IZHMASH Saiga 12.

(II) IZHMASH Saiga 12S.

(III) IZHMASH Saiga 12S EXP-01.

(IV) IZHMASH Saiga 12K.

(V) IZHMASH Saiga 12K-030.

(VI) IZHMASH Saiga 12K-040 Taktika.

(v) Streetsweeper.

(vi) Striker 12.

(2) "Assault weapon" does not include:

(A) Any firearm that is an unserviceable firearm or has been made permanently inoperable.

(B) An antique firearm or a replica of an antique firearm.

(C) A firearm that is manually operated by bolt, pump, lever or slide action, unless the firearm is a shotgun with a revolving cylinder.

(D) Any air rifle as defined in Section 24.8-0.1 of this Code.

(E) Any handgun, as defined under the Firearm Concealed Carry Act, unless otherwise listed in this Section.

(3) "Assault weapon attachment" means any device capable of being attached to a firearm that is specifically designed for making or converting a firearm into any of the firearms listed in paragraph (1) of this subsection (a).

(4) "Antique firearm" has the meaning ascribed to it in 18 U.S.C. 921(a)(16).

(5) ".50 caliber rifle" means a centerfire rifle capable of firing a .50 caliber cartridge. The term does not include any antique firearm, any shotgun including a shotgun that has a rifle barrel, or any muzzle-loader which uses black powder for hunting or historical reenactments.

(6) ".50 caliber cartridge" means a cartridge in .50 BMG caliber, either by designation or actual measurement, that is capable of being fired from a centerfire rifle. The term ".50 caliber cartridge" does not include any memorabilia or display item that is filled with a permanent inert substance or that is otherwise permanently altered in a manner that prevents ready modification for use as live ammunition or shotgun ammunition with a caliber measurement that is equal to or greater than .50 caliber.

(7) "Detachable magazine" means an ammunition feeding device that may be removed from a firearm without disassembly of the firearm action, including an ammunition feeding device that may be readily removed from a firearm with the use of a bullet, cartridge, accessory, or other tool, or any other object that functions as a tool, including a bullet or cartridge.

(8) "Fixed magazine" means an ammunition feeding device that is permanently attached to a firearm, or contained in and not

removable from a firearm, or that is otherwise not a detachable magazine, but does not include an attached tubular device designed to accept, and capable of operating only with, .22 caliber rimfire ammunition.

(b) Except as provided in subsections (c), (d), and (e), on or after the effective date of this amendatory Act of the 102nd General Assembly, it is unlawful for any person within this State to knowingly manufacture, deliver, sell, import, or purchase or cause to be manufactured, delivered, sold, imported, or purchased by another, an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge.

(c) Except as otherwise provided in subsection (d), beginning January 1, 2024, it is unlawful for any person within this State to knowingly possess an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge.

(d) This Section does not apply to a person's possession of an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge device if the person lawfully possessed that assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge prohibited by subsection (c) of this Section, if the person has provided in an endorsement affidavit, prior to January 1, 2024, under oath or affirmation and in the form and manner prescribed by the Illinois State Police, no later than October 1, 2023:

(1) the affiant's Firearm Owner's Identification Card number;

(2) an affirmation that the affiant: (i) possessed an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge before the effective date of this amendatory Act of the 102nd General Assembly; or (ii) inherited the assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge from a person with an endorsement under this Section or from a person authorized under subdivisions (1) through (5) of subsection (e) to possess the assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge; and

(3) the make, model, caliber, and serial number of the .50 caliber rifle or assault weapon or assault weapons listed in paragraphs (J), (K), and (L) of subdivision (1) of subsection (a) of this Section possessed by the affiant prior to the effective date of this amendatory Act of the 102nd General Assembly and any assault weapons identified and published by the Illinois State Police pursuant to this subdivision (3). No later than October 1, 2023, and every October 1 thereafter, the Illinois State Police shall, via rulemaking, identify, publish, and make available on its website, the list of assault weapons subject to an endorsement affidavit under this subsection (d). The list shall identify, but is not limited to, the copies, duplicates, variants, and altered facsimiles of the assault weapons identified in paragraphs (J), (K), and (L) of subdivision (1) of subsection (a) of this Section and shall be consistent with the definition of "assault weapon" identified in this Section. The Illinois State Police may adopt emergency rulemaking in accordance with Section 5-45 of the Illinois Administrative Procedure Act. The adoption of emergency rules authorized by Section 5-45 of the Illinois Administrative Procedure Act and this paragraph is deemed to be necessary for the public interest, safety, and welfare.

The affidavit form shall include the following statement printed in bold type: "Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form

is a violation of the Firearm Owners Identification Card Act."

In any administrative, civil, or criminal proceeding in this State, a completed endorsement affidavit submitted to the Illinois State Police by a person under this Section creates a rebuttable presumption that the person is entitled to possess and transport the assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge.

Beginning 90 days after the effective date of this amendatory Act of the 102nd General Assembly, a person authorized under this Section to possess an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge shall possess such items only:

(1) on private property owned or immediately controlled by the person;

(2) on private property that is not open to the public with the express permission of the person who owns or immediately controls such property;

(3) while on the premises of a licensed firearms dealer or gunsmith for the purpose of lawful repair;

(4) while engaged in the legal use of the assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge at a properly licensed firing range or sport shooting competition venue; or

(5) while traveling to or from these locations, provided that the assault weapon, assault weapon attachment, or .50 caliber rifle is unloaded and the assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge is enclosed in a case, firearm carrying box, shipping box, or other container.

Beginning on January 1, 2024, the person with the endorsement for an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge or a person authorized under subdivisions (1) through (5) of subsection (e) to possess an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge may transfer the assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge only to an heir, an individual residing in another state maintaining it in another state, or a dealer licensed as a federal firearms dealer under Section 923 of the federal Gun Control Act of 1968. Within 10 days after transfer of the weapon except to an heir, the person shall notify the Illinois State Police of the name and address of the transferee and comply with the requirements of subsection (b) of Section 3 of the Firearm Owners Identification Card Act. The person to whom the weapon or ammunition is transferred shall, within 60 days of the transfer, complete an affidavit required under this Section. A person to whom the weapon is transferred may transfer it only as provided in this subsection.

Except as provided in subsection (e) and beginning on January 1, 2024, any person who moves into this State in possession of an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge shall, within 60 days, apply for a Firearm Owners Identification Card and complete an endorsement application as outlined in subsection (d).

Notwithstanding any other law, information contained in the endorsement affidavit shall be confidential, is exempt from disclosure under the Freedom of Information Act, and shall not be disclosed, except to law enforcement agencies acting in the performance of their duties.

(e) The provisions of this Section regarding the purchase or possession of assault weapons, assault weapon attachments, .50 caliber rifles, and .50 cartridges, as well as the provisions of this Section that prohibit causing those items to be purchased

or possessed, do not apply to:

(1) Peace officers, as defined in Section 2-13 of this Code.

(2) Qualified law enforcement officers and qualified retired law enforcement officers as defined in the Law Enforcement Officers Safety Act of 2004 (18 U.S.C. 926B and 926C) and as recognized under Illinois law.

(3) Acquisition and possession by a federal, State, or local law enforcement agency for the purpose of equipping the agency's peace officers as defined in paragraph (1) or (2) of this subsection (e).

(4) Wardens, superintendents, and keepers of prisons, penitentiaries, jails, and other institutions for the detention of persons accused or convicted of an offense.

(5) Members of the Armed Services or Reserve Forces of the United States or the Illinois National Guard, while performing their official duties or while traveling to or from their places of duty.

(6) Any company that employs armed security officers in this State at a nuclear energy, storage, weapons, or development site or facility regulated by the federal Nuclear Regulatory Commission and any person employed as an armed security force member at a nuclear energy, storage, weapons, or development site or facility regulated by the federal Nuclear Regulatory Commission who has completed the background screening and training mandated by the rules and regulations of the federal Nuclear Regulatory Commission and while performing official duties.

(7) Any private security contractor agency licensed under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004 that employs private security contractors and any private security contractor who is licensed and has been issued a firearm control card under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004 while performing official duties.

The provisions of this Section do not apply to the manufacture, delivery, sale, import, purchase, or possession of an assault weapon, assault weapon attachment, .50 caliber rifle, or .50 caliber cartridge or causing the manufacture, delivery, sale, importation, purchase, or possession of those items:

(A) for sale or transfer to persons authorized under subdivisions (1) through (7) of this subsection (e) to possess those items;

(B) for sale or transfer to the United States or any department or agency thereof; or

(C) for sale or transfer in another state or for export.

This Section does not apply to or affect any of the following:

(i) Possession of any firearm if that firearm is sanctioned by the International Olympic Committee and by USA Shooting, the national governing body for international shooting competition in the United States, but only when the firearm is in the actual possession of an Olympic target shooting competitor or target shooting coach for the purpose of storage, transporting to and from Olympic target shooting practice or events if the firearm is broken down in a nonfunctioning state, is not immediately accessible, or is unloaded and enclosed in a firearm case, carrying box, shipping box, or other similar portable container designed for the safe transportation of firearms, and when the Olympic target shooting competitor or target shooting coach is engaging in those practices or events. For the purposes

of this paragraph (8), "firearm" has the meaning provided in Section 1.1 of the Firearm Owners Identification Card Act.

(ii) Any nonresident who transports, within 24 hours, a weapon for any lawful purpose from any place where the nonresident may lawfully possess and carry that weapon to any other place where the nonresident may lawfully possess and carry that weapon if, during the transportation, the weapon is unloaded, and neither the weapon nor any ammunition being transported is readily accessible or is directly accessible from the passenger compartment of the transporting vehicle. In the case of a vehicle without a compartment separate from the driver's compartment, the weapon or ammunition shall be contained in a locked container other than the glove compartment or console.

(iii) Possession of a weapon at an event taking place at the World Shooting and Recreational Complex at Sparta, only while engaged in the legal use of the weapon, or while traveling to or from that location if the weapon is broken down in a nonfunctioning state, is not immediately accessible, or is unloaded and enclosed in a firearm case, carrying box, shipping box, or other similar portable container designed for the safe transportation of firearms.

(iv) Possession of a weapon only for hunting use expressly permitted under the Wildlife Code, or while traveling to or from a location authorized for this hunting use under the Wildlife Code if the weapon is broken down in a nonfunctioning state, is not immediately accessible, or is unloaded and enclosed in a firearm case, carrying box, shipping box, or other similar portable container designed for the safe transportation of firearms. By October 1, 2023, the Illinois State Police, in consultation with the Department of Natural Resources, shall adopt rules concerning the list of applicable weapons approved under this subparagraph (iv). The Illinois State Police may adopt emergency rules in accordance with Section 5-45 of the Illinois Administrative Procedure Act. The adoption of emergency rules authorized by Section 5-45 of the Illinois Administrative Procedure Act and this paragraph is deemed to be necessary for the public interest, safety, and welfare.

(v) The manufacture, transportation, possession, sale, or rental of blank-firing assault weapons and .50 caliber rifles, or the weapon's respective attachments, to persons authorized or permitted, or both authorized and permitted, to acquire and possess these weapons or attachments for the purpose of rental for use solely as props for a motion picture, television, or video production or entertainment event.

Any person not subject to this Section may submit an endorsement affidavit if the person chooses.

(f) Any sale or transfer with a background check initiated to the Illinois State Police on or before the effective date of this amendatory Act of the 102nd General Assembly is allowed to be completed after the effective date of this amendatory Act once an approval is issued by the Illinois State Police and any applicable waiting period under Section 24-3 has expired.

(g) The Illinois State Police shall take all steps necessary to carry out the requirements of this Section within by October 1, 2023.

(h) The Department of the State Police shall also develop and implement a public notice and public outreach campaign to promote awareness about the provisions of this amendatory Act of the 102nd General Assembly and to increase compliance with this Section.

(Source: P.A. 102-1116, eff. 1-10-23.)

Home | Legislation & Laws | House | Senate | My Legislation | Disclaimers | Email



This site is maintained for the Illinois General Assembly by the
Legislative Information System, 705 Stratton Building, Springfield, Illinois 62706
Contact ILGA Webmaster

Exhibit B-10



DEPOSITION
EXHIBIT
10

# State of Illinois



## Assault Weapon Identification Guide

### As listed or described in Illinois Compiled Statutes 720 ILCS 5/24-1.9

The purpose of this guide is to assist Law Enforcement Officers, Firearms Dealers, and the general public in the identification of assault weapons, as defined in the recently enacted Protect Illinois Communities Act.  The Illinois State Police has prepared this guide in accordance with 720 ILCS 5/24-1.9(d)(3).

**Version 2023.10.01**

## Table of Contents

Section (a) Definitions.................................................................................................................Page 3

Section (a)(1)(A) Semiautomatic rifles (defined features).............................................................Page 3

Section (a)(1)(B) Semiautomatic rifles with fixed magazines........................................................Page 7

Section (a)(1)(C) Semiautomatic pistols (defined features)..........................................................Page 8

Section (a)(1)(D) Semiautomatic pistols with fixed magazines......................................................Page 12

Section (a)(1)(E) Any shotgun with a revolving cylinder...............................................................Page 13

Section (a)(1)(F) Semiautomatic shotguns (defined features)......................................................Page 14

Section (a)(1)(G) Semiautomatic firearms with feed belts...........................................................Page 16

Section (a)(1)(H) Firearms modified to be assault weapons.........................................................Page 17

Section (a)(1)(I) Parts and combinations of parts.......................................................................Page 18

Section (a)(1)(J)(i) AK-type rifles..............................................................................................Page 19

Other AK-type rifles, as defined in Section (a)(1)(A) ...................................................................Page 25

Section (a)(1)(J)(ii) AR-type rifles.............................................................................................Page 27

Other AR-type rifles, as defined in Section (a)(1)(A) ...................................................................Page 39

Other semiautomatic rifles as listed in Section (a)(1)(J)...............................................................Page 43

Section (a)(1)(K)(i) AK-type pistols...........................................................................................Page 56

Other AK-type pistols, as defined in Section (a)(1)(C)..................................................................Page 59

Section (a)(1)(K)(i) AR-type pistols...........................................................................................Page 61

Other AR-type pistols, as defined in Section (a)(1)(C)..................................................................Page 65

Other semiautomatic pistols as listed in Section (a)(1)(K).............................................................Page 68

Section (a)(1)(L) Shotguns.......................................................................................................Page 79

Features Flowchart – Rifles......................................................................................................Page 83

Features Flowchart – Pistols.....................................................................................................Page 84

Features Flowchart – Shotguns.................................................................................................Page 85

| (a) Definitions. In this Section: |
|---|
| **(1) "Assault weapon" means any of the following…** |
| **(A)** A semiautomatic rifle that has the capacity to accept a detachable magazine or that may be readily modified to accept a detachable magazine, if the firearm has one or more of the following: |
| Red arrows point to the prohibited feature. Images depict representative examples of the prohibited feature; other configurations exist. |

| **(A)(i) a pistol grip or thumbhole stock;** | | |
|---|---|---|
| (A)(i) | pistol grip |  |
| (A)(i) | thumbhole stock | |

| **(A)(ii) any feature capable of functioning as a protruding grip that can be held by the non-trigger hand;** | | |
|---|---|---|
| (A)(ii) | Protruding grip |  |

**(A)(iii) a folding, telescoping, thumbhole, or detachable stock, or a stock that is otherwise foldable or adjustable in a manner that operates to reduce the length, size, or any other dimension, or otherwise enhances the concealability of, the weapon;**

| (A)(iii) | Folding stock |  |
| --- | --- | --- |
| (A)(iii) | Telescoping stock |  |

4



| (A)(iii) | Thumbhole stock | |
|---|---|---|
| | | Pictured: US M1 Carbine with folding "paratrooper" stock (folded in lower image) |
| (A)(iii) | Detachable stock | |

### (A)(iv) a flash suppressor;

| (A)(iv) | Flash suppressor | |
|---|---|---|

### (A)(v) a grenade launcher;

| (A)(v) | Grenade launcher | |
|---|---|---|

**(A)(vi)** a shroud attached to the barrel or that partially or completely encircles the barrel, allowing the bearer to hold the firearm with the non-trigger hand without being burned, but excluding a slide that encloses the barrel.

| (A)(vi) | Shroud | |
|---|---|---|
| | |  |

**(B) A semiautomatic rifle that has a fixed magazine with the capacity to accept more than 10 rounds, except for an attached tubular device designed to accept, and capable of operating only with, .22 caliber rimfire ammunition.**

| (B) | Fixed magazine, capacity of more than 10 rounds | |
|---|---|---|
| | |  |
| | | Pictured: SKS with fixed, 20 round capacity magazine. |

**(C)** A semiautomatic pistol that has the capacity to accept a detachable magazine or that may be readily modified to accept a detachable magazine, if the firearm has one or more of the following:

**(C)(i)** a threaded barrel;

| C)(i) | Threaded barrel |  |
|---|---|---|

**(C)(ii)** a second pistol grip or another feature capable of functioning as a protruding grip that can be held by the non-trigger hand;

| (C)(ii) | Second pistol grip (or other protruding grip) |  |
|---|---|---|

**(C)(iii) a shroud attached to the barrel or that partially or completely encircles the barrel, allowing the bearer to hold the firearm with the non-trigger hand without being burned, but excluding a slide that encloses the barrel;**

| (C)(iii) | Shroud |  |
|---|---|---|

**(C)(iv) a flash suppressor;**

| (C)(iv) | Flash suppressor |  |
|---|---|---|

**(C)(v) the capacity to accept a detachable magazine at some location outside of the pistol grip; or**

| (C)(v) | Capacity to accept a detachable magazine at some location outside of the pistol grip |  |
|---|---|---|

**(C)(vi) a buffer tube, arm brace, or other part that protrudes horizontally behind the pistol grip and is designed or redesigned to allow or facilitate a firearm to be fired from the shoulder.**

| (C)(vi) | Buffer tube | |
|---|---|---|
| (C)(vi) | Arm brace | |

| (C)(vi) | Other part that protrudes horizontally behind pistol grip |  |

**(D) A semiautomatic pistol that has a fixed magazine with the capacity to accept more than 15 rounds.**

| (D) | Fixed magazine with capacity to accept more than 15 rounds |  |
|-----|-----|-----|
| | | Pictured:  Mauser, C96 "Broomhandle" (w/ fixed 20 round magazine) |

### (E) Any shotgun with a revolving cylinder.

| (E) | A revolving cylinder | |
|---|---|---|
| | |  |
| | | Pictured: SRM Arms SRM 1216 |

**(F) A semiautomatic shotgun that has one or more of the following:**

**(F)(i) a pistol grip or thumbhole stock;**

| (F)(i) | Thumbhole stock | |
|---|---|---|

**(F)(ii) any feature capable of functioning as a protruding grip that can be held by the non-trigger hand;**

| (F)(ii) | Feature capable of functioning as protruding grip | |
|---|---|---|

**(F)(iii) a folding or thumbhole stock;**

| (F)(iii) | Folding stock | |
|---|---|---|
| (F)(iii) | Thumbhole stock | |



### (F)(iv) a grenade launcher;

| (F)(iv) | Grenade launcher |  |

Pictured: Saiga 12 gauge semiautomatic shotgun with 37 mm flare launcher attached under the barrel. Grenade launcher will look similar.

### (F)(v) a fixed magazine with the capacity of more than 5 rounds; or

| (F)(v) | Fixed magazine with capacity of more than 5 rounds |  |

Pictured: Tavor TS12 – three fixed magazine tubes, each holding up to five   2 ¾" 12 gauge shells

### (F)(vi) the capacity to accept a detachable magazine.

| (F)(vi) | Capacity to accept a detachable magazine |  |

**(G) Any semiautomatic firearm that has the capacity to accept a belt ammunition feeding device.**

| (G) | Any semiautomatic firearm that has capacity to accept a belt ammunition feeding device |  |
|---|---|---|

Pictured: Belt-fed, semiautomatic, RPD rifle

### (H) Any firearm that has been modified to be operable as an assault weapon as defined in this Section.

| (H) | Any firearm that has been modified to be operable as an assault weapon [as defined by 720 ILCS 5/24-1.9 (a)(1)] |  Unmodified Ruger, model 10/22 (not restricted)<br><br> Ruger, model 10/22, with aftermarket collapsible stock, pistol grip, and large capacity magazine (restricted) |
| --- | --- | --- |

**(I) Any part or combination of parts designed or intended to convert a firearm into an assault weapon, including any combination of parts from which an assault weapon may be readily assembled if those parts are in the possession or under the control of the same person.**

| (I) | Combination of parts designed or intended to convert a firearm into an assault weapon. | |
|---|---|---|



Semiautomatic SKS Rifle with fixed, ten-round capacity magazine (not restricted on its own)



Combination of parts: Semiautomatic SKS rifle, plus pistol grip collapsible stock, plus detachable magazine, plus flash suppressor (combination of parts is restricted)



Semiautomatic SKS with above listed parts installed (restricted)

18

## Statutory List of Restricted AK Types

**(J) All of the following rifles, copies, duplicates, variants, or altered facsimiles with the capability of any such weapon:**

**(i) All AK types, including the following:**

**(J)(i)(I) AK, AK47, AK47S, AK-74, AKM, AKS, ARM, MAK90, MISR, NHM90, NHM91, SA85, SA93, Vector Arms AK-47, VEPR, WASR-10, and WUM.**

In each instance, a representative image is provided; however, these firearms may be found in various configurations.



| (J)(i)(I) | AK | |
|---|---|---|
| | | "AK" is a general term for a class of rifles based on the original Kalashnikov-designed AK-47, an example of which is pictured here. |
| (J)(i)(I) | AK47 | |
| (J)(i)(I) | AK47S | |
| | | "S" variants of the AK series of rifle have a downward folding stock. Pictured is an AKS-47 rifle. |



| (J)(i)(I) | AK-74 | |
| (J)(i)(I) | AKM | |
| (J)(i)(I) | AKS | |
| (J)(i)(I) | (Maadi) ARM | |
| (J)(i)(I) | MAK90 | |

| (J)(i)(I) | (Maadi) MISR |  |
| (J)(i)(I) | NHM90 (with thumbhole stock) |  |
| (J)(i)(I) | Norinco NHM91 |  |
| (J)(i)(I) | FEG SA85 |  |
| (J)(i)(I) | Arsenal (Bulgaria) SA93 |  |
| (J)(i)(I) | Vector Arms AK-47 (AKS) |  |



| (J)(i)(I) | VEPR (FM-AK47-11) | |
| (J)(i)(I) | WASR-10 with flash suppressor | |
| (J)(i)(I) | WUM (Romanian WUM1) | |

### (J)(i)(II) IZHMASH Saiga AK.

| (J)(i)(II) | IZHMASH Saiga AK | |

### (J)(i)(III) MAADI AK47 and ARM.

| (J)(i)(III) | Maadi AK-47 with side folding stock | |



| | | |
|---|---|---|
| (J)(i)(III) | Maadi ARM | |
| **(J)(i)(IV) Norinco 56S, 56S2, 84S, and 86S.** | | |
| (J)(i)(IV) | Norinco 56S | |
| (J)(i)(IV) | Norinco 56S2 | |
| (J)(i)(IV) | Norinco 84S | |
| (J)(i)(IV) | Norinco 86S | |



| | | |
|---|---|---|
| **(J)(i)(V) Poly Technologies AK47 and AKS.** | | |
| (J)(i)(V) | Poly Technologies AK 47 | |
| (J)(i)(V) | Poly Technologies AKS | |
| **(J)(i)(VI) SKS with a detachable magazine.** | | |
| (J)(i)(VI) | SKS with detachable magazine | |

## Other "AK-Type" Rifles as defined by the Protecting Illinois Communities Act



| | |
|---|---|
| Palmetto State Armory (PSA) PSAK-47 GF3 | |
| Century Arms VSKA | |
| Kalashnikov USA KR-103 | |
| Riley Defense RAK-47-C | |
| Zastava M70 ZPAP | |
| Bulgarian Arsenal SLR-107 | |



| Hungarian FEG (SA-85M) | |
| FB Radom Beryl M762 | |
| WBP Mini Jack | |

## Statutory List of AR Types

### (J)(ii) all AR types, including the following:

In each instance, a representative image is provided; however, these firearms may be found in various configurations.

### (J)(ii)(I) AR-10.

| (J)(ii)(I) | DPMS LR-243 AR-10 |  |
|---|---|---|

### (J)(ii)(II) AR-15.

| (J)(ii)(II) | Colt LE6920 Series AR-15, 16" barrel, with collapsible stock, vertical fore grip, and flash suppressor |  |
|---|---|---|

### (J)(ii)(III) Alexander Arms Overmatch Plus 16.

| (J)(ii)(III) | Alexander Arms Overmatch Plus 16 |  |
|---|---|---|



| | | |
|---|---|---|
| **(J)(ii)(IV) Armalite M-15 22LR Carbine.** | | |
| (J)(ii)(IV) | Armalite M-15 22LR Carbine | |
| **(J)(ii)(V) Armalite M15-T.** | | |
| (J)(ii)(V) | Armalite M15-T | |
| **(J)(ii)(VI) Barrett REC7.** | | |
| (J)(ii)(VI) | Barrett REC7 | |
| **(J)(ii)(VII) Beretta AR-70.** | | |
| (J)(ii)(VII) | Beretta AR70 with flash suppressor | |

28

| | | |
|---|---|---|
| **(J)(ii)(VIII) Black Rain Ordnance Recon Scout.** | | |
| (J)(ii) (VIII) | Black Rain Ordnance Recon Scout |  |
| **(J)(ii)(IX) Bushmaster ACR.** | | |
| (J)(ii)(IX) | Bushmaster ACR | |
| **(J)(ii)(X) Bushmaster Carbon 15.** | | |
| (J)(ii)(X) | Bushmaster Carbon 15 | |
| **(J)(ii)(XI) Bushmaster MOE series.** | | |
| (J)(ii)(XI) | Bushmaster MOE series | |

29

### (J)(ii)(XII) Bushmaster XM15.

| (J)(ii)(XII) | Bushmaster XM15-E2S, 16" barrel, with collapsible stock and flash suppressor |  |
| --- | --- | --- |

### (J)(ii)(XIII) Chiappa Firearms MFour rifles.

| (J)(ii)(XIII) | Chiappa Firearms MFour rifles | |
| --- | --- | --- |

### (J)(ii)(XIV) Colt Match Target rifles.

| (J)(ii)(XIV) | Colt Match Target rifles | |
| --- | --- | --- |

### (J)(ii)(XV) CORE Rifle Systems CORE15 rifles.

| (J)(ii)(XV) | CORE Rifle Systems CORE15 rifles | |
| --- | --- | --- |

### (J)(ii)(XVI) Daniel Defense M4A1 rifles.

| (J)(ii)(XVI) | Daniel Defense M4A1 with collapsible stock and flash suppressor | |
|---|---|---|

### (J)(ii)(XVII) Devil Dog Arms 15 Series rifles.

| (J)(ii)(XVII) | Devil Dog Arms 15 series rifle | |
|---|---|---|

### (J)(ii)(XVIII) Diamondback DB15 rifles.

| (J)(ii)(XVIII) | Diamondback DB15 rifles | |
|---|---|---|

### (J)(ii)(XIX) DoubleStar AR rifles.

| (J)(ii)(XIX) | DoubleStar AR rifles | |
|---|---|---|





| (J)(ii)(XX) DPMS Tactical rifles. | | |
|---|---|---|
| (J)(ii)(XX) | DPMS Tactical Rifles | |
| **(J)(ii)(XXI) DSA Inc. ZM-4 Carbine.** | | |
| (J)(ii)(XXI) | DSA Inc. ZM-4 Carbine | |
| **(J)(ii)(XXII) Heckler & Koch MR556.** | | |
| (J)(ii)(XXII) | Heckler & Koch MR556 | |
| **(J)(ii)(XXIII) High Standard HSA-15 rifles.** | | |
| (J)(ii)(XXIII) | High Standard HSA-15 rifles | |

**(J)(ii)(XXIV) Jesse James Nomad AR-15 rifle.**

| (J)(ii)(XXIV) | Jesse James Nomad AR-15 rifle | |
|---|---|---|



**(J)(ii)(XXV) Knight's Armament SR-15.**

| (J)(ii)(XXV) | Knight's Armament SR-15 | |
|---|---|---|

**(J)(ii)(XXVI) Lancer L15 rifles.**

| (J)(ii)(XXVI) | Lancer L15 rifles | |
|---|---|---|

**(J)(ii)(XXVII) MGI Hydra Series rifles.**

| (J)(ii)(XXVII) | MGI Hydra Series rifle | |
|---|---|---|

| | | |
|---|---|---|
| **(J)(ii)(XXVIII) Mossberg MMR Tactical rifles.** | | |
| (J)(ii)(XXVIII) | Mossberg MMR Tactical rifles |  |
| **(J)(ii)(XXIX) Noreen Firearms BN 36 rifle.** | | |
| (J)(ii)(XXIX) | Noreen Firearms BN 36 rifle | |
| **(J)(ii)(XXX) Olympic Arms.** | | |
| (J)(ii)(XXX) | Olympic Arms AR-15 with collapsible stock and flash suppressor | |
| **(J)(ii)(XXXI) POF USA P415.** | | |
| (J)(ii)(XXXI) | POF USA P415 | |
| **(J)(ii)(XXXII) Precision Firearms AR rifles.** | | |
| (J)(ii)(XXXII) | Precision Firearms AR rifles | |

| | | |
|---|---|---|
| **(J)(ii)(XXXIII) Remington R-15 rifles.** | | |
| (J)(ii)(XX XIII) | Remington R-15 rifles |  |
| **(J)(ii)(XXXIV) Rhino Arms AR rifles.** | | |
| (J)(ii)(XX XIV) | Rhino Arms AR rifles | |
| **(J)(ii)(XXXV) Rock River Arms LAR-15 or Rock River Arms LAR-47.** | | |
| (J)(ii)(XX XV) | Rock River Arms LAR-15 with collapsible stock and flash suppressor | |
| (J)(ii)(XX XV) | Rock River Arms LAR-47 | |



### (J)(ii)(XXXVI) Sig Sauer SIG516 rifles and MCX rifles.

| (J)(ii)(XXXVI) | Sig Sauer SIG516 rifles | |
| (J)(ii)(XXXVI) | Sig Sauer MCX rifles | |

### (J)(ii)(XXXVII) Smith & Wesson M&P15 rifles.

| (J)(ii)(XXXVII) | Smith & Wesson M&P Sport 2 AR15 with collapsible stock, vertical foregrip, and flash suppressor | |

### (J)(ii)(XXXVIII) Stag Arms AR rifles.

| (J)(ii)(XXXVIII) | Stag Arms rifles | |



| | | |
|---|---|---|
| **(J)(ii)(XXXIX) Sturm, Ruger & Co. SR556 and AR-556 rifles.** | | |
| (J)(ii)(XXXIX) | Sturm, Ruger & Co. SR556 rifles | |
| (J)(ii)(XXXIX) | Sturm, Ruger & Co. SR556 rifles | |
| **(J)(ii)(XL) Uselton Arms Air-Lite M-4 rifles.** | | |
| (J)(ii)(XL) | Uselton Arms Air-Lite M-4 rifles | |
| **(J)(ii)(XLI) Windham Weaponry AR rifles.** | | |
| (J)(ii)(XLI) | Windham Weaponry AR rifles | |
| **(J)(ii)(XLII) WMD Guns Big Beast.** | | |
| (J)(ii)(XLII) | WMD Guns Big Beast | |

| (J)(ii)(XLIII) Yankee Hill Machine Company, Inc. YHM-15 rifles. | | |
|---|---|---|
| (J)(ii)(XLIII) | Yankee Hill Machine Company, Inc. YHM-15 rifles |  |

| Other "AR-Type" Rifles as defined by the Protecting Illinois Communities Act | |
|---|---|
| Anderson AM-15 BR |  |
| Ruger AR-556 MPR with M-LOK rail | |
| Springfield Armory Saint Victor | |
| Radical Firearms RF-15 SOCOM | |



| Ruger AR-556 MPR | |
| Ruger AR-556 NATO M4 Flat-Top | |
| Springfield Saint 5.56 NATO | |
| American Tactical OMNI Hybrid Maxx | |
| Daniel Defense DDM4 V7 | |

| | |
|---|---|
| Palmetto State Armory (PSA) PA-15 | |
| Aero Precision AC-15 | |
| Bravo Company MID-16 Mod O | |
| FN America FN 15 Patrol Rifle | |
| Geiselle Automatics Super Duty series | |
| Lead Star Arms Grunt Rifle | |



41

| | |
|---|---|
| LMT Defense SPM16 |  |
| LWRC International IC-SPR | |
| ZRO Delta Ready Series | |



### (J)(iii) Barrett M107A1.

| (J)(iii) | Barrett M107A1, 50 BMG caliber | |

### (J)(iv) Barrett M82A1.

| (J)(iv) | Barrett M82A1, 50 BMG caliber | |

### (J)(v) Beretta CX4 Storm.

| (J)(v) | Beretta CX4 Storm | |

### (J)(vi) Calico Liberty Series.

| (J)(vi) | Calico Liberty Series 50 Carbine with 50 round magazine | |

### (J)(vii) CETME Sporter.

| (J)(vii) | Century Arms CETME Sporter | |

## (J)(viii) Daewoo K-1, K-2, Max 1, Max 2, AR 100, and AR 110C.

| (J)(viii) | Daewoo K-1 | |
|-----------|------------|--|
| (J)(viii) | Daewoo K-2 | |
| (J)(viii) | Daewoo Max 1 | |
| (J)(viii) | Daewoo Max 2 | |
| (J)(viii) | Daewoo AR 100 | |
| (J)(viii) | Daewoo AR 110C | |



## (J)(ix) Fabrique Nationale/FN Herstal FAL, LAR, 22 FNC, 308 Match, L1A1 Sporter, PS90, SCAR, and FS2000.

| | | |
|---|---|---|
| (J)(ix) | Fabrique Nationale FAL |  |
| (J)(ix) | Fabrique Nationale LAR |  |
| (J)(ix) | Fabrique Nationale 22 FNC |  |
| (J)(ix) | Fabrique Nationale 308 Match |  |
| (J)(ix) | Century Arms Fabrique Nationale FAL L1A1 Sporter |  |
| (J)(ix) | Fabrique Nationale PS90 |  |



| (J)(ix) | FN SCAR | |
| (J)(ix) | Fabrique Nationale FS2000 | |
| **(J)(x) Feather Industries AT-9.** | | |
| (J)(x) | Feather Industries AT-9 | |
| **(J)(xi) Galil Model AR and Model ARM.** | | |
| (J)(xi) | Galil Model AR | |
| (J)(xi) | Galil Model ARM | |

## (J)(xii) Hi-Point Carbine.

| (J)(xii) | Hi-Point Carbine with vertical foregrip | |
|---|---|---|

## (J)(xiii) HK-91, HK-93, HK-94, HK-PSG-1, and HK USC.

| (J)(xiii) | Heckler & Koch HK91 | |
|---|---|---|
| (J)(xiii) | Heckler & Koch HK93 | |
| (J)(xiii) | Heckler & Koch HK94 | |
| (J)(xiii) | Heckler & Koch-PSG-1 | |





| (J)(xiii) | Heckler & Koch USC | |
|---|---|---|

## (J)(xiv) IWI TAVOR, Galil ACE rifle.

| (J)(xiv) | IWI TAVOR, Galil ACE rifle | |
|---|---|---|

## (J)(xv) Kel-Tec Sub-2000, SU-16, and RFB.

| (J)(xv) | Kel-Tec Sub-2000 (shown fully extended and folded for storage) | |
|---|---|---|
| (J)(xv) | Kel-Tec SU-16 (shown with bipod fully extended and folded for storage) | |



| (J)(xv) | Kel-Tec RFB | |

**(J)(xvi) SIG AMT, SIG PE-57, Sig Sauer SG 550, Sig Sauer SG 551, and SIG MCX.**

| (J)(xvi) | SIG AMT | |
| (J)(xvi) | SIG PE-57 | |
| (J)(xvi) | SIG SG 550 | |
| (J)(xvi) | SIG SG 551 | |
| (J)(xvi) | SIG MCX | |

### (J)(xvii) Springfield Armory SAR-48.

| (J)(xvii) | Springfield Armory SAR-48 | |



### (J)(xviii) Steyr AUG.

| (J)(xviii) | Steyr AUG | |

### (J)(xix) Sturm, Ruger & Co. Mini-14 Tactical Rifle M-14/20CF.

| (J)(xix) | Sturm, Ruger & Co. Mini-14 Tactical/20 CF | |

### (J)(xx) All Thompson rifles, including the following:

### (J)(xx)(I) Thompson M1SB.

| (J)(xx)(I) | Thompson M1SB | |

### (J)(xx)(II) Thompson T1100D.

| (J)(xx)(II) | Thompson T1100D | |

50



**(J)(xx)(III) Thompson T150D.**

| (J)(xx)(III) | Thompson T150D | |

**(J)(xx)(IV) Thompson T1B.**

| (J)(xx)(IV) | Thompson T1B | |

**(J)(xx)(V) Thompson T1B100D.**

| (J)(xx)(V) | Thompson T1B100D | |

**(J)(xx)(VI) Thompson T1B50D.**

| (J)(xx)(VI) | Thompson T1B50D | |

**(J)(xx)(VII) Thompson T1BSB.**

| (J)(xx)(VII) | Thompson T1BSB | |



### (J)(xx)(VIII) Thompson T1-C.

| (J)(xx)(VIII) | Thompson T1-C | |

### (J)(xx)(IX) Thompson T1D.

| (J)(xx)(IX) | Thompson T1D | |

### (J)(xx)(X) Thompson T1SB.

| (J)(xx)(X) | Thompson T1SB | |

### (J)(xx)(XI) Thompson T5.

| (J)(xx)(XI) | Thompson T5 | |

### (J)(xx)(XII) Thompson T5100D.

| (J)(xx)(XII) | Thompson T5100D | |

### (J)(xx)(XIII) Thompson TM1.

| (J)(xx)(XIII) | Thompson TM1 | |

### (J)(xx)(XIV) Thompson TM1C.

| (J)(xx)(XIV) | Thompson TM1C | |

### (J)(xxi) UMAREX UZI rifle.

| (J)(xxi) | UMAREX UZI Rifle | |

### (J)(xxii) UZI Mini Carbine, UZI Model A Carbine, and UZI Model B Carbine.

| (J)(xxii) | UZI Mini Carbine | |



| (J)(xxii) | UZI Model A Carbine | |
| (J)(xxii) | UZI Model B Carbine | |
| **(J)(xxiii) Valmet M62S, M71S, and M78.** | | |
| (J)(xxiii) | Valmet M62S | |
| (J)(xxiii) | Valmet M71S | |
| (J)(xxiii) | Valmet M78 | |



### (J)(xxiv) Vector Arms UZI Type.

| (J)(xxiv) | Vector Arms UZI type | |
|---|---|---|



### (J)(xxv) Weaver Arms Nighthawk.

| (J)(xxv) | Weaver Arms Nighthawk | |
|---|---|---|

### (J)(xxvi) Wilkinson Arms Linda Carbine.

| (J)(xxvi) | Wilkinson Arms Linda Carbine | |
|---|---|---|

**(K)** All of the following pistols, copies, duplicates, variants, or altered facsimiles with the capability of any such weapon thereof:

**(K)(i)** All AK types, including the following:

### (K)(i)(I) Centurion 39 AK pistol.

| (K)(i)(I) | Centurion 39 AK pistol | |
|---|---|---|
| | |  |

### (K)(i)(II) CZ Scorpion pistol.

| (K)(i)(II) | CZ Scorpion pistol | |
|---|---|---|
| | |  |

### (K)(i)(III) Draco AK-47 pistol.

| (K)(i)(III) | Draco AK-47 pistol | |
|---|---|---|
| | |  |

### (K)(i)(IV) HCR AK-47 pistol.

| (K)(i)(IV) | HCR AK-47 pistol | No Image Available |
|---|---|---|

### (K)(i)(V) IO Inc. Hellpup AK-47 pistol.

| (K)(i)(V) | IO Inc. Hellpup AK-47 pistol | |
|---|---|---|



### (K)(i)(VI) Krinkov pistol.

| (K)(i)(VI) | (Arsenal SLR106) Krinkov pistol | |
|---|---|---|

### (K)(i)(VII) Mini Draco AK-47 pistol.

| (K)(i)(VII) | Mini Draco AK-47 pistol | |
|---|---|---|

| | | |
|---|---|---|
| **(K)(i)(VIII) PAP M92 pistol.** | | |
| (K)(i)(VIII) | (Zastava) PAP M92 pistol |  |
| **(K)(i)(IX) Yugo Krebs Krink pistol.** | | |
| (K)(i)(IX) | Krebs Custom Krink pistol | |

| Other "AK-Type" Pistols as defined by the Protecting Illinois Communities Act | |
|---|---|
| Palmetto State Armory (PSA) AK-P MOE | |
| Zastava PAP M85 | |
| Century Arms RAS | |
| Arsenal SAM7K-44 | |





Charles Daly PAK-9

Kalashnikov USA KP-9

### (K)(ii) All AR types, including the following:

### (K)(ii)(I) American Spirit AR-15 pistol.

| (K)(ii)(I) | American Spirit AR-15 pistol | |
|---|---|---|

### (K)(ii)(II) Bushmaster Carbon 15 pistol.

| (K)(ii)(II) | Bushmaster Carbon 15 pistol with padded buffer tube | |
|---|---|---|

### (K)(ii)(III) Chiappa Firearms M4 Pistol GEN II.

| (K)(ii)(III) | Chiappa Firearms M4 Gen II pistol | |
|---|---|---|





**(K)(ii)(IV) CORE Rifle Systems CORE15 Roscoe pistol.**

| (K)(ii)(IV) | CORE Rifle Systems CORE15 Roscoe pistol | (10.5" barrel) with pistol brace |
|---|---|---|

**(K)(ii)(V) Daniel Defense MK18 pistol.**

| (K)(ii)(V) | Daniel Defense Mk18 pistol | (10.3" barrel) with pistol brace |
|---|---|---|

**(K)(ii)(VI) DoubleStar Corporation AR pistol.**

| (K)(ii)(VI) | DoubleStar Corporation | ARP7 pistol with pistol brace |
|---|---|---|

**(K)(ii)(VII) DPMS AR-15 pistol.**

| (K)(ii)(VII) | DPMS AR-15 pistol | |
|---|---|---|

### (K)(ii)(VIII) Jesse James Nomad AR-15 pistol.

| (K)(ii)(VIII) | Jesse James Nomad AR-15 pistol |  |
|---|---|---|

### (K)(ii)(IX) Olympic Arms AR-15 pistol.

| (K)(ii)(IX) | Olympic Arms (OA-93) AR-15 pistol | |
|---|---|---|

### (K)(ii)(X) Osprey Armament MK-18 pistol.

| (K)(ii)(X) | Osprey Armament Mk-18 pistol | |
|---|---|---|

Pictured:  Daniel Defense, Mk-18, AR-style pistol

| **(K)(ii)(XI) POF USA AR pistols.** | | |
|---|---|---|
| (K)(ii)(XI) | POF USA AR pistols |  |

| **(K)(ii)(XII) Rock River Arms LAR 15 pistol.** | | |
|---|---|---|
| (K)(ii)(XII) | Rock River Arms LAR 15 pistol with pistol brace | |

| **(K)(ii)(XIII) Uselton Arms Air-Lite M-4 pistol.** | | |
|---|---|---|
| (K)(ii)(XIII) | Uselton Arms Air-Lite M-4 pistol | |

## Other "AR-Type" Pistols as defined by the Protecting Illinois Communities Act



| | |
|---|---|
| Palmetto State Armory (PSA) Marauder MOE | |
| Bravo Company (BCM) Recce-11 | |
| Sig Sauer PMCX Spear-LT | |
| Battle Arms Development Workhorse | |



| F-1 Firearms FDR-15 | |
| LMT Defense MARS-L | |
| CORE Rifle Systems 300 BLK Truck Gun | |
| Diamondback DB15 Pistol | |
| Radical Firearms FP7 series | |

| Springfield Armory Saint pistol |  |
| --- | --- |

### (K)(iii) Calico pistols.

| (K)(iii) | Calico M950 |  |

### (K)(iv) DSA SA58 PKP FAL pistol.

| (K)(iv) | DSA SA58 PKP FAL | |

### (K)(v) Encom MP-9 and MP-45.

| (K)(v) | Encom MP-9 | |



| (K)(v) | Encom MP-45 | |

**(K)(vi) Heckler & Koch model SP-89 pistol.**

| (K)(vi) | Heckler & Koch SP-89 | |

**(K)(vii) Intratec AB-10, TEC-22 Scorpion, TEC-9, and TEC-DC9.**

| (K)(vii) | Intratec AB-10 | |

| (K)(vii) | Intratec Tec-22 |  |
| (K)(vii) | Intratec Scorpion | |
| (K)(vii) | Intratec TEC-9 | |



| (K)(vii) | Intratec TEC-DC9 | |
|---|---|---|

**(K)(viii) IWI Galil Ace pistol, UZI PRO pistol.**

| (K)(viii) | IWI Galil ACE with folding pistol brace | |
|---|---|---|
| (K)(viii) | IWI UZI PRO with folding stabilizing brace (extended) | |

## (K)(ix) Kel-Tec PLR 16 pistol.



| (K)(ix) | Kel-Tec PLR 16 | |
|---|---|---|

### (K)(x) All MAC types, including the following:

### (K)(x)(I) MAC-10.

| (K)(x)(I) | MAC-10 | (Cobray M-10 pictured) |
|---|---|---|

## (K)(x)(II) MAC-11.

| (K)(x)(II) | MAC-11 |  |
| --- | --- | --- |
| | | (Cobray M-11/Nine pictured) |

### (K)(x)(III) Masterpiece Arms MPA A930 Mini Pistol, MPA460 Pistol, MPA Tactical Pistol, and MPA Mini Tactical Pistol.

| (K)(x)(III) | Masterpiece Arms MPA930 Mini Pistol | |
| --- | --- | --- |

| (K)(x)(III) | Masterpiece Arms MPA460 Pistol | |
| (K)(x)(III) | Masterpiece Arms MPA Tactical Pistol | |



74

| K)(x)(III) | Masterpiece Arms MPA Mini Tactical Pistol | |
|---|---|---|
| (K)(x)(III) | Masterpiece Arms MPA30T | |



### (K)(x)(IV) Military Armament Corp. Ingram M-11.

| | | |
|---|---|---|
| (K)(x)(IV) | Military Armament Corp. Ingram M-11 | |



### (K)(x)(V) Velocity Arms VMAC.

| | | |
|---|---|---|
| (K)(x)(V) | Velocity Arms VMAC9 | |

### (K)(xi) Sig Sauer P556 pistol.

| (K)(xi) | Sig Sauer P556 pistol | |
|---|---|---|



### (K)(xii) Sites Spectre.

| (K)(xii) | Sites Spectre HC | |
|---|---|---|

### (K)(xiii) All Thompson types, including the following:

### (K)(xiii)(I) Thompson TA510D.

| (K)(xiii)(I) | All Thompson types: Thompson TA510D (with 10 round drum magazine) | |
|---|---|---|

| (K)(xiii)(II) Thompson TA5. | | |
|---|---|---|
| (K)(xiii)(II) | All Thompson types: Thompson TA5 (with 50 round drum magazine) |  |
| **(K)(xiv) All UZI types, including Micro-UZI.** | | |
| (K)(xiv) | All UZI types, including Micro-UZI (pictured with stock/brace folded) | |

**(L) All of the following shotguns, copies, duplicates, variants, or altered facsimiles with the capability of any such weapon thereof:**

## (L)(i) DERYA Anakon MC-1980, Anakon SD12.

| (L)(i) | DERYA Anakon MC-1980 | Pictured: Derya Arms, Anakon semiautomatic shotgun, model number unknown |
|---|---|---|
| (L)(i) | DERYA Anakon SD-12 | Note: Derya Arms is a Turkish firearms manufacturer. There is no evidence of production of a model SD-10. Pictured is a Hatsan Arms (another Turkish manufacturer), model Escort SD12, semiautomatic shotgun. |

## (L)(ii) Doruk Lethal shotguns.

| (L)(ii) | Doruk Lethal series (Lethal-1 pictured) |  |
|---|---|---|

## (L)(iii) Franchi LAW-12 and SPAS 12.

| (L)(iii) | Franchi LAW-12 |  |
|---|---|---|

| (L)(iii) | Franchi SPAS 12 |  |
| --- | --- | --- |

**(L)(iv) All IZHMASH Saiga 12 types, including the following:**

**(L)(iv)(I) IZHMASH Saiga 12.**

| (L)(iv)(I) | IZHMASH Saiga 12 | |
| --- | --- | --- |

**(L)(iv)(II) IZHMASH Saiga 12S.**

| (L)(iv)(II) | IZHMASH Saiga 12S | |
| --- | --- | --- |

**(L)(iv)(III) IZHMASH Saiga 12S EXP-01.**

| (L)(iv)(III) | IZHMASH Saiga 12S EXP-01 | |
| --- | --- | --- |

### (L)(iv)(IV) IZHMASH Saiga 12K.

| (L)(iv)(IV) | All IZHMASH Saiga 12 types: Saiga 12K |  |

### (L)(iv)(V) IZHMASH Saiga 12K-030.

| (L)(iv)(V) | All IZHMASH Saiga 12 types: Saiga 12K 030 | |

### (L)(iv)(VI) IZHMASH Saiga 12K-040 Taktika.

| (L)(iv)(VI) | All IZHMASH Saiga 12 types: Saiga 12K 040 Takita | |

### (L)(v) Streetsweeper.

| (L)(v) | (Cobray) Streetsweeper | |

| **(L)(vi) Striker 12.** | | |
|---|---|---|
| (L)(vi) | (Penn Arms) Striker 12 |  |

## Semiautomatic Rifles – Feature Flowchart



## Semiautomatic Pistols – Feature Flowchart





Shotguns – Feature Flowchart

Exhibit B-11



LONG GUNS   PISTOLS   UPPERS   LOWERS   PARTS & ACCESSORIES   SPECIALS   IN-STOCK   SEARCH ROCK RIVER ARMS   SIGN UP   LOG IN

# TACTICAL COMP LAR-47



AK1275 WITH RRA QUAD RAIL FREE FLOAT HANDGUARD

| SPECIFICATIONS | ROCKOTE COLORS / FINISHES | | |
|---|---|---|---|
| CALIBER: | 7.62X39MM | BOLT CARRIER GROUP: | CHROMED 7.62X39MM |
| LOWER RECEIVER: | RRA PROPRIETARY FORGED LAR-47 | MAG RELEASE: | AMBIDEXTROUS MAG RELEASE |
| UPPER RECEIVER: | RRA PROPRIETARY FORGED A4 | HANDGUARD: | RRA QUAD RAIL FREE FLOAT, CAR LENGTH |
| BARREL: | 16-INCH CHROME LINED HBAR, 1:10 RH TWIST | BUTTSTOCK: | RRA OPERATOR CAR STOCK |
| MUZZLE DEVICE: | RRA OPERATOR BRAKE / 5/8-24 THREAD | PISTOL GRIP: | RRA NSP OVERMOLDED PISTOL GRIP |
| GAS BLOCK: | RRA FLIP FRONT SIGHT GAS BLOCK ASSEMBLY | WEIGHT: | 7.8 POUNDS |
| TRIGGER: | RRA TWO STAGE | LENGTH: | 34 INCHES / 37.5 INCHES EXTENDED |
| TRIGGER GUARD: | RRA WINTER TRIGGER GUARD | INCLUDES: | ONE AK MAGAZINE, CASE, MANUAL AND WARRANTY INFORMATION |

66°F
Sunny

  O Search         

8:23
10/2/2



DEPOSITION EXHIBIT

Exhibit B-12



DEPOSITION
EXHIBIT

AR-15 Rifles [The Definitive Res:  ×  +

← C  🔒 pewpewtactical.com/ar-15-definitive-resource/

PEW PEW
— TACTICAL —

REVIEWS ▾   GUIDES ▾   GUN RATINGS   SHOPPING   DEALS   MORE ▾



**MILITARY-GRADE CBRN PROTECTION**     **NOW AVAILABLE FOR CIVILIANS**  **MIRA**  **SHOP NOW**

AR-15 Rifles [The Definitive Resource]

## AR-15 Rifles [The Definitive Resource]



The AR-15 is America's most popular sporting rifle. And because of that, there's dozens of reputable manufacturers, tons of options, and thousands of accessories.

Whether you're looking for the perfect AR-15 as a first-time buyer, or just the perfect upgrades and optics...you're in the right place.

### The Modern AR-15

It used to be really easy...head down to your local gun shop and choose from the 2 or 3 AR's they had on the shelf. But those days are long gone.

Now you're bombarded with **TOO** many choices...

But if you do your homework (with us), you'll be rewarded with the perfect AR-15 to fit your budget, purpose, and look.

Want Free Practice Targets?



🔍 Type here to search

74°F Mostly cloudy       4:00 PM
9/25/2023



Exhibit B-13

9/26/23, 3:30 PM                    PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory



**DAILY DEALS**



DEPOSITION EXHIBIT
13

HOME / AK-47 / PSAK-47 GF SERIES / PSAK-47 GF5 / PSAK-47 CLASSIC RIFLES / PSAK-47 GF5 FORGED CLASSIC RIFLE, REDWOOD

**IN STOCK** ▶

## PSAK-47 GF5 FORGED CLASSIC RIFLE, REDWOOD
**IN STOCK** ▶

# PSAK-47 GF5 FORGED CLASSIC RIFLE, REDWOOD





### $1,029.99

−  1  +                                    **ADD TO CART**

📄 **PRODUCT MANUAL**

Handling firearms or firearms parts can expose you to lead and other petroleum products known to the State of California to cause cancer, birth defects, or other reproductive harm. Wash hands thoroughly after handling. For more information go to www.p65warnings.ca.gov (CA Health and Safety Code Section 25249.6).

Customers must read Compliance Information before purchasing.

**SKU**              5655104080

**Model Number**     5655104080

✓ **norton**
SHOPPING GUARANTEE
9/26/2023            Palmetto State Armory

9/26/23, 3:30 PM
PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory

**UPC**       5655104080



♥                          Add to Compare    Share: ✉ f 𝕏

**DAILY DEALS**

norton SHOPPING GUARANTEE   Learn more

## CUSTOMER GALLERY




## PRODUCT DETAILS

### DETAILS

FN Cold Hammer Forged Chrome Moly Vanadium Steel Barrel; Chrome Lined

Stamped Steel Receiver

Blended Hammer Forged 4340 Aircraft Quality Front Trunnion

Hammer Forged Bolt

Hammer Forged Carrier

Side Scope Mount

Enhanced Extended Safety Lever

7.62x39 Caliber

1 In 9.5" Twist

Thread Pitch: M14x1LH

Std. 800-yard rear sight leaf



Wood Furniture

ALG AKT Enhanced Trigger With Lightning Bow

(1); Where allowed by law

**DAILY DEALS**

The PSA GF5 AK-47 was designed from the ground up to create a new standard in AK-47 rifles, utilizing all new enhanced precision manufactured parts. Thoroughly tested in development, we tortured tested to 10,000 rounds to ensure a quality product. Not to be satisfied with just a good AK-47, we kept improving and now are proud to announce our PSAK-47 Gen5 Hammer Forged (GF5) rifle with a hammer-forged barrel, bolt, carrier, and front trunnion.

The barrel is a proprietary blend of hammer-forged chrome-moly vanadium made by FN that is referred to as "Machine Gun Steel" by virtue of its use in FN's M249 and M240 weapons. The hammer forging process work hardens the steel, making it more durable. This 16" barrel is magnetic particle inspected, to ensure quality and dependability and is pressed into a hammer forged 4340 AQ front trunnion to ensure the longevity AK-47's are known for. The hardened steel 1mm receiver features an ALG AKT Enhanced Trigger with Lightning Bow, and side rail mount. The front trunnion and bolt carrier are engraved with GF5 to designate the new GF5 hammer-forged model. The rifle is finished with a classic red wood handguard, stock, and grip. This rifle ships with 30 round magazine (where allowed by law).

**Rifles must be shipped to a valid, current Federal Firearms Licensee (FFL). Please have the shipping address of your preferred FFL before placing your order. You will need the FFL information to complete the order. It is the purchaser's responsibility to be aware of the laws in their state regarding high capacity sporting rifles.**

- **As we are transitioning to Soviet Arms, your receivers may be stamped with our new AK Soviet Arms logo on firearms manufactured after 3/8/2023. This will not affect the quality or function of the firearm as they are the same AK receivers used for our AK's. This will only be a minor cosmetic change moving towards our Soviet Arms AK's.**





Not to be satisfied with just a good AK-47, we kept improving and now are proud to announce our PSAK-47 Gen5 Hammer Forged (GF5) rifle with a hammer-forged barrel, bolt, carrier, and front trunnion.





### FN Hammer Forged Chrome-moly Vanadium Barrel

The GF5 features and upgraded barrel that is referred to as "Machine Gun Steel" due to its use in FN's M249 and M240 platform.

### ALG AKT Enhanced Trigger

Upgraded trigger for a smooth and crisp pull.







## Gas Block and Cleaning Rod

45 Degree Gas block with additional cleaning rod.

## Side Mount

Traditionl side rail for an optic mount - Midwest, RS Regulate recommended. Side rails vary GREATLY between countries, so mounts can be finicky due to large tolerances, which is why we recommend certain mounts.





## Sling Mount

Traditional AK sling mount whether mounting a com bloc-style sling or modern sling.

## Spring and Bolt

Piston operated system with recoil assembly. Hammer Forged Carrier, Bolt and Trunnion. This is the heart of the gun where wear happens. We are one of the few companies that does it correctly and has emulated com-bloc guns with Hammer Forged bolt, carrier and trunnion, and gone even further with our AQ4340 trunnion for even more durability.





## Front Sight Base


front sight base with cleaning rod lock up point with ant brake.

## Sight Leaf

Standard 800-yard rear sight leaf.

9/26/23, 3:30 PM

PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory



**DAILY DEALS**

Search reviews...  🔍      Sort by:   Most Recent   ˅

May 1, 2023

★ ★ ★ ★

**Red wood AK 47 GF5.**

C C

Fast shipping.......Str8 out of Box 300+ rounds , no issues.. pretty accurate. Smooth awesome wood finished. You,re gonna love ALG AKT Enhanced Trigger.... FAST 👍 .. 4 A little more $ ,,,,WORTH the upgrade from Gf3.... gREAT Job PSA. 👍 👍👍 would of given 5 stars if it came with 2 mags ....

⇕ Show details

Mar 21, 2023

★ ★ ★ ★

**Solid rifle, minor cosmetic flaws.**

C C C

Solid rifle, excellent trigger, furniture is mostly gorgeous. Finish is mostly excellent. Shoots great. Headspaced correctly.

Issues I have are the flathead screws that hold on the grip and the stock are stripped by the factory. Kinda ugly on an otherwise beautiful rifle. The front hand... Read More

⇕ Show details

Feb 26, 2023

★ ★ ★ ★ ★

**This gun is beautiful and shoots well out of the box.**

C C

⇕ Show details



9/26/23, 3:30 PM                                    PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory

Appears to operate at a acceptable level



**DAILY DEALS**

Oct 14, 2022
★★★★★
**Love this gun**

Really build well and works great so far, only put a few hundred rounds through it so far but no problem at all.

⬍ Show details

Aug 18, 2022
★★★★★
**Another PSA winner!**

My first AK, and it is a beauty! I have a number of plastic and wood furnitured firearms, but I just love a nice wood grain. Very solid, fit and finish is tip top. Off to the range today, first three shot group off the bench at 50 yards was ~ 1 1/8" group about 7" high. Two front sight post...
Read More

⬍ Show details

[ BACK ]    [ NEXT > ]

# QUESTIONS & ANSWERS                                                                    ⓘ

🔍                                                          Sort by:   Most Common   ⌄

**QUESTION:**

**Can this be offered in a 12.5 barrel pistol format with a triangle folding brace please?**

About
PSAK-47 GF5 Forged CHF Classic ALG Rifle, Black

Asked by Jorge R on Jan 9, 2021

Was this question helpful? Yes (42)
Answer

✓ **norton**
SHOPPING GUARANTEE
9/26/2023

9/26/23, 3:30 PM                                  PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory

**QUESTION:**

p 14, 2022                                    **DAILY DEALS**

**BEST ANSWER:**

Tree wood. It's the best type of wood.

Posted by Ryan B on Sep 14, 2022 purchased Jan 10, 2021   Reply   Inaccurate •••

Was this question helpful? **Yes (6)**

See 2 answers   Answer

**QUESTION:**

**Can you add a featureless grip for us in California for this model?**

Asked by Richard E on Aug 20, 2021

**BEST ANSWER**

The questions here aren't checked by PSA and are only answered by customers.

Posted by Brian P. on Dec 13, 2022   Reply   Inaccurate •••

Was this question helpful? **Yes (6)**

Answer

**QUESTION:**

**4th PSAK I've purchased and all came with mags. Any reason this GF5 did not?**

Asked by A shopper on Feb 9, 2021

**BEST ANSWER:**

My GF5 came with a 30 round PMAG. Do you live in a magazine capacity restricted state? That might be why

Posted by Mohibullah S. on Mar 4, 2021 purchased Feb 3, 2021   Reply   Inaccurate •••

Was this question helpful? **Yes (4)**

See 2 answers   Answer

**QUESTION:**

**What magazines have you tested with this? Can I use surplus or just Magpul?**

Asked by Mark F on Jan 11, 2021

**BEST ANSWER**

Most quality steel and polymer magazines will work with our AK's. Some may require minor fitment as they were made in various com-bloc countries.

Best Regards,
PSA Customer Service.

Posted by Josiah M. *STAFF* on Jan 12, 2021   Reply   Inaccurate •••

Was this question helpful? **Yes (2)**

 Answer

9/26/23, 3:30 PM                                    PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory

**QUESTION:**

 when available again?

**DAILY DEALS**

24, 2021

**BEST ANSWER:**

typically every week day.. check at 4pm EST

Posted by Corey F. on Mar 26, 2021 purchased Jan 7, 2021   Reply   Inaccurate •••

Was this question helpful? **Yes (1)**

Answer

[ **BACK** ]   [ **NEXT** › ]

## RETAIL STOCK



⚠️ Please note that stock-status may differ from what is represented below.
Please call to verify actual stock-status before arriving to store.
Please read all our Terms & Conditions for **Retail Firearm Transfers.**

## VISIT US IN STORE





**OUT OF STOCK** ▶                                 **OUT OF STOCK** ▶                 **OUT OF STOCK** ▶

& Range                  **Columbia - Store & Range**       **Greenville - Store & Range**       **Summerville - Store & Ran...**      S

Rd                       3760 Fernandina Rd                 1040-A Woodruff Rd                    366 E. 5th North Street               2

Ridgeland, SC 29936      Columbia, SC 29210                 Greenville, SC 29607                  Summerville, SC 29483                 S

(843) 379-4867           (803) 551-2680                     (864) 605-6680                        (843) 900-9000                        (

| MORE INFO | | MORE INFO | | MORE INFO | | MORE INFO | |

## COMPLIANCE

### Shipping Restrictions

It is the customer's responsibility for understanding state laws regarding all purchases made. For a comprehensive list of all Shipping Restrictions, please refer to our Shipping Restrictions By State Page found Here.

### All NFA Rules Apply

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any other person than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

Magazines will be removed from firearms when shipping to states with magazine capacity restrictions.

Handling firearms or firearms parts can expose you to lead and other petroleum products known to the State of California to cause cancer, birth defects, or other reproductive harm. Wash hands thoroughly after handling. For more information go to www.p65warnings.ca.gov (CA Health and Safety Code Section 25249.6).

## WARRANTY







# AMERICAN MADE.
# FOR LIFE.



## FULL LIFETIME WARRANTY.

Palmetto State Armory firearms are covered by an industry leading **FULL LIFETIME WARRANTY**. This extends beyond the original purchaser. We want the person who bought a great quality firearm at an excellent price to have comfort in knowing that no matter what, the firearm can be fixed at no additional cost.

### THIS INCLUDES SHIPPING BOTH WAYS.

We strive for excellence all the way through production and hope customers never *have* to use this warranty but we also pride ourselves in 99% non-repair/return ratio. It is there for peace of mind so that the consumer can be confident in their purchase. Should the consumer ever need to contact us regarding a repair under the warranty, simply use our <u>contact form</u> or give us a call at <u>877-560-7229</u>.

Palmetto State Armory firearms and parts are backed by our Full Lifetime Warranty. Our PSA firearms and parts are warranted to be free from defects in materials and craftsmanship for the serviceable lifetime of the firearm or part. All Palmetto State Armory barrels are machined and guaranteed to be concentric with the bore of our barrels.

### For the Life of our product

The liability of Palmetto State Armory under this warranty shall be limited solely to the obligation to repair or replace the firearm/part or defect at its discretion, and to pay transportation and insurance charges for return of the firearm to the owner for a rightful warranty claim. This warranty is transferable for the serviceable lifetime of the firearm or part. Modification of firearm will void this warranty. This warranty does not cover normal wear or any damage resulting from careless handling, neglect, repairs and adjustments, corrosion, improper, substandard or defective ammunition.

### What we don't cover

Under no circumstances shall Palmetto State Armory be responsible for incidental or consequential damages with respect to economic loss or injury to property, whether as a result of express or implied warranty, negligence or otherwise. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation may not apply to you. Palmetto State Armory will



9/26/23, 3:30 PM                                  PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory

not be responsible for the results of careless handling, unauthorized adjustments, defective, low-quality, reloaded, or improper ammunition, corrosion, neglect, ordinary wear and tear, or unreasonable use.

## Initiating a claim

To initiate a Warranty claim, call Palmetto State Armory Customer Service:

**Hours:** Monday through Friday, 9am - 5pm EST
**Email:** Contact Form

1. Customer service will issue an RMA number to allow for the return of the firearm.

2. Warranty claims must have this RMA filled out, and included in the box with the firearm or part.

3. The firearm or part concerned must be shipped using the prepaid label our representative emails to you.

Palmetto State Armory will pay shipping and insurance charges for the return of a firearm or part to its owner or FFL, if the related claim is a proper claim for warranty work. If Palmetto State Armory is unable to fix the original serial number, a new one will be sent out, but must go to an FFL for transfer back to the customer. Another background check will be completed at the time of transfer. Palmetto State Armory is not responsible for transfer fees at the FFL.

**DOWNLOAD REPAIR REQUEST FORM**



**AMENDMENT II**

*A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.*



9/26/23, 3:30 PM                              PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory



DAILY DEALS

Questions? Need help? Call us: **(877) 560-7229**

   

 

About SSL Certificates



| COMPANY | INFO | LEGAL | CONTACT INFORMATION |
|---|---|---|---|
| Blog | Check Shipping Status | Terms & Conditions | Palmetto State Armory |
| Careers | My Account | Retail Return Policy | 3760 Fernandina Rd. |
| About PSA | Contact Us | Full Lifetime Warranty | Columbia, SC 29210 |
| Affiliate Program | Rebates & Promotions | Shipping Restrictions | **HELP CENTER** |
| Retail Stores | Compare Products | Privacy Policy | |
| Defense Courses | Check Order Status | Sitemap | |
| SC CWP Info | Gift Card Balance | | |
| Shoot ResponsiblyFAQ | | | |
| Forum | Buying a Gun Online | | |
| The Gathering | FFL Locator | | |
| | Product Manuals | | |
| | California Buying Guide | | |

© :023 PALMETT TE ARMORY. RIGHTS RESERVED.



PSAK-47 GF5 Forged Classic Rifle, Redwood | Palmetto State Armory

Exhibit B-14



DEPOSITION EXHIBIT 14







Considerations for first AR? - AR   ×   +

← C   ● ar15.com/forums/AR-15/Considerations-for-first-AR-/128-779981/#i8547461

AR-15 » AR Basics

Notices

GUNSTOCK 2023 - (DFW Range Event)

Considerations for first AR? (Page 1 of 2)

← Previous Page                                                                                        Page 1 ▼  / 2                                                                    Next Page →

**HM86**

Joined Apr 2023   ■ FL, USA
Posts 1
EE    0% (0)

Posted: 4/14/2023 9:54:51 AM EDT

I'm new to the site, and moving from NY to FL so thinking about getting an AR – well because I can.
I'm a proficient hand gunner (IDPA), shot gunner (clays), and have a 10-22 that I enjoy plinking with.
I'm thinking the AR will be primarily range - and friends encouraging me to try '3-gun'.
I'm not into doing a 'build' at this point - just don't know enough.
So have been poking around at what I can get in the $1K range.
I've looked at PSA site, S&W, Colt - but would like some input from more experienced folks those options as well as others to consider (and why please).

Thank you.  I look forward to learning alot here and hope at some point I can contribute.

FROM NOW TILL DEC. 31, 2023, BUY ANY TM22
AND GET A FREE 2500 MAGAZINE.
CLICK HERE FOR DETAILS                                          RIA

Posted: 4/14/2023 10:18:30 AM EDT                                                                                                                              [#1]

Joined May 2003   ■ TX, USA
Posts 25866

For the $1k you really cant go much wrong with an LE prefix Colt Carbine.

Chrome lined bore, 4150 CMV steel, MPI bolt & Barrel, Shot peened bolt, properly staked gas key, etc.

You can get those things with other brands, but it all comes standard with Colt LE carbines.

Type here to search                                                                              74°F                          3:18 PM
                                                                                                                             9/25/2023



Considerations for first AR? - AR    ar15.com/forums/AR-15/Considerations-for-first-AR-/128-779981/#i8547461

**BRAVO COMPANY USA®**

Login   Register

Posted: 4/14/2023 10:21:55 AM EDT    [#2]

You are going to need at least 3 to start with. One with irons, one with a LPVO and one with a red dot. Go ahead with PSA first and a couple cases of ammo. At least 10 of each D&H mags and Magpul mags. You are going to need a chest rig to carry all your mags and extras too.

Posted: 4/14/2023 3:00:35 PM EDT    [#3]

Stick with name brand stuff. PSA, Aero, Colt, etc.

Most all of them come with standard features.

Don't buy some sketchy no-name or rebranded AR. Who knows what you're getting.

"Friends don't let friends buy stupid white man fire sticks."

Posted: 4/14/2023 9:54:38 PM EDT    [#4]

Quote History

Originally Posted By _DR:
For the $1k you really cant go much wrong with an LE prefix Colt Carbine.

Chrome lined bore, 4150 CMV steel, MPI bolt & Barrel, Shot peened bolt, properly staked gas key, etc.

You can get those things with other brands, but it all comes standard with Colt LE carbines.

Yup....

Congrats on getting out of NY

Type here to search



Considerations for first AR? - AT. ×   +

← C   ⌂ ar15.com/forums/AR-15/Considerations-for-first-AR-/128-779981/#i8547461

**BRAVO COMPANY USA®**

Yup.....

Congrats on getting out of NY

**KACFailed**
Joined: Apr 2023
Posts: 3
EE: 0% (0)

🔗 Posted: 4/14/2023 10:11:17 PM EDT                                                                    [Last Edit: MyKACFailed] [#5]

You're going to get 1,000,000 opinions . . . prepare yourself.

As far as what has been recommended so far, a Colt in 2023 is not at all what a colt in 2018 was. They are an assembly shop now (as opposed to a manufacturer). Although you're likely going to get a gun that is just fine, you won't be getting a "Colt" as far as what it was from prior decades.

I don't have a recommendation below $1,000, but that doesn't mean there aren't plenty of good options. For my money a DI LWRC is the best bang for the buck AR out there (if you shop for them appropriately). I picked up a pair of them for $1200 each. Upsides: Coated bolt, very high quality barrel, FULLY Ambi lower, adjustable tension screw. Fit and finish is exceptional, especially for forged receivers. The downside is that the handguard lengths are kinda weird and you can't play with them like you would legos, which with most ARs you can.

Good luck.

**NVCapCop**
Joined: Jul 2007
Posts: 19766
EE: 100% (202)

🔗 Posted: 4/14/2023 10:50:48 PM EDT                                                                    [Last Edit: NVCapCop] [#6]

**$700 Starter Pack**
psa 16 mid length pencil 5.56 nato 1.7 nitride 15 lightweight m-lok upper with bcg ch mbus sight set $399.99

🔍 Type here to search

USD...                    3:22 PM
                         9/25/2023



AK-47 Community

ar15.com/forums/ak-47/

| Forum | Stats | Last Post |
|---|---|---|
| **New AK Products**<br>Previews of New Guns and Gear! | Topics: 138<br>Replies: 4524 | 6/29/2023 5:24 PM<br>Maxod1 |
| **AK Discussions**<br>AK Technical Discussions | Topics: 56970<br>Replies: 632806 | 9/26/2023 1:24 PM<br>NWRed |
| **AK Reference** | Topics: 835<br>Replies: 6567 | 8/28/2023 10:24 AM<br>creecher |
| **AK Pistols/SBR** | Topics: 2539<br>Replies: 27386 | 9/26/2023 1:11 AM<br>Shadyman |
| **PALMETTO STATE ARMORY** | American Made. For Life. | palmettostatearmory.com |
| **Galil & Valmet Discussions** | Topics: 1937<br>Replies: 12387 | 9/20/2023 6:52 PM<br>nictra |
| **Build It Yourself** | Topics: 12651<br>Replies: 77645 | 9/26/2023 7:30 AM<br>pilatuspilot |
| **Maintenance & Cleaning** | Topics: 620<br>Replies: 4909 | 7/28/2023 8:08 AM<br>Saber329 |
| **Ammunition** | Topics: 4834<br>Replies: 49180 | 9/26/2023 12:50 PM<br>Redman556 |
| **Magazines** | Topics: 5588<br>Replies: 40932 | 9/19/2023 10:32 PM<br>Shadyman |
| **Optics & Accessories**<br>Mounts, Sights, Lights, etc. | Topics: 4560<br>Replies: 29372 | 9/18/2023 11:38 AM<br>W_E_G |
| **Troubleshooting** | Topics: 1254 | 9/24/2023 6:02 PM |

Exhibit B-15

 PISTOLS   REVOLVERS   RIFLES   CUSTOM SHOP   ACCESSORIES      FIREARM SEARCH 🔍  

## RUGER AMERICAN® RIFLE PREDATOR

### RELIABILITY, VERSATILITY, PERFORMANCE AND AFFORDABILITY.

| Model No. | Caliber | Capacity | Barrel Length | Stock | Magazine | Barrel Finish | Thread Pattern | Model Option | Suggested Retail | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6973 | 6.5 Creedmoor | 4 | 22" | Moss Green Synthetic | Flush-Fit | Matte Black | 5/8"-24 | Right-Handed | $619.00 | Spec Sheet ▶ Buy Now ▶ Available |
| 6974 | 308 Win | 4 | 18" | Moss Green Synthetic | Flush-Fit | Matte Black | 5/8"-24 | Right-Handed | $619.00 | Spec Sheet ▶ Buy Now ▶ Available |
| 16977 | 6.5 Creedmoor | 4 | 22" | Moss Green Synthetic | Flush-Fit | Matte Black | 5/8"-24 | Left-Handed | $709.00 | Spec Sheet ▶ Buy Now ▶ Available |
| 26916 | 243 Win | 4 | 22" | Moss Green Synthetic | Flush-Fit | Matte Black | 5/8"-24 | Left-Handed | $709.00 | Spec Sheet ▶ Buy Now ▶ Available |
| 26917 | 7mm-08 Rem | 4 | 22" | Moss Green Synthetic | Flush-Fit | Matte Black | 5/8"-24 | Left-Handed | $709.00 | Spec Sheet ▶ Buy Now ▶ Available |
| 26918 | 308 Win | 4 | 22" | Moss Green Synthetic | Flush-Fit | Matte Black | 5/8"-24 | Left-Handed | $709.00 | Spec Sheet ▶ Buy Now ▶ Available |
| 26922 | 6.5 Grendel | 10 | 22" | Moss Green Synthetic | Metal AR-Style | Matte Black | 5/8"-24 | Right-Handed | $669.00 | Spec Sheet ▶ Buy Now ▶ Available |
| 26944 | 223 Rem | 10 | 22" | Moss Green Synthetic | AR-Style | Matte Black | 1/2"-28 | Right-Handed | $669.00 | Spec Sheet ▶ Buy Now ▶ Available |
| 26971 | 204 Ruger | 10 | 22" | Moss Green Synthetic | AI-Style | Matte Black | 1/2"-28 | Right-Handed | $669.00 | Spec Sheet ▶ Buy Now ▶ Available |
| 26973 | 6.5 Creedmoor | 3 | 22" | Moss Green Synthetic | AI-Style | Matte Black | 5/8"-24 | Right-Handed | $669.00 | Spec Sheet ▶ Buy Now ▶ Available |
| 6945 | 22-250 Rem | 4 | 22" | Moss Green Synthetic | Flush-Fit | Matte Black | 1/2"-28 | Right-Handed | $619.00 | Spec Sheet ▶ Buy Now ▶ Limited Availability |
| 26948 | 6mm Creedmoor | 3 | 22" | Moss Green Synthetic | AI-Style | Matte Black | 5/8"-24 | Right-Handed | $669.00 | Spec Sheet ▶ Buy Now ▶ Limited Availability |
| 16973 | 6.5 Creedmoor | 4 | 22" | Moss Green Synthetic | Flush-Fit | Matte Stainless | 5/8"-24 | Right-Handed | Sports South Distributor Exclusive | Spec Sheet ▶ Buy Now ▶ Limited Availability |
| 26987 | 350 Legend | 5 | 16.38" | Black Synthetic | AR-Style | Flat Dark Earth Cerakote® | 1/2"-28 x 0.4" | Right-Handed | Davidson's Distributor Exclusive | Spec Sheet ▶ Buy Now ▶ Limited Availability |
| 26991 | 350 Legend | 5 | 20" | Black Synthetic | AR-Style | Stainless | 1/2"-28 x 0.4" | Right-Handed | Davidson's Distributor Exclusive | Spec Sheet ▶ Buy Now ▶ Limited Availability |
| 36900 | 350 Legend | 5 | 22" | Black Synthetic | AR-Style | Matte Black | 1/2"-28 x 0.4" | Right-Handed | Lipsey's Distributor Exclusive | Spec Sheet ▶ Buy Now ▶ Limited Availability |
| 36902 | 350 Legend | 5 | 22" | Moss Green Synthetic | AR-Style | Matte Black | 1/2"-28 x 0.4" | Right-Handed | Big Rock Sports Distributor Exclusive | Spec Sheet ▶ Buy Now ▶ Limited Availability |

 INSTRUCTION MANUAL    CUSTOMER SERVICE    ACCESSORIES   # SERIAL # LOOKUP


DEPOSITION EXHIBIT

Ruger Marksman Adjustable™ trigger offers a crisp release with a pull weight that is user adjustable between 3 and 5 pounds, allowing shooters to make that perfect shot. 

The one-piece, three-lug bolt with 70° throw provides ample scope clearance and utilizes a full diameter bolt body and dual cocking cams for smooth, easy cycling from the shoulder.

Outstanding accuracy helps make every hunt a success.

Ergonomic, lightweight synthetic stock designed for quick, easy handling blends a classic look with modern forend contouring and grip serrations. 

Patented Power Bedding™, integral bedding block system positively locates the receiver and free-floats the barrel for outstanding accuracy.

Heavier tapered, threaded barrel with factory-installed thread protector is cold hammer-forged, resulting in ultra-precise rifling that provides exceptional accuracy and longevity. 

Soft rubber buttpad is crafted for maximum recoil reduction.

Factory-installed, one-piece Picatinny scope base.

The visible, accessible and easy-to-actuate tang safety provides instant security.

Also includes: one magazine; sling swivel studs.

Features listed above are available on all standard models, but may not appear on Distributor Exclusive models. See individual spec sheets for model specific features.

01:54

**Ruger American® Rifle 6mm Creedmoor**
TV Spot
Larry Weishuhn TV Spot

AR/AI-Style Mag Well Disassembly
Features
Larry Weishuhn

AR/AI-Style Mag Well Reassembly
Ruger American® Rifle Cheekpad
Disassembly/Reassembly



**PRODUCT REGISTRATION**

**LOCKING DEVICE** 

**NEW FIREARMS OWNER RESOURCES** 

**TELL THE CEO**

Sturm, Ruger & Co., Inc. is one of the nation's leading manufacturers of rugged, reliable firearms for the commercial sporting market. With products made in America, Ruger offers consumers almost 800 variations of more than 40 product lines, across both the Ruger and Marlin brands. For almost 75 years, Sturm, Ruger & Co., Inc.

CONNECT WITH
RUGER

 INSTRUCTION MANUAL       CUSTOMER SERVICE       ACCESSORIES       SERIAL # LOOKUP

10/1/23, 8:52 AM                                     Ruger American® Rifle Predator

CONTACT | PATENTS | PRIVACY POLICY | TERMS OF USE | SOCIAL MEDIA RULES          JOIN OUR EMAIL LIST 

 **RUGGED, RELIABLE FIREARMS®**

Copyright © 2023 by Sturm, Ruger & Co., Inc.

INSTRUCTION MANUAL        CUSTOMER SERVICE        ACCESSORIES        SERIAL # LOOKUP

Exhibit B-16

DEPOSITION
EXHIBIT
16
PMHGAD-Bayonne, N.J.

PDP – www.waltherarms.com

waltherarms.com/pdp



HOME | PARTS | ACCESSORIES | JOURNAL | CONNECT



It's our duty to build the best performing firearm

# IT'S YOUR DUTY
# TO BE READY



GUNS AND AMMO: "2021 HANDGUN OF THE YEAR!"



INDUSTRY CHOICE AWARDS: "2021 HANDGUN OF THE YEAR!"



Type here to search

USOIL -2.20%

1:10 PM
9/28/2023



| | PDP COMPACT | | PDP FULL SIZE 4" | | PDP FULL SIZE 4.5" |
|---|---|---|---|---|---|
| | Compact 4" | | Full-Size 4" | | Full-Size 4.5" |
| Item # | 2851229 | Item # | 2851237 | Item # | 2842475 |
| Magazine Capacity | 15 Rounds | Magazine Capacity | 18 Rounds | Magazine Capacity | 8 Rounds |
| Magazines Included | 2 | Magazines Included | | Magazines Included | 2 |
| Caliber | 9mm | Caliber | 9mm | Caliber | 9mm |
| MSRP | $699.00 | MSRP | $699.00 | MSRP | $699.00 |
| 10 Round Item # | 2854686 | 10 Round Item # | 2854694 | 10 Round Item # | 2858126 |







## PDP COMPACT 5"

| | Compact 5' |
|---|---|
| Item # | 2844222 |
| Magazine Capacity | 15 Rounds |
| Magazines Included | 2 |
| Caliber | 9mm |
| MSRP | $699.00 |
| 10 Round Item # | 2858151 |

## PDP FULL-SIZE 5"

| | Full Size 5" |
|---|---|
| Item # | 2844001 |
| Magazine Capacity | 18 Rounds |
| Magazines Included | 2 |
| Caliber | 9mm |
| MSRP | $699.00 |
| 10 Round Item # | 2858134 |

## PDP PRO SD COMPACT 4"

| | PDP PRO SD COMPACT 4" |
|---|---|
| Item # | 2844176 |
| Magazine Capacity | 18 Rounds |
| Magazines Included | 3 |
| Caliber | 9mm |
| MSRP | $849.00 |
| 10 Round Item # | 2854686 |

