# EXHIBIT A

Table 5 from exhibit 14 to the State's opposition to the preliminary injunction motion in *Herrera v. Raoul*, Case No. 23-cv-532 (N.D. Ill.), Dkt. No. 52-15

| Table 5 – Firearm Registration and Taxation Requirements |
|---|---|---|---|---|
| No. | Year | Jurisdiction | Citation | Excerpt |
| 1 | 1631 | Virginia | 1631 Va. Acts 174, Acts of Feb. 24, 1631, Act LVI | It is ordered and appointed, that the commanders of all the several plantations, do upon holy days exercise the men under his command, and that the commanders yearly do likewise upon the first day of December, take a muster of their men, together with the women and children, and their ages, countries, and towns, where they were born, with the ships they came in, and year of the Lord, as also of arms and munition . . . |
| 2 | 1848 | Mississippi | Anderson Hutchinson, Code of Mississippi 182 (1848) available at The Making of Modern Law: Primary Sources | [Revenue, An Act to Amend and Reduce into one the several Acts in Relation to the Revunue [sic] of this State, and for other purposes – February 4, 1844, Rates of Taxation,] § 1. . . . A tax of two dollars on each dueling or pocket pistol, except such as are kept for sale by merchants, artisans, or kept for use by military companies. . . |
| 3 | 1856 | North Carolina | 1856-1857 N.C. Sess. Laws 34, Pub. Laws, An Act Entitled 'Revenue,' ch. 34, § 23, pt. 4 | On every pistol, except such as are used exclusively for mustering, and on every bowie-knife, one dollar and twenty five cents; on dirks and swordcanes, sixty five cents: Provided, however, That of said arms, only such shall be taxable, as at some time within the year have been used, worn or carried about the person of the owner, or of some other, by his consent. |
| 4 | 1858 | North Carolina | 1858-1859 N.C. Sess. Laws 34-36, Pub.Laws, An Act Entitled Revenue, chap. 25, §27, pt. 15 | The following subjects shall be annually listed, and be taxed the amounts specified: . . . Every dirk, bowie-knife, pistol, sword-cane, dirk-cane and rifle cane, used or worn about the person of any one at any time during the year, one dollar and twenty-five cents. Arms used for mustering shall be exempt from taxation. |
| 5 | 1866 | Georgia | 1866 Ga. Laws 27-28, An Act to Authorize | § 1. . . . collect a tax of two dollars per head on each and every dog over the number of three, and one dollar apiece on every gun or pistol, |

| Table 5 – Firearm Registration and Taxation Requirements ||||| 
|---|---|---|---|---|
| No. | Year | Jurisdiction | Citation | Excerpt |
|  |  |  | the Justices of the Inferior Courts of Camden, Glynn and Effingham Counties to Levy a Special Tax for County Purposes, and to regulate the same, §§ 3–4 | musket or rifle over the number of three kept or owned on any plantation in the counties aforesaid; the said tax to be applied to such county purposes as the said courts shall direct.<br>§ 2. That the owner of every plantation in said counties shall be required to render, upon oath, a full return of every dog, gun, pistol, musket, or rifle so held or kept as aforesaid, and shall be held responsible for the tax imposed upon them, which tax the said Inferior Courts are hereby authorized and empowered to enforce, as in other cases. |
| 6 | 1867 | Alabama | Revised Code of Alabama 169 (1867) | Taxation, § 10. On All pistols or revolvers in the possession of private persons not regular dealers holding them for sale, a tax of two dollars each; and on all bowie knives, or knives of the like description, held by persons not regular dealers, as aforesaid, a tax of three dollars each; and such tax must be collected by the assessor when assessing the same, on which a special receipt shall be given to the tax payer therefor, showing that such tax has been paid for the year, and in default of such payment when demanded by the assessor, such pistols, revolvers, bowie knives, or knives of like description, must be seized by him, and unless redeemed by payment in ten days thereafter, with such tax, with an additional penalty of fifty per cent., the same must be sold at public outcry before the court house door, after five days notice; and the overplus remaining, if any, after deducting the tax and penalty aforesaid, must be paid over to the person from whom the said pistol, revolver, bowie knife, or knife of like description, was taken, and the net amount collected by him must be paid over to the collector every month, from which, for each such assessment and collection, the assessor shall be entitled to fifty cents, and when the additional penalty is collected, he shall receive fifty per cent. additional thereto. |
| 7 | 1885 | Illinois | Merritt Starr & Russell H. Curtis, Annotated | All persons dealing in deadly weapons, hereinbefore mentioned, at retail within this State shall keep a register of all such weapons sold or given |

| Table 5 – Firearm Registration and Taxation Requirements ||||| 
|---|---|---|---|---|
| No. | Year | Jurisdiction | Citation | Excerpt |
|  |  |  | Statutes of the State of Illinois in Force (1885), Criminal Code Ch. 38, para. 90 | away by them. Such register shall contain the date of the sale or gift, the name and age of the person to whom the weapon is sold or given, the price of the said weapon, and the purpose for which it is purchased or obtained. The said register shall be in the following form. [Form of Register] Said register is to be kept open for inspection of the public, and all persons who may wish to examine the same may do so at all reasonable times during business hours. A failure to keep such register, or to allow an examination of the same, or to record therein any sale or gift of a deadly weapon, or the keeping of a false register, shall be a misdemeanor, and shall subject the offender to a fine of not less than twenty-five dollars ($25) nor more than two hundred dollars ($200). |
| 8 | 1918 | Montana | 1918 Mont. Laws 6-7, 9, An Act Entitled "An Act Providing for the Registration of All Fire Arms and Weapons and Regulating the Sale Thereof and Defining the Duties of Certain County Officers and Providing Penalties for a Violation of the Provisions of This Act," ch. 2, §§ 1, 3, 8 | § 1. Within thirty days from the passage and approval of this Act, every person within the State of Montana, who owns or has in his possession any fire arms or weapons shall make a full, true, and complete verified report upon the form hereinafter provided to the sheriff of the County in which such person lives, of all fire arms and weapons which are owned or possessed by him or her or are in his or her control, and on sale or transfer into the possession of any other person such person shall immediately forward to the sheriff of the County in which such person lives the name and address of that purchaser and person into whose possession or control such fire armor weapon was delivered. [. . .] § 3. Any person signing a fictitious name or address or giving any false information in such report shall be guilty of misdemeanor, and any person failing to file such report as in this Act provided, shall be guilty of a misdemeanor. [. . .] § 8. For the purpose of this Act a fire arm or weapon shall be deemed to be any revolver, pistol, shot gun, rifle, dirk, dagger, or sword. |