cartridges must be submitted by JANUARY 1, 2024 Click here




INTEGRITY
SERVICE
PRIDE

PUBLIC SAFETY SERVICES | FIREARMS SERVICES | FOID | CONCEAL CARRY LICENSE | DEALER SUPPORT | FORMS | STATUTORY REGULATION | STATISTICS | APPLICATION HELP | PICA – PROTECTING ILLINOIS COMMUNITIES ACT

## Statistics

### FOID/CCL/FTIP REPORTS

- What is a Business Day for FTIP?
- FOID Workflow
- CCL Workflow
- FTIP Workflow

**Protect Illinois Communities Act Statistics**

Number of Individuals Completing a Disclosure: 6,141
Total Disclosures: 18,457
Firearms Disclosures: 12,086
Accessory Disclosures: 6,254
Ammunition Disclosures: 117

**DASHBOARDS**



FOID cards per county - 2,415,481 total cards



EXHIBIT A