1
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY W. LANGLEY, et al.,  ) | |
| Plaintiffs,  ) | |
| vs.  ) | Case No. 3:23-cv-192-SPM |
| BRENDAN KELLY, et al.,  ) | |
| Defendants.  ) | |



## SWORN STATEMENT OF SCOTT PULASKI

Comes now Scott Pulaski, and states under penalties of perjury, as follows:

1. I have been asked to review a list of screenshots, of attempted firearm registrations under the Protect Illinois Communities Act.

2. That SWD made M-11 pistols, which are covered under PICA.

3. MAS, which is short for the Manufacture d'armes de Saint-Étienne is a French arsenal that made several firearms that are available on the U.S. market that are covered under PICA.

4. Inland Division of General Motors made millions of M1. Carbines, including the folding stock M1A1 carbine, during World War II, as depicted in the State's PICA identification guide.

5. Other M1 carbines were made by National Postal Meter, Saginaw Steering Geer, Commercial Control Corporation, IBM or International Business Machines and other companies, all of which will accept the same folding stock.

6. FN Columbia, SC is the marked maker of the FN PS90, regulated under PICA by name.

7. TNW made certain firearms that might be PICA regulated.

8. Bushmaster Firearms is a now defunct manufacturer of XM15E2S rifles that are likely PICA regulated. At one time Bushmaster was the largest manufacturer of centerfire semiautomatic rifles patterned on the AR15 rifle.

9. Olympia Arms is also a now defunct manufacturer of PICA regulated firearms, both rifles and pistols, pattered, in part on the AR15 rifle.

10. Izhmash is a Russian company, listed as the maker of various PICA regulated firearms in the statute itself.

11. Browning itself made or imported many PICA regulated firearms, these included FAL pattern rifles.

12. From my observations, it would appear that if a given manufacturer is not listed in the PICA registration database, there is no way to actually register a PICA firearm from that manufacturer.

13. There appears to be no option to click "other" or type in a new manufacturer name.

14. It appears that if the manufacturer category is blank [ank], the registration form will not be accepted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/13__, 2023                    _[signature]_

                                                Scott Pulaski