12/8/2023 3:18 PM

## It is apparently impossible to register certain firearms

To ISP.AskFOIDandCCL@illinois.gov <isp.askfoidandccl@illinois.gov>

Greetings,

I have attempted to register certain firearms that are likely subject to PICA.

In any event the manufacturer does not show up in your list of manufacturers for multiple of my items, which of course I would not care about, except that your computer will not accept the registration form without listing the manufacturer, and your computer does not recognize multiple manufactures.

Do you have a solution?

Remember, the deadline for me to "comply" is rapidly approaching.





EXHIBIT E