

EXHIBIT
F
tabbies®





ILLINOIS STATE POLICE
Firearms Services Bureau

Applicant
Portal

Logoff

Dashboard

My Profile

My eCard

My Correspondence

Privacy

Terms

Contact Us

Illinois State Police

## ADD DISCLOSURE ITEM

### ADD DISCLOSURE ITEM

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is a violation of the Firearm Owners Identification Card Act ✕

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking here. ✕

Maker   (Begin typing to select)

Uramex

Unable to find a match to what has been entered.

Weapon Type

Model

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy

☐ Date Unknown



ILLINOIS STATE POLICE
Firearms Services Bureau

Applicant Portal

Created 12/8/2023

→  Logoff

🞂  Dashboard
👤  My Profile
🖥  My eCard
✉  My Correspondence

🏥  Privacy
☰  Terms
✉  Contact Us

🚗  Illinois State Police

## ADD DISCLOSURE ITEM

### ADD DISCLOSURE ITEM

> Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is a violation of the Firearm Owners Identification Card Act   ✕

> Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking here.   ✕

Maker   (Begin typing to select)

Vector Arms

Unable to find a match to what has been entered.

Weapon Type

Model

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy   📅

☐ Date Unknown



ILLINOIS STATE POLICE
Firearms Services Bureau

Applicant
Portal

Created 12/8/2023

- Logoff
- Dashboard
- My Profile
- My eCard
- My Correspondence
- Privacy
- Terms
- Contact Us
- Illinois State Police

## ADD DISCLOSURE ITEM

### ADD DISCLOSURE ITEM

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is a violation of the Firearm Owners Identification Card Act   ✕

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking here.   ✕

Maker   (Begin typing to select)

Doruk

Unable to find a match to what has been entered.

Weapon Type

Model

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy

☐ Date Unknown

59°F
Sunny

Q Search

3:01 PM
12/15/2023



**ILLINOIS STATE POLICE**
Firearms Services Bureau

*Applicant Portal*

Created 12/8/2023

- Logoff

- Dashboard
- My Profile
- My eCard
- My Correspondence

- Privacy
- Terms
- Contact Us

- Illinois State Police

## ADD DISCLOSURE ITEM

### ADD DISCLOSURE ITEM

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is a violation of the Firearm Owners Identification Card Act ✕

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**. ✕

Maker  (Begin typing to select)

dan wesson

Unable to find a match to what has been entered.

Weapon Type

Model

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy

☐ Date Unknown

59°F Sunny

Q Search

3:02 PM
12/15/2023





ILLINOIS STATE POLICE
Firearms Services Bureau

Applicant Portal

Created 12/8/2023

Logoff

Dashboard

My Profile

My eCard

My Correspondence

Privacy

Terms

Contact Us

Illinois State Police

## ADD DISCLOSURE ITEM

### ADD DISCLOSURE ITEM

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is a violation of the Firearm Owners Identification Card Act ✕

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking here. ✕

Maker  (Begin typing to select)

Sterling Armament

Unable to find a match to what has been entered.

Weapon Type

Model

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy

☐ Date Unknown

59°F
Sunny

Q Search

3:05 PM
12/15/2023

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

**POLICE**

**App**

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker    (Begin typing to select.)

Weapon Type

izhmash

Unable to find a match to what has been entered.

Model

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy 📅

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo violation of the Firearm Owners Identification Card Act

Q Search

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

**POLICE**

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker    (Begin typing to select)

Weapon Type

SWD

Unable to find a match to what has been entered.

Model

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo violation of the Firearm Owners Identification Card Act

Q Search

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

OLICE

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here.**

Maker    (Begin typing to select)                                        Weapon Type

S.W.D.

Unable to find a match to what has been entered.

Model                                    Serial Number                        Caliber

Acquisition Date

mm/dd/yyyy

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo violation of the Firearm Owners Identification Card Act

Q Search

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

**LICE**

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker    (Begin typing to select)                                    Weapon Type

M.A.S.|

Unable to find a match to what has been entered.
ινιυασι                                  Serial Number                    Caliber

Acquisition Date

mm/dd/yyyy            🗓

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo
violation of the Firearm Owners Identification Card Act

Q Search

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

A⁺   ☆   ▢

**LICE**
**u**

App
P

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker   (Begin typing to select)

Weapon Type

saint etieenne

Unable to find a match to what has been entered.
Model

Serial Number

Caliber

**Capital**One

Account Summary

Acquisition Date

**Total Availa**
for Capital One C

mm/dd/yyyy   📅

$12,6

☐ Date Unknown

📄 en.softonic.com

**AFFIRMATION**

Capital one cas
Take your $12,6
via Microsoft Edg

Entering false information on this form is punishable as perjury under Section 32-2 of the **Criminal Code of 2012.** Entering f
violation of the **Firearm Owners Identification Card Act**

Q Search

rch    ×   foid c

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

A   ☆    ▢

LICE
u

App
P

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking here.

Maker    (Begin typing to select)                           Weapon Type

Inland Division of General Motors

Unable to find a match to what has been entered.
Model                               Serial Number                       Caliber

Acquisition Date

mm/dd/yyyy      🗓

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo violation of the Firearm Owners Identification Card Act

Q Search

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

**POLICE**

**App**

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker   (Begin typing to select)

Weapon Type

national postal meter|

Unable to find a match to what has been entered.

Model

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy   🔳

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo violation of the Firearm Owners Identification Card Act

Q Search

rch   ×   foid

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

OLICE

App
P

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker   (Begin typing to select)

National Postal Meter

Weapon Type

Unable to find a match to what has been entered.
Model

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy 📅

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo violation of the Firearm Owners Identification Card Act

Q Search

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

$A^\land$   ☆   ▢

LICE

App

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker   (Begin typing to select)

Weapon Type

Saginaw Steering Geer

Unable to find a match to what has been entered.
Model

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy   🗓

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo violation of the Firearm Owners Identification Card Act

Q Search

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker    (Begin typing to select)

Weapon Type

commercial control corporation

Unable to find a match to what has been entered.

Model                                    Serial Number                          Caliber

Acquisition Date

mm/dd/yyyy

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo violation of the Firearm Owners Identification Card Act

Q Search

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

$A^N$ ☆ ⫿

**OLICE**

**App**

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here.**

Maker    (Begin typing to select)                                    Weapon Type

international business machines

Unable to find a match to what has been entered.
Model                                    Serial Number                                    Caliber

Acquisition Date

mm/dd/yyyy            📅

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo
violation of the Firearm Owners Identification Card Act

Q Search

rch    ×    fold ca-dation search    IL Firearm Applicant Portal

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

A⁺    ☆    ▭

**LICE**    App
u    P

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is
violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker    (Begin typing to select)                                                    Weapon Type

| ibm |

Unable to find a match to what has been entered.
Model                           Serial Number                                       Caliber

Acquisition Date

| mm/dd/yyyy    📅 |

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo
violation of the Firearm Owners Identification Card Act

Q Search

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

LICE

App

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker   (Begin typing to select)

Weapon Type

tnw

Unable to find a match to what has been entered.
Model

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo violation of the Firearm Owners Identification Card Act

Q Search

cant Portal

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

OLICE

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker    (Begin typing to select)

Weapon Type

olympia arms

Unable to find a match to what has been entered.

Model

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy

☐ Date Unknown

## AFFIRMATION

**Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo** violation of the **Firearm Owners Identification Card Act**

Q Search

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker   (Begin typing to select)                                                    Weapon Type

bushmaster firearms

Unable to find a match to what has been entered.
Model                                        Serial Number                          Caliber

Acquisition Date

mm/dd/yyyy              🗓

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo
violation of the Firearm Owners Identification Card Act

Q Search

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

POLICE
u

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker    (Begin typing to select)

smith and wesson

Unable to find a match to what has been entered.
Model

Weapon Type

Serial Number

Caliber

Acquisition Date

mm/dd/yyyy

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo violation of the Firearm Owners Identification Card Act

Q Search

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx

$A^N$   ☆   ▢

**LICE**
u

App
P

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is
violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here**.

Maker    (Begin typing to select)

Weapon Type

fabrique nationale|

Select From Below

Caliber

BABY BROWNING_ (**FABRIQUE NATIONALE** - FN HERSTAL)

Acquisition Date

mm/dd/yyyy    🗓

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo
violation of the Firearm Owners Identification Card Act

Q Search

ww.ispfsb.com/LH/Disclosure/EditDisclosure.aspx      A^N   ☆   ▭

**LICE**
**u**

App
P

Warning: Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this form is
violation of the Firearm Owners Identification Card Act

Already completed a Person to Person Transfer? Create a disclosure from that transfer by clicking **here.**

Maker    (Begin typing to select)                      Weapon Type

| FN columbia, sc |

Unable to find a match to what has been entered.
Model                          Serial Number                        Caliber

Acquisition Date

| mm/dd/yyyy       🗓 |

☐ Date Unknown

## AFFIRMATION

Entering false information on this form is punishable as perjury under Section 32-2 of the Criminal Code of 2012. Entering false information on this fo
violation of the Firearm Owners Identification Card Act

Q Search

