Public Act 102-1116

HB5471 Enrolled					LRB102 24372 BMS 33606 b

<pre>
        (XXII) Heckler & Koch MR556.

        (XXIII) High Standard HSA-15 rifles.

        (XXIV) Jesse James Nomad AR-15 rifle.

        (XXV) Knight's Armament SR-15.

        (XXVI) Lancer L15 rifles.

        (XXVII) MGI Hydra Series rifles.

        (XXVIII) Mossberg MMR Tactical rifles.

        (XXIX) Noreen Firearms BN 36 rifle.

        (XXX) Olympic Arms.

        (XXXI) POF USA P415.

        (XXXII) Precision Firearms AR rifles.

        (XXXIII) Remington R-15 rifles.

        (XXXIV) Rhino Arms AR rifles.

        (XXXV) Rock River Arms LAR-15 or Rock River
    Arms LAR-47.

        (XXXVI) Sig Sauer SIG516 rifles and MCX
    rifles.

   ✱    (XXXVII) Smith & Wesson M&P15 rifles.

        (XXXVIII) Stag Arms AR rifles.

        (XXXIX) Sturm, Ruger & Co. SR556 and AR-556
    rifles.

        (XL) Uselton Arms Air-Lite M-4 rifles.

        (XLI) Windham Weaponry AR rifles.

        (XLII) WMD Guns Big Beast.

        (XLIII) Yankee Hill Machine Company, Inc.
    YHM-15 rifles.
</pre>



EXHIBIT G

Public Act 102-1116

HB5471 Enrolled                                        LRB102 24372 BMS 33606 b

      (iii) Barrett M107A1.

      (iv) Barrett M82A1.

      (v) Beretta CX4 Storm.

      (vi) Calico Liberty Series.

      (vii) CETME Sporter.

      (viii) Daewoo K-1, K-2, Max 1, Max 2, AR 100, and AR 110C.

      ※ (ix) Fabrique Nationale/FN Herstal FAL, LAR, 22 FNC, 308 Match, L1A1 Sporter, PS90, SCAR, and FS2000.

      (x) Feather Industries AT-9.

      (xi) Galil Model AR and Model ARM.

      (xii) Hi-Point Carbine.

      (xiii) HK-91, HK-93, HK-94, HK-PSG-1, and HK USC.

      (xiv) IWI TAVOR, Galil ACE rifle.

      (xv) Kel-Tec Sub-2000, SU-16, and RFB.

      (xvi) SIG AMT, SIG PE-57, Sig Sauer SG 550, Sig Sauer SG 551, and SIG MCX.

      (xvii) Springfield Armory SAR-48.

      (xviii) Steyr AUG.

      (xix) Sturm, Ruger & Co. Mini-14 Tactical Rifle M-14/20CF.

      (xx) All Thompson rifles, including the following:

          (I) Thompson M1SB.

          (II) Thompson T1100D.

          (III) Thompson T150D.

          (IV) Thompson T1B.

Public Act 102-1116

HB5471 Enrolled LRB102 24372 BMS 33606 b

~~(IV) IZHMASH Saiga 12K.~~

~~(V) IZHMASH Saiga 12K-030.~~

~~(VI) IZHMASH Saiga 12K-040 Taktika.~~

(v) Streetsweeper.

(vi) Striker 12.

(2) "Assault weapon" does not include:

(A) Any firearm that is an unserviceable firearm or has been made permanently inoperable.

(B) An antique firearm or a replica of an antique firearm.

(C) A firearm that is manually operated by bolt, pump, lever or slide action, unless the firearm is a shotgun with a revolving cylinder.

(D) Any air rifle as defined in Section 24.8-0.1 of this Code.

(E) Any handgun, as defined under the Firearm Concealed Carry Act, unless otherwise listed in this Section.

(3) "Assault weapon attachment" means any device capable of being attached to a firearm that is specifically designed for making or converting a firearm into any of the firearms listed in paragraph (1) of this subsection (a).

(4) "Antique firearm" has the meaning ascribed to it in 18 U.S.C. 921(a)(16).

(5) ".50 caliber rifle" means a centerfire rifle capable of firing a .50 caliber cartridge. The term does not include

Public Act 102-1116

HB5471 Enrolled                                    LRB102 24372 BMS 33606 b

any antique firearm, any shotgun including a shotgun that has a rifle barrel, or any muzzle-loader which uses black powder for hunting or historical reenactments.

(6) ".50 caliber cartridge" means a cartridge in .50 BMG caliber, either by designation or actual measurement, that is capable of being fired from a centerfire rifle. The term ".50 caliber cartridge" does not include any memorabilia or display item that is filled with a permanent inert substance or that is otherwise permanently altered in a manner that prevents ready modification for use as live ammunition or shotgun ammunition with a caliber measurement that is equal to or greater than .50 caliber.

(7) "Detachable magazine" means an ammunition feeding device that may be removed from a firearm without disassembly of the firearm action, including an ammunition feeding device that may be readily removed from a firearm with the use of a bullet, cartridge, accessory, or other tool, or any other object that functions as a tool, including a bullet or cartridge.

(8) "Fixed magazine" means an ammunition feeding device that is permanently attached to a firearm, or contained in and not removable from a firearm, or that is otherwise not a detachable magazine, but does not include an attached tubular device designed to accept, and capable of operating only with, .22 caliber rimfire ammunition.

(b) Except as provided in subsections (c), (d), and (e),