# State of Illinois



# Assault Weapon Identification Guide

### As listed or described in Illinois Compiled Statutes 720 ILCS 5/24-1.9

The purpose of this guide is to assist Law Enforcement Officers, Firearms Dealers, and the general public in the identification of assault weapons, as defined in the recently enacted Protect Illinois Communities Act. The Illinois State Police has prepared this guide in accordance with 720 ILCS 5/24-1.9(d)(3).

Version 2023.10.01



EXHIBIT H

1



**(C) A semiautomatic pistol that has the capacity to accept a detachable magazine or that may be readily modified to accept a detachable magazine, if the firearm has one or more of the following:**

**(C)(i) a threaded barrel;**

| C)(i) | Threaded barrel |  |
|---|---|---|

**(C)(ii) a second pistol grip or another feature capable of functioning as a protruding grip that can be held by the non-trigger hand;**

| (C)(ii) | Second pistol grip (or other protruding grip) |  |
|---|---|---|

### (J)(ii)(VIII) Black Rain Ordnance Recon Scout.

### (J)(ii)(IX) Bushmaster ACR.

### (J)(ii)(X) Bushmaster Carbon 15.

### (J)(ii)(XI) Bushmaster MOE series.



| | | |
|---|---|---|
| (J)(ii)(VIII) | Black Rain Ordnance Recon Scout | |
| (J)(ii)(IX) | Bushmaster ACR | |
| (J)(ii)(X) | Bushmaster Carbon 15 | |
| (J)(ii)(XI) | Bushmaster MOE series | |



| (J)(ii)(XII) Bushmaster XM15. | | |
|---|---|---|
| (J)(ii)(XII) | Bushmaster XM15-E2S, 16" barrel, with collapsible stock and flash suppressor | |
| **(J)(ii)(XIII) Chiappa Firearms MFour rifles.** | | |
| (J)(ii)(XIII) | Chiappa Firearms MFour rifles | |
| **(J)(ii)(XIV) Colt Match Target rifles.** | | |
| (J)(ii)(XIV) | Colt Match Target rifles | |
| **(J)(ii)(XV) CORE Rifle Systems CORE15 rifles.** | | |
| (J)(ii)(XV) | CORE Rifle Systems CORE15 rifles | |



| | | |
|---|---|---|
| **(L)(iv)(IV) IZHMASH Saiga 12K.** | | |
| (L)(iv)(IV) | All IZHMASH Saiga 12 types: Saiga 12K | |
| **(L)(iv)(V) IZHMASH Saiga 12K-030.** | | |
| (L)(iv)(V) | All IZHMASH Saiga 12 types: Saiga 12K 030 | |
| **(L)(iv)(VI) IZHMASH Saiga 12K-040 Taktika.** | | |
| (L)(iv)(VI) | All IZHMASH Saiga 12 types: Saiga 12K 040 Takita | |
| **(L)(v) Streetsweeper.** | | |
| (L)(v) | (Cobray) Streetsweeper | |