

(https://www.militaria-deal.com/)



(https://g.adspeed.net/ad.php?
do=clk&aid=1001481&zid=124584&t=1702508786&auth=773163df7c4e8f1

# The M1 carbine guide

You will find here a thorough study of the M1 carbine (United States Carbine, Caliber .30, M1) over the period 1941-45. We will first discuss the basic concepts, then we will see in more detail the characteristic elements of the M1 carbines of the second war.

## History of the US M1 Carbine

Since 1938, the **US Army** has been eager to equip non-combatant troops with a semi-automatic rifle, less bulky, lighter and more maneuverable than the **Garand**.

It was not until 1940 that the Ordnance Corp. accepted the request. The green light was given in 1941 to the various arms manufacturers to launch the competition. More than 20 prototypes were then submitted to the US Army. After a year and a half, the choice will be made for the Winchester model and will take the designation of M1 Carbine (https://www.militaria-deal.com/militaria-army/us-militaria).

Between 1941 and 1945, more than 6 million USM1 rifles were produced by 12 different contractors. Inland, Winchester, Underwood, National Postal Meter, Quality Hardware, IBM, Saginaw (Michigan, Grand Rapids), Standard Products, Rock-Ola, Irwin-Pedersen, Commercial Controls. This mass production makes the M1 rifle the most produced American weapon during WW2 (https://www.militaria-deal.com/top-ww2-militaria).

The commissioning will be done from June 1942. The rifle was an immediate success thanks to its lightness and maneuverability (it could be held with one hand) and this despite its lack of power.

It equipped from then on the units of support and support (transmission, artillery, transport, ...). A version with folding stock was developed for the airborne troops under the demomination 'M1 A1 Carbine (https://www.militaria-deal.com/militaria-army/us-militaria)'.



An example of a WW2 M1 carbine

## View Manual For Free

Prin Manual

## Features of the WW2 M1 Carbine

**Operation**: Semi-automatic by gas borrowing
**Length**: 905 mm
**Unloaded weight**: 2.48 kg
**Cannon**: 457.2 mm 4 stripes on the right side
**Weight with ammunition**: 2.5 kg
**Magazine capacity:** 15 shots



EXHIBIT

tabbies

**Speed :** 607 m/s
**Rate of Fire:** M2 on full auto, 650-700rpm
**Effective range:** 275 m

## Production and case markings of M1 and M1 A1 carbines by manufacturers (1941-45) :

| Manufacturer | Case Marking | M1 | M1 A1 |
|---|---|---|---|
| Inland Division, General Motors | INLAND DIV. | 2 485 000 | 140 000 |
| Winchester Repeating Arms | WINCHESTER | 828 059 | |
| Underwood-Elliot-Fisher | UNDERWOOD | 545 616 | |
| National Postal Meter | NATIONAL POSTAL METER | 413 017 | |
| Quality Hardware Manufacturing Corp. | QUALITY H.M.C. | 359 666 | |
| International Business Machines | I.B.M. CORP. | 346 500 | |
| Saginaw Steering Gear Division. Michigan, General Motors | SAGINAW S.G. | 293 592 | |
| Standard Products | STD. PRO. | 247 160 | |
| Rock-Ola Music Corporation | ROCK-OLA | 228 500 | |
| Saginaw Steering Gear Division. Grand Rapids, General Motors | SAGINAW S'G' | 76 897 | |
| Irwin-Pedersen | IRWIN-PEDERSEN | 146 723 | |
| Commercial Controls Corporation | COMMERCIAL CONTROLS | 239 | |

**Total Production : 6 110 969**