IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>    Plaintiffs,<br>        vs.<br>BRENDAN KELLY, *et al.*,<br>    Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS<br>LICENSEES OF ILLINOIS, *et al.*,<br>    Plaintiffs,<br>        vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>    Defendants. | Case No.  3:23-cv-215-SPM |

**STATE DEFENDANTS' MOTION TO RESET DATE FOR
SCHEDULING CONFERENCE TO JANUARY 5 OR JANUARY 8-12, 2024**

Governor Pritzker, Attorney General Raoul, and Illinois State Police ("ISP") Director Brendan Kelly (collectively, "State Defendants") bring this motion to reset the date the Court set for a scheduling conference in these consolidated actions from Thursday, January 4, 2024, to either Friday, January 5, 2024, or any date from January 8, 2024, through January 12, 2024. In support of this motion, the State Defendants state as follows:

1

1.      Earlier today, Friday, December 22, 2023, the Court entered an order setting a scheduling conference in these consolidated actions for Thursday, January 4, 2024, at 1:30 p.m., by Zoom. ECF 138.

2.      Counsel for the State Defendants respectfully request that the Court reset the date for the scheduling conference to the next day, Friday, January 5, or to any day the following week, January 8 through 12. All three of the attorneys who would ordinarily appear for conferences and hearings in these consolidated actions (Mr. Wells, Ms. Muse, and Ms. Bautista) will be on family vacations outside Illinois and unable to attend the scheduling conference as currently scheduled on January 4.

3.      Given their familiarity with these actions and their knowledge of what discovery the State Defendants will likely seek, Mr. Wells, Ms. Muse, and Ms. Bautista are best positioned to address a "timeline for discovery" as requested by the Court. ECF 138. Participation by at least one of them in the scheduling conference is more likely to result in a timeline for discovery that is realistic and achievable in light of the complexity of these consolidated actions and the specific factual inquiries discussed by the Seventh Circuit in its November 3, 2023 interlocutory ruling. Moving the scheduling conference by one day or, at most, a week will not significantly delay resolution of these actions.

4.      Counsel for the State Defendants appreciate the Court's consideration of this request.

WHEREFORE, for the above and foregoing reasons, the State Defendants respectfully request that this Court reset the scheduling conference set for January 4, 2024, to the following day, January 5, 2024, or to any day the following week, January 8 through 12, 2024.

3

Dated: December 22, 2023                                             Respectfully submitted,

 /s/ Christopher G. Wells
Christopher G. Wells, ARDC No. 6304265
*Division Chief, Public Interest Division*
Office of the Attorney General of Illinois
115 S. La Salle St.
Chicago, IL 60603
(773) 590-6942
christopher.wells@ilag.gov

## **CERTIFICATE OF SERVICE**

      I certify that on December 22, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                                /s/ Christopher G. Wells
                                                Christopher G. Wells
                                                *Division Chief, Public Interest Division*
                                                Office of the Attorney General of Illinois