# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

December 20, 2023

Taxed in Favor of: **Appellant Brendan F. Kelly ; Appellant Kwame Raoul ; Appellant Brendan F. Kelly ; Appellant Kwame Raoul ; Appellant Brendan F. Kelly ; Appellant Brendan F. Kelly ; Appellant Jay R. Pritzker ; Appellant Kwame Raoul**

| | |
|---|---|
| No. 23-1825 | CALEB BARNETT, et al.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>KWAME RAOUL and BRENDAN F. KELLY,<br>    Defendants - Appellants |
| No. 23-1826 | DANE HARREL, et al.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>KWAME RAOUL and BRENDAN F. KELLY,<br>    Defendants - Appellants |
| No. 23-1827 | JEREMY W. LANGLEY, et al.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>BRENDAN KELLY,<br>    Defendant - Appellant |
| No. 23-1828 | FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al.,<br>    Plaintiffs - Appellees<br><br>v. |

|  | JAY ROBERT PRITZKER, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:23-cv-00209-SPM<br>Southern District of Illinois<br>District Judge Stephen P. McGlynn ||
| **Originating Case Information:** ||
| District Court No: 3:23-cv-00141-SPM<br>Southern District of Illinois ||
| **Originating Case Information:** ||
| District Court No: 3:23-cv-00192-SPM<br>Southern District of Illinois ||
| **Originating Case Information:** ||
| District Court No: 3:23-cv-00215-SPM<br>Southern District of Illinois ||

The mandate or agency closing letter issued in this cause on December 19, 2023.

BILL OF COSTS issued in the amount of: $2,020.00.

|  |  | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: |  |  |
| 2. | For reproduction of any record or paper, per page: |  |  |
| 3. | For reproduction of briefs: |  | $2,020.00 |
|  | TOTAL: |  | $2,020.00 |

form name: **c7_BillOfCosts**   (form ID: **140**)