UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

CALEB BARNETT, et al,
*Plaintiff(s)*

v.

KWAME RAOUL, et al,
*Defendant(s)*

Case Number:  23-cv-209-SPM

# NOTICE

**TO**: All Counsel of Record for Defendants

You are notified that a Bill of Costs has been filed in this action. These costs will be adjusted and taxed by this office pursuant to Federal Rule of Civil Procedure 54(d) on January 10, 2024.  Objections to these costs, if any, shall be filed on or before this date pursuant to SDIL-LR 54.2.

Dated: December 27, 2023

MONICA A. STUMP, Clerk of Court

By:   *s/J. Habermehl*
      Deputy Clerk