**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DANE HARREL, *et al.*,<br>　　Plaintiffs,<br><br>　　　　vs.<br><br>KWAME RAOUL, *et al.*,<br>　　Defendants. | Case No.  3:23-cv-141-SPM |
| FEDERAL FIREARMS<br>LICENSEES OF ILLINOIS, *et al.*,<br>　　Plaintiffs,<br><br>　　　　vs.<br><br>JAY ROBERT "J.B." PRITZKER, *et al.*,<br>　　Defendants. | Case No.  3:23-cv-215-SPM |
| CALEB BARNETT, *et al.*,<br>　　Plaintiffs,<br><br>　　　　vs.<br><br>KWAME RAOUL, *et al.*,<br>　　Defendants. | Case No.  3:23-cv-209-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>　　Plaintiffs,<br><br>　　　　vs.<br><br>BRENDAN KELLY, *et al.*,<br>　　Defendants. | Case No.  3:23-cv-192-SPM |

### BARNETT PLAINTIFFS' MOTION TO RESET DATE
### FOR SCHEDULING CONFERENCE TO JANUARY 8 - 12, 2024

Plaintiffs Caleb Barnett, Brian Norman, Hood's Guns & More, Pro Gun and Indoor Range, and National Shooting Sports Foundation, Inc. (collectively, the "Barnett Plaintiffs") bring this motion to join in the State Defendants' request to reset the date for a scheduling conference in these consolidated actions from Thursday, January 4, 2024, to any date from January 8 - 12, 2024. In support of this motion, the Barnett Plaintiffs state as follows:

1. On December 22, 2023, the Court entered an order setting a scheduling conference in these consolidated actions for Thursday, January 4, 2024, at 1:30 p.m., by Zoom. ECF 138.

2. Also on December 22, 2023, the State Defendants filed a motion respectfully requesting that the Court reset the date for the scheduling conference. ECF 139.

3. Counsel for the Barnett Plaintiffs are unavailable on January 4, 2024, at 1:30 p.m., but have wide availability during the week of January 8, 2024.

4. Counsel for the Barnett Plaintiffs appreciate the Court's consideration of this request.

WHEREFORE, for the above and foregoing reasons, the Barnett Plaintiffs respectfully request that this Court reset the scheduling conference set for January 4, 2024, to any day the following week, January 8 - 12, 2024.

Respectfully submitted,

s/ *Gary C. Pinter*

| | |
|---|---|
| ANDREW A. LOTHSON | GARY C. PINTER |
| SWANSON, MARTIN & BELL, LLP | SWANSON, MARTIN & BELL, LLP |
| 330 N. Wabash | 103 W. Vandalia Street |
| Suite 3300 | Suite 215 |
| Chicago, IL 60611 | Edwardsville, IL 62025 |
| | (618) 655-3131 |
| | gpinter@smbtrials.com |

December 29, 2023