UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| Caleb Barnett, et al. | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 23-cv-209 |
| Kwame Raoul | ) | |
| *Defendant(s)* | ) | |

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Caleb Barnett, Brian Norman, Hood's Guns & More, Pro Gun & Indoor Range, National Shooting Sports Foundation, Inc. In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of District of Columbia. The state and federal bar numbers issued to me are: 252552.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Feb 5, 2024
Date

s/Mariel A. Brookins
Signature of Movant

706 Duke Street
Street Address

Mariel A. Brookins
Printed Name

Alexandria, VA 22314
City, State, Zip