# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

| | |
|---|---|
| CALEB BARNETT, ET AL. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Case Number: 3:23-cv-00209-SPM |
| KWAME RAOUL, ET AL. | ) |
| *Defendant(s)* | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Dane Harrel, C4 Gun Store, LLC, Marengo Guns, Inc., Illinois State Rifle Ass'n, Firearms Policy Coalition, and Second Amendment Foundation.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of New York and the District of Columbia. The state and federal bar numbers issued to me are: See attached addendum.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 02/09/2024  /s/David H. Thompson
Date   Signature of Movant

1523 New Hampshire Avenue, NW   David H. Thompson
Street Address   Printed Name

Washington, DC 20036
City, State, Zip

# ADDENDUM – DAVID H. THOMPSON BAR ADMISSIONS

|  | Date Admitted | Bar No. | Notes |
|---|---|---|---|
| **STATE BAR ADMISSIONS:** |  |  |  |
| New York | 08/07/1995 | 2701365 |  |
| District of Columbia | 04/01/1996 | 450503 |  |
|  |  |  |  |
| **U.S. DISTRICT COURT FOR THE:** |  |  |  |
| District of Columbia | 02/02/1998 | 450503 |  |
| District of Colorado | 02/17/2015 | N/A | INACTIVE: ADMINISTRATIVE REMOVAL |
| Northern District of Florida | 06/17/2008 | 450503DC |  |
| Western District of Michigan | 08/10/2023 | N/A |  |
|  |  |  |  |
| **U.S. COURT OF APPEALS FOR:** |  |  |  |
| First Circuit | 12/12/2017 | 1182387 |  |
| Second Circuit | 04/14/2014 | N/A |  |
| Third Circuit | 02/03/2004 | N/A |  |
| Fourth Circuit | 09/25/2002 | N/A |  |
| Fifth Circuit | 02/26/2009 | N/A |  |
| Sixth Circuit | 08/24/2007 | 5622 |  |
| Seventh Circuit | 04/06/2012 | N/A |  |
| Eighth Circuit | 03/29/2017 | 17-0143 |  |
| Ninth Circuit | 02/10/1997 | N/A |  |
| Tenth Circuit | 08/07/2014 | N/A |  |
| Eleventh Circuit | 08/30/2012 | N/A |  |
| Federal Circuit | 11/14/2000 | N/A |  |
| D.C. Circuit | 01/17/2006 | 50420 |  |
|  |  |  |  |
| **OTHER FEDERAL COURTS:** |  |  |  |
| U.S. Court of Federal Claims | 12/20/1996 | N/A |  |
| U.S. Supreme Court | 11/16/1998 | N/A |  |