# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| CALEB BARNETT, ET AL. <br> *Plaintiff(s)* <br> v. <br> KWAME RAOUL, ET AL. <br> *Defendant(s)* | Case Number: 3:23-cv-00209-SPM |

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Dane Harrel, C4 Gun Store, LLC, Marengo Guns, Inc., Illinois State Rifle Ass'n, Firearms Policy Coalition, and Second Amendment Foundation.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Ohio and the District of Columbia. The state and federal bar numbers issued to me are: See attached addendum.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 02/09/2024
Date

/s/Peter A. Patterson
Signature of Movant

1523 New Hampshire Avenue, NW
Street Address

Peter A. Patterson
Printed Name

Washington, DC 20036
City, State, Zip

# ADDENDUM – PETER A. PATTERSON BAR ADMISSIONS

|  | Date Admitted | Bar No. | Notes |
|---|---|---|---|
| **STATE BAR ADMISSIONS:** |  |  |  |
| Ohio | 11/06/2006 | 80840 |  |
| District of Columbia | 01/07/2011 | 998668 |  |
|  |  |  |  |
| **U.S. DISTRICT COURT FOR THE:** |  |  |  |
| Southern District of Ohio | 07/06/2010 | 80840 |  |
| District of Columbia | 08/05/2013 | 998668 |  |
| Colorado | 05/22/2015 | N/A | INACTIVE: ADMINISTRATIVE REMOVAL |
|  |  |  |  |
| **U.S. COURT OF APPEALS FOR:** |  |  |  |
| First Circuit | 12/12/2017 | 1182386 |  |
| Second Circuit | 04/14/2014 | N/A |  |
| Third Circuit | 06/14/2018 | N/A |  |
| Fourth Circuit | 05/10/2011 | N/A |  |
| Fifth Circuit | 11/29/2011 | N/A |  |
| Sixth Circuit | 12/10/2006 | N/A |  |
| Seventh Circuit | 04/06/2012 | N/A |  |
| Eighth Circuit | 03/29/2017 | 17-0144 |  |
| Ninth Circuit | 08/12/2010 | N/A |  |
| Tenth Circuit | 08/07/2014 | N/A |  |
| Eleventh Circuit | 08/22/2012 | N/A |  |
| Federal Circuit | 10/26/2010 | N/A |  |
| D.C. Circuit | 10/15/2014 | 55624 |  |
|  |  |  |  |
| **OTHER FEDERAL COURTS:** |  |  |  |
| U.S. Court of Federal Claims | 07/22/2013 | N/A |  |
| U.S. Supreme Court | 02/19/2013 | N/A |  |