# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

| | |
|---|---|
| CALEB BARNETT, ET AL. <br> *Plaintiff(s)* <br> v. <br> KWAME RAOUL, ET AL. <br> *Defendant(s)* | Case Number: 3:23-cv-00209-SPM |

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Dane Harrel, C4 Gun Store, LLC, Marengo Guns, Inc., Illinois State Rifle Ass'n, Firearms Policy Coalition, and Second Amendment Foundation.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Nebraska and the District of Columbia. The state and federal bar numbers issued to me are: See attached addendum.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 02/09/2024  
Date

/s/William V. Bergstrom  
Signature of Movant

1523 New Hampshire Avenue, NW  
Street Address

William V. Bergstrom  
Printed Name

Washington, DC 20036  
City, State, Zip

# ADDENDUM – WILLIAM V. BERGSTROM BAR ADMISSIONS

|  | Date Admitted | Bar No. |
|---|---|---|
| **STATE BAR ADMISSIONS:** |  |  |
| District of Columbia | 12/04/17 | 241500 |
| Nebraska | 04/14/2021 | 27244 |
|  |  |  |
| **U.S. DISTRICT COURT FOR THE:** |  |  |
| District of Nebraska | 10/30/2020 | N/A |
|  |  |  |
| **U.S. COURT OF APPEALS FOR:** |  |  |
| Third Circuit | 10/18/2021 | N/A |
| Fourth Circuit | 12/01/2022 | N/A |
| Fifth Circuit | 09/28/2022 | N/A |
| Seventh Circuit | 05/05/2023 | N/A |
| Eighth Circuit | 05/23/2023 | 23-0238 |
| Eleventh Circuit | 08/13/2021 | N/A |
|  |  |  |