FORM (FIREARMS)
TREASURY DEPARTMENT
INTERNAL REVENUE SERVICE
(August 1934)

COLLECTOR'S STAMP

# REGISTRATION OF FIREARMS
(This form to be executed, in duplicate, for each firearm possessed)

September 25, 193_

To Collector of Internal Revenue at __Boston, Mass.__

The undersigned hereby registers, as required by section 5(a) of the National Firearms Act, the firearm descr[ibed] below possessed by him on July 26, 1934.

(1) Name __Harold C. Wiswall__ (Person possessing firearm)  Place of business or employment __87 Milk St. Boston,__

(2) Home Address __Denton Road West__ (Street and number) City or town __Wellesley__ State __Mass.__

(3) _____ (If owner is other than a natural person, state name and home address of an executive officer thereof)

(4) Date of acquisition __About 10 years__

(5) Is firearm still in your possession? __Yes__ ("Yes" or "No")   If transferred between July 26 and September 24, 1[934] state when _____ (Date), and to whom _____ (Name) _____ (Address)

(6) If still in possession place where firearm is usually kept: Address __Denton Road West__ (Street and number)

City or town __Wellesley__   State __Mass.__

(7) Kind of firearm __Stevens Game-getter 410 gauge__
(State whether machine gun, submachine gun, shotgun or rifle having barrel less than 18" in length, muffler, or silencer, etc.)

(8) Serial No. __① 7091__  Model __game getter__  Caliber __410 gauge__

(9) Other marks of identification _____

(10) Manufacturer __J. Stevens Arms Co. Chicopee Falls, U.S.A__ (State name and address)

Sworn and subscribed to before me

this __25__ day of __Sept__ 1934

__C M McKenzie__
__Dep Col__
(Official title)

__Harold C. Wiswall__
(Name of firm)

By __Individual__
(State whether individual owner, member of firm, or, if officer of corpor[ation] give title)

__Denton Road West__
(Street and number)

__Wellesley__  __Mass__
(City or town)  (State)

Received for registry this __25th__ day of __Sept__, 1934

_____ Collector.

(OVER)

EXHIBIT
Ex A

2-16502

## INSTRUCTIONS

The provisions of sections 1(a) and 5(a) of the National Firearms Act, approved June 26, 1934, are as follows:

### Section 1(a)

"The term 'firearm' means a shotgun or rifle having a barrel of less than eighteen inches in length, or any other weapon, except a pistol or revolver, from which a shot is discharged by an explosive if such weapon is capable of being concealed on the person, or a machine gun, and includes a muffler or silencer for any firearm whether or not such firearm is included within the foregoing definition."

### Section 5(a)

"Within sixty days after the effective date of this act every person possessing a firearm shall register, with the collector of the district in which he resides, the number or other mark identifying such firearm, together with his name, address, place where such firearm is usually kept, and place of business or employment, and, if such person is other than a natural person, the name and home address of an executive officer thereof: *Provided*, That no person shall be required to register under this section with respect to any firearm acquired after the effective date of, and in conformity with the provisions of, this act."

1. The term "muffler" or "silencer" includes any device for silencing or diminishing the report of any portable weapon, such as a rifle, carbine, pistol, revolver, machine gun, submachine gun, shotgun, fowling piece, or other device from which a shot, bullet, or projectile may be discharged by an explosive, and is not limited to mufflers or silencers for "firearms" as defined in the act.

2. Every person (including an importer, manufacturer, dealer, and pawnbroker) in possession of a firearm within the definition of the act on July 26, 1934, shall on or before September 24, 1934 (whether or not in his possession on the latter date), register such firearm on this form in duplicate, with the collector for the district in which he resides. In case the firearm is merely in the custody of an employee, such as a watchman, the actual owner should execute this form.

3. The duplicate form after proper endorsement will be returned to the registrant by the collector, and the original forwarded to the Commissioner.

4. Persons failing to register as stated above become liable to a penalty of not more than $2,000, or to imprisonment for not more than five years, or both, as provided by law.

5. The provisions of the National Firearms Act relating to registration of firearms are applicable solely to persons residing within the States of the United States and the District of Columbia.

U. S. GOVERNMENT PRINTING OFFICE: 1934   2-16502