a complete firearm or not?

21. Under Section 1.9 of the Act, semi-auto shotguns are limited to a 5-round capacity. Under Section 1.10 of the Act, shotguns (i.e., long guns) are limited to 10 rounds. 12-gauge shotgun shells come in 3 ½", 3", 2 ¾" and even mini shells of 1 ½". More than 5 mini shells will fit into a standard 12-gauge tube. How is the capacity size determined?

22. Does the Act regulate firearms with revolving cylinders that are capable of shooting both pistol and shotgun calibers from the same cylinder, such as those chambered in .45 long colt and .410 shot?

23. Are magazine tube extensions considered to be detachable magazines?

24. Does the ISP consider magazine tube extensions to be assault weapons attachments? Does an endorsement affidavit need to be submitted even if a person does not possess the firearm that said attachment would fit?

25. Is a handguard considered a shroud pursuant to PICA?

### Endorsement Affidavit Requirements

26. Can Illinois residents legally keep current AR or assault weapons as defined by the new law?

27. Do Illinois residents have to submit endorsement affidavits for their AR-type or assault weapons as defined by the new law?

28. How much does it cost to file an endorsement affidavit for an AR 15 or assault weapon as defined by the new law?

29. Do I have to complete the endorsement affidavit electronically?

30. What happens if a person does not submit the required endorsement affidavit for their assault weapon(s) and/or devices(s) but retains possession of regulated items on or after January 1, 2024?

Failing to complete and submit the required endorsement affidavit while in possession of items regulated by PICA prior to January 1, 2024, is a violation of Illinois law – specifically, the FOID Act and the Criminal Code of 2012 – unless the individual is exempt. The sentencing ranges are set forth in 430 ILCS 65/14 and 720 | main |/24-1(b). Persons who violate these requirements may be arrested and charged.

31. How will this law be enforced?

32. If I am a current resident of another state and own an assault weapon, assault weapon attachment, .50 caliber rifle, .50 BMG caliber



Assault Weapons - WaveBrowser

a complete firearm or not?

21. Under Section 1.9 of the Act, semi-auto shotguns are limited to a 5-round capacity. Under Section 1.10 of the Act, shotguns (i.e., long guns) are limited to 10 rounds. 12-gauge shotgun shells come in 3 ½", 3", 2 ¾" and even mini shells of 1 ½". More than 5 mini shells will fit into a standard 12-gauge tube. How is the capacity size determined?

22. Does the Act regulate firearms with revolving cylinders that are capable of shooting both pistol and shotgun calibers from the same cylinder, such as those chambered in .45 long colt and .410 shot?

23. Are magazine tube extensions considered to be detachable magazines?

24. Does the ISP consider magazine tube extensions to be assault weapons attachments? Does an endorsement affidavit need to be submitted even if a person does not possess the firearm that said attachment would fit?

25. Is a handguard considered a shroud pursuant to PICA?

**Endorsement Affidavit Requirements**

26. Can Illinois residents legally keep current AR or assault weapons as defined by the new law?

Yes, an Illinois resident may keep any AR 15 or assault weapon as defined by PICA if the firearm was owned prior to the effective date of the law if the required endorsement affidavit is submitted prior to January 1, 2024.

27. Do Illinois residents have to submit endorsement affidavits for their AR-type or assault weapons as defined by the new law?

28. How much does it cost to file an endorsement affidavit for an AR 15 or assault weapon as defined by the new law?

29. Do I have to complete the endorsement affidavit electronically?

30. What happens if a person does not submit the required endorsement affidavit for their assault weapon(s) and/or devices(s) but retains possession of regulated items on or after January 1, 2024?

31. How will this law be enforced?

32. If I am a current resident of another state and own an assault weapon, assault weapon attachment, .50 caliber rifle, .50 BMG caliber cartridge and move to Illinois on or after January 1, 2024, how do I comply with the law?

33. How do I complete an endorsement affidavit for my assault weapon attachment if I do not have a FOID card?



EXHIBIT

C, p2

**Traveling Through Illinois with an Assault Weapon or High-Capacity Magazine**

74. How can a non-resident of Illinois legally travel through Illinois with an assault weapon and/or high-capacity magazine?

**Security of Endorsement Affidavits**

75. What security measures does ISP have in place to limit the risk of a system cyberattack that could cause the release of information of endorsement affidavits, or any other information submitted through an individual's FOID portal? Specifically, what steps have been taken since 2021 when the FOID portal was hit with a cyberattack?

76. Under what authority is ISP entering endorsement affidavit information into the Law Enforcement Access Data System (LEADS)?

77. If I am an Illinois resident and I possess a valid Concealed Carry License, does my concealed carry handgun need to comply with PICA regulations?

78. Will the FOID Portal close for individuals who are unable to complete an endorsement affidavit prior to January 1, 2024?

No. PICA sets deadlines for submitting endorsement affidavits depending upon the circumstances – possession prior to 1/10/23, inheritance, moving into Illinois, etc. The FOID Portal will remain open for individuals to complete an affidavit indefinitely. There are not separate fines or penalties for late submissions. However, the relevant jurisdiction could deem a late endorsement affidavit submittal to be invalid or insufficient.

FAQ Table of Changes

If you have questions about compliance with the Protect Illinois Communities Act not answered in the above FAQs or need help submitting an endorsement affidavit, you can email ISP.AskFOIDandCCL@illinois.gov, or visit one of the ISP FOID Kiosks.

## Protect Illinois Communities Act Affidavit Process Video





prior to the January 1, 2024 deadline, how do I proceed?

51. If my FOID is/was revoked and I transferred the assault weapon, can I have the assault weapon back if my FOID is reinstated?

52. Can an entity temporarily in possession of the assault weapon, assault weapon attachment, .50 caliber rifle, .50 caliber BMG cartridge, or large capacity ammunition feeding device, for example a law enforcement agency, require the next of kin to produce proof they are entitled to receive the item?

53. If a person receives an assault weapon, assault weapon attachment, .50 BMG caliber rifle, .50 BMG caliber cartridge, or large capacity ammunition feeding device as an inheritance, what paperwork are they required to complete to possess or obtain the item?

**Federal Law, Court Decisions, and Injunctions**

54. How is the Firearm Owners Protection Act of 1986 (18 U.S.C.S. § 926) relevant to the ISP rulemaking under PICA?

55. What does the Southern District of Illinois' Order on April 28, 2023, and the Order by the U.S. Appellate Court on May 4, 2023, mean?

If the purchase of a firearm or firearm attachment regulated under PICA was initiated and completed between the date of the Southern District of Illinois' Order on April 28, 2023, until the stay of such Order by the U.S. Appellate Court on May 4, 2023, the possession of such weapon will be unlawful beginning January 1, 2024, pursuant to 720 ILCS 5/24-1.9(c).

Persons who possess a regulated firearm or firearm attachment are required to complete an endorsement affidavit prior to January 1, 2024, stating that any regulated firearm or firearm attachments were possessed prior to the enactment of PICA (January 10, 2023) pursuant to 720 ILCS 5/24-1.9(d).

ISP will update this guidance as further court proceedings resolve.

56. What does the Illinois Supreme Court's decision in Caulkins v. Pritzker mean?

57. If PA 102-1116 is overturned by a federal court, will the endorsement affidavits previously submitted remain on file with ISP?

**Federally Licensed Firearms Dealers**

58. Can an FFL sell an AR 15 or assault weapon or high-capacity magazines to a qualified active/retired law enforcement officer for a personal purchase?



EXHIBIT
C, p 4

taken since 2021 when the FOID portal was hit with a cyberattack?

76. Under what authority is ISP entering endorsement affidavit information into the Law Enforcement Access Data System (LEADS)?

720 ILCS 24/5-1.9(d) provides in relevant part that endorsement affidavit information may be disclosed to law enforcement agencies acting in the performance of their duties.

"Notwithstanding any other law, information contained in the endorsement affidavit shall be confidential, is exempt from disclosure under the Freedom of Information Act, and shall not be disclosed, except to law enforcement agencies acting in the performance of their duties."

20 ILCS 2605/2605-45 provides in relevant part that the Division of Justice Services shall exercise the following functions:

(1) Operate and maintain the Law Enforcement Agencies Data System (LEADS), a statewide, computerized telecommunications system designed to provide services, information, and capabilities to the law enforcement and criminal justice community in the State of Illinois.

Insofar as law enforcement is authorized to receive the endorsement affidavit information in the performance of their duties and the ISP is authorized to operate and maintain LEADS for purposes of providing information to the law enforcement community, these provisions collectively grant the ISP the authority to utilize LEADS for the purposes of communicating to law enforcement whether a person has submitted an endorsement affidavit and is therefore subject to the exemption as set forth in 720 ILCS 24/5-1.9(d).

77. If I am an Illinois resident and I possess a valid Concealed Carry License, does my concealed carry handgun need to comply with PICA regulations?

78. Will the FOID Portal close for individuals who are unable to complete an endorsement affidavit prior to January 1, 2024?

FAQ Table of Changes

If you have questions about compliance with the Protect Illinois Communities Act not answered in the above FAQs or need help submitting an endorsement affidavit, you can email ISP.AskFOIDandCCL@illinois.gov, or visit one of the ISP FOID Kiosks.

## Protect Illinois Communities Act Affidavit Process Video





EXHIBIT
tabbies
Sp5