FORM 4467
(OCTOBER 1968)
Department of the Treasury
Internal Revenue Service

**REGISTRATION OF CERTAIN FIREARMS DURING NOVEMBER 1968**

(Chapter 53, Internal Revenue Code)
(Submit in duplicate for each firearm possessed. See instructions on reverse)

**IMPORTANT** This form cannot be accepted for registration of firearm except when received by Director during the time period November 2, 1968, through December 1, 1968.

To: Director, Alcohol and Tobacco Tax Division
Internal Revenue Service
Washington, D.C. 20224

I request registration of the firearm described below:

| | |
|---|---|
| 1. DATE: November 25, 1968 | 4. NAME AND RETURN ADDRESS (Number and Street, City, State, ZIP Code)<br><br>Leonard C. Halverson<br>427 Locust Field Rd.<br>East Falmouth, Mass<br>02536 |
| 2. PLACE OF BUSINESS OR EMPLOYMENT<br>Woods Hole Oceanographic Institution, Woods Hole, Mass. | |
| 3. PLACE WHERE FIREARM IS USUALLY KEPT (See item 8 of Instructions)<br>427 Locust Field Rd.<br>East Falmouth, Mass. | |

| 5. DATE OF BIRTH | 6. SOCIAL SECURITY NUMBER | 7. DATE FIREARM ACQUIRED |
|---|---|---|
| March 30, 1918 | ~~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~~ | September 1966 |

| 8. KIND OF FIREARM | 9. SERIAL NUMBER |
|---|---|
| "Any other weapon"   smooth bore pistol | 7065 |

| 10. LENGTH OF BARREL | 11. OVERALL LENGTH | 12. CALIBER OR GAUGE | 13. MODEL |
|---|---|---|---|
| 12 1/4 inches | 17 inches | 28 gauge | H & R Handy Gun |

| 14. NAME AND ADDRESS OF MANUFACTURER OF FIREARM | 15. OTHER MARKS OF IDENTIFICATION |
|---|---|
| Harrington and richardson Arms Co.<br>Worcester, Mass. | none |

16. IF FIREARM IS UNSERVICEABLE EXPLAIN HOW IT WAS MADE UNSERVICEABLE (See Item 5(B) of Instructions)

---

Under the penalties of perjury I declare that this registration of firearm has been examined by me and to the best of my knowledge and belief, it is true, correct, and complete.

17. SIGNATURE  *Leonard C Halverson*

18. TITLE OR STATUS (State whether individual owner, member of firm, or if officer of corporation, give title. If registrant is other than a natural person, give name and home address of an executive officer thereof)

individual owner

**FOR USE OF INTERNAL REVENUE SERVICE - APPLICANT WILL MAKE NO ENTRY IN THIS PART**

19. ☑ Received for registration. This form when checked and signed below constitutes evidence of registration under the National Firearms Act of 1968 (Chapter 53 of Title 26, United States Code). Such registration does not permit the registrant to possess the firearm in violation of state or local law; however, see Item 6 of instructions as to limitation on use of any information submitted herein.

20. DATE: JAN 30 1969

21. SIGNATURE, DIRECTOR, ALC... [DIVISION]

EXHIBIT D

GPO: 1968 O - 108-050         See reverse         FORM 4467 (10-68)

## INSTRUCTIONS

**1. Registration of a Firearm.**--Information required by this form should be printed or typewritten, and prepared in duplicate. Pen and ink may be used, but under no circumstances may a lead pencil be used. The original and duplicate must be submitted to the Director, Alcohol and Tobacco Tax Division, Internal Revenue Service, Washington, D.C. 20224.

**2. Persons Required to Register Firearms.**--Every person possessing a firearm as defined in Section 5845(a) of the Internal Revenue Code of 1954 (as amended by the National Firearms Act of 1968) WHICH IS NOT REGISTERED TO HIM in the National Firearms Registration and Transfer Record shall register each firearm so possessed on this form. All information required by the items on the other side must be fully and completely furnished.

**3. Disposition of Registration Forms.**--The original of this form will be retained in the National Firearms Registration and Transfer Record, Alcohol and Tobacco Tax Division. The copy, after registration has been effected, will be returned to registrant.

**4. Stolen or Lost Firearms or Documents.**--Immediately upon the discovery that the firearm or the registration form has been stolen, lost, or destroyed, the registered owner must report the matter to the Director, Alcohol and Tobacco Tax Division. The report must state in detail the circumstances of the theft, loss, or destruction and include all known facts which may serve to identify the firearm or document.

**5. Definitions.**--

  (A) FIREARM--The term "firearm" means:
  (1) A shotgun having a barrel or barrels of less than 18 inches in length;
  (2) A weapon made from a shotgun if it has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches;
  (3) A rifle having a barrel or barrels of less than 16 inches in length;
  (4) A weapon made from a rifle if it has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length;
  (5) Any other weapon (as defined below);
  (6) A machine gun (as defined below);
  (7) A muffler or silencer for any firearm;
  (8) A destructive device (as defined below).

The term "any other weapon" as used in (5) above means (a) any weapon or device, other than a pistol or revolver having a rifled bore or bores, from which a shot is discharged through the energy of an explosive and which is capable of being concealed on the person; (b) a pistol or revolver having a barrel with a smooth bore designed or redesigned to fire fixed shotgun ammunition; or (c) a weapon with combination shotgun and rifle barrels 12 inches or more, but less than 18 inches, in length, from which only a single discharge can be made from either barrel without manual reloading.

The term "machine gun" means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically, more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any combination of parts designed, and intended for use in converting a weapon into a machine gun, and any combination of parts from which a machine gun can be assembled if such parts are in the possession or under the control of a person. (The term includes "unserviceable" machine guns as well as machine guns previously determined to be "DEWATS").

The term "destructive device" as used in (8) above means: (1) any explosive incendiary or poison gas (A) bomb, (B) grenade, (C) rocket having a propellant charge of more than four ounces, (D) missile having an explosive or incendiary charge of more than one-quarter ounce, (E) mine, or (F) similar device; (2) any type of weapon which will, or which may be readily converted to, expel a projectile by the action of an explosive or other propellant, the barrel or barrels of which have a bore of more than one-half inch in diameter; except a shotgun or shotgun shell which the Secretary of the Treasury or his delegate finds is generally recognized as particularly suitable for sporting purposes; and (3) any combination of parts designed or intended for use in converting any device into a destructive device as defined in (1) or (2) and from which a destructive device may be readily assembled.

The term "destructive device" does not include (a) devices which are not designed or redesigned for use as a weapon, (b) any device although originally designed as a weapon, which is redesigned for use as a signaling, pyrotechnic, line-throwing, safety, or similar device, or (c) any surplus ordnance sold, loaned, or given by the Secretary of the Army pursuant to sections 4684(2), 4685, or 4686 of Title 10, United States Code, or (d) any other device which the Secretary of the Treasury or his delegate finds is not likely to be used as a weapon or is an antique or is a rifle which the owner intends to use solely for sporting purposes.

  (B) UNSERVICEABLE--The term "unserviceable" means a firearm as defined above, which has been altered in such manner as to be incapable of discharging a shot by means of an explosive and incapable of being readily restored to a firing condition.

**6. Penalty and Immunity.**--Section 5861 of the National Firearms Act of 1968 makes it unlawful to receive or possess an unregistered firearm of the type defined herein. Violations are punishable by fine of up to $10,000, imprisonment of up to 10 years, or both. The statute requiring you to register your firearm provides that information or evidence required to be submitted or retained by you (if a natural person) in registering your firearm during the special grace period shall not be used against you directly or indirectly in any criminal proceeding with respect to a prior or concurrent violation of law. However, the statute does not preclude the use of any such information or evidence in a prosecution or other action under any applicable provision of law with respect to the furnishing of false information.

**7. Serial Number.**--If the firearm being registered does not bear a serial number, contact the nearest Alcohol and Tobacco Tax Division, Internal Revenue Service, office to have a serial number or other identification assigned and placed on the firearm by the registrant.

**8.** Chapter 44, of Title 18, U.S.C., as amended specifies: It shall be unlawful for any person, other than a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, to transport in interstate or foreign commerce any destructive device, machine gun (as defined in Section 5845 of the Internal Revenue Code of 1954), short-barreled shotgun, or short-barreled rifle, except as specifically authorized by the Secretary.

DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE

FORM 4467 (10-68)