# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Caleb Barnett, et al.
*Plaintiff(s)*
v.
Kwame Raoul
*Defendant(s)*

Case Number: 3:23-cv-209

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of see the attachment.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois. The state and federal bar numbers issued to me are: 6188442.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Mar 28, 2024
Date

s/ James Vogts
Signature of Movant

330 N. Wabash Suite 3300
Street Address

James Vogts
Printed Name

Chicago, Illinois 60611
City, State, Zip

Parties represented: Plaintiffs Caleb Barnett, Brian Norman, Hood's Guns & More, Pro Gun & Indoor Range, and National Shooting Sports Foundation, Inc.