IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.,*<br>  Plaintiffs,<br>       vs.<br>KWAME RAOUL, *et al.,*<br>  Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.,*<br>  Plaintiffs,<br>       vs.<br>KWAME RAOUL, *et al.,*<br>  Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>  Plaintiffs,<br>       vs.<br>BRENDAN KELLY, *et al.*,<br>  Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS<br>LICENSEES OF ILLINOIS, *et al.,*<br>  Plaintiffs,<br>       vs.<br>JAY ROBERT "JB" PRITZKER, *et al.,*<br>  Defendants. | Case No.  3:23-cv-215-SPM |

**MOTION TO WITHDRAW APPEARANCE OF
MARIEL A. BROOKINS**

Mariel A. Brookins, counsel for Plaintiff National Shooting Sports Foundation ("NSSF"), respectfully moves this Court pursuant to Local Rule 83.1(h) to withdraw from the above-captioned case. In support of this motion, Ms. Brookins states as follows:

1. Ms. Brookins seeks to withdraw because she is leaving her employment at Clement & Murphy, PLLC on April 26, 2024.

2. Plaintiff will continue to be represented by Clement & Murphy, PLLC, including by attorneys Paul D. Clement, Erin E. Murphy, Matthew D. Rowen, and Nicholas Gallagher

1

who have entered appearances in this matter. Plaintiff will also continue to be represented by Gary C. Pinter, Andrew Lothson, and James B. Vogts of Swanson, Martin & Bell, LLP.

3. Ms. Brookins has notified her client, NSSF, and it consents to her proposed withdrawal. NSSF is located at 11 Mile Hill Road, Newton, CT 06470, with a telephone number of 203-426-1320.

4. Granting this motion will not prejudice any party or otherwise impede the swift administration of justice.

**WHEREFORE**, Mariel A. Brookins respectfully requests that this Court withdraw her Appearance as counsel in this matter.

Respectfully submitted,

s/Mariel A. Brookins
MARIEL A. BROOKINS*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
mariel.brookins@clementmurphy.com

*Supervised by principals of the firm who are members of the Virginia bar

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 25th day of April, 2024.

*/s Mariel A. Brookins*
MARIEL A. BROOKINS

Attorney for Plaintiff