IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>    Plaintiffs,<br>        vs.<br>BRENDAN KELLY, *et al.*,<br>    Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al.*,<br>    Plaintiffs,<br>        vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>    Defendants. | Case No.  3:23-cv-215-SPM |

### STATE DEFENDANTS' RULE 26(a)(2) DISCLOSURES

In accordance with Federal Rule of Civil Procedure 26(a)(2), Defendants Illinois Attorney General Kwame Raoul, Governor JB Pritzker, and State Police Director Brendan F. Kelly (the "State Defendants") disclose the following individuals as expert witnesses:

1. James E. Yurgealitis

2. Phil Andrew

3. Dr. Stephen W. Hargarten

4. Brian Delay

5. Robert J. Spitzer

1

6. Dr. Randolph Roth

7. Louis Klarevas

8. Lucy P. Allen

9. Jens Ludwig

10. Dennis Baron

11. Dr. Martin A. Schreiber

Accompanying this disclosure are written reports from the first ten of these eleven witnesses, in accordance with Fed. R. Civ. P. 26(a)(2)(B) and the Court's order of April 11, 2024 (ECF 179). In accordance with the Court's order of May 7, 2024 (ECF 184), the State Defendants have not included a report from Dr. Martin A. Schreiber.

Date: May 10, 2024

Respectfully submitted,
/s/ *Kathryn Hunt Muse*
Kathryn Hunt Muse, No. 6302614
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3000
Kathryn.Muse@ilag.gov

*Counsel for State Defendants Governor J.B. Pritzker, Attorney General Kwame Raoul, and ISP Director Brendan Kelly*

## CERTIFICATE OF SERVICE

I certify that on May 10, 2024, I caused a copy of the State Defendants' Rule 26(a)(2) Disclosures to be served on counsel for all parties using the CM/ECF system.

/s/ *Kathryn Hunt Muse*

Kathryn Hunt Muse