**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>　　　　Plaintiffs,<br>　　　　vs.<br>KWAME RAOUL, *et al.*,<br>　　　　Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>Plaintiffs,<br>　　　　vs.<br>KWAME RAOUL, *et al.*,<br>Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>Plaintiffs,<br>vs.<br>BRENDAN KELLY, *et al.*,<br>Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS<br>LICENSEES OF ILLINOIS, *et al.*,<br>　　　　Plaintiffs,<br>　　　　vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>Defendants. | Case No.  3:23-cv-215-SPM |

<u>**REPORT AND DECLARATION OF JENS LUDWIG**</u>

## BACKGROUND AND QUALIFICATIONS

I, Jens Ludwig, declare as follows:

1.      I am the Edwin A. and Betty L. Bergman Distinguished Service Professor at the University of Chicago, Pritzker Director of the University of Chicago's Crime Laboratory ("Crime Lab."), codirector of the University of Chicago's Education Laboratory ("Education Lab."), and codirector of the National Bureau of Economic Research's working group on the economics of crime. I received my B.A. in Economics from Rutgers College (1990), and my M.A. (1992) and Ph.D. from Duke University (1994).

2.      I have coauthored or coedited several works, including *Gun Violence: The Real Costs* (coauthor Philip Cook, Oxford University Press, 2000), *Evaluating Gun Policy* (coeditor Philip Cook, Brookings Institution Press, 2003), and *Controlling Crime: Strategies and Tradeoffs* (coeditors Philip Cook and Justin McCray, University of Chicago Press, 2012). My research has been published in leading peer-reviewed journals in numerous scientific disciplines, including the *American Economic Review*, the *Quarterly Journal of Economics*, *Science, Proceedings of the National Academy of Sciences, New England Journal of Medicine, Journal of the American Medical Association,* and the *American Journal of Sociology.* The University of Chicago's Crime Lab and Education Lab projects have been featured in national news outlets such as the *New York Times, Washington Post, Wall Street Journal,* PBS News Hour, and National Public Radio. In 2014, the Crime Lab was the recipient of a $1 million MacArthur Award for Creative and Effective Institutions.

3.      In 2006 I received from the Association of Public Policy Analysis and Management (the main professional organization for public policy schools) the David N. Kershaw prize for distinguished contributions to public policy and management by age 40. In 2012, I was elected to

both the Academy of Experimental Criminology and to the National Academy of Medicine of the

National Academies of Science, for recognition of my research on the topic of gun violence.

4.     A true and correct copy of my curriculum vitae is attached to this report as Exhibit

A. This includes the list of publications I have authored for the past 10 years.

5.     I have been retained by the Office of the Attorney General of Illinois to provide

expert testimony in litigation challenging various aspects of Illinois Public Act 102-1116, also

known as the Protect Illinois Communities Act ("the Act"). As of the date of this report, the scope

of my engagement includes providing expert testimony in the following cases: *Harrel v. Raoul*,

No. 23-cv-141 (S.D. Ill.); *Langley v. Kelly*, No. 23-cv-192 (S.D. Ill.); *Barnett v. Raoul*, No. 23-cv-

209 (S.D. Ill.); *Federal Firearms Licensees of Illinois v. Pritzker*, No. 23-cv-215 (S.D. Ill.);

*Herrera v. Raoul*, No. 23-cv-532 (N.D. Ill.); *Bevis v. Naperville*, No. 22-cv-4775 (N.D. Ill.); and

*Kenneally v. Raoul*, No. 23-cv-50039 (N.D. Ill.). I have reviewed the provisions of Public Act 102-

1116 being challenged in this case. I am not being compensated for my work on this matter.

## OPINIONS

6.     I have been asked to provide an opinion on the effect of large-capacity magazines

on gun violence in Chicago. To inform my thinking on this subject I have carried out analysis of

data from the Chicago Police Department (CPD) from multiple years to look at trends in case-

fatality rates (the share of shootings that result in the victim's death) and a number of candidate

explanations for any changes in that outcome. Factors that are changing over time are viable

explanations for any change in case fatality rates, while factors that are *not* changing over this time

period can be ruled out as candidate explanations for the change in case fatality rates. I carried out

this analysis as part of my work directing the University of Chicago Crime Lab, where our mission

includes analyzing data to inform the public about key facts and trends related to public safety and

the public sector's response to that challenge. For that purpose the Crime Lab has expertise in not only accessing the publicly available data sources that I draw on here (the city of Chicago public data portal; the city of Philadelphia public data portal; and data obtained from the Los Angeles Police Department under California's Freedom of Information Act) but also restricted-use data from the Chicago Police Department that the Crime Lab has access to for research purposes through a data sharing agreement with the city of Chicago. Restricted-use datasets analyzed here include the CPD shooting victim database, the CPD crime incident database, and the CPD inventoried evidence database. These data were originally analyzed for the purposes of writing an oped column in the *Chicago Tribune*, where I am a regular contributor. This was co-authored with Jacob Miller (formerly of the Crime Lab, now a data analyst at CPD).

7.      Based on this analysis, described further below, it is my view that the use of large capacity magazines has caused shooting incidents to become more lethal. In other words, large capacity magazines have made it more likely that someone will die in a shooting incident in Chicago. As a result, Chicago is experiencing a higher number of shooting-related deaths.

**I.      Changes in the Shooting Lethality Rate in Chicago and Elsewhere.**

8.      Chicago's shooting lethality rate—the odds that a shooting will result in a fatality—has risen markedly in recent years. As the chart below illustrates, the likelihood of someone dying in a shooting incident in 2010 was 12.65%.  In 2023, that figure had risen to 18.89%.

TABLE 1-C



9.     Similar increases in the lethality of shootings have been observed in Los Angeles and Philadelphia. In Los Angeles, the shooting lethality rate rose from 15.73% in 2010 to 19.80% in 2023.

TABLE 1-LA



Los Angeles City Fatal and Non-Fatal Shooting Victims and the Shooting Lethality Rate

10.      Philadelphia saw an increase from 18.33% in 2015 to 22.48% in 2023. (The starting date in our analysis is different for Philadelphia because we are relying on publicly available data that was not available before 2015).

TABLE 1-PH



Philadelphia Fatal and Non-Fatal Shooting Victims and the Shooting Lethality Rate

Source: Philadelphia Public Data Portal

11.     In each city, the increase in the shooting lethality rate meant a higher number of total shooting-related fatalities. In Chicago, had the shooting lethality rate remained constant between 2010 and 2023, the number of people killed in shooting incidents in 2023 would have been 373.  Instead, it was 557. In other words, 184 more people died in Chicago in 2023 in shooting incidents than would have died if the shooting lethality rate remained at its 2010 level. That is roughly equal to one-third of the total homicides in Chicago in 2023.

TABLE 2-C



12.    Moreover, the cumulative number of shooting victim fatalities between 2010 and 2023 would have been 5,605 if the shooting lethality rate had remained constant.  It did not, and instead Chicago saw a cumulative total of 7,186 shooting fatalities. The increased shooting lethality rate therefore resulted in 1,581 additional fatal shooting victims in Chicago from 2010 to 2023.

TABLE 3-C



13.     The trends are similar in Los Angeles and Philadelphia. Los Angeles would have experienced 49 fewer shooting fatalities in 2023 (190 rather than 239) if the shooting lethality rate had remained at 2010 levels.

TABLE 2-LA



Fatal Shooting Victims in Los Angeles City if 2010 Shooting Lethality had Stayed Constant

14.     The cumulative increase for Los Angeles was also larger as a result of the increase in the shooting lethality rate—3,036 fatalities rather than 2,593 had the 2010 rate remained constant. That means 443 additional shooting deaths are attributable to the increase in lethality.

TABLE 3-LA



Cumulative Fatal Shooting Victims in Los Angeles City if 2010 Shooting Lethality had Stayed Constant

15.     The same pattern is visible in Philadelphia.  Shooting fatalities in 2023 numbered 373, whereas the 2015 shooting lethality rate would have yielded only 304 (a difference of 69 deaths).

TABLE 2-PH



16.     And as in Chicago and Los Angeles, the cumulative total in Philadelphia was higher than it would have been had the shooting lethality rate remained what it was in 2015.  Cumulative shooting fatalities were 3,170 2023, whereas 2015 rates would have yielded only 2,792. The difference means 378 additional deaths.

TABLE 3-PH



Cumulative Fatal Shooting Victims in Philadelphia if 2015 Shooting Lethality had Stayed Constant

17.     In short, shootings are becoming more lethal in Chicago and at least two other major metropolitan areas, and the number of shooting fatalities is rising accordingly.

## II.    Factors driving the increase in the Shooting Lethality Rate

18.     We set out to examine what was driving this increase in the shooting lethality rate in Chicago. As noted above, the empirical fact we sought to explain is a change over time in the case fatality rate for gunshot wounds (the share of shootings that result in a fatality). The logic behind our analysis approach was that this change must stem from a change in something else. So we explored which social factors that could potentially explain the rising case fatality rate did versus did not change over time. Those that changed remained viable explanations for the rising

shooting fatality rate, while those that did not change did not. We focused on Chicago for this analysis because we had access to more data sources for Chicago than for the other cities described above.

### A. Hypotheses Unsupported by the Data

19.     We tested a number of hypotheses against the data and were able to rule out at least four.

### 1. Domestic Shootings

20.     Shootings that happen indoors are more lethal than those that happen outdoors,[1] presumably in part because the gunshot wound is inflicted from closer range and potentially more likely to strike a particularly vulnerable body part. Because domestic shootings may be more likely than other shootings to happen indoors, given the domestic relationship and in many cases cohabitation of the parties involved, we set out to determine whether the increase in Chicago's shooting lethality rate was driven by an increase in domestic shootings. We quickly concluded that it was not.

21.     The rate of domestic shootings in Chicago did indeed increase between 2010 and 2023. See Table 4-C. However, domestic shootings constituted only 1.83% of all shootings in 2010, and just 4.56% of all shootings in 2023. While this is a large increase if domestic shootings are considered in isolation, such shootings still make up only a small part of the total number of shootings. The increase is too small to account for the increase in the overall shooting lethality rate.

---

[1] Jeffrey Brantingham, et al., *Situational and Victim Correlates of Increased Case Fatality Rates in Los Angeles Shootings, 2005–2021*, J URBAN HEALTH 101:272–279 (2024). Available at https://doi.org/10.1007/s11524-024-00845-z.

TABLE 4-C



22.     Furthermore, the fluctuations in the rate of domestic shootings across years does not correspond with fluctuations in the shooting lethality rate, as it should if domestic shooting were contributing to the overall shooting lethality rate.  Compare Table 4C with Table 1C. While the shooting lethality rate dropped in 2014, domestic shootings rose. Similarly, shooting lethality rose in 2017 then dropped in 2018, while domestic shootings rose in both years.  These trends show that changes in domestic shootings do not account for changes in the shooting lethality rate.

### 2.  Outdoor vs. Indoor Shootings

23.     We can also look more directly at trends in indoor shootings, since not every indoor shooting is domestic-related. For this reason, we looked to see whether a shift to a higher rate of

indoor shootings might be behind the increased shooting lethality rate. This proved not to be the case. The rate of shootings that occur indoors in Chicago has not changed substantially since 2010.

TABLE 5-C



Share of Chicago Shooting Incidents that Occurred Indoors

Any shooting not counted as outdoors is counted here as indoors. This data comes from internal Chicago Police Department records.

24.     As Table 5C shows, the rate of indoor shootings rose slightly between 2010 and 2023, but the increase is not large enough to account for the dramatic rise in shooting lethality.

25.     Furthermore, if the indoor/outdoor distinction is driving the shooting lethality rate, then lethality should rise as the rate of indoor shootings rises. But that is not what we found. For example, the rate of indoor shootings dropped slightly between 2015 and 2016 (from 16.0% to 14.7%), but instead of dropping, the shooting lethality rate rose (from 14.78% to 16.26%).

Compare Table 5C with Table 1C.  The rate of outdoor shootings does not appear to be the driver of the rise in shooting lethality.

### 3.  Average Number of Shooting Suspects

26.     Another possibility we considered was whether the number of people actually firing in any given shooting incident (and hence the number of weapons being fired) was increasing, potentially giving rise to a greater number of fatalities.  Here again, the data showed that this was not the case.  The average number of suspects in shootings in Chicago has changed little between 2010 and 2013, hovering consistently over this time period between 1.3 and 1.4 suspects per shooting incident.

TABLE 6-C



#### 4.  Larger Bullets, causing more fatal wounds.

27.     Finally, we considered the possibility that shootings in Chicago were being carried out with larger caliber bullets than in the past. All else being equal, larger bullets are likely to cause greater injuries and more fatalities.[2] Recovered shell casings can tell us the caliber of the bullets fired in a shooting. As Table 7C shows, there have been some changes in the composition of the size of recovered shell casings used in shootings in Chicago. However, the changes mostly show one large shell casing (.40 cal) becoming more popular (at least for stretches of our study period) at the expense of another large shell casing (.45 auto).  What we do not see is an overall shift from smaller-caliber to larger-caliber bullets that might account for the increase in lethality.

---

[2] Franklin E. Zimring, *The Medium is the Message: Firearm Caliber As a Determinant of Death from Assault*. J. LEGAL STUD., 97-123 (1972).

TABLE 7-C



Spent Shell Casings Recovered by the Chicago Police Department by Year
Source: Chicago Police Department Inventoried Evidence

28.     Changes in the quality of medical care for gunshot wounds is another candidate explanation for changes over time in the lethality rate for shootings. We do not have the data to test this hypothesis directly in Chicago specifically, but the usual assumption is that trauma care is improving over time, which all else equal would lead the shooting lethality rate to decline over time. If medical care is indeed getting better over time in Chicago, our results might if anything understate the rise in case-fatality rates that we document due to other factors – although the degree

to which medical care has improved in practice remains somewhat unclear due to difficult measurement challenges in the available medical data.[3]

### B.        Hypothesis consistent with the Data

29.        Only one hypothesis that we tested was supported by the data: that shooters are firing more rounds on average than used to be the case, and that large capacity magazines are enabling this increase in rounds fired. This hypothesis is supported by several data points.

30.        First, the total number of shells casings recovered at shooting incidents by the Chicago Police Department is surging. Recovered shell casings should be a reasonable proxy for the number of shots fired. The two numbers will not be identical for two reasons: First, while semi-automatic firearms expend shell casings after being fired, revolvers do not, so the analysis may understate the rise in the number of shots fired because a rise in shots fired from revolvers need not lead to an increase in shell casings found by police. Second, at shooting scenes the police inevitably will not find every shell casing that is expended by a semi-automatic firearm (some may wind up falling down a storm drain, getting lost in shrubbery or tall grass, etc.).  In 2010, CPD recovered a total of 9,153 shell casings. In 2023, CPD recovered 65,313 – more than 7 times as many. These numbers include all shootings regardless of whether there was a victim.

---

[3] See, e.g., Philip J. Cook, et al., *Constant Lethality of Gunshot Injuries from Firearm Assault: United States, 2003-2012*, AM. J. PUB. HEALTH, 107(8):1324-1328 (Aug 2017). Available at https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2017.303837.

TABLE 8-C



31.     Second, the average number of shell casings recovered by the Chicago Police Department per shooting victim has more than doubled. CPD recovered an average of 4.65 casings per victim in 2010. In 2023, that average was 11.04 (down from a single-year high of 11.52 in 2022).

TABLE 9-C



Average Recovered Shell Casings per Shooting Victim per Year at Shooting Scenes in Chicago
Source: Chicago Police Department Inventoried Evidence and Shooting Victim data

This is calculated by filtering recovered shell casings to those that link to a shooting incident via the case report ID. Then the total number of shell casings for that incident is divided by the number of shooting victims in that incident. These shell-casings-per-shooting-victim counts are then averaged by year.

32.     Third, while the number of shell casings recovered in both fatal and non-fatal shootings has risen (where by non-fatal we mean those that do not involve a decedent), CPD recovers more shell casings, on average, from fatal shootings than non-fatal ones. The average number of shell casings recovered per fatal shooting incident rose from an average of 5.4 shell casings recovered per incident in 2010 to 12 casings per incident in 2023. For non-fatal shootings, 4.5 shell casings were recovered on average in 2010, rising to 11.2 shell casings in 2023. These increases in the average number of shell casings recovered per shooting incident again underscore that more shots are being fired per shooting incident now than in 2010. But more importantly, the

higher number of shell casings recovered in fatal shootings links the number of shots fired to lethality—more shots fired means that a death is more likely.

TABLE 10-C



33.    Fourth, both the number and the share of shooting incidents where more than 20 shell casings were recovered has skyrocketed. In 2010, there were 31 incidents (1.68% of total incidents) at which CPD recovered 20 or more shell casings. In 2021 there were 1,033 such incidents (12.69% of total incidents). That represents a thirty-three-fold increase in the number of such incidents, and more than a seven-fold increase in the rate.

TABLE 11-C

Shooting Incidents in Chicago by Number of Recovered Shell Casings



Source: CPD victim data and inventoried evidence data. These are all incidents with injured gunshot victims.

TABLE 12C



Shooting Incidents in Chicago by Number of Recovered Shell Casings

34.    Finally, the number of high-capacity (15-29 rounds) and extremely high-capacity (30 rounds or more) magazines recovered at shootings by CPD is rising rapidly. Between 2010 and 2023, there was a 559% increase in the number of magazines recovered with a capacity of 15 or more rounds. Within that group, there was a 555% increase in the number of magazines recovered with a capacity of 30 or more rounds from 2010 to 2023.

TABLE 13-C



35.     These data support the conclusion that the shooting lethality rate in Chicago is rising because shooters have access to large capacity magazines, enabling them to fire more shots—and thereby cause more fatalities—than would otherwise be the case.

36.     To be clear, there is also evidence that the problems caused by large capacity magazines are exacerbated by access to "Glock switches." A Glock switch refers to an illegal after-market device that allows a user to modify certain semi-automatic firearms so that they fire automatically – that is, with a single pull of the trigger, the firearm will continue to fire until the supply of ammunition is exhausted.

37.     In Chicago, the number of firearms modified in this way recovered by CPD has increased exponentially.  In 2010, CPD recovered only 9 semi-automatic firearms that had been modified to fire automatically. In 2023, the number was 465.

TABLE 14-C



Number of Firearms Modified to Fire Automatically Seized by the Chicago Police Department
Source: Chicago Police Department Inventoried Evidence

38.     Given the magnitude of this increase, it is tempting to blame Glock switches for the increase in the shooting lethality rate.  But Glock switches in and of themselves have not caused the increase in rounds fired. This is because the increased *rate* of fire facilitated by a modification like a Glock switch only becomes relevant if a shooter has a large *number* of rounds available to shoot. In other words, large-capacity magazines—which allow a shooter to fire a high number of

rounds without reloading—are necessary to take advantage of the high rate of fire that a modified firearm offers.

**III.    Conclusion**

39.    The best available data suggest that large-capacity magazines are driving up the shooting lethality rate in Chicago. As a result of the proliferation of these magazines, Chicago seems to be losing a larger number of people to shooting deaths.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___May 10, 2024___ at ___8:55a___.

/s/ _____

# EXHIBIT A

*Curriculum Vitae*                                                        April 2024
**JENS LUDWIG**

## OFFICE ADDRESS
University of Chicago
1307 East 60th Street, Room 2065
Chicago, IL 60637
(773) 834-0811
jludwig@uchicago.edu

## EDUCATION
Ph.D.   Economics, Duke University, Durham, NC 1994
B.A.     Economics, (Minor in Religion), Rutgers College, New Brunswick, NJ, 1990

## CURRENT ACADEMIC APPOINTMENTS
2007-present   Edwin A. and Betty L. Bergman Distinguished Service Professor, University of Chicago
                         Professor (2006-7), McCormick Foundation Professor (2007-2019)
2011-present   Pritzker Co-Director, University of Chicago Urban Education Lab
2008-present   Pritzker Director, University of Chicago Crime Lab
                         Faculty Director (2008-2018)
2022-present   Faculty Member, Committee on Education, University of Chicago

## PREVIOUS ACADEMIC APPOINTMENTS
2011-2012     Academic Director for Students, Harris School for Public Policy Studies, University of Chicago
1994-2007     Professor of Public Policy, Georgetown University
                        Assistant Professor (1994-2001), Associate Professor (2001-2006)
2006-2007     Associate Dean for Public Policy Admissions, Georgetown University
2001-2002     Andrew W. Mellon Fellow in Economic Studies, The Brookings Institution
1997-1998     Visiting Scholar, Northwestern / University of Chicago Joint Center for Poverty Research

## OTHER AFFILIATIONS
2024-2027     Member, Committee on Law and Justice, National Academies of Sciences, Engineering &
                        Medicine, Division of Behavioral and Social Sciences and Education (DBASSE)
2005-present   Research Associate, Children's and Health Programs, National Bureau of Economic Research
                         Faculty Research Fellow (2005-2008)
2007-present   Co-director, Working Group on Economics of Crime, National Bureau of Economic Research
2014-2019     Crime Program Chair, Abdul Latif Jameel Poverty Action Lab (J-PAL)
2014-2019     Board of Directors, Abdul Latif Jameel Poverty Action Lab (J-PAL)
2013-present   Abdul Latif Jameel Poverty Action Lab (J-PAL) North America Affiliate
2013-present   University of Pennsylvania Institute for Urban Research (Penn IUR) Scholar
2012 (June)   Visiting Scholar, LIEPP, Sciences Po (Paris)
2010-2013     Member, MacArthur Foundation Network on Housing and Families with Children
2010-2012     Member, Board on Children, Youth and Families, National Academies of Science
2009-present   Research Associate, National Opinion Research Center, University of Chicago

–1–

| | |
|---|---|
| 2006-2015 | Research Fellow, IZA Bonn |
| 2006-2022 | Non-resident Senior Fellow in Economic Studies, The Brookings Institution |
| 2006-2020 | Project Director, Long-Term Evaluation of HUD's Moving to Opportunity Experiment, National Bureau of Economic Research |
| 2004, 2006 | Visiting Professor, University of Chicago Law School |

## HONORS

| | |
|---|---|
| 2012 | Member, National Academy of Medicine of the National Academies of Science (elected) |
| 2012 | Fellow, Academy of Experimental Criminology (elected) |
| 2006 | David N. Kershaw Prize, Distinguished Contributions to Public Policy Analysis and Management by Age 40, Association for Public Policy Analysis and Management |
| 2014 | MacArthur Foundation Award to Creative and Effective Institutions to the University of Chicago Crime Lab ($1 million) |
| 2010 | Investigator Award in Health Policy Research, Robert Wood Johnson Foundation |
| 2010 | Visiting Scholar, Russell Sage Foundation |
| 2011 | Association of Prosecuting Attorneys Innovations in Criminal Justice Award to the University of Chicago Crime Lab |
| 2016 | National Partnership for Juvenile Services, Award for Service and Advocacy for Youth to the University of Chicago Crime Lab |
| 2017 | Outstanding Senior Faculty Member (student voting), University of Chicago Harris School |
| 2013 | Best teacher in a non-core course (student voting), University of Chicago Harris School |
| 2011 | Excellence in refereeing award, Quarterly Journal of Economics |
| 2013,14,15 | Excellence in refereeing award, American Economic Review |
| 2003 | Resident Scholar, Rockefeller Foundation Bellagio Study and Conference Center. |
| 2000 | APPAM Award for Notable Paper on Housing and Community Development. |
| 2000 | Outstanding Faculty Member (student voting), Georgetown Public Policy Institute. |
| 1997-1998 | National Academy of Education / Spencer Foundation Postdoctoral Fellow. |
| 1996 | Outstanding Faculty Member (student voting), Georgetown Public Policy Institute. |
| 1990 | Phi Beta Kappa. |

## INVITED ADDRESSES

| | |
|---|---|
| 2023 | Staller Lecture, Cornell University |
| 2023 | Keynote, Conference on Empirical Legal Studies |
| 2021 | Koen-Horowitz Lecture, Cornell University |
| 2021 | Jerry Lee Lecture, Stockholm Criminology Symposium - Prize Conference |
| 2020 | Keynote address on Machine Learning in Labor, Education and Health Economics,  University of Erlangen-Nuremberg, Germany |
| 2017 | Keynote address on Justice and Ethics Policy, Behavioral Science Policy Association Meetings |
| 2017 | Samuel M. Levin Economics Lecture, Wayne State University |
| 2016 | Keynote address, 7th Annual Southern California Conference in Applied Micro-economics |
| 2016 | Grossman Lecture, Colby College |
| 2013 | Opening plenary speaker, University of Pennsylvania Actionable Intelligence for Social Policy annual conference |
| 2013 | Commencement Speaker, University of Chicago 516th Convocation |

–2–

| | |
|---|---|
| 2013 | Jerry Lee Lecture, 2013 Campbell Collaboration Colloquium, Chicago, IL. |
| 2012 | Annual Dr. Walter M. Booker, Sr. Memorial Symposium, "Best disparities papers: 2011-12," Association of Black Cardiologists |
| 2012 | Donald and Margaret Sherman Violence Prevention Lecture, University of Pennsylvania |
| 2012 | Keynote address, Midwestern Criminal Justice Association 35th Annual Meeting |
| 2012 | Keynote address, Fourth Trans-Atlantic Conference on Economics of Crime (Rotterdam) |
| 2012 | Opening speaker, Illinois Annual Governor's Conference on Affordable Housing |
| 2011 | Invited address, Association of Prosecuting Attorneys Annual Conference |
| 2011 | Research in the Real World Seminar, National Institute of Justice, US Department of Justice |
| 2011 | Keynote address, CESIfo Venice Summer Institute on Economics of Crime |
| 2011 | Keynote address, 1st Annual Meeting of the America Latina Crime and Policy Network (Rio) |
| 2010 | Keynote address, National Head Start Association Annual Research Luncheon |
| 2009 | Keynote address, 1st Paris University X / Max Planck Workshop on Law and Economics |

## PROFESSIONAL SERVICE

| | |
|---|---|
| 2021-present | Co-organizer, University of Chicago summer workshop on machine learning and economics |
| 2021 | Scientific Committee, 5th International UN Conference on Governance, Crime and Statistics |
| 2020-21 | Russell Sage Foundation Joint Advisory Committee for Behavioral Economics and Special Initiative on Decision Making and Human Behavior in Context |
| 2020 | National Crime and Justice Laboratory Advisory Board, Home Office (UK) |
| 2019-present | Scientific Advisory Board, Jacobs Center for Positive Youth Development, University of Zurich |
| 2018 | Transition team for criminal justice, Illinois Governor JB Pritzker |
| 2018-2019 | National Academy of Sciences Committee on the Neurobiological and Socio-behavioral Science of Adolescent Development and Its Applications |
| 2018 | External review committee, Frank Batten School of Leadership and Public Policy, UVA |
| 2016 | Transition Team, Cook County State's Attorney Kim Foxx |
| 2016-2021 | Advisory Board, New York City Mayor's Action Plan for Neighborhood Safety |
| 2015-2021 | Advisory Board, New York City Mayor's Office of Criminal Justice "Bail Lab" |
| 2015-present | Editorial Board, American Economic Review |
| 2014-2022 | Advisory Board, Cityscape (the journal of HUD's Office of Policy Development & Research) |
| 2013 | Member, Advisory Group for Mayor's Public Safety Action Committee (Chicago, IL) |
| 2012-2014 | Vice President (elected), Association for Public Policy Analysis and Management |
| 2010-2011 | Steering Committee, MDRC / Robin Hood Foundation Early Childhood Institute. |
| 2009-2012 | External Advisory Board, University of Michigan Center for Local, State & Urban Policy |
| 2009-2012 | Co-editor, Journal of Human Resources |
| 2009 | Distinguished Editor, NIH Challenge Grant Review Panel |
| 2009-2015 | Editorial Board, American Economic Journal: Economic Policy |
| 2008 | National Research Council Committee on Strengthening Benefit-Cost Methodology for the Evaluation of Early Childhood Interventions |
| 2008-2011 | Editorial Board, Criminology. |
| 2005-2015 | Editorial Board, Journal of Quantitative Criminology. |
| 2005-2008 | Policy Council (elected), Association for Public Policy Analysis and Management. |
| 2003-2020 | Editorial Board, Journal of Policy Analysis and Management. |
| 2002 | National Research Council Committee on Improving Measures of Access to Equal Educational |

–3–

Opportunity.

2001-2006    Steering Committee, National Consortium on Violence Research, Carnegie Mellon University.

## BOOKS, MONOGRAPHS AND EDITED VOLUMES

Ludwig, Jens (in progress) Unforgiving Place: Gun Violence in the American City. (University of Chicago Press).

Guest editor, Cityscape special issue on Moving to Opportunity (summer 2012).

Guest editor (w/ Horst Entorf & Christian Traxler), German Economic Review special issue on economics of crime (November 2012).

Sanbonmatsu, Lisa, Jens Ludwig, Lawrence F. Katz, Lisa A. Gennetian, Greg J. Duncan, Ronald C. Kessler, Emma Adam, Thomas W. McDade, and Stacy Tessler Lindau (2011) Moving to Opportunity for Fair Housing Demonstration Program: Final Impacts Evaluation. Washington, DC: U.S. Department of Housing and Urban Development, Office of Policy Development and Research. (www.huduser.org)

Cook, Philip J., Jens Ludwig, and Justin McCrary, Editors. (2011) Controlling Crime: Strategies and Tradeoffs. Chicago: University of Chicago Press.

Ludwig, Jens and Philip J. Cook, Editors (2003) Evaluating Gun Policy. Washington, DC: Brookings Press.

Cook, Philip J. and Jens Ludwig (2000) Gun Violence: The Real Costs. NY: Oxford University Press.

Cook, Philip J. and Jens Ludwig (1997) Guns in America: Results of a Comprehensive Survey on Private Firearms Ownership and Use. Police Foundation: Washington, DC. (Abridged version published as a Research In Brief, National Institute of Justice, 1997, NCJ 165476).

Bassi, Laurie J., Theresa Feeley, John Hillmeyer and Jens Ludwig (1997) Learning and Earning: An Employer's Look at School-to-Work Investments. Alexandria, VA: American Society for Training and Development.

## PUBLISHED ARTICLES

Jens Ludwig, Sendhil Mullainathan and Ashesh Rambachan (2024) "The unreasonable effectiveness of algorithms." AEA Papers & Proceedings.

Jens Ludwig and Sendhil Mullainathan (2024) "Machine learning as a tool for hypothesis generation." Quarterly Journal of Economics.

Jon Kleinberg, Jens Ludwig, Sendhil Mullainathan and Manish Raghavan (forthcoming) "The inversion problem: Why algorithms should infer mental state and not just predict behavior." Perspectives on Psychological Science.

Morewedge, Carey K., Sendhil Mullainathan, Haaya F. Naushan, Cass R. Sunstein, Jon Kleinberg, Manish

Raghavan and Jens Ludwig (2023) "Psychology in algorithm design." Nature Human Behavior.

Jon Kleinberg, Jens Ludwig and Sendhil Mullainathan (2023) "Comment on Cohort bias in predictive risk assessments of future criminal justice system involvement." Proceedings of the National Academy of Sciences. 120(24).

Guryan, Jonathan, Jens Ludwig, Monica Bhatt, Cook, Philip J., Jonathan Davis, Kenneth Dodge, George Farkas, Roland G. Fryer, Susan Mayer, Harold Pollack, Laurence Steinberg and Greg Stoddard (2023) "Not too late: Improving academic outcomes for adolescents." American Economic Review. 113(3): 738-765.

Milkman, Katherine L., Linnea Gandhi, Mitesh S. Patel, Heather N. Graci, Dena M. Gromet, Hung Ho, Joseph S. Kay, Timothy W. Lee, Jake Rothschild, Jonathan E. Bogard, Ilana Brody, Christopher F. Chabris, Edward Chang, Gretchen B. Chapman, Jennifer E. Dannals, Noah J. Goldstein, Amir Goren, Hal Hershfield, Alex Hirsch, Jillian Hmurovic, Samanthan Horn, Dean S. Karlan, Ariella S. Kristal, Cait Lamberton, Michelle N. Meyer, Allison H. Oakes, Maurice E. Schweitzer, Maheen Shermohammed, Joachim Talloen, Caleb Warren, Ashley Whillans, Kuldeep N. Yadav, Julian J. Zlatev, Ron Berman, Chalanda N. Evans, Rahul Ladhania, Jens Ludwig, Nina Mazar, Sendhil Mullainathan, Christopher K. Snider, Jann Spiess, Eli Tsukayama, Lyle Ungar, Christophe Van den Bulte, Kevin G. Volpp, and Angela Duckworth (2022) "A 680,000-person megastudy of nudges to encourage vaccination in pharmacies." Proceedings of the National Academy of Sciences. 119(6).

Milkman, Katherine L., Dena Gromet, Hung Ho, Joseph S. Kay, Timothy W. Lee, Pepi Pandloski, Yeji Park, Aneesh Rai, Max Bazerman, John Beshears, Lauri Bonacorsi, Colin Camerer, Edward Chang, Gretchen Chapman, Robert Cialdini, Hengchen Dai, Lauren Eskreis-Winkler, Ayelet Fishbach, James J. Gross, Samantha Horn, Alexa Hubbard, Steven J. Jones, Dean Karlan, Tim Kautz, Erika Kirgios, Joowon Klusowski, Ariella Kristal, Rahul Ladhania, George Loewenstein, Jens Ludwig, Barbara Mellers, Sendhil Mullainathan, Silvia Saccardo, Jann Spiess, Gaurav Suri, Joachim H. Talloen, Jamie Taxer, Yaacov Trope, Lyle Ungar, Kevin G. Volpp, Ashley Whillans, Jonathan Zinman and Angela Duckworth (2021) "Megastudies improve the impact of applied behavioral science." Nature. 600: 478-483.

Ludwig, Jens and Sendhil Mullainathan (2021) "Fragile algorithms and fallible decision-makers: Lessons from the Justice System." Journal of Economic Perspectives. 34(4): 71-96.

Guryan, Jonathan, Sandra Christenson, Amy Claessens, Mimi Engel, Ijun Lai, Jens Ludwig, Ashley Cureton Turner and Mary Clair Turner (2021) "The effect of mentoring on school attendance and academic outcomes: A randomized evaluation of the Check & Connect program." Journal of Policy Analysis and Management. 40(3): 841-882.

Harding, David J., Lisa Sanbonmatsu, Greg J. Duncan, Lisa A. Gennetian, Lawrence F. Katz, Ronald C. Kessler, Jeffrey R. Kling, Matthew Sciandra and Jens Ludwig (2021) "Reconciling experimental and non-experimental estimates of neighborhood effects on adult outcomes." Housing Policy Debate. (Apr):1-34.

Kang, Megan, Jens Ludwig and Elizabeth Rasich (2021) "Intervention of choice: Behavioral science and gun violence." Quinnipiac Law Review. 39(3): 409-418.

Kleinberg, Jon, Jens Ludwig, Sendhil Mullainathan and Cass R. Sunstein (2020) "Algorithms as discrimination detectors." Proceedings of the National Academy of Sciences. July 28, 2020.

Rambachan, Ashesh, Jon Kleinberg, Jens Ludwig and Sendhil Mullainathan (2020) "An economic perspective on algorithmic fairness." American Economic Association, Papers & Proceedings. 110: 91-95.

Collinson, Rob, Ingrid Gould Ellen and Jens Ludwig (2019) "Reforming housing assistance." The Annals of the American Academy of Political and Social Science. 686: 250-285.

Cook, Philip J. and Jens Ludwig (2019) "Understanding gun violence: public health versus public policy." Journal of Policy Analysis and Management. 38(3): 788-794.

Cook, Philip J. and Jens Ludwig (2019) "Response to counterpoint: Violence itself is a root cause of violence." Journal of Policy Analysis and Management. 38(3): 802-804.

Ludwig, Jens, Sendhil Mullainathan and Jann Spiess (2019) "Augmenting Pre-Analysis Plans with Machine Learning." American Economic Association, Papers & Proceedings. 109: 71-76.

Kleinberg, Jon, Jens Ludwig, Sendhil Mullainathan and Cass R. Sunstein (2018) "Discrimination in the age of algorithms." Journal of Legal Analysis. 10: 113-174.

Cook, Philip J. and Jens Ludwig (2018) "The social costs of gun ownership: A reply to Hayo, Neumeier, and Westphal." Empirical Economics.

Kleinberg, Jon, Jens Ludwig, Sendhil Mullainathan and Ashesh Rambachan (2018) "Algorithmic fairness." American Economic Association, Papers & Proceedings. 108: 22-27.

Kleinberg, Jon, Himabindu Lakkaraju, Jure Lescovec, Jens Ludwig and Sendhil Mullainathan (2018) "Human decisions and machine predictions." Quarterly Journal of Economics. 133(1): 237-93.

Ludwig, Jens (2017) "Commentary: Reducing gun violence in America." Proceedings of the National Academy of Sciences. 114(46): 12097-99.

Lakkaraju, Himabindu, Jon Kleinberg, Jure Leskovec, Jens Ludwig, and Sendhil Mullainathan (2017) "The Selective labels problem: Evaluating algorithmic predictions in the presence of unobservables," Proceedings of the 23rd ACM SIGKDD International Conference on Knowledge Discovery and Data Mining. 275-84.

Heller, Sara B., Anuj K. Shah, Jonathan Guryan, Jens Ludwig, Sendhil Mullainathan, and Harold A. Pollack (2017) "Thinking, fast and slow? Some field experiments to reduce crime and dropout in Chicago." Quarterly Journal of Economics. 132(1): 1-54. (Lead article).

Shah, Anuj K. and Jens Ludwig (2016) "Option awareness: The psychology of what we consider." American

Economic Review, Papers and Proceedings 106(5): 425-9.

Chalfin, Aaron, Oren Danieli, Andrew Hillis, Zubin Jelveh, Michael Luca, Jens Ludwig and Sendhil Mullainathan (2016) "Productivity and selection of human capital with machine learning." American Economic Review, Papers & Proceedings 106(5): 124-7.

Rickford, John R., Greg J. Duncan, Lisa A. Gennetian, Ray Yun Gou, Rebecca Greene, Lawrence F. Katz, Ronald C. Kessler, Jeffrey R. Kling, Lisa Sanbonmatsu, Andres Sanchez, Matthew Sciandra, Ewert Thomas and Jens Ludwig (2015) "Neighborhood effects on use of African-American vernacular English." Proceedings of the National Academy of Sciences. 112(38): 11817-22.

Quillian, Lincoln and Jens Ludwig (2015) "Housing and neighborhoods and a new national household panel." Journal of Economic and Social Measurement. 40: 283-314.

Kleinberg, Jon, Jens Ludwig, Sendhil Mullainathan and Ziad Obermeyer (2015) "Prediction policy problems." American Economic Review, Papers & Proceedings. 105(5): 491-5.

Jacob, Brian, Max Kapustin and Jens Ludwig (2015) "The impact of housing assistance on child outcomes: Evidence from a randomized housing lottery." Quarterly Journal of Economics. 130(1): 465-506.

Cook, Philip J., Songman Kang, Anthony Braga, Jens Ludwig, and Mallory O'Brien (2015) "An experimental evaluation of a comprehensive employment-oriented prisoner re-entry program." Journal of Quantitative Criminology. 31: 355-82.

Cook, Philip J., Richard J. Harris, Jens Ludwig and Harold A. Pollack (2015) "Some sources of crime guns in Chicago: Dirty dealers, straw purchases, and traffickers." Journal of Criminal Law and Criminology. 104(4): 717-59.

Kessler, Ronald C., Greg J. Duncan, Lisa A. Gennetian, Lawrence F. Katz, Jeffrey R. Kling, Nancy A. Sampson, Lisa Sanbonmatsu, Alan M. Zaslavsky, and Jens Ludwig (2014) "Associations of randomization in a housing-mobility experiment with mental disorders among low-income adolescence." Journal of the American Medical Association. 311(9): 937-47.

Sciandra, Matthew, Lisa Sanbonmatsu, Greg J. Duncan, Lisa A. Gennetian, Lawrence F. Katz, Ronald C. Kessler, Jeffrey R. Kling, and Jens Ludwig (2013) "Long-term effects of the Moving to Opportunity Residential-mobility experiment on crime and delinquency." Journal of Experimental Criminology. 9(4): 451-89.

Ludwig, Jens, Greg J. Duncan, Lisa A. Gennetian, Lawrence F. Katz, Ronald C. Kessler, Jeffrey R. Kling, and Lisa Sanbonmatsu (2013) "Long-term neighborhood effects on low-income families: Evidence from Moving to Opportunity." American Economic Review, Papers and Proceedings 103(2): 226-231.

Jacob, Brian, Jens Ludwig and Douglas L. Miller (2013) "The effects of housing and neighborhood conditions on child mortality." Journal of Health Economics. 32: 195-206.

–7–

Ludwig, Jens, Greg J. Duncan, Lisa A. Gennetian, Lawrence F. Katz, Ronald C. Kessler, Jeffrey R. Kling, and Lisa Sanbonmatsu (2012). "Neighborhood effects on the long-term well-being of low-income adults." <u>Science</u>. 337(6101): 1505-1510.

Cook, Philip J., Mallory O'Brien, Anthony Braga and Jens Ludwig (2012) "Lessons from a partially controlled field trial." <u>Journal of Experimental Criminology</u>. 8(3): 271-287.

Figlio, David and Jens Ludwig.  "Sex, Drugs, and Catholic Schools: Private Schooling and Adolescent Non-Market Behavior." (2012) <u>German Economic Review</u>. 13(4): 385-415.

Ludwig, Jens (2012) "Guest editor's introduction: Special issue on MTO." <u>Cityscape</u>. 14(2): 1-28.

Gennetian, Lisa A., Matthew Sciandra, Lisa Sanbonmatsu, Jens Ludwig, Lawrence F. Katz, Greg J. Duncan, Jeffrey R. Kling and Ronald C. Kessler (2012) "The long-term effects of Moving to Opportunity on youth outcomes." <u>Cityscape</u>. 14(2): 137-167.

Sanbonmatsu, Lisa, Jordan Marvakov, Nicholas A. Potter, Fanghua Yang, Emma Adam, William J. Congdon, Greg J. Duncan, Lisa A. Gennetian, Lawrence F. Katz, Jeffrey R. Kling, Ronald C. Kessler, Stacy Tessler Lindau, Jens Ludwig, and Thomas W. McDade (2012) "The long-term effects of Moving to Opportunity on adult health and economic self-sufficiency." <u>Cityscape</u>. 14(2): 109-136.

Jacob, Brian and Jens Ludwig (2012) "The effects of housing assistance on labor supply:  Evidence from a voucher lottery." <u>American Economic Review</u>. 102(1): 272-304.

Ludwig, Jens, Lisa Sanbonmatsu, Lisa Gennetian, Emma Adam, Greg J. Duncan, Lawrence F. Katz, Ronald C. Kessler, Jeffrey R. Kling, Stacy Tessler Lindau, Robert C. Whitaker, and Thomas W. McDade. (2011) "Neighborhoods, obesity and diabetes: A randomized social experiment." <u>New England Journal of Medicine</u>. 365(16): 1509-19.

Ludwig, Jens, Jeffrey R. Kling, and Sendhil Mullainathan. (2011) "Mechanism experiments and policy evaluations," <u>Journal of Economic Perspectives</u>. 25(3): 17-38.

Ferrier, Megan and Jens Ludwig (2011) "Crime policy and informal social control." <u>Criminology and Public Policy</u>. 10(4): 1029-36.

Ludwig, Jens (2010) "The costs of crime." <u>Criminology and Public Policy</u>. 9(2): 229-233.

Cook, Philip J., Jens Ludwig and Adam M. Samaha (2009) "Gun control after Heller: Threats and sideshows from a social welfare perspective." <u>UCLA Law Review</u>. 56(5): 1041-1095. (Lead article).

Ludwig, Jens, Dave E. Marcotte and Karen Norberg. (2009) "Anti-depressants and Suicide." <u>Journal of Health Economics</u>. 28: 659-676.

Ludwig, Jens, Jeffrey Liebman, Jeffrey Kling, Greg J. Duncan, Lawrence F. Katz, Ronald C. Kessler,

and Lisa Sanbonmatsu. (July 2008) "What can we learn about neighborhood effects from the Moving to Opportunity experiment? A comment on Clampet-Lundquist and Massey." American Journal of Sociology. 114(1): 144-88.

Ludwig, Jens and Deborah A. Phillips (2008) "The Long-Term Effects of Head Start on Low-Income Children." Annals of the New York Academy of Sciences. 40: 1-12.

Holzer, Harry, Diane Schanzenbach, Greg J. Duncan, and Jens Ludwig (2008) "The Economic Costs of Poverty in the United States:  Subsequent Effects of Children Growing Up Poor." Journal of Children and Poverty. 14(1): 41-61.

Ludwig, Jens and Douglas L. Miller. (2007)  "Does Head Start Improve Children's Life Chances? Evidence from a Regression Discontinuity Approach." Quarterly Journal of Economics. 122(1): 159-208.

Ludwig, Jens and Jeffrey Kling (2007) "Is Crime Contagious?" Journal of Law and Economics. 50(3): 491-518.

Miles, Thomas J. and Jens Ludwig (2007) "The Silence of the Lambdas: Deterring Incapacitation Research." Journal of Quantitative Criminology. 23: 287-301.

Cook, Philip J., Jens Ludwig, Sudhir Venkatesh and Anthony Braga. (2007) "Underground Gun Markets." The Economic Journal. 117: F558-588.

Harcourt, Bernard E. and Jens Ludwig (2006) "Broken Windows: New Evidence from New York City and a 5 City Social Experiment." University of Chicago Law Review.

Cook, Philip J. and Jens Ludwig. (2006)  "The Social Costs of Gun Ownership." Journal of Public Economics. 90(1-2): 379-391.

Cook, Philip J. and Jens Ludwig (2006) "Aiming for Evidence-Based Gun Policy." Journal of Policy Analysis and Management. 25(3): 691-736.

Kling, Jeffrey R., Jens Ludwig, and Lawrence F. Katz (2005) "Neighborhood Effects on Crime for Female and Male Youth: Evidence from a Randomized Housing Voucher Experiment," Quarterly Journal of Economics. 120(1). 87-130.

Ludwig, Jens, Greg J. Duncan and Joshua Pinkston.  (2005) "Housing Vouchers and Economic Self-Sufficiency: Evidence from a Randomized Experiment." Journal of Public Economics. 89: 131-156.

Ludwig, Jens and Matthew Miller. (2005) "Interpreting the WIC Debate." Journal of Policy Analysis and Management, 24(3): 691-701.

Ludwig, Jens and Dave Marcotte (2005) "Anti-depressants, Suicide and Drug Regulation." Journal of Policy Analysis and Management. 24(2). 249-272.

Peters, Joseph, Philip J. Cook and Jens Ludwig (2005) "Gun Crime and Gun Control: The Hawaiian Experience." University of Chicago Legal Forum. 2005: 55-90.

Ludwig, Jens (2005) "Better Gun Enforcement, Less Crime." Criminology and Public Policy 4(4): 677-716.

Cook, Philip J. Jens Ludwig and Anthony Braga (2005) "Criminal Records of Homicide Offenders." Journal of the American Medical Association.294(5): 598-601.

Duncan, Greg J., Katherine A. Magnuson, and Jens Ludwig. (2004) "The Endogeneity Problem in Developmental Studies." Research in Human Development. 1(1&2): 59-80.

Cook, Philip J. and Jens Ludwig (2004) "Does Gun Prevalence Affect Teen Gun Carrying After All?" Criminology 42(1): 27-54.

Cook, Philip J. and Jens Ludwig (2004) "Principles for Effective Gun Policy," Fordham Law Review. LXXIII(2):589-613.

Ludwig, Jens. (2003) "Evaluating Gun-Policy Evaluations." Criminology and Public Policy. 2(3):411-419.

Cook, Philip J. and Jens Ludwig (2003) "Fact-Free Gun Policy?"   University of Pennsylvania Law Review, 151(4): 1329-1340.

Ludwig, Jens, Greg J. Duncan and Paul Hirschfield (2001) "Urban Poverty and Juvenile Crime: Evidence from a Randomized Housing-Mobility Experiment." Quarterly Journal of Economics. 116(2): 655-680.

Ludwig, Jens, Helen F. Ladd and Greg J. Duncan (2001) "Urban Poverty and Educational Outcomes." Brookings-Wharton Papers on Urban Affairs.  Edited by William Gale and Janet Rothenberg Pack.  Washington, DC: Brookings Institution. pp. 147-201.

Ludwig, Jens and Philip J. Cook (2001) "The Benefits of Reducing Gun Violence: Evidence from Contingent-Valuation Survey Data." Journal of Risk and Uncertainty, 22(3): 207-226.

Cook, Philip J. and Jens Ludwig (2001) "The Costs and Benefits of Reducing Gun Violence." Harvard Health Policy Review. 2(2): 23-28.

Ludwig, Jens and Philip J. Cook (2000) "Homicide and Suicide Rates Associated with Implementation of the Brady Handgun Violence Prevention Act."  Journal of the American Medical Association.  284(5): 585-591.

Bassi, Laurie J. and Jens Ludwig (2000) "School to Work Programs in the U.S.: A Multi-Firm Case Study of Training, Benefits and Costs." Industrial and Labor Relations Review. 53(2): 219-239.

Ludwig, Jens (1999) "Information and Inner City Educational Attainment." Economics of Education Review. 18(1): 17-30.

–10–

Ludwig, Jens and Laurie J. Bassi (1999) "The Puzzling Case of School Spending and Student Resources." Education Evaluation and Policy Analysis. 21(4): 385-403.

Cook, Philip J., Bruce Lawrence, Jens Ludwig and Ted R. Miller (1999) "The Medical Costs of Gunshot Injuries in the United States." Journal of the American Medical Association August 4, 1999. 282(5): 447-454.

Webster, Daniel W., Jon S. Vernick and Jens Ludwig (1998) No Proof that Right-to-Carry Laws Reduce Violence." American Journal of Public Health. 88(6): 982-983.

Cook, Philip J. and Jens Ludwig (1998) "Defensive Gun Uses: New Evidence from a National Telephone Survey." Journal of Quantitative Criminology. 14(2): 111-131.

Ludwig, Jens (1998) "Concealed-Gun-Carrying Laws and Violent Crime: Evidence from State Panel Data." International Review of Law and Economics. 18: 239-254.

Ludwig, Jens, Philip J. Cook and Tom W. Smith (1998) "The Gender Gap in Reporting Household Gun Ownership." American Journal of Public Health. 88(11). 1715-1718.

Cook, Philip J. and Jens Ludwig (1997) "Weighing the "Burden of `Acting White'": Are There Race Differences in Attitudes Towards Education?" Journal of Policy Analysis and Management, 16(2): 256-278.
* This paper was awarded the Vernon Prize for best article.

Ladd, Helen F. and Jens Ludwig (1997) "Housing Vouchers, Residential Relocation, and Educational Opportunities: Evidence from Baltimore." American Economic Review, Papers & Proceedings. 87(2): 272-277.

Cook, Philip J., Jens Ludwig and David Hemenway (1997) "The Gun Debate's New Mythical Number: *How* Many Defensive Uses Per Year?" Journal of Policy Analysis and Management 16(3): 463-469.

Webster, Daniel W., Jon S. Vernick, Jens Ludwig and Kathleen Lester (1997) "Flawed Gun Policy Research May Endanger Public Safety." American Journal of Public Health 87(6): 918-921.

## BOOK CHAPTERS, ESSAYS AND OTHER PUBLICATIONS (SELECTED)

"Incrementalism beats YOLO" (with Philip J. Cook) Vital City, March 27, 2024.

"A new way to address gun violence you've never heard of" (with Charlie Beck and Dr. Chico Tillmon). Newsweek, February 8, 2024.

"Overcoming pandemic-induced learning loss" (with Jonathan Guryan) Aspen Economic Strategy Group, 2023.

–11–

"The danger of 'long COVID learning loss' and how to fix it" (with Monica Bhatt and Jean Grossman) <u>Newsweek</u>, January 18, 2023.

"The surprising solution to gun violence," CNN, April 24, 2022.

"Datapoints" column in the <u>Chicago Tribune</u>
> "We are seeing a lethal shift in America's gun violence crisis" (with Jacob Miller). March 24, 2024.
> "Chicago's *Next* Big Crisis." February 11, 2024.
> "Here's how Chicago can better connect domestic violence victims with services" (with Rachel Graber) June 21, 2023.
> "Public safety inequality is growing in Chicago and across America" March 27, 2023.
> "Is electronic monitoring contributing to gun violence? Here's a look at the data." (with Ashna Aurora) May 9, 2022.
> "New York and Los Angeles got their gun violence under control. Why can't Chicago?" October 11, 2021.
> "How the pandemic has accelerated carjackings across Chicago," June 20, 2021.
> "Illegal gun carrying in Chicago spiked in 2020 – and deadly violence followed," April 4, 2021.

Cook, Philip J. and Jens Ludwig (2022) "Gun Violence Is THE Crime Problem," <u>Vital City</u>, issue 1 (reprinted in the <u>Gotham Gazette</u>, March 3, 2022).

Ludwig, Jens "The great debate on gun violence," CNN editorial, May 27, 2021.

Williams, Morgan, Elizabeth Rasich, Nathan Weil, Hye Chang, Sophia Egrari and Jens Ludwig (2021) "Body -worn cameras in policing: Benefits and costs." Cambridge, MA: NBER Working Paper 28622.

Fitzpatrick, Dylan and Jens Ludwig (2021) "Officer wellness." Council on Criminal Justice / UChicago Crime Lab research report.

Chalfin, Aaron, Dylan Fitzpatrick and Jens Ludwig (2020) "State policies and police personnel decisions." Arnold Ventures discussion paper.

Collinson, Robert and Jens Ludwig (2019) "Neighborhoods and Opportunity in America." <u>Brookings Institution</u>.

Ludwig, Jens and Cass Sunstein (2019) "Discrimination in the age of algorithms." <u>Boston Globe</u> (9/24/19)

Cook, Philip J. and Jens Ludwig (2018) "The economic approach to evaluating gun control policies." <u>The Regulatory Review</u>. November 13, 2018.

Cook, Philip J. and Jens Ludwig (2018) "Policing guns: Why gun violence is not (just) a public health problem." Social Science Research Council, *Insights*.

Ludwig, Jens and Michael A. Nutter "Sarah Sanders Said Gun Control Can't Stop Violence. Here's Why She's Wrong." <u>Fortune</u>. October 5, 2017.

–12–

Ludwig, Jens and Lauren Speigel "Springfield is complicit, too, in Chicago's rising crime rate." <u>Crain's Business Chicago</u>. August 29, 2017.

Kapustin, Max, Jens Ludwig, Marc Punkay, Kimberly Smith, Lauren Speigel and David Welgus (2016) <u>Gun Violence in Chicago, 2016</u>. Chicago: University of Chicago Crime Lab.

"Solving social problems with machine learning," Jon Kleinberg, Jens Ludwig and Sendhil Mullainathan, <u>Harvard Business Review</u>, December 8, 2016.

Collinson, Robert, Ingrid Gould Ellen and Jens Ludwig (2015) "Low-income housing policy." <u>Economics of Means-Tested Transfer Programs in the United States, Volume II</u>, edited by Robert Moffit. Chicago: University of Chicago Press. pp. 59-126 (Also released as NBER Working Paper 21071).

Pager, Devah and Jens Ludwig (2015) "Gun violence is at the root of Michael Brown's death." <u>The Boston Globe</u>. February 12, 2015.

Ludwig, Jens and Anuj Shah (2014) <u>Think Before You Act: A New Approach to Preventing Youth Violence and Dropout</u>. Washington, DC: Hamilton Project Discussion Paper 2014-02.

Guryan, Jonathan and Jens Ludwig (2014) "Why half of urban kids drop out." CNN.com (March 12, 2014).

Ludwig, Jens, Jeffrey R. Kling, and Sendhil Mullainathan (2013) "Mechanism experiments for crime policy." In <u>Lessons from the Economics of Crime</u>, edited by Philip J. Cook, Stephen Machin, Olivier Marie, and Giovanni Mastrobuoni. Cambridge, MA: MIT Press. pp. 67-92.

Yoshikawa, Hirokazu, Christina Weiland, Jeanne Brooks-Gunn, Margaret R. Burchinal, Linda M. Espinosa, WilliamT. Gormley, Jens Ludwig, Katherine A. Magnuson, Deborah Phillips and Martha J. Zaslow (2013) <u>Investing in Our Future: The Evidence Base on Preschool Education</u>. Foundation for Child Development / Society for Research on Adolescence Research Brief.

Owens, Emily G. and Jens Ludwig (2013) "Using regression discontinuity designs in crime research." In <u>Experimental Criminology: Prospects for Advancing Science and Public Policy</u>. Edited by Brandon C. Welsh, Anthony A. Braga and Gerben J.N. Bruinsma. New York: Cambridge University Press. pp. 194-222.

Gibbs, Chloe, Jens Ludwig, and Douglas L. Miller (2013) "Does Head Start do any lasting good?" In <u>Legacies of The War on Poverty,</u> Edited by Martha Bailey and Sheldon Danziger. New York: Russell Sage Foundation. pp. 39-65 (Also released as NBER Working Paper 17452).

Olsen, Edgar O. and Jens Ludwig (2013) "Housing and urban development policies in the War on Poverty." In <u>Legacies of the War on Poverty,</u> Edited by Martha Bailey and Sheldon Danziger. New York: Russell Sage Foundation. pp. 206-234.

Gennetian, Lisa A., Jens Ludwig, Thomas McDade, and Lisa Sanbonmatsu (2013) "Why concentrated poverty

matters." <u>Pathways: A magazine on poverty, inequality, and social policy</u>. Spring: 9-13.

Ludwig, Jens. Review of "*Great American City: Chicago and the Enduring Neighborhood Effect*, by Robert J. Sampson," <u>American Journal of Sociology</u>. 118(5): 1447-1449.

Cook, Philip J. and Jens Ludwig (2013) "A background check even the NRA could love?" CNN.com (4/11/13).

Jacob, Brian A. and Jens Ludwig (2011) "Educational interventions: Their effects on the achievement of poor children." In <u>Neighborhood and Life Chances: How Place Matters in Modern America</u>, edited by Harriet B. Newburger, Eugenie L. Birch, and Susan M. Wachter. Philadelphia: University of Pennsylvania Press. pp. 37-49.

Cook, Philip J. and Jens Ludwig (2013) "The '40 percent' myth?" <u>National Review Online</u>. February 28, 2013.

Bueno de Mesquita, Ethan and Jens Ludwig (2013) "One way to defeat the NRA." CNN.com. January 11, 2013.

Cook, Philip J. and Jens Ludwig (2013) "The limited impact of the Brady Act: Evaluation and implications." In <u>Reducing Gun Violence in America: Informing Policy with Evidence and Analysis</u>, Edited by Daniel W. Webster and Jon S. Vernick. Baltimore, MD: Johns Hopkins University. pp. 21-32.

Ludwig, Jens and Julia Burdick-Will (2012) "Poverty deconcentration and the prevention of crime." In <u>The Oxford Handbook of Crime Prevention</u>, Edited by Brandon C. Welsh and David P. Farrington. New York: Oxford University Press. pp. 189-206.

Ludwig, Jens (2011) "Moving to improved health in the U.S." <u>Public Health Today: The magazine of the UK Faculty of Public Health</u>. December 2011. p. 10

Cook, Philip J. and Jens Ludwig (2011) <u>More prisoners versus more crime is the wrong question</u>. Brookings Institution Policy Brief Number 185.

Cook, Philip J. and Jens Ludwig (2011) "Economical crime control." Abridged version published in <u>The Criminologist</u>, 36(6): 1-6.

Cook, Philip J. and Jens Ludwig (2011) "Economical crime control." In <u>Controlling Crime: Strategies and Tradeoffs</u> Philip J. Cook, Jens Ludwig and Justin McCrary Eds. Chicago: University of Chicago Press. pp. 1-39.

Heller, Sara B., Brian A. Jacob and Jens Ludwig (2011) "Family income, neighborhood poverty and crime." Forthcoming in <u>Controlling Crime: Strategies and Tradeoffs</u>. Edited by Philip J. Cook, Jens Ludwig and Justin McCrary. Chicago: University of Chicago Press. pp. 419-459.

Burdick-Will, Julia, Jens Ludwig, Stephen Raudenbush, Robert Sampson, Lisa Sanbonmatsu, and Patrick Sharkey. "Converging evidence for neighborhood effects on children's test scores: An experimental, quasi-experimental and observational comparison." (2011) <u>Whither Opportunity: Rising Inequality,</u>

Schools, and Children's Life Chances, edited by Greg J. Duncan and Richard J. Murnane. New York: Russell Sage Foundation Press. pp. 255-276.

Cook, Philip J., Jens Ludwig and Adam Samaha (2011) "Gun control after *Heller*: Litigating against Regulation." In Regulation vs. Litigation: Perspectives from Economics and Law. Edited by Daniel P. Kessler. Chicago: University of Chicago Press. pp. 103-136.

Cook, Philip J. and Jens Ludwig (2011) "How to cut gun death toll." CNN.com. January 12, 2011.

Cook, Philip J. and Jens Ludwig (2011) "The economist's guide to crime busting." Wilson Quarterly. Winter.

Cook, Philip J. and Jens Ludwig (2010) "Five myths about gun control." The Washington Post. June 13, 2010.

Ludwig, Jens and Steven Raphael (2010) The Mobility Bank: Increasing Residential Mobility to Boost Economic Mobility. Washington, DC: Hamilton Project Discussion Paper.

Ludwig, Jens and Deborah A. Phillips (2010) "Leave no (young) child behind: Prioritizing access in early education." In Investing in Young Children: New Directions in Federal Preschool Early Childhood Policy. Edited by Ron Haskins and W. Steven Barnett. Washington, DC: Brookings Institution and National Institute for Early Education Research. pp. 49-58.

Ludwig, Jens (2010) "Cost-effective crime prevention." In Contemporary Issues in Criminological Theory: The Role of Social Institutions. Papers from the American Society of Criminology 2010 Conference. Edited by Richard Rosenfeld, Kenna Quinet and C. Garcia. Cengage.

Jacob, Brian and Jens Ludwig (2009) "Improving educational outcomes for poor children." In Changing Poverty, Changing Policies, Edited by Maria Cancian and Sheldon Danziger. New York: Russell Sage Foundation Press. pp. 266-300.

Vigdor, Jacob and Jens Ludwig (forthcoming) "Neighborhoods and Peers in the Production of Schooling." International Encyclopedia of Education, 3rd Edition. Ed. Dominic Brewer and Patrick McEwen.

Cook, Philip J. and Jens Ludwig (Forthcoming) "Firearms Violence." In Oxford Handbook of Crime and Public Policy, Edited by Michael Tonry.

Ludwig, Jens and Isabel Sawhill (2008) "Success by Ten:  Intervening early, often, and effectively in the education of young children."  In Paths to Prosperity, Edited by Jason Furman and Jason E. Bordoff. Washington, DC: Brookings Institution Press. pp. 127-158.

Ludwig, Jens and Jacob Vigdor (2008).  "Segregation and the Black-White Test Score Gap." Steady Gains and Stalled Progress: Inequality and the Black-White Test Score Gap, Edited by Katherine Magnuson and Jane Waldfogel.  New York:  Russell Sage Foundation Press. pp. 181-211.

Donohue, John J. and Jens Ludwig (2007) More COPS.  Brookings Institution Policy Brief 158.

Ludwig, Jens and Deborah A. Phillips (2007) "The Benefits and Costs of Head Start." <u>Society for Research on Child Development, Social Policy Report</u>. Volume XXI, Number 3.

Duncan, Greg J., Jens Ludwig and Katherine A. Magnuson (2007) "Reducing Poverty through Pre-School Interventions." <u>The Future of Children</u>. 17(2): 143-160.

Ludwig Jens and Isabel Sawhill (2007) "Success by Ten: Intervening Early, Often and Effectively in the Education of Young Children". Brookings Institution, Hamilton Project Discussion Paper.

Ludwig, Jens and Susan E. Mayer. (2006) "'Culture' and the Inter-generational Transmission of Poverty: The Prevention Paradox." <u>Future of Children</u>. 16(2): 175-196.

Ludwig, Jens and Greg Duncan (2006) "Promising Solutions in Housing and the Community." <u>Deviant Peer Contagion</u>, Ed. by Kenneth Dodge, Joan McCord and Tom Dishion.

Cook, Philip J. and Jens Ludwig (2006) "Assigning Deviant Youth to Minimize Total Harm." <u>Deviant Peer Contagion</u>, Ed. by Kenneth Dodge, Joan McCord and Tom Dishion.

Jacob, Brian and Jens Ludwig "Can the Federal Government Improve Education Research?" (2005) <u>Brookings Papers on Education Policy.</u> Edited by Diane Ravitch. Washington, DC: Brookings Institution Press. pp. 47-88.

Holzer, Harry J. and Jens Ludwig. (2005) "Measuring Discrimination in Education: Are Methodologies from Labor and Housing Markets Useful?" <u>Teacher's College Record</u>.

Ladd, Helen F. and Jens Ludwig (2003) "The Effects of MTO on Educational Opportunities in Baltimore: Early Evidence." In <u>Choosing a Better Life</u>. Edited by John Goering and Judith Feins. Washington, DC: Urban Institute Press. pp. 117-152.

Ludwig, Jens, Greg J. Duncan, and Helen F. Ladd (2003) "MTO's Effects on Children and Parents: Evidence from Baltimore." In <u>Choosing a Better Life</u>. Edited by John Goering and Judith Feins. Washington, DC: Urban Institute Press. pp. 153-176.

Cook, Philip J. and Jens Ludwig. (2003) "Pragmatic Gun Policy." <u>Evaluating Gun Policy</u>. Jens Ludwig and Philip J. Cook, editors. Washington, DC: Brookings. pp. 1-40.

Cook, Philip J. and Jens Ludwig. (2003) "The Effects of Gun Prevalence on Burglary: Deterrence vs. Inducement." <u>Evaluating Gun Policy</u>. Jens Ludwig and Philip J. Cook, editors. Washington, DC: Brookings. pp. 74-120.

Raphael, Steven and Jens Ludwig. (2003) "Do Prison Sentence Enhancements Reduce Gun Crime? The Case of Project Exile." <u>Evaluating Gun Policy</u>. Jens Ludwig and Philip J. Cook, ed. Washington, DC: Brookings. pp. 251-286.

Cohen, Jacqueline and Jens Ludwig. (2003)  "Policing Crime Guns."  Evaluating Gun Policy.  Jens Ludwig and Philip J. Cook, ed.  Washington, DC: Brookings. pp. 217-250.

Cook, Philip J. and Jens Ludwig (2003) "The Effects of the Brady Act on Gun Violence."  In Bernard Harcourt, editor.  Guns, Crime and Punishment in America.  NY: New York University Press. pp. 283-298.

Ludwig, Jens (2003) "Improving Neighborhoods for Poor Children."  In One Percent for the Kids: New Policies, Brighter Futures for America's Children.  Edited by Isabel Sawhill.  Washington, DC: Brookings Press. pp. 136-155.

Cook, Philip J. and Jens Ludwig.  "Firearms." (2002) Regulation through Litigation, edited by W. Kip Viscusi.  Washington, DC:  Brookings Institution Press. pp. 67-105.

Cook, Philip J. and Jens Ludwig. (2002) "The Costs of Gun Violence Against Children."  The Future of Children. 12(2): 87-100.

Bassi, Laurie, Jens Ludwig, Daniel P. McMurrer and Mark Van Buren (2002) "Profiting from Learning:  Firm-level Effects of Training Investments and Market Implications."  Singapore Management Review. 24(3): 61-76.

Johnson, Michael, Helen F. Ladd and Jens Ludwig (2002) "The Benefits and Costs of Residential Mobility Programs." Housing Studies 17(1): 125-138.

Ludwig, Jens (2001) "Problems in the Estimation of School Effects: Insights from Improved Models."  In Improving Educational Productivity.  Edited by David H. Monk and Herbert J. Walberg.  Greenwich, CT: Information Age Publishing.  pp. 209-230.

Ludwig, Jens (2000) "Gun Self-Defense and Deterrence."Crime and Justice: A Review of Research, Volume 27. Edited by Michael Tonry. University of Chicago Press. pp. 363-417.

Ladd, Helen F. and Jens Ludwig (1999) "Residential Relocation Policies in the United States: The Moving to Opportunity Demonstration." Netherlands Journal of Housing and the Built Environment.  1999. 14(1): 1-20.

Cook, Philip J. and Jens Ludwig (1998) "The Burden of 'Acting White': Do Black Adolescents Disparage Academic Achievement?" In The Black-White Test Score Gap. Christopher Jencks and Meredith Phillips, Editors.  (Brookings Press: Washington, DC). pp. 375-400.

## WORKING PAPERS

Jens Ludwig and Kevin Schnepel (2024) "Does nothing stop a bullet like a job? The effects of income on crime." Annual Review of Criminology. (Submitted).

Stoddard, Greg, Dylan Fitzpatrick and Jens Ludwig (2024) "Predicting police misconduct" (Submitted).

Kapustin, Max, Terrence Neumann and Jens Ludwig (2022) "Policing and management."

Rambachan, Ashesh, Jon Kleinberg, Sendhil Mullainathan and Jens Ludwig (2020) "An economic approach to regulating algorithms." Cambridge, MA: NBER Working Paper 27111.

Davis, Jonathan M.V., Jonathan Guryan, Kelly Hallberg, and Jens Ludwig (2017) "Scale-up experiments." Earlier version released as „The Economics of scale up," NBER Working Paper 23925.

Bhatt, Monica P., Jonathan Guryan, Jens Ludwig, Anuj K. Shah and the Chicago Youth Violence Project Team (2021) "Scope challenges to social impact." NBER Working Paper 28406.

Cook, Philip J., Max Kapustin, Jens Ludwig, and Douglas L. Miller (2016) "Police and crime."

Cook, Philip J., Kenneth A. Dodge, George Farkas, Roland G. Fryer, Jonathan Guryan, Jens Ludwig, Susan E. Mayer, Harold A. Pollack and Laurence Steinberg (2014) "The (surprising) efficacy of academic and behavioral intervention with disadvantaged youth: Results from a randomized experiment in Chicago." Cambridge, MA: NBER Working Paper.

Heller, Sara, Harold A. Pollack, Roseanna Ander and Jens Ludwig (2013) "Preventing youth violence and dropout: A randomized field experiment." Cambridge, MA: NBER Working Paper 19014.

Weiner, David, Byron Lutz, Jens Ludwig and Kerwin Charles. "The Effects of School Desegregation on Crime." Working Paper, University of Chicago. (Earlier version released as NBER Working Paper 15380).

## RESEARCH GRANTS AND AWARDS (SELECTED)

"Combining human and machine intelligence for social impact," (PI: Jens Ludwig; co-investigator: Sendhil Mullainathan) Alfred P. Sloan Foundation, $399,974, 2018-2020.

"Addressing discrimination in prediction policy problems," (PI: Jens Ludwig; co-investigators: Sendhil Mullainathan, Jon Kleinberg, and Ben Keys) Russell Sage Foundation. $131,296, 2018-2020.

"Preventing domestic violence through machine learning prediction tools" (PI: Jens Ludwig; co-investigators: Sendhil Mullainathan, Zubin Jelveh, Aaron Chalfin) US Department of Justice, National Institute of Justice, $452,000, 2017-19.

"Concentrated poverty and social mobility" (PI: Lawrence Katz, co-PI: Jens Ludwig), Smith Richardson Foundation, $200,000, 2016-18.

"Launching new random controlled trials using lessons from behavioral science to positively affect communities" (Project directors: Rachel Glennerster and Jens Ludwig), Robert Wood Johnson Foundation, $250,000, 2016-17.

"Increasing the reach of promising dropout prevention programs: Examining the tradeoffs between scale and effectiveness." (Jens Ludwig PI; co-investigators Kelly Hallberg and Jonathan Guryan) William T. Grant Foundation, 2016, $530,500.

"Increasing the reach of promising dropout prevention programs: Examining the tradeoffs between scale and effectiveness," (Jens Ludwig, PI; with J. Guryan and K. Hallberg), JPAL-North America, $150,000, 2015-17.

"Crime Lab NYC," (Jens Ludwig, PI), Laura and John Arnold Foundation, $4,499,222 (2014-18).

"Underground gun markets," (Jens Ludwig, PI), National Institute of Justice 2014-MU-CX-0013, $459,849.

"Designing at-scale programs to help at-risk youth" (Jens Ludwig, PI; Roseanna Ander, co-PI) Joyce Foundation, 2014-15. $100,000. Spencer Foundation, 2014-15. $75,000.

"Remediating academic and non-academic skill deficits among disadvantaged youth" (Jens Ludwig, PI; co-PI's Susan Mayer and Harold Pollack) National Institute of Child Health and Human Development P01-HD076816-01A1, 2014-19, $6,428,798.

"Can intensive tutoring reduce school dropout and youth violence in Chicago?" (Jens Ludwig, PI) Smith Richardson Foundation. 2014-17. $300,000.

"Reducing youth violence," (co-PI's: Jens Ludwig, Anuj Shah and Sendhil Mullainathan), $53,009, University of Chicago Women's Board. 2015.

"Designing at-scale programs to help at-risk youth (BAM)" (Jens Ludwig, PI) Spencer Foundation Grant Award 201500011, $75,000, 2014-15.

"Reducing dropout and youth violence in Chicago" (Jens Ludwig, PI) Laura and John Arnold Foundation. $1,000,000 (2014-15).

"Improving academic outcomes for disadvantaged youth: A randomized experiment in Chicago." (Jens Ludwig, PI). JPAL-North America. 2014-16. $265,048.

"Experimental estimation of neighborhood effects on health and well-being." National Institute of Aging R01 -AG31259-5 (Lawrence F. Katz, PI: co-investigators Greg Duncan, David Harding, Ronald Kessler, Jeffrey Kling, Jens Ludwig, Lisa Sanbonmatsu) $1,079,314.

"Enhancing hot spot policing through behavioral economics," National Institute of Justice Award 2013-R2-CX -0006 (Anuj Shah PI; co-investigators Philip J. Cook, Christopher Fisher (NYPD), Jens Ludwig, Will Tucker and Josh Wright). $760,440.

"Evaluations of youth violence prevention programs in Chicago," MacArthur Foundation (Jens Ludwig, PI),$1,410,000, 2013-14.

"Educational achievement through intensive academic remediation," Fry Foundation (Jens Ludwig, PI), $53,536, 2013-14.

"Remediating social-cognitive skill deficits among disadvantaged youth," Crown Family Philanthropies (Jens Ludwig, PI), $599,428, 2013-15.

"Reducing youth violence in Chicago," MacArthur Foundation (Jens Ludwig, PI; Co-investigators Roseanna Ander, Philip J. Cook, Kenneth Dodge, George Farkas, Jonathan Guryan, Susan Mayer, Harold Pollack, Laurence Steinberg). $1,246,000, 2013-15.

"Pilot anti-violence research demonstration," MacArthur Foundation (Jens Ludwig, PI), $500,000, 2012.

"Mentoring best practices research," Office of Juvenile Justice and Delinquency Prevention, US Department of Justice (Jens Ludwig, PI) $499,050. Grant number 2012-JU-FX-0019, 2012-14.

"Operating support for the University of Chicago Crime Lab" McCormick Foundation (Jens Ludwig PI; co-investigators Roseanna Ander and Harold Pollack), $400,000, 2012-14.

"Reducing criminal behavior by developing human (and social) capital." National Science Foundation, Program on Law and Social Sciences, Research Coordination Network Award, $150,000. (SES-1156142). PI: Philip J. Cook. Co-investigators: Shawn Bushway, Ken Dodge, Roberto Galbiati, Jens Ludwig, Justin McCrary, Terrie Moffitt, and Robert J. Sampson. 2012-14.

"A COPS Office Assessment," $150,000, U.S. Department of Justice (grant 2011CKWX0098). PI: Jens Ludwig. Co-investigators: Philip J. Cook and Douglas L. Miller. 2011-13.

"Neighborhood poverty, health, and economic security over the adult lifespan." $903,000. National Institute of Aging, R01-AG031259-03. (PI: Jens Ludwig; co-investigators: Greg J. Duncan, Lawrence F. Katz, Ronald C. Kessler, Jeffrey R. Kling, Petra Todd). 2011-13.

"Core operating support for the University of Chicago Crime Lab." $450,000. John D. and Catherine T. Macarthur Foundation. (PI: Jens Ludwig; co-PI's: Roseanna Ander and Harold Pollack). 2011-14.

"Prevention of substance abuse and problem behaviors in high-risk adolescents." National Institute of Drug Abuse, R34DA029791 (PI: Michael McCloskey; co-PI's: Harold Pollack, Jonathan Guryan, Eunice Chen, Kenneth Dodge). $540,906.

"The causes of truancy and dropout: A mixed-methods experimental study in Chicago Public Schools." William T. Grant Foundation (Jonathan Guryan, PI; co-PI's: Roseanna Ander, Sandra Christenson, Amy Claessens, Philip J. Cook, Mimi Engel, and Jens Ludwig). $597,000. 2011-14.

"Neighborhood moves and sociolinguistic mobility," National Science Foundation Linguistics Program (John Rickford, PI; Jens Ludwig, co-PI). $380,000. 2011-2013.

"Reducing Youth Gun Violence in Chicago" McCormick Foundation (Jens Ludwig PI; co-investigators Roseanna Ander and Harold Pollack), $200,000, 2011-12.

"A randomized study to abate truancy and violence in grades 3-9," National Institute for Child Health and Human Development (R01HD067500, PI = Jonathan Guryan; co-investigators Sandra Christenson, Philip Cook and Jens Ludwig), $3,010,000, 2010-2015.

"The University of Chicago Crime Lab," Joyce Foundation, PI, $200,000. 2009-2011.

"Reducing juvenile delinquency by building non-cognitive skills: Experimental evidence," Smith Richardson Foundation 2010-8360 (PI = Jonathan Guryan; Co-investigators Jens Ludwig and Sara Heller), $296,039, 2010-12.

"Neighborhoods, speech patterns, and schooling," National Institute for Child Health and Human Development R21HD062870-01A1 (Principal Investigator; Co-investigators Holly Craig, Jeffrey Grogger, and John Rickford), $540,075, 2010-2012.

"Preventing truancy in urban schools through provision of social services by truancy officers: A goal 3 randomized
efficacy trial." U.S. Department of Education Institute for Education Sciences R305A100706 (Co-investigator; with PI Jonathan Guryan and co-investigators Philip Cook and Roseanna Ander), $3,177,638. 2010-2014.

"Neighborhood effects on decision-making processes by low-income adults and youth," National Institute for Child Health and Human Development R21-HD065157-01 (Principle Investigator; co-investigator William Congdon), $193,860.

"Workshop on social policy as crime prevention," National Science Foundation SES-1024173 (Co-PI with Philip Cook), $30,000, 2010.

"Youth violence and housing programs to deconcentrate poverty," Centers for Disease Control, Principal Investigator (Co-investigators Brian Jacob and Roseanna Ander), (CE001631). $899,687. 2009-11.

"Chicago Youth Gun Violence Initiative." Principal Investigator. MacArthur Foundation ($250,000), Spencer Foundation ($25,000), Exelon Corporation ($15,000), Polk Foundation ($50,000).

"Chicago Public-Private Experimental Partnerships to Reduce Youth Violence." Principal Investigator. National Institute for Child Health and Human Development. (R21-HD061757-01) $351,000. 2009-11.

"The Costs and Benefits of Crime Control and Prevention." Co-Principal Investigator (with Philip Cook and Justin McCrary), MacArthur Foundation $109,000; Public Welfare Foundation $100,000. 2009-2010.

"Measuring neighborhood effects on long-term health outcomes." Principal investigator, University of Chicago

Center for Health Administration Studies Small Grant Award, $10,000. Principal investigator, University of Chicago / NORC Population Research Center Small Grant Award, $20,000. 2009-2010.

"Neighborhood poverty, health, and economic security over the adult lifespan," Principal investigator, National Institute of Aging (1R56 AG031259-01A1), $400,278, 2009-2011.

"The effects of housing vouchers on long-term health outcomes," MacArthur Foundation, co-investigator (Thomas McDade, PI; co-investigators Greg Duncan, Lisa Gennetian, Lawrence Katz, Ronald Kessler, and Jeffrey Kling). $250,000. 2009-2011.

"Neighborhoods and social inequality," Russell Sage Foundation, co-PI (with Jeffrey Kling), $300,000. 2009-2011.

"The Effects of School Desegregation on Crime," National Science Foundation SES-0820033, PI, $165,200. 2009-2011.

"The Effects of Disadvantaged Neighborhoods on the Life Chances of Low-Income Families," Co-investigator (Greg Duncan, PI, Jeffrey Kling, co-investigator), Gates Foundation, $1,600,000. 2007-2010.

"The Effects of Disadvantaged Schools and Neighborhoods on the Education of Low-Income Youth," Co-investigator (Greg Duncan, PI, and Jeffrey Kling, co-investigator), Institute for Education Sciences, $600,000. 2007-2010.

"Children and Neighborhoods: Randomized Study of Mobility." Co-investigator (Jeffrey Kling, PI; co-investigators Greg Duncan, Ron Kessler, and Larry Katz). NICHD (HD040444, $2,711,455). 2007-2012.

"Effects of High-Poverty Neighborhoods on Youth," Co-investigator (Larry Katz, PI; co-investigators Jeffrey Kling, Greg Duncan and Ron Kessler). NICHD (HD040404, $2,200,696). 2007-2012.

"The effects of school and neighborhood mix on long-term youth outcomes," Co-investigator (Greg Duncan, PI), Smith Richardson Foundation. $352,945. 2007-2011.

"Neighborhood Poverty and Mental Health of Low-Income Mothers: An Experimental Study," Co-investigator (Jeffrey Kling, PI; co-investigators Greg Duncan, Ron Kessler and Larry Katz). NIMH (MH077026, $1,026,574). 2007-2012.

"The Long-Term Effects of Neighborhoods on Low-Income Youth," Co-investigator (Greg Duncan, PI, co-investigators Jeffrey Kling, Larry Katz and Ron Kessler).  MacArthur Foundation, $1,799,061. 2007-2011.

"The Effects of Public Housing on Children's Health."  Principal investigator (Brian Jacob, co-investigator). Robert Wood Johnson Foundation.  $25,000. 2007-2009.

"The Long-Term Effects of Neighborhoods on the Education of Low-Income Youth," Senior investigator (PI:

Jeffrey Kling).  $429,050.  The Spencer Foundation. 2007-2009.

"Final Impact Evaluation of the Moving to Opportunity Demonstration," U.S. Department of Housing and Urban Development, Contract C-CHI-00808 ($1,900,000).   Project director (PI:  Lawrence Katz, Senior Investigators:  Greg Duncan, Ronald Kessler and Jeffrey Kling). 2006-2011.

"Long-Term Effects of the Moving-to-Opportunity Experiment on Youth Violence," Centers for Disease Control, 1-R49-CE000906-01 ($900,000).  Principal Investigator. 2006-2009.

"Experimental Analysis of Long-Term Effects on Human Behavior from Changes in Residential Neighborhood Environment," National Science Foundation DHB: SES-0527615. ($750,000).  Co-investigator, with Jeffrey Kling, Lawrence Katz, Greg Duncan and Ronald Kessler. 2006-2008.

"Estimating Neighborhood Effects on Low-Income Youth," with Jeff Smith and Brian Jacob, William T. Grant Foundation ($367,000). 2005-2007, co-principal investigator.

"Urban Poverty and Housing Vouchers in Chicago," with Brian Jacob.  Smith Richardson Foundation ($330,000), Northwestern University / University of Chicago Joint Center for Poverty Research ($30,000), National Consortium on Violence Research ($97,000). 2001-2004. Co-PI.

"A Mid-Term Evaluation of the Effects of the Moving to Opportunity Housing-Voucher Experiment on Criminal Offending." National Consortium on Violence Research ($311,000), U.S. Department of Housing and Urban Development ($15,000). 2001-2003. Co-PI.

"Evaluating Gun Policy," with Philip J. Cook.  Smith Richardson Foundation ($258,000), Annie E. Casey Foundation ($170,000). 2001-2004. Co-PI.

"Gun Availability and Crime," with Philip Cook and Sudhir Venkatesh.  Joyce Foundation ($339,000).  2001-2003. Co-PI.

"The Effects of Neighborhood Poverty on Low-Income Families: Early Evidence from the Moving to Opportunity Experiment."  William T. Grant Foundation ($80,000), Smith Richardson Foundation ($80,000), U.S. Department of Housing and Urban Development (with Helen F. Ladd) ($50,000).

"Evaluation of the Effects of the 1994 Brady Bill on Firearm Injuries," with Philip Cook.  Joyce Foundation ($15,000).

"A Study of The Costs of Gunshot Woundings," with Philip Cook and Ted Miller.  Joyce Foundation ($318,000).

"Guns in America: Results from a National Survey."  With Philip J. Cook.  National Institute of Justice ($5,000); Police Foundation ($15,000).

## POLICY PRESENTATIONS, TESTIMONY AND PUBLIC SERVICE (SELECTED)

Presentation at 10 Downing Street Summit on Serious Youth Violence, London, April 1, 2019.

"Crime policy for the new mayoral administration," City Club of Chicago, March 19, 2019.

"Crime in Chicago: Beyond the Headlines," City Club of Chicago, January 29, 2018.

"Criminal justice meets the 21st century," TEDx Pennsylvania Avenue, Washington, DC February 9, 2017.

"Gun violence in Chicago," City Club of Chicago, January 26, 2017.

Presentation on "Data Driven Crime Policy," Chicago 2014 Investor's Conference, August 8, 2014.

Presentation at the National Press Club on "Think Before You Act," The Hamilton Project, Washington, DC, June 1, 2014.

Testimony on the University of Chicago Crime Lab's benefit-cost analysis of HB2265/SB2267, Sentence enhancements for unlawful use of a weapon (UUW) offenses. Chicago City Council, Public Safety Committee. October 15, 2013.

Presentation on "Gun violence and the Second Amendment," Chicago Bar Association / Union League Club Forum,  Chicago, IL May 13, 2013.

Presentation on "Data and research on gun violence," news conference by Senator Dick Durbin, Chicago, IL, January 10, 2013.

Presentation on "Underground gun markets," Center for Evidence Based Crime Policy (George Mason University) Capitol Hill Briefing, February 22, 2012, Washington, DC.

Presentation on "Neighborhood effects on health," National Institute of Aging, 115th meeting of the National Advisory Council on Aging, Bethesda, MD. January 25, 2012.

Presentation on "Human services and health," U.S. Department of Health and Human Services, Washington, DC, January 24, 2012.

Presentation on "Housing and health," at HUD / Macarthur Conference: How Housing Matters, Washington, DC, November 2, 2011.

Presentation on "Benefit-cost analysis for crime policy," Research in the Real World, National Institute of Justice, U.S. Department of Justice, Washington, DC, February 24, 2011.

Presentation on "Pragmatic Approaches to Gun Violence," West Side Democratic Club, New York City, February 17, 2011.

Presentation on "Municipal Strategies to Reduce Youth Gun Violence," Vera Institute of Justice, Neil A. Weiner

–24–

Research Speaker Series, February 17, 2011.

Presentation on "Reducing gun violence through enforcement," Sixth Annual H.F. Guggenheim Conference on Crime in America, John Jay College of Criminal Justice, New York City, February 1, 2011.

Presentation on "Context for the National Head Start Impact Study," to the Secretary's Advisory Commission on Head Start, U.S. Department of Health and Human Services, Washington, DC, January 25, 2011.

Presentation on "Youth gun violence in Chicago," Chicago Tribune Community Conversation, Seeking Safe Passage: Solutions. April 25, 2010.

Presentation on "Success by Ten" policy proposal, The Brookings Institution Hamilton Project, National Press Club, March 29, 2007.

Presentation on "Does Head Start Improve the Life Chances of Poor Children?" Administration on Children and Families, U.S. Department of Health and Human Services, March 15, 2007.

Presentation on the U.S. Department of Justice COPS Program, Senate Staff Briefing on Rising Crime Rates in the United States, Sponsored by Senator Joseph Biden, March 14, 2007.

Presentation on "Increasing children's economic opportunities by changing family circumstances," to the Annie E. Casey Foundation 2006 Kids Count Conference, Baltimore, MD.

Great Lakes Region Law Enforcement Advisory Group, International Association of Chiefs of Police (2006).

Testimony, Hearing on the Costs of Crime, U.S. Senate Judiciary Committee, September 19, 2006.

Presenter, Enforcing America's Gun Laws: Rhetoric or Reality?, Annual Meetings of the American Bar Association, August 8, 2004, Atlanta, GA.

Presentation to Gun Policy Workshop Organized by Prince George's County State's Attorney Glenn Ivey, University of Maryland, May 27, 2004.

Testimony, Hearing on Project Safe Neighborhoods, U. S. Senate Judiciary Committee, May 13, 2003.

Presentation on Moving to Opportunity, Brookings Urban Center / Center on Budget Policy and Priorities Conference on Housing Policy and Welfare Reform, April 12, 2002.

Guest, Center for Law and Social Policy (CLASP) Audio Conference ΑHousing: What Do Suburbs or PHA's Spell for Low Income Kids and Parents?@ October 19, 2001.

Briefing to Congressional Staff on Gun Violence: The Real Costs, Longworth House Office Building, Washington, DC, November 13, 2000.

Discussion of the Brady Handgun Violence Prevention Act, The O'Reilly Factor, Fox News Channel, August 31, 2000.

Presentation of Housing Policy and the Moving to Opportunity Demonstration, House Ways and Means Luncheon, Washington, DC, July 28, 2000.

Guest, Think Tank with Ben Wattenberg, taped on May 30, 2000.

Presenter, Northwestern University / University of Chicago Joint Center for Policy Research Congressional Briefing on Juvenile Crime (sponsored by Senators Joseph Biden and Arlen Specter),  U.S. Capitol Building, Washington, DC, January 19, 2000.

Briefing of Maryland Attorney General Joe Curran on the effects of permissive concealed-gun-carrying laws, Washington, DC, December 14, 1999.

Expert testimony to joint session of the Minnesota State Senate and House over legislation for permissive concealed-handgun-carrying, Minneapolis / St. Paul, MN, February 19, 1999.

Expert testimony in debate over legislation for permissive concealed-handgun-carrying legislation in Kansas. Koch Crime Commission, Topeka, Kansas, January 28, 1998.

Expert testimony in debate over legislation on concealed-handgun-carrying (A.B. 1369), Committee on Public Safety, Assembly of the California Legislature, January 13, 1998.

Submission of Affidavit to Court of Appeal of Province of Alberta, Canada, April 18, 1997 in support of the Canadian *Firearms Act* (S.C. 1995, Chapter 39) at the request of Coalition for Gun Control, Toronto, Canada.

## DISSERTATION COMMITTEES

Haeil Jung (Harris School), graduation 2009 [first placement: Indiana University, tenure track]
Lucy Bilaver (SSA), Chair, graduation 2010 [first placement: Northwestern University Medical School post-doctoral fellowship]
Chloe Gibbs (Harris School), graduation 2012 [first placement: University of Virginia, tenure track]
Rachel Garrett (Harris School), graduation 2010 [first placement: University of Chicago post-doc]
Julia Burdick-Will (Sociology), graduation 2012 [first placement: Brown University post-doctoral fellowship; first tenure-track placement: Johns Hopkins]
Sara Heller (Harris School), Chair, 2013 [first placement: U. Pennsylvania criminology, tenure track]
Kevin Corinth (Economics), graduation 2014 [first placement: American Enterprise Institute]
David Schalliol (Sociology), graduation 2015 [first placement: St. Olaf's College]
Elyzabeth Leigh Gaumer (Sociology), 2013-2020 [first placement: NYC Housing]
Daniel Kimmel (Sociology), graduation 2016 [first placement: Yeshiva University]
Jonathan Davis (Harris School), graduation 2016 [first placement: U. Oregon economics, tenure-track]
Nolan Pope (Economics), graduation 2017 [first placement: U. Maryland economics, tenure track]

NaYoung Rim (Harris School), graduation 2017 [first placement: US Naval Academy, tenure track]
Robert Collinson (NYU Wagner School), 2017-2018 [first placement: Notre Dame economics]
Bocar Ba (Harris School), 2017-2018 [first placement: Duke economics post-doc; first tenure-track placement: UC-Irvine]
Nour Abdul-Razzak (Harris School), Chair, 2017-2021 [first placement: Inclusive Economy Lab]
Becca Goldstein (Harvard political science), 2018-19 [first placement: UC-Berkeley Law School]