IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>    Plaintiffs,<br>vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No. 3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br>vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No. 3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>    Plaintiffs,<br>vs.<br>BRENDAN KELLY, *et al.*,<br>    Defendants. | Case No. 3:23-cv-192-SPM |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al.*,<br>    Plaintiffs,<br>vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>    Defendants. | Case No. 3:23-cv-215-SPM |

**NOTICE OF DISCLOSURE OF AMENDED EXPERT REPORTS**

Defendants in these consolidated actions Illinois Attorney General Kwame Raoul, Governor JB Pritzker, and State Police Director Brendan F. Kelly (the "State Defendants"), by and through their attorney, Kwame Raoul, hereby disclose:

1. Exhibit A: Supplemental Declaration of Louis Klarevas, attaching the Amended Report of Louis Klarevas.

2. Exhibit B: Supplemental Declaration of Brian DeLay, attaching the Amended Report and Declaration of Brian DeLay.

Date: May 20, 2024

Respectfully submitted,
/s/ Christopher G. Wells
Christopher G. Wells, No. 6304265
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3000
Christopher.Wells@ilag.gov

*Counsel for Defendants Governor J.B. Pritzker, Attorney General Kwame Raoul, and ISP Director Brendan Kelly*

**CERTIFICATE OF SERVICE**

    I certify that on May 20, 2024, I caused a copy of the State Defendants' Notice of Disclosure of Amended Expert Reports to be served on counsel for all parties using the CM/ECF system.

/s/ *Christopher G. Wells*
Christopher G. Wells