IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.,*<br>        Plaintiffs,<br>            vs.<br>KWAME RAOUL, *et al.,*<br>        Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.,*<br>        Plaintiffs,<br>            vs.<br>KWAME RAOUL, *et al.,*<br>        Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>        Plaintiffs,<br>            vs.<br>BRENDAN KELLY, *et al.*,<br>        Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al.,*<br>        Plaintiffs,<br>            vs.<br>JAY ROBERT "JB" PRITZKER, *et al.,*<br>        Defendants. | Case No.  3:23-cv-215-SPM |

## **NOTICE OF APPEARANCE**

NOW COMES Michael M. Tresnowski, Assistant Attorney General, Special Litigation Bureau in the Office of the Illinois Attorney General, and hereby enters his appearance as counsel in the above-referenced actions on behalf of:

- Defendants KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in *Barnett v. Raoul*, No. 23-cv-209;

- Defendants KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in *Harrel v. Raoul*, No. 23-cv-141;

- Defendant BRENDAN F. KELLY, Director of the Illinois State Police, in *Langley v. Kelly*, No. 23-cv-192; and

- Defendants JAY ROBERT "JB" PRITZKER, Governor of the State of Illinois, KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in *Federal Firearms Licensees of Illinois v. Pritzker*, No. 23-cv-215.

Dated: May 21, 2024

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

By:  /s/ *Michael M. Tresnowski*
Michael M. Tresnowski, No. 6324767
Assistant Attorney General
Special Litigation Bureau
Office of the Illinois Attorney General
115 S. LaSalle Street, 20th Floor
Chicago, Illinois 60603
312-814-3000
Michael.Tresnowski@ilag.gov