IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>    Plaintiffs,<br>      vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br>      vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>    Plaintiffs,<br>      vs.<br>BRENDAN KELLY, *et al.*,<br>    Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS<br>LICENSEES OF ILLINOIS, *et al.*,<br>    Plaintiffs,<br>      vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>    Defendants. | Case No.  3:23-cv-215-SPM |

## DISCLOSURE OF EXPERT REPORT OF DR. SCHREIBER

In accordance with Fed. R. Civ. P. 26(a)(2)(B) and the Court's orders of May 7 and May 16, 2024 (ECF 184, 189), Defendants in these consolidated actions Illinois Attorney General Kwame Raoul, Governor JB Pritzker, and State Police Director Brendan F. Kelly (the "State Defendants") provide the attached Report and Declaration of Dr. Martin A. Schreiber, MD, FACS, FCCM, COL, MC, USAR.

Date: May 31, 2024

Respectfully submitted,
/s/ *Kathryn Hunt Muse*
Kathryn Hunt Muse, No. 6302614
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3000
Kathryn.Muse@ilag.gov
*Counsel for State Defendants*

**CERTIFICATE OF SERVICE**

      I certify that on May 31, 2024, I caused a copy of the Disclosure of Expert Report of Dr. Schreiber to be served on counsel for all parties using the CM/ECF system.

                                            /s/ *Kathryn Hunt Muse*
                                            Kathryn Hunt Muse