### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, et al.,<br>　　　　　Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, et al.,<br>　　　　　Defendants, | Case No. 3:23-cv-209-SPM<br>**designated Lead Case |
| DANE HARREL, et al.,<br>　　　　　Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, et al.,<br>　　　　　Defendants, | Case No. 3:23-cv-141-SPM |
| JEREMY W. LANGLEY, et al.,<br>　　　　　Plaintiffs,<br><br>v.<br><br>BRENDAN KELLY, et al.,<br>　　　　　Defendants, | Case No. 3:23-cv-192-SPM |
| **FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al.,**<br>　　　　　**Plaintiffs,**<br><br>v.<br><br>**JAY ROBERT "J.B." PRITZKER, et al.,**<br>　　　　　**Defendants.** | **Case No. 3:23-cv-215-SPM** |

### DECLARATION OF SCOTT PULASKI ON BEHALF OF
### PLAINTIFF PIASA ARMORY

　　1.　　I, Scott Pulaski, am the Managing Member of Piasa Armory, a plaintiff in the above-titled action. I am over the age of 18 and I make this declaration of my own knowledge, except as to any matters stated therein on information and belief, and as to such matters I believe

1

them to be true. If called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Piasa Armory is a current federal firearms licensee and has been one in Illinois since 2013. Since 2013, Piasa Armory has operated a storefront in Alton, Illinois where it offers firearm sales and repairs (gunsmithing), as well as training and target-practice at its onsite shooting range facility. Piasa sells both new and used firearms, some from manufacturers and other from members of the public. It also facilitates firearm transfers between private parties. Part of Piasa's business model is to acquire firearms that it can resell, oftentimes in bulk in the form of firearm/part collections, which may include items it might normally carry but that it would offer for sale when acquired. Piasa is in the business of selling any legal, safe firearm that it acquires. Piasa has always tried to accommodate its customers seeking specific items it does not generally have as inventory.

3. Prior to January 10, 2023, Piasa sold various firearm categories that Illinois's Protect Illinois Communities Act, House Bill 5471 ("PICA") restricts as "assault weapons," including:

    A. semiautomatic rifles that accept detachable magazines and have one, multiple, or all of the following features:
        i. a pistol grip;
        ii. thumbhole stock;
        iii. a protruding grip that can be held by the non-trigger hand;
        iv. an adjustable, folding, or detachable stock;
        v. a flash suppressor; and
        vi. a shroud attached to the barrel or that partially or completely encircles the barrel, allowing the bearer to hold the firearm with the non-trigger hand without being burned, but excluding a slide that encloses the barrel;

including, some of the rifles listed by make and model in 720 Ill. Comp. Stat. Ann. 5/24-1.9, subd. (a)(1)(J), or their copies, duplicates, variants, or altered facsimiles;

B. SKS rifles with a detachable magazine (with or without the features listed in 720 Ill. Comp. Stat. Ann. 5/24-1.9, subd. (a)(1)(A));

C. semiautomatic rifles that have a fixed magazine with the capacity to accept more than 10 rounds;

D. semiautomatic pistols that accept detachable magazines and have one, multiple, or all of the following features:

    i. a threaded barrel;

    ii. a second pistol grip or another feature capable of functioning as a protruding grip that can be held by the non-trigger hand;

    iii. a shroud attached to the barrel or that partially or completely encircles the barrel, allowing the bearer to hold the firearm with the non-trigger hand without being burned, but excluding a slide that encloses the barrel;

    iv. a flash suppressor;

    v. the capacity to accept a detachable magazine at some location outside of the pistol grip; and

    vi. a buffer tube that protrudes horizontally behind the pistol grip;

including some of the pistols listed by make and model in 720 Ill. Comp. Stat. Ann. 5/24-1.9, subd. (a)(1)(K), or their copies, duplicates, variants, or altered facsimiles;

E. semiautomatic shotguns that have any one of the following features:

    i. a pistol grip;

    ii. a thumbhole stock;

    iii. a folding stock;

      iv. a feature capable of functioning as a protruding grip that can be held by the non-trigger hand;

      v. the capacity to accept a detachable magazine.

including, some of the shotguns listed by make and model in 720 Ill. Comp. Stat. Ann. 5/24-1.9, subd. (a)(1)(L), or their copies, duplicates, variants, or altered facsimiles;

F. semiautomatic shotguns that have a fixed magazine with the capacity of more than 5 rounds;

G. rifles chambered for .50 BMG ammunition;

H. .50 BMG ammunition;

I. semiautomatic firearms that have the capacity to accept a belt ammunition feeding device;

J. individual parts that when affixed to a rifle, pistol, or shotgun, would bring the respective firearm into PICA's definition of an "assault weapon," including, but not limited to: pistol grips; flash suppressors; barrel shrouds; adjustable, telescoping, or removal stocks; thumbhole stocks; and a part capable of functioning as a protruding grip that can be held by the non-trigger hand

4. PICA has injured Piasa by precluding it from lawfully:

A. selling to "nonexempt purchasers"[1] any of the firearms, ammunition, or parts identified in Paragraph 3, above, some of which were among the most popular firearms and parts that Piasa sold prior to PICA taking effect (particularly the semiautomatic rifles with detachable magazines and related features, such as pistol grips, flash suppressors, adjustable stocks, barrel shrouds, etc.), thereby causing Piasa to lose a significant source of revenue;

---

[1] "Non-exempt purchasers" means individuals or entities not exempt from restrictions on purchase or possession under the Protect Illinois Communities Act (Illinois Public Act 102-1116), as specified in 720 ILCS 5/24-1.9(e) and 720 ILCS 5/24-1.10(e)

B. repairing or modifying any of the firearms described in Paragraph 3, above, on behalf of "non-exempt purchasers," or replacing or adding parts on firearms that are themselves restricted by PICA, thereby causing Piasa to lose a significant source of revenue;

C. training customers who are "non-exempt purchasers" on the firearms described in Paragraph 3, above, thereby causing Piasa to lose a significant source of revenue.

5. But for fear of prosecution under PICA for doing so, PICA would engage in each of the activities described in the preceding paragraph. Specifically, Piasa would lawfully:

A. resume selling the firearms, parts, and ammunition described in Paragraph 3, above, to "non-exempt purchasers;"

B. resume repairing and modifying firearms described in Paragraph 3, above, on behalf of "non-exempt purchasers," including using parts that PICA currently restricts;

C. resume training customers who are "non-exempt purchaser" on the firearms described in Paragraph 3, above.

D. sell any legal and safe firearm or ammunition that PICA restricts, even if it has not sold it in the past.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 12, 2024, in Alton, Illinois.

_____
Scott Pulaski
Declarant

5

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, an electronic PDF of **DECLARATION OF SCOTT PULASKI ON BEHALF OF PLAINTIFF PIASA ARMORY** was sent by electronic mail to the following registered attorneys participating in the case:

*Counsel for State Defendants Attorney General Kwame Raoul, Governor J.B. Pritzker, and ISP Director Brendan Kelly*

Christopher G. Wells
christopher.wells@ilag.gov
Darren Kinkead
darren.kinkead@ilag.gov
Kathryn Muse
kathryn.muse@ilag.gov
Laura K. Bautista
laura.bautista@ilag.gov
John Hazinski
john.hazinski@ilag.gov
Michael M. Tresnowski
michael.tresnowski@ilag.gov
Stefanie Krajewski
stefanie.krajewski@ilag.gov
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603

*Counsel for Barnett Plaintiffs*

Paul D. Clement
paul.clement@clementmurphy.com
Erin E. Murphy
erin.murphy@clementmurphy.com
Matthew D. Rowen
matthew.rowen@clementmurphy.com
Nicholas M. Gallagher
nicholas.gallagher@clementmurphy.com
Nicholas Aquart
nicholas.aquart@clementmurphy.com
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Gary C. Pinter
gpinter@smbtrials.com
Swanson, Martin & Bell, LLP
103 W. Vandalia Street, Suite 215
Edwardsville, IL 62025

Andrew A. Lothson
alothson@smbtrials.com
James Vogts
jvogts@smbtrials.com
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

*Counsel for Harrel Plaintiffs*

David G. Sigale
dsigale@sigalelaw.com
Law Firm of David G. Sigale, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148

David H. Thompson
dthompson@cooperkirk.com
Peter A. Patterson
ppatterson@cooperkirk.com
William V. Bergstrom
wbergstrom@cooperkirk.com
Cooper & Kirk
1523 New Hampshire Avenue, NW
Washington, D.C. 20036

*Counsel for Langley Plaintiffs*

Thomas G. Maag
tmaag@maaglaw.com
Peter J. Maag
lawmaag@gmail.com
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095

*Counsel for Defendant Cole Shaner, in his official capacity as State's Attorney for Crawford County, Illinois*

7

Keith B. Hill
khill@heylroyster.com
edwecf@heylroyster.com
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
105 West Vandalia, Suite 100, Mark Twain Plaza III
Edwardsville, IL 62025 0467

*Counsel for Randolph County Defendants*

James E. Godfrey, Jr.
jgodfrey@evans-dixon.com
Kerry B. Banahan
kbanahan@evans-dixon.com
Katherine F. Asfour
kasfour@evans-dixon.com
Beth Pani
bpani@evans-dixon.com
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102

*Counsel for Defendants, James Gomric, in his official capacity as State's Attorney of St. Clair County, Illinois and Richard Watson, in his official capacity as Sheriff of St. Clair County, Illinois*

Thomas R. Ysursa
try@bhylaw.com
BECKER, HOERNER, & YSURSA, P.C.
5111 West Main Street
Belleville, IL 62226


Dated: July 12, 2024                    *s/ Laura Palmerin*
                                        Laura Palmerin