# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, et al., <br>           Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, et al., <br>           Defendants, | Case No. 3:23-cv-209-SPM <br> **designated Lead Case |
| DANE HARREL, et al., <br>           Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, et al., <br>           Defendants, | Case No. 3:23-cv-141-SPM |
| JEREMY W. LANGLEY, et al., <br>           Plaintiffs, <br><br> v. <br><br> BRENDAN KELLY, et al., <br>           Defendants, | Case No. 3:23-cv-192-SPM |
| **FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al.,** <br>           **Plaintiffs,** <br><br> v. <br><br> **JAY ROBERT "J.B." PRITZKER, et al.,** <br>           **Defendants.** | **Case No. 3:23-cv-215-SPM** |

## DECLARATION OF TODD VANDERMYDE

1. I, Todd Vandermyde, am over the age of 18 and I make this declaration of my own knowledge, except as to any matters stated therein on information and belief, and as to such matters I believe them to be true. If called as a witness, I could and would testify competently to the truth of the matters set forth herein.

1

2. I am currently a resident of the State of Illinois and have been one continuously since before January 10, 2023.

3. I am currently a member of Gun Owners of America, Inc. ("GOA"), a plaintiff in the above-titled action, and have been one continuously since before January 10, 2023. I am also a supporter of Gun Owners Foundation ("GOF").

4. I am not a police officer, retired police officer, prison warden, current member of the armed forces or national guard, nor do I work in armed security or private security contracting. I am thus not exempt from Protect Illinois Communities Act, House Bill 5471 ("PICA")'s restrictions.

5. Prior to January 10, 2023, I lawfully owned and possessed within Illinois various firearms and parts that PICA restricts, which I used for various lawful purposes, including training, competition, and defense of myself, my family, my dogs (from coyotes), and my home. Those include at least one: (a) semiautomatic AR-platform rifle that accepts detachable magazines and has a pistol grip, flash suppressor, barrel shroud, and adjustable stock; (b) semiautomatic pistol that accepts detachable magazines and has the capacity to accept the magazine outside of the pistol grip, a flash suppressor, and a barrel shroud (i.e., an AR-style Pistol); (c) threaded barrel for a semiautomatic pistol; (d) semiautomatic rifle chambered in .22LR because it accepts a detachable magazine and has a thumbhole stock; (e) semiautomatic shotgun that has a pistol grip; (f) semiautomatic shotgun that has a thumbhole stock; and (g) semiautomatic shotgun that has an internal magazine with a capacity to accept more than 5 rounds.

6. I wish to lawfully acquire and possess within Illinois new firearms that PICA restricts, including, but not limited to a Browning 1919, a Barret M82, an Armalite AR180, several types of AK pattern firearms, SVD Dragonov, and an HK MP5 type firearm; and would acquire new parts that PICA restricts, including pistol grips, stocks, barrel shrouds, and AR or AK receivers, in order to build new or modify already-owned rifles.

7. PICA has injured me by precluding me from lawfully:

    a. maintaining possession within Illinois of the various firearms and parts that I lawfully own and possessed within Illinois just prior to January 10, 2023, without having timely submitted an endorsement affidavit for (i.e., registered) those firearms and parts, which I refused to submit, thus rendering me unable to lawfully possess and use them within Illinois;

    b. acquiring and possessing any of the firearms identified in Paragraph 5, above, which I have been wanting to acquire and use for lawful purposes, such as self-defense;

    c. using a threaded barrel that I own on my handgun that I use for self-defense in Illinois, which forced me to spend money to purchase a new non-threaded barrel for use in Illinois; and

    d. obtaining in Illinois certain replacement or alternative parts, described in Paragraph 6, above, to use on my currently owned firearms that PICA restricts or for the purpose of building new firearms;

8. But for fear of prosecution under PICA for doing so, I would engage in each of the activities described in the preceding paragraph. Specifically, I would lawfully:

    a. bring every firearm and part that I have removed from Illinois due to PICA back into Illinois to possess and use in Illinois for various lawful purposes, including self-defense, training, hunting, and target-shooting;

    b. acquire and possess each of the firearms identified in Paragraph 6, above;

    c. put a threaded barrel back on one of my pistols; and

    d. acquire and possess parts identified in Paragraph 6, above, for the purpose of replacing parts on my currently owned firearms or building new ones.

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 12, 2024, in Illinois.

*s/ Todd Vandermyde*
Todd Vandermyde
Declarant

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, an electronic PDF of **DECLARATION OF TODD VANDERMYDE** was sent by electronic mail to the following registered attorneys participating in the case:

*Counsel for State Defendants Attorney General Kwame Raoul, Governor J.B. Pritzker, and ISP Director Brendan Kelly*

Christopher G. Wells
christopher.wells@ilag.gov
Darren Kinkead
darren.kinkead@ilag.gov
Kathryn Muse
kathryn.muse@ilag.gov
Laura K. Bautista
laura.bautista@ilag.gov
John Hazinski
john.hazinski@ilag.gov
Michael M. Tresnowski
michael.tresnowski@ilag.gov
Stefanie Krajewski
stefanie.krajewski@ilag.gov
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603

*Counsel for Barnett Plaintiffs*

Paul D. Clement
paul.clement@clementmurphy.com
Erin E. Murphy
erin.murphy@clementmurphy.com
Matthew D. Rowen
matthew.rowen@clementmurphy.com
Nicholas M. Gallagher
nicholas.gallagher@clementmurphy.com
Nicholas Aquart
nicholas.aquart@clementmurphy.com
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

5

Gary C. Pinter
gpinter@smbtrials.com
Swanson, Martin & Bell, LLP
103 W. Vandalia Street, Suite 215
Edwardsville, IL 62025

Andrew A. Lothson
alothson@smbtrials.com
James Vogts
jvogts@smbtrials.com
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

*Counsel for Harrel Plaintiffs*

David G. Sigale
dsigale@sigalelaw.com
Law Firm of David G. Sigale, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148

David H. Thompson
dthompson@cooperkirk.com
Peter A. Patterson
ppatterson@cooperkirk.com
William V. Bergstrom
wbergstrom@cooperkirk.com
Cooper & Kirk
1523 New Hampshire Avenue, NW
Washington, D.C. 20036

*Counsel for Langley Plaintiffs*

Thomas G. Maag
tmaag@maaglaw.com
Peter J. Maag
lawmaag@gmail.com
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095

*Counsel for Defendant Cole Shaner, in his official capacity as State's Attorney for Crawford County, Illinois*

Keith B. Hill
khill@heylroyster.com
edwecf@heylroyster.com
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
105 West Vandalia, Suite 100, Mark Twain Plaza III
Edwardsville, IL 62025 0467

*Counsel for Randolph County Defendants*

James E. Godfrey, Jr.
jgodfrey@evans-dixon.com
Kerry B. Banahan
kbanahan@evans-dixon.com
Katherine F. Asfour
kasfour@evans-dixon.com
Beth Pani
bpani@evans-dixon.com
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102

*Counsel for Defendants, James Gomric, in his official capacity as State's Attorney of St. Clair County, Illinois and Richard Watson, in his official capacity as Sheriff of St. Clair County, Illinois*

Thomas R. Ysursa
try@bhylaw.com
BECKER, HOERNER, & YSURSA, P.C.
5111 West Main Street
Belleville, IL 62226


Dated: July 12, 2024                            *s/ Laura Palmerin*
                                                Laura Palmerin