IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CALEB BARNETT, et al.,<br>        Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, et al.,<br>        Defendants, | ) ) ) ) ) ) ) ) ) | Case No. 3:23-cv-209-SPM<br>**designated Lead Case |
| DANE HARREL, et al.,<br>        Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, et al.,<br>        Defendants, | ) ) ) ) ) ) ) ) ) | Case No. 3:23-cv-141-SPM |
| JEREMY W. LANGLEY, et al.,<br>        Plaintiffs,<br><br>v.<br><br>BRENDAN KELLY, et al.,<br>        Defendants, | ) ) ) ) ) ) ) ) ) | Case No. 3:23-cv-192-SPM |
| **FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al.,**<br>        **Plaintiffs,**<br><br>v.<br><br>**JAY ROBERT "J.B." PRITZKER, et al.,**<br>        **Defendants.** | ) ) ) ) ) ) ) ) ) | **Case No. 3:23-cv-215-SPM** |

### DECLARATION OF ROGER KRAHL

1. I, Roger Krahl, am over the age of 18 and I make this declaration of my own knowledge, except as to any matters stated therein on information and belief, and as to such matters I believe them to be true. If called as a witness, I could and would testify competently to the truth of the matters set forth herein.

1

2. I am the President of Sportswereus, Inc., dba R Guns. R Guns has been a member of Federal Firearms Licensees of Illinois ("FFL-IL") since before Protect Illinois Communities Act, House Bill 5471 ("PICA") was adopted and has remained one since. R Guns manufactured and sold in the State of Illinois semiautomatic AR-platform rifles that accept detachable magazines and have a pistol grip, flash suppressor, barrel shroud, and adjustable stock. Prior to PICA taking effect, R Guns would sell between 3,000-5,000 such rifles a year in Illinois. Upon PICA taking effect, it ceased manufacturing or selling any such firearms in Illinois for fear of prosecution for violating PICA. As a result, not only has it lost the vast majority of its income source, it had to pay hundreds of thousands of dollars to construct a storage facility outside of Illinois to house its products that can no longer be sold in Illinois. Its future survival is in doubt, due to PICA's restrictions on the products it previously manufactured and sold in Illinois. But for fear of prosecution for violating PICA, R Guns would resume manufacturing and selling in Illinois semiautomatic AR-platform rifles that accept detachable magazines and have a pistol grip, flash suppressor, barrel shroud, and adjustable stock.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 12, 2024, in Illinois.

*s/ Roger Krahl*  
Roger Krahl  
Declarant

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, an electronic PDF of **DECLARATION OF ROGER KRAHL** was sent by electronic mail to the following registered attorneys participating in the case:

***Counsel for State Defendants Attorney General Kwame Raoul, Governor J.B. Pritzker, and ISP Director Brendan Kelly***

Christopher G. Wells
christopher.wells@ilag.gov
Darren Kinkead
darren.kinkead@ilag.gov
Kathryn Muse
kathryn.muse@ilag.gov
Laura K. Bautista
laura.bautista@ilag.gov
John Hazinski
john.hazinski@ilag.gov
Michael M. Tresnowski
michael.tresnowski@ilag.gov
Stefanie Krajewski
stefanie.krajewski@ilag.gov
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603

***Counsel for Barnett Plaintiffs***

Paul D. Clement
paul.clement@clementmurphy.com
Erin E. Murphy
erin.murphy@clementmurphy.com
Matthew D. Rowen
matthew.rowen@clementmurphy.com
Nicholas M. Gallagher
nicholas.gallagher@clementmurphy.com
Nicholas Aquart
nicholas.aquart@clementmurphy.com
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Gary C. Pinter
gpinter@smbtrials.com
Swanson, Martin & Bell, LLP
103 W. Vandalia Street, Suite 215
Edwardsville, IL 62025

Andrew A. Lothson
alothson@smbtrials.com
James Vogts
jvogts@smbtrials.com
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

*Counsel for Harrel Plaintiffs*

David G. Sigale
dsigale@sigalelaw.com
Law Firm of David G. Sigale, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148

David H. Thompson
dthompson@cooperkirk.com
Peter A. Patterson
ppatterson@cooperkirk.com
William V. Bergstrom
wbergstrom@cooperkirk.com
Cooper & Kirk
1523 New Hampshire Avenue, NW
Washington, D.C. 20036

*Counsel for Langley Plaintiffs*

Thomas G. Maag
tmaag@maaglaw.com
Peter J. Maag
lawmaag@gmail.com
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095

*Counsel for Defendant Cole Shaner, in his official capacity as State's Attorney for Crawford County, Illinois*

Keith B. Hill
khill@heylroyster.com
edwecf@heylroyster.com
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
105 West Vandalia, Suite 100, Mark Twain Plaza III
Edwardsville, IL 62025 0467

*Counsel for Randolph County Defendants*

James E. Godfrey, Jr.
jgodfrey@evans-dixon.com
Kerry B. Banahan
kbanahan@evans-dixon.com
Katherine F. Asfour
kasfour@evans-dixon.com
Beth Pani
bpani@evans-dixon.com
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102

*Counsel for Defendants, James Gomric, in his official capacity as State's Attorney of St. Clair County, Illinois and Richard Watson, in his official capacity as Sheriff of St. Clair County, Illinois*

Thomas R. Ysursa
try@bhylaw.com
BECKER, HOERNER, & YSURSA, P.C.
5111 West Main Street
Belleville, IL 62226


Dated: July 12, 2024                              *s/ Laura Palmerin*
                                                  Laura Palmerin

5