**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CALEB BARNETT, et al., | ) | Case No.:   3:23-cv-209-SPM |
| | ) | ** DESIGNATED Lead Case |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KWAME RAOUL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| DANE HARREL, et al., | ) | Case No.:   3:23-cv-141-SPM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KWAME RAOUL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| JEREMY W. LANGLEY, et al., | ) | Case No.:   3:23-cv-192-SPM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KWAME RAOUL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| FEDERAL FIREARMS | ) | Case No.:   3:23-cv-215-SPM |
| LICENSEES OF ILLINOIS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAY ROBERT "JB" PRITZKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

NOW COMES Ann C. Barron of HEYL, ROYSTER, VOELKER & ALLEN, P.C., and hereby enters her appearance on behalf of the Defendant, COLE SHANER, in his official capacity as State's Attorney for Crawford County, Illinois, in the above-captioned matter.

                                              COLE SHANER, in his official capacity as State's Attorney for Crawford County, Illinois, Defendant,

                                              BY: _____/s/ Ann C. Barron_____
                                              HEYL, ROYSTER, VOELKER & ALLEN, P.C.
                                                  Keith B. Hill, ARDC #6277660
                                                  Ann C. Barron, ARDC #6224429

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Suite 100, Mark Twain Plaza III
105 West Vandalia
Edwardsville, Illinois 62025 0467
Telephone 618.656.4646
Facsimile 309.420.0402
edwecf@heylroyster.com
khill@heylroyster.com
abarron@heylroyster.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this **15th** day of **July, 2024**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

      /s/ Ann C. Barron_____