**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CALEB BARNETT, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 3:23-cv-209-SPM |
| | ) | |
| KWAME RAOUL, *et al.*, | ) | ** designated Lead Case |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **DANE HARREL, *et al*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 3:23-cv-141-SPM** |
| **vs.** | ) | |
| | ) | |
| **KWAME RAOUL, *et al*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| JEREMY W. LANGLEY, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-192-SPM |
| | ) | |
| BRENDAN KELLY, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| FEDERAL FIREARMS LICENSEES | ) | |
| OF ILLINOIS, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-215-SPM |
| | ) | |
| JAY ROBERT "J.B." PRITZKER, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATIONS OF *HARREL* PLAINTIFFS**

## **DECLARATIONS OF *HARREL* PLAINTIFFS**

1. Declaration of Dane Harrel, dated January 24, 2023 (also Dkt. # 16-1 in 3:23 CV 141);

2. Declaration of Christopher Brooks of C4 Gun Store, LLC, dated January 24, 2023 (also Dkt. # 16-2 in 3:23 CV 141);

3. Declaration of Dominic DeBock of Marengo Guns, Inc., dated January 24, 2023 (also Dkt. # 16-3 in 3:23 CV 141);

4. Declaration of Richard Pearson of Illinois State Rifle Association, dated January 24, 2023 (also Dkt. # 16-4 in 3:23 CV 141);

5. Declaration of Brandon Combs of Firearms Policy Coalition, Inc., dated January 24, 2023 (also Dkt. # 16-5 in 3:23 CV 141);

6. Declaration of Alan Gottlieb of Second Amendment Foundation, dated January 25, 2023 (also Dkt. # 16-6 in 3:23 CV 141).


Respectfully submitted,

By:   /s/David G. Sigale
One of the Attorneys for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
admitted *pro hac vice*