IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-209-SPM<br>** designated Lead Case |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br>        vs.<br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No.  3:23-cv-141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>    Plaintiffs,<br>        vs.<br>BRENDAN KELLY, *et al.*,<br>    Defendants. | Case No.  3:23-cv-192-SPM |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al.*,<br>    Plaintiffs,<br>        vs.<br>JAY ROBERT "JB" PRITZKER, *et al.*,<br>    Defendants. | Case No.  3:23-cv-215-SPM |

## NOTICE OF APPEARANCE

NOW COMES Gretchen E. Helfrich, Deputy Chief, Special Litigation Bureau in the Office of the Illinois Attorney General, and hereby enters her appearance as counsel in the above-referenced actions on behalf of:

- Defendants KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in *Barnett v. Raoul*, No. 23-cv-209;

- Defendants KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in *Harrel v. Raoul*, No. 23-cv-141;

- Defendant BRENDAN F. KELLY, Director of the Illinois State Police, in *Langley v. Kelly*, No. 23-cv-192; and

- Defendants JAY ROBERT "JB" PRITZKER, Governor of the State of Illinois, KWAME RAOUL, Attorney General of Illinois and BRENDAN F. KELLY, Director of the Illinois State Police, in *Federal Firearms Licensees of Illinois v. Pritzker*, No. 23-cv-215.

Dated: July 26, 2024

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

By:  */s/ Gretchen Helfrich*
Gretchen Helfrich, No. 6300004
Deputy Chief
Special Litigation Bureau
Office of the Illinois Attorney General
115 S. LaSalle Street, 35th Floor
Chicago, Illinois 60603
312-814-3000
Gretchen.Helfrich@ilag.gov