# Exhibit 19

# Part 2 of 2

to Deposition of Salam Fatohi

**NSSF MSR Consumer Study – Report of Findings**

## MSR Usage and Activities

**Used Your MSR(s) in the last 12 months?**



**MSR Use in Last 12 Months Compared to Previous 12 Months**



**MSR Usage: Number of Times in Last 12 Months**



- 88% of MSR owners used/shot their MSR(s) in the last 12 months. Compared to the 12 months before that, 41% said their MSR use was "about the same." 38% said it was less.

- Of those who used their MSR, the average number of times respondents used it in the last 12 months is 14.

41
NSSF 000140

## NSSF MSR Consumer Study – Report of Findings

# MSR Usage and Activities: Factors Preventing Usage

**Used MSR As Much As You Would Like in Last 12 Months?**



**Rating: How important are the following in preventing you from using your MSR as much as you'd like?**



- 3 out of 4 MSR owners said they did not use their MSR as much as they would like over the past 12 months.

- The most important factors preventing owners from using their MSR more are related to ammunition: lack of availability and cost.

*Scale:*
*1=Not at all important,  10= very important*

42
NSSF 000141

**NSSF MSR Consumer Study – Report of Findings**

## MSR Usage and Activities



**MSR Activities in Last 12 Months**

- Target shoot at a private range — 54%
- Target shoot at a public range — 49%
- Target shoot on my/family land — 32%
- Target shoot on friends land — 25%
- While hunting on private land — 24%
- Competition Shooting (i.e. 3 Gun) — 15%
- While hunting on public land — 11%
- At paid course/training academy — 10%
- While at work (i.e. Law Enforcement, Private Security) — 5%
- Other — 4%

- The most popular activity by MSR owners is target shooting; 54% said they did at a private range, while 49% said they did at a public range.

7/14/22

43

NSSF 000142

## MSR Usage and Activities: Ammunition Used - Type

**Ammo Used (% of MSR Owners Using)**



**Ammo Profile - Average % Breakdown Per MSR Owner**



- Across all MSR owners, roughly 70% of used budget factory loads and premium factory loads in the last 12 months.

- The ammo breakdown per MSR owner shows that 42% of ammo they used in the past 12 months are factory loads/bulk packs.

NSSF 000143

NSSF MSR Consumer Study – Report of Findings

## MSR Usage and Activities: Ammunition Used - Amount

**Rounds of Ammo Fired Through MSR In Last 12 Months**



**Rounds of Ammo Fired (Grouped)**



- The average number of rounds used by MSR owners in the last 12 months is 907.

- Approximately half of MSR owners fired between 1 and 400 shots in the last 12 months, the other half shooting more than 400 rounds.

NSSF 000144

**NSSF MSR Consumer Study – Report of Findings**

# MSR Usage and Activities: Ammunition Used – Projected Amount

**Projected Rounds of Ammo Fired Through MSR In Next 12 Months**



**Projected Rounds of Ammo Fired (Grouped)**



- The average number of rounds that MSR owners project they will fire in the next 12 months is 984.

- Over one-third of MSR owners anticipate firing more than 800 rounds of ammunition in the next 12 months.

NSSF 000145

NSSF MSR Consumer Study – Report of Findings

# MSR Usage and Activities: Ammunition Quantity Purchased, Kept On Hand

**Quantity of MSR Ammo Typically Purchased**



**Number of MSR Rounds Owned/Kept on Hand**



- When purchasing ammunition, the average number of ammo rounds typically purchased by MSR owners is 637.

- 36% of MSR owners typically purchase between 500–1,999 rounds.

- Nearly half of MSR owners own/keep more than 1,000 rounds on hand.

**NSSF MSR Consumer Study – Report of Findings**

## MSR Usage and Activities: Ammunition Reloads

**Do you reload your own ammunition?**



**Percentage of Ammo Reloaded**



- 6 out of 10 MSR owners do not reload their own ammunition.

- Of the 40% who do, the average percentage of their ammunition they reload is 53%.

48
NSSF 000147

NSSF MSR Consumer Study – Report of Findings

## MSR Usage and Activities: Firearms Used



**Firearms Used - Activities**

- 95% of respondents used their MSR to rifle target shoot.

49
NSSF 000148

**NSSF MSR Consumer Study – Report of Findings**

## MSR Usage and Activities: Target Shooting/Hunting

**Typical Distance When Using MSR for Hunting/Target Shooting**



**Target Shooting - Do you generally go alone or with others?**



- The most frequent distance that MSR owners hunt/target shoot at is 100–300 yards.

- 43% generally go target shooting with one other person. 27% go alone.

NSSF 000149

**NSSF MSR Consumer Study – Report of Findings**

# Respondent Profile: Favorite Part About Owning MSR

Respondents were asked in an open-ended question to explain their favorite part of owning an MSR. Common themes in answers include:

**FUN/ENJOYMENT OF SHOOTING**
- General enjoyment of shooting; relaxing
- Challenge of target shooting, hunting; improving
- Camaraderie with others, quality time with loved ones
- Ability to customize/building from parts

**EXERCISING FREEDOM/2A RIGHTS**
- Represents freedom and America
- Tradition and history

**EASE OF USE**
- Lightweight
- Low-recoil
- Accurate, versatile
- Instills confidence

**RELIABLE**
- Craftsmanship and engineering
- Peace of mind — excellent for home defense

51
NSSF 000150



NSSF MSR Consumer Study – Report of Findings

Section 4: MSR Owner Profiles

7/14/22

52
NSSF 000151

NSSF MSR Consumer Study – Report of Findings

# Profile: Single MSR Owners vs Multi-MSR Owners



Multiple-MSR owners are relatively more likely to be:

- Ages 55+

- Non-range members

- Those who used MSR 11 or less times in the last 12 months

- Not from a military/law enforcement background

- Those with an income under $65k, though there is fairly even distribution across ranges

- Users of MSR for target shooting

- Those with no kids at home

- Owners of a MSR(s) for home defense purposes

- Those who plan to buy MSR accessories in the next 12 months

**NSSF MSR Consumer Study – Report of Findings**

## Profile: Range vs Non-Range Member



MSR owners who are shooting range members are relatively more likely to be:

- Owners of multiple MSRs

- Ages 55+

- Occasional users of MSRs – 4 to 11 times times in the last 12 months

- Not from a military/law enforcement background

- Those with an income over $110k

- Users of MSR for target shooting

- Those with no kids at home

- Owners of a MSR(s) for home defense, hunting, competition shooting

- Those who plan to buy MSR accessories in the next 12 months

NSSF 000153

NSSF MSR Consumer Study – Report of Findings

## Profile: Infrequent vs Avid MSR Users



Avid MSR owners are relatively more likely to be:

- Owners of multiple MSRs

- Ages 55+

- A member of a shooting range

- Not from a military/law enforcement background

- Those with an income over $110k

- Users of MSR for target shooting and hunting

- Those with no kids at home

- Owners of a MSR(s) for home defense, hunting, competition shooting

- Those who recently bought a MSR in 2020 or 2021, plan to buy accessories or a new MSR in the next 12 months

7/14/22

55

NSSF 000154

**NSSF MSR Consumer Study – Report of Findings**

## Profile: Target Shooters vs Hunters



Target shooters and hunters have similar profiles. Hunters are slightly more likely to be:

- Owners of multiple MSRs
- Under 45 years old
- A frequent or avid user of MSRs
- Those without a bachelors degree
- Users of MSR for target shooting and hunting
- Those with kids at home
- Owners of a MSR(s) for home defense, hunting, competition shooting
- Those who are likely to buy a new MSR in the next 12 months

NSSF 000155

**NSSF MSR Consumer Study – Report of Findings**

# Profile: Owners Who Haven't Used MSR In Last 12 Months



Non-MSR users are relatively more likely to be:

- Owners of multiple MSRs
- Ages 55 & older
- Not a member of a shooting range
- Those with a household income of less than $110k
- Those with no kids at home
- Owners of a MSR(s) for home defense, some hunting
- Those who plan to buy accessories for their MSR in the next 12 months

NSSF MSR Consumer Study – Report of Findings

## Profile: Premium Buyers (>$1500 spent on MSR) vs Non-Premium Buyers



Premium MSR buyers are relatively more likely to be:

- Owners of multiple MSRs

- Ages 55 & older

- A member of a shooting range

- Regular users of MSRs, using 4 to 11 times a year

- Those with a household income greater than $110k

- With a bachelors degree or more

- Using MSR for target shooting, competition shooting, and hunting.

- Owners of a MSR(s) for home defense, competition shooting, hunting

- Recent buyers (purchased MSR in 2021 or 2020), high-spenders on accessories ($600+) and very likely to buy new MSR in the next 12 months.

# Profile: Heavily Accessorized (4+ accessories) MSR Owners



Owners of heavily accessorized MSRs are relatively more likely to be:

- Owners of multiple MSRs

- Under 45 years old

- A member of a shooting range

- Frequent/avid users of MSRs

- Those with a household income greater than $110k

- With a bachelors degree or more

- Using MSR for target shooting, competition shooting, and hunting.

- Owners of a MSR(s) for home defense, competition shooting, hunting

- Premium MSR buyers (>$1500 spent on last MSR), high-spenders on accessories ($600+) and very likely to buy new MSR in the next 12 months.

NSSF 000158

NSSF MSR Consumer Study – Report of Findings

# Profile: Likely MSR buyers



Likely MSR buyers are relatively more likely to be:

- Owners of multiple MSRs

- Under 45 years old

- Frequent/avid users of MSRs

- Those with a household income greater than $110k

- With a bachelors degree or more

- Using MSR for target shooting, competition shooting, and hunting.

- Owners of a MSR(s) for home defense, competition shooting, hunting

- Premium MSR buyers (>$1500 spent on last MSR), high-spenders on accessories ($600+) and very likely to buy new MSR in the next 12 months.

# Profile: Military/Law Enforcement vs Non-Military/Law Enforcement



MSR owners with a military/law-enforcement background are relatively more likely to be:

- Owners of multiple MSRs

- 55 years old or older

- Frequent/avid users of MSRs

- Those with a household income of $65–$110k

- Those without a bachelors degree or more

- Using MSR for competition shooting or work

- Owners of a MSR(s) for home defense or professional/job-related purpose

NSSF 000160



NSSF MSR Consumer Study – Report of Findings

Section 5: Clusters/Segmentation

62
NSSF 000161

# Clusters Analysis/Market Segmentation Explained

A Cluster Analysis is method used in market segmentation to help marketers identify specific consumer groups based on a specific set and sub-set of demographic and specific product usage patterns. Market segmentation means dividing the market into distinct groups of individual segments or clusters with similar wants or needs and behaviors.

A market segment or cluster is a sub-set of a people, in this case, MSR owners with one or more characteristics that cause them to demand similar product and/or services based on qualities of those products — such as usage activity and demographics. A true market segment meets all of the following criteria: it is distinct from other segments (different segments have different needs), it is homogeneous within the segment (exhibits common needs), and responds similarly to market stimulus and media.

In the MSR Study, we used the following variables to establish clusters:
- Age
- Reasons for owning an MSR
- Annual Household Income
- Number of MSRs Owned
- Military/Law-Enforcement Affiliation

# MSR Clusters Summary

| | 1. Law Enforcement & Competition | 2. Casual Hunter | 3. Affluent Gun Enthusiast | 4. Low-Use Home Defense | 5. Hunting Aficionado |
|---|---|---|---|---|---|
| % of owners | 18% | 17% | 23% | 21% | 21% |
| % of MSRs | 24% | 13% | 27% | 11% | 25% |
| Number of MSRs Owned | 3+ | 1 | 3+ | 1 | 3+ |
| Age | Under 45 | Under 45 | 45 to 54 | 55+ | 55+ |
| Reasons for Owning a MSR | Professional use/job-related, competition | Hunting | Competition shooting | Home defense | Hunting |
| Annual Household Income | $65 to $110k | <$65k | >$110k | <$65k | >$110k |
| Military/Law-Enforcement Affiliation | Military/L.E. | Non-Military/L.E. | Non-Military/L.E. | Slightly more Military/L.E. | Slightly more non-Military/L.E. |
| MSR usage frequency (last 12 months) | More than 24 times | 3 times or less | 12 to 23 times | 3 times or less | 4 to 11 times |
| Range Member | Slightly more likely to be a range member | Non-member | Range Member | Non-member | Non-member |
| Education | Slightly more likely to not have a bachelors | No bachelors | Bachelors+ | Both bachelors+/no bachelors | Bachelors+ |
| Introduction to MSRs | Military/job, Other | Family/friends, personal interest | Shooting Range | Media/internet, military/job | Family/friends, personal interest |
| MSR Activities In Last Year | Use MSR for work, competition shooting | Hunting, long-range shooting | Competition shooting | Not Used MSR | Hunting |
| MSR Purchase Behavior | Very likely to buy MSR in next year, premium MSR buyer (>$1500 for MSR), High-spend on accessories, heavily accessorized, recent buyer | Very likely to buy MSR in next 12 months, plans on buying accessories | Premium MSR buyer (>$1500), heavily accessorized MSR, high-spend on accessories, recent buyer | Slightly less likely to plan to buy accessories in next year | Recent buyer (obtained MSR in 2020 or 2021) |
| Place of Purchase | Mom & Pop Retail Store | Gun Show | Gun show, custom built | Chain/Big-Box Retail | Bought as kit/custom-built |

NSSF 000163

NSSF MSR Consumer Study – Report of Findings

## MSR Clusters Summary

**Clusters: Makeup of MSR Owners & Total MSRs Owned**



## How to Read Cluster Graphs

In the cluster graphs, the overall MSR sample profile is represented by a value of 0. The index is calculated by dividing the profile of the cluster (percentage of that cluster for a category) by the profile of the total MSR population. An index of 20 means the cluster is 20% more likely to exhibit that behavior or be a part of that group. For examples, MSR owners in Cluster 1 (Law Enforcement & Competition) have an index of 37 for ages under 45 —this means a MSR owner in this cluster is 37% relatively more likely to be under 45 years old compared to the overall MSR user population.

We describe this as a relative measure since it does not account for the percentage of the MSR owner population. Using our previous example, MSR owners in Cluster 1 (Law Enforcement & Competition) have an index of 37 for ages under 45; this does not mean MSR owners under 45 form the majority of Cluster 1, only that they're over-represented compared to the overall MSR owner population.

NSSF 000165

NSSF MSR Consumer Study – Report of Findings

# Cluster 1: Law Enforcement & Competition

*Index (All MSR Owners = 0)*



The **Law Enforcement & Competition** Cluster accounts for 18% of MSR owners. They tend to be:

- Owners of 3+ MSRs

- Under 45 years old

- Avid users of MSR

- From a military/law enforcement background

- Those with income of $65k to $110k

- Users of MSR for work/law, competition shooting

- Those with kids at home

- Very likely to buy new MSR in next 12 months, a premium buyer of MSRS (spending more than $1500 most recently acquired MSR), high-spenders on accessories

NSSF 000166

NSSF MSR Consumer Study – Report of Findings

## Cluster 2: Casual Hunter

Index (All MSR Owners = 0)



The **Casual Hunter** Cluster accounts for 17% of MSR owners. They tend to be:

- Owners of 1 MSR

- Under 45 years old

- Not members of a shooting range

- Casual users, using their MSR 3 times or less in the past 12 months

- Not from a military or law enforcement background

- Those with income less than $65k

- Those without a bachelors degree

- Users of MSRs for hunting and long-range shooting

- Those without kids at home

- Very likely to buy new MSR in next 12 months and plan to buy accessories.

- Owners of MSRs for hunting and self-defense

NSSF 000167

**NSSF MSR Consumer Study – Report of Findings**

# Cluster 3: Affluent Gun Enthusiast

*Index (All MSR Owners = 0)*



The **Affluent Gun Enthusiast** Cluster accounts for 23% of MSR owners. They tend to be:

- Owners of 3+ MSR

- 45 to 54 years old

- Members of a shooting range

- Frequent users, using their MSR 12 to 23 times in the last 12 months

- Not from a military or law enforcement background

- Those with income greater than $110k

- Those with a bachelors degree

- Users of MSRs for competition shooting

- Premium MSR Buyers (>$1500 on most recent MSR, heavily accessorized and high spender on accessories

- Owners of MSRs for competition shooting

NSSF 000168

**NSSF MSR Consumer Study – Report of Findings**

# Cluster 4: Low-Use Self Defense

*Index (All MSR Owners = 0)*




The **Low-Use Self Defense** Cluster accounts for 21% of MSR owners. They tend to be:

- Owners of 1 MSR

- 55 years old or older

- Not members of a shooting range

- Infrequent users, using their MSR 3 times or less in the last 12 months

- Slightly more likely to be from a military or law enforcement background

- Those with income less than $65k

- Those who did not use their MSR in the last 12 months

- Those with no kids at home

- Less likely to buy new MSR or be a premium buyer

- Owners of MSRs for home defense

NSSF 000169

# Cluster 5: Hunting Aficionado

Index (All MSR Owners = 0)



The **Hunting Aficionado** Cluster accounts for 21% of MSR owners. They tend to be:

- Owners of 3+ MSRs

- 55 years old or older

- Not members of a shooting range

- Occasional MSR users, using their MSR 4 to 11 times in the last 12 months

- Slightly more likely to not be from a military or law enforcement background

- Those with income of greater than $110k

- Those with a bachelors degree

- Those used their MSR for hunting in the last 12 months

- Recent buyers of a MSR (in 2020 or 2021)

- Less likely to buy new MSR or be a premium buyer

- Owners of MSRs for hunting



NSSF MSR Consumer Study – Report of Findings

Section 6: Sample Profile

7/14/22

72

NSSF 000171

# Respondent Profile: Organizations

**Current Membership or Recent Donation to Organizations**



- When asked what organizations they are a member of or recently donated to, the most-selected organization was the NRA (61%), chosen more than twice as much as any other organization.

- 21% of MSR owners are not members of or recently donated to any organizations listed.

- 12% are members or recently donated to the NSSF.

- Of the 19% who selected "Other" organizations, the most common mentions were:
    - Firearms Policy Coalition
    - Liberal Gun Club/Liberal Gun Owners
    - Second Amendment Foundation
    - National Skeet Shooting Foundation
    - National Sporting Clays Association

# Respondent Profile: Military/Law-Enforcement

### Active or Veteran/Retired Member of Law Enforcement/Military



**Military/Law Enforcement Affiliation**



| Army (veteran) | 34% |
| Air Force (veteran) | 19% |
| Local Law Enforcement (veteran) | 17% |
| Navy (veteran) | 17% |
| Marines (veteran) | 13% |
| National Guard (veteran) | 11% |
| Reserves (veteran) | 9% |
| Local Law Enforcement (active) | 7% |
| Other Law Enforcement (veteran) | 6% |
| State Law Enforcement (veteran) | 6% |
| Federal Law Enforcement (veteran) | 5% |
| Army (active) | 5% |
| State Law Enforcement (active) | 3% |
| Federal Law Enforcement (active) | 3% |
| National Guard (active) | 3% |
| Other Law Enforcement (active) | 2% |
| Air Force (active) | 2% |
| Coast Guard (veteran) | 2% |
| Reserves (active) | 2% |
| Navy (active) | 2% |
| Marines (active) | 2% |
| Coast Guard (active) | 2% |
| Space Force (active) | 2% |
| Space Force (veteran) | 1% |

| Military/law-enforcement (grouped) | % of those |
|---|---|
| Veteran military | 82% |
| Veteran law enforcement | 26% |
| Active law enforcement | 11% |
| Active military | 9% |

NSSF 000173

**NSSF MSR Consumer Study – Report of Findings**

# Respondent Profile: Age, Gender

**Gender**



**Age**



- 96% of respondents are Male.

- The average age of respondents is 55 years old. Only 27% are under the age of 45.

- 88% of respondents are White/Caucasian.

**Race/Ethnicity**



NSSF 000174

NSSF MSR Consumer Study – Report of Findings

## Respondent Profile: Martial Status, Shooting Activities with Spouse



**Marital Status**

| | |
|---|---|
| Married | 74% |
| Single or Never married | 13% |
| Separated or Divorced | 9% |
| Prefer not to say | 3% |
| Widowed | 2% |

**MSR Activities with Spouse**

| | |
|---|---|
| 57% | Goes target shooting with me |
| 31% | Does not own an MSR, and has no interest in owning one |
| 24% | Has no interest in target shooting or firearms |
| 22% | Owns his/her own MSR |
| 10% | Does not own an MSR, but is interested in purchasing one |

- **74% of respondents are married.**

- **Of these MSR owners, over half (57%) say their spouse accompanies them for target shooting. Nearly a quarter, 24%, say their spouse has no interest in target shooting or firearms.**

NSSF 000175

NSSF MSR Consumer Study – Report of Findings

## Respondent Profile: Education



**Highest Level of Education Completed**

One-quarter of MSR owners have attended some college but did not graduate.

- 45% of respondents have attained at least a bachelors degree (29% have bachelors, 16% post-graduate).

- One-quarter of MSR owners have attended some college but did not graduate.

**NSSF MSR Consumer Study – Report of Findings**

## Respondent Profile: Income

**Estimated Yearly Household Income**



Avg: **$110,934**

$85k or less: 37%
More than $85k: 52%

- The average yearly household income for respondents is $110,934.

- More than half of MSR owners are in households with an annual income of greater than $85,000.

NSSF 000177

NSSF MSR Consumer Study – Report of Findings

## Respondent Profile: State, Household Children

**Do you have any children living with you?**



- Nearly two-thirds of respondents do not have any children living with them.

- The states with the most respondents are Texas (9%), California (5%), and Florida (5%).

**State**



NSSF 000178

NSSF MSR Consumer Study – Report of Findings

## Respondent Profile: State, Household Children



80
NSSF 000179



© 2022 National Shooting Sports Foundation, Inc. All Rights Reserved

7/22    Item #33101-21

NSSF 000180