**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CALEB BARNETT, et al., | ) | Case No. 3:23-cv-209-SPM |
| Plaintiffs, | ) | **designated Lead Case |
| | ) | |
| v. | ) | |
| | ) | |
| KWAME RAOUL, et al., | ) | |
| Defendants, | ) | |
| | ) | |
| DANE HARREL, et al., | ) | Case No. 3:23-cv-141-SPM |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KWAME RAOUL, et al., | ) | |
| Defendants, | ) | |
| | ) | |
| JEREMY W. LANGLEY, et al., | ) | Case No. 3:23-cv-192-SPM |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRENDAN KELLY, et al., | ) | |
| Defendants, | ) | |
| | ) | |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al., | ) | Case No. 3:23-cv-215-SPM |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAY ROBERT "J.B." PRITZKER, et al., | ) | |
| Defendants. | ) | |
| | ) | |

**<u>DECLARATION OF MATTHEW LITTLE</u>**

I, Matthew Little, declare as follows:

1.      I am at least 18 years old and have personal knowledge of the statements contained in this Declaration.

1

2.      The statements contained in my expert report that I authored in this case, dated May 10, 2024, and attached hereto as **Exhibit 1**, are true and accurate.

3.      If called to testify at trial in this case, I would testify to the matters set forth in my expert report provided in the above-captioned cases. My testimony would be consistent with all of the statements in the report, which included a complete statement of all opinions expressed, the basis and reasons for such opinions, the facts and data considered by me in forming said opinions, discussion about and identification of my qualifications as an expert witness (including any publication I may have authored in the previous 10 years and any cases during the previous 4 years where I may have testified as an expert at trial or by deposition), and a statement of compensation paid to me for study and testimony in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2024 within the United States.

_s/ Matthew Little_____
Matthew Little
Declarant

2

# EXHIBIT 1

## EXPERT REPORT OF MATTHEW LITTLE

## SUBJECT MATTER

Assessment of the use and suitability of firearms restricted under the Protect Illinois Communities Act for lawful purposes; particularly self-defense, training, and competition.

## BACKGROUND AND QUALIFICATIONS

1. I am the owner, CEO, and lead instructor of GreyBeard Actual LLC, a company that provides firearms training nationwide. I have held that position since December of 2018.

2. GreyBeard Actual LLC provides training to the public in the defensive and competitive use of pistols and carbines.

3. I developed the curriculum for GreyBeard Actual's carbine/rifle and pistol training courses based on my operational and instructional experience in the U.S. Army Special Forces and the Chicago Police Department, as well as my experience as a nationally competitive athlete in multiple action shooting sport disciplines that mimic the skills needed to use a firearm defensively. The curriculum also derives from many thousands of hours of advanced instruction I have completed in tactics, defensive firearms usage, and competition firearms skills from nationally and internationally recognized instructors.

4. GreyBeard Actual has five instructors, including myself, to teach its nine different course offerings for defensive pistol and carbine/rifle.

5. Around two hundred private citizens a year attend GreyBeard Actual's open enrollment pistol and carbine training courses. Class size is typically limited to 16 students per class, for safety reasons resulting from limits on range size and instructor attention. But for those limitations, GreyBeard Actual would easily train at least twice that number. While individual members of military and law enforcement units attend our open enrollment classes, our courses are predominantly attended by private citizens.

6. In GreyBeard Actual's pistol training courses, we require students to use a semiautomatic pistol that accepts detachable magazines. Many of these pistols have threaded barrels, mostly for the purpose of accommodating compensators—ported chambers designed to divert gases upward, which significantly improve accuracy on follow-up shots by lowering the recoil of the pistol. This effectively decreases the amount of energy felt by the shooter when the gun is fired. Every instructor and most, if not all, of the students in our pistol courses use magazines having a capacity exceeding fifteen rounds.

7. In GreyBeard Actual's carbine/rifle training courses, we require students to use a semiautomatic rifle that accepts detachable magazines. Every instructor and student uses a semiautomatic rifle with detachable magazines that has one, more, or all of the following features: a pistol grip for the firing hand, a forward grip that can be held by the non-firing (forward) hand, a stock whose length can be adjusted or that can be folded along the side of

1

the rifle or detached from it, a flash suppressor designed to mitigate loss of night vision by diverting exhaust gases from the shooter's field of view, and a rail or shroud around the barrel to prevent the heat of the barrel from burning the shooter's non-firing (forward) hand. Every instructor and virtually every student in our carbine/rifle courses use magazines with a capacity well in excess of ten rounds. A significant percentage of students use AR pistols, which are based on the AR-15 platform but do not have a stock and typically have shorter barrels. These typically have a flash suppressor and a rail or shroud encasing the barrel and a forward grip.

8. I have personally trained with many, if not most, nationally recognized instructors in the defensive and competitive shooting world. In my experience, those instructors have the same firearm equipment requirements for their students as GreyBeard Actual does, and the students in their classes generally utilize firearms matching what I have experienced in my own classes.

9. As part of my role as a firearm trainer, I stay abreast of developments in firearm technology by reading industry publications that virtually everyone in the firearms industry consults for knowing what the current firearm market has to offer, such as *Guns & Ammo*, *Gun Digest*, *Firearms News*, *Handguns*, *American Handgunner*, *Recoil*, and others; by attending trade shows including the SHOT and NRA shows, and frequently discussing equipment, training, and tactics with my fellow firearms instructors as well as the students in my classes. I have also worked through my company GreyBeard Actual for the firearms manufacturers Taurus USA and Staccato. This experience has educated me on what arms are available and best suited for self-defense and competition uses.

## **OPINIONS**

10. It is my understanding that Illinois restricts as "assault weapons" any:

A. Semiautomatic rifles/carbines that accept detachable magazines or may be readily modified to accept detachable magazines, and that have one or more of the following features:

   i.  a pistol grip or thumbhole stock;

   ii.  a feature capable of functioning as a protruding grip that can be held by the non-trigger hand;

   iii.  a folding, telescoping, thumbhole, detachable, or an adjustable stock;

   iv.  a flash suppressor;

   v.  a shroud attached to the barrel or that partially or completely encircles the barrel, allowing the bearer to hold the firearm with the non-trigger hand without being burned, but excluding a slide that encloses the barrel.

B. Semiautomatic pistols that accept detachable magazines or that may be readily modified to accept detachable magazines and that have one or more of the following features:

2

  i. a threaded barrel;

  ii. a second pistol grip or another feature capable of functioning as a protruding grip that can be held by the non-trigger hand;

  iii. a shroud attached to the barrel or that partially or completely encircles the barrel, allowing the bearer to hold the firearm with the non-trigger hand without being burned, but excluding a slide that encloses the barrel;

  iv. a flash suppressor;

  v. the capacity to accept a detachable magazine at some location outside of the pistol grip; or

  vi. a buffer tube, arm brace, or other part that protrudes horizontally behind the pistol grip and is designed or redesigned to allow or facilitate a firearm to be fired from the shoulder.

 C. Semiautomatic shotguns that have any one of the following features:

  i. a pistol grip;

  ii. a fixed magazine with the capacity of more than 5 rounds; or

  iii. the capacity to accept a detachable magazine.

11. It is my opinion that semiautomatic rifles that accept detachable magazines are commonly possessed by members of the American public for various purposes, including competitive sports, training, and lawful personal defense; particularly models having one, multiple, or all of the above listed features that would make them an "assault weapon" under Illinois law. In my opinion, AR-15 style rifles with these features are the most popular rifle in the country.

12. It is my opinion that semiautomatic pistols capable of accepting a detachable magazine that possess one, multiple, or all more of the above-listed features that would make them an "assault weapon" under Illinois law are commonly possessed by members of the American public for various purposes, including sport, training, and lawful self-defense. The most common example of such a pistol are AR-15 style semiautomatic pistols.

13. It is my opinion that individual parts—such as pistol grips; forward grips; flash suppressors; adjustable or detachable stocks; and barrel shrouds or rails—are commonly acquired and possessed by members of the American public for the purpose of customizing a firearm to the person's particular taste or stature. For example, a person with smaller hands might not like how the manufacturer's pistol grip on a rifle feels and buys an aftermarket replacement grip that fits better or a shorter stock, etc.

3

14. It is my opinion that detachable magazines for rifles that have a capacity exceeding 10 rounds and for handguns that have a capacity exceeding 15 rounds are commonly possessed by members of the American public for various purposes, including sport, training and lawful self-defense.

15. My above opinions about the commonality of rifles and handguns and their respective parts/accessories and magazines are based on my personal observation of thousands of students in my classes and other reputable instructors' training courses, the myriad products and accessories provided by the defensive firearms industry of which I am a part, as well as the many athletes I have observed using these rifles in action shooting sport competitions. In certain divisions in the action shooting sports, it is impossible to be competitive with a shotgun that does not accept detachable magazines.

16. While I do not personally provide training courses on shotguns, I have received extensive training on their use for self-defense, training, and competitive purposes. Based on that experience, it is my opinion that semiautomatic shotguns equipped with pistol grips and/or adjustable or folding stocks are in common use by the public for defensive and sporting purposes, as are shotguns accepting detachable magazines and shotguns equipped with fixed magazines that can hold more than five rounds.

17. It is my opinion that semiautomatic firearms that accept detachable magazines are so well suited for defense of self or others as to render all other types of firearms obsolete for that purpose. A semiautomatic firearm allows the user to fire at a pace appropriate to the situation, whether rapid or methodical, without any intermediary steps necessary to chamber additional rounds. This is critical when defending oneself or others against deadly force.

In order to be ideally suited for defensive use, a rifle must have a detachable magazine. The reasons for this are multiple. First is ammunition capacity. Internal magazines cannot match the ammunition capacity of detachable magazines.   Having less ammunition readily available or having to take additional steps are significant disadvantages when reacting to an attack using deadly force, especially as fine motor skills deteriorate significantly under stress. Each additional step increases the chance of error. The second is reliability. When weapons jam, it is most often due to a failure to properly feed from a faulty magazine. A detachable magazine allows the user to quickly replace the most common cause of firearm malfunctions. Without a detachable magazine, clearing a malfunction can be complex enough to require tools, whereas with a detachable magazine a malfunction can be cleared in seconds. Obviously, the ability to clear a jammed firearm in seconds versus potentially minutes is helpful while defending oneself against violent attack. The ability to accept detachable magazines also allows a rifle to be stored unloaded for safety reasons yet quickly put into action by a proper user if necessary. This is not to say that other firearms don't work for self-defense; only that a rifle with a detachable magazine is better suited for self-defense in the same way that a car is better for transporting people across stateliness than a stagecoach, which could technically accomplish the task as well.

18. It is also my opinion that limiting a rifle to a ten-    round capacity, a handgun to a 15-round capacity, and a shotgun to a five-round capacity handicaps the user in a self-defense situation.

4

All other factors being equal, more ammunition is better in a defensive incident. Obviously there is a practical upper limit on this where additional bulk and weight is disadvantageous, but this is far beyond the most common 30-round (or even 20-round) capacity magazines used with AR-15 platform rifles and that generally does not occur in magazines of up to thirty rounds for handguns or fourteen rounds for shotguns. In sporting use, limiting magazine capacity would prevent athletes from being competitive in their chosen sport due to insufficient magazine capacity relative to athletes from other states and countries. Additionally, virtually every full-sized semiautomatic handgun developed in the last decade has, and often is sold with, a magazine with a capacity in excess of fifteen rounds and virtually every semiautomatic rifle with a detachable magazine is sold with a magazine with a capacity in excess of 10 rounds I am unaware of any modernly designed defensive shotgun that is limited to a five-round capacity magazine.

19. It is my further opinion that semiautomatic rifles capable of accepting detachable magazines that also have a pistol grip, a forward grip, a barrel shroud or rail, flash-suppressor, or adjustable, thumbhole, or folding stock are extremely well-suited for lawful personal defense, both inside or outside of the home when appropriate ammunition is used. These features often come standard from the manufacturer, or can be purchased and added aftermarket. They do not, however, mechanically affect a rifle's rate of fire, capacity to accept ammunition, or the power of the projectile a rifle discharges. The specific reasons those features facilitate self-defense and/or competitive shooting, in my opinion, are as follows:

A. A pistol grip or thumbhole stock utilized by the firing hand allows a carbine/rifle to be operated with proper technique, which increases not only speed of operation and accuracy, but safety as well. In a self-    defense situation, each of these factors can impact success. The pistol grip/thumbhole stock also allows the shooter to easily access the manual safety on the weapon, essential to safe handling of the rifle, both for the user and to avoid endangering bystanders. All of this is significantly improved by having a carbine outfitted with a pistol grip/thumbhole stock. The pistol grip/thumbhole stock also allows the rifle to be operated with only the firing hand, in case of injury or the need to perform a vital task with the support hand, such as helping someone to a safe position or grabbing onto something for physical support (like a wall) or use something (like a phone). The pistol grip/thumbhole stock on a carbine also aids the user in retaining the weapon if an attacker attempts to disarm him or her. The ability to retain a weapon against an attempt to disarm the shooter is obviously vital in a self-defense situation.

B. A forward grip, like the pistol grip, contributes to using a carbine with optimum speed of operation, accuracy, and safety. The forward grip can also be used to brace the carbine against an object, significantly increasing accuracy on difficult shots. Lastly, as with a pistol grip for the firing hand, the forward grip also aids the user in retaining the weapon against an attempt to disarm him or her.

C. An adjustable stock or telescoping stock allows the user to adjust the length of pull on their carbine to best fit their specific stature or clothing. Length of pull, simply put, is the distance from a rifle's trigger to the shooter's shoulder. Properly adjusted stocks allowing for correct length of pull is essential for maximizing accuracy and weapons handling.

5

Obviously, both are helpful, if not essential, for defensive use of the rifle. This is especially true for the population groups arguably most in need of a firearm for self-defense, the disabled, the small statured, the elderly, and the frail. The same is true for detachable stocks, which allows the stock to be changed out to find one that is most comfortable for the user. A folding stock can be folded alongside the rifle for safe storage and transportation of the firearm.

D.  A flash suppressor helps reduce the shooter's loss of night vision when discharging the weapon in low-light conditions by directing the flash made when a firearm is discharged away from the user's field of vision. Loss of night vision can diminish accuracy     and the ability to discern friend from foe or whether a threat remains. Flash suppressors can also act as muzzle brakes, improving controllability and accuracy of the rifle by acting to lower felt recoil. They do this by diverting the exhaust gases from the rifle to the sides, lessening the force sent directly back to the shooter. This can be a significant advantage in defensive situations.

E.  A "barrel shroud" surrounding the barrel either partially or completely allows the shooter to hold the fore-end of the carbine without being burned by the barrel. This is a requirement for proper shooting technique. Being unable to grip the weapon properly is both unsafe and prevents the weapon from being used effectively in any application, including self-defense. Virtually every modern rifle in existence has this feature.

20. It is my further opinion that semiautomatic pistols capable of accepting detachable magazines that also have a second pistol grip, buffer tube, arm brace, flash suppressor, barrel shroud, or threaded barrel, particularly AR-15 style pistols, are well-suited for self-defense both inside and outside of the home when appropriate ammunition is used. These features often come standard from the manufacturer, or can be purchased and added aftermarket.  They do not, however, mechanically affect a rifle's rate of fire, capacity to accept ammunition, or the power of the projectile a rifle discharges. The specific reasons those features facilitate self-defense and/or competitive shooting, in my opinion, are as follows:

A.  A second grip does for the same reasons such grips are helpful on rifles described above.

B.  A buffer tube protruding from the rear of a semiautomatic AR-15 style pistol is not a self-defense feature; rather it is necessary for the pistol's operating system. This is a feature of virtually every AR-15 style pistol in existence. An arm brace does facilitate self-defense by stabilizing the weapon and allowing it to be fired effectively by the population groups most arguably most in need of a firearm for self-defense, the handicapped, the small statured, the elderly, and the frail.

C.  A flash suppressor does for the same reasons they are helpful on rifles described above.

D.  A "barrel shroud" does for the same reasons they are helpful on rifles described above. These are a feature of virtually every AR-15 style pistol in existence.

6

E. A threaded barrel allows the pistol to accept a muzzle brake or compensator which can significantly improve accuracy on follow-up shots by redirecting propellant gases to counter recoil. Muzzle brakes, in particular, are often used in competitive shooting.

F. The capacity to accept a detachable magazine at some location outside of the pistol grip on a defensive pistol does not directly facilitate self-defense but is the only way an AR-style pistol can accept a detachable magazine, due to its design, and because such pistols are so well-suited for self-defense, that feature facilitates self-defense by making the AR pistol possible;

G. It is my further opinion that semiautomatic AR-15 style pistols capable of accepting detachable magazines with such features are well-suited for self defense both inside and outside of the home. I base my opinion on my personal training and experience as listed above and in the attached curriculum vitae. (See **Exhibit 1**).

21. It is my further opinion that semiautomatic shotguns equipped with pistol grips are well suited for defensive use both inside and outside the home, when appropriate ammunition is used, as are semiautomatic shotguns accepting detachable magazines and semiautomatic shotguns equipped with fixed magazines that can hold more than five rounds. The same reasons pistol-grips, detachable-magazines, and higher magazine capacities facilitate self-defense described above for rifles and pistols apply equally to shotguns.

22. It is my further opinion that the aforementioned firearm models, features, and feeding devices are capable of being worn, borne, or carried upon one's person, which increases their application for both self-defense and competitive shooting.

23. I base my above opinions as to the defensive suitability of these firearms on my experience as a U.S. Army Special Forces combat veteran as well as my career with the Chicago Police Department, and the many thousands of hours of firearms and tactics training I have either received or instructed. I also base my opinion on my personal education and experience, as listed above and in the attached curriculum vitae. (See **Exhibit 1**).

## PUBLICATIONS

Book

"The Way is in Training" 2022

Articles

"Train Like an Athlete" Recoil Offgrid Magazine, issue 41, page 60, Jan 2021

"The Speed of Life - How Fast is Fast Enough?" Recoil Concealment Magazine, issue 22, page 74, August 2021

7

**COMPENSATION**

I am being compensated at the rate of $180.00 per hour.

Dated: May 10, 2024

_____
Matthew Little

# EXHIBIT 1

## Matthew Little

**CIVILIAN EDUCATION**

Masters of Science, Public Safety Administration, Calumet College of St. Joseph
Bachelor of Science, Law Enforcement Management, Calumet College of St. Joseph

**CIVILIAN CAREER HISTORY**

| | |
|---|---|
| 2018-Present | CEO and Instructor, GreyBeard Actual LLC |
| 2018-Present | Published Author of Amazon bestselling book on training, and several articles on training in major magazines. |
| 2019-2021 | Military and Law Enforcement Rep, Staccato Handguns |

**POLICE/SECURITY CAREER HISTORY**

| | |
|---|---|
| 2016-2019 | Training Coordinator, Chicago Police Department SWAT Team |
| 2015-2016 | Sergeant, Chicago Police Department SWAT Team |
| 2013-2015 | Sergeant, Chicago Police Detective Bureau Heavy Weapons Team |
| 2013-2015 | Sergeant, Detective Division Area North, Chicago Police Department |
| 2009-2013 | Sergeant, Gang Enforcement Unit, Chicago Police Department |
| 2008 | Sergeant, Gang Team, 015th District, Chicago Police Department |
| 2007-2008 | Sergeant, Area Four Gun Team, Chicago Police Department |
| 2007 | Sergeant, Burglary/Robbery Mission Team, 011th District, Chicago Police Department |
| 2006 | 3rd Watch Rapid Response Sergeant, 011th District, Chicago Police Department |
| 2006 | Detective, Homicide/Gang/Sex crimes, Area One Detective Division, Chicago Police Department |
| 2005 | Gang Officer, 014th District, Chicago Police Department |
| 2004 | Instructor, Tactical Training Unit, Chicago Police Department Education and Training Division |
| 2003 | Member, Tactical Policy Committee, Chicago Police Department Education and Training Division |
| 2002-2004 | Firearms Instructor, Firearms Training Section, Chicago Police Department |
| 2001-2002 | Police Officer, Special Operations Section, Chicago Police Department |
| 2000-2001 | Tactical Officer, Public Housing Section-West, Chicago Police Department |
| 1999-2018 | Conducted protective details for a variety of private sector clients. |
| 1999-2004 | Instructor, weapons retention portion of Firearms Instructor Course, Chicago Police Department |
| 1998-2010 | Founding Member, Chicago Police Department Honor Guard/Color Guard |
| 1998-1999 | Police Officer, 014th District, Patrol Division, Chicago Police Department |
| 1995-1996 | Deputy Sheriff, Patrol Division, Orleans Parish Sheriff's Office |
| 1994-1995 | Defensive Tactics Instructor, Thibodaux Police Department SRT |
| 1992-1995 | Police Officer, Patrol Division and SRT (SWAT), Thibodaux Police Department |

**MILITARY CAREER HISTORY**

| | |
|---|---|
| 2011-2013 | Training Team Cadre, A/2/20th Special Forces Group (Army National Guard) |
| 2009-2010 | SFODA 2042, SOTF 202, U.S. Army Special Forces, Afghanistan |

**Matthew Little**

| | |
|---|---|
| 2008-2009 | SFODB, A/2/20th Special Forces Group (Army National Guard) |
| 2004-2005 | State Department Protective Security Detail, US Embassy, Basrah, Iraq |
| 2001-2007 | 1st Lieutenant, Individual Ready Reserve, U.S. Army |
| 2001 | SFODA Operations Officer, A/2/20th Special Forces Group (Army National Guard) |
| 2000 | Commissioned as 2nd Lieutenant of Infantry (Army National Guard) |
| 1992-2000 | SFODA 2044 A/2/20th Special Forces Group, (Army National Guard) |
| 1990-1992 | Airborne Ranger, 1/75th Ranger Regiment, U.S. Army Special Operations |

## TACTICAL INSTRUCTIONAL EXPERIENCE

| | |
|---|---|
| 2017-2018 | Training Coordinator, Chicago Police SWAT Team |
| 2015-2017 | Squad Firearms and Tactics Instruction, Chicago Police SWAT Team |
| 2013-2015 | Chicago Police Detective Bureau Heavy Weapons Team Instructor |
| 2011-2013 | Training Team Cadre, A/2/20th Special Forces Group |
| 2004-2008 | Firearms, CQB, Edged Weapons and Defensive Tactics Instructor, STTG |
| 2004 | Developed and Instructed Chicago Police High Risk Entry Course |
| 2003-2007 | Adjunct Instructor, Strategos International |
| 2003-2004 | Law Enforcement Coordinator, Aiki-Extensions Foundation |
| 2003-2004 | Firearms Instructor, Training Academy, Chicago Police Department |
| 1999-2004 | Instructor, weapons retention portion of Firearms Instructor Course, Chicago Police Department |
| 1994-1995 | Defensive Tactics Instructor, Thibodaux Police Department SRT |

## MARTIAL ARTS EXPERIENCE

| | |
|---|---|
| 2003-2013 | Martial Arts Instructor, Nihon Bugei Shinjinkai |
| 2003 | Developed and instructed self-defense segment for NBC-TV's "Starting Over" |
| 2003 | Uchideshi (Resident Apprentice Instructor), Nihon Bugei Shinjinkai |
| 2003-2010 | Personal student of Kuroda Tetsuzan, Shimbukan Dojo |
| 2003-2013 | Founder and Instructor, Chicago Police Aikido Club |
| 2002-2003 | Uchideshi (Resident Apprentice Instructor), Aikido Association of America |
| 2001 | Shodan (1st Degree Black Belt) in Aikido |
| 1998-2001 | Founder and Instructor, Chicago Police Karate Club |
| 1998-2015 | Martial Arts Instructor, International Traditional Karate Association |
| 1996-1997 | Martial Arts Instructor, Foster's Shotokan Karate |
| 1992 | Sandan (3rd Degree Black Belt) in Shotokan Karate |
| 1990 | Martial Arts Instructor, University of New Orleans Karate Club |
| 1980 | Shodan (1st Degree Black Belt) in Tae-Kwon-Do |

Over forty years martial arts training experience including Karate, Aikido, Tae Kwon Do, Jeet Kun Do, Aikijujutsu, Kenjutsu/Iaijutsu, Judo, Kali/Arnis, Gracie Jujutsu, Systema, Police Defensive Tactics, and Special Forces Combatives

**Matthew Little**

**POLICE/TACTICAL TRAINING COURSES**

Train for Mastery, Practical Performance, 2023
Pistol Intelligence, Riley Bowman, 2023
Practical Pistol Applications, Vogel Dynamics, 2022
AIWB Pistol, Modern Samurai Project, 2021
Practical Shooting, JJ Racaza Training, 2020
Performance Pistol, Tim Herron Training, 2019
Pistol Process, Frank Proctor Shooting, 2019
RDS Pistol, Modern Samurai Project, 2018
Pistol Shooting Solutions, Gabe White, 2018
Performance Pistol/Carbine Course, Proctor Performance Shooting, 2017
World-Class Pistol Skills, Vogel Dynamics, 2017
Pistol and Carbine Course, CTTS, 2016
Vehicle CQB, Guerilla Approach, 2016
FBI Firearms Instructor Course, 2016
Practical Pistol Course, Anderson Shooting, 2016
Practical Pistol Course, Ben Stoeger, 2016
Linear Assault Course, Evergreen Mountain, 2015
LSU Advanced WMD Tacops, 2015
LSU Basic WMD TacOps, 2015
Hostage Rescue Course, Evergreen Mountain, 2015
Night Vision Course, Evergreen Mountain, 2015
Dignitary Protection Course, CTTS, 2015
Urban Gunfighter Course, RSS Defense, 2015
Performance Pistol Course, Way of the Gun, 2015
Performance Carbine Course, Way of the Gun, 2015
Stress Reflex and Behavioral Pattern Indicators Course, GAI, 2015
Counter Suicide Bomber Course, GAI, 2015
Law Enforcement Medical Aid and Rescue Course, Chicago Police Department, 2015
FBI SWAT Course, 2015
FBI Tactical Rappelmaster Course, 2015
FBI Carbine Instructor Course, 2015
Crisis Intervention Team Training, Chicago Police Department, 2015
SWAT School, Chicago Police Department, 2014
Principles of Urban Conflict, Evergreen Mountain, 2014
Mechanical, Thermal, and Ballistic Breaching Course, TEES, 2014
Tactical Team Leader Course, Fulcrum Tactical, 2014
SWAT M4 Rifle Class, Chicago Police Department, 2014
Tactical Team Leader Course, Evergreen Mountain, 2014
Advanced Hostage Rescue Course, Fulcrum Tactical, 2014
Chicago Police Department Carbine Instructor Certification, 2014
FBI Shotgun Operator Course, 2013
Field Force Operations, FEMA, 2011
SWAT Certification Course, NASTA, 2011
Tactical Interviewing Program, Lewis & Associates, 2011
Money Laundering Investigations, MCTFT, 2011
Highway/Rural Drug Interdiction, MCTFT, 2011
Writing Effective Search Warrants, CCSO Academy, 2010
Mid-Level Narcotics Investigations, PLET, 2010
Surveillance Operations, Gryphon Group, 2010
Task Force Command and Control, MCTFT, 2010
Highway Drug Investigations, MCTFT, 2010
Patrol Drug Investigations, MCTFT, 2010

**Matthew Little**

Clandestine Laboratory Investigations, MCTFT, 2010

**POLICE/TACTICAL TRAINING COURSES CONTINUED**
Risk Management and Violence in Undercover Operations, MCTFT, 2010
Surveillance Operations, MCTFT, 2010
Conspiracy Investigations, MCTFT, 2010
Criminal Street Gangs, MCTFT, 2010
Police Supervision, Northwestern University, 2010
Immediate Action for the Undercover Team, Strategos Int'l, 2008
Patrol Carbine, Chicago Police Department, 2008
Advanced Interview Techniques, Backup Training Corporation, 2008
Surviving Search Warrants, Backup Training Corporation, 2007
Interview Techniques, Backup Training Corporation, 2007
Managing Street Informants, Backup Training Corporation, 2007
Surveillance, Backup Training Corporation, 2007
Advanced Interview & Interrogation, Wicklander-Zulawski & Associates, 2006
Advanced Kinesic Interview & Interrogation, Stan B Walters & Associates, 2006
Kinesic Interview & Interrogation, Stan B Walters & Associates, 2006
Chicago Police Department Sergeant's Academy, 2006
Interview & Interrogation, Wicklander-Zulawski & Associates, 2006
Death Investigations, Wicklander-Zulawski & Associates, 2006
Chicago Police Department Investigator Course, 2005
Street Crimes Course, Reid & Associates, 2005
LEO Airline Concealed Carry Instructor Certification, 2005
Gang Specialist Certification, Gang Prevention Inc, 2005
Triple Canopy Dignitary Protection in High-Risk Environments, 2004
Monadnock Expandable Baton Instructor Certification, 2004
Simunitions Instructor Certification, 2004
Extreme Close Quarters/Contact Distance Pistol, Henk Iverson, 2003
Response to the Active Shooter Instructors Certification, Strategos Int'l, 2003
Ballistic Shield Operations and Deployment Certification, Strategos Int'l, 2003
Prevailing in Low Light Conditions Instructor Certification, Strategos Int'l, 2003
Use of Cover, Safeshot Ltd, 2003
Advanced Pistol, Safeshot Ltd, 2003
TASER Instructor Certification, 2003
Chicago Police Department Instructor's Academy, 2003
High Risk Warrant Service/Dynamic Entry, Fourkiller Consulting, 2002
ASP Expandable Baton Instructor Certification, 2002
Physical Conflict Resolution (Combatives) Instructor, Strategos Int'l, 2002
Chicago Police Department SRT Riot Control Training, 2002
FBI Defensive Tactics Instructor Certification, 2000
Chicago Police Department Firearms Instructor Certification, 1999
Chicago Police Department Recruit Training Academy, 1998
Emergency Vehicle Operator, 1993
Lafourche Parish Regional Law Enforcement Training Academy, 1993

**Matthew Little**

**MILITARY TRAINING**
U.S. Army Advanced Special Operations Course, 2010
U.S. Army AMRAP Fighting Vehicle Course, 2009
U.S. Army Special Forces Tactical Casualty Care Course, 2009
U.S. Army Antiterrorism Officer Course, 2009
U.S. Army Special Forces Advanced Urban Combat Course, 2009
U.S. Army Infantry Officer Basic Course, 2001
U.S. Army Officer Candidate School, 2000
U.S. Army Special Forces Combatives Instructor Course, 1997
U.S. Army Special Forces Language School, Spanish, 1997
U.S. Army Special Forces Qualification Course, 1996
U.S. Army Basic Non-Commissioned Officer's Course, 1996
U.S. Army Special Forces Assessment and Selection, 1996
U.S. Army Primary Leadership Development Course, 1995
U,S, Army Ranger Indoctrination Program, 1991
U.S. Army Airborne School, 1991
U.S. Army Bradley Fighting Vehicle Course, 1991
U.S. Army Infantry School, 1990

**OTHER TRAINING COURSES / CERTIFICATIONS**
USPSA Range Officer Certification Course, 2016
CrossFit Level I Trainer Certification Course, 2010
PADI Open Water Scuba Diver Course, 2009

**OTHER SKILLS AND QUALIFICATIONS**
Top Secret/SCI Security Clearance (Expired 2014)
Licensed Free-Fall Parachutist (US Sport Parachute Association)
Master Class Competitive Shooter (US Practical Shooting Association)
Master Class Competitive Shooter (US Steel Shooting Association)
Master Class Competitive Shooter (International Defensive Pistol Association)

**CHICAGO POLICE AWARDS**
Superintendent's Award of Valor
Superintendent's Award of Merit
Thomas Wortham Military and Community Service Award
Lifesaving Award
Officer of the Month
Department Commendation-10
Military Deployment Award
Military Service Award
Honor Guard Award
Joint Operations Award-2
Problem Solving Award
Deployment Operations Center Award-5
Honorable Mention Ribbon
Unit Meritorious Performance Award-4
Presidential Election Deployment Award
NATO Summit Service Award with MFF Recognition Star
Crime Reduction Ribbon-2

Attendance Recognition Award-2
Outside Agency Award/Recognition Ribbon
FOP Service Ribbon

**Matthew Little**

Honorable Mention-148
Fitness Award-7

## CHICAGO POLICE AWARDS CONTINUED
Appearance Award
Superintendent Salutes-4
Complimentary Letters-9

## MILTARY AWARDS
Bronze Star Medal
Combat Infantryman's Badge
Army Commendation Medal
Army Achievement Medal
National Defense Service Medal-2
Afghanistan Campaign Medal with Campaign Star
Global War on Terrorism Service Medal
Korea Defense Service Medal
Humanitarian Service Medal
Armed Forces Reserve Medal with "M" Device
NCO Professional Development Ribbon-2
Army Service Ribbon
Overseas Service Ribbon
Reserve Component Overseas Training Ribbon
NATO Medal
Physical Fitness Badge

## OTHER AWARDS
Multiple awards in local and regional practical shooting competitions 2016-Present
St. Catherine Medal, Calumet College, 2014
Graduate Honor Society Award, Calumet College, 2014
Task Force Investigation Award, Chicago Crime Commission, 2010
Officer of the Year, Emerald Society of Illinois, 2007
Recognition Award, Fraternal Order of Police, 2007
Certificate of Appreciation, US State Department, 2004
Iron Will Award, Chicago Police Department Education and Training Division, 2003
Dean's List, Calumet College, 2003
Certificate of Appreciation, Alliance of Logan Square Organizations, 2002
Academic Award, U.S. Army Officer Candidate School, 2000
Class Commander, Chicago Police Academy, 1998
Physical Fitness Award, Chicago Police Academy, 1998
Top Driver Award, Chicago Police Academy, 1998
Certificate of Appreciation, Chicago HIDTA Federal Task Force, 1998
Leadership Award, Special Forces Qualification Course, 1996
Soldier of the Year, A/2/20[th] Special Forces Group, 1995
Distinguished Honor Graduate, Primary Leadership Development Course, 1995
Physical Fitness Award, Primary Leadership Development Course, 1995
Honor Graduate, Lafourche Parish Regional Training Academy, 1993
Bronze Medalist, USA Karate Federation National Championships, 1992
Multiple awards in local, regional, and national martial arts competitions, 1976-1992