**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

# MINUTES OF BENCH TRIAL

DATE:  **September 16, 2024**    DAY:  **1**    CASE NO.  **23-cv-209-SPM**

PRESIDING: **HONORABLE STEPHEN P. MCGLYNN, U.S. District Judge**

| | |
|---|---|
| **CALEB BARNETT, ET AL.,** | **REPORTER:   Hannah Jagler** |
| **Plaintiffs,** | **DEPUTY: Jackie Muckensturm** |
| **v.** | **TIME: 9:18 AM – 3:56 PM** |
| **KWAME RAOUL, ET AL.,** | **RECESS:   9:48 AM – 10:00 AM** |
| **Defendants.** | **11:25 AM – 12:50 PM** |
| | **2:01 PM – 2:17 PM** |

**APPEARANCES:**
Counsel for Plaintiffs: Andrew Lothson, Matthew Rowen, David Sigale, Bill Bergstrom, Thomas Maag, and Sean Brady
Counsel for Defendants: Chris Wells, Kathryn Hunt Muse, Gretchen Helfrich, John Hazinski, Michael Tresnowski, Tom Ysursa, Troy Owens, Keith Hill, and Kerry Banahan

Opening statement by Andrew Lothson on behalf of Plaintiffs.
Opening statement by Chris Wells on behalf of Defendants.

**PLAINTIFF(S) WITNESSES:**
(1) Scott Pulaski             time:  9:43 AM – 9:48 AM; 10:00 AM – 11:23 AM
(2) Jeffrey Eby               time: 12:51 PM – 2:01 PM; 2:17 PM – 3:52 PM

**ADMITTED EXHIBITS: 1, 3, 4, 5, 6, 11, 12, 13, 20, 46, 47, 191, 261, 264, 269, 278**

Day 2 of Bench Trial Scheduled to begin on Tuesday, September 17, 2024 at 9:00 a.m.