IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF BENCH TRIAL

DATE: <u>September 17, 2024</u>   DAY: <u> 2 </u>   CASE NO. <u> 23-cv-209-SPM</u>

PRESIDING: <u>HONORABLE STEPHEN P. MCGLYNN, U.S. District Judge</u>

| | |
|---|---|
| CALEB BARNETT, ET AL., | REPORTER:  Hannah Jagler |
| Plaintiffs, | DEPUTY: Jackie Muckensturm |
| v. | TIME: 9:05 AM – 3:14 PM |
| KWAME RAOUL, ET AL., | RECESS: 10:11 AM – 10:25 AM |
| | 11:26 AM – 11:36 AM |
| Defendants. | 11:46 AM – 1:17 PM |
| | 2:05 PM – 2:16 PM |
| | 2:58 PM – 3:11 PM |

**APPEARANCES:**
Counsel for Plaintiffs: Andrew Lothson, Matthew Rowen, David Sigale, Bill Bergstrom, Thomas Maag, and Sean Brady
Counsel for Defendants:   Chris Wells, Kathryn Hunt Muse, Gretchen Helfrich, John Hazinski, Michael Tresnowski, Tom Ysursa, Keith Hill, and Katherine Asfour

**PLAINTIFF(S) WITNESSES:**
(1)  <u>James Ronkainen</u>         time: <u>9:07 AM – 10:11 AM; 10:25 AM – 11:26 AM;</u>
<u>11:36 AM – 11:46 AM; 1:17 PM – 2:05 PM;</u>
<u>2:16 PM – 2:58 PM</u>

**ADMITTED EXHIBITS:** <u> 62, 64-120 </u>

Day 3 of Bench Trial scheduled to begin on Wednesday, September 18, 2024 at 9:00 a.m.