**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

## MINUTES OF BENCH TRIAL

DATE:   **September 18, 2024**     DAY:   **3**         CASE NO.   **23-cv-209-SPM**

PRESIDING: **HONORABLE STEPHEN P. MCGLYNN, U.S. District Judge**

| | |
|---|---|
| **CALEB BARNETT, ET AL.,** | **REPORTER:   Hannah Jagler** |
| **Plaintiffs,** | **DEPUTY: Jackie Muckensturm** |
| **v.** | **TIME:   9:04 AM – 3:38 pm** |
| **KWAME RAOUL, ET AL.,** | **RECESS: 10:15 AM – 10:28 AM** |
| | **11:55 AM – 1:35 PM** |
| **Defendants.** | **2:29 PM – 2:40 PM** |

**APPEARANCES:**
Counsel for Plaintiffs: Andrew Lothson, Matthew Rowen, David Sigale, Bill Bergstrom,
        Thomas Maag, and Sean Brady
Counsel for Defendants:   Chris Wells, Kathryn Hunt Muse, Gretchen Helfrich, John
        Hazinski, Michael Tresnowski, Tom Ysursa, Troy Owens,
        Keith Hill, and Kerry Banahan

**PLAINTIFF(S) WITNESSES:**
**(1) Stephen "Randy" Watt         time: 9:06 AM – 10:15 AM; 10:28 AM – 11:55 AM;**
        **1:35 PM – 2:29 PM**

**ADMITTED EXHIBITS:   24**

**PARTIES AGREE TO ADMIT EXHIBITS: 2, 7-10, 14-19, 25-45, 63, 121-156, 160, 168-190**

**Plaintiff Rests:   2:42 p.m.**

**DEFENDANT(S) WITNESSES:**

**(1) Craig Tucker                time: 2:43 PM – 3:38 PM**

Day 4 of Bench Trial scheduled to begin on Thursday, September 19, 2024 at 9:00 a.m.