IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF BENCH TRIAL

DATE: <u>September 19, 2024</u>   DAY: <u> 4 </u>   CASE NO. <u> 23-cv-209-SPM </u>

PRESIDING: <u>HONORABLE STEPHEN P. MCGLYNN, U.S. District Judge</u>

| | |
|---|---|
| CALEB BARNETT, ET AL., | REPORTER:  Hannah Jagler |
| Plaintiffs, | DEPUTY: Jackie Muckensturm |
| v. | TIME: 9:04 AM – 2:23 PM |
| KWAME RAOUL, ET AL., | RECESS: 10:15 AM – 10:28 AM |
|  | 11:28 AM – 11:35 AM |
| Defendants. | 12:06 PM – 1:31 AM |

**APPEARANCES:**
Counsel for Plaintiffs: Andrew Lothson, Matthew Rowen, David Sigale, Bill Bergstrom, Thomas Maag, and Sean Brady
Counsel for Defendants:   Chris Wells, Kathryn Hunt Muse, Gretchen Helfrich, John Hazinski, Michael Tresnowski, Tom Ysursa, Troy Owens, Keith Hill, and Katherine Asfour

**Defendants make oral motion to withdraw Plaintiffs' Exhibit 27 from the record. Court GRANTS same and Plaintiffs' Exhibit 27 (admitted on 9/18/24) with WITHRAWN.**

**DEFENDANT(S) WITNESSES:**

**(1) <u>Jason Dempsey</u>          time: <u>9:23 AM – 10:15 AM; 10:28 AM – 11:28 AM; 11:35 AM – 12:06 PM; 1:31 PM – 1:44 PM</u>**

**Defendant Rests: 1:44 p.m.**

**PARTIES AGREE TO ADMIT EXHIBITS: <u>21-23, 48-61, 157-159, 161-167, 213, 222-238, 240-245, 249, 254, 256-288</u>**

**FINAL ARGUMENT:**
<u>Andrew Lothson</u> on behalf of <u>Plaintiffs</u>
<u>Kathryn Hunt Muse</u> on behalf of <u>Defendants</u>

EVIDENCED CLOSED:   ☒     WITNESSES EXCUSED:   ☒

**TRIAL CONCLUDED.**