

*Credit St. Louis Beacon archives*

Newspaper photo from "made in USA: East St. Louis" (Virginia Publishing), by Andrew Theising