EXHIBIT
264

TC 3-22.9

# Rifle and Carbine

## MAY 2016

**Distribution Restriction: Approved for public release; distribution is unlimited.**

*This publication supersedes FM 3-22.9, 12 August 2008.

## Headquarters, Department of the Army

**This publication is available at the Army Publishing Directorate site (http://www.apd.army.mil), and the Central Army Registry site (https://atiam.train.army.mil/catalog/dashboard).**

Change 3

Headquarters
Department of the Army
Washington, DC, 20 November 2019

# Rifle and Carbine

1. Change TC 3-22.9, 13 May 2016, as follows:

| **Remove old pages:** | **Insert new pages:** |
|---|---|
| iii through x | iii through ix |
| 1-1 through 1-9 | 1-1 through 1-13 |
| F-1 through F-22 | F-1 through F-10 |
| References-1 through References-2 | References-1 through References-2 |
| Index-1 | Index-1 |

2. A triangle ( △ ) marks new or changed material.

3. File this transmittal sheet in front of the publication.

**DISTRIBUTION RESTRICTION:** Approved for public release; distribution is unlimited.

**TC 3-22.9**
**20 November 2019**

By Order of the Secretary of the Army:

**JAMES C. MCCONVILLE**
*General, United States Army*
*Chief of Staff*

Official:

**KATHLEEN S. MILLER**
*Administrative Assistant*
*to the Secretary of the Army*
1931911

**DISTRIBUTION:**
*Active Army, Army National Guard, and United States Army Reserve:* To be distributed in accordance with the initial distrubution number (IDN) 110187, requirements for TC 3-22.9.

**PIN: 106419-003**

Change 2

Headquarters
Department of the Army
Washington, DC, 31 August 2017

# Rifle and Carbine

1. Change TC 3-22.9, 13 May 2016, as follows:

| **Remove old pages:** | **Insert new pages:** |
|---|---|
| cover | cover |
| i through x | i through x |
| 3-7 through 3-8 | 3-7 through 3-8 |
| 3-15 through 3-16 | 3-15 through 3-16 |
| 8-11 through 8-12 | 8-11 through 8-12 |
| E-5 through E-6 | E-5 through E-6 |
| F-11 through F-12 | F-11 through F-12 |
| | G-1 through G-10 |
| Glossary-3 | Glossary-3 |
| References-1 to References-2 | H-References-1 to References-2 |

2. A star ( ) marks new or changed material.

3. File this transmittal sheet in front of the publication.

**DISTRIBUTION RESTRICTION:** Approved for public release, distribution is unlimited.

**TC 3-22.9, C2**
31 August 2017

By Order of the Secretary of the Army:

**MARK A. MILLEY**
*General, United States Army*
*Chief of Staff*

Official:

**GERALD B. O'KEEFE**
*Administrative Assistant to the*
*Secretary of the Army*
1723501

**DISTRIBUTION:**
*Active Army, Army National Guard, and U.S. Army Reserve.* To be distributed in accordance with the initial distribution number (IDN) 110187, requirements for TC 3-22.9.

**PIN: 106419-002**

This page intentionally left blank.

Case 3:23-cv-00209-SPM Document 247-38 Filed 10/21/24 Page 8 of 126 Page ID #22078



Change 1

Headquarters
Department of the Army
Washington, DC, 10 January 2017

# Rifle and Carbine

1. Change TC 3-22.9, 13 May 2016, as follows:

| **Remove old pages:** | **Insert new pages:** |
|---|---|
| iii through viii | iii through viii |
| 3-13 through 3-14 | 3-13 through 3-14 |
| 3-15 through 3-16 | 3-15 through 3-16 |
| 7-7 through 7-20 | 7-7 through 7-20 |
| 8-1 through 8-2 | 8-1 through 8-2 |
| A-9 through A-10 | A-9 through A-10 |
| | F-1 through F-22 |
| References-2 to References-3 | References-2 to References-3 |
| Index-1 to Index-2 | Index-1 to Index-2 |

2. A bar (|) marks new or changed material.

3. File this transmittal sheet in front of the publication.

**DISTRIBUTION RESTRICTION A:** Approved for public release; distribution is unlimited.

**DESTRUCTION NOTICE:** Destroy by any method that will prevent disclosure of contents or reconstruction of the document.

**TC 3-22.9, C1**
10 January 2017

By Order of the Secretary of the Army:

**MARK A. MILLEY**
*General, United States Army*
*Chief of Staff*

Official:

**GERALD B. O'KEEFE**
*Administrative Assistant to the*
*Secretary of the Army*
1612002

**DISTRIBUTION:**
*Active Army, Army National Guard, and U.S. Army Reserve.* To be distributed in accordance with the initial distribution number (IDN) 110187, requirements for TC 3-22.9.

**106419-001**

This page intentionally left blank.

**TC 3-22.9 (FM 3-22.9)**

*Training Circular
No. 3-22.9

Headquarters
Department of the Army
Washington, DC, 13 May 2016

# Rifle and Carbine

## Contents


| | | Page |
|---|---|---|
| | **PREFACE** | **viii** |
| | **INTRODUCTION** | **ix** |
| **Chapter 1** | **OVERVIEW** | **1-1** |
| | Safe Weapons Handling | 1-2 |
| | Rules of Firearms Safety | 1-2 |
| | Weapon Safety Status | 1-4 |
| | Weapons Control Status | 1-10 |
| | Overmatch | 1-10 |
| **Chapter 2** | **RIFLE AND CARBINE PRINCIPLES OF OPERATION** | **2-1** |
| | Army Standard Service Rifle | 2-1 |
| | Upper Receiver | 2-2 |
| | Lower Receiver | 2-3 |
| | Cycle of Function | 2-4 |
| | Cooling | 2-13 |
| **Chapter 3** | **AIMING DEVICES** | **3-1** |
| | Units of Angular Measurement | 3-2 |
| | Optics | 3-8 |
| | Thermal Sights | 3-15 |
| | Pointers / Illuminators / Lasers | 3-19 |
| **Chapter 4** | **MOUNTABLE EQUIPMENT** | **4-1** |
| | Adaptive Rail System | 4-1 |
| | Mountable Weapons | 4-2 |
| | Mountable Aiming Devices | 4-4 |
| | Mountable Accessories | 4-5 |


**Distribution Restriction: Approved for public release, distribution is unlimited.**

***This publication supersedes FM 3-22.9, 12 August 2008.**

**Chapter 5 EMPLOYMENT** .......... **5-1**
Shot Process .......... 5-2
Functional Elements of the Shot Process .......... 5-3
Target Acquisition .......... 5-4

**Chapter 6 STABILITY** .......... **6-1**
Support .......... 6-1
Muscle Relaxation .......... 6-4
Natural Point of Aim .......... 6-4
Recoil Management .......... 6-5
Shooter–Gun Angle .......... 6-5
Field of View .......... 6-5
Carry Positions .......... 6-6
Stabilized Firing .......... 6-13
Firing Positions .......... 6-15

**Chapter 7 AIM** .......... **7-1**
Common Engagements .......... 7-1
Common Aiming Errors .......... 7-5
Complex Engagements .......... 7-6
Target Conditions .......... 7-10
Environmental Conditions .......... 7-16

**Chapter 8 CONTROL** .......... **8-1**
Trigger Control .......... 8-2
Breathing Control .......... 8-4
Workspace Management .......... 8-4
Calling the Shot .......... 8-5
Rate of fire .......... 8-6
Follow-Through .......... 8-7
Malfunctions .......... 8-8
Transition to Secondary Weapon .......... 8-14

**Chapter 9 MOVEMENT** .......... **9-1**
Movement Techniques .......... 9-1
Forward Movement .......... 9-2
Retrograde Movement .......... 9-2
Lateral Movement .......... 9-3
Turning Movement .......... 9-4

**Appendix A AMMUNITION** .......... **A-1**

**Appendix B BALLISTICS** .......... **B-1**

**Appendix C COMPLEX ENGAGEMENTS** .......... **C-1**

**Appendix D DRILLS** .......... **D-1**

**Appendix E ZEROING** .......... **E-1**

△ Appendix F 10-METER BORESIGHT OFFSETS AND 25-METER ZERO

**Glossary ........ Glossary-1**

**References ........ Referrences-1**

**Index ........ Index-1**

# Figures

Figure 1-1. Employment skills ........ 1-1
Figure 1-2. Small unit range overmatch ........ 1-12
Figure 2-1. Upper receiver ........ 2-2
Figure 2-2. Lower receiver ........ 2-3
Figure 2-3. Feeding example ........ 2-5
Figure 2-4. Chambering example ........ 2-6
Figure 2-5. Locking example ........ 2-7
Figure 2-6. Firing example ........ 2-8
Figure 2-7. Unlocking example ........ 2-9
Figure 2-8. Extraction example ........ 2-10
Figure 2-9. Ejection example ........ 2-11
Figure 2-10. Cocking example ........ 2-12
Figure 3-1. Minute of angle example ........ 3-2
Figure 3-2. Mil example ........ 3-3
Figure 3-3. Close combat optic / Rifle combat optic reticle / Thermal reticle examples ........ 3-4
Figure 3-4. Stadia reticle example ........ 3-5
Figure 3-5. Electromagnetic spectrum ........ 3-7
Figure 3-6. Carrying handle with iron sight example ........ 3-9
Figure 3-7. Back up iron sight ........ 3-10
Figure 3-8. CCO Reticle, Comp M2 examples ........ 3-12
Figure 3-9. RCO reticle example ........ 3-14
Figure 3-10. Thermal weapon sight example ........ 3-15
Figure 3-11. Weapon thermal sights by version ........ 3-17
Figure 3-12. Thermal weapons sight, narrow field of view reticle example ........ 3-18
Figure 3-13. Thermal weapons sight, wide field of view reticle example ........ 3-18

Figure 3-14. AN/PEQ-2 ........ 3-21
Figure 3-15. AN/PEQ-15, ATPIAL ........ 3-23
Figure 3-16. AN/PEQ-15A, DBAL-A2 ........ 3-25
Figure 3-17. AN/PSQ-23, STORM ........ 3-27
Figure 4-1. M320 attached to M4 series carbine example ........ 4-2
Figure 4-2. M203 grenade launcher example ........ 4-2
Figure 4-3. M26 shotgun example ........ 4-3
Figure 4-4. Bipod example ........ 4-5
Figure 4-5. Vertical foregrip example ........ 4-6
Figure 6-1. Stock weld ........ 6-4
Figure 6-2. Hang carry example ........ 6-7
Figure 6-3. Safe hang example ........ 6-8
Figure 6-4. Collapsed low ready example ........ 6-9
Figure 6-5. Low ready position ........ 6-10
Figure 6-6. High ready position ........ 6-11
Figure 6-7. Ready position or up position ........ 6-12
Figure 6-8. Firing position stability example ........ 6-14
Figure 6-9. Standing, unsupported example ........ 6-16
Figure 6-10. Standing, supported example ........ 6-17
Figure 6-11. Squatting position ........ 6-18
Figure 6-12. Kneeling, unsupported example ........ 6-19
Figure 6-13. Kneeling, supported example ........ 6-20
Figure 6-14. Sitting position—crossed ankle ........ 6-21
Figure 6-15. Sitting position—crossed-leg ........ 6-22
Figure 6-16. Sitting position—open leg ........ 6-23
Figure 6-17. Prone, unsupported example ........ 6-24
Figure 6-18. Prone, supported example ........ 6-25
Figure 6-19. Prone, roll-over example ........ 6-26
Figure 6-20. Reverse roll-over prone firing position ........ 6-27
Figure 7-1. Horizontal weapon orientation example ........ 7-2
Figure 7-2. Vertical weapons orientation example ........ 7-3
Figure 7-3. Front sight post/reticle aim focus ........ 7-4
Figure 7-4. Immediate hold locations for windage and lead example ........ 7-8
Figure 7-5. Immediate hold locations for elevation (range) example ........ 7-9

Figure 7-6. Front sight post method example .... 7-11
Figure 7-7. Immediate holds for range to target .... 7-13
Figure 7-8. Immediate holds for moving targets example .... 7-14
Figure 7-9. Oblique target example .... 7-15
Figure 7-10. Wind value .... 7-17
Figure 7-11. Wind effects .... 7-18
Figure 7-12. Wind hold example .... 7-19
Figure 8-1. Arc of movement example .... 8-2
Figure 8-2. Natural trigger finger placement .... 8-3
Figure 8-3. Workspace example .... 8-5
Figure 8-4. Malfunction corrective action flow chart .... 8-12
Figure A-1. Small arms ammunition cartridges .... A-1
Figure A-2. Cartridge case .... A-2
Figure A-3. Propellant .... A-3
Figure A-4. 5.56mm primer detail .... A-4
Figure A-5. Bullet example, Armor-piercing cartridge .... A-5
Figure A-6. Ball cartridge .... A-6
Figure A-7. Ball with tracer cartridge .... A-6
Figure A-8. Armor-piercing cartridge .... A-7
Figure A-9. Short range training ammunition cartridge .... A-7
Figure A-10. Blank cartridge .... A-8
Figure A-11. Close combat mission capability kit cartridge .... A-8
Figure A-12. Dummy cartridge .... A-9
Figure B-1. Internal ballistic terms .... B-2
Figure B-2. External ballistic terms .... B-3
Figure B-3. Trajectory .... B-4
Figure B-4. Lethal zone example .... B-11
Figure C-1. Mil Relation Formula example .... C-2
Figure C-2. Standard dismount threat dimensions example .... C-3
Figure C-3. RCO range determination using the bullet drop compensator reticle .... C-4
Figure C-4. Reticle relationship using a stadiametric reticle example .... C-5
Figure C-5. Deliberate lead formula example .... C-7

Figure C-6. Deliberate trapping method example ................................ C-8
Figure C-7. Oblique target example .................................................... C-9
Figure C-8. Wind value ...................................................................... C-11
Figure C-9. Wind effects .................................................................. C-12
Figure C-10. Wind formula and ballistics chart example ................... C-14
Figure C-11. Hold-off example ......................................................... C-15
Figure C-12. Quick high angle formula example ............................... C-17
Figure C-13. Compound wind and lead determination example ......... C-18
Figure E-1. Wind effects on zero at 300 meters ................................. E-3
Figure E-2. M16A2 / M16A4 weapons 25m zero target ....................... E-5
Figure E-3. M4-/M16-series weapons 25m zero short range and pistol marksmanship target ............................................. E-6
Figure E-4. Grouping ........................................................................... E-7
Figure E-5. Marking shot groups ......................................................... E-8
Figure E-6a. Horizontal diagnostic shots .......................................... E-12
Figure E-6b. Vertical diagnostic shots .............................................. E-13
△ Figure F-1. 10-meter target offset symbols ......................................... F-2
△ Figure F-2. Blank 10-meter target offset .............................................. F-3
△ Figure F-3. M16A2 10-meter boresighting target .................................. F-4
△ Figure F-4. 300-meter zero of the advanced combat optical gunsight ..................................................................................... F-9
△ Figure F-5. Advanced combat optical gunsight points of aim (100 to 300 meters) ................................................................. F-10

# Tables

Table 1-1. General safe condition of the weapon for each weapon safety status ......................................................................... 1-4
Table 1-2. Weapons Control Status .................................................... 1-10
Table 2-1. Model Version Firing Methods Comparison ........................ 2-4
Table 3-1. Laser Aiming Devices for the M4 and M16 ........................ 3-19
Table 4-1. Attachment Related Technical Manuals and Mounting ........ 4-4
Table 5-1. Shot Process example ......................................................... 5-2
Table A-1. Small Arms Color Coding and Packaging Markings ......... A-10
Table A-2. 5-56mm, M855, Ball ......................................................... A-11

Table A-3. 5.56mm, M855A1, Enhanced Performance Round (EPR), Ball .......... A-12
Table A-4. 5.56mm, M856A1, Tracer .......... A-13
Table A-5. 5.56mm, Mk301, MOD 0, DIM Tracer .......... A-14
Table A-6. 5.56mm, M995, Armor Piercing .......... A-15
Table A-7. 5.56mm, M862, Short Range Training Ammunition .......... A-16
Table A-8. 5.56mm, M1037, Short Range Training Ammunition .......... A-17
Table A-9. 5.56mm, M1042 Close Combat Mission Capability Kit .......... A-18
Table A-10. 5.56mm, M200, Blank .......... A-19
Table C-1. Standard holds beyond zero distance example .......... C-16
△ Table F-1. Offset mounting .......... F-5

## Preface

Training Circular (TC) 3-22.9 provides Soldiers with the critical information for their rifle or carbine and how it functions, its capabilities, the capabilities of the optics and ammunition, and the application of the functional elements of the shot process.

TC 3-22.9 uses joint terms where applicable. Selected joint and Army terms and definitions appear in both the glossary and the text. Terms for which TC 3-22.9 is the proponent publication (the authority) are italicized in the text and are marked with an asterisk (*) in the glossary. Terms and definitions for which TC 3-22.9 is the proponent publication are boldfaced in the text. For other definitions shown in the text, the term is italicized and the number of the proponent publication follows the definition.

The principal audience for TC 3-22.9 is all members of the profession of arms. Commanders and staffs of Army headquarters serving as joint task force or multinational headquarters should also refer to applicable joint or multinational doctrine concerning the range of military operations and joint or multinational forces. Trainers and educators throughout the Army will also use this publication.

Commanders, staffs, and subordinates ensure that their decisions and actions comply with applicable United States, international, and in some cases host-nation laws and regulations. Commanders at all levels ensure that their Soldiers operate in accordance with the law of war and the rules of engagement. (See FM 6-27/MCTP 11-10C.)

This publication applies to the active Army, the Army National Guard (ARNG)/Army National Guard of the United States (ARNGUS), and the United States Army Reserve (USAR). Unless otherwise stated in this publication, masculine nouns and pronouns do not refer exclusively to men.

Uniforms depicted in this manual were drawn without camouflage for clarity of the illustration.

The proponent of this publication is United States (U.S.) Army Maneuver Center of Excellence (MCoE). The preparing agency is the MCoE, Fort Benning, Georgia. You may submit comments and recommended changes in any of several ways—U.S. mail, e-mail, fax, or telephone—as long as you use or follow the format of DA Form 2028, (*Recommended Changes to Publications and Blank Forms*). Contact information is as follows:

| | |
|---|---|
| E-mail: | usarmy.benning.mcoe.mbx.doctrine@mail.mil |
| Phone: | COM 706-545-7114 or DSN 835-7114 |
| Fax: | COM 706-545-8511 or DSN 835-8511 |
| U.S. mail: | Commander, MCoE<br>Directorate of Training and Doctrine (DOTD)<br>Doctrine and Collective Training Division<br>ATTN: ATZB-TDD<br>Fort Benning, GA 31905-5410 |

## Introduction

This manual is comprised of nine chapters and five appendices, and is specifically tailored to the individual Soldier's use of the M4- or M16-series weapon. This TC provides specific information about the weapon, aiming devices, attachments, followed by sequential chapters on the tactical employment of the weapon system.

The training circular itself is purposely organized in a progressive manner, each chapter or appendix building on the information from the previous section. This organization provides a logical sequence of information which directly supports the Army's training strategy for the weapon at the individual level.

Chapters 1 through 4 describe the weapon, aiming devices, mountable weapons, and accessories associated with the rifle and carbine. General information is provided in the chapters of the manual, with more advanced information placed in appendix A, Ammunition, and appendix B, Ballistics.

Chapters 5 through 9 provide the employment, stability, aiming, control and movement information. This portion focuses on the Solider skills needed to produce well aimed shots. Advanced engagement concepts are provided in appendix C of this publication. Appendix D of this publication provides common tactical drills that are used in training and combat that directly support tactical engagements. Finally, appendix E of this publication, is provided at a common location in this and future weapons publications to provide a common location for reference.

This manual does not cover the specific rifle or carbine training strategy, ammunition requirements for the training strategy, or range operations. These areas will be covered in separate training circulars.

**Conclusion**

TC 3-22.9 applies to all Soldiers, regardless of experience or position. This publication is designed specifically for the Soldier's use on the range during training, and as a reference while deployed.

This page intentionally left blank.

## Chapter 1

# Overview

This TC is designed to provide Soldiers the critical information on their rifle or carbine to properly and effectively engage and destroy threats in a direct fire engagement. It relies on the Soldier's understanding of the weapon, how it functions, its capabilities, the capabilities of the optics and ammunition, and how to properly employ those capabilities to achieve mastery through the application of the functional elements of the shot process.

This chapter describes the principles of proper weapons handling, tactical applications and control measures for handling the weapons, and an overview of the concepts of overmatch as it pertains to a Soldier's individual weapon.

1-1. Each Soldier is responsible for placing accurate and effective fires on threat targets with their individual weapon. This manual defines the functional elements of the shot process, the principles of operation of the weapon, the characteristics and description of ballistics and ammunition, and the various engagement techniques that are essential to build Soldier proficiency with their weapon. It includes standard drills and techniques that assist the Soldier to build, improve, and sustain their skills to achieve accurate and precise shots consistently during combat operations (see figure 1-1).




**Figure 1-1. Employment skills**

## SAFE WEAPONS HANDLING

1-2. Safe weapons handling procedures are a consistent and standardized way for Soldiers to handle, operate, and employ the weapon safely and effectively. Weapons handling is built on three components; the Soldier, the weapon, and the environment:

- The **Soldier** must maintain situational understanding of friendly forces, the status of the weapon, and the ability to evaluate the environment to properly handle any weapon. The smart, adaptive, and disciplined Soldier is the primary safety mechanism for all weapons under his control.
- The **weapon** is the primary tool of the Soldier to defeat threats in combat. The Soldier must know of and how to operate the mechanical safeties built into the weapons they employ, as well as the principles of operation for those weapons.
- The **environment** is the Soldier's surroundings. The Soldier must be aware of muzzle discipline, the nature of the target, and what is behind it.

1-3. To safely and effectively handle weapons, Soldiers must be cognitively aware of three distinct weapons handling measures:

- **The rules of firearms safety**.
- **Weapons safety status**.
- **Weapons control status**.

1-4. These measures directly support the components of safe weapons handling. They are designed to provide redundant safety measures when handling any weapon or weapon system, not just rifles and carbines.

1-5. This redundancy allows for multiple fail-safe measures to provide the maximum level of safety in both training and operational environments. A Soldier would have to violate two of the rules of firearms safety or violate a weapon safety status in order to have a negligent discharge.

---

***Note.*** Unit standard operating procedures (SOPs), range SOPs, or the operational environment may dictate additional safety protocols; however, the rules of firearms safety are always applied. If a unit requires Soldiers to violate these safety rules for any reason, such as for the use of blank rounds or other similar training munitions during training, the unit commander must take appropriate risk mitigation actions.

---

## RULES OF FIREARMS SAFETY

1-6. The Rules of Firearms Safety are standardized for any weapon a Soldier may employ. Soldiers must adhere to these precepts during training and combat operations, regardless of the type of ammunition employed, except as noted above.

## Rule 1: Treat Every Weapon as if it is Loaded

1-7. Any weapon handled by a Soldier must be treated as if it is loaded and prepared to fire. Whether or not a weapon is loaded should not affect how a Soldier handles the weapon in any instance.

1-8. Soldiers must take the appropriate actions to ensure the proper weapon status is applied during operations, whether in combat or training.

## Rule 2: Never Point the Weapon at Anything You Do Not Intend to Destroy

1-9. Soldiers must be aware of the orientation of their weapon's muzzle and what is in the path of the projectile if the weapon fires. Soldiers must ensure the path between the muzzle and target is clear of friendly forces, noncombatants, or anything the Soldier does not want to strike.

1-10. When this is unavoidable, the Soldier must minimize the amount of time the muzzle is oriented toward people or objects they do not intend to shoot, while simultaneously applying the other three rules of fire arms safety.

## Rule 3: Keep Finger Straight and Off the Trigger Until Ready to Fire

1-11. Soldiers must not place their finger on the trigger unless they intend to fire the weapon. The Soldier is the most important safety feature on any weapon. Mechanical safety devices are not available on all types of weapons. When mechanical safeties are present, Soldiers must not solely rely upon them for safe operation knowing that mechanical measures may fail.

1-12. Whenever possible, Soldiers should move the weapon to mechanical safe when a target is not present. If the weapon does not have a traditional mechanical safe, the trigger finger acts as the primary safety.

## Rule 4: Ensure Positive Identification of the Target and its Surroundings

1-13. The disciplined Soldier can positively identify the target and knows what is in front of and what is beyond it. The Soldier is responsible for all bullets fired from their weapon, including the projectile's final destination.

1-14. Application of this rule minimizes the possibility of fratricide, collateral damage, or damage to infrastructure or equipment. It also prepares the Soldier for any follow-on shots that may be required.

# WEAPON SAFETY STATUS

1-15. The readiness of a Soldier's weapon is termed as its ***weapon safety status (WSS)***. It is a standard code that uses common colors (green, amber, red, and black) to represent the level of readiness for a given weapon.

1-16. Each color represents a specific series of actions that are applied to a weapon. They are used in training and combat to place or maintain a level of safety relevant to the current task or action of a Soldier, small unit, or group.

1-17. The WSS ratings are evaluated by the level of safety measures applied to the weapon itself. Table 1-1 describes the general safe condition of the weapon for each WSS, based on the standard color scheme found in ADP 1-02.

***Note.*** If the component, assembly, or part described is unclear, refer to the weapon's technical manual (TM) or chapter 2 of this publication.

**Table 1-1. General safe condition of the weapon for each weapon safety status**

| Weapon Safety Status | General Description | Color Amplifier |
|---|---|---|
| GREEN | Fully Safe | |
| AMBER | Substantially Safe | |
| RED | Marginally Safe | |
| BLACK | Not Safe | |

1-18. All firers and leaders must be fluent in the general meaning of each WSS, how it pertains to the weapon being employed, and the responsibilities of the firer to own each shot or burst. The following are the basic definitions for each WSS:

- Green, "Fully Safe" – the weapon is clear, no ammunition is present the chamber is empty, and the fire selector switch is set to SAFE.
- Amber, "Substantially Safe" – a leader must clear and verify that the weapon's bolt is forward, the chamber is empty, and ammunition is introduced to the weapon. This is an administrative or preparatory WSS. Leaders use amber primarily for mounted operations and during combat operations when directed to maintain a substantially safe weapon with the ability to rapidly transition and escalate to red or black, based on the situation.

***Note.*** WSS amber is not used in the live-fire events described in this publication.

- Red, "Marginally Safe" – the fire selector switch is set to SAFE, the magazine is locked in the magazine well, a round is in the chamber, and the bolt is locked in the forward position.
- Black, "Not Safe" – Indicates when the weapon is fully prepared to fire, the firer has positively identified the target, the fire selector switch is set to FIRE, and the firer's finger is on the trigger, and the fire is in the process of engaging the target.

---

***Note.*** WSS black is used to describe the actions of the firer when in a red status and entering an engagement sequence. WSS black describes the distinct difference between red and actively and deliberately engaging a threat.

---

1-19. Figures 1-2 through 1-5 on pages 1-6 through 1-9 describe the standard color code for the M4-series/M16-series rifle and carbine. The Soldier performs actions described in figures 1-2 through 1-5 to move from one color code to the next.

△

**M4-Series/M16-Series/Sniper Weapon Systems**

**GREEN STATUS**




GREEN
- Selector lever is set to SAFE.
- Magazine is removed from the weapon.
- Chamber is empty.
- Bolt is locked open or forward (based upon the situation).

Go from GREEN to AMBER.
- Firer is directed to PREPARE AMBER.
- Verify GREEN and CLEAR.
- Bolt is **FORWARD**.
- Ammunition is introduced to the weapon; magazine locked into the magazine well.

Go from GREEN to RED.
- Firer is directed to MAKE READY.
- Selector switch is set to SAFE.
- Magazine is locked into the magazine well.
- Bolt is forward and locked (a round in the chamber).
- Ejection port cover should be closed.

Go from GREEN to **BLACK**.
- Firer is authorized to enter the **SHOT PROCESS**.
- Magazine is locked into the magazine well.
- Weapon is charged (racked).
- A round is chambered, bolt is forward and locked.
- Firer enters the **SHOT PROCESS**.
- Weapon is on **FIRE**.

**Command given to direct a GREEN weapon safety status:**

**GREEN AND CLEAR or GO GREEN**

**Figure 1-2. M4-/M16-series weapons, green weapon safety status**

Case 3:23-cv-00209-SPM Document 247-38 Filed 10/21/24 Page 27 of 126 Page ID #22097



△

**M4-Series/M16-Series/Sniper Weapon Systems**

**AMBER STATUS**




AMBER
- Firer is directed to PREPARE AMBER.
- Verify GREEN and CLEAR.
- Slide is **FORWARD**.
- Ammunition is introduced to the weapon; magazine locked into the magazine well.

Go from AMBER to GREEN .
- Clear weapon.

Go from AMBER to RED.
- Firer is directed to MAKE READY.
- Place the weapon on SAFE.
- Charge or rack the weapon.
- Round is chambered.
- Bolt is **FORWARD**.

Go from AMBER to **BLACK**.
- Firer is authorized to enter the **SHOT PROCESS**.
- Charge or rack the weapon.
- Round is chambered.
- Bolt is **FORWARD**.
- Firer enters the **SHOT PROCESS**.
- Weapon is on **FIRE**.

AMBER is a preparatory status and is ony used at the discretion of the commander.

**Command given to direct an AMBER weapon safety status:**

**PREPARE AMBER**

**Figure 1-3. M4-/M16-series weapons, amber weapon safety status**



OAG009174

△

**M4-Series/M16-Series/Sniper Weapon Systems**

**RED STATUS**




RED

- Firer is directed to MAKE READY.
- Selector switch is set to **SAFE**.
- Magazine is locked into the magazine well.
- Bolt is **FORWARD** and locked, a round is in the chamber.
- Ejection port cover may be closed.

Go from RED to GREEN.

- Clear weapon.

Go from RED to **BLACK**.

- Firer is authorized to enter the **SHOT PROCESS**.
- Firer enters the **SHOT PROCESS**.
- Selector switch is set to **FIRE**.

The weapon cannot go from **RED** directly to AMBER.

The weapon must go GREEN AND CLEAR first, then PREPARE AMBER.

**Command given to direct a RED weapon safety status:**

**MAKE READY**

**Figure 1-4. M4-/M16-series weapons, red weapon safety status**

△

**M4-Series/M16-Series/Sniper Weapon Systems**

**BLACK STATUS**




**BLACK**

- The magazine is locked into the magazine well.
- Bolt is **FORWARD** and locked, a round is in the chamber.
- Ejector port cover may be closed.
- Firer is authorized to enter the **SHOT PROCESS**.
- Selector switch is set to **FIRE**.

Go from **BLACK** to GREEN.

- Clear weapon.

Go from **BLACK** to RED.

- Firer is directed to **CEASE FIRE** or MAKE READY.
- Selector switch is set to **SAFE**.

The weapon cannot go from **BLACK** directly to AMBER.

The weapon must go GREEN AND CLEAR first, then PREPARE AMBER.

The rules of engagement (ROE) or command of execution authorize a firer to enter the **SHOT PROCESS** in a **BLACK** weapon safety status.

**CONDITIONS OF THE ROE HAVE BEEN MET**

**Figure 1-5. M4-/M16-series weapons, black weapons safety status**



OAG009176

△

# WEAPONS CONTROL STATUS

1-20. A ***weapons control status (WCS)*** is a tactical method of fire control given by a leader that incorporates the tactical situation, rules of engagement for the area of operations, and expected or anticipated enemy contact. The WCS outlines the target identification conditions under which friendly elements may engage a perceived threat with direct fire.

1-21. Table 1-2 provides a description of the standard WCS used during tactical operations, both in training and combat. They describe when the firer is authorized to engage a threat target once the threat conditions have been met.

**Table 1-2. Weapons Control Status**

| WEAPONS CONTROL STATUS | DESCRIPTION |
|---|---|
| WEAPONS HOLD | Engage only if engaged or ordered to engage. |
| WEAPONS TIGHT | Engage only if target ***is positively identified*** as ***enemy***. |
| WEAPONS FREE | Engage targets ***not positively identified*** as ***friendly***. |

1-22. A weapon control status and a weapons safety status are both implemented and available to leaders to prevent fratricide and limit collateral damage. These postures or statuses are typically suited to the area of operation or type of mission and should always be clearly outlined to all Soldiers, typically in the operations order (OPORD), warning order (WARNORD), or fragmentary order (FRAGORD).

# OVERMATCH

1-23. Overmatch is the Soldier applying their learned skills, employing their equipment, leveraging technology, and applying the proper force to create an unfair fight in favor of the Soldier. To achieve and maintain overmatch against any threat, this publication focuses on providing information that develops the Soldier's direct fire engagement skills using the following attributes:

- **Smart** – the ability to routinely generate understanding through changing conditions.
- **Fast** – the ability to physically and cognitively outmaneuver adversaries.
- **Lethal** – deadly in the application of force.
- **Precise** – consistently accurate in the application of power to ensure deliver of the right effects in time, space, and purpose.

1-24. This requires the Soldier to understand the key elements that build the unfair advantage and exploit them at every opportunity during tactical operations. The components of overmatch are:

- **Target detection, acquisition, and identification** – the ability of the Soldier to detect and positively identify any suspected target as hostile at greater distances than their adversary. This relies upon Soldier training and their ability to leverage the capabilities of their optics, thermals, and sensors.
- **Engagement range** – provide the Soldier with weapons, aiming devices, and ammunition capable of striking and defeating a threat at a greater range than the adversary can detect or engage the friendly force with effective fires.
- **Limited visibility** – provide the Soldier to make operations during limited visibility an advantage through technology and techniques, and compound their adversary's disadvantages during those conditions.
- **Precision** – provide a weapon and ammunition package that enhances the Soldier's consistent application of shots with a level of precision greater than the adversary's.
- **Speed** – the weapon, aiming devices, and accessories a Soldier employs must seamlessly work in unison, be intuitive to use, and leverage natural motion and manipulations to facilitate rapid initial and subsequent shots during an engagement at close quarters, mid-, and extended ranges.
- **Terminal performance** – ensures that precise shots delivered at extended ranges provide the highest probability to defeat the threat through exceptional ballistic performance.

1-25. Although not a component of overmatch, exceptional training is critical to create smart, fast, lethal, and precise Soldiers. Training builds proficiency in a progressive, logical, and structured manner and provides Soldiers the skills necessary to achieve overmatch against any adversary. This requires the training program to provide experience to the Soldier in all the components of overmatch to their fullest extent possible in the shortest amount of time.

## Target Detection, Acquisition, and Identification

1-26. The first component of overmatch at the Soldier level is the ability to detect targets as far away as possible during limited and low visibility conditions. This manual describes the aiming devices for the service rifle that enhance the Soldier's target detection and acquisition skills. The Soldier must be able to detect, acquire, and identify targets ***at ranges beyond*** the maximum effective range of their weapon and ammunition.

1-27. This publication also provides key recognition information to build the Soldier's skills in correctly identifying potential targets as friend, foe, or noncombatant (neutral) once detected.

## Engagement Range

1-28. To ensure small unit success, the Soldier requires weapon systems that can effectively engage threats at ranges greater than those of their adversaries. This creates a standoff distance advantage that allows friendly forces to destroy the target outside the threat's maximum effective range.

1-29. Range overmatch provides a tactical engagement buffer that accommodates the Soldier's time to engage with precision fires. For example, a Soldier that has the capability to effectively engage personnel targets at a range of 500 meters will have range overmatch of 10 to 20 percent over a threat rifleman. That 10 to 20 percent range difference is equivalent to a distance of 40 to 80 meters, which is approximately the distance a maneuvering threat can traverse in 15 to 40 seconds.

△ 1-30. Figure 1-6 portrays the battlefield from the Soldier's perspective. With mobile, maneuvering threats, the target acquisition capabilities must compliment the engagement of those threats at the maximum effective range of the weapon, optic, and ammunition.




△ **Figure 1-6. Small unit range overmatch**

## Limited Visibility

1-31. Soldiers must be able to detect, acquire, identify, and engage threats in all light conditions, regardless of the tactical situation. To provide that capability, aiming devices are provided that minimize the effects of limited visibility, but not completely.

1-32. Image intensifiers and thermal optics provide a significant overmatch capability, but they also have limitations and disadvantages. A general discussion of their capabilities, particularly what those systems can view within the spectrum of light is provided. Soldiers must understand what can be "seen" or viewed and what cannot when using their assigned equipment. Understanding the advantages and limitations of their equipment has a direct impact on force protection, fratricide and collateral damage prevention, and maintaining overmatch during tactical operations.

## Precision

1-33. The Army standard service rifle is designed with a specific level of accuracy out to its maximum effective range. This level of accuracy is more consistent and reliable

through the use of magnified aiming devices and superior ammunition. The Soldier must build the skills to use them effectively to deliver precision fires during tactical engagements.

## SPEED

1-34. The close fight requires rapid manipulations, a balance of speed and accuracy, and very little environmental concerns. Soldiers must move quickly and efficiently through their manipulations of the fire control to maintain the maximum amount of muzzle orientation on the threat through the shot process. This second-nature efficiency of movement only comes from regular practice, drills, and repetition.

1-35. The foundation of speed of action is built through understanding the weapon, ammunition, ballistics, and principles of operation of the associated aiming devices. It is reinforced during drills (appendix D), and the training program of the unit.

1-36. The goal of training to overmatch is to increase the speed at which the Soldier detects a threat, identifies it as hostile, and executes the shot process with the desired target effect. This manual is constructed to provide the requisite information in a progressive manner to build and reinforce Soldier understanding, confidence, and ability to execute tactical operations with speed and smooth fluidity of motion.

## TERMINAL BALLISTIC PERFORMANCE

1-37. Terminal ballistic performance is the actions of a projectile from the time it strikes an object downrange until it comes to rest. The ammunition used with the service rifle performs exceptionally well out to its maximum effective range and beyond. This manual provides information on the various munition types available for training and combat, their capabilities and purpose, and the service (combat) round's terminal ballistic performance (see appendix A, Ammunition, and appendix B, Ballistics).

1-38. Soldiers must understand the capabilities of their ammunition, whether designed for training or combat use. That understanding creates a respect for the weapon and ammunition, reinforces the precepts of safe weapons handling, and an understanding of the appropriate skills necessary to deliver lethal fires.

1-39. Soldiers that understand the "how" and "why" of their weapon system, aiming devices, ammunition, and procedures work or function develops a more comprehensive understanding. That level of understanding, coupled with a rigorous training program that builds and strengthens their skills create more proficient Soldiers. The proficiencies and skills displayed during training translate into smart, fast, lethal and precise Soldiers for the small unit during decisive action combat operations.

This page intentionally left blank.

Chapter 2

# Rifle and Carbine Principles of Operation

This chapter provides the general characteristics, description, available components, and principles of operation for the M4- and M16-series weapons. It provides a general overview of the mechanics and theory of how weapons operate, key terms and definitions related to their functioning, and the physical relationship between the Soldier, the weapon, and the optics/equipment attached to the weapon.

## ARMY STANDARD SERVICE RIFLE

2-1. The Army standard service rifle is either the M16-series rifle or M4-series carbine. These weapons are described as a lightweight, 5.56-mm, magazine-fed, gas-operated, air-cooled, shoulder-fired rifle or carbine. They fire in semiautomatic (single-shot), three-round burst, or in automatic mode using a selector lever, depending on the variant. The weapon system has a standardized mounting surface for various optics, pointers, illuminators, and equipment, to secure those items with common mounting and adjustment hardware.

2-2. Each service rifle weapon system consists of components, assemblies, subassemblies, and individual parts. Soldiers must be familiar with these items and how they interact during operation.

- **Components** are uniquely identifiable group of fitted parts, pieces, assemblies or subassemblies that are required and necessary to perform a distinctive function in the operation of the weapon. Components are usually removable in one piece and are considered indivisible for a particular purpose or use.
- **Assemblies** are a group of subassemblies and parts that are fitted to perform specific set of functions during operation, and cannot be used independently for any other purpose.
- **Subassemblies** are a group of parts that are fitted to perform a specific set of functions during operation. Subassemblies are compartmentalized to complete a single specific task. They may be grouped with other assemblies, subassemblies and parts to create a component.
- **Parts** are the individual items that perform a function when attached to a subassembly, assembly, or component that serves a specific purpose.

2-3. Each weapon consists of two major components: the upper receiver and the lower receiver. These components are described below including their associated assemblies, subassemblies, and parts.

# UPPER RECEIVER

2-4. An aluminum receiver helps reduce the overall weight of the rifle/carbine and allows for mounting of equipment and accessories. The upper receiver consists of the following (see figure 2-1):

- Barrel assembly.
  - **Barrel**. The bore and chamber of the barrel are chrome-plated to reduce wear and fouling over the life of the weapon.
  - **Flash hider or compensator**. Located at the end of the barrel, is provided to reduce the signature of the weapon during firing and reduce barrel movement off target during firing.
  - **Sling swivel**. The attachment hardware for the sling system used to properly carry the weapon.
  - **Front sight assembly**. Includes an adjustable front sight post that facilitates zeroing the weapon, serves as the forward portion of the iron sight or back up iron sight, and assists with range determination.
  - **Adapter rail system (ARS)**. Provided in varying lengths, depending on the variant applied. Used to attach common aiming devices or accessories.
  - **Slip ring**. Provides a spring loaded locking mechanism for the weapon's hand guards.
  - **Ejection port**. Provides an opening in the upper receiver to allow ammunition or spent casing ejection from the weapon.
  - **Ejection port cover**. Provides a dust cover for the ejection port, protecting the upper receiver and bolt assembly from foreign objects.
  - **Forward assist assembly**. Provides a Soldier applied mechanical assist to the bolt assembly during operations.




**Figure 2-1. Upper receiver**

# LOWER RECEIVER

2-5. The lower receiver shown in figure 2-2, on page 2-3, consists of the following components, assemblies, and parts:

- **Trigger assembly**. Provides the trigger, pins, springs, and other mechanical components necessary to fire the weapon.
- **Bolt catch**. A mechanical lever that can be applied to lock the bolt to the rear by the Soldier, or automatically during the cycle of function when the magazine is empty (see page 2-4).
- **Rifle grip**. An ambidextrous pistol-type handle that assists in recoil absorption during firing.
- **Magazine catch assembly**. Provides a simple, spring-loaded locking mechanism to secure the magazine within the magazine well. Provides the operator an easy to manipulate, push-to-release textured button to release the magazine from the magazine well during operation.
- **Buttstock assembly**. Contains the components necessary for proper shoulder placement of the weapon during all firing positions, returning the bolt assembly to battery, and managing the forces of recoil during operation.
  - The M4-/M4A1-series carbine has a four position collapsible buttstock assembly: Closed, ½ open, ¾ open, and fully-open.
  - M16-series rifles have a fixed buttstock with cleaning kit compartment or an applied modified work order (MWO) collapsible buttstock.
- **Action spring**. Provides the stored energy to return the bolt carrier assembly back into battery during operation.
- **Lower receiver extension**. Provides space for the action spring and buffer assembly during operation.




**Figure 2-2. Lower receiver**

2-6. Additional information on the characteristics and components of the M4-/M4A1-/M16-series weapons can be found in technical manual (TM) 9-1005-319-10. Soldiers will use the technical manual for preventative maintenance checks and services (PMCS),

and operation under normal conditions, as well as more detailed information on the principles of operation.

2-7. Each variant of the rifle and carbine have subtle capabilities differences. The primary differences are shown in table 2-1, and are specific to the weapon's selector switch, buttstock, and barrel length.

**Table 2-1. Model Version Firing Methods Comparison**

| ***Weapon*** | ***Selector Switch Position*** | | | ***Buttstock*** | ***Barrel Length*** |
|---|---|---|---|---|---|
| M16A2 | SAFE | SEMI | BURST | Full | 20 inches |
| M16A3 | SAFE | SEMI | AUTO | Full | 20 inches |
| M16A4 | SAFE | SEMI | BURST | Full | 20 inches |
| M4 | SAFE | SEMI | BURST | Collapsible | 14.5 inches |
| M4A1 | SAFE | SEMI | AUTO | Collapsible | 14.5 inches |
| **Legend:**<br>SEMI: semi-automatic firing selection<br>AUTO: fully automatic firing selection<br>BURST: three-round burst firing selection | | | | | |

# CYCLE OF FUNCTION

2-8. The ***cycle of function*** is the mechanical process a weapon follows during operation. The information provided below is specific to the cycle of function as it pertains specifically to the M4- and M16-series weapons.

2-9. The cycle starts when the rifle is ready with the bolt locked to the rear, the chamber is clear, and a magazine inserted into the magazine well with at least one cartridge. From this state, the cycle executes the sequential phases of the cycle of functioning to fire a round and prepare the weapon for the next round. The phases of the cycle of function in order are—

- Feeding.
- Chambering.
- Locking.
- Firing.
- Unlocking.
- Extracting.
- Ejecting.
- Cocking.

2-10. For the weapon to operate correctly, semiautomatic and automatic weapons require a ***system of operation*** to complete the cycle of functioning. The M4- and M16-series weapons use a direct impingement gas operating system. This system uses a portion of the high pressure gas from the cartridge being fired to physically move the assemblies and subassemblies in order to complete the cycle of function.

## FEEDING

2-11. Feeding is the process of mechanically providing a cartridge of ammunition to the entrance of the chamber (see figure 2-3).




| FEEDING |
| --- |
| 1. Bolt catch is released, either physically by the firer or automatically during operation.<br>2. The action spring exerts its force, pushing the bolt carrier assembly forward.<br>3. One of the two bottom locking lugs on the bolt face strike the uppermost round in the magazine, pushing it by the cartridge case head.<br>4. The front bottom edge of the bullet (projectile) is guided to the chamber area by following the corresponding feed ramp. |

**Figure 2-3. Feeding example**

## CHAMBERING

2-12. Chambering is the continuing action of the feeding round into the chamber of the weapon (see figure 2-4).




**CHAMBERING**

1. The cartridge is driven up the corresponding feed ramp and enters the chamber.
2. Chambering is completed when the shoulder of the cartridge (where the case tapers) and makes contact with the corresponding shoulder area of the chamber.

**Figure 2-4. Chambering example**

## Locking

2-13. Locking is the process of creating a mechanical grip between the bolt assembly and chamber with the appropriate amount of headspace (clearance) for safe firing (see figure 2-5). With the M4- and M16-series weapons, locking takes place simultaneously with the final actions of chambering.




| LOCKING |
| --- |
| 1. At the end of the chambering phase, the bolt assembly stops forward movement at the face of the chamber. |
| 2. Although the bolt assembly has stopped its forward movement, the bolt carrier assembly continues to travel forward, causing the operating cam to follow the operating cam groove. |
| 3. The operating cam is guided by a slow rotational groove in the bolt assembly, and rotates the bolt and locking lugs counter-clockwise. |
| 4. As the operating cam rotates, the bolt assembly's locking lugs rotate behind corresponding lugs in the barrel extension at the face of the chamber. |
| 5. As the bolt carrier assembly finishes its forward movement, the gas key creates a seal around the gas tube fitting. |

**Figure 2-5. Locking example**

## FIRING

2-14. Firing is the finite process of initiating the primer detonation of the cartridge and continues through shot-exit of the projectile from the muzzle (see figure 2-6).




**FIRING**

1. Firing is initiated when the weapon is on SEMI or BURST/AUTO, a round is chambered, and the trigger is pressed.
2. Once the trigger is pressed, the sear releases the hammer.
3. As the sear releases the hammer, the hammer spring exerts its force rotating the hammer forward through the bolt carrier assembly opening.
4. The hammer strikes the firing pin, pushing the loaded firing pin forward to the primer of the cartridge case.
5. The firing pin crushes the cartridge primer, igniting the primer's charge.
6. The burning primer charge ignites the round's propellant.
7. As the propellant burns, the cartridge case expands to the fullest extent of the chamber area and to the face of the bolt, sealing the gases within the bore.
8. The expending gas propels the projectile down the length of the bore.

**Figure 2-6. Firing example**

## UNLOCKING

2-15. Unlocking is the process of releasing the locking lugs on the bolt face from the corresponding recesses on the barrel extension surrounding the chamber area (see figure 2-7).




| UNLOCKING |
| --- |
| 1. Once the round has fired and the projectile passes the gas port inside the bore, the impinged gases follow the path of least resistance up and rearward down the gas tube. |
| 2. The rearward gases traveling down the gas tube apply their force through the gas key, filling the area inside the bolt carrier assembly behind the gas rings on the bolt assembly. |
| 3. The expanding gas pushes the bolt carrier assembly rearward while the gas seal rings retain the bolt forward. |
| 4. While the bolt carrier assembly moves rearward, the operating cam follows the operating cam groove, and rotates the bolt and its locking lugs clockwise. |

**Figure 2-7. Unlocking example**

## EXTRACTING

2-16. Extracting is the removal of the expended cartridge case from the chamber by means of the extractor (see figure 2-8).




**EXTRACTING**

1. The bolt carrier assembly and bolt continue to move rearward.
2. The extractor on the right side of the bolt pulls the expended cartridge case from the chamber using its grip on the cartridge rim.
3. Initially, the extractor breaks the seal of the expended cartridge case from the chamber area.
   The extractor's spring loaded force maintains pressure on the cartridge rim while it continues to pull the cartridge out of the chamber.
4. The extracting phase continues until the cartridge case is clear of the chamber area but has not exited the weapon.

**Figure 2-8. Extraction example**

### Ejecting

2-17. Ejecting is the removal of the spent cartridge case from the weapon itself (see figure 2-9.)




**EJECTING**

1. The spring loaded push rod ejector located in the bolt assembly exerts its force on the left side of the cartridge case.
2. The extractor maintains constant pressure and grip on the right side of the cartridge case rim.
3. Once the mouth of the cartridge case is clear of the upper receiver's ejection port, the ejector pushes the left side of the cartridge case, and pushes the casing out of the upper receiver to the right.
4. The extractor maintains its grip on the cartridge rim, creating a pivot point during the final ejection of the cartridge case.

**Figure 2-9. Ejection example**

## COCKING

2-18. Cocking is the process of mechanically positioning the trigger assembly's parts for firing (see figure 2-10). The cocking phase completes the full cycle of functioning.




**COCKING**

1. As the bolt carrier assembly travels fully to the rear, it rotates the hammer and compresses the hammer spring.
2. As the hammer rotates rearward, the disconnector catches the hammer inner bevel.
3. Once the trigger is released , the sear engages on the hammer.

**Figure 2-10. Cocking example**

# COOLING

2-19. Cooling is the process of dissipating heat from the weapon during firing. Although not part of the cycle of functioning, cooling the weapon during firing is critical to ensure the weapon continues to operate efficiently. Firing a round generates heat and pressure within the chamber and bore, which radiates outward through the metal of the barrel.

2-20. The temperature generated by the burning of propellant powders is over one thousand degrees Fahrenheit. Some of the heat produced during firing is retained in the chamber, bore, and barrel during firing and poses a significant hazard to the firer.

2-21. How this heat is absorbed by the weapon and dissipated or removed, is a function of engineering and design. Lightweight weapons like the M4 and M16 do not have sufficient mass to withstand thermal stress efficiently. The weapon system must have a means to radiate the heat outward, away from the barrel to allow continuous firing.

2-22. There are three methods to reduce the thermal stress on a weapon. The M4- and M16-series of weapons use all three of these methods to varying degrees to cool the chamber, bore, and barrel to facilitate continuous operation. These methods of cooling are—

- **Radiational cooling** – allows for the dissipation of heat into the surrounding cooler air. This is the least efficient means of cooling, but is common to most small arms weapons, including the rifle and carbine.
- **Conduction cooling** – occurs when a heated object is in direct physical contact with a cooler object. Conduction cooling on a weapon usually results from high chamber operating temperatures being transferred into surrounding surfaces such as the barrel and receiver of the weapon. The transfer from the chamber to the cooler metals has the net effect of cooling the chamber. Thermal energy is then carried away by other means, such as radiant cooling, from these newly heated surfaces.
- **Convection cooling** – requires the presence of a moving air current. The moving air has greater potential to carry away heat. The hand guards and ARS of the rifle and carbine are designed to facilitate air movement. The heat shield reflects heat energy away from the hand guard and back towards the barrel. The net effect is an updraft that brings the cooler air in from the bottom. This process establishes a convection cycle as heated air is continually replaced by cooler air.

2-23. Soldiers should be aware of the principles of the weapon's cooling methods' direct effects on their line of sight when viewing a target through an aiming device. Dissipating heat along the length of the barrel can create a mirage effect within the line of sight which can cause a significant error to the true point of aim when using magnified optics.



OAG009194

This page intentionally left blank.

Chapter 3

# Aiming Devices

Every weapon has a method of aiming, that is either fixed or attached to operate the weapon effectively. Soldiers must be familiar with the various aiming devices, how they operate, and how to employ them correctly to maximize their effectiveness. This chapter provides the principles of operation of the most widely available aiming devices, and provides general information concerning their capabilities, function and use.

3-1. An aiming device is used to align the Soldier, the weapon, and the target to make an accurate and precise shot. Each aiming device functions in a different manner. To employ the weapon system to its fullest capability, the Soldier must understand how their aiming devices function.

3-2. The following aiming devices are described within this chapter:

- **Iron**. Iron represent the various types of mechanical sighting systems available on the weapon. They are available in two distinct types:
  - Iron sights (rear aperture and front sight post).
  - Back up iron sights (BUIS).
- **Optics**. These are optics predominantly for day firing, with limited night capability. The optics found within this manual come in two types:
  - Close Combat Optic (CCO).
  - Rifle Combat Optic (RCO, previously referred to as the Advanced Combat Optic Gunsight or ACOG).
- **Thermal**. These are electronic sighting systems that provide a view of the field of view (FOV) based on temperature variations. There are numerous variants of thermal optics, but are grouped into one type:
  Thermal Weapon Sight (TWS).
- **Pointer/Illuminator/Laser**. These aiming devices use either a laser beam, flood light, or other light to aim the weapon at the target. There are three types of pointers, illuminators, and lasers used by the service rifle:
  - Advanced Target Pointer Illuminator Aiming Light (ATPIAL).
  - Dual Beam Aiming Laser–Advanced (DBAL-A2).
  - Illuminator, Integrated, Small Arms (STORM).



OAG009196

# UNITS OF ANGULAR MEASUREMENT

3-3. There are two major units of angular measurement the Army uses: mils and minutes of angle (MOA). These two different units are commonly used terms to describe a measurement of accuracy when firing a weapon, system, or munition. They typically include the accuracy of a specific weapon, the performance of ammunition, and the ability of a shooter as it relates to firing the weapon.

## MINUTE OF ANGLE

3-4. A minute of angle (MOA) is an angular unit of measurement equal to 1/60th of a degree (see figure 3-1). The most common use of MOA is when describing the distance of change required when zeroing a weapon.

3-5. One MOA equals 1.047 inches per 100 yards. For most applications, a Soldier can round this to 1 inch at 100 yards or 1.1 inches at 100 meters to simplify their arithmetic.

| MOA | At Distance | Equals | |
|---|---|---|---|
| 1 | 100 yards | 1 inch | 2.5 cm |
| 1 | 200 yards | 2 inches | 5 cm |
| 1 | 300 yards | 3 inches | 7.5 cm |
| 1 | 400 yards | 4 inches | 10 cm |




Angle dimension exaggerated for clarity. Examples are not to scale.
Centimeter (cm) conversions are approximate.

| MINUTE OF ANGLE (MOA) Unit of Measeurement | |
|---|---|
| There are 360 degrees in a circle. | There are 60 MOA in a degree. |
| There are 21,600 MOA in a circle. | 1 MOA at 100 yards ≈ 1 inch. |
| Smaller measurements of an MOA are described in fractions, not seconds (i.e., 1/2 MOA). | |

**Figure 3-1. Minute of angle example**

## MILS

3-6. The mil is a common unit of angular measurement that is used in direct fire and indirect fire applications. (see figure 3-2)

| Mil | At Distance | Equals | |
|---|---|---|---|
| 1 | 100 meters | 10 cm | 4 inches |
| 1 | 200 meters | 20 cm | 8 inches |
| 1 | 300 meters | 30 cm | 12 inches |
| 1 | 400 meters | 40 cm | 16 inches |




| MILS Unit of Measurement | |
|---|---|
| There are 360 degrees in a circle. | There are 17.78 mils in a degree. |
| There are 6400 mils in a circle | 1 mil at 100 meters = 10 cm. |




**Figure 3-2. Mil example**

3-7. This mil to degree relationship is used when describing military reticles, ballistic relationships, aiming devices, and on a larger scale, map reading and for indirect fire.

## RETICLE

3-8. A reticle is a series of fine lines in the eyepiece of an optic, such as a CCO, TWS, or RCO (see figure 3-3) used as a measuring scale with included aiming or alignment points. Reticles use either mils or minute of angle for their unit of measurement.




**Figure 3-3. Close combat optic / Rifle combat optic reticle / Thermal reticle examples**



OAG009199

Case 3:23-cv-00209-SPM Document 247-38 Filed 10/21/24 Page 53 of 126 Page ID #22123



## STADIA RETICLE (STADIAMETRIC RETICLE)

3-9. Commonly used in the thermal weapon sight, a stadia reticle provides a means of rapidly determining the approximate range to target of a viewed threat, based on its standard dimensions. The stadia reticle (sometimes referred to as "stadiametric" or "choke sight") can provide approximate range to target information using width or height of a viewed dismounted target using standard threat dimensions (see figure 3-4).




**Figure 3-4. Stadia reticle example**

3-10. There are two stadia reticles found on the rifle / carbine reticle within the thermal weapons sight; vertical and horizontal.

- **Vertical stadia**. At the lower left of the sight picture, Soldiers can evaluate the range to target of a standing dismounted threat.
- **Horizontal stadia**. In the upper right portion of the sight picture, Soldiers can evaluate the range to target of an exposed dismounted threat based on the width of the target.



OAG009200

## ELECTROMAGNETIC SPECTRUM

3-11. A major concern for the planning and use of thermal and other optics to aid in the detection process is understanding ***how they function***, but more appropriately, what they can "see". Each device develops a digital representation of the scene or view it is observing based on what frequencies or wavelengths it can detect within the electromagnetic spectrum. (Note: Thermal devices see differences in heat.)

- **Thermal optics.** This equipment operates in the mid- and far-wavelength of the infrared band, which is the farthest of the infrared wavelengths from visible light. Thermal optics cannot translate ("see") visible light. Thermal optics cannot "see" infrared equipment such as infrared (IR) strobe lights, IR chemical lights, illuminators, or laser pointers. They can only identify emitted radiation in the form of heat (see figure 3-5 on page 3-7).
- **Image intensifiers (I2).** This equipment, such as night vision devices, use the near area of the infrared spectrum closest to the frequencies of visible light, as well as visible light to create a digital picture of the scene. These systems cannot "see" or detect heat or heat sources.

3-12. These sights generally operate on the principles of convection, conduction, and radiation (mentioned in chapter 2 of this publication). The sight "picks up" or translates the IR wavelength (or light) that is emitted from a target scene through one of those three methods.

3-13. Things to be aware of (planning considerations) with these optics are that they have difficulty imaging through the following:

- **Rain** – absorbs the IR emitted by the target, makes it difficult to see.
- **Water** – acts as a mirror and generally reflects IR, providing a false thermal scene.
- **Glass** – acts similar to water, interfering with the sensor's ability to accurately detect emitted radiation behind the glass.

3-14. Situations where IR can see better are the following:

- **Smoke** – will not obscure a target unless the chemical obscurant is extremely hot and dense, or if the target is sitting on top of the smoke source.
- **Dust** – may interfere with the accurate detection of the emitted thermal signature due to dust and debris density between the sensor and the target scene. Dust typically does not obscure the IR signature unless its temperature is similar to the target's.

3-15. Figure 3-5 depicts the areas of the electromagnetic spectrum. It details the various wavelengths within the spectrum where the aiming devices, night vision devices, and equipment operate. It illustrates where these items can and cannot "see" the others, respectively, within their operating range.




**LEGEND**

| | | | | | |
|---|---|---|---|---|---|
| km | kilometer | 1 km | 1000 m | TIP | thermal identification panel |
| m | meter | 1 m | 1000 nm | IR | infrared |
| mm | millimeter | 1 mm | 1000 um | I2 | image intensifier |
| um | micrometer | 1 um | 1000 nm | FLIR | forward looking infrared |
| nm | nanometer | 1 nm | 1000 pm | V | visible beam |
| pm | picometer | CIP | combat identification panel | | |

**Figure 3-5. Electromagnetic spectrum**

## OPTICS

3-16. Optics are sighting aids for rifles and carbines that provide enhanced aim point reticles, and may include magnified fields of view. Optics are specific to day operations, although may be used during limited visibility or night operations. They do not have any method of enhancing low light conditions.

3-17. Optics enhance the Soldier's ability to engage targets accurately and at extended ranges (see figure 3-6 on page 3-9). The available optics for mounting on the M4- and M16-series modular weapon system are:

- Iron Sight.
- Back Up Iron Sight (BUIS).
- CCO, M68.
- RCO, M150.

### IRON SIGHT

3-18. Some versions of the M4 and M16 come with a carrying handle with an integrated rear aperture. The carrying handle may or may not be removable, depending on the version of the service rifle.

3-19. The integrated rear aperture includes adjustments for both azimuth (wind) and elevation. Specific instructions for zeroing these aiming devices are found in the respective weapon's technical manual.

3-20. The carrying handle has two selectable apertures for the engagement situation:

- Small aperture. Used for zeroing procedures and for mid- and extended-range engagements.
- Large aperture. Used during limited visibility, close quarters, and for moving targets at close or mid-range.

3-21. The iron sight uses the fixed front sight post to create the proper aim. Soldiers use the front sight post centered in the rear aperture. The following information is extracted from the weapon's technical manual.



| CARRYING HANDLE | | |
|---|---|---|
| DIMENSIONS | | |
| LENGTH | 7.3 in | 18.5 cm |
| WIDTH | 3.5 in | 9.0 cm |
| HEIGHT | 1.9 in | 4.8 cm |
| WEIGHT | 20.8 oz | 590 g |

| FUNCTION | RIFLE | ADJUSTMENTS |
|---|---|---|
| ZERO WINDAGE | M16A2 | Center rear sight aperture for mechanical zero windage |
| | M16A4 | |
| | M4 | |
| | M4A1 | |
| ZERO ELEVATION | M16A2 | 300 meter mark +1 click up for 25 m zeroing<br>Once zeroing is complete, rotate elevation knob -1 click down to apply 300 m zero |
| | M16A4 | |
| | M4 | |
| | M4A1 | |
| WINDAGE | M16A2 | 1/2 MOA |
| | M16A4 | 1/2 MOA |
| | M4 | 1 MOA |
| | M4A1 | 1 MOA |
| ELEVATION (RANGE) FRONT SIGHT POST | M16A2 | 1 1/2 MOA |
| | M16A4 | 1 1/2 MOA |
| | M4 | 1 7/8 MOA |
| | M4A1 | 1 7/8 MOA |

| LEGEND | | | | | |
|---|---|---|---|---|---|
| BDC | bullet drop compensator | g | grams | MOA | minute of angle |
| cm | centimeters | in | inches | oz | ounces |

**Figure 3-6. Carrying handle with iron sight example**

Case 3:23-cv-00209-SPM Document 247-38 Filed 10/21/24 Page 58 of 126 Page ID #22128



## Back Up Iron Sight

3-22. The BUIS is a semi-permanent flip-up sight equipped with a rail-grabbing base. The BUIS provides a backup capability effective out to 600 meters and can be installed on M16A4 rifles and M4-series carbines. (See figure 3-7.)

3-23. The BUIS on the first notch of the integrated rail, nearest to the charging handle. The BUIS remains on the modular weapon system (MWS) unless the carrying handle/sight is installed. The following information is extracted from the weapon's technical manual.



| BACK UP IRON SIGHT (BUIS) | | |
|---|---|---|
| DIMENSIONS | | |
| LENGTH | 2.1 in | 5.3 cm |
| WIDTH | 1.3 in | 3.3 cm |
| HEIGHT | 1.5 in | 3.8 cm |
| WEIGHT | 4.3 oz | 122 g |

| FUNCTION | SINGLE CLICK | |
|---|---|---|
| ZERO WINDAGE | M16A4 | White Line |
| | M4 | White Line |
| | M4A1 | White Line |
| ZERO ELEVATION | M16A4 | White Line |
| | M4 | 300 meter setting |
| | M4A1 | 300 meter setting |
| WINDAGE | M16A4 | 1/2 MOA |
| | M4 | 3/4 MOA |
| | M4A1 | 3/4 MOA |
| ELEVATION (RANGE) FRONT SIGHT POST | M16A4 | 1 1/2 MOA |
| | M4 | 2 MOA |
| | M4A1 | 2 MOA |

| LEGEND | | | | | |
|---|---|---|---|---|---|
| cm | centimeters | in | inches | oz | ounces |
| g | grams | MOA | minute of angle | | |

**Figure 3-7. Back up iron sight**



OAG009205

## Close Combat Optic, M68

3-24. The close combat optic (CCO), M68 is a non-telescopic (unmagnified) reflex sight that is designed for the "eyes-open" method of sighting (see figure 3-8). It provides Soldiers the ability to fire with one or two eyes open, as needed for the engagement sequence in the shot process.

3-25. The CCO provides a red-dot aiming point using a 2 or 4 MOA diameter reticle, depending on the variant. The red dot aiming point follows the horizontal and vertical movement of the firer's eye, allowing the firer to remain fixed on the target. No centering or focusing on the front sight post is required. There are three versions of the CCO available in the force.

> ***Note.*** Re-tighten the torque-limiting knob after firing the first three to five rounds to fully seat the M68.

3-26. The CCO is zeroed to the weapon. It must remain matched with the same weapon, attached at the same slot in the attached rail system or be re-zeroed. If the CCO must be removed for storage, Soldiers must record the serial number and the rail slot to retain zero.

> ***Note.*** The weapon must be re-zeroed if the CCO is not returned to the same rail slot on the adaptive rail system.

### Advantages

3-27. The CCO offers a distinct speed advantage over iron sights in most if not all engagements. The adjustments on brightness allow the Soldier to have the desired brightness from full daylight to blackout conditions.

3-28. The CCO is the preferred optic for close quarter's engagements.

### Disadvantages

3-29. The CCO lacks a bullet drop compensator or other means to determine accurate range to target beyond 200m.

3-30. The following information is an extract from the equipment's technical manual for Soldier reference.



| TM 9-1240-413-13&P | | |
|---|---|---|
| DIMENSIONS | | |
| LENGTH | 4.0 in | 10 cm |
| WIDTH | 2.3 in | 5.8 cm |
| HEIGHT | 2.7 in | 6.8 cm |
| WEIGHT | 15.0 oz | 425 g |

| FUNCTION | SINGLE CLICK |
|---|---|
| ZERO WINDAGE | 0.5 MOA |
| ZERO ELEVATION | 0.5 MOA |
| WINDAGE | 0.5 MOA |
| ELEVATION (RANGE) | 0.5 MOA |

**RETICLE**




**LEGEND**

| | | | | | |
|---|---|---|---|---|---|
| cm | centimeters | in | inches | oz | ounces |
| g | grams | MOA | minute of angle | | |

**Figure 3-8. CCO Reticle, Comp M2 examples**



OAG009207

## Rifle Combat Optic

3-31. The RCO (see figure 3-9) is designed to provide enhanced target identification and hit probability for the M4-/M4A1- or M16-series weapon.

3-32. There are several versions of the RCO available for use across the force. Soldiers must be familiar with their specific version of their assigned RCO, and be knowledgeable on the specific procedures for alignment and operation (see figure 3-9 for RCO azimuth and elevation adjustments).

3-33. The reticle pattern provides quick target acquisition at close combat ranges to 800 meters using the bullet drop compensator (BDC) (see figure 3-10 on page 3-15). It is designed with dual illuminated technology, using fiber optics for daytime employment and tritium for nighttime and low-light use.

3-34. The RCO is a lightweight, rugged, fast, and accurate 4x power optic scope specifically designed to allow the Soldier to keep both eyes open while engaging targets and maintain maximum situational awareness.

### Advantages

3-35. The bullet drop compensator (BDC) is accurate for extended range engagements using either M855 or M855A1 ball ammunition. The ballistic difference between the two rounds is negligible under 400 meters and requires no hold determinations.

3-36. This is a widely fielded optic that is rugged, durable, and operates in limited light conditions. The self-illuminating reticle allows for continuous operations through end evening nautical twilight (EENT).

### Disadvantages

3-37. This optic's ocular view is limited when engaging targets in close quarters engagements. This requires additional training to master the close quarter's skills while employing the RCO to achieve overmatch against the threat.

3-38. The RCO reticle does not include stadia lines. Windage must be applied by the shooter from a determined estimate. The RCO has a specific eye relief of 70-mm (millimeter) or 1.5 inches. If the eye relief is not correct, the image size will be reduced.

3-39. The fiber optic illuminator element can provide excessive light to the reticle during certain conditions that produce a glare. The RCO does not have a mechanical or built in method to reduce the effects of the glare created. The increased lighting may interfere with the shooter's point of aim and hold determinations. Soldiers may use alternate methods to reduce the glare by reducing the amount of fiber optic exposed to direct sunlight during operating conditions.

3-40. The following information is an extract from the equipment's technical manual for Soldier reference.



OAG009208



| TM 9-1240-416-13&P | | |
|---|---|---|
| DIMENSIONS | | |
| LENGTH | 4.0 in | 10 cm |
| WIDTH | 2.3 in | 5.8 cm |
| HEIGHT | 2.7 in | 6.8 cm |
| WEIGHT | 15.0 oz | 425 g |

| FUNCTION | SINGLE CLICK | |
|---|---|---|
| | BLADE / COIN SLOT | KNOB |
| ZERO WINDAGE | 1/3 MOA | 1/2 MOA |
| ZERO ELEVATION | 1/3 MOA | 1/2 MOA |
| WINDAGE | 1/3 MOA | 1/2 MOA |
| ELEVATION (RANGE) | 1/3 MOA | 1/2 MOA |

**RETICLE**




**NOTE:** Depending on the variant, windage and elevation adjustment controls are either knife blade / coin slot, or a knob.

**LEGEND**

| | | | | | |
|---|---|---|---|---|---|
| cm | centimeters | in | inches | oz | ounces |
| g | grams | MOA | minute of angle | | |

**Figure 3-9. RCO reticle example**

# THERMAL SIGHTS

3-41. Thermal sights are target acquisition and aiming sensors that digitally replicate the field of view based on an estimation of the temperature. They use advanced forward-looking infrared technology that identify the infrared emitted radiation (heat) of a field of view, and translate those temperatures into a gray- or color-scaled image. The TWS is capable of target acquisition under conditions of limited visibility, such as darkness, smoke, fog, dust, and haze, and operates effectively during the day and night.

3-42. The TWS is composed of five functional groups: (See figure 3-10.)

- **Objective lens** – receives IR light emitting from an object and its surroundings. The objective lens magnifies and projects the IR light.
- **Detector assembly** – senses the IR light and coverts it to a video signal.
- **Sensor assembly** – the sensor electronics processes the video for display on the liquid crystal display (LCD) array in the field of view.
- **LCD array/eyepiece** – the LCD array provides the IR image along with the reticle selected. The light from the LCD array is at the eyepiece.
- **User controls** – the control electronics allows the user to interface with the device to adjust contrast, thermal gain, sensitivity, reticle display, and magnification.




**Figure 3-10. Thermal weapon sight example**

3-43. A small detector used in thermal sensors or optics to identify IR radiation with wavelengths between 3 and 30 µm (micrometer). The thermal optic calculates and processes the thermal scene into a correlating video image signal based on the temperature identified. These optics can differentiate thermal variations of 1 degree Celsius of the viewable scene. These variations generate a corresponding contrasting gradient that develops a thermal representation on the LCD screen in the eyepiece.

## AN/PAS-13 Series of Weapon Thermal Sights

3-44. There are several versions of weapons thermal sights (WTS) available for use across the force. Soldiers must be familiar with their specific model and version of their assigned weapon thermal sight, and be knowledgeable on the specific procedures for alignment and operation. The various models and versions are identified in their official model nomenclature:

- **Version 1 (v1)** – Light Weapons Thermal Sight (LWTS).
- **Version 2 (v2)** – Medium Weapons Thermal Sight (MWTS).
- **Version 3 (v3)** – Heavy Weapons Thermal Sight (HWTS).

3-45. Weapons thermal sights are silent, lightweight, and compact, and have durable battery-powered IR imaging sensors that operate with low battery consumption. (See figure 3-11.)

### Advantages

3-46. Military grade weapon thermal weapon sights are designed with the following advantages:

- Small and lightweight.
- Real-time imagery. Devices provide real-time video of the thermal scene immediately after power on.
- Long-lasting battery life. Low power consumption over time.
- Reliable. Long mean time between failures (MTBF).
- Quiet. The lack of a cooling element allows for a very low operating noise level.
- One optic fits on multiple weapons. The use of the ARS rail mounting bracket allows for the same optic to be used on other weapons.
- The F- and G-models attach in front of other aiming devices to improve their capabilities and eliminate the zeroing procedures for the device.

### Disadvantages

3-47. These devices have limitations that Soldiers should take into consideration, particularly during combat operations. The primary disadvantages are:

- Cannot interpret ("see") multispectral infrared. These systems view a specific wavelength for emitted radiation (heat variations), and do not allow viewing of all aiming and marking devices at night.
- Reliance on rechargeable batteries and charging stations. Although the batteries are common and have a relatively long battery life, additional equipment is required to charge them. If common nonrechargeable (alkaline) batteries are used, a separate battery adapter is typically required.
- Cannot interpret thermal signatures behind glass or water effectively.
- Thermal systems cannot always detect friendly marking systems worn by dismounts.



| VERSION | | |
|---|---|---|
| **Light Weapon Thermal Sight (HWTS)** | **Medium Weapon Thermal Sight (HWTS)** | **Heavy Weapon Thermal Sight (HWTS)** |
| AN/PAS-13C (v1) | AN/PAS-13C (v2) | AN/PAS-13C (v3) |
| AN/PAS-13D (v1) | AN/PAS-13D (v2) | AN/PAS-13D (v3) |
| AN/PAS-13E (v1) | AN/PAS-13E (v2) | AN/PAS-13E (v3) |

**NOTE:** The MWTS does not include the ballistic reticle for the M4- or M16-series weapons.

**Figure 3-11. Weapon thermal sights by version**

3-48. Thermal sight has a wide field of view and a narrow field of view (see figures 3-12 and 3-13).




Figure 3-12. Thermal weapons sight, narrow field of view reticle example




Figure 3-13. Thermal weapons sight, wide field of view reticle example

## POINTERS / ILLUMINATORS / LASERS

3-49. Pointers, illuminators, and laser devices for small arms weapons emit a collimated beam of IR light for precise aiming and a separate IR beam for illumination. These devices operate in one single mode at a time, as selected by the user. The laser is activated by a selector switch on the device or by a remote mechanism installed on the weapon. The basic two modes or functions are:

- **Pointer.** When used as a pointer or aiming device, a small, pin-point beam is emitted from the device. The IR beam provides an infrared visible point when it strikes an object or target. The IR beam operates in the 400 to 800 nanometer wavelength and can only be seen by I2 optics, such as the AN-PVS-7 or -14 night vision devices.
- **Illuminator.** Typically used to illuminate a close quarters area as an infrared flood light. The illuminator provides a flood-light effect for the Soldier when used in conjunction with I2 night vision devices.

***Note.*** Laser is an acronym for light amplified stimulated emitted radiation, but is predominantly used as a proper noun.

3-50. The following devices (see table 3-1) are the most common laser pointing devices available for use on the M4- and M16-weapons.

**Table 3-1. Laser Aiming Devices for the M4 and M16**

| Laser Aiming Device | Device Name | Reference |
|---|---|---|
| AN/PEQ-2 | Target Pointer/Illuminator/ Aiming Light (TPIAL) | TM 9-5855-1915-13&P |
| AN/PEQ-15 | Advanced Target Pointer/ Illuminator/Aiming Light (ATPIAL) | TM 9-5855-1914-13&P |
| AN/PEQ-15A | Dual Beam Aiming Laser – Advanced2 (DBAL-A2) | TM 9-5855-1912-13&P |
| AN/PSQ-23 | Illuminator, Integrated, Small Arms (STORM) | TM 9-5855-1913-13&P |

***Note.*** The ATPIAL, DBAL-A2, and STORM have collocated IR and visible aiming lasers. A single set of adjusters move both aiming beams. Although the aiming lasers are collocated, Soldiers should zero the laser they intend to use as their primary pointer to ensure accuracy and consistency during operation.

## AN/PEQ-2 Target Pointer/Illuminator Aiming Light (TPIAL)

3-51. AN/PEQ-2 aiming devices are Class IIIb laser devices that emit a collimated beam of IR light for precise aiming and a separate IR beam for illumination of the target or target area (see figure 3-14 on page 3-21). Both beams can be independently zeroed to the weapon and to each other. The beams can be operated individually or in combination in both high and low power settings.

***Note.*** The IR illuminator is equipped with an adjustable bezel to vary the size of the illumination beam based on the size and distance of the target.

3-52. The aiming devices are used with night observation devices (NODs) and can be used as handheld illuminators/pointers or mounted on the weapon with the included brackets and accessory mounts. In the weapon-mounted mode, the aiming devices can be used to direct fire and to illuminate and designate targets.

3-53. The aiming light is activated by pressing on either the ON/OFF switch lever, or the button on the optional cable switch. Either switch connects power from two AA batteries to an internal electronic circuit which produces the infrared laser. Internal lenses focus the infrared light into a narrow beam. The direction of the beam is controlled by rotating the mechanical Adjusters with click detents. These adjusters are used to zero the aiming light to the weapon.

3-54. Once zeroed to the weapon, the aiming light projects the beam along the line of fire of the weapon. The optical baffle prevents off-axis viewing of the aiming light beam by the enemy.

**CAUTION**

A safety block is provided for training purposes to limit the operator from selecting high power modes of operation.

3-55. The following information is an extract from the equipment's technical manual for Soldier reference.



| TM 9-5855-1915-13&P | | |
|---|---|---|
| **DIMENSIONS** | | |
| **LENGTH** | 6.4 in | 16.3 cm |
| **WIDTH** | 2.8 in | 7.1 cm |
| **HEIGHT** | 1.2 in | 3 cm |
| **WEIGHT** | 9.5 oz | 269 g |

| POWER | |
|---|---|
| **BATTERY LIFE** | 100 hours >32° |
| | 36 hours <32° |
| **POWER SOURCE** | 2 each AA batteries |

| MODE OF OPERATION | | | |
|---|---|---|---|
| **MODE** | **MARKINGS** | **TGT LASER** | **ILLUM LASER** |
| O | OFF | OFF | OFF |
| 1 | AIM LO | LOW POWER | OFF |
| 2 | DUAL LO | LOW POWER | LOW POWER |
| 3 | AIM HI | HIGH POWER | OFF |
| 4 | DUAL LO/HI | HIGH POWER | LOW POWER |
| 5 | DUAL HI | HIGH POWER | HIGH POWER |

| LASER | DIVERGENCE | WAVELENGTH |
|---|---|---|
| IR BEAM | 0.3 mRad | 820-850 nm |
| IR ILLUMINATOR | 3.0 mRad | 820-850 nm |

| LEGEND | | | | | |
|---|---|---|---|---|---|
| cm | centimeters | IR | infrared | oz | ounces |
| g | grams | mRad | milliradians | | |
| in | inches | nm | nanometers | | |

**Figure 3-14. AN/PEQ-2**

## AN/PEQ-15 Advanced Target Pointer/Illuminator/Aiming Light

3-56. The AN/PEQ-15 ATPIAL is a multifunctional laser that emits both a visible and IR light for precise weapon aiming and target/area illumination. This ruggedized system can be used as a handheld illuminator/pointer or can be mounted to weapons equipped with an M4- or M5-ARS (Military Standard [MIL STD] 1913).

- **Visible light** – can be used to boresight the device to a weapon without the need of night vision goggles. A visible red-dot aiming laser can also be selected to provide precise aiming of a weapon during daylight or night operations.
- **Infrared laser** – emit a highly collimated beam of IR light for precise weapon aiming. A separate IR-illuminating laser can be adjusted from a flood light mode to a single point spot-divergence mode.

3-57. The lasers can be used as handheld illuminator pointers, or can be weapon-mounted with included hardware. The co-aligned visible and IR aiming lasers emit through laser ports in the front of the housing. These highly capable aiming lasers allow for accurate nighttime aiming and system boresighting.

3-58. The AN/PEQ-15 has an integrated rail grabber molded into the body to reduce weight and additional mounting hardware. (Refer to TM 9-5855-1914-13&P for more information.)

**CAUTION**

The AN/PEQ-15 can be used during force-on-force training in the low power modes only. High power modes can be used on live-fire ranges exceeding 220 meters only.

3-59. The AN/PEQ-15, ATPIAL's (see figure 3-15 on page 3-23) visible aiming laser provides for active target acquisition in low light conditions and close-quarters combat situations, and allows users to zero using the borelight without using NOD. When used in conjunction with NODs, its IR aiming and illumination lasers provide for active, covert target acquisition in low light or complete darkness.

3-60. The ATPIAL visible and IR aiming lasers are co-aligned. A single set of adjusters moves both aiming beams, and the user can boresight/zero using either aiming laser. The following information is an extract from the equipment's technical manual for Soldier reference.



| TM 9-5855-1914-13&P | | |
|---|---|---|
| DIMENSIONS | | |
| LENGTH | 4.6 in | 11.7 cm |
| WIDTH | 2.8 in | 7.1 cm |
| HEIGHT | 1.9 in | 4.1 cm |
| WEIGHT | 7.5 oz | 213 g |

| POWER | |
|---|---|
| BATTERY LIFE | >6 hours in DUAL HIGH (DH) mode |
| POWER SOURCE | 1 each DL-123A, 3 volt |

| MODE OF OPERATION | | |
|---|---|---|
| POSITION | MODE | REMARKS |
| VIS AL | Vis Aiming Laser | Visible Aim Laser ON |
| O | OFF | Prevents inadvertent laser burst |
| P | Program | Sets the desired IR pulse rate |
| AL | AIM LOW | Low power of Aiming Laser |
| DL | DUAL LOW | Aiming Laser and Illuminator on LOW |
| AH | AIM HIGH | Aiming Laser set to HIGH |
| IH | ILLUM HIGH | IR Illuminator set to HIGH |
| DH | DUAL HIGH | IR Aim and Illuminator set to HIGH |

| LASER | DIVERGENCE | WAVELENGTH |
|---|---|---|
| IR BEAM | 0.5 mRad | 820-850 nm |
| IR ILLUMINATOR | 1.0 to 105 mRad | 820-850 nm |
| VISIBLE AIMING | 0.5 mRad | 605-665 nm |

| LEGEND | | | | | |
|---|---|---|---|---|---|
| cm | centimeters | IR | infrared | oz | ounces |
| g | grams | mRad | milliradians | | |
| in | inches | nm | nanometers | | |

**Figure 3-15. AN/PEQ-15, ATPIAL**

## AN/PEQ-15A, DUAL BEAM AIMING LASER – ADVANCED2

3-61. The AN/PEQ-15A DBAL-A2 is a multifunctional laser device that emits IR pointing and illumination light, as well as a visible laser for precise weapon aiming and target/area illumination. The visible and IR aiming lasers are co-aligned enabling the visible laser to be used to boresight both aiming lasers to a weapon without the need for night vision devices. This ruggedized system can be used as a handheld illuminator/pointer or can be mounted to weapons equipped with an M4 or M5 adapter rail system (MIL-STD-1913).

- **Visible light** – can be used to boresight the device to a weapon without the need of night vision goggles. A visible red-dot aiming laser can also be selected to provide precise aiming of a weapon during daylight or night operations.
- **Infrared laser** – emits a tightly focused beam of IR light for precise aiming of the weapon. A separate IR illumination provides supplemental IR illumination of the target or target area. The IR illuminator is equipped with an adjustable bezel to vary the size of the illumination beam on the size and distance to the target (flood to point divergence).

3-62. The lasers can be used as hand-held illuminator pointers, or can be weapon-mounted with included hardware. These highly capable aiming lasers allow for accurate nighttime aiming and system boresighting.

3-63. The AN/PEQ-15A, DBAL-A2 (see figure 3-16 on page 3-25) visible aiming laser provides for active target acquisition in low light conditions and close quarters combat situations, and allows users to zero using the borelight without using NODs. When used in conjunction with NODs, its IR aiming and illumination lasers provide for active, covert target acquisition in low light or complete darkness.

3-64. The DBAL-A2 visible and IR aiming lasers are co-aligned. A single set of adjusters moves both aiming beams, and the user can boresight/zero using either aiming laser. The following information is an extract from the equipment's technical manual for Soldier reference.



| TM 9-5855-1912-13&P | | |
|---|---|---|
| **DIMENSIONS** | | |
| **LENGTH** | 3.5 in | 8.7 cm |
| **WIDTH** | 2.9 in | 7.4 cm |
| **HEIGHT** | 1.9 in | 4.8 cm |
| **WEIGHT** | 8 oz | 224 g |

| POWER | |
|---|---|
| **BATTERY LIFE** | >5.5 hours in IR DUAL HIGH mode |
| **POWER SOURCE** | 1 each DL-123A, 3 volt |

| MODE OF OPERATION | | |
|---|---|---|
| **POSITION** | **MODE** | **REMARKS** |
| AL | LOW POWER | Low power for aim laser |
| AH | HIGH POWER | High power for aim laser |
| VIS A | VIS AIM RED | Aiming or marking laser for daylight |
| VIS A | VIS AIM GREEN | Aiming or marking laser for daylight |

| LASER | DIVERGENCE | WAVELENGTH |
|---|---|---|
| IR BEAM | 0.3 mRad | 840 nm |
| IR ILLUMINATOR | 0.5 to 75 mRad | 840 nm |
| VISIBLE AIM, RED | 0.3 mRad | 635 nm |
| VISIBLE AIM, GREEN | 0.5 mRad | 532 nm |

| LEGEND | | | | | |
|---|---|---|---|---|---|
| cm | centimeters | IR | infrared | oz | ounces |
| g | grams | mRad | milliradians | | |
| in | inches | nm | nanometers | | |

**Figure 3-16. AN/PEQ-15A, DBAL-A2**



OAG009220

## AN/PSQ-23, Illuminator, Integrated, Small Arms

3-65. The AN/PSQ-23 is a battery operated laser range finder (LRF) and digital magnetic compass (DMC) with integrated multifunctional lasers. The illuminator, integrated, small arms device is commonly referred to as the STORM laser. The visible and IR aiming lasers are co-aligned enabling the visible laser to be used to boresight both aiming lasers to a weapon without the need for night vision devices. This ruggedized system can be used as a handheld illuminator/pointer or can be mounted to weapons equipped with an M4 or M5 adapter rail system (MIL-STD-1913).

- **Laser range finder** – provides range to target information from 20 meters to 10,000 meters with an accuracy of +/- 1.5 meters.
- **Digital magnetic compass** – provides azimuth information and limited elevation information to the operator. The azimuth accuracy is +/- 0.5 degrees to +/- 1.5 degrees. The elevation accuracy is +/- 0.2 degrees. The DMC can identify bank or slopes up to 45 degrees with an accuracy of +/- 0.2 degrees.
- **Visible light** – provides for active target acquisition in low light and close quarters combat situations without the need for night vision devices. It can be used to boresight the device to a weapon without the need of night vision devices. A visible red-dot aiming laser can also be selected to provide precise aiming of a weapon during daylight or night operations.
- **Infrared laser** – emits a tightly focused beam of IR light for precise aiming of the weapon. A separate IR illumination provides supplemental IR illumination of the target or target area. The IR illuminator is equipped with an adjustable bezel to vary the size of the illumination beam on the size and distance to the target (flood to point divergence).
- **Infrared illuminator** – the STORM features a separately adjustable IR illuminator with adjustable divergence. It is fixed in the device housing and is set parallel to the rail mount.

***Note.*** The STORM's LRF and DMC may be used in combination to obtain accurate positioning information for targeting purposes and other tactical applications.

3-66. The integrated visible aim laser (VAL) and illumination lasers provide for active, covert target acquisition in low light or complete darkness when used in conjunction with night vision devices. The STORM is also equipped with a tactical engagement simulation (TES) laser allowing it to be used in a laser-based training environment.

3-67. The AN/PEQ-15A, DBAL-A2 visible aiming laser provides for active target acquisition in low light conditions and close-quarters combat situations, and allows users to zero using the borelight without using NODs. When used in conjunction with NODs, its IR aiming and illumination lasers provide for active, covert target acquisition in low light or complete darkness. The following information is an extract from the equipment's technical manual for Soldier reference (see figure 3-17 on page 3-27).



OAG009221



| TM 9-5855-1913-13&P | | |
|---|---|---|
| **DIMENSIONS** | | |
| **LENGTH** | 7.3 in | 18.5 cm |
| **WIDTH** | 3.5 in | 9.0 cm |
| **HEIGHT** | 1.9 in | 4.8 cm |
| **WEIGHT** | 20.8 oz | 590 g |

| POWER | |
|---|---|
| **BATTERY LIFE** | >5.5 hours in IR DUAL HIGH mode |
| **POWER SOURCE** | 2 each DL-123A, 3 volt |

| MODE OF OPERATION | | |
|---|---|---|
| **POSITION** | **MODE** | **REMARKS** |
| VH | VIS HIGH | Aiming or marking in daylight/indoor |
| AH | AIM HIGH | IR operates on high power |
| IH | ILLUM HIGH | IR illum operates on high power |
| DH | DUAL HIGH | IR/Illum both operate on high power |
| **BUTTON** | **MODE** | **REMARKS** |
| L | Laser activate | Activates aiming laser |
| R | Range/Compass | Press/Hold 3 sec to enter menu power |

| LASER | DIVERGENCE | WAVELENGTH |
|---|---|---|
| IR BEAM | 0.5 mRad | 820-850 nm |
| IR ILLUMINATOR | 1.0 to 100 mRad | 820-850 nm |
| VISIBLE AIM, RED | 0.5 mRad | 605-665 nm |
| LASER RANGE FINDER | 1.0 mRad | 1570 nm |

| LEGEND | | | | | |
|---|---|---|---|---|---|
| cm | centimeters | IR | infrared | oz | ounces |
| g | grams | mRad | milliradians | | |
| in | inches | nm | nanometers | | |

**Figure 3-17. AN/PSQ-23, STORM**

This page intentionally left blank.

Chapter 4

# Mountable Equipment

Both the M4- and M16-series of weapons have a wide variety of attachments to increase Soldier lethality, situational awareness, and overmatch. The attachments can be applied in various locations on the weapon system. Soldiers must understand what the attachments are, how they are correctly positioned, how to align them with the weapon system, and how to integrate them into use to maximize the system's capabilities.

This chapter explains how the ARS is used to mount the various attachments. It describes the weapons, aiming devices, and accessories available for mounting, and includes general information on the proper mounting location as well as their basic capabilities.

## ADAPTIVE RAIL SYSTEM

4-1. The ARS and rail grabbers are designed for M16- and M4-/M4A1-series weapons to mount:

- Weapons.
- Aiming devices.
- Accessories.

4-2. The ARS provides a secure mounting point for various accessories that may be mounted on the weapon's top, bottom, left, and right. Each rail groove has an incremental number identifying the slot location, starting from the rear of the weapon.

4-3. Soldiers should record the attachment or equipment's serial number (if applicable), the location of the attachment (for example, markings between lugs), and any boresight or alignment settings specific to the equipment at that location.

4-4. Once complete, the Soldier should mark the mounting bracket to identify the tightened position with a permanent marker. Marking the mounting bracket allows for rapid identification of loosening hardware during firing. Soldiers must periodically verify the mounting hardware does not loosen during operation. During zeroing or zero confirmation operations, Soldiers should retighten the mounting hardware after the first five rounds.

4-5. Soldiers must ensure the equipment is firmly affixed to the ARS before tie down is complete. If the attachments are loose, their accuracy and effectiveness will be degraded.

## MOUNTABLE WEAPONS

4-6. There are two types of weapons that can be physically attached to the M16-/M4-series rifles; grenade launchers and shotguns. These weapons are standard components of the unit's organizational equipment and serve specific purposes during combat operations.

4-7. These weapons are mounted under the barrel of the service rifle at specific locations. They may be removed by a qualified armorer only.

### GRENADE LAUNCHERS

4-8. The M320/M320A1 grenade launcher is a lightweight grenade launcher that can operate in a stand-alone or attached configuration. The M320/M320A1 grenade launcher uses an integrated double-action-only trigger system. The M320 series is the replacement weapon for the M203. (See figure 4-1.)



**Figure 4-1. M320 attached to M4 series carbine example**

4-9. The M203 is a breach loaded attachable grenade launcher that is affixed to the bottom of the barrel of the M16-/M4-series rifle. The M203 cannot be used in a stand-alone configuration. (See figure 4-2)



**Figure 4-2. M203 grenade launcher example**

4-10. Each mountable 40mm grenade launcher provides the following capabilities to the small unit (see the appropriate TM for authorized use):

- Pyrotechnic signal and spotting rounds:
  - Star cluster, white.
  - Star parachute, white.
  - Star parachute, green.
  - Star parachute, red.
  - Smoke, yellow.
  - Smoke, green.
  - Smoke, red.
  - Illumination, infrared.
- High explosive (HE).
- High explosive, dual purpose (HEDP).
- Nonlethal.
- Training practice (TP).

## SHOTGUN SYSTEM

4-11. The M26 Modular Accessory Shotgun System (MASS) is an under-barrel shotgun attachment for the M16/M4/M4A1. The M26 uses a 3- or 5-round detachable box magazine and provides Soldiers with additional tactical capabilities. (Refer to TC 3-22.12 for more information). (See figure 4-3.)



**Figure 4-3. M26 shotgun example**

4-12. The M26 provides specific tactical capabilities to the Soldier using the following ammunition:

- Slug. Door breaching.
- Shot range, 00 buckshot.
- Nonlethal, rubber slug, buckshot, and riot control.

## MOUNTABLE AIMING DEVICES

4-13. Aiming devices mounted to the weapon system should be placed in a specific location on the weapon to maximize their capabilities. Table 4-1 provides the preferred mounting locations of the most common attachments.

**Table 4-1. Attachment Related Technical Manuals and Mounting**

| Attachment | Technical Manual | M4/M4A1, M16A4 | M4/M4A1 | M16A2/A3 |
|---|---|---|---|---|
| BUIS | | UR | UR | |
| CCO, M68 | TM 9-1240-413-13&P | UR* | UR* | MT |
| RCO, M150 | TM 9-1240-416-13&P | UR | UR | MT |
| AN/PVS-14 | TM 11-5855-306-10 | UR*** | | |
| AN/PEQ-15A | TM 9-5855-1912-13&P | RG** | BA | BA |
| AN/PEQ-15 | TM 9-5855-1914-13&P | RG** | BA | BA |
| AN/PAS-13B(V1), LWTS | TM 11-5855-312-10 | UR | UR | MT |
| AN/PAS-13B(V3), HWTS | TM 11-5855-312-10 | UR | UR | MT |
| AN/PAS-13C(V1), LWTS | TM 11-5855-316-10 | UR | UR | MT |
| AN/PAS-13C(V3), HWTS | TM 11-5855-316-10 | UR | UR | MT |
| AN/PAS-13D(V)1 LWTS | TM 11-5855-324-10 | UR | UR | MT |
| AN/PAS-13D(V2), MWTS | TM 11-5855-317-10 | UR | UR | MT |
| AN/PAS-13D(V3), HWTS | TM 11-5855-317-10 | UR | UR | MT |
| AN/PSQ-23 | TM 9-5855-1913-13&P | RG** | BA | BA |

**Legend:**
BA – Bracket Assembly
BUIS – Back up Irion Sight
CCO – Close Combat Optic
HTWS – Heavy Thermal Weapons Sight
LTWS – Light Thermal Sight
MWTS – Medium Thermal Sight
MT – M16 Mount
RCO – Rifle Combat Optic
RG – Rail Grabber
UR – Upper Receiver
* With a half-moon spacer installed.
** Picatinny or Insight rail grabbers may be used.
*** If used in conjunction with the CCO, the CCO will mount on the top rail of the ARS.

## MOUNTABLE ACCESSORIES

4-14. Mountable accessories are items that may be attached to a weapon but are not required for operation. They provide assistance stabilizing the weapon or provide white-light illumination for specific tactical operations.

4-15. These devices are authorized as needed by the small unit. Some mountable accessories are aftermarket (commercial-off-the-shelf, or COTS) items that use the ARS for semipermanent attachment.

### BIPOD

4-16. Bipods are highly adjustable that enhance stability within the battle space environment. They are secured by the front sling swivel or the advanced rail system on the foregrip of the weapon. They can be used in combination with a sand sock or other buttstock support to provide an extremely stable firing platform. (See figure 4-4.)

4-17. The bipod is an additional means to stabilize the weapon in various shooting positions. Despite primarily being used in prone position, bipods can be used for additional support in alternate shooting positions while using barricade supports. The bipod provides additional support which facilitates acquisition of muscle relaxation and natural point of aim. The use of bipods in barricade shooting can increase the Soldier's efficiency and probability of a first round hit while engaging targets.



**Figure 4-4. Bipod example**



OAG009228

## Vertical Foregrip

4-18. Vertical foregrips (VFGs) assist in transitioning from target to target in close quarter combat. (See figure 4-5.)

4-19. The further out the Soldier mounts the VFG, the smoother and quicker his transitions between multiple targets will be, however he should not mount it so far forward that using the VFG is uncomfortable.



**Figure 4-5. Vertical foregrip example**

## Foregrip with Integrated Bipods

4-20. VFGs with integrated bipods are acceptable for common use. They combine the VFG capability with a small, limited adjustment bipod. They typically lack the full adjustment capabilities of full bipods, but provide a compact stable extrusion for the firer.

## Mounted Lights

4-21. The weapon-mounted lights are commonly issued throughout the Army. The purpose of the weapon mounted lights is to provide illumination and assist in target acquisition and identification during limited visibility operations.

4-22. Most weapon mounted lights provide selection between white light and infrared capabilities. Employment of the weapon mounted light is based upon mission, enemy, terrain and weather, troops and support available, time available, civil considerations (METT-TC) and unit SOP. The weapon mounted lights should be mounted in such a manner that the Soldier can activate and deactivate them efficiently and their placement does not hinder the use of any other attachment or accessory. They must be attached in such a manner as to prevent negligent or unintentional discharge of white light illumination during movement or climbing.

Chapter 5

# EMPLOYMENT

The rifleman's primary role is to engage the enemy with well-aimed shots. (Refer to ATP 3-21.8 for more information.) In this capacity, the rate of fire for the M4 rifle is not based on how fast the Soldier can pull the trigger. Rather, it is based on how fast the Soldier can consistently acquire and engage the enemy with accuracy and precision.

Consistently hitting a target with precision is a complex interaction of factors immediately before, during, and after the round fires. These interactions include maintaining postural steadiness, establishing and maintaining the proper aim on the target, stabilization of the weapon while pressing the trigger, and adjusting for environmental and battlefield conditions.

5-1. Every Soldier must adapt to the firing situation, integrate the rules of firearms safety, manipulate the fire control, and instinctively know when, how, and where to shoot. It is directly influenced by the Soldier's ability to hit the target under conditions of extreme stress:

- Accurately interpret and act upon perceptual cues related to the target, front and rear sights, rifle movement, and body movement.
- Execute minute movements of the hands, elbows, legs, feet, and cheek.
- Coordinate gross-motor control of their body positioning with fine-motor control of the trigger finger.

5-2. Regardless of the weapon system, the goal of shooting remains constant: well-aimed shots. To achieve this end state there are two truths. Soldier's must—

- Properly point the weapon (sight alignment ***and*** sight picture).
- Fire the weapon without disturbing the aim.

5-3. To accomplish this, Soldiers must master sight alignment, sight picture, and trigger control.

- **Sight alignment** – sight alignment is the relationship between the aiming device and the firer's eye. To achieve proper and effective aim, the focus of the firer's eye needs to be on the front sight post or reticle. The Soldier must maintain sight alignment throughout the aiming process.
- **Sight picture** – the sight picture is the placement of the aligned sights on the target.
- **Trigger control** – the skillful manipulation of the trigger that causes the rifle to fire without disturbing the aim.

## SHOT PROCESS

5-4. The **shot process** is the basic outline of an individual engagement sequence all firers consider during an engagement, regardless of the weapon employed. The shot process formulates all decisions, calculations, and actions that lead to taking the shot. The shot process may be interrupted at any point before the sear disengaging and firing the weapon should the situation change.

5-5. The shot process has three distinct phases:

- **Pre-shot**.
- **Shot**.
- **Post-shot**.

5-6. To achieve consistent, accurate, well-aimed shots, Soldiers must understand and correctly apply the shot process. The sequence of the shot process does not change, however, the application of each element vary based on the conditions of the engagement.

5-7. Every shot that the Soldier takes has a complete shot process. Grouping, for example, is simply moving through the shot process several times in rapid succession.

5-8. The shot process allows the Soldier to focus on one cognitive task at a time. The Soldier must maintain the ability to mentally organize the shot process's tasks and actions into a disciplined mental checklist, and focus their attention on activities which produce the desired outcome; a well-aimed shot.

5-9. The level of attention allocated to each element during the shot process is proportional to the conditions of each individual shot. Table 5-1 provides an example of a shot process.

**Table 5-1. Shot Process example**

| | |
|---|---|
| Pre-shot | Position |
| | Natural Point of Aim |
| | Sight Alignment / Picture |
| | Hold |
| Shot | Refine Aim |
| | Breathing Control |
| | Trigger Control |
| Post-shot | Follow-through |
| | Recoil management |
| | Call the Shot |
| | Evaluate |

## FUNCTIONAL ELEMENTS OF THE SHOT PROCESS

5-10. Functional elements of the shot process are the linkage between the Soldier, the weapon system, the environment, and the target that directly impact the shot process and ultimately the consistency, accuracy, and precision of the shot. When used appropriately, they build a greater understanding of any engagement.

5-11. The functional elements are interdependent. A accurate shot, regardless of weapon system, requires the Soldier to establish, maintain, and sustain—

- **Stability** – the Soldier stabilizes the weapon to provide a consistent base to fire from and maintain through the shot process until the recoil pulse has ceased. This process includes how the Soldier holds the weapon, uses structures or objects to provide stability, and the Soldier's posture on the ground during an engagement.
- **Aim** – the continuous process of orienting the weapon correctly, aligning the sights, aligning on the target, and the appropriate lead and elevation (hold) during a target engagement.
- **Control** – all the conscious actions of the Soldier before, during, and after the shot process that the Soldier specifically is in control of. The first of which is trigger control. This includes whether, when, and how to engage. It incorporates the Soldier as a function of safety, as well as the ultimate responsibility of firing the weapon.
- **Movement** – the process of the Soldier moving during the engagement process. It includes the Soldier's ability to move laterally, forward, diagonally, and in a retrograde manner while maintaining stabilization, appropriate aim, and control of the weapon.

5-12. These elements define the tactical engagement that require the Soldier to make adjustments to determine appropriate actions, and compensate for external influences on their shot process. When all elements are applied to the fullest extent, Soldiers will be able to rapidly engage targets with the highest level of precision.

5-13. Time, target size, target distance, and the Soldier's skills and capabilities determine the amount of effort required of each of the functional elements to minimize induced errors of the shot.

5-14. Each weapon, tactical situation, and sight system will have preferred techniques for each step in the shot process and within the functional elements to produce precision and accuracy in a timely manner. How fast or slow the shooter progresses through the process is based on target size, target distance, and shooter capability.

5-15. The most complex form of shooting is under combat conditions when the Soldier is moving, the enemy is moving, under limited visibility conditions. Soldiers and leaders must continue to refine skills and move training from the simplest shot to the most complex. Applying the functional elements during the shot process builds a firer's speed while maintaining consistency, accuracy, and precision during complex engagements.

5-16. Each of the functional elements and the Soldier actions to consider during the shot process are described later in this manual.

## TARGET ACQUISITION

5-17. Target acquisition is the ability of a Soldier to rapidly recognize threats to the friendly unit or formation. It is a critical Soldier function before any shot process begins. It includes the Soldier's ability to use all available optics, sensors, and information to detect potential threats as quickly as possible.

5-18. Target acquisition requires the Soldier to apply an acute attention to detail in a continuous process based on the tactical situation. The target acquisition process includes all the actions a Soldier must execute rapidly:

- **Detect** potential threats (target detection).
- **Identify** the threat as friend, foe, or noncombatant (target identification).
- **Prioritize** the threat(s) based on the level of danger they present (target prioritization).

### TARGET DETECTION

5-19. Effective target detection requires a series of skills that Soldiers must master. Detection is an active process during combat operations with or without a clear or known threat presence. All engagements are enabled by the Soldier's detection skills, and are built upon three skill sets:

- **Scan and search** – a rapid sequence of various techniques to identify potential threats. Soldier scanning skills determine potential areas where threats are most likely to appear.
- **Acquire** – a refinement of the initial scan and search, based on irregularities in the environment.
- **Locate** – the ability to determine the general location of a threat to engage with accuracy or inform the small unit leader of contact with a potential threat.

#### Scan and Search

5-20. Scanning and searching is the art of observing an assigned sector. The goal of the scan and search is a deliberate detection of potential threats based on irregularities in the surrounding environment. This includes irregular shapes, colors, heat sources, movement, or actions the Soldier perceives as being "out of place," as compared to the surrounding area.

5-21. Soldiers use five basic search and scan techniques to detect potential threats in combat situations:

- **Rapid scan** – used to detect obvious signs of threat activity quickly. It is usually the first method used, whether on the offense or fighting in the defense.
- **Slow scan** – if no threats are detected during the rapid scan, Soldiers conduct the more deliberate scan using various optics, aiming devices, or sensors. The slow scan is best conducted in the defense or during slow movement or tactical halts.

- **Horizontal scan** – are used when operating in restricted or urban terrain. It is a horizontal sweeping scan that focuses on key areas where potential threats may be over watching their movement or position.
- **Vertical scan** – an up and down scan in restricted or urban environments to identify potential threats that may be observing the unit from an elevated position.
- **Detailed search** – used when no threats are detected using other scanning methods. The detailed search uses aiming devices, thermal weapon systems, magnified optics, or other sensors to slowly and methodically review locations of interest where the Soldier would be positioned if they were the threat (where would I be if I were them?)

## Acquire

5-22. Target acquisition is the discovery of any object in the operational environment such as personnel, vehicles, equipment, or objects of potential military significance. Target acquisition occurs during target scan and search as a direct result of observation and the detection process.

5-23. During the scan and search, Soldiers are looking for "target signatures," which are signs or evidence of a threat. Tactically, Soldiers will be looking for threat personnel, obstacles or mines (including possible improvised explosive devices [IEDs]), vehicles, or anti-tank missile systems. These target signatures can be identified with sight, sound, or smell.

## Detection Best Practices

5-24. Threat detection is a critical skill that requires thoughtful application of the sensors, optics, and systems at the Soldier's disposal. Finding potential threats as quickly and effectively as possible provides the maximum amount of time to defeat the threat. Soldiers should be familiar with the following best practices to increase target detection:

- Scan with the unaided eye first, then with a magnified optic.
- Practice using I2 and thermal optics in tandem during limited visibility.
- Understand the difference between I2 and thermal optics; what they can "see" and what they can't. (See chapter 4 of this publication.)
- Thermal optics are the preferred sight for target acquisition and engagement, day or night.
- Don't search in the same area as others in the small unit. Overlap, but do not focus on the same sector.
- Practice extreme light discipline during limited visibility including IR light discipline.
- Think as the threat. Search in areas that would be most advantageous from their perspective.
- Detecting threats is exponentially more difficult when operating in a chemical, biological, radiological, nuclear (CBRN) environment. Practice detection skills with personal protective equipment (PPE)/individual

protective equipment (IPE) and understand the increased constraints and limitations, day and night.

### Locate

5-25. Target location is the determination of where a target is in your operational environment in relation to the shooter, small unit, or element. Locating a target or series of targets occurs as a result of the search and acquisition actions of each Soldier in the small unit.

5-26. Once a target is located, the threat location can be rapidly and efficiently communicated to the rest of the unit. Methods used to announce a located target depend on the individual's specific position, graphic control measures for the operation, unit SOP, and time available.

## TARGET IDENTIFICATION

5-27. Identifying (or discriminating) a target as friend, foe, or noncombatant (neutral) is the second step in the target acquisition process. The Soldier must be able to positively identify the threat into one of three classifications:

- **Friend.** Any force, U.S. or allied, that is jointly engaged in combat operations with an enemy in a theater of operation.
- **Foe (enemy combatant).** Any individual who has engaged acts against the U.S. or its coalition partners in violation of the laws and customs of war during an armed conflict.
- **Noncombatants.** Personnel, organizations, or agencies that are not taking a direct part in hostilities. This includes individuals such as medical personnel, chaplains, United Nations observers, or media representatives or those out of combat such as the wounded or sick. Organizations like the Red Cross or Red Crescent can be classified as noncombatants.

5-28. The identification process is complicated by the increasing likelihood of having to discriminate between friend/foe and combatant/noncombatant in urban settings or restricted terrain. To mitigate fratricide and unnecessary collateral damage, Soldiers use all of the situational understanding tools available and develop tactics, techniques, and procedures for performing target discrimination.

### Fratricide Prevention

5-29. Units have other means of designating friendly vehicles from the enemy. Typically, these marking systems are derived from the unit tactical standard operating procedure (TACSOP) or other standardization publications, and applied to the personnel, small units, or vehicles as required:

- **Markings.** Unit markings are defined within the unit SOP. They distinctly identify a vehicle as friendly in a standardized manner.
- **Panels.** VS-17 panels provide a bright recognition feature that allows Soldiers to identify friendly vehicles through the day sight during unlimited visibility. Panels do not provide a thermal signature.

- **Lighting.** Chemical or light emitting diode lights provide a means of marking vehicles at night. However, chemical lights are not visible through a thermal sight. An IR variant is available for use with night vision devices. Lighting systems do not provide for thermal identification during day or limited visibility operations.
- **Beacons and Strobes.** Beacons and strobes are unit-procured, small-scale, compact, battery-operated flashing devices that operate in the near infrared wavelength. They are clearly visibly through night vision optics, but cannot be viewed through thermal optics.

> ***Note.*** Beacons and strobes generate illumination signals that can only be viewed by I2 optics. The signal ***cannot be viewed*** by thermal optics. Leaders and Soldiers are required to be aware of which optic can effectively view these systems when developing their SOPs and when using them in training or combat.
>
> Beacons and strobes have the potential to be viewed by enemy elements with night vision capabilities. Units should tailor use of the beacon based on METT-TC.

- **Symbols.** Unit symbols may be used to mark friendly vehicles. An inverted V, for example, painted on the flanks, rear, and fronts of a vehicle, aid in identifying a target as friendly. These are typically applied in an area of operations and not during training. Symbol marking systems do not provide for thermal identification during day or limited visibility operations.

## TARGET PRIORITIZATION

5-30. When faced with multiple targets, the Soldier must prioritize each target and carefully plan his shots to ensure successful target engagement. Mental preparedness and the ability to make split-second decisions are the keys to a successful engagement of multiple targets. The proper mindset will allow the Soldier to react instinctively and control the pace of the battle, rather than reacting to the adversary threat.

5-31. Targets are prioritized into three threat levels—

- **Most dangerous.** A threat that has the capability to defeat the friendly force and is preparing to do so. These targets must be defeated immediately.
- **Dangerous.** A threat that has the capability to defeat the friendly force, but is not prepared to do so. These targets are defeated after all most dangerous targets are eliminated.
- **Least dangerous.** Any threat that does not have the ability to defeat the friendly force, but has the ability to coordinate with other threats that are more prepared. These targets are defeated after all threats of a higher threat level are defeated.

5-32. When multiple targets of the same threat level are encountered, the targets are prioritized according to the threat they represent. The standard prioritization of targets establishes the order of engagement. Firers engage similar threats by the following guide:

- **Near before far**.
- **Frontal before flank**.
- **Stationary before moving**.

5-33. The prioritization of targets provides a control mechanism for the shooter, and facilitates maintaining overmatch over the presented threats. Firers should be prepared deviate from the prioritization guide based on the situation, collective fire command, or changes to the target's activities.

Chapter 6

# Stability

Stability is the ability of the Soldier to create a stable firing platform for the engagement. The Soldier stabilizes the weapon to provide a consistent base from which to fire from and maintain through the shot process until the recoil impulse has ceased. This process includes how the Soldier holds the weapon, uses structures or objects to provide stability, and the Soldier's posture on the ground during an engagement. A stable firing platform is essential during the shot process, whether the Soldier is stationary or moving.

This chapter provides the principles of developing a stable firing platform, describes the interaction between the Soldier, weapon, the surroundings, and the methods to achieve the greatest amount of stability in various positions. It explains how the stability functional element supports the shot process and interacts and integrates the other three elements. Stability provides a window of opportunity to maintain sight alignment and sight picture for the most accurate shot.

## SUPPORT

6-1. Stability is provided through four functions: support, muscle relaxation, natural point of aim, and recoil management. These functions provide the Soldier the means to best stabilize their weapon system during the engagement process.

6-2. The placement or arrangement of sandbags, equipment, or structures that directly provide support to the upper receiver of the weapon to provide increased stability. This includes the use of a bipod or vertical foregrip, bone and muscle support provided by the shooter to stabilize the rifle.

6-3. Support can be natural or artificial or a combination of both. Natural support comes from a combination of the shooter's bones and muscles. Artificial support comes from objects outside the shooter's body. The more support a particular position provides, the more stable the weapon.

- **Leg Position.** The position of the legs varies greatly depending on the firing position used. The position may require the legs to support the weight of the Soldier's body, support the firing elbow, or to meet other requirements for the firing position. When standing unsupported, the body is upright with the legs staggered and knees slightly bent. In the prone, the firer's legs may be spread apart flat on the ground or bent at the knee. In the sitting position, the legs may also serve an intricate part of the firing position.

- **Stance/Center of Gravity.** The physical position of a Soldier before, during, and after the shot that relates to the firer's balance and posture. The position/center of gravity does not apply when firing from the prone position. The position/center of gravity specifically relates to the Soldier's ability to maintain the stable firing platform during firing, absorbing the recoil impulses, and the ability to aggressively lean toward the target area during the shot process.
- **Firing Elbow.** The placement of the firing elbow during the shot process. Proper elbow placement provides consistent firing hand grip while standing, sitting, or kneeling, and provides support stability in the prone position.
- **Nonfiring Elbow.** The Soldier's placement of the nonfiring elbow during the shot process supports the rifle in the all positions.
- **Firing Hand.** Proper placement of the firing hand will aid in trigger control. Place the pistol grip in the 'V' formed between the thumb and index finger. The pressure applied is similar to a firm handshake grip. Different Soldiers have different size hands and lengths of fingers, so there is no set position of the finger on the trigger. To grip the weapon, the Soldier places the back strap of the weapon's pistol grip high in the web of his firing side hand between his thumb and index (trigger) finger. The Soldier's trigger finger is indexed on the lower receiver, well outside the trigger guard and off the magazine release to prevent inadvertent release of the magazine. The firing hand thumb (or trigger finger for left-handed firers) is indexed on top of the safety selector switch. The Soldier grasps the pistol grip with his remaining three fingers ensuring there is no gap between his middle finger and the trigger guard.
- **Nonfiring Hand.** Proper placement of the non-firing hand is based on the firing position and placement of the non-firing elbow to provide the stability of the weapon. Placement is adjusted during supported and unsupported firing to maximize stability. The non-firing hand is placed as far forward as comfortable without compromising the other elements of the position or inducing extreme shooter-gun angle.
  - The nonfiring hand supports the weight of the rifle by grasping the fore arm. It should be a firm but relaxed grip. In all positions it should be as close to the handguard as naturally possible to aid in recoil management.
  - If possible, the firer should strive to have the thumb of the nonfiring hand provide downward force on the handguard. The pressure will provide the necessary force to assist in the management of the muzzle rise from recoil.
  - In all positions it should be as close to the end of the handguard as naturally possible to aid in recoil management.
  - Due to limited space on current MWS rails the above may not be possible but consideration should be given while mounting lasers to achieve an extended grip.
- **Butt Stock.** Correct placement of the butt stock in the firing shoulder will aid in achieving a solid stock weld. Side to side placement will vary

depending on equipment worn while firing. The butt stock is placed high enough in the shoulder to allow for an upright head position.

- The vertical placement of the butt stock will vary from firing position to firing position. A general guideline to follow is: the higher the position from the ground, the higher the butt stock will be in the shoulder.
- The term “butt stock” refers to both the butt stock (M16-series) and collapsible butt stock (M4-series) for clarity.

- **Stock Weld.** Stock weld is the placement of the firer’s head on the stock of the weapon. Correct stock weld is critical to sight alignment. The firer rests the full weight of the head on the stock. The head position is as upright as possible to give the best vision through the aiming device. It allows for scanning additional targets not seen through the aiming device.
  - When establishing the stock weld, bring the rifle up to your head, not your head down to the rifle. The firer’s head will remain in the same location on the stock while firing, but the location may change when positions are changed. The bony portion of the cheek placed on the stock is the basic starting point. Soldiers adapt to their facial structure to find the optimal placement that allows for both sight alignment and repetitive placement.
  - Figure 6-1 shows the differences in head placement, which effects sight alignment. The firer on the right is NOT resting the full weight of their head on the stock. The picture on the left shows the skin of the firer’s head being pushed down by the full weight of their head. This technique can be quickly observed and corrected by a peer coach.

***Note.*** Soldiers’ bodies vary with the amount of flesh and the bone structure of the face. Firers who apply downward force simply to achieve the appearance in the correct (left) image in figure 6-1, on page 6-4, will not have relaxation and will not have a repeatable placement. The goal is to have alignment with consistent placement.




**Figure 6-1. Stock weld**

## MUSCLE RELAXATION

6-4. Muscle relaxation is the ability of the Soldier to maintain orientation of the weapon appropriately during the shot process while keeping the major muscle groups from straining to maintain the weapon system's position. Relaxed muscles contribute to stability provided by support.

- Strained or fatigued muscles detract from stability.
- As a rule, the more support from the shooter's bones the less he requires from his muscles.
- The more skeletal support, the more stable the position, as bones do not fatigue or strain.
- As a rule, the less muscle support required, the longer the shooter can stay in position.

## NATURAL POINT OF AIM

6-5. The natural point of aim is the point where the barrel naturally orients when the shooter's muscles are relaxed and support is achieved. The natural point of aim is built upon the following principles:

- The closer the natural point of aim is to the target, the less muscle support required.
- The more stable the position, the more resistant to recoil it is.
- More of the shooter's body on the ground equals a more stable position.
- More of the shooter's body on the ground equals less mobility for the shooter.

6-6. When a Soldier aims at a target, the lack of stability creates a wobble area, where the sights oscillate slightly around and through the point of aim. If the wobble area is larger than the target, the Soldier requires a steadier position or a refinement to their position to decrease the size of his wobble area before trigger squeeze.

***Note.*** The steadier the position, the smaller the wobble area. The smaller the wobble area, the more precise the shot.

6-7. To check a shooter's natural point of aim, the Soldier should assume a good steady position and get to the natural pause. Close their eyes, go through one cycle, and then open their eyes on the natural pause. Where the sights are laying at this time, is the natural point of aim for that position. If it is not on their point of aim for their target, they should make small adjustments to their position to get the reticle or front sight post back on their point of aim. The Soldier will repeat this process until the natural point of aim is on the point of aim on their target.

## RECOIL MANAGEMENT

6-8. Recoil management is the result of a Soldier assuming and maintaining a stable firing position which mitigates the disturbance of one's sight picture during the cycle of function of the weapon.

6-9. The Soldier's firing position manages recoil using support of the weapon system, the weight of their body, and the placement of the weapon during the shot process. Proper recoil management allows the sights to rapidly return to the target and allows for faster follow up shots.

## SHOOTER–GUN ANGLE

6-10. The shooter gun-angle is the relationship between the shooters upper body and the direction of the weapon. This angle is typically different from firing position to firing position, and directly relates to the Soldier's ability to control recoil. Significant changes in the shooter-gun angle can result in eye relief and stock weld changes.

***Note.*** Units with a mix of left and right handed shooters can take advantage of each Soldiers' natural carry positions, and place left-handed shooters on the right flanks, and right-handed shooters on the left flanks, as their natural carry alignment places the muzzle away from the core element, and outward toward potential threats, and reduces the challenges of firing when moving laterally.

## FIELD OF VIEW

6-11. The field of view is the extent that the human eye can see at any given moment. The field of view is based on the Soldier's view ***without*** using magnification, optics, or thermal devices. The field of view is what the Soldier sees, and includes the areas where the Soldier can detect potential threats.

## CARRY POSITIONS

6-12. There are six primary carry positions. These positions may be directed by the leader, or assumed by the Soldier based on the tactical situation. The primary positions are—

- Hang.
- Safe hang.
- Collapsed low ready.
- Low ready.
- High ready.
- Ready (or ready-up).

Case 3:23-cv-00209-SPM Document 247-38 Filed 10/21/24 Page 97 of 126 Page ID #22167



## HANG

6-13. Soldiers use the hang when they need their hands for other tasks and no threat is present or likely (see figure 6-2). The weapon is slung and the safety is engaged. The hang carry should not be used when the weapon control status is RED. The reduced security of the weapon may cause the mechanical safety select lever to unintentionally move to SEMI or BURST/AUTO.

| Carry Position: | Hang |
|---|---|
| When Used: | No threat is likely or present. Typically used when not in a tactical environment. |
| Command: | ASSUME HANG |
| Advantages: | Provides the maximum amount of Soldier mobility and freedom of movement and use of their hands. |
| Disadvantages: | Least accessibility to the weapon and the fire controls. Requires the most time to transition to a stable firing position. Maintains minimum amount of physical security. |




**Figure 6-2. Hang carry example**



OAG009244

## SAFE HANG

6-14. The safe hang is used when no immediate threat is present and the hands are not necessary (see figure 6-3). In the safe hang carry, the weapon is slung, the safety is engaged, and the Soldier has gripped the rifle's pistol grip. The Soldier sustains Rule 3, keeping the finger off the trigger until ready to engage when transitioning to the ready or ready up position.

6-15. In this position, the Soldier can move in any direction while simultaneously maintaining his muzzle oriented at the ground by using his firing hand. This carry provides control of the weapon, flexibility in movement, and positive control of the weapon's fire controls.

| Carry Position: | Safe Hang |
|---|---|
| When Used: | No immediate threat is likely or present. Used to maintain positive control of the weapon, the fire controls, and weapon orientaion during movement. |
| Command: | ASSUME SAFE HANG |
| Advantages: | Provides some Soldier mobility while maintaining positive control of the weapon and weapon orientation. |
| Disadvantages: | Reduced use of hands. |




**Figure 6-3. Safe hang example**

## COLLAPSED LOW READY

6-16. The collapsed low ready is used when a greater degree of muzzle control and readiness to respond to threats or weapon retention is necessary (such as crowded environments). In the collapsed low ready, the firing hand is secure on the weapon's pistol grip. The non-firing hand is placed on the hand guards or vertical foregrip (see figure 6-4).

6-17. This carry allows a Soldier to navigate crowded or restrictive environments while simultaneously minimizing or eliminating his muzzle covering (flagging) by maintaining positive control of the muzzle orientation.

| Carry Position: | Collapsed Low Ready |
|---|---|
| When Used: | A greater degree of muzzle control and readiness is required. Used in restricted or crowded environments, urban terrain, or when positive control of weapon orientation is required. |
| Command: | ASSUME COLLAPSED |
| Advantages: | Provides some Soldier mobility while maintaining positive control of the weapon and weapon orientation. Increased readiness. |
| Disadvantages: | Use of hands limited. |




**Figure 6-4. Collapsed low ready example**

## Low Ready

6-18. The low ready provides the highest level of readiness and with the maximum amount of observable area for target acquisition purposes

6-19. In the low ready position, the weapon is slung, the butt stock is in the Soldier's shoulder, and the muzzle is angled down at a 30- to 45-degree angle and oriented towards the Soldier's sector of fire.

6-20. Firing hand is positioned on the pistol grip with the index finger straight and out of the trigger guard. The thumb is placed on the selector lever with the lever placed on safe. From this carry, the Soldier is ready to engage threats within a very short amount of time with minimal movement. (See figure 6-5).

6-21. Observation is maintained to the sector of fire. The Soldier looks over the top of his optics or sights to maintain situation awareness of his sector. The Soldier's head remains upright.

| Carry Position: | Low Ready |
|---|---|
| When Used: | Contact with threats is likely and direct fire engagements are probable. |
| Command: | GO LOW READY |
| Advantages: | Readiness is increased to provide for rapid engagement when the weapons control status conditions are met. |
| Disadvantages: | Reduced awareness laterally and to the rear. |




**Figure 6-5. Low ready position**

## HIGH READY

6-22. The high ready is used when the Soldier's sector of fire includes areas overhead or when an elevated muzzle orientation is appropriate for safety (see figure 6-6). The high ready carry is used when contact is likely.

6-23. In the high ready, the weapon is slung, butt stock is in the armpit, the muzzle angled up to at least a 45-degree angle and oriented toward the Soldier's sector of fire—ensuring no other Soldiers are flagged.

6-24. The firing hand remains in the same position as the low ready. The non-firing side hand can be free as the weapon is supported by the firing side hand and armpit.

6-25. This position is not as effective as the low ready for several reasons: it impedes the field of view, flags friendlies above the sector of fire, and typically takes longer to acquire the target.

| Carry Position: | High Ready |
|---|---|
| When Used: | Contact with threats is likely, threats or hazards are overhead, or when elevated muzzle orientation is required. |
| Command: | GO HIGH READY |
| Advantages: | Increased readiness for elevated threats, increased flag protection for friendly forces on the same level. |
| Disadvantages: | Reduced awareness laterally and to the rear. Impedes the field of view, can flag friendlies above the sector of fire, and increases time to acquire targets. |




**Figure 6-6. High ready position**



OAG009248

## READY OR READY-UP

6-26. The ready is used when enemy contact is imminent (see figure 6-7). This carry is used when the Soldier is preparing or prepared to engage a threat.

6-27. In the ready, the weapon is slung, the toe of the butt stock is in the Soldier's shoulder, and muzzle is oriented toward a threat or most likely direction of enemy contact. The Soldier is looking through his optics or sights. His non-firing side hand remains on the hand guards or the vertical foregrip.

6-28. The firing hand remains on the pistol grip with the firing finger off the trigger until the decision to engage a target is made.

| Carry Position: | Ready or Ready Up |
|---|---|
| When Used: | Contact with threats is imminent, the orientation of the muzzle is in the most probable target location, and the Soldier is prepared to engage. |
| Command: | MAKE READY |
| Advantages: | The highest level of readiness to engage a threat or threats. Rapid transition from target acquisition to engagement. |
| Disadvantages: | Reduced awareness laterally and to the rear. Requires the Soldier to maintain situational awareness laterally while actively acquiring targets. |




**Figure 6-7. Ready position or up position**



OAG009249

# STABILIZED FIRING

6-29. The Soldier must stabilize their weapon, whether firing from a stationary position or while on the move. To create a stabilized platform, Soldiers must understand the physical relationship between the weapon system, the shooter's body, the ground, and any other objects touching the weapon or shooter's body. The more contact the shooter has to the ground will determine how stable and effective the position is. The situation and tactics will determine the actual position used.

6-30. When a shooter assumes a stable firing position, movement from muscle tension, breathing, and other natural activities within the body will be transferred to the weapon and must be compensated for by the shooter.

6-31. Failing to create an effective platform to fire from is termed a ***stabilization failure***. A stabilization failure occurs when a Soldier fails to:

- Control the movement of the barrel during the arc of movement
- Adequately support the weapon system
- Achieve their natural point of aim.

6-32. These failures compound the firing occasion's errors, which directly correlate to the accuracy of the shot taken. To maximize the Soldier's stability during the shot process, they correctly assume various firing positions when stationary, or offset the induced errors with other firing skills during tactical movement.

6-33. As a rule, positions that are lower to the ground provide a higher level of stability. When the center of gravity elevates the level of stability decreases as shown in figure°6-8.




**Figure 6-8. Firing position stability example**

# FIRING POSITIONS

6-34. The nature of combat will not always allow time for a Soldier to get into a particular position. Soldiers need to practice firing in a variety of positions, including appropriate variations. There are 12 firing positions with variations that are common to all Soldiers. The positions are listed highest to lowest. The primary position is listed in bold, with the position variations in italics:

- **Standing** –
  - *Standing, unsupported.*
  - *Standing, supported.*
- **Squatting** – This position allows for rapid engagement of targets when an obstruction blocks the firer from using standard positions. It provides the firer a fairly well supported position by simply squatting down to engage, then returning to a standing position once the engagement is complete. The squatting position is generally unsupported.
- **Kneeling** – The kneeling position is very common and useful in most combat situations. The kneeling position can be supported or unsupported.
  - *Kneeling, unsupported.*
  - *Kneeling, supported.*
- **Sitting** – There are three types of sitting positions: crossed-ankle, crossed-leg, and open-leg. All positions are easy to assume, present a medium silhouette, provide some body contact with the ground, and form a stable firing position. These positions allow easy access to the sights for zeroing.
  - *Sitting, crossed ankle.*
  - *Sitting, crossed leg.*
  - *Sitting, open leg.*
- **Prone** – The prone position is the most stable firing position due to the amount of the Soldier's body is in contact with the ground. The majority of the firer's frame is behind the rifle to assist with recoil management.
  - *Prone, unsupported.*
  - *Prone, supported.*
  - *Prone, roll-over.*
  - *Prone, reverse roll-over.*

6-35. Soldiers must practice the positions dry frequently to establish their natural point of aim for each position, and develop an understanding of the restrictive nature of their equipment during execution. With each dry repetition, the Soldier's ability to change positions rapidly and correctly are developed, translating into efficient movement and consistent stable firing positions.

6-36. Each of these firing positions is described using in a standard format using the terms defined earlier.

## STANDING, UNSUPPORTED

6-37. This position should be used for closer targets or when time is not available to assume a steadier position such as short range employment. The upper body should be leaned slightly forward to aid in recoil management. The key focus areas for the standing supported position are applied as described in figure 6-9 below:

| | | |
|---|---|---|
| 1 | Support: | Unsupported |
| 2 | Leg Position: | Standing, firm, feet shoulder-width apart. |
| 3 | Stance / Center of Gravity: | Aggressive lean forward toward the target. |
| 4 | Firing Elbow: | Tucked toward the shooter's side. |
| 5 | Non-Firing Elbow: | Slightly outward. |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Extended as forward as possible, for aid in recoil and transitioning. |
| 8 | Butt Plate: | Highest point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter body is approximately 45 degrees to the gun-target line. |




**Figure 6-9. Standing, unsupported example**



OAG009253

## STANDING, SUPPORTED

6-38. Soldier should ensure it is the handguard of the weapon NOT the barrel that is in contact with the artificial support. Barrels being in direct contact with artificial support will result in erratic shots. The standing supported position uses artificial support to steady the position (see figure 6-10.) Forward pressure should be applied by the rear leg and upper body to aid in recoil management. The key focus area for the standing supported position are applied in the following ways:

**Nonfiring hand.** The nonfiring hand will hold the hand guards firmly and push against the artificial support. Hand positioning will vary depending on the type of support used.

| | | |
|---|---|---|
| 1 | Support: | Weapon is supported using a structure, bipod, or equipment. |
| 2 | Leg Position: | Standing, firm, feet shoulder-width apart. |
| 3 | Stance / Center of Gravity: | Aggressive lean forward toward the target. |
| 4 | Firing Elbow: | Tucked toward the shooter's side. |
| 5 | Non-Firing Elbow: | Extended to provide non-firing hand support. |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firm grasp on the hand guards, push against the artificial support. |
| 8 | Butt Plate: | Highest point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter body is approximately 45 degrees to the gun-target line. |




**Figure 6-10. Standing, supported example**



OAG009254

## SQUATTING

6-39. This position allows for rapid engagement of targets when an obstruction blocks the firer from using standard positions. It allows the firer a fairly stable position by simply squatting down to engage, then returning to a standing position after completing the engagement (see figure 6-11.)

6-40. Perform the following to assume a good squatting firing position:

- Face the target.
- Place the feet shoulder-width apart.
- Squat down as far as possible.
- Place the back of triceps on the knees ensuring there is no bone on bone contact.
- Place the firing hand on the pistol grip and the nonfiring hand on the upper hand guards.
- Place the weapon's butt stock high in the firer's shoulder pocket.

***Note.*** The firer may opt to use pressure from firing hand to rotate weapon to place the magazine against the opposite forearm to aid in stabilization.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier uses his body for limited weapon support. |
| 2 | Leg Position: | Crouched into a squatting position as low as possible to provide stability. |
| 3 | Stance / Center of Gravity: | Squatted, leaning toward the target area to assist with recoil management and absorption. |
| 4 | Firing Elbow: | Resting on the outside of the firing knee using the meaty portion of the tricep for support on the knee. |
| 5 | Non-Firing Elbow: | Resting on the inside of the non-firing thigh (NOT on the knee). |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firmly grasping the hand guards or vertical foregrip for support. |
| 8 | Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter is approximately 30 degrees off the gun-target line. |




**Figure 6-11. Squatting position**

## KNEELING, UNSUPPORTED

6-41. The kneeling unsupported position does not use artificial support. Figure 6-12 shows the optimum unsupported kneeling position. The firer should be leaning slightly forward into the position to allow for recoil management and quicker follow-up shots. The primary goal of this firing position is to establish the smallest wobble area possible. Key focus areas for kneeling, unsupported are:

- **Nonfiring elbow.** Place the non-firing elbow directly underneath the rifle as much as possible. The elbow should be placed either in front of or behind the kneecap. Placing the elbow directly on the kneecap will cause it to roll and increases the wobble area.
- **Leg position.** The non-firing leg should be bent approximately 90 degrees at the knee and be directly under the rifle. The firing-side leg should be perpendicular to the nonfiring leg. The firer may rest their body weight on the heel. Some firers lack the flexibility to do this and may have a gap between their buttocks and the heel.
- **Aggressive (stretch) kneeling.** All weight on non-firing foot, thigh to calf, upper body leaning forward, nonfiring triceps on non-firing knee, firing leg stretched behind for support. Highly effective for rapid fire and movement.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier uses non-firing knee when possible. |
| 2 | Leg Position: | Firing knee on the ground, foot under seat. Non-firing leg bent approximately 90 degrees and under weapon. |
| 3 | Stance / Center of Gravity: | Slight lean in to the target area. All weight on non-firing foot, thigh to calf. |
| 4 | Firing Elbow: | Tucked toward the shooter's side. |
| 5 | Non-Firing Elbow: | Tricep on the non-firing knee for self-support. Elbow underneath rifle. Elbow NOT ON KNEE. |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firm grasp on the hand guards to control wobble. |
| 8 | Butt Plate: | Mid to high point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter body is approximately 30 degrees to the gun-target line. |




**Figure 6-12. Kneeling, unsupported example**



OAG009256

## KNEELING, SUPPORTED

6-42. The kneeling supported position uses artificial support to steady the position (see figure 6-13). Contact by the nonfiring hand and elbow with the artificial support is the primary difference between the kneeling supported and unsupported positions since it assists in the stability of the weapon. Body contact is good, but the barrel of the rifle must not touch the artificial support. Forward pressure is applied to aid in recoil management. The key focus areas for the kneeling supported position are applied in the following ways:

- **Nonfiring hand.** The nonfiring hand will hold the hand guards firmly and will also be pushed against the artificial support. Hand positioning will vary depending on the type of support used.
- **Nonfiring elbow.** The nonfiring elbow and forearm may be used to assist with the weapon's stability by pushing against the artificial support. The contact of the nonfiring elbow and forearm with the structure will vary depending on the support used and the angle to the target.

| | |
|---|---|
| 1 Support: | Supported using available structure or equipment |
| 2 Leg Position: | Non-firing knee on the ground, foot under seat. Firing leg bent approximately 90 degrees outward. |
| 3 Stance / Center of Gravity: | Slight lean toward target area. All weight on firing foot and pressure on the artificial support. |
| 4 Firing Elbow: | Tucked toward the shooter's side, pressed against the inside of the firing thigh. |
| 5 Non-Firing Elbow: | Extended. May be pushed against the artificial support for stability. |
| 6 Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 Non-Firing Hand: | Firm grasp on the hand guards, push against the artificial support. |
| 8 Butt Plate: | Mid to high point of shoulder to absorb recoil impulse. |
| 9 Stock Weld: | Firm stock weld. |
| 10 Shooter-Gun Angle: | Shooter body is approximately 30 degrees to the gun-target line. |



**Figure 6-13. Kneeling, supported example**



OAG009257

## SITTING, CROSSED-ANKLE

6-43. The sitting, crossed-ankle position provides a broad base of support and places most of the body weight behind the weapon (see figure 6-14). This allows quick shot recovery and recoil impulse absorption. Perform the following to assume a good crossed-ankle position:

- Face the target at a 10- to 30-degree angle.
- Place the nonfiring hand under the hand guard.
- Bend at knees and break fall with the firing hand.
- Push backward with feet to extend legs and place the buttocks to ground.
- Cross the non-firing ankle over the firing ankle.
- Bend forward at the waist.
- Place the non-firing elbow on the nonfiring leg below knee.
- Grasp the rifle butt with the firing hand and place into the firing shoulder pocket.
- Grasp the pistol grip with the firing hand.
- Lower the firing elbow to the inside of the firing knee.
- Place the cheek firmly against the stock to obtain a firm stock weld.
- Move the nonfiring hand to a location under the hand guard that provides the maximum bone support and stability for the weapon.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier uses his body for weapon support. |
| 2 | Leg Position: | Non-firing leg crossed over firing leg at 90 degrees, ankles inter-locked. |
| 3 | Stance / Center of Gravity: | Soldier's frame sitting against the ground for maximum stability, shot recovery, and recoil absorption. |
| 4 | Firing Elbow: | Resting on the inside of the firing thigh for support. |
| 5 | Non-Firing Elbow: | Resting on the outside of the non-firing thigh (NOT on the knee). |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firmly grasping the hand guards or vertical foregrip for support. |
| 8 | Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter is approximately 30 degrees off the gun-target line. |




**Figure 6-14. Sitting position—crossed ankle**

## SITTING, CROSSED-LEG

6-44. The crossed-leg sitting position provides a base of support and places most of the body weight behind the weapon for quick shot recovery (see figure 6-15). Soldiers may experience a strong pulse beat in this position due to restricted blood flow in the legs and abdomen. An increased pulse causes a larger wobble area.

6-45. Perform the following to assume a good crossed-leg position:

- Place the nonfiring hand under the hand guard.
- Cross the nonfiring leg over the firing leg.
- Bend at the knees and break the fall with the firing hand.
- Place the buttocks to the ground close to the crossed legs.
- Bend forward at the waist.
- Place the nonfiring elbow on the nonfiring leg at the bend of the knee.
- Establish solid butt stock position in the firing shoulder pocket.
- Grasp the pistol grip with the firing hand.
- Lower the firing elbow to the inside of the firing knee.
- Place the cheek firmly against the stock to obtain a firm stock weld.
- Place the non-firing hand under the hand guard to provide support.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier uses his body for weapon support. |
| 2 | Leg Position: | Non-firing leg crossed over firing leg in a crossed sitting position. |
| 3 | Stance / Center of Gravity: | Soldier's frame sitting against the ground for maximum stability, shot recovery, and recoil absorption. |
| 4 | Firing Elbow: | Resting on the inside of the firing thigh for support. |
| 5 | Non-Firing Elbow: | Resting on the outside of the non-firing thigh (NOT on the knee). |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firmly grasping the hand guards or vertical foregrip for support. |
| 8 | Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter is approximately 30 degrees off the gun-target line. |




**Figure 6-15. Sitting position—crossed-leg**

## Sitting, Open-Leg

6-46. The open-leg sitting position is the preferred sitting position when shooting with combat equipment (see figure 6-16). It places less of the body weight behind the weapon than the other sitting positions. Perform the following to assume a good open-leg position:

- Face the target at a 10 to 30 degree angle to the firing of the line of fire.
- Place the feet approximately shoulder width apart.
- Place the nonfiring hand under the hand guard.
- Bend at the knees while breaking the fall with the firing hand. Push backward with the feet to extend the legs and place the buttocks on ground.
- Place the both the firing and non-firing elbow inside the knees.
- Grasp the rifle butt with the firing hand and place into the firing shoulder pocket.
- Grasp the pistol grip with the firing hand.
- Lower the firing elbow to the inside of the firing knee.
- Place the cheek firmly against the stock to obtain a firm stock weld.
- Move nonfiring hand to a location under the hand guard that provides maximum bone support and stability for the weapon.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier uses his body for limited weapon support. |
| 2 | Leg Position: | Open leg stance using seat and heels to provide balance. |
| 3 | Stance / Center of Gravity: | Soldier's frame sitting against the ground for maximum stability, shot recovery, and recoil absorption. |
| 4 | Firing Elbow: | Resting on the inside of the firing thigh for support. |
| 5 | Non-Firing Elbow: | Resting on the inside of the non-firing thigh (NOT on the knee). |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firmly grasping the hand guards or vertical foregrip for support. |
| 8 | Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter is approximately 30 degrees off the gun-target line. |




**Figure 6-16. Sitting position—open leg**

## PRONE, UNSUPPORTED

6-47. The prone unsupported position is not as stable as the prone supported position (see figure 6-17). Soldiers must build a stable, consistent position that focuses on the following key areas:

- **Firing hand.** The firer should have a firm handshake grip on the pistol grip and place their finger on the trigger where it naturally falls.
- **Nonfiring hand.** The nonfiring hand is placed to control the weapon and is comfortable.
- **Leg position.** The firer's legs may be either spread with heels as flat as possible on ground or the firing side leg may be bent at the knee to relieve pressure on the stomach.

| | |
|---|---|
| 1 Support: | Unsupported - the Soldier uses his elbows to reduce wobble. |
| 2 Leg Position: | Spread with heels flat against the ground or the firing side leg bent at the knee to relieve pressure. |
| 3 Stance / Center of Gravity: | Prone position maximizes the Soldier's frame against the ground for maximum stability. |
| 4 Firing Elbow: | Used to provide stability to the weapon. |
| 5 Non-Firing Elbow: | As close to directly underneath the weapon as comfortable. |
| 6 Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 Non-Firing Hand: | Firm grasp on the hand guards. |
| 8 Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 Stock Weld: | Firm stock weld. |
| 10 Shooter-Gun Angle: | Shooter body is nearly in-line with the gun-target line. |




**Figure 6-17. Prone, unsupported example**

---

*Note.* The magazine can be rested on the ground while using the prone unsupported position. Firing with the magazine on the ground will NOT induce a malfunction.

---

### PRONE, SUPPORTED

6-48. The prone supported position allows for the use of support, such as sandbags (see figure 6-18). Soldiers must build a stable, consistent position that focuses on the following key areas:

- **Firing hand.** The firer should have a firm handshake grip on the pistol grip and place their finger on the trigger where it naturally falls.
- **Nonfiring hand.** The nonfiring hand is placed to maximize control the weapon and where it is comfortable on the artificial support.
- **Leg position.** The firer's legs may be either spread with heels as flat as possible on ground or the firing side leg may be bent at the knee to relieve pressure on the stomach.
- **Artificial support.** The artificial support should be at a height that allows for stability without interfering with the other elements of the position.

| | |
|---|---|
| 1 Support: | Supported with sandbag, equipment, or structure. |
| 2 Leg Position: | Spread with heels flat against the ground or the firing side leg bent at the knee to relieve pressure. |
| 3 Stance / Center of Gravity: | Prone position maximizes the Soldier's frame against the ground for maximum stability. |
| 4 Firing Elbow: | Used to provide stability to the weapon. |
| 5 Non-Firing Elbow: | Used to provide stability to the weapon. |
| 6 Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 Non-Firing Hand: | Firm grasp on the hand guards. |
| 8 Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 Stock Weld: | Firm stock weld. |
| 10 Shooter-Gun Angle: | Shooter body is nearly in-line with the gun-target line. |




**Figure 6-18. Prone, supported example**

## PRONE, ROLL-OVER

6-49. This position allows the firer to shoot under obstacles or cover that would not normally be attainable from the standard conventional prone position (see figure 6-19). With this position, the bullet trajectory will be off compared to the line of sight and increase with distance from the firer.

For example, in the figure below the sights are rotated to the right. The trajectory of the bullet will be lower than and to the right of point of aim. This error will increase with range.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier may use non-firing hand for limited support. |
| 2 | Leg Position: | Spread with heels flat against the ground or the non-firing side leg bent at the knee to provide stability. |
| 3 | Stance / Center of Gravity: | Prone position maximizes the Soldier's frame against the ground for maximum stability. |
| 4 | Firing Elbow: | Tucked under the firer. |
| 5 | Non-Firing Elbow: | Above the weapon in a position that does not interfere with LOS. |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Must provide clearance between ejection port and the ground. |
| 8 | Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter body is nearly perpendicular with the gun-target line. |




**Figure 6-19. Prone, roll-over example**

Case 3:23-cv-00209-SPM Document 247-38 Filed 10/21/24 Page 117 of 126
Page ID #22187



## PRONE, REVERSE ROLL-OVER

6-50. This position is primarily used when the firer needs to keep behind cover that is too low to use while in a traditional prone position (see figure 6-20). The bullet's trajectory will be off considerably at long distances while in this position.

6-51. This position is the most effective way to support the weapon when the traditional prone is too low to be effective and where a kneeling position is too high to gain cover or a solid base for support.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier uses his body for weapon support. |
| 2 | Leg Position: | Spread with heels flat against the ground or the non-firing side leg bent at the knee to provide stability. |
| 3 | Stance / Center of Gravity: | Prone position maximizes the Soldier's frame against the ground for maximum stability. |
| 4 | Firing Elbow: | Across body to assist in stabilizing the weapon. |
| 5 | Non-Firing Elbow: | Below the weapon in a position to support the weapon. |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Placed under the hand guards top provide limited stability. |
| 8 | Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter body is nearly perpendicular with the gun-target line. |




**Figure 6-20. Reverse roll-over prone firing position**



OAG009264

This page intentionally left blank.

Chapter 7

# Aim

The functional element aim of the shot process is the continuous process of orienting the weapon correctly, aligning the sights, aligning on the target, and the application of the appropriate lead and elevation during a target engagement. Aiming is a continuous process conducted through pre-shot, shot, and post-shot, to effectively apply lethal fires in a responsible manner with accuracy and precision.

Aiming is the application of perfectly aligned sights on a specific part of a target. Sight alignment is the first and most important part of this process.

## COMMON ENGAGEMENTS

7-1. The aiming process for engaging stationary targets consist of the following Soldier actions, regardless of the optic, sight, or magnification used by the aiming device:

- **Weapon orientation** – the direction of the weapon as it is held in a stabilized manner.
- **Sight alignment** – the physical alignment of the aiming device:
  - Iron sight/back-up iron sight and the front sight post.
  - Optic reticle.
  - Ballistic reticle (day or thermal).
- **Sight picture** – the target as viewed through the line of sight.
- **Point of aim (POA)** – the specific location where the line of sight intersects the target.
- **Desired point of impact (POI)**–the desired location of the strike of the round to achieve the desired outcome (incapacitation or lethal strike).

7-2. The aim of the weapon is typically applied to the largest, most lethal area of any target presented. Sights can be placed on target by using battlesight zero (BZ), ***center of visible mass (CoVM)***. The center of visible mass is the initial point of aim on a target of what can be seen by the Soldier. It does not include what the target size is expected or anticipated to be. For example, a target located behind a car exposes its head. The center of visible mass is in the center of the head, not the estimated location of the center of the overall target behind the car.



OAG009266

## WEAPON ORIENTATION

7-3. The Soldier orients the weapon in the direction of the detected threat. Weapon orientation includes both the horizontal plane (azimuth) and the vertical plane (elevation). Weapon orientation is complete once the sight and threat are in the Soldier's field of view.

- **Horizontal weapons orientation** covers the frontal arc of the Soldier, spanning the area from the left shoulder, across the Soldier's front, to the area across the right shoulder (see figure 7-1).




**Figure 7-1. Horizontal weapon orientation example**

- **Vertical weapons orientation** includes all the aspects of orienting the weapon at a potential or confirmed threat in elevation. This is most commonly applied in restricted, mountainous, or urban terrain where threats present themselves in elevated or depressed firing positions (see figure 7-2).




**Figure 7-2. Vertical weapons orientation example**

## Sight Alignment

7-4. Sight alignment is the relationship between the aiming device and the firer's eye. The process used by a Soldier depends on the aiming device employed with the weapon.

- **Iron sight** – the relationship between the front sight post, rear sight aperture, and the firer's eye. The firer aligns the tip of the front sight post in the center of the rear aperture and his/or her eye. The firer will maintain focus on the front sight post, simultaneously centering it in the rear aperture.
- **Optics** – the relationship between the reticle and the firer's eye and includes the appropriate eye relief, or distance of the Soldier's eye from the optic itself. Ensure the red dot is visible in the CCO, or a full centered field of view is achieved with no shadow on magnified optics
- **Thermal** – the relationship between the firer's eye, the eyepiece, and the reticle.
- **Pointers / Illuminators / Lasers** – the relationship between the firer's eye, the night vision device placement and focus, and the laser aiming point on the target.

> ***Note.*** Small changes matter - 1/1000 of an inch deviation at the weapon can result in up to an 18 inch deviation at 300 meters.

7-5. The human eye can only focus clearly on one object at a time. To achieve proper and effective aim, the focus of the firer's eye needs to be on the front sight post or reticle (see figure 7-3). This provides the most accurate sight alignment for the shot process.




**Figure 7-3. Front sight post/reticle aim focus**

7-6. Firers achieve consistent sight alignment by resting the full weight of their head on the stock in a manner that allows their dominant eye to look through the center of the aiming or sighting device. If the firer's head placement is subjected to change during the firing process or between shots, the Soldier will experience difficultly achieving accurate shot groups.



OAG009269

### SIGHT PICTURE

7-7. The sight picture is the placement of the aligned sights on the target itself. The Soldier must maintain sight alignment throughout the positioning of the sights. This is not the same as sight alignment.

7-8. There are two sight pictures used during the shot process; pre-shot and post-shot. Soldiers must remember the sight pictures of the shot to complete the overall shot process.

- Pre-shot sight picture – encompasses the original point of aim, sight picture, and any holds for target or environmental conditions.
- Post-shot sight picture – is what the Soldier must use as the point of reference for any sight adjustments for any subsequent shot.

### POINT OF AIM

7-9. The point on the target that is the continuation of the line created by sight alignment. The point of aim is a point of reference used to calculate any hold the Soldier deems necessary to achieve the desired results of the round's impact.

7-10. For engagements against stationary targets, under 300 meters, with negligible wind, and a weapon that has a 200 meter or 300 meter confirmed zero, the point of aim should be the center of visible mass of the target. The point of aim does not include ANY hold-off or lead changes necessary.

### DESIRED POINT OF IMPACT

7-11. The desired point of impact is the location where the Soldier wants the projectile to strike the target. Typically, this is the center of visible mass. At any range different from the weapon's zero distance, the Soldier's desired point of impact and their point of aim will not align. This requires the Soldier to determine the necessary hold-off to achieve the desired point of impact.

## COMMON AIMING ERRORS

7-12. Orienting and aiming a weapon correctly is a practiced skill. Through drills and repetitions, Soldiers build the ability to repeat proper weapons orientation, sight alignment, and sight picture as a function of muscle memory.

7-13. The most common aiming errors include:

- **Non-dominant eye use** – The Soldier gets the greatest amount of visual input from their dominant eye. Eye dominance varies Soldier to Soldier. Some Soldier's dominant eye will be the opposite of the dominant hand. For example, a Soldier who writes with his right hand and learns to shoot rifles right handed might learn that his dominant eye is the left eye. This is called cross-dominant. Soldiers with strong cross-dominant eyes should consider firing using their dominant eye side while firing from their non-dominant hand side. Soldiers can be trained to fire from either side of the weapon, but may not be able to shoot effectively using their nondominant eye.

- **Incorrect zero** – regardless of how well a Soldier aims, if the zero is incorrect, the round will not travel to the desired point of impact without adjustment with subsequent rounds (see appendix C of this publication).
- **Light conditions** – limited visibility conditions contribute to errors aligning the sight, selecting the correct point of aim, or determining the appropriate hold. Soldiers may offset the effects of low light engagements with image intensifier (I2) optics, use of thermal optics, or the use of laser pointing devices with I2 optics.
- **Battlefield obscurants** – smoke, debris, and haze are common conditions on the battlefield that will disrupt the Soldier's ability to correctly align their sights, select the proper point of aim, or determine the correct hold for a specific target.
- **Incorrect sight alignment** – Soldiers may experience this error when failing to focus on the front sight post or reticle.
- **Incorrect sight picture** – occurs typically when the threat is in a concealed location, is moving, or sufficient winds between the shooter and target exist that are not accounted for during the hold determination process. This failure directly impacts the Soldier's ability to create and sustain the proper sight picture during the shot process.
- **Improper range determination** – will result in an improper hold at ranges greater than the zeroed range for the weapon.

# COMPLEX ENGAGEMENTS

7-14. A complex engagement includes any shot that cannot use the ***CoVM*** as the point of aim to ensure a target hit. Complex engagements require a Soldier to apply various points of aim to successfully defeat the threat.

7-15. These engagements have an increased level of difficulty due to environmental, target, or shooter conditions that create a need for the firer to rapidly determine a ballistic solution and apply that solution to the point of aim. Increased engagement difficulty is typically characterized by one or more of the following conditions:

- **Target conditions**:
  - Range to target.
  - Moving targets.
  - Oblique targets.
  - Evasive targets.
  - Limited exposure targets.
- **Environmental conditions**:
  - Wind.
  - Angled firing.
  - Limited visibility.
- **Shooter conditions**:
  - Moving firing position.

- Canted weapon engagements.
- CBRN operations engagements.

7-16. Each of these firing conditions may require the Soldier to determine an appropriate aim point that is not the CoVM. This Soldier calculated aim point is called the **hold**. During any complex engagement, the Soldier serves as the ballistic computer during the shot process. The hold represents a refinement or alteration of the center of visible mass point of aim at the target to counteract certain conditions during a complex engagement for—

- Range to target.
- Lead for targets based on their direction and speed of movement.
- Counter-rotation lead required when the Soldier is moving in the opposite direction of the moving target.
- Wind speed, direction, and duration between the shooter and the target at ranges greater than 300 meters.
- Greatest lethal zone presented by the target to provide the most probable point of impact to achieve immediate incapacitation.

7-17. The Soldier will apply the appropriate aim (hold) based on the firing instances presented. Hold determinations will be discussed in two formats; immediate and deliberate.

7-18. All Soldiers must be familiar with the immediate hold determination methods. They should be naturally applied when the engagement conditions require. These determinations are provided in "target form" measurements, based on a standard E-type silhouette dimension, approximately 20 inches wide by 40 inches tall.

### IMMEDIATE HOLD DETERMINATION

7-19. Immediate holds are based on the values of a "target form," where the increments shown ***are sufficient*** for rapid target hits without ballistic computations. The immediate hold determinations are not as accurate as the deliberate method, and are used for complex target engagements at less than 300 meters.

7-20. Immediate hold locations for azimuth (wind or lead): (See figure 7-4.)




**Figure 7-4. Immediate hold locations for windage and lead example**

7-21. Immediate hold locations for elevation (range to target): (See figure 7-5.)