# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SPORTS SHOOTING FOUNDATION, INC., <br><br> Plaintiffs, <br> vs. <br> KWAME RAOUL, Attorney General of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, <br><br> Defendants. | Case No.  3:23-cv-209-SPM |

## NOTICE OF APPEAL

Defendants Kwame Raoul, Attorney General of the State of Illinois, and Brendan F. Kelly, Director of the Illinois State Police, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Court's order and final judgment dated November 8, 2024, in this case (Doc. 259), as well as three related cases (*Harrel, et al. v. Raoul, et al.*, 3:23-cv-141 Doc. 55; *Langley, et al. v. Kelly, et al.*, 3:23-cv-192 Doc. 46; *Federal Firearms Licensees of Illinois, et al. v. Pritzker, et al.*, 3:23-cv-215 Doc. 86). A notice of appeal has been filed in each of the four cases.

In this appeal, Defendants respectfully request that the Court of Appeals vacate the district court's permanent injunction (Doc. 258 at 167-68), reverse the district court's order granting judgment to plaintiffs (Doc. 259), and provide any other relief the Court deems appropriate.

Dated: November 8, 2024

Respectfully submitted,

KWAME RAOUL
*Attorney General of Illinois*

/s/      Christopher G. Wells
Christopher G. Wells, No. 6304265
Kathryn Hunt Muse, No. 6302614
Gretchen Helfrich, No. 630004

John T. Hazinski, No. 6329791
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3000
Christopher.wells@ilag.gov

*Counsel for Attorney General Raoul and ISP Director Kelly*

## CERTIFICATE OF SERVICE

     I certify that on November 8, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

     /s/ Christopher G. Wells